UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0196--CV (RRB)
"DANIELA VALENOTE V METROPOLITAN LIFE INS CO"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/16/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (791) Employee Retirement Income Security Act of 1974

           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 08/16/05 receipt # 00126384
         Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1          VALENOTE, DANIELA                  Timothy W. Seaver
                                                    Seaver & Wagner
                                                    421 W. 1st Avenue, Suite 250
                                                    Anchorage, AK 99501
                                                    907-646-9033
                                                    FAX 907-276-8238


DEF 1.1          METROPOLITAN LIFE INSURANCE CO     Brewster H. Jamieson
                                                    Lane Powell et al
                                                    301 W. Northern Lights Boulevard
                                                    Suite 301
                                                    Anchorage, AK 99503-2648
                                                    907-277-9511
                                                    FAX 907-276-2631


DEF 2.1          RIM ARCHITECTS (ALASKA) INC        Brewster H. Jamieson
                                                    (see above)

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0196--CV (RRB)
                   "DANIELA VALENOTE V METROPOLITAN LIFE INS CO"

                                 For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/16/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (791) Employee Retirement Income Security Act of 1974

           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 08/16/05 receipt # 00126384
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 -  1 | 08/16/05 | DEF 1-2 Notice of Removal from Superior Court case no. 3AN-05-10200CI w/att exhs. |
| 2 -  1 | 08/16/05 | DEF 1-2 Service List. |
| 3 -  1 | 08/16/05 | DEF 1-2 Corporate Disclosure. |
| 4 -  1 | 08/23/05 | RRB Minute Order to Petitioners Subsequent to Removal.  Petitioners to file w/i 10 days copies of state crt docs and svc list. cc: cnsl |
| 5 -  1 | 08/26/05 | DEF 1-2 Notice of filing state crt file w/att exhs. |
| 6 -  1 | 09/02/05 | DEF 1-2 Answer to Complaint. |
| 7 -  1 | 09/09/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 8 -  1 | 10/19/05 | RRB Minute Order a rule 16(b) minute order was issued and not timely report was filed.  Parties to file a Rule 16(b) status report w/in 15 days from the date of the minute order. cc: cnsl |
| 9 -  1 | 11/04/05 | PLF 1; DEF 1-2 Scheduling & Planning Report. |
| 10 -  1 | 11/17/05 | RRB Minute Order a scheduling and planning conference is set for 12/15/05 at 9:00 a.m. in courtroom #2.  cc: cnsl |