FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 3: 14

PO

CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

DANIELA VALENOTE,

        Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY, and RIM ARCHITECTS
(ALASKA), INC.,

        Defendants.

Case No. A05-0196 CV (RRB)

## STIPULATION REGARDING PRE-TRIAL ORDER DATES

COMES NOW the parties, through counsel, and stipulate to the following dates in the proposed pre-trial order.

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497

14

The parties submitted a Scheduling and Planning Conference Report dated November 11, 2005.   The Court held a status conference but has not issued a Pre-Trial Order.   The parties attended a status conference with the Court.

1.      Plaintiff is considering submitting limited discovery requests to the defendants.   Any limited discovery requests from Plaintiff to Defendants will be submitted by February 1, 2006.     Defendants may object to the discovery requests and may seek a protective order on the discovery requests.

2.      Plaintiff will provide copies of disclosure documents to the Defendants by February 1, 2006.

3.      The parties will provide preliminary witness lists by February 1, 2006.

4.      Plaintiff's position is that the discovery deadline should be March 31, 2006, unless extended by stipulation of the parties. Defendants' position is that the discovery deadline is not applicable for the reasons stated in the Scheduling and Planning Conference Report dated November 11, 2005.

5.      Motions under the discovery rules are due on March 31, 2006.

6.      Reports from retained experts are due simultaneously from the parties by February 18, 2006 and rebuttal reports by February 25, 2006, unless extended by stipulation of the parties.

7.      Final witness lists are due by March 31, 2006.

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497

*Valnote v. Metropolitan Life Insurance Company
and Rim Architects (Alaska), Inc.,* Case No. A05-0196 CV (RRB)
Stipulation Regarding Pre-Trial Order
Page 2 of 3

8.    Motions *in limine* and dispositive motions must be filed not later than April 30, 2006, unless extended by stipulation of the parties.

9.    This matter will be ready for trial 45 days after April 30, 2006.

Trial in this matter is expected to take one day.

DATED this 30th of December 2005.

SEAVER & WAGNER, LLC
Co-Counsel for Plaintiff

By:_____
Timothy D. Seaver
Alaska Bar No. 7806059

GEORGE T. FREEMAN
Co-Counsel for Plaintiff

By:_____
George T. Freeman
Alaska Bar No. 7806039

LANE POWELL LLC
Counsel for Defendants

By:_____
Brewster H. Jamieson
Alaska Bar No. 8411122

It is so ORDERED

Dated: 1/4/06

_____
United States District Judge

George T. Freeman
ATTORNEY AT LAW
1152 P STREET
ANCHORAGE, ALASKA 99501
(907) 274-8497