Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                              Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>                            Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

      Defendants, by and through counsel, move for a two-day extension of time to April 4, 2006, for the parties to file their respective Final Revised Witness List. Counsel for plaintiff was contacted and agrees to this extension.

      DATED this 31st day of March, 2006.

                                                LANE POWELL LLC
                                              Attorneys for Defendants


                                              By  s/ Brewster H. Jamieson
                                                Brewster H. Jamieson, ASBA No. 8411122
                                                301 West Northern Lights Boulevard, Suite 301
                                                Anchorage, Alaska  99503-2648
                                                Tel:  907-277-9511
                                                Fax:  907-276-2631
                                                Email:  jamiesonb@lanepowell.com

I certify that on March 31, 2006, a copy of the foregoing was served by mail on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com


  s/ Brewster H. Jamieson
105460.0011/154490.1

*(Sidebar:* **LANE POWELL LLC**, 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648, Telephone 907.277.9511 Facsimile 907.276.2631*)*