Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>               Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>               Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**ORDER** |

THIS COURT, having considered defendants' Unopposed Motion for Extension of Time;

IT IS HEREBY ORDERED that the motion is GRANTED. The deadline for the parties to file their respective Final Revised Witness List is extended to April 4, 2006.

DATED this _____ day of April, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on March 31, 2006, a copy of the foregoing was served by mail on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

 s/ Brewster H. Jamieson
105460.0011/154491.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631