**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

*Valenote v. Metropolitan Life Ins. Co., et al.*
Case No. 3:05-cv-0196-TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

    Defendants have filed an unopposed motion for an extension of time to file the final revised witness list. Docket No. 17. The motion is **GRANTED.**

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  <u>April 5, 2006</u>