Timothy Seaver, Esq.
Seaver & Wagner, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK 99501
phone: 907-646-9033
fax: 907-276-8238
email: tseaver@seaverwagner.com

George T. Freeman, Esq.
1152 P Street
Anchorage, AK 99501
phone: 907-274-8497
fax: 907-274-8497
email: gtf@gci.net

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE, )<br>  Plaintiff, )<br> )<br>vs. )<br> )<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY, and RIM ARCHITECTS )<br>(ALASKA), INC., )<br>  Defendants. ) | Case No. 3:05-cv-00196 TMB |

## JOINT STATUS REPORT AND RESPONSE TO ORDER REGARDING READINESS FOR TRIAL

The parties through their respective counsel, and pursuant to the Court's recent

Order, file the foregoing Joint Status Report. In addition, this Court recently served on

the parties an Order regarding the parties' readiness for trial. That order requested that

the parties either indicate their readiness for trial or report to the Court. The parties are

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

not ready for trial. The following information responds to the Courts request for a status report as well as indicating what remains to be accomplished prior to trial and when such matters will be attended to.

## A.    NATURE OF THE CASE

### 1.    The Lead Attorneys

The Plaintiff is represented by Timothy Seaver of the law firm of Seaver & Wagner, LLC and George Freeman. The Defendants are represented by Brewster Jamieson of the law firm of Lane Powell, PC.

### 2.    Basis for Federal Jurisdiction

This action is filed pursuant to the Employee Retirement Income Security Act (ERISA). This Court has jurisdiction over this action pursuant to 29 U.S.C. § 1132(a)(1)(B), (e)(1).

### 3.    Nature of the Claims

The Plaintiff asserts that she was improperly denied long-term disability benefits pursuant to a benefit plan provided by her former employer, RIM Architects. The Defendants deny that their denial was improper.

The Defendants have not filed any counterclaims in this matter.

### 4.    Non-served Parties

All parties have been served.

### 5-6.    Principal Legal and Factual Issues

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Joint Status Report
Case No. 3:05-cv-00196 TMB
Page 2 of 5

This is an action to recover long-term disability benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*, ("ERISA"). The parties agree that ERISA provides the sole and exclusive remedy for plaintiff's damages, if any. Defendants have filed an Answer to plaintiff's Complaint denying any liability to plaintiff.

**Plaintiff's Position.** Plaintiff contends that the primary issues of fact and/or law to be decided by the Court are: whether the Defendant improperly denied the Plaintiff long-term disability benefits pursuant to the plan. In addition, Plaintiff contends that the Defendants' decision is not subject to the abuse of discretion standard, but should be reviewed *de novo.*

**Defendant's Position.** Defendants contend that the primary issues of fact and/or law to be decided by the Court are whether defendants property interpreted the language of the plan and administered plaintiff's claim in accordance with their obligations. Defendants contend there should not be any dispute regarding the Court's standard of review of the administrative record. Defendants' decisions should be reviewed for abuse of discretion.

**B.    DISCOVERY**

**1.    Completed and Remaining Discovery**

The Plaintiff has received certain discovery from the Defendant relating to its denial of benefits and has provided to the Defendants various medical documents relating

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1st AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Joint Status Report
Case No. 3:05-cv-00196 TMB
Page 3 of 5

to the Plaintiff's condition as well as documents relating to her application for benefits. In addition, the Plaintiff has provided the Defendants with a report from her sole expert.

There is no remaining discovery.

### 2.     Pending and Anticipated Motions

There are no pending motions.  The parties anticipate filing cross-motions for summary judgment.  The parties further anticipate filing a joint motion extending the deadline for their cross-motions.  That motion will be filed within the next 10 days. Depending on the progress of the parties' settlement discussions, the parties anticipate a requested extension until either early or late July.

### 3.     Previous Rulings

There are no previous rulings on substantive issues.

### 4.     Previous Filed Status Report

There has been no previous status report.  The parties filed a Scheduling and Planning Conference Report on November 4, 2005.

## C.     TRIAL

### 1.     Length of Trial

The parties have requested two days for trial.  There has been no jury requested and the parties do not dispute that a jury is not permitted in this action.

## D.     SETTLEMENT

### 1.     Status of Settlement

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Joint Status Report
Case No. 3:05-cv-00196 TMB
Page 4 of 5

The parties are engaged in settlement discussions and do not at this time request a settlement conference.

DATED this 23rd day of May, 2006, at Anchorage, Alaska.

Attorneys for Plaintiff

By:     s/ Timothy Seaver
Timothy W. Seaver
Alaska Bar No. 9711092
Seaver & Wagner, LLC
421 W. 1st Avenue, Suite 250
Anchorage, AK  99501
phone: 907-646-9033
fax: 907-276-8238
email: tseaver@seaverwagner.com


By:     s/George T. Freeman
George T. Freeman
Alaska Bar No. 7806039
1152 P Street
Anchorage, AK 99501
phone: 907-274-8497
fax: 907-274-8497
email: gtf@gci.net


Certificate of Service

The undersigns certifies that the foregoing document was served on the following parties/counsel by mail /email this 23rd day of May, 2006.

Brewster H. Jamieson
Email: jamiesonb@lanepowell.com

By:     s/Timothy Seaver

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033