CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　　Defendants. | Case No. A05-0196 CV (TMB) |

**<u>STATUS REPORT</u>**

　　　　COMES NOW the Plaintiff, through counsel, and provides a status report in response to the Court's request for a status report (Docket No. 24). Plaintiffs' counsel is providing this status report after conferring with the office of

the counsel for the defendants. Mr. Seaver tried to speak with opposing counsel on several occasions but was unsuccessful. According to the office of Defendants' counsel, however, the briefing schedule set forth below is acceptable to Defendants' counsel.

The principal disclosures in this ERISA case have been exchanged and the main issue at present is the briefing schedule for cross motions for summary judgment. Defendants' counsel has a trial in September. As a result, the parties stipulated to the following briefing schedule:

1. Cross motions for summary judgment filed on Friday 28, 2006.

2. Oppositions to the cross motions for summary judgment filed on Tuesday November 28.

3. Replies to the oppositions to the cross motions for summary judgment filed on Friday December 16.

The truncated ERISA trial, if any, will be scheduled after the decision on the cross motions for summary judgment.

DATED this 31st of July 2006.

          Attorneys for Plaintiff

          By: s/ Timothy Seaver
          Timothy D. Seaver
          Alaska Bar No. 7806039
          Seaver & Wagner, LLC
          421 West First Ave., Suite 250
          Anchorage, Alaska 99501
          Tel. 907-646-9033
          Fax. 907-276-8238
          Email: tseaver@seaverwagner.com

          By: s/ George T. Freeman
          George T. Freeman
          Alaska Bar No. 7806039
          1152 P Street
          Anchorage, Alaska 99501
          Tel. 907-274-8497
          Fax 907-274-8497 (call first)
          Email: gtf@gci.net

CERTIFICATE OF SERVICE

I certify that on July 31st, 2006
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ George T. Freeman