CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. A05-0196 CV (TMB) |

**ERRATA TO STATUS REPORT**

COMES NOW the Plaintiff, through counsel, and provides this errata to the status report (Docket at 25) filed on July 31, 2006. The status report stated

the initial date for the filing of the cross motions for summary judgment incorrectly. Instead, the dates for the summary judgment motions and responses is the following:

1. Cross motions for summary judgment filed on Monday October 30, 2006.

2. Oppositions to the cross motions for summary judgment filed on Tuesday November 28.

3. Replies to the oppositions to the cross motions for summary judgment filed on Friday December 16.

DATED this 2nd of August 2006.

Attorneys for Plaintiff

By: s/ Timothy Seaver
Timothy D. Seaver
Alaska Bar No. 7806039
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com


By: s/ George T. Freeman
George T. Freeman
Alaska Bar No. 7806039
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

CERTIFICATE OF SERVICE

I certify that on August 2nd, 2006
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel:  907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ George T. Freeman