Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
tseaver@seaverwagner.com
CO-COUNSEL FOR PLAINTIFF

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
gtf@gci.net
CO-COUNSEL FOR PLAINTIFF

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>        Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. A05-0196 CV (RRB) |

**UNOPPOSED MOTION RE BRIEFING SCHEDULE
ON CROSS MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, through counsel, and moves for an order changing the briefing schedule for the cross motions for partial summary judgment. Defendants' counsel has reviewed this pleading and does not oppose the motion.

The parties want to change the briefing schedule because they are engaged in discussions about resolving the case themselves or through an alternative dispute resolution process. The parties have scheduled a settlement conference among themselves on November 2 or 3 and have discussed using a mediator on November 9 or 10 or November 13 or 14.

In the event the parties are unable to resolve this matter, the parties have also agreed to the following briefing schedule: (1) cross motions for summary judgment will be submitted by December 1, 2006; (2) oppositions will be submitted by December 29, 2006; and (3) any replies will be submitted by January 12, 2006.

DATED this _____ of October 2006.

| | |
|---|---|
| SEAVER & WAGNER, LLC | GEORGE T. FREEMAN |
| 421 W. 1st Ave., Ste 250 | 1152 P Street |
| Anchorage, AK 99501 | Anchorage, AK 99501 |
| 646-9033 | 274-8497 |
| tseaver@seaverwagner.com | gtf@gci.net |
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |
| | |
| s/Timothy D. Seaver | s/George T. Freeman |
| Alaska Bar No. 9711092 | Alaska Bar No. 7806039 |

CERTIFICATE OF SERVICE

I certify that on October ___, 2006,
a copy of the foregoing was served by
by electronic means on:

Brewster H. Jamison
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503

By: _____
        George T. Freeman