Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
tseaver@seaverwagner.com
CO-COUNSEL FOR PLAINTIFF


George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
gtf@gci.net
CO-COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. A05-0196 CV (RRB) |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION REGARDING SCHEDULE OF DATES FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**

After review of the unopposed motion to change the briefing schedule for the cross motions for summary judgment, the motion is GRANTED.

The briefing schedule shall be as follows:

1. The parties will submit their cross motions for summary judgment by December 1, 2006.

2. The parties will submit their oppositions to the motions for summary judgment by December 29, 2006.

3. The parties will submit any replies to the oppositions to the cross motions for summary judgment by January 12, 2007.

DATED this _____ of October 2006.

By:    _____
       s/ Timothy M. Burgess
       U.S. District Court Judge

Proposed Order Granting Unopposed Motion re Briefing Schedule on Cross Motions for Summary Judgment
*Valnote v. Metropolitan Life Insurance Company and Rim Architects (Alaska), Inc*., Case No. A05-0196 CV (RRB)
Page 2 of 2