CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>   Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>   Defendants. | Case No. A05-0196 CV (RRB) |

## STIPULATED MOTION TO AMEND BRIEFING SCHEDULE

Plaintiff Daniela Valenote, through her attorneys and Defendants, through their attorneys, hereby move the Court to amend the scheduling order. The reasons for this motion are set forth below.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Counsel for both parties recently met for the purposes of exploring settlement. Although that meeting did not result in the settlement of this matter, discussion by the parties is ongoing and continues to be productive. Consequently, the parties request an additional delay in the briefing schedule in order to further explore the settlement of this matter without incurring substantial additional expense.

The parties have agreed to the following briefing schedule: (1) cross motions for summary judgment will be submitted by January 12, 2007; (2) oppositions will be submitted by February 9, 2007; and (3) any replies will be submitted by February 23, 2007.

DATED this 30th day of November 2006.

CO-COUNSEL FOR PLAINTIFF

By: s/ Timothy Seaver
Timothy W. Seaver
Seaver & Wagner, LLC
421 W. 1st Ave, Suite 250
Anchorage, AK 99501
Tel: (907) 646-9033
Fax: (907) 276-8238
tseaver@seaverwagner.com
ABA #9711092

By: s/ George Freeman
George Freeman
1152 P Street
Anchorage, AK 99501
(907) 274-8497
gtf@gci.net
ABA #7806039

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Valenote v. Metlife et al., Case No. A05-0196 CV (RRB)
Stipulated Motion for Extension
Page 2 of 3

LANE POWELL LLC
Attorneys for Defendants

By: s/ Brewster H. Jamieson (consent)
301 West Northern Lights Boulevard,
Suite 301
Anchorage, Alaska 99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email: jamiesonb@lanepowell.com
ASBA No. 8411122

CERTIFICATE OF SERVICE

I certify that on November 30, 2006,
a copy of the foregoing was served by
by electronic means and by U.S. Mail on:

Brewster H. Jamison
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503

By: s/ Timothy Seaver
    Timothy Seaver

LAW OFFICES OF
SEAVER & WAGNER,
LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Valenote v. Metlife et al., Case No. A05-0196 CV (RRB)
Stipulated Motion for Extension
Page 3 of 3