Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>               Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>               Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**JOINT MOTION FOR<br>EXTENSION OF TIME FOR BRIEFING** |

COME NOW the parties, by and through their respective counsel, and jointly move this court for a further extension of time to file Cross-Motions for Summary Judgment.

The parties have continued their good faith settlement negotiations, and have exchanged specific offers to settle this matter. The parties believe that it would be more productive to focus on settlement discussions than on preparation of cross-motions for summary judgment, which currently are due on January 12, 2007.

Accordingly, the parties jointly move the court to enter an order requiring cross-motions for summary judgment to be filed January 26, 2007, with oppositions due February 23, 2007, and replies due March 5, 2007.

DATED this 11th day of January, 2007.

                                            SEAVER & WAGNER, LLC
                                            Co-Counsel for Plaintiff

                                            By  <u>s/ Timothy W. Seaver (with consent)</u>
                                                421 West First Avenue, Suite 250
                                                Anchorage, Alaska 99501-1675
                                                Tel:    907-646-9033
                                                Fax:   907-276-8238
                                                Email: tseaver@seaverwagner.com
                                                ASBA No. 9711092

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

GEORGE T. FREEMAN
Co-Counsel for Plaintiff

By s/ George T. Freeman (consent)
1152 P Street
Anchorage, Alaska 99501-4278
Tel: 907-274-8497
Fax: 907-274-8497
Email: gtf@gci.net
ASBA No. 7806039

LANE POWELL LLC
Attorneys for Defendants

By s/ Brewster H. Jamieson
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
ASBA No. 8411122

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631