Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                              Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>                              Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**UNOPPOSED MOTION FOR**<br>**VARIANCE OF THE BRIEFING SCHEDULE** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Defendants, by and through counsel, move this court for a variance of the briefing schedule as follows:

Plaintiff files Summary Judgment Motion................................................. February 2, 2007

Defendants file Opposition Brief and Cross Summary Judgment Motion.... February 23, 2007

Plaintiff files Reply and Opposition Briefs............................................... March 5, 2007

Further, defendants may move the court for leave to file a further brief on issues raised for the first time by plaintiff in her Opposition Brief.  This schedule allows for briefing to be completed within the timeframe set by the court in its Order at Docket No. 34, unless defendants move for leave to file a further brief.

This variance of the briefing schedule will allow the parties to continue settlement negotiations, and will allow defendants to have a more thorough knowledge of plaintiff's case, which may help the parties to reach a settlement prior to the completion of the briefing schedule.

Defendants' counsel spoke with plaintiff's counsel, who indicated he did not oppose this motion.

DATED this 26th day of January, 2007.

> LANE POWELL LLC
> Attorneys for Defendants
>
> By  s/ Brewster H. Jamieson
>   301 West Northern Lights Boulevard, Suite 301
>   Anchorage, Alaska  99503-2648
>   Tel:  907-277-9511
>   Fax:  907-276-2631
>   Email:  jamiesonb@lanepowell.com
>   ASBA No. 8411122

I certify that on January 26, 2007, a copy of the foregoing was served by ECF on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

  s/ Brewster H. Jamieson
105460.0011/158739.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631