Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                   Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>                   Defendants. | Case No. 3:05-cv-00196-TMB<br><br>[proposed]<br>**<u>ORDER</u>** |

THIS COURT, having considered the defendants' Unopposed Motion for Variance of the Briefing Schedule;

IT IS HEREBY ORDERED that the motion is GRANTED. The briefing schedule is as follows:

a) Plaintiff shall file her summary judgment motion on or before February 2, 2007;

b) Defendants shall file their opposition brief and cross summary judgment motion on or before February 23, 2007;

c) Plaintiff shall file her separate reply and opposition briefs on or before March 5, 2007

d) Defendants shall file any motion for leave to file a reply brief by March 12, 2007.

ORDERED this _____ day of January/February, 2007.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on January 26, 2007, a copy of the foregoing was served electronically mail on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

 s/ Brewster H. Jamieson
105460.0011/158743.1