IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br>and RIM ARCHITECTS (ALASKA), INC.,<br><br>                    Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**ORDER** |

THIS COURT, having considered the parties' Unopposed Motion for Variance of the Briefing Schedule;

IT IS HEREBY ORDERED that the motion is GRANTED. The briefing schedule is as follows:

a)  Plaintiff shall file her summary judgment motion on or before February 2, 2007;

b)  Defendants shall file their opposition brief and cross summary judgment motion on or before February 23, 2007;

c)  Plaintiff shall file her separate reply and opposition briefs on or before March 5, 2007

d)  Defendants shall file any motion for leave to file a reply brief by March 12, 2007.

ORDERED this 1st day of February, 2007.

/s/ Timothy M. Burgess
The Honorable Timothy M. Burgess
United States District Court Judge