CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
 Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF ALASKA

DANIELA VALENOTE,

       Plaintiff,

  vs.

METROPOLITAN LIFE INSURANCE
COMPANY, and RIM ARCHITECTS
(ALASKA), INC.,

       Defendants.

Case No. 3:05-cv-00196 (TMB)

## AFFIDAVIT OF DANIELA C. VALENOTE

STATE OF ALASKA      )
THIRD JUDICIAL DISTRICT   ) ss.

Daniela C. Valenote, upon oath, deposes and states:

1.    I am the Plaintiff in this action and I have knowledge of the facts herein.

2.    I have a Bachelor of Arts in Fine Arts and a Masters in Architecture from the University of South Florida.   I am trained as an architect.

3.    I obtained employment at RIM Architects (Alaska), Inc. ("RIM") in February 2000 as an Intern Architect.

4.    I have reviewed the statement at MR0081 from RIM on my disability claim that I understand that RIM provided to Metropolitan Life Insurance Company ("MetLife"). This document states that my salary in early 2003 was $4,250 per month and this appears accurate to me.

5.    In October 2002 I hurt my back when I was carrying some heavy bags while on a work assignment. I went to see Dr. Michael Orzechowski, my family doctor, for treatment of back and neck pain on November 5, 2002.

6.    Since that time I have seen numerous medical professionals for treatment of chronic pain that has debilitated me and disabled me from working as an architect.

7.    Since November 5, 2002, I have been under the continuous care of a doctor and other medical professionals for treatment of my chronic pain condition. My chronic pain condition has debilitated me and disabled me from working as an architect since February 22, 2003.

8.    Dr. Orzechowski released me from work because of my pain condition on December 18, 2002.

9.    On January 6, 2003, I returned to work at RIM part time for four to six hours a day. I was unable to perform the duties of my job and keep working part time

2

Affidavit of Daniela C. Valenote
PLAINTIFF VALENOTE'S MOTION FOR SUMMARY JUDGMENT
*Valenote v. Metropolitan Life Insurance Company
and Rim Architects (Alaska), Inc.*, Case No. A05-0196 CV (RRB)

because of chronic pain. Dr. Orzechowski wrote another work release for February 19, 2003 for two weeks.

9.    My last day of work at RIM was February 21, 2003. I was unable to return to work because of my debilitating chronic pain condition.

10.   Dr. Orzechowski referred me to Dr. Joella Beard for treatment of my pain condition and several other medical professionals. I began visits to Dr. Beard's office in February 2003. I was under the care of Dr. Beard's office into the summer of 2003.

11.   In the summer of 2003, Dr. Mary Downs referred me to the Advanced Pain Centers of Alaska. At that time, I started to see Dr. Susan Anderson at this clinic for treatment of my chronic pain condition. I have been under the continuous care of Dr. Anderson and then Dr. Gregory R. Polston of this clinic for my primary chronic pain care since that time.

12.   I have also been under the continuous care of Dr. Peter Lorentzen from May 2003 to the present.

13.   Dr. Beard's office advised me to stay off work from March 27 through May 1, 2003. I visited Dr. Beard's office on April 29, 2003. On that date, Dr. Beard's office did <u>not</u> advise me that I was being released to go back to work or that I could go back to work. I continued to go to Dr. Beard's office after this date until I started going to Dr. Anderson in the summer of 2003.

3

Affidavit of Daniela C. Valenote
PLAINTIFF VALENOTE'S MOTION FOR SUMMARY JUDGMENT
*Valenote v. Metropolitan Life Insurance Company*
*and Rim Architects (Alaska), Inc.*, Case No. A05-0196 CV (RRB)

14.    I resigned my employment at RIM on May 1, 2003.  I stopped working and resigned my employment with RIM because my debilitating chronic pain condition made me unable to perform the duties of my job.

15.    From February 22, 2003 to the present I have not worked one day or one hour either part-time or full time as an intern architect or in any other employment because of my disability due to chronic pain.   The only employment-related income I have received since February 1, 2003 is a small amount of funds from MetLife on my short term disability claim.  If requested, I will provide my tax returns for this period to show that I have not earned any income from any employer since February 21, 2003.

16.    When I resigned my employment with RIM on May 1, 2003 I was unaware that RIM had a short term disability policy or a long term disability policy from MetLife. I was informed about these policies after I resigned my employment.

17.    A short term disability claim was submitted to MetLife on or about May 15, 2003 and received some funds from this claim.  A long term disability claim was submitted to MetLife on or about May 15, 2003.  MetLife denied the long term disability claim on August 29, 2003, November 26, 2003 and June 22, 2004.

18.    My medications since November 5, 2002 have included the following medications:  (1) Neurontin, which is an anti-convulsant; (2) Gabitril, which is an anti-convulsant; (3) Topomax, which is an anti-convulsant;  (4) Bextra, which I believe is an

4

Affidavit of Daniela C. Valenote
PLAINTIFF VALENOTE'S MOTION FOR SUMMARY JUDGMENT
*Valenote v. Metropolitan Life Insurance Company*
*and Rim Architects (Alaska), Inc.*, Case No. A05-0196 CV (RRB)

anti-inflamatory drug;  (5) Vioxx, which is an anti-inflamatory drug; (6 ) Indomethacin, which is an anti-inflamatory drug; (7) Zanaflex, which I understand is a muscle relaxant; (8) Norflex, which is a muscle relaxant, (9) Flexeril, which is a muscle relaxant; (10) Glucosamine/Chondrotin, which is a supplement for joints; (11) Lexapro, which is an anti-depressant; (12) Elavil, which is an anti-depressant;  (13)other prescriptions for anti-depressants;   (14) Hydrocoden, which is a narcotic for pain; (15) Kadian, which is a narcotic for pain;  (16 ) Maxalt, which is for migrane headaches;  (17) Trazodone, which is a sleep medication;   (18) Clonazepam, which is a sleep medication; (19) Nexium, which is for stomach problems; and (20)  Prilosec, which is for stomach problems.

19.    I have reviewed the copies of the medical records attached to my motion for summary judgment.  These documents are true and correct copies of documents from my medical records supplied to me by these medical providers.

_Daniela C. Valenote_

SUBSCRIBED AND SWORN TO before me this 26th day of January, 2007.



Michelle Campbell
Notary Public in and for Alaska
My commission expires: _____
My Commission Expires
March 20, 2010

5

Affidavit of Daniela C. Valenote
PLAINTIFF VALENOTE'S MOTION FOR SUMMARY JUDGMENT
*Valenote v. Metropolitan Life Insurance Company
and Rim Architects (Alaska), Inc.*, Case No. A05-0196 CV (RRB)