CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>    Defendants. | Case No. 3:05-cv-00196 (TMB) |

**NOTICE BY PLAINTIFF OF CONTINUATION OF FILING OF ATTACHMENTS TO HER MOTION FOR SUMMARY JUDGMENT**

NOTICE is hereby given by Plaintiff of the continuation of filing of attachments to Plaintiff Valenote's motion for summary judgment dated February 2, 2007.designated as administrative record or MetLife Record pages MR1 through MR327.

DATED this 2nd day of February 2007.