California residents please be advised of the following:

IMPORTANT NOTICE

TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT METLIFE AT:

METROPOLITAN LIFE INSURANCE COMPANY
1 MADISON AVENUE
NEW YORK, NY 10010
ATTN: CORPORATE CONSUMER RELATIONS DEPARTMENT
1-800-275-4638

IF, AFTER CONTACTING METLIFE REGARDING A COMPLAINT, YOU FEEL THAT A SATISFACTORY RESOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:

CALIFORNIA DEPARTMENT OF INSURANCE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
1-800-927-4357 (within California)
1-213-897-8921 (outside California)

ML 00039

**MR0040**

DEF 00040
*Valenote v. Met. Life*

Georgia residents please be advised of the following:

IMPORTANT NOTICE

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

-v-

Utah residents please be advised of the following:

## NOTICE TO POLICYHOLDERS

Insurance companies licensed to sell life insurance, health insurance, or annuities in the State of Utah are required by law to be members of an organization called the Utah Life and Health Insurance Guaranty Association ("ULHIGA"). If an insurance company that is licensed to sell insurance in Utah becomes insolvent (bankrupt), and is unable to pay claims to its policyholders, the law requires ULHIGA to pay some of the insurance company's claims. The purpose of this notice is to briefly describe some of the benefits and limitations provided to Utah insureds by ULHIGA.

### PEOPLE ENTITLED TO COVERAGE

- You must be a Utah resident.

- You must have insurance coverage under an individual or group policy.

### POLICIES COVERED

- ULHIGA provides coverage for certain life, health and annuity insurance policies.

### EXCLUSIONS AND LIMITATIONS

Several kinds of insurance policies are specifically excluded from coverage.  There are also a number of limitations to coverage.  The following are not covered by ULHIGA:

- Coverage through an HMO.

- Coverage by insurance companies not licensed in Utah.

- Self-funded and self-insured coverage provided by an employer that is only administered by an insurance company.

- Policies protected by another state's Guaranty Association.

- Policies where the insurance company does not guarantee the benefits.

- Policies where the policyholder bears the risk under the policy.

- Re-insurance contracts.

- Annuity policies that are not issued to and owned by an individual, unless the annuity policy is issued to a pension benefit plan that is covered.

- Policies issued to pension benefit plans protected by the Federal Pension Benefit Guaranty Corporation.

- Policies issued to entities that are not members of the ULHIGA, including health plans, fraternal benefit societies, state pooling plans and mutual assessment companies.

ML 00041

**MR0042**     DEF 00042
*Valenote v. Met. Life*

## LIMITS ON AMOUNT OF COVERAGE

Caps are placed on the amount ULHIGA will pay. These caps apply even if you are insured by more than one policy issued by the insolvent company. The maximum ULHIGA will pay is the amount of your coverage or $500,000 — whichever is lower. Other caps also apply:

- $100,000 in net cash surrender values.

- $500,000 in life insurance death benefits (including cash surrender values).

- $500,000 in health insurance benefits.

- $200,000 in annuity benefits — if the annuity is issued to and owned by an individual or the annuity is issued to a pension plan covering government employees.

- $5,000,000 in annuity benefits to the contract holder of annuities issued to pension plans covered by the law. (Other limitations apply).

- Interest rates on some policies may be adjusted downward.

## DISCLAIMER

### PLEASE READ CAREFULLY:

COVERAGE FROM ULHIGA MAY BE UNAVAILABLE UNDER THIS POLICY. OR, IF AVAILABLE, IT MAY BE SUBJECT TO SUBSTANTIAL LIMITATIONS OR EXCLUSIONS. THE DESCRIPTION OF COVERAGES CONTAINED IN THIS DOCUMENT IS AN OVERVIEW. IT IS NOT A COMPLETE DESCRIPTION. YOU CANNOT RELY ON THIS DOCUMENT AS A DESCRIPTION OF COVERAGE. FOR A COMPLETE DESCRIPTION OF COVERAGE, CONSULT THE UTAH CODE, TITLE 31A, CHAPTER 28.

COVERAGE IS CONDITIONED ON CONTINUED RESIDENCY IN THE STATE OF UTAH.

THE PROTECTION THAT MAY BE PROVIDED BY ULHIGA IS NOT A SUBSTITUTE FOR CONSUMERS' CARE IN SELECTING AN INSURANCE COMPANY THAT IS WELL-MANAGED AND FINANCIALLY STABLE.

INSURANCE COMPANIES AND INSURANCE AGENTS ARE REQUIRED BY LAW TO GIVE YOU THIS NOTICE. THE LAW DOES, HOWEVER, PROHIBIT THEM FROM USING THE EXISTENCE OF ULHIGA AS AN INDUCEMENT TO SELL YOU INSURANCE.

THE ADDRESS OF ULHIGA, AND THE INSURANCE DEPARTMENT ARE PROVIDED BELOW.

Utah Life and Health Insurance
Guaranty Association
955 E. Pioneer Rd.
Draper, Utah 84114

Utah Insurance Department
State Office Building, Room 3110
Salt Lake City, Utah 84114

ML 00042

DEF 00043
*Valenote v. Met. Life*

**MR0043**

**Virginia residents please be advised of the following:**

**IMPORTANT INFORMATION REGARDING YOUR INSURANCE**

In the event you need to contact someone about this insurance for any reason please contact your agent. If no agent was involved in the sale of this insurance, or if you have additional questions you may contact the insurance company issuing this insurance at the following address and telephone number:

Metropolitan Life Insurance Company
1 Madison Avenue
New York, New York 10010
Attn: Corporate Customer Relations Department

To phone in a claim related question, you may call Claims Customer Service at:

1-800-275-4638

If you have been unable to contact or obtain satisfaction from the company or the agent, you may contact the Virginia State Corporation Commission's Bureau of Insurance at:

Life and Health Division
Bureau of Insurance
P.O. Box 1157
Richmond, VA 23209

1-800-552-7945 - In-state toll-free
1-804-786-3741 - Out-of-state

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, company or the Bureau of Insurance, have your policy number available.

ML 00043

**MR0044**

**DEF 00044**
*Valenote v. Met. Life*

Wisconsin residents please be advised of the following:

<u>KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS</u>

PROBLEMS WITH YOUR INSURANCE? - If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

Metropolitan Life Insurance Company
Customer Service
4100 Boy Scout Blvd.
Tampa, FL 33607
1-800-811-8319

You can also contact the OFFICE OF THE COMMISSIONER OF INSURANCE, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the OFFICE OF THE COMMISSIONER OF INSURANCE by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517 outside of Madison or 266-0103 in Madison.

ML 00044

MR0045

DEF 00045
*Valenote v. Met. Life*

# TABLE OF CONTENTS

Section .......................................................................................................................... Page

CERTIFICATE OF INSURANCE ........................................................................................... i

PLAN HIGHLIGHTS .............................................................................................................. 1
    Employee Eligibility ......................................................................................................... 1
    Short Term Disability Benefits ......................................................................................... 1
    Limitations ....................................................................................................................... 2
    Contributions .................................................................................................................. 2
    Benefits Checklist .......................................................................................................... 2

EMPLOYEE ELIGIBILITY ..................................................................................................... 3

SHORT TERM DISABILITY BENEFITS ................................................................................ 4
    Weekly Benefit ............................................................................................................... 4
    Reduction of Benefits - Other Income Benefits .............................................................. 7
    Temporary Recovery ...................................................................................................... 10
    Concurrent Disability ...................................................................................................... 10
    Limitations ....................................................................................................................... 10
        Limitation for Occupational Benefits .......................................................................... 10
        Limitation for Pre-existing Conditions ........................................................................ 10
    Exclusions ...................................................................................................................... 11

TERMINATION OF COVERAGE ........................................................................................... 11

EXTENSION OF BENEFITS .................................................................................................. 13

CLAIMS ................................................................................................................................. 13

ML 00045

MR0046

DEF 00046
*Valenote v. Met. Life*

## PLAN HIGHLIGHTS

This Plan Highlights section is a summary of your Short Term Disability Benefits and provisions. See the rest of your Certificate for more information.

It is important to read the rest of your Certificate. It describes your benefits as well as any exclusions and limitations that apply to these benefits. Please read it carefully. You should talk with your Employer if you have any questions.

You will notice that some of the terms used in your Certificate begin with capital letters. These terms have special meanings. They are explained in this Certificate.

### EMPLOYEE ELIGIBILITY

**Eligible Employee:** All employees working at least 30 hours each week. However, if you do not have regular work hours you will be an Eligible Employee if you have worked at least an average of 30 hours a week during the preceding 12 calendar months (or during your period of employment if less than 12 months).

**Eligibility Waiting Period:**

   **Active Employees on July 1, 2002:** None

   **Active Employees after July 1, 2002:** 90 days of continuous service as an Employee.

**Eligibility Date:** July 1, 2002 or the first day of the calendar month after you complete the Eligibility Waiting Period, whichever is later.

### SHORT TERM DISABILITY BENEFITS

**Weekly Benefit:** 60% of the first $1,250 of your Predisability Earnings, reduced by Other Income Benefits. Other Income Benefits are described in Section B. of Short Term Disability Benefits.

**Maximum Weekly Benefit:** $750

**Minimum Weekly Benefit:** $50. The Minimum Weekly Benefit will not apply if you are in an Overpayment situation or are receiving income from employment.

**Elimination Period:**

   **For Accidental Injury:** 14 Days of continuous Disability.

   **For Sickness and Pregnancy:** 14 Days of continuous Disability.

**Maximum Benefit Duration:** 11 Weeks

**Work Incentive:**

   **Work while Disabled:** No offset for employment earnings unless the total income you are receiving (including Rehabilitation Incentive and Family Care Expenses) exceeds 100% of your Predisability Earnings.

ML 00046

**MR0047**

DEF 00047
*Valenote v. Met. Life*

**Rehabilitation Incentive:** While participating in an approved Rehabilitation Program your Weekly Benefit before reduction for Other Income Benefits is increased by 10%.

**Family Care Expenses:** While participating in an approved Rehabilitation Program, after the 4th week of Disability, up to $60 per week incurred for Eligible Family Care Expenses for each Eligible Family Member.

## LIMITATIONS

**Limitation for Occupational Disabilities:** Benefits are not payable for any Disability: (i) which happens in the course of any work performed by you for wage or profit; or (ii) for which you are eligible to receive benefits under any Workers' Compensation or any similar law.

**Limitation for Pre-existing Conditions:** No Weekly Benefit in excess of $1 (before reduction for Other Income Benefits), are payable under This Plan until 12 months after your Effective Date of coverage.

## CONTRIBUTIONS

Your Short Term Disability Benefits are paid for by your Employer.

## BENEFITS CHECKLIST

In order to receive benefits under This Plan, you must provide to us at your expense, and subject to our satisfaction, all of the following documents. These are explained in this Certificate. Initial submission of these documents should be made no later than the 12th week following your original date of disability.

✓    Proof of Disability.

✓    Evidence of continuing Disability.

✓    Proof that you are under the Appropriate Care and Treatment of a Doctor throughout your Disability.

✓    Information about Other Income Benefits.

✓    Any other material information related to your Disability which may be requested by us.

Form G.24303-A

2

MR0048

DEF 00048
*Valenote v. Met. Life*

# EMPLOYEE ELIGIBILITY

**Active Employee**

You are an Active Employee if you:

1.  are an Eligible Employee working for the Employer doing all the material duties of your occupation at (i) your usual place of business; or (ii) some other location that your Employer's business requires you to be;

2.  are a citizen or legal resident of the United States or Canada; and

3.  are not a temporary or seasonal employee.

You will be deemed an Active Employee if:

1.  you meet the above conditions; and

2.  you are absent from work solely due to vacation days, holidays, scheduled days off, or approved leaves of absence not due to Disability.

**Effective Date of Coverage**

You will be covered on the later of the following dates:

1.  your Eligibility Date as described in Plan Highlights; or

2.  the date you meet the Active Employee requirements.

For Contributory Insurance if you were eligible for coverage under the prior plan but did not elect to be covered under the prior plan, you will be required to provide Evidence of Good Health satisfactory to us. Your coverage will become effective when we approve your Evidence of Good Health.

"Evidence of Good Health" is a statement providing your medical history. We will use this statement to determine your insurability under This Plan. This statement must be provided to us at your expense.

**Changes in Amount of Weekly Benefit**

The amount of your Weekly Benefit may change as a result of a change in your earnings or class. The new Weekly Benefit amount:

1.  will take effect on the date of the change; and

2.  will apply only to Disabilities commencing thereafter.

However, if you are not an Active Employee on the above date, the new Weekly Benefit amount will take effect on the date you are again an Active Employee.

Form G.24303-B

3

## SHORT TERM DISABILITY BENEFITS

**A.      Weekly Benefit**

You will be paid a Weekly Benefit, in accord with Plan Highlights, if we determine that:

1.       you are Disabled; and

2.       you became Disabled while covered under This Plan.

Benefits will begin to accrue on the date following the day you complete your Elimination Period. Payment of the Weekly Benefit will start on the date one week after completion of the Elimination Period. Subsequent payments will be made each week thereafter. Payment is based on the number of days you are Disabled during each one week period.

Contributions are required for the time that Weekly Benefits are payable.

After we determine that you are Disabled, your Weekly Benefits will not be affected by:

1.       termination of This Plan;

2.       termination of your coverage; or

3.       any plan change that is effective after the date you became Disabled.

**When Benefits End**

Weekly Benefits will end on the earliest of the following dates:

1.       the end of the Maximum Benefit Duration;

2.       the date you are no longer Disabled;

3.       the date you fail to provide us with any of the information listed in Plan Highlights under Benefits Checklist;

4.       the day you die;

5.       the date you cease or refuse to participate in a Rehabilitation Program as described in Work Incentive; or

6.       the date you fail to attend a medical examination requested by us as described in Medical Examination.

**Elimination Period**

Your Elimination Period begins on the day you become Disabled. It is a period of time during which no benefits are payable. Your Elimination Period is shown in Plan Highlights. You must be under the continuous care of a Doctor during your Elimination Period.

**Definition of Disability**

"Disabled" or "Disability" means that, due to sickness, pregnancy or accidental injury, you:

1.       are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

4

**MR0050**                    DEF 00050
                                *Valenote v. Met. Life*

2.   are unable to earn more than 80% of your Predisability Earnings at your Own Occupation for any employer in your Local Economy.

Your loss of earnings must be a direct result of your sickness, pregnancy or accidental injury. Economic factors such as, but not limited to, recession, job obsolescence, paycuts and job-sharing will not be considered in determining whether you meet the loss of earnings test.

For an Employee whose occupation requires a license, "loss of license" for any reason does not, in itself, constitute Disability.

"Appropriate Care and Treatment" means medical care and treatment that meet all of the following:

1.   it is received from a Doctor whose medical training and clinical experience are suitable for treating your Disability;

2.   it is necessary to meet your basic health needs and is of demonstrable medical value;

3.   it is consistent in type, frequency and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies;

4.   it is consistent with the diagnosis of your condition; and

5.   its purpose is maximizing your medical improvement.

"Doctor" means a person who: (i) is legally licensed to practice medicine; and (ii) is not related to you. A licensed medical practitioner will be considered a Doctor:

1.   if applicable state law requires that such practitioners be recognized for the purposes of certification of disability; and

2.   the care and treatment provided by the practitioner is within the scope of his or her license.

"Own Occupation" means the activity that you regularly perform and that serves as your source of income. It is not limited to the specific position you held with your Employer. It may be a similar activity that could be performed with your Employer or any other employer.

"Local Economy" means the geographic area surrounding your place of residence which offers reasonable employment opportunities. It is an area within which it would not be unreasonable for you to travel to secure employment. If you move from the place you resided on the date you became Disabled, we may look at both that former place of residence and your current place of residence to determine local economy.

**Work Incentive**

While you are Disabled, you are encouraged to work or participate in a Rehabilitation Program during your Elimination Period or while Weekly Benefits are being paid to you. Reimbursement for Eligible Family Care Expenses may also be available when you work or participate in an approved Rehabilitation Program while Disabled.

When you work while Disabled, you will receive the sum of the following amounts:

1.   your Weekly Benefit (including your Rehabilitation Incentive when applicable);

2.   the amount of your earnings for working while Disabled; and

3.   the amount of Family Care Expenses for which you are eligible.

ML 00050

**MR0051**    DEF 00051
*Valenote v. Met. Life*

2.     are unable to earn more than 80% of your Predisability Earnings at your Own Occupation for any employer in your Local Economy.

Your loss of earnings must be a direct result of your sickness, pregnancy or accidental injury. Economic factors such as, but not limited to, recession, job obsolescence, paycuts and job-sharing will not be considered in determining whether you meet the loss of earnings test.

For an Employee whose occupation requires a license, "loss of license" for any reason does not, in itself, constitute Disability.

"Appropriate Care and Treatment" means medical care and treatment that meet all of the following:

1.     it is received from a Doctor whose medical training and clinical experience are suitable for treating your Disability;

2.     it is necessary to meet your basic health needs and is of demonstrable medical value;

3.     it is consistent in type, frequency and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies;

4.     it is consistent with the diagnosis of your condition; and

5.     its purpose is maximizing your medical improvement.

"Doctor" means a person who: (i) is legally licensed to practice medicine; and (ii) is not related to you. A licensed medical practitioner will be considered a Doctor:

1.     if applicable state law requires that such practitioners be recognized for the purposes of certification of disability; and

2.     the care and treatment provided by the practitioner is within the scope of his or her license.

"Own Occupation" means the activity that you regularly perform and that serves as your source of income. It is not limited to the specific position you held with your Employer. It may be a similar activity that could be performed with your Employer or any other employer.

"Local Economy" means the geographic area surrounding your place of residence which offers reasonable employment opportunities. It is an area within which it would not be unreasonable for you to travel to secure employment. If you move from the place you resided on the date you became Disabled, we may look at both that former place of residence and your current place of residence to determine local economy.

**Work Incentive**

While you are Disabled, you are encouraged to work or participate in a Rehabilitation Program during your Elimination Period or while Weekly Benefits are being paid to you. Reimbursement for Eligible Family Care Expenses may also be available when you work or participate in an approved Rehabilitation Program while Disabled.

When you work while Disabled, you will receive the sum of the following amounts:

1.     your Weekly Benefit (including your Rehabilitation Incentive when applicable);

2.     the amount of your earnings for working while Disabled; and

3.     the amount of Family Care Expenses for which you are eligible.

ML 00050

MR0052          DEF 00051
          *Valenote v. Met. Life*

Your Weekly Benefit will be reduced if the total amount you receive from the above sources and Other Income Benefits exceeds 100% of your Predisability Earnings. Your Weekly Benefit will be reduced by that portion of the total you receive which exceeds 100% of your Predisability Earnings.

If your Weekly Benefit is reduced as a result of your receiving earnings from any work or service while Disabled, the Minimum Weekly Benefit will not apply.

Weekly Benefit payments will cease on the date you refuse to participate in a Rehabilitation Program in which we determine you are able to participate.

"Rehabilitation Program" means:

1.    a return to active employment by you on either a part-time or full-time basis in an attempt to enable you to resume gainful employment or service in an occupation for which you are reasonably qualified taking into account your training, education, experience and past earnings; or

2.    participating in vocational training or physical therapy. This must be deemed by one of our rehabilitation coordinators to be appropriate.

**Rehabilitation Incentive**

While Disabled, your Weekly Benefit, before reduction for Other Income Benefits, is increased by 10% when you participate in a Rehabilitation Program approved by us.

**Family Care Expenses**

After the 4th week of Disability, when you work or participate in a Rehabilitation Program approved by us, you will be reimbursed for Eligible Family Care Expenses incurred with respect to each Eligible Family Member.

"Eligible Family Member" means a person who is:

1.    living with you as part of your household; and

2.    chiefly dependent on you for support.

"Eligible Family Care Expenses" mean the weekly expenses incurred by you in order for you to participate in a Rehabilitation Program, up to $60 for each Eligible Family Member. These are expenses incurred:

1.    to provide child care with respect to an Eligible Family Member under age 13. Child care must be provided by a licensed child care facility or other qualified child care provider. The child care provider may not be a member of your immediate family or living in your residence.

2.    to provide care to an Eligible Family Member who as a result of mental or physical impairment, is incapable of caring for himself or herself. Family Care Expenses for services provided by a member of your immediate family or any one living in your residence will not be reimbursed.

Eligible Family Care Expenses do not include expenses for which you are eligible for reimbursement under any other group plan or from any other source.

You must provide satisfactory proof to us that you incurred such charges. You must give us proof that the Eligible Family Member is incapable of caring for himself or herself and is chiefly dependent on you for support. The proof must be satisfactory to us.

ML 00051

**MR0053**      DEF 00052
*Valenote v. Met Life*

**Predisability Earnings**

"Predisability Earnings" means the amount of your gross salary or wages from your Employer as of the day before your Disability began. This is calculated on a weekly basis.

This may include contributions you make through a salary reduction agreement with your Employer to any of the following:

1.    an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;

2.    an executive nonqualified deferred compensation arrangement; and

3.    amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Predisability Earnings do not include:

1.    awards, commissions and/or bonuses;

2.    overtime pay;

3.    your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan; or

4.    any other compensation.

Your average weekly compensation is determined by adding the following amounts as reported on the Schedule K-1, Form W-2 or S-Corporation federal income tax return, and dividing by 52 (or by the number of weeks you were a partner or shareholder, if less than 52):

1.    your ordinary income (loss) from trade or business activity(ies); and

2.    your guaranteed payments, if you are a partner; or

3.    your compensation (as an officer), salary, or wages, if you are an S-Corporation Shareholder.

If you do not have regular work hours, your Predisability Earnings are based on the average number of hours you worked per week during the preceding 52 calendar weeks (or during your period of employment if less than 52 weeks). In no event will the number of hours be more than 40 hours.

**B.    Reduction of Benefits - Other Income Benefits**

Your Weekly Benefit is reduced by Other Income Benefits shown below. The Weekly Benefit payable to you:

1.    will not be less than the amount shown in Plan Highlights under Minimum Weekly Benefit (except in the case of an Overpayment or while receiving work earnings);

2.    will not be reduced by any reasonable attorney fees included in any award or settlement; and

3.    will not be reduced by any sources other than those shown below.

If you receive Other Income Benefits in a lump sum instead of in weekly payments, you must provide to us satisfactory proof of the breakdown of: (i) the amount attributable to lost income; and (ii) the time period for which the lump sum is applicable. If you do not provide this information to us, we may reduce your Weekly Benefit by an amount equal to the Weekly Benefit otherwise payable. We will reduce the Weekly Benefit

7

ML 00052

DEF 00053
*Valenote v. Met. Life*

each month until the lump sum has been exhausted. However, if we are given proof of the time period and amount attributable to lost income, we will make a retroactive adjustment.

**List of Sources of Other Income Benefits**

1.    **Group Insurance Policies**

Group insurance policies will be counted if the Employer contributes towards them or makes payroll deduction for any of the following:

    a.    other group health insurance policies will be counted to the extent that they provide benefits for loss of time from work due to disability; and

    b.    a group life policy that provides installment payments for permanent total disability will be counted.

2.    **Work Earnings, Rehabilitation Incentive, and Family Care Expenses** will not be used to reduce your Weekly Benefit except as described in Work Incentive.

3.    **Employer's Retirement Plan**

Benefits for disability and/or retirement that you receive under the Employer's retirement plan will be counted to the extent they are attributable to the Employer's contributions.

Benefits under the Employer's retirement plan that are payable for disability is money which:

    a.    is payable under a retirement plan due to a disability as defined in that plan; and

    b.    does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the disability had not occurred. (If the payment does cause such a reduction, it will be deemed a retirement benefit as defined below.)

Benefits under the Employer's retirement plan that are payable upon retirement is money which:

    a.    is payable under the Employer's retirement plan either in a lump sum or in the form of periodic payments;

    b.    is payable upon:

        i.    The later of age 62 or normal retirement age as defined in the retirement plan;

        ii.    Early retirement age as defined in the retirement plan. (You must have voluntarily elected to receive payments prior to your normal retirement age); or

        iii.    Disability as defined in the retirement plan. (You must have voluntarily elected to receive payment prior to your normal retirement age and such payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred); and

    NOTE: You will be considered to have voluntarily elected to receive payments if you file an application for benefits with the Retirement Plan and request the start of payments prior to your normal retirement age.

ML 00053

**MR0055**

DEF 00054
*Valenote v. Met. Life*

   c.     does not represent contributions made by you. Payments which represent your contributions are deemed to be received over your expected remaining life regardless of when such payments are actually received.

The Employer's Retirement Plan is a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include the following, regardless of the source of contributions:

   a.     profit sharing plans;

   b.     thrift or savings plans;

   c.     non-qualified plans of deferred compensation;

   d.     plans under IRC Section 401(k) or 457;

   e.     individual retirement account (IRA);

   f.     tax sheltered annuity (TSA) under IRC Section 403(b);

   g.     stock ownership plans; or

   h.     Keogh (HR-10) plan.

**4.   No-fault Auto Laws**

Only the basic reparations portion for loss of income of a law providing for payments without determining fault in connection with automobile accidents will be counted. Supplemental disability benefits you buy under a no-fault auto law will not be counted.

**5.   Other Programs or Plans including:**

   a.     a compulsory benefit program of any government which provides payment for loss of time from your job because of your disability will be counted;

   b.     any other group disability income plan, fund, or other arrangement, no matter what called, if the Employer contributes toward it or makes payroll deductions for it, will be counted; and

   c.     any sick pay or other salary continuation, other than vacation pay, paid to you by the Employer will be counted.

**6.   Third Party Recovery**

The amount of recovery you receive for loss of income as a result of claims against a third party by judgment, settlement or otherwise.

**7.   Unemployment Insurance Law or Program**

**Exceptions to Other Income Benefits**

Other Income Benefits will not include:

1.   group credit or mortgage disability insurance benefits; or

2.   early retirement benefits not taken into constructive receipt; or

ML 00054

DEF 00055
*Valenote v. Met. Life*

**MR0056**

3.      individual Insurance policies.

C.      **Temporary Recovery**

Once benefits become payable under This Plan, you may Temporarily Recover from your Disability. If you become Disabled again due to the same or related condition, you may not have to begin a new Elimination Period.

Once you have satisfied your Elimination Period, a period of Temporary Recovery is your return to work for less than 90 days for each period of Temporary Recovery.

During the Temporary Recovery you will not qualify for any change in coverage caused by a change in any of the following:

1.      the rate of earnings used to determine your Predisability Earnings; or

2.      the terms, provisions, or conditions shown in your Certificate of Insurance.

If your recovery lasts longer than the Temporary Recovery period allowed, when you become Disabled again you will have to begin a new Elimination Period.

D.      **Concurrent Disability**

If a new Disability occurs while Weekly Benefits are payable, it will be treated as part of the same period of Disability. Weekly Benefits will continue while you remain Disabled. They will be subject to both of the following:

1.      the Maximum Benefit Duration; and

2.      Limitations and Exclusions that apply to the new cause of Disability.

E.      **Limitations**

**Limitation for Occupational Benefits**

No benefits are payable for any Disability: (i) which happens in the course of any work performed by you for wage or profit; or (ii) for which you are eligible to receive benefits under any Workers' Compensation or any similar law.

**Limitation for Pre-existing Conditions**

You may be Disabled due to a Pre-existing Condition. No benefits in excess of $1 a week are payable under This Plan in connection with that Disability unless your Elimination Period starts after you have been an Active Employee under This Plan for 12 consecutive months.

A Pre-existing Condition is an injury, sickness, or pregnancy for which you in the 3 months before your Effective Date:

1.      received medical treatment, consultation, care, or services;

2.      took prescription medications or had medications prescribed; or

3.      had symptoms or conditions which would cause a reasonably prudent person to seek diagnosis, care, or treatment.

If you cannot satisfy the above limitation and you were covered under the plan that This Plan replaced at the time of transfer, benefits may be payable under This Plan. We will give consideration towards the

10

ML 00055

**DEF 00056**

*Valenote v. Met. Life*

**MR0057**

continuous time you were covered under the prior plan and This Plan. If you then satisfy the above limitation, the maximum Weekly Benefit payable under This Plan will not exceed the lesser of: (i) the Maximum Benefit under This Plan; and (ii) the maximum benefit under the prior plan.

**F.    Exclusions**

This Plan does not cover any Disability which results from or is caused or contributed to by:

1.    war, insurrection, or rebellion;

2.    active participation in a riot;

3.    intentionally self-inflicted injuries or attempted suicide;

4.    committing a felony.

5.    elective treatment or procedures such as, but not limited to:

     a.    cosmetic surgery or treatment primarily to change appearance
     b.    in vitro fertilization
     c.    embryo transfer procedure
     d.    artificial insemination
     e.    sex-change surgery
     f.    reversal of sterilization
     g.    liposuction
     h.    radial keratotomy

Form G.24303-2

# TERMINATION OF COVERAGE

**This provision applies to you if you are not Disabled.**

You will cease to be covered on the earliest of the following dates:

1.    the date This Plan terminates;

2.    the date you cease to be an Eligible Employee;

3.    the date you stop making any required contributions;

4.    the date you go on strike or are locked out; or

5.    the date you are laid-off.

**Approved Leave of Absence**

Your Employer may continue your coverage for an approved leave of absence by paying the required premium payments. Coverage may continue until the earliest of:

1.    the date the Employer stops paying the required premium;

11

ML 00056

**MR0058**

DEF 00057
*Valenote v. Met. Life*

2.  the date the leave ends; or

3.  the last day of the month in which your leave of absence begins.

In the event the leave qualifies under the Family and Medical Leave Act of 1993 (FMLA), the period may be extended for a period agreed to by you and your Employer. It may not exceed 12 weeks following the date the leave begins. Your Employer must continue to pay the required premium.

### Reinstatement of Coverage

If your coverage ends, you may become covered again as an Eligible Employee. Coverage is subject to the following:

1.  If your coverage ends because you cease to be an Eligible Employee, and if you become an Eligible Employee again within 3 months, the Eligibility Waiting Period will be waived. For Contributory Insurance you will not have to provide Evidence of Good Health.

2.  If your coverage ends because you cease making the required contribution while on an approved Family Medical Leave Act (FMLA) leave of absence, and you become an Eligible Employee again within 31 days of the earlier of:

    a.  the end of the period of leave you and your Employer agreed upon; or

    b.  the end of the 12 week period following the date your leave began;

    the Eligibility Waiting Period will be waived and for Contributory Insurance, you will not have to provide Evidence of Good Health.

3.  In all other cases for Contributory Insurance, if your coverage ends because you fail to make the required contribution, you must provide Evidence of Good Health to become covered again.

4.  If you become covered again as described in 1. and 2. above, the Pre-existing Condition Limitation will be applied as if there had been no gap in coverage.

Form G.24303-D

12

ML 00057

**MR0059**

DEF 00058
*Valenote v. Met. Life*

## EXTENSION OF BENEFITS

**This provision applies if your coverage ceases while you are Disabled.**

During your Elimination Period your coverage will continue while you are continuously Disabled until the end of your Elimination Period. Benefits will begin after the end of your Elimination Period. Your coverage will continue in either of the following situations:

1.     This Plan terminates; or

2.     you cease to be an Eligible Employee but required payments are made to us for Contributory Insurance.

Benefits are payable if your Disability began while coverage was in force and continues without interruption after termination.

Extension of benefits beyond the period coverage was in force is limited to the Maximum Benefit Duration. Extension of benefits is subject to all of the following:

1.     your Elimination Period; and

2.     payment of any required contributions; and

3.     all other applicable provisions of This Plan.


Form G.24303-C


## CLAIMS


**Notice of Disability**

Notify us of your Disability as soon as you are able.

To notify us you may call us directly. You may obtain this phone number from your Employer. You will be instructed on how to give proof of Disability. You will be required to answer all questions concerning your Disability.

If you do not receive statements or instructions within 15 days after you have notified us, you may submit your statement in a letter.

**Proof of Disability**

Provide proof of Disability within 45 days after the end of your Elimination Period.

No benefits are payable for claims submitted more than 3 months after the date of Disability. However, you can request that benefits be paid for late claims if you can show that:

1.     it was not reasonably possible to give written proof of Disability during the 3 month period; and

2.     proof of Disability satisfactory to us was given to us as soon as was reasonably possible.


13

ML 00058

DEF 00059
*Valenote v. Met. Life*

**MR0060**

Documentation

At your expense, you must provide documented proof of your Disability. Proof includes, but is not limited to:

1.      the date your Disability started;

2.      the cause of your Disability; and

3.      the prognosis of your Disability.

You will be required to provide signed authorization for us to obtain and release medical and financial information, and any other items we may reasonably require in support of your Disability.

These will include but are not limited to:

1.      proof of continuing Disability;

2.      proof you have applied, or are not eligible, for Other Income Benefits. If you do not provide proof you have applied for Other Income Benefits, we may reduce your Weekly Benefit. The reduction will be based on our estimate of what you would be eligible to receive through proper and timely pursuit;

3.      proof that you applied for Social Security disability benefits until denied at the Administrative Law Judge level; and

4.      proof you have applied for Workers' Compensation benefits or benefits under a similar law. If you do not provide proof that you have applied for these benefits, we may reduce your Weekly Benefit. The reduction will be based on our estimate of what you would be eligible to receive through proper and timely pursuit.

If you do not provide satisfactory documentation within 60 days after the date we ask for it, your claim may be denied.

**Method of Payment**

When we determine you are Disabled:

1.      Weekly Benefits are paid one week after you qualify for them and on a weekly basis thereafter.

2.      Benefits will be paid to you. However, benefits unpaid at your death will be paid to:

    a.      your spouse, if living; otherwise

    b.      your children, if living, divided equally;

    c.      your estate. If benefits are payable to your estate, we may pay up to $1,500 to someone related to you by blood or by marriage whom we deem entitled to this amount. We will be discharged to the extent of any payment made in good faith.

3.      Weekly Benefits due for a period of less than a week will be paid at a daily rate of 1/7th of the Weekly Benefit payable.

**Right To Recover Overpayments**

We have the right to recover from you any amount that we determine to be an Overpayment. You have the obligation to refund to us any such amount. Our rights and your obligations in this regard are also set forth in the reimbursement agreement you are required to sign when you become eligible for benefits under This

ML 00059

DEF 00060
*Valenote v. Met. Life*

**MR0061**

Plan.This agreement: (i) confirms that you will repay all Overpayments; and (ii) authorizes us to obtain any information relating to Other Income Benefits.

An Overpayment occurs when we determine that the total amount paid by us on your claim is more than the total of the benefits due under This Plan. This includes any Overpayments resulting from:

1.    retroactive awards received from sources shown in the List of Other Income Benefits;

2.    fraud; or

3.    any error we make in processing your claim.

The Overpayment equals the amount we paid in excess of the amount we should have paid under This Plan. In the case of a recovery from a source other than This Plan, our Overpayment recovery will not be more than the amount of the recovery.

You have the right to appeal any Overpayment recovery.

An Overpayment also occurs when payment is made by us that should have been made under another group plan. In that case, we may recover the payment from one or more of the following:

1.    any other insurance company;

2.    any other organization; or

3.    any person to or for whom payment was made.

We may, at our option, recover the Overpayment by:

1.    reducing or offsetting against any future benefits payable to you or your survivors;

2.    stopping future benefit payments (including Minimum Benefits) which would otherwise be due under This Plan. Payments may continue when the Overpayment has been recovered; or

3.    demanding an immediate refund of the Overpayment from you.

**Legal Actions**

No legal action of any kind may be filed against us:

1.    within the 60 days after proof of Disability has been given; or

2.    more than three years after proof of Disability must be filed. This will not apply if the law in the area where you live allows a longer period of time to file proof of Disability.

**Medical Examinations**

We will have the right to have you examined at reasonable intervals by medical specialists of our choice. The examination will be at our expense. Failure to attend a medical examination or cooperate with the medical examiner may be cause for denial or suspension of your benefits.

**Incontestability of Coverage**

This Plan cannot be declared invalid after it has been in force for 2 years. It can be declared invalid due to non-payment of premium.

ML 00060

MR0062

DEF 00061
*Valenote v. Met. Life*

No statement of health used by any person to get coverage can be used to declare coverage invalid if the person has been covered under This Plan for 2 years. In order to use a statement of health to deny coverage before the end of 2 years, it must have been signed by the person. A copy of the signed statement must be given to the person or the person's beneficiary.

**Assignment**

You may not assign your benefits. This means that you may not give or transfer your benefits to anyone else.

**Workers' Compensation**

This Plan is not in lieu of, and does not affect, any requirement for coverage by Workers' Compensation Insurance or any government mandated temporary disability income benefits law.

Form G.24303-E

ML 00061

DEF 00062
*Valenote v. Met. Life*

**MR0063**

THIS PAGE IS INTENTIONALLY BLANK

ML 00062

DEF 00063
*Valenote v. Met. Life*

MR0064

SPECIAL SERVICES

RETURN TO WORK PROGRAM

**Goal of Rehabilitation**

The goal of MetLife is to focus on Employees' **abilities,** instead of disabilities. This "abilities" philosophy is the foundation of our Return to Work Program. By focusing on what Employees **can do** versus what they can't, we can assist you in returning to work sooner than expected.

**Incentives For Returning To Work**

Your disability plan is designed to provide clear advantages and financial incentives for returning to work either full-time or part-time, while still receiving a Disability benefit. In addition to financial incentives, there may be personal benefits resulting from returning to work. Many Employees experience higher self-esteem and the personal satisfaction of being self-sufficient and productive once again. If it is determined that you are capable but you do not participate in the Return to Work Program, your Disability benefits may cease.

**Vocational Rehabilitation Services**

As a covered Employee you are automatically eligible to participate in our Return to Work Program. The Program focus is vocational rehabilitation, which means identifying the necessary training and therapy that can help you return to work. In many cases, this means helping you return to your former occupation, although rehabilitation can also lead to a new occupation which is better suited to your condition and makes the most of your abilities.

There is no additional cost to you for the services we provide, and they are tailored to meet your individual needs. These services include, but are not limited to, the following:

1.     **Vocational Analyses**

      Assessment and counseling to help determine how your skills and abilities can be applied to a new or a modified job with your Employer.

2.     **Labor Market Surveys**

      Studies to find jobs available in your locale that would utilize your abilities and skills.

3.     **Retraining Programs**

      Programs to facilitate return to your previous job, or to train you for a new job.

4.     **On-Site Job Analyses**

      Analyses to determine what modifications may be made to maximize your employment opportunities.

5.     **Job Modifications/Accommodations**

      Changes in your job or accommodations to help you perform the previous job or a similar vocation, as required of your Employer under the Americans With Disabilities Act (ADA).

ML 00063

DEF 00064
*Valenote v. Met Life*

**MR0065**

6.    **Training in Job Seeking Skills**

Special training to identify abilities, set goals, develop resumes, polish interviewing techniques, and provide other career search assistance.

**Rehabilitation Staff**

The Case Management Specialist handling your claim will begin the rehabilitation process. You may be referred to our professional Rehabilitation staff that includes Registered Nurses and vocational rehabilitation coordinators. Registered Nurses might address how your medical condition impacts your ability to return to work. Vocational rehabilitation coordinators will focus on identifying how your abilities can be best applied to either your previous job or a new job.

These rehabilitation specialists will contact you personally. They will coordinate their activities with your medical carrier and/or attending physician for a broad understanding of your diagnosis, prognosis, and expected return to work date.

**Rehabilitation Vendor Specialists**

In many situations, the services of independent vocational rehabilitation specialists may be utilized. Services are obtained at no additional cost to you; MetLife pays for all vendor services. Selecting a rehabilitation vendor is based on:

1.    Attending physician's evaluation and recommendations;

2.    Your individual vocational needs; and

3.    Vendor's credentials, specialty, reputation, and experience.

When working with vendors, you and your Doctor still maintain control and direction of the case.

ML 00064

MR0066

DEF 00065
*Valenote v. Met. Life*

MR0067

030602026310

<table>
<tr><td>Indicate type of claim<br>☒ A&S/STD/Salary Continuance    ☒ LTD</td><td>Disability Claim<br>Employee Statement</td><td>**MetLife**®<br>Metropolitan Life Insurance Company<br>P.O. Box 14590<br>Lexington, KY 40511-4590<br>Fax: 1-866-690-1264</td></tr>
</table>

Instructions for completing the claim form:
1. Complete all applicable areas of the claim form.
2. If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Employee/Claimant's behalf.
3. Sign the claim form.
4. Fax this form to expedite your claim - retain original for your records.

## Section 1: Personal Information

| Name (Last, First, MI) - MUST ANSWER<br>VALENOTE, DANIELA C. | Employer - MUST ANSWER<br>RIM ARCHITECTS | Group Report # | Social Security # - MUST ANSWER<br>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 |
|---|---|---|---|

| Address<br>4514 UPPER KOGRU DR. | City<br>EAGLE RIVER | State<br>AK | Zip Code<br>99577 | Date of Birth (MM/DD/YY)<br>2-17-69 | Sex<br>☐ M ☒ F |
|---|---|---|---|---|---|

| Home Phone #<br>(907) 1009 | Work Phone #<br>907 258 7777 | Occupation<br>INTERN ARCHITECT | Marital Status<br>☒ Married ☐ Single ☐ Other | Tax Exemptions<br>0 |
|---|---|---|---|---|

Dependent Information:  N/A

| | Name | Date of Birth | SS# |
|---|---|---|---|
| Spouse | | | |
| Children | | | |

## Section 2: Claim Information

Is your disability due to   ☐ Injury/Accident?   ☐ Illness?   ☐ Pregnancy?   If due to injury/accident, give date, time and details. (When, Where, How)
NOT SURE WHAT CAUSED IT - CHRONIC PAIN

Is this condition work related?   ☐ Yes   ☒ No        If condition is due to pregnancy, what is your estimated delivery date?

| Date of first treatment<br>for this condition  DEC. 2002 | Date Last Worked - MUST ANSWER<br>FEB. 21, 2003 | Date Disability Began<br>DEC. 2002 | Height<br>5'4" | Weight<br>145 lbs. |
|---|---|---|---|---|

Name, address, phone number of your primary attending physician.
DR. JOELLA BEARD    907 677 7440    4100 LAKE OTIS PKWY    ANCHORAGE, AK

Name of physicians/providers who have treated you within the past 2 years

| Name of Physician/Provider | Phone Number | Dates of Treatment | Reason For Visit |
|---|---|---|---|
| JOELLA BEARD | 907 677 7440 | 02/03 To PRESENT | PAIN UPPER & LOW BACK |
| PHENE MERKOURIS | 907 556 6375 | From 2001 To PRESENT | GYNECOLOGIST |
| MIKE ORZECHOWSKI | 907 563 1000 | From 07/03 To PRESENT | FAMILY DOC & PAIN |
| EDWARD VOKE | 907 562 2277 | From 01/03 To PRESENT | PAIN - UPPER & LOW BACK |

Have you been hospitalized for this condition? ☐ Yes ☒ No   If yes, give dates from _____ to _____   ☐ Inpatient ☐ Outpatient
Name and address of hospital

| Circle Highest Education Level Completed.<br>1 2 3 4 5 6 7 8  9 10 11 12  13 14 15 16 17 ⑱ | Degrees, Certificates, License/Skills or training obtained<br>B.S. FINE ARTS, M.A. ARCHITECTURE<br>COMPLETED INTERN DEVELOPMENT PROGRAM |
|---|---|

Please describe what prevents you from performing the duties of your job.

Have you applied for or are you receiving income from any other sources?   ☒ Yes   ☐ No  If yes, provide the following information

| | Applied for | Receiving | $ Amount | Frequency | From/To Dates |
|---|---|---|---|---|---|
| Salary Continuance/Sick Leave | ☒ | ☐ | 0   USED ALL SICK LEAVE BY JAN. 2002. | | |
| Short Term Disability | ☐ | ☐ | | | |
| Workers' Compensation | ☐ | ☐ | | | |
| State Disability | ☐ | ☐ | | | |
| Social Security | ☐ | ☐ | | | |
| Dependent Social Security | ☐ | ☐ | | | |
| No Fault (Income Replacement) | ☐ | ☐ | | | |
| Retirement/Pension | ☐ | ☐ | | | |
| Permanent Total Disability | ☐ | ☐ | | | |
| Other (Please Identify) | ☐ | ☐ | | | |

002020100000000000005

Continued on Reverse Side

JY5323.SCRE(04/01)

ML 00308

MR0068

DEF 00287
*Valenote v. Met. Life*

030602020310

VALENOTE, DANIELA C.     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
Name (Last, First, Middle Initial) — Social Security # — Report # — Claim #

## Agreement To Reimburse Overpayment Of Short Term Disability Benefits

I agree to reimburse Metropolitan Life Insurance Company (MetLife) and/or my employer's plan for any overpayments of disability income benefits I receive under my employer's plan. I agree that, among other things, an overpayment will arise to the extent I receive benefits from my employer's plan that are later determined to be payable to me under (1) a Workers' Compensation Law; (2) an Occupational Disease Law; and/or (3) another similar law. When an overpayment arises, I agree to reimburse MetLife and/or my employer's plan for the overpayment from the proceeds I receive under such a law. If necessary, I also permit my employer to deduct the overpayment from my salary or any other benefits that may become due me, (and if appropriate, to reimburse MetLife) to the extent permissible by law.

## Agreement To Reimburse Overpayment Of Long Term Disability Benefits

I, DANIELA VALENOTE          acknowledge that, if my disability claim is or has been approved, under my Long Term Disability coverage, Metropolitan Life Insurance Company (MetLife) is authorized to reduce the benefits otherwise payable to me by certain amounts paid or payable to me under disability or retirement provisions of the Social Security Act (including any payments for my eligible dependents), under a Workers' Compensation or any Occupational Disease Act or Law, and under any State Compulsory Disability Benefit Law, or any other act or law of like intent.

I understand that, if my disability claim is or has been approved, MetLife is willing to make advance monthly disability payments to me, which because of amounts paid or payable under the laws described above may be in excess of the benefits actually due me. However, I also understand and accept that MetLife will make these payments, only if I make certain statements which I represent and warrant to be true and only if I agree as follows:

1. I have not received and am not receiving any payments under the laws described above, whether in the form of benefit payment or a compromise settlement.

2. If I have not already applied for Social Security benefits, then I agree to do so as specified in my Plan of Benefits after I have received my first monthly benefit check from MetLife. As proof of this, I agree to send to MetLife a copy of the Receipt of Claim Form given to me by the Social Security Administration at the time of my application.

3. I agree to file for Reconsideration or Appeal to Social Security if Social Security denies my claim for benefits as specified in my Plan of Benefits.

4. As specified in my Plan of Benefits, when I, my spouse or my dependents receive any disability or retirement payments under the laws described above resulting from my disability, I agree to notify MetLife immediately by sending a copy of the award, notification or check to MetLife.

5. After MetLife has recalculated my monthly benefit payment and has determined the amount of the overpayment, as specified in my Plan of Benefits, I agree to repay to MetLife any and all such amounts which MetLife or employer has advanced to me in reliance upon this Agreement .

6. If for any reason MetLife or employer is not repaid, then I understand that MetLife may reduce my monthly benefit below the minimum monthly benefit amount as stated in my Plan of Benefits, until the overpayment is reimbursed in full.

7. I agree to repay MetLife in a single lump sum any overpayment on my Long Term Disability claim due to integration of retroactive Social Security Benefits.

I understand that when MetLife issues an advance, it is relying on my statements and agreements herein.  My acceptance of an advance, along with my signature below, is my acceptance of terms of this Agreement.

_____     5/25/03     _____     05-15-2003
Witness Signature          Date          Claimant's Signature          Date

0080201000000000000 V

Continued on Next Page

ML 00309

DEF 00288
*Valenote v. Met. Life*

030602020310

**MetLife®**
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511
Fax: 1-866-690-1264

Claim Number: _____

## Authorization To Furnish Medical Information

**Authorization** – For underwriting and claim purposes, I permit: any physician or other medical practitioner, hospital, clinic, other medical related facility, employers and group policyholders, contractholders or benefit plan administrators:

To disclose to MetLife and any benefit plan administrators, consumer reporting agencies, attorneys, and independent claim administrators acting on MetLife's behalf, any and all medical data that you may have on the person proposed for coverage. I specifically authorize disclosure of findings on: medical care or surgery; psychiatric or psychological care or examinations; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. Information concerning mental illness, HIV, AIDS, HIV related illnesses and sexually transmitted diseases or other serious communicable illnesses may be controlled by various laws and regulations. I consent to disclosure of such information to MetLife but only in accordance with laws and regulations as apply to me.

I understand that I may revoke this authorization at any time. If I do not, it will be valid throughout the duration of my claim for benefits. A photocopy of this authorization is as valid as the original form.

The employee must sign in all cases.

DANIELA VALENOTE
**Name of Employee (Please Print)**

590 - 16 - 736 1
**Social Security Number**


**Signature of Employee**

05-15-2003
**Date**

*You have a right to receive a copy of this authorization on request.*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
000201000000000000004

ML 00310

**MR0070**

DEF 00289
*Valenote v. Met. Life*

030602028310

## Disability Claim Employee Statement (Continued)

### Fraud Warning:

If you are insured under a policy issued in one of the following states, or if you reside in one of the following states, one of the following state warnings may apply to you:

New York [only applies to Accident and Health Benefits (AD&D/Disability/Dental)]:  I know it is a crime to fill out this form with facts I know are false or to leave out facts I know are important.  I know that if I do this, I may also have to pay a civil penalty of up to $5,000 plus the value of the claim.

Florida:  Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

Kansas and Massachusetts:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, and may subject such person to criminal and civil penalties.

New Jersey:  Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

Oklahoma:  Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Oregon:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto may be guilty of insurance fraud, and may be subject to criminal and civil penalties.

Virginia:  Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, files a claim containing a false or deceptive statement may have violated state law.

If you are covered under a self-funded plan or insured under a policy issued in any state other than those listed above, or if you reside in any state other than those listed above, then the following warning may apply to you:

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Name of Employee (Please Print): DANIELA VALENOTE          Social Security Number: 590 - 16 - 7361

Signature of Employee:                     Date: 05-15-2003

ML 00311

**MR0071**

DEF 00290
*Valenote v. Met. Life*

MR0072

030617 010984

Indicate type of claim
☐ A&S/STD/Salary Continuance ☐ LTD

### Disability Claim
### Attending Physician Statement

**MetLife®**
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511-4590
Fax: 1-866-690-1264

Instructions for completing the claim form:
1. Complete all applicable areas of the claim form.
2. Sign the claim form.
3. Fax this form to expedite your claim - retain original for your records.

| The following section must be completed and signed by the employee/patient. Any fee for the completion of this form is the patient's responsibility. | | Occupation | |
|---|---|---|---|
| Name - MUST ANSWER  DANIELA VALENOTE | Social Security # - MUST ANSWER  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 | Employer - MUST ANSWER  KIM ARCHITECTS | Group Report # |

I hereby authorize my physician to release any information acquired in the course of my examination or treatment.

Signature of Employee _Daniel C. Vot_    Date _05-15-2003_    Date of Birth _2-17-1969_

The following section must be completed and signed by the attending physician.
The purpose of this report is to assist us in making a disability determination. Please complete all applicable sections of this form.
A MetLife claim representative may telephone your office if additional information is needed.

### History

Symptoms result from:  ☐ Injury  ☑ Illness  ☐ Pregnancy       If pregnancy, delivery date _____  ☐ Expected  ☐ Actual

Is condition work-related?  ☐ Yes  ☑ No        Type of delivery _____

Initial date of treatment _2-18-03_       Most recent date of treatment _4-29-03_

Did you advise the patient to cease the above noted occupation?  ☐ Yes  ☑ No  If Yes, Date _3/23/03 to 5/1/03_  _AND advised no work from_

Names and Phone Numbers of the other providers the patient was referred to:

| Name | Phone # | Name | Phone # |
|---|---|---|---|
| Wayne Downs, MD | 277-1623 | Schlossfein, MD | 563 3929 |

Has patient been hospitalized?  ☐ Yes  ☑ No  If Yes, Date Confined _____ through _____
Name and address of facility

### Diagnosis and Treatment

Primary ICD-9 _729.1_    Diagnosis _Myalgia_

Secondary ICD-9 _729.5_    Diagnosis _Pain in limb_

Subjective Symptoms _Myalgias_

Objective Findings (include copies/results of any x-rays, lab tests', EKG's, MRI's, scans and office notes)
_Tender points_

Current and Recommended Treatment Plans _Acupuncture, Rheumatology evaluation_

If surgery performed/anticipated, provide the following:

CPT-4 _____    Procedure _____    Date _____

Medications prescribed (names, dosages)
_Nanseller 4mg BID_
_Neurontin 300mg AM, noon 600mg qhs_

Continued on Reverse Side       JY5320.SCRE (04/01)

0030201000000000000P

ML 00300

DEF 00279
*Valenote v. Met. Life*

030617 010984

Name of Employee: DANIELA C. VALENOTE _____ Social Security Number: 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

## Psychological Functions

Check applicable box below
- ☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situations and engage in some interpersonal relations (slight limitations)
- ☐ Class 3 – Patient is able to function in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)

Remarks: _Unknown_

What stress factors or problems with interpersonal skills have affected patient's ability to perform the duties of his or her job?

Is patient competent to endorse checks and direct use of the proceeds?    ☑ Yes  ☐ No

## Physical Capabilities   _Would need Exam (Physical Capacity Exam)_

(a) Patient's ability to: (circle)

| | Hours | (check) |
|---|---|---|
| Sit | 0 1 2 3 4 5 6 7 8 | ☐ Continuously  ☐ Intermittently |
| Stand | 0 1 2 3 4 5 6 7 8 | ☐ Continuously  ☐ Intermittently |
| Walk | 0 1 2 3 4 5 6 7 8 | ☐ Continuously  ☐ Intermittently |

(b) Patient's ability to: (circle)

| | Yes | No |
|---|---|---|
| Climb | Yes | No |
| Twist/bend/stoop | Yes | No |
| Reach above shoulder level | Yes | No |
| Operate a motor vehicle | Yes | No |

(c) Patient's ability to lift/carry: (check)

| | Never 0% | Occasionally 1-35% | Frequently 36-66% | Continuously 67%-100% |
|---|---|---|---|---|
| Up to 10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11 to 20 lbs. | ☐ | ☐ | ☐ | ☐ |
| 21 to 50 lbs. | ☐ | ☐ | ☐ | ☐ |
| 51 to 100 lbs. | ☐ | ☐ | ☐ | ☐ |
| Over 100 lbs. | ☐ | ☐ | ☐ | ☐ |

(d) Patient's ability to perform repetitively: (circle)

| | Right Hand | Left Hand |
|---|---|---|
| Fine finger movements | Yes  No | Yes  No |
| Eye/hand movements | Yes  No | Yes  No |
| Pushing/pulling | Yes  No | Yes  No |
| Dominant hand | R _____ | L _____ |

(e) In your opinion, why is patient unable to perform job duties?

(f) Patient can work a total of _____ hours per day?

(g) Do you expect improvement in any area?
    (If so please comment and give dates/timeframes.)

## Cardiac

Functional Capacity (American Heart Association) Complete only if applicable.

☑ Class 1 (No Limitation)   ☐ Class 2 (Slight Limitation)   ☐ Class 3 (Marked Limitation)   ☐ Class 4 (Complete Limitation)

Blood pressure (latest reading) _____/_____ as of (date) _____/_____

Is patient in a cardiac rehabilitation program?

## Prognosis

Have you advised patient to return to work?   _Work release written for RTW 5/1/03_

☐ Yes  If yes, date of return _____   ☐ To regular occupation   ☐ Full Time   ☐ Part Time
                                                  ☐ To any other occupation   ☐ Full Time   ☐ Part Time
☐ No  If not, please explain.

Any work/activity restrictions applicable (please be specific):

## Rehab

Do you suggest that the patient become involved in any of the following?  Please check as many as apply.
If so, was this discussed with the patient?   ☑ Yes  ☐ No

- ☑ Physical Therapy
- ☐ Occupational Therapy
- ☐ Cardiac Rehabilitation
- ☐ Pain Management Program
- ☐ Work Hardening Program
- ☐ Job Modification
- ☐ Vocational Rehabilitation
- ☑ Psychological Counseling
- ☑ Other _Acupuncture_

030617 010984

## Disability Claim Attending Physician Statement (Continued)

Name of Employee: DANIELA C. VALENOTE                     Social Security Number: 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

### Fraud Warning:

If you reside in one of the following states, one of the following state warnings may apply to you:

New York [only applies to Accident and Health Benefits (AD&D/Disability/Dental)]:  I know it is a crime to fill out this form with facts I know are false or to leave out facts I know are important.  I know that if I do this, I may also have to pay a civil penalty of up to $5,000 plus the value of the claim.

Florida:  Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

Kansas and Massachusetts:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, and may subject such person to criminal and civil penalties.

New Jersey:  Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

Oklahoma:  Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Oregon:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto may be guilty of insurance fraud, and may be subject to criminal and civil penalties.

Virginia:  Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, files a claim containing a false or deceptive statement may have violated state law.

If you reside in any state other than those listed above, then the following warning may apply to you:

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

| Physician | |
|---|---|
| Name  J BEARD MD | Degree/Specialty  PMR |
| Street Address  4100 Lake Otis #218  City  Anchorage | State  AK    Zip Code  99508 |
| Telephone # (907-677-7440  Fax # (907-677-9441 | Tax ID #  92-0176238 |
| Contact person if additional information is necessary | |
| Signature  J Beard | Date  6-5-03 |

00302010000000000000P

**MR0076**



ALASKA · HAWAII · CALIFORNIA
645 G Street, Suite 400
Anchorage, Alaska 99601
Phone: 907.258.7777
Fax: 907.279.8185

Larry S. Cash, AIA NCARB
James E. Daugherty, AIA
Rolland R. Reid II, AIA NCARB
Scott A. Bohrer, AIA NCARB
Aaron K. Joseph, NCARB
Matthew P. Vogel, Architect

www.rimarchitects.com

June 12, 2003


RE:     Daniela C. Valenote
        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
        **LONG TERM DISABILITY CLAIM FORM**

Daniela Valenote was employed at RIM Architects as an intern Architect.

Her work included occasional field supervision of projects on the construction site.


*r e s u l t s   i m a g i n a t i o n*

ML 00306

**MR0077**

DEF 00285
*Valenote v. Met. Life*

## Disability Claim Employer Statement (Continued)

Name of Employee: _Daniela C Valenote_    Social Security Number: _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_

Fraud Warning:

If you are insured under a policy issued in one of the following states, or if you reside in one of the following states, one of the following state warnings may apply to you:

**New York** (only applies to Accident and Health Benefits (AD&D/Disability/Dental)): I know it is a crime to fill out this form with facts I know are false or to leave out facts I know are important. I know that if I do this, I may also have to pay a civil penalty of up to $5,000 plus the value of the claim.

**Florida:** Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**Kansas and Massachusetts:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, and may subject such person to criminal and civil penalties.

**New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Oklahoma:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto may be guilty of insurance fraud, and may be subject to criminal and civil penalties.

**Virginia:** Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, files a claim containing a false or deceptive statement may have violated state law.

If you are covered under a self-funded plan or insured under a policy issued in any state other than those listed above, or if you reside in any state other than those listed above, then the following warning may apply to you:

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Employer's Authorized Representative

Name _Penny Winchester_    Title _Executive Assistant_ Phone # _907-258-7777_
_HR Manager_

Signature _Penny Winchester_              Date _June 12, 2003_

ML 00307

DEF 00286
*Valenote v. Met. Life*

**MR0079**