

ALASKA · GUAM · HAWAII · CALIFORNIA
645 G Street, Suite 400
Anchorage, Alaska 99501
Phone: 907.258.7777
Fax: 907.279.8195

Larry S. Cash, AIA NCARB
James E. Dougherty, AIA
Robert H. Rose II, AIA NCARB
Scott A. Bohar, AIA NCARB
Aaron K. Joseph, NCARB
Matthew P. Vogel, Architect

www.rimarchitects.com

# FAX Transmittal

| | | |
|---|---|---|
| | Regarding: | Daniela Valenote |
| Firm Name    MetLife | Project No. | 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 |
| Attention | Date | June 16, 2003 |
| Phone No. | From | Penny Winchester |
| Fax Number    1-866-690-1264 | # Pages | 5    (Including this cover) |

If illegible or incomplete, please call (907) 258-7777 and ask for sender.

Remarks/Comments:

Attached is the Employer Statement for Daniela Valenote's Long Term Disability Claim Form.

Thank you.

Copy To: _____    Signed: _____
Via:    ☐ Mail    ☐ Fax    ☐ Courier

ML 00303

MR0080

DEF 00282
*Valenote v. Met. Life*

SENT BY: RIM ARCHITECTS;    907 6016838 ;JUN-18-0    8:32AM;    PAGE 2

## LONG TERM DISABILITY CLAIM FORM EMPLOYER STATEMENT

**MetLife®**
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511-4690
Fax: 1-866-690-1264

Instructions for completing the claim form:
1. Complete all applicable areas of the claim form.
2. Sign the claim form.
3. Fax this form to expedite your claim - retain original for your records.

### Section 1: Employer Information

| Name of Employer - MUST ANSWER Rim Architects (Alaska) Inc. | Group Report # Km0552954 | Sub-Division # 0001 | Branch # |
|---|---|---|---|

| Address 645 G St. #400 | City Anchorage | State AK | Zip Code 99501 | Employer Tax ID # 92-0132935 |
|---|---|---|---|---|

| Subsidiary or Division Name | Address |
|---|---|

| Contact Person's Name Penny Winchester | Phone # (907) - 258-7777 |
|---|---|

### Section 2: Employee Information

| Name (Last, First, MI) - MUST ANSWER Valenote, Daniela C | Social Security # - MUST ANSWER 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 | Date of Birth (MM/DD/YY) 02/17/69 | Sex ☐ M ☒ F |
|---|---|---|---|

| Address 4514 Upper Kosru | City Eagle River | State AK | Zip Code 99577 | Home Phone # (907) - 622-1009 |
|---|---|---|---|---|

| Marital Status ☒ Married ☐ Single ☐ Other | W 4 Filing Status Exemptions 5 | Date of Hire 2/7/00 | Current Occupation Intern Architect | How long at this occupation? 3 years |
|---|---|---|---|---|

| Work Location Address 645 G Street #400 | Anchorage AK 99501 | Work Phone # (907) - 258-7777 |
|---|---|---|

| Supervisor Mathew Vasel | Phone # (907) - 258-7777 |
|---|---|

### Section 3: Claim Information

| Is claim due to ☐ Injury? ☒ Illness? | Description of illness or injury (including date of accident): Cronic Pain |
|---|---|

| Is condition work-related? ☐ Yes ☒ No | |

If yes, provide name and address of Workers' Compensation Carrier.

| Name | Address |
|---|---|

| Contact Person's Name Continuous | Phone # ( ) - | Worker's Comp. Claim # |
|---|---|---|

| Date Last Worked MUST ANSWER Feb. 21, 2003 | First Date of Absence Feb. 22, 2003 | Date Returned To Work N/A ☐ Actual ☐ Estimated | Eff. Date of Coverage 7/1/02 | Earn. On Last Day Worked $ 194.15 | Benefit Rate |
|---|---|---|---|---|---|

| Premium contributions Employer 100 % Employee ____% $ | (See below) ☐ Pre-Tax ☐ Post-Tax | Basic Earnings (exclusive of overtime, bonus, etc.) $ 4,250 ☐ Hourly ☐ Weekly ☒ Monthly | Average Hours Worked Per Week 40 |
|---|---|---|---|

| Employee's Status As Of First Day Absent If other than Active, please explain | ☒ Active ☐ LOA ☐ Terminated | ☐ Vacation ☐ Laid Off ☐ Retired | LTD: Date Enrollment Card Signed 6/28/02 | If buy up: Date Enrollment Card Signed |
|---|---|---|---|---|

**✱** Has employee had previous absences from work due to disability? ☒ Yes ☐ No
If yes, provide dates and medical conditions. Dec. 18, 2002 — January 3, 2003 — Cronic Pain

| Can employee's job be modified? ☐ Yes ☒ No If yes, describe how. | Has return to work been discussed with employee? ☐ Yes ☒ No |
|---|---|

To the best of your knowledge, indicate if the employee has filed for or is receiving income from any of the following sources:

| | Applied for | Receiving | $ Amount | Frequency | From/To Dates |
|---|---|---|---|---|---|
| Salary Continuance/Sick Leave | ☐ | ☐ | | | |
| Short Term Disability | ☒ | ☐ | | | |
| Workers' Compensation | ☐ | ☐ | | | |
| State Disability | ☐ | ☐ | | | |
| Social Security | ☐ | ☐ | | | |
| Dependent Social Security | ☐ | ☐ | | | |
| No Fault (Income Replacement) | ☐ | ☐ | | | |
| Retirement/Pension | ☐ | ☐ | | | |
| Permanent Total Disability | ☐ | ☐ | | | |
| Other (Please identify) | ☐ | ☐ | | | |

**Continued on Following Page**    JY5317.SCR(06/01)

CC: Tom Turner

ML 00304

DEF 00283
*Valenote v. Met. Life*

MR0081

SENT BY: RIM ARCHITECTS;    9076016839 JUN-16-03  8:33AM;    PAGE 3/5

## Section 4: Employee's Job Description

Name of Employee: Daniela C Valente

Usual Days Worked _5_ / per week

Employee's Job Title: Intern Architect

Hours Worked _40_ /per week

Social Security Number: _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_

Claim Number: _____

This section should be completed by someone who is familiar with the employee's job functions (e.g. manager or supervisor). Complete all sections. This section must be completed AND you must also attach a copy of your company's job description for the employee.

Name of Person Completing This Section:

Matt Vogel

Title: Architect, Principal

Signature: _____     Date: 6/12/03

Place an X in each of the appropriate boxes to describe the extent of the specific activity performed by this employee.

| | Number of hours Per Work Shift | | | | |
|---|---|---|---|---|---|
| | 0 | 1-2 | 3-4 | 5-6 | 7-8+ |
| 1. Sitting | | | | | ✓ |
| 2. Standing | | ✓ | | | |
| 3. Walking | | ✓ | | | |
| 4. Bending Over | ✗ | ✓ | | | |
| 5. Twisting | ✓ | | | | |
| 6. Climbing | ✓ | | | | |
| 7. Reaching Above Shoulder Level | | ✓ | | | |
| 8. Crouching/Stooping | | ✓ | | | |
| 9. Kneeling | ✓ | | | | |
| 10. Balancing | ✓ | | | | |
| 11. Pushing or Pulling | ✓ | | | | |
| 12. Repetitive Use of Foot Control | | | | | |
| A. Right Foot Only | ✓ | | | | |
| B. Left Foot Only | ✓ | | | | |
| C. Both Feet | ✓ | | | | |
| 13. Repetitive Use of Hands | | | | | |
| A. Right Hand Only | | | | | |
| B. Left Hand Only | | | | | |
| C. Both Hands | | | | | ✓ |

| | Number Of Hours Per Work Shift | | | | |
|---|---|---|---|---|---|
| | 0 | 1-2 | 3-4 | 5-6 | 7-8+ |
| 14. Grasping | | | | | |
| A. Simple/Light | | | | | |
| 1. Right Hand Only | | | | | ✓ |
| 2. Left Hand Only | ✓ | ✓ | | | |
| 3. Both Hands | | | | | |
| B. Firm/Strong | | | | | |
| 1. Right Hand Only | ✓ | | | | |
| 2. Left Hand Only | ✓ | | | | |
| 3. Both Hands | ✓ | | | | |
| 15. Fine Finger Dexterity | | | | | |
| A. Right Hand Only | | | | | |
| B. Left Hand Only | | | | | |
| C. Both Hands | | | | | ✓ |
| 16. Use of Head and Neck in: | | | | | |
| A. Static Position | | | | | ✓ |
| B. Twisting | | | | ✓ | |
| C. Looking Up | | ✓ | | | |
| D. Looking Down | | ✓ | | | |

| | Never 0% Of Time | Occasionally 1-33% Of Time | Frequently 34-66% Of Time | Continually 67-100% Of Time |
|---|---|---|---|---|
| 17. Lifting or carrying | | | | |
| A. Up to 10 lbs | | | ✓ | |
| B. 11 - 20 lbs | | ✓ | | |
| C. 21 - 50 lbs | | ✓ | | |
| D. 51 - 100 lbs | | ✓ | | |
| E. 100 + lbs | | ✓ | | |
| 18. Frequency of Interpersonal Relationships Necessary to Perform the Job | | | ✓ | |
| 19. Frequency of Stressful Situations Necessary to Perform the Job | | ✓ | | |

In the course of performing the job, the employee is required to.

| | Yes | No |
|---|---|---|
| 20. Drive cars, trucks, forklifts and/or other equipment | | ✓ |
| 21. Be around moving equipment and/or machinery | | ✓ |
| 22. Walk on uneven ground | ✓ | |

| | Yes | No |
|---|---|---|
| 23. Be exposed to dust, gas, or fumes | | ✓ |
| If yes; are respirators required | | |
| 24. Be exposed to marked changes in temperature or humidity | | ✓ |
| 25. Is overtime required on a routine basis | | ✓ |

**Continued on Following Page**

0 7020100000000000LB

ML 00305

DEF 00284

*Valente v. Met Life*

**MR0082**

**MR0083**

Metropolitan Life Insurance Company
**MetLife Disability**, P O Box 14590, Lexington, KY 40511-4590
**Phone:** 1-800-635-6707    **Fax:** 1-866-690-1264

# MetLife®

June 25, 2003

Ms. Daniela C. Valenote                          RE: Employer: RIM ARCHITECTS
4514 Upper Kogru Dr                                  Claim #:  290306036379
Eagle River, AK 99577                                SS #: 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

Dear Ms. Valenote:

We have recently reviewed your claim. To consider benefits for this claim, specific information will be needed from your physician. This information should include:

1. Copies of the two most recent:
   - Office notes.
   - Diagnostic test results.
   - Operative reports and discharge summaries, if applicable.
   - Rehabilitation or therapy notes, if applicable.
2. Names and dosages of all current medications.
3. Functional abilities.
4. Expected return to work date.

The requested information should be received by July 9, 2003. Failure to submit this information timely will result in closure of your claim.

If you are receiving any funds from any other source, you return to work prior to the above date or should you have any questions, please contact a customer service representative at the toll free number listed above. The representatives at our customer response center can assist you with your claim questions.

Sincerely,

*Joseph Jones*
**MetLife Disability**

For efficient and prompt claim handling, all documents or correspondence returned to us should contain the claim number.

ML 00299

**MR0084**

DEF 00278
*Valenote v. Met. Life*

**MR0085**

07/03/2003  15:12    90767774~~    DCN=030703049~~    ~~RTS M~~    PAGE  01/02

## REHABILITATION & SPORTS MEDICINE, LLC

Joella Beard, M.D., FAAPMR • Deborah Kiley, ANP
4100 Lake Otis Parkway, Suite 218 • Anchorage, AK 99508
Phone (907) 677-7440 • Fax (907) 677-7441

FAXED
7/3/03 RN

## FACSIMILE COVER SHEET

DATE: 7/2/2003                              PAGES: 02

ATTN: JOSEPH JONES            FAX # 1-866-690-1264
      MetLife Disability

NOTE:
RE; Daniela Valenote
    CLaim # 290306036379

## CONFIDENTIALITY AND DISCLOSURE WARNING:

This transmission contains PRIVILEGED AND CONFIDENTIAL
information intended for use by a physician or physician designee.
Use, copying or distributing by any other person is strictly prohibited.
If you received this transmittal in error, please notify us by telephone at
the above number and return the misdirected transmittal by U.S. mail.

Please call if any pages are illegible or if transmission is incomplete.

ML 00286

DEF 00265
*Valenote v. Met. Life*

**MR0087**

## REHABILITATION & SPORTS MEDICINE, LLC

Joella Beard, M.D., FAAPMR • Deborah Kiley, ANP
4100 Lake Otis Parkway, Suite 218 • Anchorage, AK 99508
Phone (907) 677-7440 • Fax (907) 677-7441

## FACSIMILE COVER SHEET

DATE: 7/2/2003                          PAGES: 12

ATTN: JOSEPH JONES          FAX # 1-866-690-1264
      MetLife Disability

NOTE:
RE; Daniela Valenote
     CLaim #  290306036379

## CONFIDENTIALITY AND DISCLOSURE WARNING:

This transmission contains PRIVILEGED AND CONFIDENTIAL information intended for use by a physician or physician designee. Use, copying or distributing by any other person is strictly prohibited. If you received this transmittal in error, please notify us by telephone at the above number and return the misdirected transmittal by U.S. mail.

Please call if any pages are illegible or if transmission is incomplete.

ML 00287

**MR0088**

DEF 00266
*Valenote v. Met. Life*

07/03/2003  15:04    9876777447    DCN=030709049139ORTS MED    PAGE  02/12

7-01-203 1:10PM    FRC    K CHIRO AND THERAPY 907 694 1284    P. 1

Metropolitan Life Insurance Company
MetLife Disability, P O Box 14590, Lexington, KY 40511-4590
Phone: 1-800-635-6707    Fax: 1-866-690-1264

**REDACTED**

**MetLife**

June 25, 2003

Ms. Daniela C. Valenote
4514 Upper Kogru Dr
Eagle River, AK 99577

RE: Employer: RIM ARCHITECTS
Claim #: 290306036379
SS #: 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

Dear Ms. Valenote:

We have recently reviewed your claim. To consider benefits for this claim, specific information will be needed from your physician. This information should include:

1.  Copies of the two most recent:
    - Office notes.
    - Diagnostic test results.
    - Operative reports and discharge summaries, if applicable.
    - Rehabilitation or therapy notes, if applicable.
2.  Names and dosages of all current medications.
3.  Functional abilities.
4.  Expected return to work date.   *unknown @ present*

The requested information should be received by July 9, 2003. Failure to submit this information timely will result in closure of your claim.

If you are receiving any funds from any other source, you return to work prior to the above date or should you have any questions, please contact a customer service representative at the toll free number listed above. The representatives at our customer response center can assist you with your claim questions.

Sincerely,

*Joseph Jones*
MetLife Disability

RECEIVED
JUN 3 0 2003
BY:_____

**REDACTED**

For efficient and prompt claim handling, all documents or correspondence returned to us should contain the claim number.

ML 00291

**MR0089**

DEF 00270
*Valenote v. Met. Life*

07/03/2003  15:04   9076777440   DCN=0307090049434   ...RTS MED   PAGE  03/12

## Rehabilitation & Sports Medicine, L.L.C.

...oella Beard, M.D.
4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508

PH: (907) 677-7440
FAX: (907) 677-7441

W-UP = CHRONIC PAIN

VALENOTE, Daniela C.
02-17-1969

AGE: _____
DATE: _____

*Check Normals  Circle/Write Positives  Backslash (\) Negatives*

CC/Reason For Visit: _follow up last_   Last Seen: _Mike_   Location: _____

HPI/IMPAIRMENT: (2 = 1-3 elements / 3-5 = 24 or 23 chronic cond)

Context: Began Gradually Over A Period of: _____
Began Suddenly Following: Fall / Lifting / Bending / Twisting / MVA /
Other Trauma: _____

Duration/Onset: _____

**Location:** Shade or "X"

**Quality:**
Dull
Sharp
Burning
Tingling
Aching
Muscle Tensing
Cramping
Stabbing
Throbbing
Shooting
Soreness
Stiffness

Severity/Pain Scale: 0 1 2 3 4 5 6 7 8 9 10

**Associated Signs/Symptoms:**
Numbness / Tingling
Muscle Weakness / Atrophy
ADL Dysfunction
Difficulty Walking

**Exacerbating Factors:**
Movement / Activity
Bending / Exercise
Sitting / Standing
Coughing / Sneezing

**Relieving Factors:**
Medication: _____
Heat / Ice
Therapy / Rest
Nothing

**FUNCT HX:**

|  | Current Status | When Last Seen |
|---|---|---|
| BADL's: | | BADL's: |
| IADL's: | | IADL's: |
| Mobility: | | Mobility: |
| Comm Activ: | | Comm Activ: |

**Medications Tried Since Last Visit**

| Medication: | Response: |
|---|---|
| | Helped / No Help / Adv Reac: |
| | Helped / No Help / Adv Reac: |
| | Helped / No Help / Adv Reac: |
| | Helped / No Help / Adv Reac: |
| | Helped / No Help / Adv Reac: |
| | Helped / No Help / Adv Reac: |

☐ Addendum Dictated   ☐ See Attached Form For Additional Info

© Z Form 1312-S (PM&R Chronic Pain) revised 10/10/01

---

**Treatments/Responses Since Last Seen:**
Date:   Treatment:   Response:

Therapy: PT OT Manual Aquatics HEP FCE Work Hard
Location:   Date:   Response:

Injections:   Date:   Doctor:   Response:

Acupuncture:   Date:
Chiropractor:   Date:   Response:
Other:   Date:   Response:
Hypnosis
Relaxation

Hosp:

Dr Addendum Dictated   ☐ See Attached Form For Additional Info

**ROS:**

| Cons | Skin | Eyes |
|---|---|---|
| Weight / Appetite Change | Rash / Pallor / Erythema | Blurred Vision |
| Difficulty Sleeping / Fatigue | Breakdown | Double Vision |
| Misc | Color / Temp Change | Glasses |
| Joint / Muscle Pain | CVS / Pain | ENT |
| Tenderness / Stiffness | Chest Pain / Palpitations | Hearing Diff |
| Muscular Weakness | SOB / Cough / Wheezing | Prob w/Nose |
| ↓ ROM / Atrophy / Swelling | GI / GU | Or Throat |
| Neuro / Psych | Bowel Incontinence | Home |
| Tingling / Burning | Diarrhea / Constipation | ↑ Bruising |
| Numbness / Headache | Bladder Incontinence | ↑ Bleeding |
| Falls / Unsteady Gait | Sexual Dysfunction | |
| Anxiety / Depression | All Other Systems Neg | |
| Irritability / Mood Swings | Unable to Obtain 2nd In: | |

ROS filled out by ancillary staff. Reviewed by physician.

**PAST MEDICAL HISTORY:** ☐ Reviewed w/Patient, No Changes

| Anxiety | Fracture | Appendectomy |
|---|---|---|
| Arthritis | GERD | Cholecystectomy |
| Prev Back Injury | Hypercholesterol | C / T / L Discectomy |
| Cancer | Hypertension | C / T / L Fusion |
| Chronic Back Pain | Obesity | Hysterectomy |
| Depression | PVD | C / T / L Laminectomy |
| Diabetes – I / II | | ORIF – |

**CURRENT MEDICATIONS:**

| Name, Dose, Sig | Name, Dose, Sig |
|---|---|
| | |

ALLERGIES: NKDA _____

**SOCIAL HISTORY:**
☐ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except:

Occupation: _____   Working  Lt Duty  Disabled  Retired
Unable to Work Since _____   Return to Work

**FAMILY HISTORY:**
☐ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except:

PFSH filled out by ancillary staff. Reviewed by physician.

History Obtained From: Patient / Family / Caregiver /

ML 00292

MR0090

DEF 00271
*Valenote v. Met. Life*

07/03/2003  15:04   907677744?    DCN=030703049232    ...RTS  ME?    PAGE  04/12

VALENOTE, Daniela C.
02-17-1969                          Date: 6-10-07

**PHYSICAL EXAM:** EP: (2=1-5 ele / 3=≥6 ele / 4=≥12 ele / 5=≥18 elc)
NP: (1=1-5 ele / 2= ≥6 elc/3= ≥12 ele (2+ sys)/4-5 = ≥18 ele (9+ sys))
**Vitals:** T: _____ P: _____ R: 20 B/P: 133/84  Ht: 5'4" Wt: 147

**Gen App:** ___ WDWN    ___ Obese ___ Thin ___ Frail

**E/ENT:** ___ Pupils Equal
___ Conjunctivae Nl
___ Hearing WFL
___ Oral Mucosa Moist

**GI:** ___ Soft, Nontender
___ No Hernia
___ No Hepatosplenomeg

**CVS:** ___ S1, S2
___ No Edema BLE
___ BLE Pulses Intact

**Resp:** ___ CTA
___ Breathing Unlabored

**Neck:** ___ Symmetrical
___ No Thyromegaly
___ ROM WFL
___ No Bruit
___ Nontender

**Muscle** ___ Gait/Station Nl
___ ROM – WFL x4
___ Tone Nl x4
___ Strength WFL x4
___ No Calf Tenderness

| UE Strength: Intact | Right | Left |
|---|---|---|
| Deltoids | | |
| Biceps | | |
| Wrist Exten | | |
| Triceps | | |
| FF | | |
| Intrinsics | | |

| LE Strength: Intact | Right | Left |
|---|---|---|
| Hip Flexors | | |
| Quads | | |
| Dorsiflexors | | |
| EHL | | |
| Plantar Flex | | |

| ROM: | Right | Left |
|---|---|---|
| Shoulder | | |
| Elbow | | |
| Wrist | | |
| Hand | | |
| Hip | | |
| Knee | | |
| Ankle | | |

| TESTING | Right | Left |
|---|---|---|
| SLR | | |
| Lasegue's | | |
| Patrick's | | |
| Gaenslen's | | |
| Homan's | | |

| Tone: | Right | Left |
|---|---|---|
| UE | | |
| LE | | |

**Back ROM**
Flex
L Rot    R Rot
L Lat Bend    R Lat Bend
Ext

**Diagram Key**
T = Tenderness
Skin Lesions As Drawn
///// = Altrd Sensation

**Neuro:** ___ CN II – XII Intact
___ No Sensory Def Noted
___ Coordination WNL

**Exc:**
II See Diagram Above
Coordination: Right ___ Left ___
UE ___
LE ___

**Reflexes:**

---

**Skin:** ___ No Lesions or Rashes   II See Diagram Bottom Left
___ No Induration
Surgical Wnd: ___

**Psych:** ___ Oriented x3
___ Mood/Affect Nl   Moderate
___ Recent & Remote Mem WNL
___ Judgment/Insight WNL
___ Speech Rate & Volume Nl
___ Thought Processes WNL
___ Attn Span/Concentration WNL

| Waddell's Sign | Pos | Neg |
|---|---|---|
| Superficial/Non-Anatomical Tenderness | II | II |
| Sham Pain Provocation (axial loading/sham rotation) | | |
| Distraction (inconsistent SLR) | II | |
| Regional weakness/Sensory Loss (give way weakness) | II | |
| Overreaction to Examination | II | II |

**RADIOLOGY REVIEWED:** ☐ Film(s)  ☐ Report(s)
Date: _____
**LABS REVIEWED:**
Date: _____
**MEDICAL TESTS REVIEWED:** II Therapy Notes Reviewed
Date: _____

II Review Old Records &/or Discuss w/Other Health Care Provider
Discussed w/ _____

**CLINICAL IMPRESSION:** (Stable / Improving / Worsening)
Chronic Neck / Back Pain    Peripheral Neuropathy
Fibromyalgia    RSD
Mechanical Back Pain    Somatoform Pain Disorder
Myofascial Pain    Symptom Magnification
Neuropathic Pain    Myalgia

Other Cond: _____

**PLAN:**
Discussion/To Consider: Adderall to cope w/ rebreathing
breathing pendant to
*Records Ordered:    chiropractic & massage
*Medication Trial: _____
*Refill / Continue Meds: _____
*Therapy Rx (Continue) PT OT Aquatics Manual  Change & massage
*Radiology/Labs/Tests: add cardio  light exercise
Equipment Ordered:    4-5x/wk
Ref to Dr./FU with: Dr Beard 7/24   II Letter Dictated
Work Slip Given: ___ Off Work Thru ___ Light Mod Return ___
RTO: ___ Weeks / Months ___ PRN

Joella Beard, M.D.   _____ ANP

II Discussed Case w/Physician  II Pt Seen By Physician  II Addendum Dictated

**Visit Time:**   Time Began: ___   Time Finished: ___
II >50% of Time Spent Counseling Pt on: Test Results (Therapy)
Meds / Activity / Diagnosis / Prognosis)

cc: _____

© Z Form 1312-2 (PM&R Chronic Pain) revised 6/10/02

Managed c Dr Vola 6/7
She has taken small [illegible]
of the 3/11 in [illegible] at 10 w/wk —
rec she titrate works to 14-15 w/wk
& evaluate tolerance

ML 00293

DEF 00272
Valenote v. Met. Life

**MR0091**

07/03/2003  15:04    9076777441    DCN=0307036491434    ...SPORTS MED    PAGE  05/12

**Rehabilitation & Sports Medicine, L.L.C.** — Joella Beard, M.D.
4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508
PH: (907) 677-7440
FAX: (907) 677-7441

### SUBSEQUENT FOLLOW-UP – CHRONIC PAIN

PATIENT: VALENOTE, Donella    AGE: 34
SS#: _____    DATE: 04-29-03

Check Normals  Circle/Write Positives  Backslash (\) Negatives

CC/Reason For Visit: _____

Last Seen: 3-27-03
Location: R+SM

**HX/IMPAIRMENT:** (2 = 1-3 elements / 3-5 = ≥4 or ≥3 chronic cond)

Duration/Onset: _____

Context: Began Gradually Over A Period Of _____
Began Suddenly Following: Fall / Lifting / Bending / Twisting / MVA /
Other Trauma: _____

Location:
Shade or "X"



Quality:
Dull
Sharp
Burning
Tingling
Aching
Muscle Tensing
Cramping
Stabbing
Throbbing
Shooting
Stiffness
Fullness

Severity/Pain Scale:  0  1  2  3  4  (5)  6  7  (8)  9  10

Associated Signs/Symptoms:
Numbness / Tingling
Muscle Weakness / Atrophy
ADL Dysfunction
Difficulty Walking

Exacerbating Factors:
Movement / Activity
Bending / Exercise
Sitting / Standing
Coughing / Sneezing

Relieving Factors:
Medication:
Heat / Ice
Therapy / Rest
Nothing

**FUNCT HX:**

| | Current Status | | When Last Seen |
|---|---|---|---|
| BADL's: | | BADL's: | |
| IADL's: | | IADL's: | |
| Mobility: | | Mobility: | |
| Comm Activ: | | Comm Activ: | |

**Medications Tried Since Last Visit**

| Medication: | Response: |
|---|---|
| | Helped / No Help / Adv Reac. |
| | Helped / No Help / Adv Reac. |
| | Helped / No Help / Adv Reac. |
| | Helped / No Help / Adv Reac. |
| | Helped / No Help / Adv Reac. |
| | Helped / No Help / Adv Reac. |

Addendum Dictated    See Attached Form For Additional Info

Form 1312-S (PM&R Chronic Pain) revised 10/10/01

**Treatments/Responses Since Last Seen**

| Dr's Seen: | Date: | Treatment: | Response: |
|---|---|---|---|

Therapy: PT  OT  Manual  Aquatics  HEP  PCE  Work Hard
Location: _____  Date: _____  Response: _____

Injections: _____  Date: _____  Doctor: _____  Response: _____

Acupuncture: Rosemary Cody - helping
Chiropractor: _____

Other: _____  Date: _____  Response: _____
Hypnosis
Relaxation

Hosp: _____  Date: _____  Reason: _____

Addendum Dictated    See Attached Form For Additional Info

**ROS:**

Cons: Weight / Appetite Change
Difficulty Sleeping / Fatigue
Color / Temp Change

Skin: Rash / Pallor / Erythema
Breakdown

Muss: Joint / Muscle Pain
Tenderness / Stiffness
Muscular Weakness
↓ ROM / Atrophy / Swelling

CVS / Pulm: Chest Pain / Palpitations
SOB / Cough / Wheezing

GI / GU: Bowel Incontinence
Diarrhea / Constipation
Bladder Incontinence
Sexual Dysfunction
All Other Systems Neg
Unable to Obtain 2nd to:

Neuro / Psych:
Numbing / Burning
Dizziness / Headache
Falls / Unsteady Gait
Anxiety / Depression
Irritability / Mood Swings

Eyes: Blurred Vision
Double Vision
Glasses

ENT: Hearing Diff
Prob w/Nose
Or Throat

Heme: ↑ Bruising
↑ Bleeding

ROS filled out by ancillary staff. Reviewed by physician.

**PAST MEDICAL HISTORY:** Reviewed w/Patient, No Changes
Anxiety    Fracture
Arthritis    RSD
Prev Back Injury    Hypercholesterol
Cancer    Hypertension
Depression    Obesity
Diabetes - T / II    PVD

Appendectomy
Cholecystectomy
C / T / L Discectomy
C / T / L Fusion
Hysterectomy
C / T / L Laminectomy
ORIF

**CURRENT MEDICATIONS:**

| Name, Dose, Sig | Name, Dose, Sig |
|---|---|
| Lexapro | Neurontin 300mg + Am |
| Nexium | Zoroflex |
| Allegra | Omeprazole |
| Singulair | Chapal Flex |
| | Ca++ Suppl. |

**ALLERGIES:** NKDA  Norflex

**SOCIAL HISTORY:**
Reviewed with Patient, No Changes
Reviewed with Patient, No Changes Except: _____

Occupation: _____  Working  Lt Duty  Disabled  Retired
Unable to Work Since: _____  Return to Work: _____

**FAMILY HISTORY:**
Reviewed with Patient, No Changes
Reviewed with Patient, No Changes Except: _____
FH filled out by ancillary staff. Reviewed by physician.
History Obtained From: Patient / Family / Caregiver / _____

ML 00294

**DEF 00273**
*Valenote v. Met. Life*

**MR0092**

07/03/2003  15:04  987677774××    DCN=0307030749139 ___ ORTS ___    PAGE   06/12

Patient: _VALENOTE, Danilla_ Date: _04-29-03_    Skin: ___ No Lesions or Rashes   ıı See Diagram Bottom Left
___ No Induration
**PHYSICAL EXAM:** EP: (2=1-5 ele / 3=≥6 ele / 4=≥12 ele / 5=≥18 ele)    Surgical Wnd: _____
NP: (1=1-5 ele / 2 =≥6 ele/3= ≥12 ele (2+ sys)/4-5 = ≥18 ele (9+ sys))
Vitals: T: __ P: _70_ R: _N_ B/P: _124/08_ Ht: __ Wt: _46_    Psych: ___ Oriented x3
___ Mood/Affect WNL
Gen App: _✓_ WdWN    Obese  Thin  Frail    ___ Recent & Remote Mem WNL
___ Judgment/Insight WNL
E/ENT: ___ Pupils Equal    GI: _✓_ Soft, Nontender _, D,A,R,S_    ___ Speech Rate & Volume Nl
___ Conjunctival Nl    ___ No Hernia    ___ Thought Processes WNL
___ Hearing WFL    ___ No Hepatosplenomeg    ___ Attn Span/Concentration WNL
___ Oral Mucosa Moist

CVS:♥ ___ S1, S2    Resp:♥ ___ GTA

| Waddell's Sign | Pos | Neg |
|---|---|---|
| Superficial/Non-Anatomical Tenderness | ıı | ıı |
| Sham Pain Provocation  (axial loading/sham rotation) | ıı | ıı |
| Distraction  (inconsistent SLR) | ıı | ıı |
| Regional Weakness/Sensory Loss  (give way weakness) | ıı | ıı |
| Overreaction to Examination | ıı | ıı |

**RADIOLOGY REVIEWED:**    □ Film(s)  □ Report(s)
Date: _____ _____
**LABS REVIEWED:**
Date: _____ _____
**MEDICAL TESTS REVIEWED:**   ıı Therapy Notes Reviewed
Date: _____ _____

ıı Review Old Records & or Discuss w/Other Health Care Provider
Discussed w/ _____

**CLINICAL IMPRESSION:**  (Stable / Improving / Worsening)
Chronic Neck / Back Pain    Peripheral Neuropathy
Fibromyalgia    RSD –
Mechanical Back Pain    Somatoform Pain Disorder
Myofascial Pain    Symptom Magnification
Neuropathic Pain

Other Cond: _____

PLAN: _____

*Records Ordered: _____

*Medication Trial: _____

*Refill / Continue Meds: _Neurontin_ _____

*Therapy RX/(Continue)  PT  OT  Aquatics  Manual _____

*Radiology/Labs/Tests: _____

Equipment Ordered: _____

Ref to Dr./FU with: _____    ıı Letter Dictated

Work Slip Given:    Off Work Thru _____  Light  Mod  Return

RTO: _____ Weeks / Months    PRN

Joella Beard, M.D. _____

ıı Discussed Case w/Physician  ıı Pt Seen By Physician  ıı Addendum Dictated

| Visit Time: | Time Began: _____ | Time Finished: _____ |
|---|---|---|
ıı >50% of Time Spent Counseling Pt on:  Test Results / Therapy /
Meds / Activity / Diagnosis / Prognosis /

cc: _____
_____

© 2 Form 1312-2  (PM&R Chronic Pain)  revised 8/10/02

ML 00295

DEF 00274
Valenote v. Met Life

07/03/2003  15:04    9076777441    DCN=0307050049434 ... RTS M...    PAGE  07/12

---

**Rehabilitation & Sports Medicine, L.L.C.**
Joella Beard, M.D.
4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508

PH: (907) 677-7440
FAX: (907) 677-7441

---

SUBSEQUENT FOLLOW-UP – CHRONIC PAIN

VALENOTE, Daniela C.    AGE: 34
02-17-1969    DATE: 3-27-03

Check Normals  Circle/Write Positives  Backslash (\) Negatives

CC/Reason For Visit:
Last Seen: 3-18-03
Location: L + 3M

HPI/IMPAIRMENT: (2 = 1-3 elements / 3-5 = 24 or 23 chronic cond)

Duration/Onset:
Context: Began Gradually Over A Period Of _____
Began Suddenly Following:  Fall / Lifting / Bending / Twisting / MVA /
Other Trauma: _____

Location:
Shade or "X"

Quality:
Dull
Sharp
Burning
Tingling
Aching
Muscle Tensing
Cramping
Stabbing
Throbbing
Shooting
Soreness
Stiffness

Severity/Pain Scale:  0  1  2  3  4  5  6  7  8  (9)  10

Associated Signs/Symptoms:
Numbness / Tingling
Muscle Weakness / Atrophy
Difficulty Walking

Exacerbating Factors:
Movement / Activity
Bending / Exercise
Sitting / Standing
Coughing / Sneezing

Relieving Factors:
Medication:
Heat / Ice
Therapy / Rest
Nothing

**FUNCT HX:**

| | Current Status | | When Last Seen |
|---|---|---|---|
| BADL's: | | BADL's: | |
| IADL's: | | IADL's: | |
| Mobility: | | Mobility: | |
| Comm Activ: | | Comm Activ: | |

**Medications Tried Since Last Visit**

| Medication: | Response: |
|---|---|
| Zanaflex 4 mg | Helped / No Help / Adv Reac— |
| | Helped / No Help / Adv Reac— |
| | Helped / No Help / Adv Reac— |
| | Helped / No Help / Adv Reac— |
| | Helped / No Help / Adv Reac— |
| | Helped / No Help / Adv Reac— |

☐ Addendum Dictated    ☐ See Attached Form For Additional Info

© Z Form 1312-S (PM&R Chronic Pain) revised 10/10/01

---

**Treatments/Responses Since Last Seen:**

Dr.'s Seen:  Date:  Treatment:  Response:
Dr Mike  PCP

Therapy:  PT  OT  Manual  Aquatics  HEP  FCE  Work Hard
Location:  Date:  Response:
HEALTHSOUTH — WATSU — relaxing

Injections:  Date:  Doctor:  Response:

Acupuncture: 3-24  Rosemary & Cody  uncertain
Chiropractor:
Other:  Date:  Response:
Hypnosis
Relaxation

Hosp:  Date:  Reason:
☐ Addendum Dictated    ☐ See Attached Form For Additional Info

**ROS:**

Cons
Weight / Appetite Change
Difficulty Sleeping / Fatigue
Breakdown
Musc
Joint / Muscle Pain
Tenderness / Stiffness
Muscular Weakness
Redness / Swelling
Neuro / Psych
Tingling / Burning
Numbness / Headache
Falls / Unsteady Gait
Anxiety / Depression
Irritability / Mood Swings

Skin
Rash / Pallor / Erythema
Color / Temp Change
CVS / Pulm
Chest Pain / Palpitations
SOB / Cough / Wheezing
GI / GU
Bowel Incontinence
Diarrhea / Constipation
Bladder Incontinence
Sexual Dysfunction
All Other Systems Neg
Unable to Obtain 2nd ...

Eyes
Blurred Vision
Double Vision
Glasses
ENT
Hearing Loss
Prob w/Nose
Or Throat
Hema
Bruising
Bleeding

☑ ROS filled out by ancillary staff.  Reviewed by physician.

**PAST MEDICAL HISTORY:** ☐ Reviewed w/Patient, No Changes

Anxiety
Arthritis
Prev Back Injury
Cancer
Chronic Back Pain
Depression
Diabetes

Fracture
GERD
Hypercholesterol
Hypertension
Obesity
PVD

Appendectomy
Cholecystectomy
C / T / L Discectomy
C / T / L Fusion
Hysterectomy
C / T / L Laminectomy
ORIF —

**CURRENT MEDICATIONS:**

| Name, Dose, Sig | Name, Dose, Sig |
|---|---|
| Lexapro 10mg BID | Neurontin 300mg HS |
| | Zanaflex 4mg TM |
| Aleve 300mg | Multi vit |
| | |

ALLERGIES: NKDA

**SOCIAL HISTORY:**
☑ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except: _____

Occupation:
Unable to Work Since: 2-21-03  Working  Lt Duty  Disabled  Retired  Return to Work:

**FAMILY HISTORY:**
☑ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except: _____

☐ PFSH filled out by ancillary staff.  Reviewed by physician. _____

+History Obtained From: Patient / Family / Caregiver / _____

---

ML 00296

ML0094

DEF 00275
Valenote v. Met. Life

07/03/2003  15:04    9076777444    DCN=030703049132 REPORTS MET    PAGE  08/12

VALENOTE, Daniela C.
02-17-1969                          Date: 3-27-03

**PHYSICAL EXAM: EP:** (2=1-5 ele / 3=≥6 ele / 4=≥12 ele / 5=≥18 ele)
**NP:** (1=1-5 ele / 2 =≥6 ele/3= ≥12 ele (2+ sys)/4-5= ≥18 ele (9+ sys))
**Vitals:** T:____ P: 7Lr R: 16 B/P: 110/70 Ht:____ Wt:____

**Gen App:** ✓ WDWN        Obese  Thin  Frail ____

**E/ENT:** ___ Pupils Equal
          ___ Conjunctivae NI
          ___ Hearing WFL
          ___ Oral Mucosa Moist

**GI:** ___ Soft, Nontender
        ___ No Hernia
        ___ No Hepatosplenomeg

**CVS:▾** ___ S1, S2
          ___ No Edema BLE
          ___ BLE Pulses Intact

**Resp:** ___ CTA
          ___ Breathing Unlabored

**Neck:** ___ Symmetrical
          ___ No Thyromegaly
          ✓ ROM WFL▾
          ___ No Bruit▾
          ___ Nontender

**Musc:▾** ___ Gait/Station NI
           ✓ ROM = WFL x4        Flex
           ___ Tone NI x4         ⊔ See Below
           ___ Strength WFL x4    ⊔ See Below
           ___ No Calf Tenderness ⊔ See Below

Ext
RR        LR

RB        LB

| UE Strength: | Intact | | LE Strength: | Intact | |
| | Right | Left | | Right | Left |
| Deltoids | | | Hip Flexors | | |
| Biceps | | | Quads | | |
| Wrist Exten | | | Dorsiflexors | | |
| Triceps | | | EHL | | |
| FF | | | Plantar Flex | | |
| Intrinsics | | | | | |

| ROM: | Right | Left | TESTING | Right | Left |
| Shoulder | | | SLR | | |
| Elbow | | | Laseque's | | |
| Wrist | | | Patrick's | | |
| Hand | | | Gaenslen's | | |
| Hip | | | Homan's | | |
| Knee | | | Tone: | Right | Left |
| Ankle | | | UE | | |
| | | | LE | | |

**Back ROM**
Flex
L Rot        R Rot

L Lat Bend  R Lat Bend

Ext

**Diagram Key**
T = Tenderness
Skin Lesions As Drawn
▨ =Altrd Sensation

**Neuro:▾** ___ CN II – XII Intact
            ___ No Sensory Def Noted
            ___ Coordination WNL

**Exc:**
Coordination: Right  Left
UE
LE     ⊔ See Diagram Above

**Reflexes▾**
H   H
H       H
B       B

**Skin:** ___ No Lesions or Rashes    ✓ See Diagram Bottom Left
          ___ No Induration
Surgical Wnd:____

**Psych:** ___ Oriented x3
           ✓ Mood/Affect NI
           ___ Recent & Remote Mem WNL
           ✓ Judgment/Insight WNL
           ___ Speech Rate & Volume NI
           ✓ Thought Processes WNL
           ___ Attn Span/Concentration WNL

| Waddell's Sign | Pos | Neg |
| Superficial/Non-Anatomical Tenderness | ⊔ | ⊔ |
| Sham Pain Provocation (axial loading/sham rotation) | ⊔ | ⊔ |
| Distraction (Inconsistent SLR) | ⊔ | ⊔ |
| Regional Weakness/Sensory Loss (give way weakness) | ⊔ | ⊔ |
| Overreaction to Examination | ⊔ | ⊔ |

**RADIOLOGY REVIEWED:**    ⊔ Film(s)  ⊔ Report(s)
Date:____
**LABS REVIEWED:**
Date:____
**MEDICAL TESTS REVIEWED:**   ⊔ Therapy Notes Reviewed
Date:____

⊔ Review Old Records & or Discuss w/Other Health Care Provider
  Discussed w/____

**CLINICAL IMPRESSION:**  (Stable)/ Improving / Worsening
Chronic Neck / Back Pain    Peripheral Neuropathy
Fibromyalgia                RSD –
Mechanical Back Pain        Somatoform Pain Disorder
(Myofascial Pain)           Symptom Magnification
Neuropathic Pain

**Other Cond:** ____

**PLAN:**
Discussion/To Consider: Continue & acupuncture
call R-S attending rep
re possible need to adjust
settings

*Records Ordered: ____

*Medication Trial: ↑ Baraflex to 4 mg BID

*Refill / Continue Meds: Neurontin ↑ 300 mg/day – E A m dose
cont 600 mg hs

*Therapy RX/Continue:  PT  OT  Aquatics  Manual

*Radiology/Labs/Tests: Will draw MRI Rt Elbow, Knee, LSpine,
Equipment Ordered: Will call Northern Imaging for
authorization
Ref to Dr./FU with: Jean-Bogá ANP             ⊔ Letter Dictated  result

Work Slip Given:    Off Work Thru May!   Light  Mod  Return
RTO: 4  (Weeks)/ Months  PRN

Joella Beard, M.D.    Valla ANP

⊔ Discussed Case w/Physician  ⊔ Pt Seen By Physician  ⊔ Addendum Dictated

**Visit Time:**   Time Began:____   Time Finished:____
⊔ >50% of Time Spent Counseling Pt on:  Test Results / Therapy /
Meds / Activity / Diagnosis / Prognosis /

cc:____

® Z Form 1312-2  (PM&R Chronic Pain)  revised 6/10/02

ML 00297

DEF 00276
Valenote v. Met. Life

MR0095

07/03/2003 15:04    9876777440    DCN=0307030249439 REPORTS MFD    PAGE 09/12

# HEALTHSOUTH Diagnostic Center of Anchorage, LTD
4100 Lake Otis Parkway, Suite 102 * Anchorage, Alaska 99508 * Phone: 907-550-6168 Fax: 907-550-___8

## RADIOGRAPHIC INTERPRETATION

```
          Account #:    056727
       Patient Name:    VALENOTE, DANIELA   SSN:  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
                        Home Phone: (907)622-1009
                        Work Phone: (907)258-7777
      Date of Birth:    2/17/69 Age: 34 Sex: F
Referring Physician:    JOELLA BEARD MD 01135 (907)677-7440
                        4100 LAKE OTIS PKWAY,218 Fax: (907)677-7441
    DATE OF SERVICE:    3/20/03                              799.9
```
==================================================================

**RIGHT S.I. INJECTION:** The patient was advised orally of the procedure along with its attendant risks and benefits. A consent form was signed. Subsequently, the skin was prepped with Betadine and alcohol. Local anesthetics were administered for cutaneous anesthesia.

A 22-gauge needle was introduced into the right S.I. joint space. Subsequently, approximately 3/10 cc of 1% Lidocaine was injected. This caused reproduction of the patient's symptoms. Approximately a minute later approximately 80 mg of DepoMedrol and 2 cc of 0.5% Marcaine were injected in and around the S.I. joint.

The patient tolerated the procedure well and there were no immediate complications. She was instructed to follow-up with Dr. Joella Beard in approximately two weeks time.

JOHN J. MCCORMICK, M.D./mh
D-03/20/03 & T-03/20/03



RECEIVED
MAR 2 1 2003
BY:_____

HEALTHSOUTH Diagnostic Center of Anchorage, LTD. * 4100 Lake Otis Parkway, #102 * Anchorage, AK 99508 * 907-550-6168

ML 00298

MR0096

DEF 00277
*Valenote v. Met Life*

07/03/2003  15:04    907677744^    DCN=03070606493132RTS MED    PAGE  10/12

# HEALTHSOUTH ^iagnostic Center of Anchorage, LT^

4100 Lake Otis Parkway, Suite 102 * Anchorage, Alaska 99508 * Phone: 907-550-6168 Fax: 907-550-^^8

## RADIOGRAPHIC INTERPRETATION

```
             Account #:   056727
          Patient Name:   VALENOTE, DANIELA    SSN:  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
                             Home Phone:  (907)622-1009
                             Work Phone:  (907)258-7777
          Date of Birth:   2/17/69 Age: 34 Sex: F
      Referring Physician:   JOELLA  BEARD MD 01135 (907)677-7440
                             4100 LAKE OTIS PKWAY,218 Fax: (907)677-7441
        DATE OF SERVICE:    3/20/03                              388.30
```

FAXED

=======================================================================

**DUPLEX DOPPLER CAROTID SONOGRAPHY:**    Color-flow duplex Doppler carotid sonography is performed.   Both cervical common carotid arteries, their bifurcations, and both internal and external carotid arteries are evaluated. The vertebral arteries are also evaluated.

The real-time images show no evidence of atherosclerotic plaque formation. There is no evidence of dissection.   The vessels are straight and are not tortuous.  Both bifurcations are well defined and are within normal limits. There is no stenosis of the internal or external carotid arteries.   Flow through both vertebral arteries is antegrade.

**IMPRESSION:**   Normal duplex Doppler carotid sonography.   No evidence of stenosis.

JOHN J. MCCORMICK, M.D./mh
D-03/20/03 & T-03/21/03

RECEIVED
MAR 2 4 2003

HEALTHSOUTH  Diagnostic Center of Anchorage, LTD., * 4100 Lake Otis Parkway, #102 * Anchorage, AK 99508 * 907-550-6168

ML 00288

DEF 00267
Valenote v. Met. Life

MR0097

07/03/2003  15:04    9076777741    DCN=0307090049219    PAGE  11/12
MAY-12-03 MON 01:04 PM  H  HSOUTH ALPINE    FAX NO. 9075...30    P. 01

# HEALTHSOUTH®

HealthSouth of Alpine, AK
4100 Lake Otis Pkwy, Suite 106
Anchorage, AK USA 99508
Phone: (907) 550-6180 Fax: (907) 550-6190

Patient:  Daniela Valenote
Note Date:  May 12, 2003
SSN:  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
FSC:  BCBS
Payer:  BCBS
Pol/Claim#:2KCS90167361
Employer:  Rim Architects
Case Mgr:  Tasha

Acct #:  029003050204
Physician: Joella Beard
Clinician: Meredith Autray

Visits:  7    Cxl/Ns:  4

# Discharge Summary

**Diagnosis**  Bilateral Spine    7291    Myalgin/Fibromyositis

## Subjective Examination

Pt feels that Watsu has helped improve relaxation. Pt experienced exacerbation of right sided pelvic/SI symptoms very sore and painful today, intermittent numbness radiating down right ant thigh.
Chief Complaint:
• Loss of Function: Moderate Degree.
Client Knowledge/Awareness of:
• Home Exercise Program: Lacks appropriate program.

## Objective Examination

see HR

## Initial Treatments

Treatment Guidelines:
• |Precautions!              1: None.

## Current Treatments

Exercise Activities: Aquatics: Lower Quadrant/Trunk:
• Walking - Backward        Did Not Perform: This visit
• Walking - Forward         Did Not Perform: This visit
• Walking - Sideways        Did Not Perform: This visit
• Aquatic Activity 1        Did Not Perform: This visit
Exercise Activities: Isometrics:
• Exercise Activity 1       Time Elapsed (Min): 10, Repetitions: thoracic stretch-prayer in seated, Sets: 4/7 added 3 way row, Side: supine/ SL unload hip abd/add, Flex/ext, Description: instruct in sidelying scap PD, seated scap PD.
Manual Interventions: Lower Quarter Soft Tissue:
• Iliacus                   Time Elapsed (Min): 5, Technique: Sustained Pressure, Assisting Technique: instruct pt in self sustained pressure.
• Quadriceps                Time Elapsed (Min): 8, Tx Depth: Superficial, Technique: cross fiber without motion.
Treatment Guidelines:
• |Precautions!              1: None.

## Assessment

Pt does report a mild decrease in pain following Watsu.  Gradually trying to progress water and land exercise as tolerated to address pain.  Pt has been compliant with HEP to date.
In my professional opinion, this client exhibits a fair prognosis at time of discharge from skilled rehabilitative therapy in conjunction with a home exercise program.  The client was educated regarding the discharge prognosis and related pathology. The client exhibits fair understanding and is independent in their home exercise program and instructions outlined in this skilled rehabilitation program.
Discharge Components:
• Spoke with pt on the phone.  She states that her OB/GYN referred her to Joy Backstrum PT for her pelvic pain and that she will continue

RECEIVED
MAY 1 2 2003
BBY

Document ID: 48900674.014          Status: Signed off (secure electronic signature)          Page 1 of 2

ML 00289

DEF 00268
*Valenote v. Met Life*

**MR0098**

07/03/2003  15:04    9076777440    DCN=030703094934    PAGE  12/12

MAY-12-03 MON 01:04 PM  H  HSOUTH ALPINE     FAX NO. 9075  J0     P. 02

# HEALTHSOUTH®

Patient:    Daniela Valenote
Note Date:  May 12, 2003

PT at her facility.

## Problems & Goals

*Problem #1*     Chief Complaint: Loss of Function: Moderate Degree.
LTG: 2 Months   Symptomatic Improvements:
                  * Improving Functional Capacity: to Slight Deficits.
*Problem #2*     Client Knowledge/Awareness of: Home Exercise Program: Lacks appropriate program.
LTG: Achieved   Client Education:
                  * Independent Home Exercise/Self Care Program.

## Plan

Discharge from Physical Therapy.
Discharge due to:
  * Transferred to Other Program.

*[signature]*

Meredith Autrey, PT(AK Lic: 1049)

Document ID: 48900674.014          Status: Signed off (secure electronic signature)          Page 2 of 2

ML 00290

DEF 00269
*Valenote v. Met. Life*

**MR0100**



ALASKA · IDAHO · HAWAII · CALIFORNIA
645 G Street, Suite 400
Anchorage, Alaska 99501
Phone: 907.258.7777
Fax: 307.279.4195

Larry S. Cash, AIA NCARB
James E. Dougherty, AIA
Rolland R. Reid II, AIA NCARB
Scott A. Bohne, AIA NCARB
Aaron E. Joseph, NCARB
Matthew F. Vogel, Architect

www.rimarchitects.com

# FAX Transmittal

| Firm Name | Met Life | Project | Daniela Valenote |
|---|---|---|---|
| Attention | Joseph Jones | Project No. | |
| Phone No. | | Date | August 1, 2003 |
| | | From | Penny Winchester |
| Fax Number | 1-866-6901284 | # Pages | 3   (including this cover) |

If illegible or incomplete, please call (907) 258-7777 and ask for sender.

Remarks/Comments:

Copy To: _____    Signed: ___ ___ ___ ___
Via:     ☐ Mail   ☐ Fax   ☐ Courier

ML 00284

MR0101                    DEF 00263
                          Valenote v. Met. Life

SENT BY: RIM ARCHITECTS;                    DGNP-030801043959G-1-03  3:48PM;          PAGE 2/3



ALASKA · GUAM · HAWAII · CALIFORNIA
645 G Street, Suite 400
Anchorage, Alaska 99501
Phone: 907.258.7777
Fax: 907.279.8195

Larry S. Cash, AIA, NCARB
James E. Dougherty, AIA, NCARB
Holland R. Reid II, AIA, NCARB
Scott A. Bohne, AIA, NCARB
Aaron K. Joseph, NCARB
Matthew P. Vogel, Architect

www.rimarchitects.com

August 1, 2003

Met Life
Joseph Jones

VIA FAX: 1-866-690-1264

RE:  **DANIELA VALENOTE**
     **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**

Dear Mr. Jones:

Following is information you requested regarding Daniela's Disability Claim:

Daniela's last day worked was December 17, 2002.  She returned to work on January 6, 2003.  This confirms the information provided in Section 3 of the Employer Statement, dated June 12, 2003 (attached).

During this time off, four (4) days were taken as unpaid leave.

Thank you for your assistance in processing this claim.

Sincerely,

RIM Architects

Penny Winchester
Human Resources

ML 00285

**MR0102**

DEF 00264
*Valenote v. Met. Life*

**LONG TERM DISABILITY
CLAIM FORM
EMPLOYER STATEMENT**

**MetLife®**
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511-4590
Fax: 1-866-690-1264

Instructions for completing the claim form:
1. Complete all applicable areas of the claim form.
2. Sign the claim form.
3. Fax this form to expedite your claim - retain original for your records.

## Section 1: Employer Information

| Name of Employer - MUST ANSWER | Group Report # | Sub-Division # | Branch # |
|---|---|---|---|
| Rim Architects (Alaska) Inc. | KM0SS62854 | 0001 | |

| Address | City | State | Zip Code | Employer Tax ID # |
|---|---|---|---|---|
| 645 G St. #400 | Anchorage | AK | 99501 | 92-0132935 |

Subsidiary or Division Name | Address

Contact Person's Name: Penny Winchester    Phone # (907) 258-7777

## Section 2: Employee Information

| Name (Last, First, MI) - MUST ANSWER | Social Security # - MUST ANSWER | Date of Birth (MM/DD/YY) | Sex |
|---|---|---|---|
| Valenote, Daniela C | 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 | 02/17/69 | ☐ M ☒ F |

| Address | City | State | Zip Code | Home Phone # |
|---|---|---|---|---|
| 4514 Upper Kosru | Eagle River | AK | 99577 | (907) 622-1009 |

| Marital Status | W-4 Filing Status 5 | Date of Hire | Current Occupation | How long at this occupation? |
|---|---|---|---|---|
| ☒ Married ☐ Single ☐ Other | Exemptions 0 | 2/7/00 | Intern Architect | 3 years |

| Work Location Address | | Work Phone # |
|---|---|---|
| 645 G Street, #400  Anchorage AK 99501 | | (907) 258-7777 |

| Supervisor Name | Phone # |
|---|---|
| Matthew Vogel | (907) 258-7777 |

## Section 3: Claim Information

| Is claim due to: ☐ Injury? ☒ Illness? | Description of illness or injury (including date of accident): |
|---|---|
| Is condition work-related? ☐ Yes ☒ No | Cronic Pain |

If yes, provide name and address of Workers' Compensation Carrier.

| Name | Address | Worker's Comp. Claim # |
|---|---|---|
| | Phone # ( ) | |
| Contact Person's Name | | |

| Date Last Worked MUST ANSWER | First Date of Absence | Date Returned To Work | Eff. Date of Coverage | Earn. On Last Day Worked | Benefit Rate |
|---|---|---|---|---|---|
| Feb 21, 2003 | Feb 22, 2003 | N/A ☐ Actual ☐ Estimated | 7/1/02 | $ 196.15 | |

| Premium contributions | | Continuous | Basic Earnings (exclusive of overtime, bonus, etc.) | Average Hours Worked Per Week |
|---|---|---|---|---|
| Employer 100 % | ☐ Pre-Tax | | $ 4,250 ☐ Hourly ☐ Weekly ☒ Monthly | 40 |
| Employee ___ % | ☐ Post-Tax | | | |

| Employee's Status As Of First Day Absent. If other than Active, please explain | ☒ Active ☐ LOA ☐ Terminated | ☐ Vacation ☐ Laid Off ☐ Retired | LTD: Date Enrollment Card Signed 6/28/02 | If buy up: Date Enrollment Card Signed |
|---|---|---|---|---|

Has employee had previous absences from work due to disability? ☒ Yes ☐ No
If yes, provide dates and medical conditions. Dec. 18, 2002 — January 3, 2003 — Cronic Pain

| Can employee's job be modified? ☐ Yes ☒ No  If yes, describe how. | Has return to work been discussed with employee? ☐ Yes ☒ No |
|---|---|

To the best of your knowledge, indicate if the employee has filed for or is receiving income from any of the following sources:

| | Applied for | Receiving | $ Amount | Frequency | From/To Dates |
|---|---|---|---|---|---|
| Salary Continuance/Sick Leave | ☐ | ☐ | | | |
| Short Term Disability | ☒ | ☐ | | | |
| Workers' Compensation | ☐ | ☐ | | | |
| State Disability | ☐ | ☐ | | | |
| Social Security | ☐ | ☐ | | | |
| Dependent Social Security | ☐ | ☐ | | | |
| No Fault (Income Replacement) | ☐ | ☐ | | | |
| Retirement/Pension | ☐ | ☐ | | | |
| Permanent Total Disability | ☐ | ☐ | | | |
| Other (Please Identify) | ☐ | ☐ | | | |

**Continued on Following Page**

JY5317.SCR(06/01)

0010201000000000DW

CC: Tom Turner

ML 00283

DEF 00262
*Valenote v. Met. Life*

**MR0104**

## REHABILITATION & SPORTS MEDICINE, LLC

Joella Beard, M.D., FAAPMR • Deborah Kiley, ANP
4100 Lake Otis Parkway, Suite 218 • Anchorage, AK 99508
Phone (907) 677-7440 • Fax (907) 677-7441

### FACSIMILE COVER SHEET

08/08/2003                                            PAGES: 5

**ATTN:** Joseph Jones / MetLife Disability / fax: 1-866-690-1264

**NOTE:** re: VALENOTE, Daniela C. / dob 02-17-1969

Attached are the notes from Ms. Valenote's 2 most recent appointments;
she requested we fax them to you.

### CONFIDENTIALITY AND DISCLOSURE WARNING:

This transmission contains PRIVILEGED AND CONFIDENTIAL
information intended for use by a physician or physician designee.
Use, copying or distributing by any other person is strictly prohibited.
If you received this transmittal in error, please notify us by telephone at
the above number and return the misdirected transmittal by U.S. mail.

Please call if any pages are illegible or if transmission is incomplete.

ML 00212

**MR0105**                      DEF 00197
                              *Valenote v. Met. Life*

08/08/2003  12:03  90767774~~    DCN=030808030072~~RTS ME~~    PAGE  02/05

**Rehabilitation & Sports Medicine, L.L.C.**    ...oella Beard, M.D.
4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508
PH: (907) 677-7440
FAX: (907) 677-7441

VALENOTE, Daniela C.
02-17-1969
**W-UP – CHRONIC PAIN**
AGE: 34
DATE: 7-24-03

Check Normals  Circle/Write Positives  Backslash (√) Negatives

CC/Reason for Visit: _Chiro, massage + therapy_

HPI/IMPAIRMENT (2 = 1-3 elements / 3-5 = ≥4 or ≥3 chronic pond):
_hep & leg pain + fist_

Last Seen? 6-70-03
Location: TASM

Duration/Onset: 189

Context: (Began Gradually Over A Period Of: _years_)
Began Suddenly Following: Fall / Lifting / Bending / Twisting / MVA /
Other Trauma:

Location: Shade or "X"

Quality:
Dull
Sharp
**Burning**
**Tingling**
**Aching**
Muscle Tensing
Cramping
**Grabbing**
Throbbing
**Shooting**
Soreness
Stiffness

Severity/Pain Scale: 0  1  2  3  (4)  5  6  (7)  8  (9)  10

Associated Signs/Symptoms:
**Numbness / Tingling**
**Muscle Weakness / Atrophy**

ADL Dysfunction
**Difficulty Walking**

Exacerbating Factors:
Movement / Activity
**Bending / Exercise** _uphill_
Sitting / **Standing**
Coughing / Sneezing

Relieving Factors:
Medication:
**Heat / Ice** _alternate_
Therapy / Rest
Nothing

FUNCT HX:    Current Status        When Last Seen
BADL's: _____    BADL's: _____
IADL's: _____    IADL's: _____
Mobility: _____    Mobility: _____
Comm Activ: _____    Comm Activ: _____

Medications Tried Since Last Visit
Medication:    Response:
_____    Helped / No Help / Adv Reac~
_____    Helped / No Help / Adv Reac~
_____    Helped / No Help / Adv Reac~
_____    Helped / No Help / Adv Reac~
_____    Helped / No Help / Adv Reac~
_____    Helped / No Help / Adv Reac~

☐ Addendum Dictated        ☐ See Attached Form For Additional Info

® Z Form 1312-S (PM&R Chronic Pain)  revised 10/10/01

**Treatments/Responses Since Last Seen:**
Dr.'s Seen:    Date:    Treatment:    Response:

Therapy: PT  OT  Manual  Aquatics  HEP  FCE  Work Hard
Location:    Date:    Response:

Injections:    Date:    Doctor:    Response:

Acupuncture: _Rosenbaum Cody_
Chiropractor:

Other:    Date:    Response:
Hypnosis
Relaxation
Hosp:    Date:    Reason:

☐ Addendum Dictated    | | See Attached Form for Additional Info

ROS:  Cons
Weight / Appetite Change
**Difficulty Sleeping** / Fatigue
Musc
Joint / Muscle Pain
Tenderness / Stiffness
Muscular Weakness
√ ROM / Atrophy / Swelling
Neuro / Psych
Tingling / Numbness
Numbness / Headache
Anxiety / Depression
Irritability / Mood Swings

Skin
Rash / Pallor / Erythema
Breakdown
Color / Temp Change
CVS / Pulm
Chest Pain / Palpitations
SOB / Cough / Wheezing
GI / GU
√ Bowel Incontinence
Diarrhea / Constipation
Bladder Incontinence
Sexual Dysfunction
All Other Systems Neg
Unable to Obtain 2nd 2° ___

Eyes
Blurred Vision
Double Vision
glasses
ENT
Hearing Diff
Prob w/Nose
Or Throat
Heme
↑ Bruising
↑ Bleeding

√ ROS filled out by ancillary staff. Reviewed by physician. ___

PAST MEDICAL HISTORY: ☐ Reviewed w/Patient, No Changes
Anxiety
Arthritis
Prev Back Injury
Cancer
**Chronic Back Pain**
Depression
Diabetes – I / II

Fracture
SEASONAL
Hypercholesterol
Hypertension
Obesity
PVD

Appendectomy
Cholecystectomy
C / T / L Discectomy
C / T / L Fusion
Hysterectomy
C / T / L Laminectomy
ORIF –

CURRENT MEDICATIONS:
Name, Dose, Sig    Name, Dose, Sig
_Nexium_
_Senna_

ALLERGIES: NKDA _no Mylf_

SOCIAL HISTORY: _Spouse_  IX ᴓ pt today
☒ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except:

Occupation: _____    Working  Lt Duty  Disabled  Retired
Unable to Work Since: _7-7-03_  Return to Work: _____

FAMILY HISTORY:
☒ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except: _____

☒ PFSH filled out by ancillary staff. Reviewed by physician ___
☒ History Obtained From: Patient / Family / Caregiver / ___

_Reports she fell & 2 steps landed on knees on 7/6 – Dr Downs got X rays. TX by DC._

ML 00213

**MR0106**    DEF 00198
*Valenote v. Met Life*

08/08/2003  12:03   907677740?   DCN=0308086300?2   ....RTS MFD          PAGE   03/05

VALENOTE, Daniela C.
02-17-1969
P _____          Date: 7-24-03

**PHYSICAL EXAM: EP:** (2=1-5 ele / 3=≥6 ele / 4=≥12 ele / 5=≥18 ele)
**NP:** (1=1-5 ele / 2 =≥6 ele/3= ≥12 ele (2+ sys)/4-5= ≥18 ele (9+ sys))
**Vitals:** T: ___ P: 94 R: 20 B/P: 107/86 Ht: 5'4" Wt: 145

**Gen App:** ✓ WDWN          Obese  Thin  Frail

**E/ENT:** ✓ Pupils Equal
          ✓ Conjunctivae Nl
          — Hearing WFL
          — Oral Mucosa Moist

**CVS:▼**  — S1, S2
          ✓ No Edema BLE
          ✓ BLE Pulses Intact

**Neck:** ✓ Symmetrical
          ✓ No Thyromegaly
          ✓ ROM WFL▼
          ✓ No Bruit▼
          ✓ Nontender▼

**Muscle:** ✓ Gait/Station Nl
           ✓ ROM – WFL x4
           ✓ Tone Nl x4
           ✓ Strength WFL x4
           — No Calf Tenderness

**GI:** — Soft, Nontender
       — No Hernia
       — No Hepatosplenomeg

**Resp:** — CTA
         — Breathing Unlabored

**Skin:** ✓ No Lesions or Rashes   (i) See Diagram Bottom Left
         — No Induration
         Surgical Mod: ✓ Tatoo

**Psych:** ✓ Oriented x3
          ✓ Mood/Affect Nl
          ✓ Recent & Remote Mem WNL
          ✓ Judgment/Insight WNL
          ✓ Speech Rate & Volume Nl
          ✓ Thought Processes WNL
          ✓ Attn Span/Concentration WNL

| Waddell's Sign | Pos | Neg |
|---|---|---|
| Superficial/Non-Anatomical Tenderness | | |
| Sham Pain Provocation (axial loading/sham rotation) | | |
| Distraction (inconsistent SLR) | | |
| Regional Weakness/Sensory Loss (give way weakness) | | |
| Overreaction to Examination | | |

RADIOLOGY REVIEWED:     ☐ Film(s)  ☐ Report(s)
Date: _____

LABS REVIEWED:
Date: _____

MEDICAL TESTS REVIEWED:   (i) Therapy Notes Reviewed
Date: _____

(i) Review Old Records & or Discuss w/Other Health Care Provider
     Discussed w/ _____

**UE Strength:** Intact
|  | Right | Left |
|---|---|---|
| Deltoids | | |
| Biceps | | |
| Wrist Exten | | |
| Triceps | | |
| FF | | |
| Intrinsics | | |

**ROM:**
|  | Right | Left |
|---|---|---|
| Shoulder | | |
| Elbow | | |
| Wrist | | |
| Hand | | |
| Hip | | |
| Knee | | |
| Ankle | | |

**LE Strength:** Intact
|  | Right | Left |
|---|---|---|
| Hip Flexors | | |
| Quads | | |
| Dorsiflexors | | |
| EHL | | |
| Plantar Flex | | |

**TESTING**
|  | Right | Left |
|---|---|---|
| SLR | 20 | 70 |
| Lasegue's | | |
| Patrick's | | |
| Gaenslen's | | |
| Homan's | | |

**Tone:**
|  | Right | Left |
|---|---|---|
| UE | | |
| LE | | |

**CLINICAL IMPRESSION:** (Stable / Improving / Worsening)
- Chronic Neck / Back Pain    — Peripheral Neuropathy
- Fibromyalgia               — RSD
- Mechanical Back Pain        — Somatoform Pain Disorder
- Myofascial Pain            — Symptom Magnification
- Neuropathic Pain

**Other Cond:** _____

**PLAN:**
Discussion/To Consider:  F/u c̄ APC/Arthritis
                         ☐ f/u here
                               needed.
*Records Ordered: _____
*Medication Trial: 7/5 of PT/spouse answered.

*Refill / Continue Meds: _____

*Therapy RX/Continue:  PT  OT  Aquatics  Manual _____
*Radiology/Labs/Tests: _____
Equipment Ordered: _____
Ref to Dr./FU with: _____          (i) Letter Dictated
Work Slip Given:  Off Work Thru _____  Light Mod  Return
RTO: _____          Weeks/ Months    PRN

Joella Beard, M.D.   [signature] JBeard MD

(i) Discussed Case w/Physician  (i) Pt Seen By Physician  (i) Addendum Dictated

**Visit Time:** Time Began: _____  Time Finished: _____
(i) >50% of Time Spent Counseling Pt on: Test Results / Therapy /
     Meds / Activity / Diagnosis / Prognosis /

cc: _____

© Z Form 1312-2 (PM&R Chronic Pain) revised 6/10/02

**Neuro:▼** CN II – XII Intact
           ✓ No Sensory Def Noted
           ✓ Coordination WNL

**Reflexes▼**

Exx:
(i) See Diagram Above
Coordination:  Right  Left
UE _____
LE _____

ML 00214

DEF 00199
*Valenote v. Met Life*

**MR0107**

08/08/2003  12:03    9076777447    DCN=03080863072 SPORTS MED    PAGE  04/05

**Rehabilitation & Sports Medicine, L.L.C.**    ...oella Beard, M.D.
4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508

PH: (907) 677-7440
FAX: (907) 677-7441

VALENOTE, Daniela C.
02-17-1969

W-UP -- CHRONIC PAIN

AGE: 34
DATE: 6-10-03

Check *Normals*  Circle/Write *Positives*  Backslash (\) *Negatives*
CC/Reason For Visit:
follow up back

Last Seen: Mike
Location: Hullwood

HPI/IMPAIRMENT: (2 = 1-3 elements / 3-5 = >4 or >3 chronic cond)

Context: Began Gradually Over A Period Of:
Began Suddenly Following: Fall / Lifting / Bending / Twisting / MVA /
Other Trauma:

**Location:**
Shade or "X"

**Quality:**
Dull
Sharp
Burning
Tingling
Aching
Muscle Tensing
Cramping
Stabbing
Throbbing
Shooting
Soreness
Stiffness

Severity/Pain Scale:  0  1  2  3  4  5  6  7  8  9  10

**Associated Signs/Symptoms:**
Numbness / Tingling
Muscle Weakness / Atrophy
AK Dysfunction
Difficulty Walking

**Exacerbating Factors:**
Movement / Activity
Sitting / Exercise
Standing
Coughing / Sneezing

**Relieving Factors:**
Medication:
Heat / Ice
Therapy / Rest
Nothing

**FUNCT HX:**  Current Status   When Last Seen
BADL's: ____   BADL's: ____
IADL's: ____   IADL's: ____
Mobility: ____   Mobility: ____
Comm Activ: ____   Comm Activ: ____

**Medications Tried Since Last Visit**
Medication:   Response:
____   Helped / No Help / Adv Reac
____   Helped / No Help / Adv Reac
____   Helped / No Help / Adv Reac
____   Helped / No Help / Adv Reac
____   Helped / No Help / Adv Reac
□ Addendum Dictated   □ See Attached Form For Additional Info

© 2 Form 1312-S (PM&R Chronic Pain) revised 10/10/01

**Treatments/Responses Since Last Seen:**
Dr.'s Scan:  Date:  Treatment:  Response:
Therapy: PT OT Manual Aquatics HEP FCE Work Hard
Location:  Date:  Response:
Injections:  Date:  Doctor:  Response:
Acupuncture:  Date:
Chiropractic:  Date:
Other:  Date:  Response:
Hypnosis
Relaxation
Hosp:  Date:  Reason:
□ Dr Addendum Dictated  □ See Attached Form For Additional Info

**ROS:**

Cons
Weight / Appetite Change
Difficulty Sleeping / Fatigue
Muso
Joint / Muscle Pain
Tenderness / Stiffness
Muscular Weakness
↓ ROM / Atrophy / Swelling
Neuro / Psych
Tingling / Burning
Numbness / Headache
Falls / Unsteady Gait
Anxiety / Depression
Irritability / Mood Swings

Skin
Rash / Pallor / Erythema
Breakdown
Color / Temp Change
CVS / Pulm
Chest Pain / Palpitations
SOB / Cough / Wheezing
GI / GU
Bowel Incontinence
Diarrhea / Constipation
Bladder Incontinence
Sexual Dysfunction
___ All Other Systems Neg
___ Unable to Obtain 2nd to

**Eyes**
Blurred Vision
Double Vision
Glasses
**ENT**
Hearing Diff
Prob w/Nose
  Or Throat
**Heme**
↑ Bruising
↑ Bleeding

□ ROS filled out by ancillary staff.  Reviewed by physician.

**PAST MEDICAL HISTORY:**  □ Reviewed w/Patient, No Changes
Anxiety   Fracture   Appendectomy
Arthritis   GERD   Cholecystectomy
Prev Back Injury   Hypercholesterol   C / T / L Discectomy
Cancer   Hypertension   C / T / L Fusion
Chronic Back Pain   Obesity   Hysterectomy
Depression   PVD   C / T / L Laminectomy
Diabetes - I / II   ____   ORIF - ____

**CURRENT MEDICATIONS:**
Name, Dose, Sig   Name, Dose, Sig

**ALLERGIES:**  NKDA

**SOCIAL HISTORY:**
☑ Reviewed with Patient, No Changes
□ Reviewed with Patient, No Changes Except:

Occupation:   Working Lt Duty  Disabled  Retired
Unable to work since 2-21-03   Return to Work:

**FAMILY HISTORY:**
☑ Reviewed with Patient, No Changes
□ Reviewed with Patient, No Changes Except:

□ PFSH filled out by ancillary staff.  Reviewed by physician.

•History Obtained From: *Patient* / Family / Caregiver

ML 00215

MR0108

DEF 00200
*Valenote v. Met Life*

VALENOTE, Daniela C.
02-17-1969                    Date: 6-10-07

**PHYSICAL EXAM:** EP: (1=1·5 ele / 3=≥6 ele / 4=≥12 ele / 5=≥18 ele)
NP: (1=1·5 ele / 2=≥6 ele/3=≥12 ele (2+ sys)/4=≥18 ele (9+ sys))
**Vitals:** T:___  P:42  20  B/P:137/94  Ht:54"  Wt:147

**Gen App:** ___ WDWN    ___ Thin  ___ Frail

**E/ENT:** ___ Pupils Equal
           ___ Conjunctiva Nl
           ___ Hearing WFL
           ___ Oral Mucosa Moist

**CVS:♥** ___ S1, S2
          ___ No Edema BLE
          ___ BLE Pulses Intact

**Neck:** ___ Symmetrical
          ___ No Thyromegaly
          ___ ROM WFL
          ___ No Bruit♥
          ___ Nontender♥

**Muscle** ___ Gait/Station Nl
           ___ ROM – WFL x4
           ___ Tone Nl x4      || See Below
           ___ Strength WFL x4  || See Below
           ___ No Calf Tenderness

**GI:** ___ Soft, Nontender
        ___ No Hernia
        ___ No Hepatosplenomeg

**Resp:** ___ CTA
          ___ Breathing Unlabored

**UE Strength:** Intact

| UE Strength | Right | Left |
|---|---|---|
| Deltoids | ___ | ___ |
| Biceps | ___ | ___ |
| Wrist Exten | ___ | ___ |
| Triceps | ___ | ___ |
| FF | ___ | ___ |
| Intrinsics | ___ | ___ |

| ROM: | Right | Left |
|---|---|---|
| Shoulder | ___ | ___ |
| Elbow | ___ | ___ |
| Wrist | ___ | ___ |
| Hand | ___ | ___ |
| Hip | ___ | ___ |
| Knee | ___ | ___ |
| Ankle | ___ | ___ |

**LE Strength:** Intact

| LE Strength | Right | Left |
|---|---|---|
| Hip Flexors | ___ | ___ |
| Quads | ___ | ___ |
| Dorsiflexors | ___ | ___ |
| EHL | ___ | ___ |
| Planter Flex | ___ | ___ |

| TESTING | Right | Left |
|---|---|---|
| SLR | ___ | ___ |
| Laseque's | ___ | ___ |
| Patrick's | ___ | ___ |
| Gaenslen's | ___ | ___ |
| Horman's | ___ | ___ |

| Tone: | Right | Left |
|---|---|---|
| UE | ___ | ___ |
| LE | ___ | ___ |



**Back ROM**
Flex
L Rot    R Rot
L Lat Bend    R Lat Bend
Ext

**Diagram Key**
T = Tenderness
Skin Lesions As Drawn
⬚ = Altrd Sensation

**Neuro:♥** ___ CN II – XII Intact
            ___ No Sensory Def Noted
            ___ Coordination WNL

Exc:
|| See Diagram Above
Coordination: Right  Left
UE  ___  ___
LE  ___  ___

**Reflexes♥**


**Skin:** ___ No Lesions or Rashes   || See Diagram Bottom Left
          ___ No Induration
Surgical Wnd:_____

**Psych:** ___ Oriented x3
           ___ Mood/Affect Nl   moderate
           ___ Recent & Remote Mem WNL
           ___ Judgment/Insight WNL
           ___ Speech Rate & Volume Nl
           ___ Thought Processes WNL
           ___ Attn Span/Concentration WNL

| Waddell's Sign | Pos | Neg |
|---|---|---|
| Superficial/Non-Anatomical Tenderness | U | U |
| Sham Pain Provocation (axial loading/sham rotation) | U | U |
| Distraction (inconsistent SLR) | U | U |
| Regional Weakness/Sensory Loss (give way weakness) | U | U |
| Overreaction to Examination | U | U |

**RADIOLOGY REVIEWED:**   □ Film(s)  □ Report(s)
Date:_____  _____

**LABS REVIEWED:**
Date:_____  _____

**MEDICAL TESTS REVIEWED:** U Therapy Notes Reviewed

U Review Old Records & or Discuss w/Other Health Care Provider
Discussed w/_____

**CLINICAL IMPRESSION:** (Stable / Improving / Worsening)
Chronic Neck / Back Pain    Peripheral Neuropathy
Fibromyalgia                RSD –
Mechanical Back Pain        Somatoform Pain Disorder
Myofascial Pain             Symptom Magnification
Neuropathic Pain            _____

Other Cond:_____

**PLAN:**
Discussion/To Consider: _____
_____

*Records Ordered: _____
*Medication Trial: _____
*Refill / Continue Meds: _____

*Therapy Rx (Continue)  PT  OT  Aquatics  Manual _____
*Radiology/Labs/Tests: _____
Equipment Ordered: 4-5X/wk
Ref to Dr./FU with: Dr Beard 7/24    U Letter Dictated
Work Slip Given: ___ Off Work Thru ___ Light Mod Return
RTO: _____ Weeks / Months ___ PRN

Joella Beard, M.D.    Joella ANP

U Discussed Case w/Physician  U Pt Seen By Physician  U Addendum Dictated

| Visit Time: | Time Began: | Time Finished: |
|---|---|---|
| U >50% of Time Spent Counseling Pt on: Test Results / Therapy / Meds / Activity / Diagnosis / Prognosis | | |

cc: _____

© Z Form 1312-2 (PMAR Chronic Pain) revised 6/10/02

ML 00216

MR0109

DEF 00201
*Valenote v. Met. Life*

**MR0110**

AUG-18-2003 MON 03:05 PM NEUROLOGICAL CONSULTANTS 9000097  907___`624          P. 01

08/15/2003    07:01     BEZEK DURST SEISER → 2771624                          NO.045   D01

## Neurological Consultants of Alaska, LLC

AUG 1 4 2003

Mary Downs, MD • Wayne Downs, MD
2741 DeBarr Rd., Suite 413   Anchorage, AK 99508
(907) 277-1623 – Fax (907) 277-1624

## AUTHORIZATION TO USE AND/OR DISCLOSE HEALTH INFORMATION

I, [name of patient] Daniela Valenote , DOB 2/17/1969 , authorize
Dr. Mary Downs
to use and/or disclose my health information as identified below to [name and address of recipient]
MET LIFE , TANYA CHAMBERS FAX: 866-690-1264
for the following purpose(s): [describe each purpose; if requested by patient and no purpose is identified, then may
state "at the request of the individual"]
DISABILITY INSURANCE
By initialing the spaces below, I specifically authorize the use or disclosure of the following health information and/or
records, if such information and/or records exist:

_____ Please send the entire medical record (all information) to the above named recipient.
_____ All hospital records (including                    ✗  Clinician office chart notes
        nursing records & progress notes)               _____ Dental records
_____ Transcribed hospital reports                       _____ Laboratory reports
_____ Medical records needed for continuity of care     _____ Pathology reports
_____ Most recent five-year history                      _____ Diagnostic imaging reports
_____ Emergency and urgent care records                  _____ Billing statements
_____ Other _____

---

\* The following items must be initialed to be included in the use or disclosure of other health information:

_____ *HIV / AIDS related health information and/or records

_____ *Mental health information and/or records

_____ *Genetic testing information and/or records

_____ *Drug/alcohol diagnosis, treatment and/or referral information (Federal regulations require a description of how much and what kind of
       information is to be disclosed. Federal law prohibits the re-disclosure of such information.)

---

    Except to the extent that action has already been taken in reliance upon this authorization, I understand that I may
revoke this authorization at any time by giving written notice to Michele Franz, Privacy Officer.  Unless revoked earlier,
this authorization will expire one year from the date of signing.
    I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to
obtain treatment, payment, enrollment or eligibility for benefits.  I may inspect or copy any information to be used or
disclosed under this authorization.
    I also understand that, if the person or entity receiving this information is not a health care provider or health plan
covered by federal privacy regulations, the information described above may be redisclosed and no longer protected by
these regulations. However, the recipient may be prohibited from disclosing my health information under other applicable
state or federal laws and regulations.
    I further understand that the person(s) I am authorizing to use or disclose my information may receive
compensation (either directly or indirectly) for doing so.

_____                    AUGUST 12, 2003
Signature of Individual or Individual's Legal Representative          Date


_____            _____
Print Name of Legal Representative (if applicable)     Relationship of Legal Representative to Individual

(A copy of this signed form will be provided to the individual and/or the individual's legal representative.)

ML 00276

**MR0111**                    DEF 00255
*Valenote v. Met. Life*

AUG-18-2003 MON 03:05 PM NEUROLOGICAL CONSULTORS 906060902  9072771624                P. 02

## NEUROLOGICAL CONSULTANTS OF ALASKA, LLC
### 2741 DeBarr Rd., Suite #413, Anchorage, AK 99508
### Phone: (907) 277-1623    Fax: (907) 277-1624

**Daniela Valenote**
7/7/03

**Dx:**  Continued right hip pain.
Headaches.

**Rx:**  Neurontin has made her somewhat groggy.
Zanaflex was stopped by Dr. Beard.
She could not tolerate the Elavil although it helped her sleep.

**Subjective:** The patient was actually doing a bit better for several weeks, but the last week has been doing worse. Yesterday she had a fall. She was holding her own two dogs. There were other dogs, and things were getting a bit excited, and her dogs pulled her down two steps. She fell and has had increased pain in her hips since that time. She again locates the pain as over the right SI joint and hip. In addition she has been having bad headaches, but these are not new.

**Objective:** On examination she continues to have good strength and intact reflexes. However, she is quite frustrated today even becoming tearful, apologizing for this.

She has gone to graduate school and feels very frustrated that she is now unable to work at her chosen profession due to her pain. She has been through many tests and has seen many physicians without any diagnosis being reached. She has had an MRI scan of her head, entire spine, a bone scan, various x-rays and now an NCV/EMG study with no diagnosis being reached. Dr. Merkouris has done a thorough evaluation. She saw Dr. Voke for a thorough SI joint evaluation. He could assess her if she had a fracture or something such as this and suggested she go Outside. There is a monetary problem in her going Outside for an evaluation.

The Neurontin makes her somewhat cognitively impaired. The Elavil helped her sleep, but she slept excessively the next day and felt very groggy. She then cut the dose in half, but this did not help her sleep, although she still felt somewhat groggy. I do know that I started her at 25 mg instead of the usual 10-mg dose.

**Assessment:** Continued pain. She asks again about the possibility about fibromyalgia. However, her pain remains fairly localized. I told her this certainly was a possibility but that I was somewhat uncomfortable with the diagnosis and that I felt further attempts at treating her hip or SI joint pain or pelvic pain could certainly be continued prior to giving her the diagnosis of fibromyalgia. This did seem to relieve her somewhat.

**Plan:**  Since she doesn't feel that going Outside for an evaluation is doable at this point, I will next refer her to the pain clinic to see if they have any suggestions as far as further evaluation or specific treatments for this pain. I will also change her from Neurontin to Gabitril to see if she tolerates it better and will try Pamelor in place of the Elavil to see if we can achieve a dose without helping her sleep without making her groggy the next day. She will return to see me in a month or two after she has tried the new medications and after she has been evaluated at the pain clinic.

*Mary Downs*
Mary Downs, M.D.
MD:clb

cc:  Michael Orzechowski, M.D. (Fax 563-0100)  ✓
     Rhene Merkouris, M.D. (Fax #336-7211) ✓
     Advanced Pain Center of AK (Fax #743-8284)  ✓

7-14-03 sm

ML 00277

**MR0112**

DEF 00256
*Valenote v. Met. Life*

AUG-18-2003 MON 03:06 PM NEUROLOGICAL CONSULTANTS 9000092. 9072771624                    P. 03

NEUROLOGICAL CONSULTANTS OF ALASKA, LLC
2741 DeBarr Rd., Suite #413, Anchorage, AK 99508
Phone: (907) 277-1623    Fax: (907) 277-1624

Daniela Valenote
6/3/03

**Dx:** Right-sided pain.            **Rx:** Neurontin 300 mg 1 in the morning and afternoon, 2 at night.
                                     Zanaflex 2-4 mg per day

**Subjective:** The patient indicates that she is here today for followup. She reports she has seen multiple specialists. She saw Dr. Schlosstein who told her she might have early degenerative disease such as osteoarthritis and told her to get more exercise. She has been trying to figure out what her problem might be, and she wonders if it is her SI joint. She presents this as if it is an actual diagnosis that has been reached, but in fact this started out apparently as a suggestion from the physical therapist and on conversation with her chiropractor, but Dr. Orzechowski has apparently noted some laxity in this joint as well.

Dr. Merkouris spoke with me, and unfortunately, I gave my notes from this conversation to the receptionist to have her change the appointment to my schedule, and the notes were apparently not kept. In any case, I believe that Dr. Merkouris stated that the patient has a lot of discomfort and perhaps some discomfort during the pelvic exam, but I am not really certain of this.

Her arms also continue to have pain with pain down the biceps region on the right into a radial distribution, and she first mentions it into the thumb and first finger but also at other times into the third and fourth digit, but never all four digits at the same time.

Sitting is quite painful. Standing is not so bad. These cause pelvic pain, and she reports that Dr. Merkouris mentioned that her pelvis is tilted.

She has seen Dr. Voke in the past and has another appointment with him in the next or two to evaluate her SI joint.

**Objective:** On examination today she has intact cranial nerves. Her strength is good. Reflexes are 2-3+ and symmetric. Babinskis are downgoing. Cerebellar shows good function.

The patient is tender toward the right of her spine all up and down the spine but especially over the lower lumbosacral region.

**Assessment / Plan:** The patient has chronic pain and discomfort primarily right-sided. Her neurological examination is unremarkable. She had an MRI of the lumbar spine apparently in December and an MRI of the cervical spine both showing some mild disk bulges but no neural compromise.

She has also had an NCV/EMG study that is unremarkable.

ML 00278

**MR0113**

DEF 00257
*Valenote v. Met. Life*

AUG-18-2003 MON 03:06 PM NEUROLOGICAL CONSULTANTS 9076109117. 9072771624                P. 04

Daniela Valenote
6/3/03
Page 2

The patient certainly may have a central etiology such as MS, but the description of her pain is somewhat unusual. Therefore, I am in favor of her keeping her appointment with Dr. Voke for evaluation of the SI joint where most of her complaints today seem to be centered. She also has had trigger point injections by Dr. Orzechowski with good relief with the upper trigger point injection, and further trigger point injections along her spine might be considered. She has had a deeper injection into the SI joint which apparently did not give her any benefit, therefore raising the possibility that there is actually nothing wrong with her SI joint.

I have not discovered on examination any actual indication of neurological dysfunction. However, in the future, an MRI of her head might screen for multiple sclerosis.

She is tolerating her Neurontin well at this time, although previously she stated it was quite sedating. She will try to go up on her dose to 600 mg t.i.d. I will see her back in the office in several weeks.

Mary Downs, M.D.
MD:clb

cc:  Rhene Merkouris, M.D. (Fax #336-7211)
     Michael Orzechowski, M.D. (Fax 563-0100)
     Edward Voke, M.D. (Fax #563-3460)

ML 00279

DEF 00258
*Valenote v. Met. Life*

MR0114

AUG-18-2003 MON 03:06 PM NEUROLOGICAL CONSULTANTS 9006092. 9072771624                    P. 05

## NEUROLOGICAL CONSULTANTS OF ALASKA, LLC
### 2741 DeBarr, Rd., Suite 413, Anchorage, AK 99508
### (907) 277-1623

| | |
|---|---|
| **Name:** | Daniela Valenote |
| **DOB:** | 2/17/69 |
| **Date:** | 02/05/03 |
| **Referred by:** | Michael Orzechowski, M.D. |
| **Referred for:** | Right-sided pain and numbness. |

| | |
|---|---|
| **Tobacco:** | One to 1½ packs a day for 10 years, ending three years ago. |
| **Alcohol:** | One to two glasses of wine a day. |
| **IVDA:** | None. |
| **Allergies:** | Orphenadrine caused an asthma attack. |
| **Medications:** | Topamax 25 mg twice a day, Bextra 10 mg a day, Nexium 40 mg twice a day, Procardia 30 mg a day, Allegra 180 mg a day, Singulair. |

**Chief Complaint:** Pain.

**History:** This is a 33-year-old right-handed female who reports she has been going to doctors for several years. The problem actually started probably no later than 1996. She developed a sharp pain in the right scapula. It usually seemed to be precipitated by bending, turning, or prolonged standing, but it would occur at other times with no obvious precipitant. It would occasionally radiate down the upper extremity to the hand. Initially it was intermittent, but it has now become a rather continuous problem. The radiation down the upper extremity goes down the posterior arm, the medial forearm, and the ulnar hand including the fifth digit but occasionally goes to the index finger as well. The pain in the fingers can be relieved by applying pressure, effectively pinching the triceps from both sides in the upper arm. Subsequent to this she started getting pain down the right lower extremity that was very similar. It went down the lateral thigh, leg, and foot. The last three weeks she has occasionally gotten it on the left. She implied the left lower extremity. I was going to verify that, but she provided a lot of additional information in a rapid-fire fashion and this was one question I never got back to.

The patient also reports getting muscle spasms in the upper back. She started getting groin and hip burning on the right. From the right groin to the knee occasionally burns and rarely she has shooting pains there. She does report that for years when she first arises she cannot stand on the right lower extremity well until the hip "pops" back in place. There is an audible and palpable pop. She also gets lots of neck pain. The last few months she has also gotten numbness by which she means tingling followed by a feeling of heaviness and loss of sensation. It happens to the right lower extremity when she drives. The heaviness actually occurs on both right-sided extremities, and in the upper extremity it is mostly a feeling in the proximal arm. She is also having trouble at the office secondary to difficulty using the right hand because of numbness, heaviness, and weakness. She also drops things in the morning secondary to loss of sensation.

The patient's history is rather disjoint, disorganized, and she jumps around a lot. It is not inconsistent with the long duration of symptoms.

The patient does report a history of a fall in 1989 when she landed on her sacrum. She did damage to her knee but no obvious damage to the spine. She has had an MRI of the C-spine and the LS-spine. Both are read as showing disc herniations without neurological compromise. I reviewed the films briefly in the office and see nothing of neurological significance. She has been put on Neurontin for the pain but she felt drugged. She

ML 00280

MR0115

DEF 00259
*Valenote v. Met. Life*

AUG-18-2003 MON 03:07 PM NEUROLOGICAL CONSULTANTS OF ALASK. 9072771624                    P. 06

Daniela Valenote
02/05/03
Page 2

was changed to Topamax two days ago and she still feels a little drugged. She would like to stop the Topamax and in fact reports she would like to stop all of the medications. She does report that Dr. Orzechowski is supposed to be referring her to Dr. Beard for a nerve conduction study. We called Dr. Beard's office to see when it was scheduled so we would know when to see her back, but the referral has not yet been made.

Neurological review of systems shows she checked coordination problems, but by that she reports it is not really coordination, she just drops things which is discussed above. She did have headaches last year and she describes them as migraine. She was given Imitrex which worked. She had a lot of headache problems for a few weeks and then they resolved and she has had none in four months. Other than they were quite bad and sometimes sent her to bed she does not remember much about them.

**Past Medical History**
    **Medical:** Hypertension and probably gastritis.
    **Surgical:** Tonsillectomy 1985.

**Family History:** Positive for heart disease in the father and both grandmothers, her mother has thyroid disease, and her father has spinal stenosis.

**Social History:** The patient and her husband are both architects. They live in Eagle River.

**Physical Examination**
    **General:** This is a well-developed, well-nourished female appearing stated age, in no distress.

    **Trunk:** The patient indicates the pain is medially over the right scapula below the spine of the scapula. There is no tenderness to palpation there and in fact she reports palpation relieves the pain.

    **Gait/Station:** Normal, heel, toe and tandem walk disclosed no ataxia. Romberg was negative, and there was no drift.

    **Motor:** Bulk and tone were normal in all four extremities. There were no abnormal movements.

| Strength: | right | left | | right | left |
|---|---|---|---|---|---|
| deltoid | 5 | 5 | iliopsoas | 5 | 5 |
| biceps | 5 | 5 | knee ext. | 5 | 5 |
| triceps | 5 | 5 | knee flex. | 5 | 5 |
| wrist ext. | 5 | 5 | foot dorsiflex. | 5 | 5 |
| wrist flex. | 5 | 5 | foot plantar flex. | 5 | 5 |
| finger ext. | 5 | 5 | EHL | 5 | 5 |
| interossei | 5 | 5 | | | |
| opponens pollicis | 5 | 5 | | | |

Fine motor was intact, and there was no dyspraxia.

**Mental Status:** The patient is awake, alert and oriented x 3. Recent and remote memory were intact. Attention span and concentration were intact. Language was without evidence of an aphasia. Fund of

ML 00281

**MR0116**

**DEF 00260**
*Valenote v. Met. Life*

AUG-18-2003 MON 03:07 PM NEUROLOGICAL CONSULTANTS 9076090     9072771624                P. 07

Daniela Valenote
02/05/03
Page 3

knowledge was appropriate for age and educational level. Affect seemed to be somewhat flat and overall mood intermittently appeared to be a bit depressed.

**Cranial Nerves:** Visual fields full to confrontation. Discs sharp. Pupils equally round and reactive to light and accommodation. Extraocular movements full range and conjugate. Corneals intact. Facial sensation intact to pinprick and light touch. Masseter and temporalis muscles contract equally. Face moved strongly symmetrically. Hearing intact to finger tap and finger rub. Palate elevated in the midline, and gag was present bilaterally. SCM and trap were 5 bilaterally. Tongue protruded in the midline and was strong on lateral deviations.

**Sensation:** Tested in a great deal of detail in all four extremities. On the right hand she had decreased light touch on the ulna. On the right leg and foot she was decreased with respect to the left and decreased more laterally than medially. Elsewhere she was intact to light touch and she was intact throughout to pinprick.

**Reflexes**

|  | right | left |  | right | left |
|---|---|---|---|---|---|
| biceps | 3+ | 3+ | knee jerks | 3+ | 2+ |
| triceps | 3+ | 3+ | thigh adductors | 3+ | 2+ |
| brachioradialis | 3+ | 3+ | ankle jerks | 2+ | 2+ |
| finger jerks | 3+ | 3+ | Toes downgoing | | |

**Cerebellar:** Without dysmetria in all four extremities.

**Assessment/Plan:** The etiology of the patient's difficulties is unclear. She has had evolution, initially with just pain over the medial inferior right scapula but which has begun to radiate down the right upper extremity posteriorly in the arm and then in an ulnar distribution below that accompanied intermittently by tingling, numbness, and heaviness, and she has developed similar symptoms in the right lower extremity. Her examination is really remarkable only for loss of light touch in the fifth digit of the right hand and then in the right leg and foot, worse laterally than medially, as well as increased reflexes in the right knee and thigh adductor with respect to the left. It is difficult to put all of this together. Given what appears to be a fairly clear ulnar distribution of the findings in the right hand, I think we should proceed with a nerve conduction study first. We will schedule that and then see her back. If that is unrevealing, then we will need to look more centrally, although the distribution of the discomfort and the numbness is so restricted it is unlikely to be due to a central distribution. The pain in the scapula could be due to a thoracic disc, tumor, or something else, but it is difficult to suggest anything there that would explain any of the rest of her complaints. Certainly MS comes to mind, and she might warrant an MRI of the brain as well. This was discussed with her and her husband briefly, up to but not including the direction of future workups.

Wayne Downs, M.D.
WD:clb
Dictated but not read.

cc: Michael Orzechowski, M.D.
    Joella Beard, M.D.

ML 00282

DEF 00261
*Valenote v. Met. Life*

**MR0117**

**MR0118**

## REHABILITATION & SPORTS MEDICINE, LLC

Joella Beard, M.D., FAAPMR • Deborah Kiley, ANP
4100 Lake Otis Parkway, Suite 312 • Anchorage, AK 99508
Phone (907) 677-7440 • Fax (907) 677-7441

## FACSIMILE COVER SHEET

08/20/2003                                      **PAGES: 5**

ATTN: Tanya /MetLife / fax:   1-866-690-1264 /
                    ph#: 1-800-635-6707 x2928

NOTE:  Re:  VALENOTE, Daniella / dob 02-17-1969 / I gave Dr. Beard
your request for return to work information on Ms. Valenote; attached
are the notes reference her return to work.

Louise

## CONFIDENTIALITY AND DISCLOSURE WARNING:

This transmission contains PRIVILEGED AND CONFIDENTIAL
information intended for use by a physician or physician designee.
Use, copying or distributing by any other person is strictly prohibited.
If you received this transmittal in error, please notify us by telephone at
the above number and return the misdirected transmittal by U.S. mail.

Please call if any pages are illegible or if transmission is incomplete.

ML 00271

**MR0119**

DEF 00250
*Valenote v. Met Life*