Indicate type of claim
☐ A&S/STD/Salary Continuance ☐ LTD

Disability Claim
Attending Physician Statement

MetLife
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511-4590
Fax: 1-866-690-1264

Instructions for completing the claim form:
1. Complete all applicable areas of the claim form.
2. Sign the claim form.
3. Fax this form to expedite your claim - retain original for your records.

The following section must be completed and signed by the employee/patient.
Any fee for the completion of this form is the patient's responsibility.

Occupation

Name - MUST ANSWER: DANIELA VALENOTE
Social Security # - MUST ANSWER: 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
Employer - MUST ANSWER: KIM ARCHITECTS
Group Report #

I hereby authorize my physician to release any information acquired in the course of my examination or treatment.

Signature of Employee: Daniela C. Valenote Date: 05-15-2003
Date of Birth: 2-17-1969

The following section must be completed and signed by the attending physician.
The purpose of this report is to assist us in making a disability determination. Please complete all applicable sections of this form.
A MetLife claim representative may telephone your office if additional information is needed.

## History

Symptoms result from: ☐ Injury ☑ Illness ☐ Pregnancy
If pregnancy, delivery date ______ ☐ Expected ______ ☐ Actual

Is condition work-related? ☐ Yes ☑ No
Type of delivery ______

Initial date of treatment: 2-18-03
Most recent date of treatment: 4-29-03

Did you advise the patient to cease the above noted occupation? ☐ Yes ☑ No — If Yes, Date: but advised no work from 3/23/03 to 5/1/03

Names and Phone Numbers of the other providers the patient was referred to:

| Name | Phone # | Name | Phone # |
|---|---|---|---|
| Wayne Downs, M.D | 277-1623 | Schlosstein, M.D | 5633929 |

Has patient been hospitalized? ☐ Yes ☑ No
If Yes, Date Confined ______ through ______
Name and address of facility

## Diagnosis and Treatment

Primary ICD-9: 729.1 Diagnosis: Myalgia

Secondary ICD-9: 729.5 Diagnosis: Pain in limb

Subjective Symptoms: Myalgias

Objective Findings (Include copies/results of any x-rays, lab tests', EKG's, MRI's, scans and office notes): Tender points

Current and Recommended Treatment Plans: Acupuncture, Rheumatology evaluation

If surgery performed/anticipated, provide the following:

CPT-4 ______ Procedure ______ Date ______

Medications prescribed (names, dosages):
Maxalt 4mg BID
Neurontin 300mg am, 600mg qhs

Continued on Reverse Side

JY5320.SCRE (04/01)

ML 00272

DEF 00251
*Valenote v. Met. Life*

MR0120

Name of Employee: DANIELA VALENOTE Social Security Number: 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

## Psychological Functions

Check applicable box below
- [ ] Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations)
- [ ] Class 2 – Patient is able to function in most stress situations and engage in some interpersonal relations (slight limitations)
- [ ] Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
- [ ] Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
- [ ] Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)

Remarks: Unknown

What stress factors or problems with interpersonal skills have affected patient's ability to perform the duties of his or her job?

Is patient competent to endorse checks and direct use of the proceeds? [x] Yes [ ] No

## Physical Capabilities Would need PCE exam (Physical Capacity Exam)

(a) Patient's ability to: (circle)

| | Hours | (check) | |
|---|---|---|---|
| Sit | 0 1 2 3 4 5 6 7 8 | [ ] Continuously | [ ] Intermittently |
| Stand | 0 1 2 3 4 5 6 7 8 | [ ] Continuously | [ ] Intermittently |
| Walk | 0 1 2 3 4 5 6 7 8 | [ ] Continuously | [ ] Intermittently |

(b) Patient's ability to: (circle)

| | | |
|---|---|---|
| Climb | Yes | No |
| Twist/bend/stoop | Yes | No |
| Reach above shoulder level | Yes | No |
| Operate a motor vehicle | Yes | No |

(c) Patient's ability to lift/carry: (check)

| | Never 0% | Occasionally 1-35% | Frequently 36-66% | Continuously 67%-100% |
|---|---|---|---|---|
| Up to 10 lbs. | [ ] | [ ] | [ ] | [ ] |
| 11 to 20 lbs. | [ ] | [ ] | [ ] | [ ] |
| 21 to 50 lbs. | [ ] | [ ] | [ ] | [ ] |
| 51 to 100 lbs. | [ ] | [ ] | [ ] | [ ] |
| Over 100 lbs. | [ ] | [ ] | [ ] | [ ] |

(d) Patient's ability to perform repetitively: (circle)

| | Right Hand | | Left Hand | |
|---|---|---|---|---|
| Fine finger movements | Yes | No | Yes | No |
| Eye/hand movements | Yes | No | Yes | No |
| Pushing/pulling | Yes | No | Yes | No |
| Dominant hand | R ______ | | L ______ | |

(e) In your opinion, why is patient unable to perform job duties?

(f) Patient can work a total of ____________ hours per day?

(g) Do you expect improvement in any area?
(If so please comment and give dates/timeframes.)

## Cardiac

Functional Capacity (American Heart Association) Complete only if applicable.

[x] Class 1 (No Limitation) [ ] Class 2 (Slight Limitation) [ ] Class 3 (Marked Limitation) [ ] Class 4 (Complete Limitation)

Blood pressure (latest reading) ________/________ as of (date) ________/________

Is patient in a cardiac rehabilitation program?

## Prognosis

Have you advised patient to return to work? Work release written for RTW 5/1/03

[ ] Yes If Yes, date of return ____________ [ ] To regular occupation [ ] Full Time [ ] Part Time
[ ] To any other occupation [ ] Full Time [ ] Part Time

[ ] No If not, please explain.

Any work/activity restrictions applicable (please be specific):

## Rehab

Do you suggest that the patient become involved in any of the following? Please check as many as apply.
If so, was this discussed with the patient? [x] Yes [ ] No

- [x] Physical Therapy
- [ ] Occupational Therapy
- [ ] Cardiac Rehabilitation
- [ ] Pain Management Program
- [ ] Work Hardening Program
- [ ] Job Modification
- [ ] Vocational Rehabilitation
- [x] Psychological Counseling
- [x] Other Acupuncture

003020100000000000000P

# Disability Claim Attending Physician Statement (Continued)

Name of Employee: DANIELA C. VALENOTE Social Security Number: 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

## Fraud Warning:

If you reside in one of the following states, one of the following state warnings may apply to you:

New York [only applies to Accident and Health Benefits (AD&D/Disability/Dental)]: I know it is a crime to fill out this form with facts I know are false or to leave out facts I know are important. I know that if I do this, I may also have to pay a civil penalty of up to $5,000 plus the value of the claim.

Florida: Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

Kansas and Massachusetts: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, and may subject such person to criminal and civil penalties.

New Jersey: Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

Oklahoma: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Oregon: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto may be guilty of insurance fraud, and may be subject to criminal and civil penalties.

Virginia: Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, files a claim containing a false or deceptive statement may have violated state law.

If you reside in any state other than those listed above, then the following warning may apply to you:

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Physician**

Name: J BEARD MD Degree/Specialty: PM&R

Street Address: 4100 Lake Otis #218 City: Anchorage State: AK Zip Code: 99508

Telephone #: (907-677-7440 Fax #: (907-677-8441 Tax ID #: 92-0176238

Contact person if additional information is necessary:

Signature: [signature] Date: 6-5-03

00302010000000000000F

ML 00274

DEF 00253
*Valenote v. Met. Life*

MR0122

REHABILITATION & SPORTS MEDICINE, LLC

Joella Beard, M.D., FAAPMR • Deborah Kiley, ANP
4100 Lake Otis Parkway, Suite 218 • Anchorage, AK 99508
Phone (907) 677-7440 • Fax (907) 677-7441

## RETURN TO WORK RECOMMENDATIONS

Patient Name: Daniela Valnote Claim #: ______________

I recommend:

- ☐ 1. Patient may return to work with no limitations on __________(date).
- ☐ 2. Patient may return to work as of __________(date) with the following restrictions (checked below):
  - ☐ No overhead lifting
  - ☐ Lifting maximum __________ pounds frequently
  - ☐ Lifting maximum __________ pounds occasionally
  - ☐ Pushing/pulling maximum __________ pounds
  - ☐ Sitting maximum __________/ up to 50 minutes at one time
  - ☐ Standing maximum __________/ up to 8 hours per day
  - ☐ Allow frequent changes in position
  - ☐ Allow rest breaks at least every 15/ 50 minutes/ as needed
- ☑ 3. Other restrictions or limitations Ms Valnote is being evaluated for persistent pain and should not return to work until at least May 1, 2003
- ☐ 4. The above restrictions are in effect until patient is reevaluated on __________.
- ☐ 5. Patient is totally incapacitated at this time for work. Patient will be reevaluated on __________.

______________________ ______________________
Joella Beard, MD, FAAPMR Date

D Kiley ANP 3-27-3
Deborah Kiley, ANP Date

ML 00275

MR0124



11 pages

DATE 8/20/03 TIME ____________

FAX TO MetLife Attention: Tanya Chambers

FAX NUMBER 1-866-690-1264

ATTN Tanya Chambers RE Valenote, Daniela

FROM Larry
@ MICHAEL W ORZECHOWSKI, MD

CONFIDENTIAL NOTICE: THIS INFORMATION CONTAINED IN THIS FAX IS CONFIDENTIAL AND INTENDED ONLY FOR THE DESIGNATED RECIPIENT. IF YOU HAVE RECEIVED THIS FAX IN ERROR, YOU ARE HEREBY NOTIFIED THAT REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS FORBIDDEN. PLEASE NOTIFY THE OFFICE OF MICHAEL W ORZECHOWSKI, MD @ 907-563-1600 IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FAX BY MAIL TO 3730 RHONE CIRCLE, SUITE 103, ANCHORAGE, ALASKA 99508.
THANK YOU SO MUCH

FROM :DR MIKE O Aug. 21 2003 01:38PM P1

DCN=030821054065

MICHAEL W. ORZECHOV. .I, M.D., M.P.H., R.N.
FAMILY MEDICINE & SPORTS MEDICINE

3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 276-MIKE
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

# Request for Records Release

Please Send To: Met Life, Attention: Joseph Jones
Fax number: 1-866-690-1264

Please send the following check ed items:

EKG: ______ Chart Notes: ONLY SEND: December 2002 & January 2003
PFT: ______ Other Specify: ______
LABS: ______

Tanya Chumb

By this date: Aug - 18 - 2003

Sent from:

MICHAEL W. ORZECHOWSKI MD, MPH, RN
3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, ALASKA 99508
(907) 276-MIKE OR (907)563-1600

## For this Patient:

Patient/Guardian: Daniela Valenote
Date of Birth: February 17, 1969 SSN: 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
Address: 4514 Upper Dogru Dr.
City/State/Zip: Eagle River, AK 99577 Phone#: 622-1009

I hereby authorize the release of all necessary medical records. Thank you for your help.

Patient/Guardian Signature: [signature]
Witness: Jenny CMA

Aug. 21 2003 01:38PM P2 FAX NO. :9075630100 FROM : DR MIKE O

DCN=03082105406S

ML 00257

MR0126

DEF 00236
Valenote v. Met. Life

DATE: 12-16-02 TIME: 8:45 ALLERGIES: Some pain meds

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: LMP: 11/22

CHIEF COMPLAINT: Review P.T report c pts. Recheck LBP & (R) leg pain

TEMP: 98.6

BP: 112/74

LBP level today - 7-8/10 (0-10)

PULSE:

(R) leg pain level - 9/10 (0-10) Sitting is worse

HT: 5'5

leg goes numb - tingles.

WT: 145 [illegible]

DURATION OF SYMPTOMS: (Has started procardia

SMOKES: Y X

MEDS:

S: [illegible]

O: [illegible]

Heent. [illegible]

Neck [illegible]

Lungs [illegible]

Heart [illegible]

Breast

Abd. [illegible]

Back [illegible]

Gent.

Ext. [illegible]

Skin

Neuro [illegible]

Ears

Nose

Pharynx

Sinus

Neck

Lungs

LABS/X-RAY

A: [illegible] - good.

[illegible]

P: [illegible]

FOLLOW-UP: 1-[illegible]

MICHAEL W. ORZECHOWSKI MD, MPH, RN.

FROM :DR MIKE O FAX NO. :9072620180 Aug. 21 2003 01:39PM P3

DCN=030821054065

ML 00265

DEF 00244

*Valenote v. Met. Life*

MR0127

DATE: 12/18/02 TIME: 1pm ALLERGIES: Orphenadrine
NAME: Valenote, Daniela
DOB: 2-17-69 AGE: 33 yo LMP: 11/22/02
CHIEF COMPLAINT: pt here for 1st day of 7 day back tx; pain level 5/10 now; TEMP: 97.6
BP: 108/78
PULSE:
HT: 5'5"
WT:
DURATION OF SYMPTOMS: SMOKES: [Y] [N]
MEDS: see list

S:

O:

Heent.
Neck
Lungs
Heart
Breast
Abd.
Back
Gent.
Ext.
Skin
Neuro

Ears
Nose
Pharynx
Sinus
Neck
Lungs

LABS/X-RAY

A: LBP

P:

FOLLOW-UP:

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM :DR MIKE O FAX NO. : Aug. 21 2003 01:39PM P4

DCN=03082105406S

ML 00258

MR0128

DEF 00237
*Valenote v. Met. Life*

DATE: 12/19/02 TIME: 1pm ALLERGIES: [illegible] meds

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 y/o LMP: 11/22/02

CHIEF COMPLAINT: pt here Day #2 of 72 back [illegible] pain of 3/10 now - mostly (R) thigh muscle

TEMP: 99.2

BP: 120/80

PULSE:

HT: 5'5"

WT: 149 lbs

DURATION OF SYMPTOMS:

SMOKES: [Y] [N]

MEDS: No △

S:

Discussed risk/benefits and alternatives to Carlson injection in detail.

Signature [signature] Date 12/19/02

O:

Heent. ok

Neck supple

Lungs [illegible]

Heart [illegible]

Breast

Abd. [illegible]

Back [illegible]

Gent.

Ext. [illegible]

Skin

Neuro motor 5/5 [illegible]

Ears [illegible]

Nose [illegible]

Pharynx

Sinus [illegible]

Neck [illegible]

Lungs [illegible]

A: LBP [illegible] LABS/X-RAY

HTN

P: [illegible]

FOLLOW-UP:

MICHAEL W. OBZECHOWSKI MD. MPH. RN.

FROM :DR MIKE O FAX NO. : 9072530700 Aug. 21 2003 01:40PM P5

DCN=030821054065

ML 00266

MR0129

DATE: 12/24/02 TIME: 950 am ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 YO LMP: 11/22/02

CHIEF COMPLAINT: pt here for LBP recheck; pt experienced almost blackout when she bent her neck backwards and felt pinched nerve; little dizziness
(R) leg pain / (R) foot - pain level 5/10 and tingly

TEMP: 99.0
BP: 100/70
PULSE:
HT: 5'5"
WT: 149 per pt

DURATION OF SYMPTOMS: tingly
(R) arm mirrors (R) sided numbness

SMOKES: [Y] [N]
MEDS: NO Δ

S:

O:

Heent.
Neck
Lungs
Heart
Breast
Abd.
Back
Gent.
Ext.
Skin
Neuro

Ears
Nose
Pharynx
Sinus
Neck
Lungs

Discussed risk/benefits and alternatives to Cortison injection in detail.

Signature Date

LABS/X-RAY

A:

P:

FOLLOW-UP:

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

DATE: 12/20/02 TIME: 315P ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 y/o LMP: 11/22/02

CHIEF COMPLAINT: pt here for Day 3 of 1 wk tx; TEMP: 98.0

(R) hip pain lvl - 5/10 pt states pain BP: 124/88

LBP pain - 3/10 increases when sitting PULSE:

(R) leg pain - 4/10 for lengthy periods of time HT: 5'5"

WT: 149 lbs per pt

DURATION OF SYMPTOMS: [illegible] SMOKES: [Y] [N]

MEDS: *Flexeril ½ tab [illegible]

S: [illegible]

O: [illegible]

Heent. [illegible] Ears

Neck Nose

Lungs [illegible] Pharynx

Heart [illegible] Sinus

Breast Neck

Abd. [illegible] Lungs

Back [illegible]

Gent.

Ext. [illegible]

Skin

Neuro [illegible]

LABS/X-RAY

A: LBP [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM :DR MIKE O FAX NO. : 9073320100 Aug. 21 2003 01:40PM P7

DCN=0308210540065

ML 00260

DEF 00239
*Valenote v. Met. Life*

MR0131

DATE: 12-26-02 TIME: 3:15 ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 yrs LMP: 11/22/02

CHIEF COMPLAINT: Re √ LBP - improved - wears back support. Now states upper back is strained / spasming just like when her low back was taped by P.T. [illegible] (R) leg & (R) arm - numbness / tingling

TEMP: 98.0

BP: 132/86

PULSE:

HT: 5'5"

WT: 149 pounds

DURATION OF SYMPTOMS: [illegible]

SMOKES: Y N

MEDS: [illegible] taper

S: [illegible]

O: [illegible]

Heent. [illegible]
Neck [illegible]
Lungs [illegible]
Heart [illegible]
Breast
Abd. [illegible]
Back [illegible]
Gent.
Ext. [illegible]
Skin
Neuro [illegible]

Ears
Nose
Pharynx
Sinus
Neck
Lungs

LABS/X-RAY [illegible]

A: [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD, MPH, RN.

Aug. 21 2003 01:41PM P8 FAX NO. : 9073030010 FROM : DR MIKE O

DCN=030821054065

DATE: 12/30/02 TIME: 1230 ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 YO LMP: 12/27/02

CHIEF COMPLAINT: pt re-[illegible] BP (-) pain 0/10; [illegible] upper back - pt has jitters & numbness; pt states she feels "high" & things aren't clear; [illegible] (R) arm & (R) leg 2/10 [illegible] facial cheekbone has tingly feeling; pt is constipated

TEMP: 98.3
BP: 122/82
PULSE:
HT: 5'5"
WT: 149 per pt

DURATION OF SYMPTOMS:

rash on cheekbone x Fri

SMOKES: Y N

MEDS: vicodin

S: [illegible]

[illegible]

O: [illegible]

[illegible]

Heent. [illegible]
Neck [illegible]
Lungs [illegible]
Heart
Breast
Abd. [illegible]
Back [illegible]
Gent.
Ext. [illegible]
Skin [illegible]
Neuro [illegible]

Ears
Nose
Pharynx
Sinus
Neck
Lungs

[illegible]

LABS/X-RAY

A: [illegible]

[illegible]

P: [illegible]

[illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM : DR MIKE O FAX NO. : 9072250100 Aug. 21 2003 01:41PM P9

DCN=03082105406S

ML 00262

MR0133

DEF 00241
*Valenote v. Met. Life*

DATE: 1/13/03 TIME: 945a ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-60 AGE: 33 [illegible]

CHIEF COMPLAINT: c/o LBP = 9/10 pain/spasms; Ⓡ leg numbness & tingling feeling going ↓ leg; "burning" sensation in Ⓡ hip & groin area; Ⓡ side of lower back goes tense muscle = 5/10 spasms; Ⓡ thigh pain level = 7/10 now

LMP: 12/27/02

TEMP: 98.1

BP: 110/72

PULSE:

HT: 5'5"

WT: 149 lbs w/shoes

DURATION OF SYMPTOMS: LBP- Sat

SMOKES: [Y] [N]

MEDS: see update

S: [illegible] [illegible] [illegible] [illegible] dull burning

O: Ⓡ leg 2/10 → 7/10 5/10 [illegible]

Ⓡ [illegible] 3/10 → 4/10 7/10

Heent. [illegible]
Neck [illegible]
Lungs [illegible]
Heart [illegible]
Breast
Abd. [illegible]
Back
Gent. [illegible]
Ext. [illegible]
Skin [illegible]
Neuro [illegible]

Ears
Nose.
Pharynx
Sinus
Neck
Lungs

LABS/X-RAY

A: [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

Aug. 21 2003 01:42PM P10

FAX NO. : 9072783698

DCN=030821054065

FROM :DR MIKE O

ML 00256

DATE: 1/20/03 TIME: 9:20 ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 yo LMP: 12/27/02

CHIEF COMPLAINT: pt here to review Cerv MRI and pt states no Δ fr last appt; neck pain/tighter than normal

[illegible] pain LBP - 7/10

TEMP: 98.5

BP: 118/80

PULSE:

HT: 5'5"

WT: 149 per pt

DURATION OF SYMPTOMS: [illegible] hip - 5/10

SMOKES: Y N

MEDS: see list

S: 4-6 hrs/day neck pain - 7/10 [illegible] hip pain [illegible] - 5/10 [illegible]

O: [illegible] [illegible] walking [illegible] [illegible] 1/18/03

Heent. [illegible]
Neck [illegible]
Lungs [illegible]
Heart [illegible]
Breast
Abd. [illegible]
Back [illegible]
Gent.
Ext. [illegible]
Skin
Neuro [illegible]

Ears
Nose
Pharynx
Sinus
Neck
Lungs

LABS/X-RAY

A: [illegible] neuropathy [illegible] hip bursitis LBP - improving

P: [illegible] work 4-6 hrs/days [illegible] PT [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

Aug. 21 2003 01:42PM P11 FAX NO. : 9076960802 FROM : DR MIKE O
DCN=030821054065

11 pages

DATE 8/20/03 TIME

FAX TO MetLife Attention: Tanya Chambers

FAX NUMBER 1-866-690-1264

ATTN Tanya Chambers RE Valenote, Daniela

FROM Larry

@ MICHAEL W ORZECHOWSKI, MD

CONFIDENTIAL NOTICE: THIS INFORMATION CONTAINED IN THIS FAX IS CONFIDENTIAL AND INTENDED ONLY FOR THE DESIGNATED RECIPIENT. IF YOU HAVE RECEIVED THIS FAX IN ERROR, YOU ARE HEREBY NOTIFIED THAT REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS FORBIDDEN. PLEASE NOTIFY THE OFFICE OF MICHAEL W ORZECHOWSKI, MD @ 907-563-1600 IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FAX BY MAIL TO 3730 RHONE CIRCLE, SUITE 103, ANCHORAGE, ALASKA 99508.
THANK YOU SO MUCH

LOOK AT THIS

FROM :DR MIKE O Aug. 20 2003 11:38PM P1

DCN=030821000336

ML 00269

MR0136

DEF 00248
*Valenote v. Met. Life*

MICHAEL W. ORZECHOW...I, M.D., M.P.H., R.N.
FAMILY MEDICINE & SPORTS MEDICINE

3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 276-MIKE
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

# Request for Records Release

Please Send To: Met Life, Attention: Joseph Jones
Fax number: 1-866-690-1264

Please send the following check ed items:

EKG: ____
PFT: ____
LABS: ____

Chart Notes: ONLY SEND: December 2002 & January 2003
Other Specify: ____

Tanya Chambl

By this date: Aug.-12-2003

Sent from:

MICHAEL W. ORZECHOWSKI MD, MPH, RN
3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, ALASKA 99508
(907) 276-MIKE OR (907)563-1600

## For this Patient:

Patient/Guardian: Daniela Valenote
Date of Birth: February 17, 1969 SSN: 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
Address: 4514 Upper Rogru Dr.
City/State/Zip: Eagle River, AK 99577 Phone#: 622-1009

I hereby authorize the release of all necessary medical records. Thank you for your help.

Patient/Guardian Signature: [signature]
Witness: Jenny CMA

Aug. 20 2003 11:39AM P2 FAX NO.: 9075630100 DCN=0308210000336 FROM : DR MIKE O

11 pages

DATE 8/20/03 TIME

FAX TO MetLife Attention: Tanya Chambers

FAX NUMBER 1-866-690-1264

ATTN Tanya Chambers RE Valenote, Daniela

FROM Lang
@ MICHAEL W ORZECHOWSKI, MD

CONFIDENTIAL NOTICE: THIS INFORMATION CONTAINED IN THIS FAX IS CONFIDENTIAL AND INTENDED ONLY FOR THE DESIGNATED RECIPIENT. IF YOU HAVE RECEIVED THIS FAX IN ERROR, YOU ARE HEREBY NOTIFIED THAT REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS FORBIDDEN. PLEASE NOTIFY THE OFFICE OF MICHAEL W ORZECHOWSKI, MD @ 907-563-1600 IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FAX BY MAIL TO 3730 RHONE CIRCLE, SUITE 103, ANCHORAGE, ALASKA 99508.
THANK YOU SO MUCH

LOOK AT THIS

FROM : DR MIKE O FAX NO. : 9075630010 Aug. 20 2003 11:36AM P1

DCN=030821000391

MICHAEL W. ORZECHOW...I, M.D., M.P.H., R.N.
FAMILY MEDICINE & SPORTS MEDICINE

3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 276-MIKE
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

We Care

# Request for Records Release

Please Send To: Met Life, Attention: Joseph Jones
Fax number: 1-866-690-1264

Please send the following check ed items:

EKG: ______ Chart Notes: ONLY SEND: December 2002 & January 2003
PFT: ______ Other Specify: ______
LABS: ______

Tanya Chumb

By this date: Aug - 12 - 2003

Sent from:

MICHAEL W. ORZECHOWSKI MD, MPH, RN
3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, ALASKA 99508
(907) 276-MIKE OR (907)563-1600

## For this Patient:

Patient/Guardian: Daniela Valenote
Date of Birth: February 17, 1969 SSN: 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
Address: 4514 Upper Kogru Dr.
City/State/Zip: Eagle River, AK 99577 Phone#: 622-1009

I hereby authorize the release of all necessary medical records. Thank you for your help.

Patient/Guardian Signature: [signature]
Witness: Jenny CMA

FROM : DR MIKE O FAX NO. : 9075630100 Aug. 20 2003 11:36PM P2
DCN=030821000391

ML 00268

46
: Life

DEF 00247
*Valenote v. Met. Life*

11 pages

DATE 8/20/03 TIME ______________

FAX TO MetLife Attention: Tanya Chambers

FAX NUMBER 1-866-690-1264

ATTN Tanya Chambers RE Valenote, Daniela

FROM Lucy

@ MICHAEL W ORZECHOWSKI, MD

CONFIDENTIAL NOTICE: THIS INFORMATION CONTAINED IN THIS FAX IS CONFIDENTIAL AND INTENDED ONLY FOR THE DESIGNATED RECIPIENT. IF YOU HAVE RECEIVED THIS FAX IN ERROR, YOU ARE HEREBY NOTIFIED THAT REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS FORBIDDEN. PLEASE NOTIFY THE OFFICE OF MICHAEL W ORZECHOWSKI, MD @ 907-563-1600 IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FAX BY MAIL TO 3730 RHONE CIRCLE, SUITE 103, ANCHORAGE, ALASKA 99508.
THANK YOU SO MUCH

LOOK AT THIS

FROM :DR MIKE O Aug. 21 2003 12:02AM P1

DCN=030821000410

ML 00255

MR0140

DEF 00234
*Valenote v. Met Life*

MR0141



11 pages

DATE ~~8/20/03~~ 8/25/03 TIME 11am

FAX TO MetLife Attention: Tanya Chambers Joseph Jones

FAX NUMBER 1-866-690-1264

ATTN Tanya Chambers Joseph Jones RE Valenote, Daniela

FROM Larry
@ MICHAEL W ORZECHOWSKI, MD

Pls call me to verify that you've received this fax. This is the 2nd time faxed. Larry

CONFIDENTIAL NOTICE: THIS INFORMATION CONTAINED IN THIS FAX IS CONFIDENTIAL AND INTENDED ONLY FOR THE DESIGNATED RECIPIENT. IF YOU HAVE RECEIVED THIS FAX IN ERROR, YOU ARE HEREBY NOTIFIED THAT REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS FORBIDDEN. PLEASE NOTIFY THE OFFICE OF MICHAEL W ORZECHOWSKI, MD @ 907-563-1600 IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FAX BY MAIL TO 3730 RHONE CIRCLE, SUITE 103, ANCHORAGE, ALASKA 99508.
THANK YOU SO MUCH

FAXED
AUG 21 2003
BY:

FROM :DR MIKE O FAX NO. : 9075630100 Aug. 25 2003 11:33AM P1

DCN=0308250227826

ML 00234

MR0142

DEF 00213
*Valenote v. Met. Life*

MICHAEL W. ORZECHOW...I, M.D., M.P.H., R.N.
FAMILY MEDICINE & SPORTS MEDICINE

3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 276-MIKE
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

# Request for Records Release

Please Send To: Met Life, Attention: Joseph Jones
Fax number: 1-866-690-1264

Please send the following check ed items:

EKG: ______ Chart Notes: ONLY SEND: December 2002 & January 2003
PFT: ______ Other Specify: ______
LABS: ______

Tanya Chamb

By this date: Aug - 12 - 2003

Sent from:

MICHAEL W. ORZECHOWSKI MD, MPH, RN
3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, ALASKA 99508
(907) 276-MIKE OR (907)563-1600

## For this Patient:

Patient/Guardian: Daniela Valenote
Date of Birth: February 17, 1969 SSN: 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
Address: 4514 Upper Degrue Dr.
City/State/Zip: Eagle River, AK 99577 Phone#: 622-1009

I hereby authorize the release of all necessary medical records. Thank you for your help.

Patient/Guardian Signature: [signature]
Witness: Jerry CMA

FAXED
AUG 2 1 2003
BY: ______

FROM :DR MIKE O FAX NO. :9075630100 Aug. 25 2003 11:34AM P2

DCN=03082502782

ML 00237

DATE: 12-16-02 TIME: 8:45 ALLERGIES: Some pain meds

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: LMP: 11/22

CHIEF COMPLAINT: Review P.T report c pt. Recheck LBP & (R) leg pain TEMP: 98.6

BP: 112/74

LBP level today - 7-8/10 (0-10) PULSE:

(R) leg pain level - 9/10 (0-10) Sitting is worse HT: 5'5

leg goes numb - tingles. WT: 145 pounds

DURATION OF SYMPTOMS: (Has started procardia SMOKES: [Y] [X]

MEDS:

S: [illegible]

O: [illegible]

Heent. [illegible]
Neck supple
Lungs [illegible]
Heart [illegible]
Breast
Abd. [illegible]
Back [illegible]
Gent.
Ext. [illegible]
Skin
Neuro [illegible]

Ears
Nose
Pharynx
Sinus
Neck
Lungs

LABS/X-RAY

A: HTN - good.
L5-S1 [illegible]
[illegible]

P: [illegible]
Vioxx 25 mg [illegible]
[illegible]

FOLLOW-UP: 1 - [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM : DR MIKE O FAX NO. : [illegible] Aug. 25 2003 11:35AM P3

DCN=0308250227826

DATE: 12/18/02 TIME: 1pm ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 yo LMP: 11/22/02

CHIEF COMPLAINT: pt here for 1st day of 7 day back tx; pain level 5/10 now;

LBP - 5→7 9/10 3/10

R leg 6/10→9/10 7/10

no HA

TEMP: 97.6

BP: 108/78

PULSE:

HT: 5'5"

WT:

DURATION OF SYMPTOMS: [illegible]

SMOKES: [Y] [N]

MEDS: see list

S: no weakness

numbness - mild

O:

Heent. [illegible]

Neck [illegible]

Lungs [illegible]

Heart [illegible]

Breast

Abd. [illegible]

Back

Gent.

Ext. [illegible]

Skin

Neuro [illegible]

Ears

Nose

Pharynx

Sinus

Neck

Lungs

mild tender

mild tender

[illegible]

LABS/X-RAY

A: LBP

R leg [illegible]

HTN -

[illegible]

Asthma / allergic

P: [illegible]

[illegible]

prednisone [illegible]

[illegible]

[illegible]

FOLLOW-UP: Tom

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

Aug. 25 2003 11:38AM P4 FAX NO. : DCN=030825027826 FROM : DR MIKE O

DATE: 12/19/02 TIME: 1pm ALLERGIES: [illegible] meds NKDA

NAME: Valenote, Danielle

DOB: 2-17-69 AGE: 33 YO

LMP: 11/22/02

CHIEF COMPLAINT: pt here Day #2 of 72 back pain of 3/10 now - mostly (R) thigh muscle [illegible] [illegible] [illegible]

TEMP: 99.2

BP: 120/80

PULSE:

HT: 5'5"

WT: 149 lbs

DURATION OF SYMPTOMS: [illegible]

SMOKES: [Y] [N]

MEDS: No Δ

S:

Discussed risk/benefits and alternatives to Cortisone injection in detail.

Signature [illegible] Date 12/19/02

O:

Heent. [illegible]
Neck [illegible]
Lungs [illegible]
Heart [illegible]
Breast
Abd. [illegible]
Back [illegible]
Gent.
Ext. [illegible]
Skin
Neuro [illegible] 5/5 [illegible]

Ears [illegible]
Nose [illegible]
Pharynx
Sinus [illegible]
Neck [illegible]
Lungs [illegible]

LABS/X-RAY

A: LBP (R) leg [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM : DR MIKE O FAX NO. : 9075630100 Aug. 25 2003 11:37AM P5

DCN=030825027826

ML 00240

MR0146

DEF 00219
*Valenote v. Met. Life*

DATE: 12/24/02 TIME: 9:50 am ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 yo LMP: 11/22/02

CHIEF COMPLAINT: pt here for LBP recheck; pt experienced almost black out when she bent her neck backwards and felt pinched nerve; little dizziness (R) leg pain (R) foot - pain level 5/10 and tingly (R) arm mirrors (R) sided numbness

TEMP: 99.0

BP: 100/70

PULSE:

HT: 5'5"

WT: 149 per pt

DURATION OF SYMPTOMS: tingly

SMOKES: Y N

MEDS: NO Δ

S: [illegible]

O: [illegible]

Heent.
Neck [illegible]
Lungs [illegible]
Heart [illegible]
Breast
Abd. [illegible]
Back [illegible]
Gent.
Ext. [illegible]
Skin
Neuro [illegible]

Ears
Nose
Pharynx
Sinus
Neck
Lungs

Discussed risk/benefits and alternatives to Cortison injection in detail.

[signature]

Signature Date

(R) cervical

LABS/X-RAY

A: [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM : DR MIKE O FAX NO. : [illegible] Aug. 25 2003 11:38AM P6

DCN=030825027826

ML 00241

DEF 00220

*Valenote v. Met. Life*

DATE: 12/20/02 TIME: 315P ALLERGIES: Orphenadrine
NAME: Valenote, Daniela
DOB: 2-17-69 AGE: 33 yo LMP: 11/22/02
CHIEF COMPLAINT: pt here for Day 3 or 1 wk tx; (R) hip pain lvl - 5/10 ; LBP pain - 3/10 ; (R) leg pain - 4/10 ; pt states pain increases when sitting for lengthy periods of time
TEMP: 98.0
BP: 124/88
PULSE:
HT: 5'5"
WT: 149 lbs per pt
SMOKES: [Y] [N]
DURATION OF SYMPTOMS: [illegible]
MEDS: * Flexeril ½ tab [illegible]

S: [illegible] standing - [illegible] walking - some problem [illegible] [illegible] - 4

O: - [illegible] / ROM / [illegible] / [illegible] / walk [illegible] no [illegible] no weakness

Heent. [illegible]
Neck
Lungs [illegible]
Heart [illegible]
Breast
Abd. [illegible]
Back [illegible]
Gent.
Ext. [illegible]
Skin
Neuro [illegible]

Ears
Nose
Pharynx
Sinus
Neck
Lungs

LABS/X-RAY

A: LBP [illegible] [illegible] [illegible] HNP [illegible]

P: No change in meds [illegible] [illegible] [illegible] contrast - lumbar [illegible] / [illegible] contrast OR - 15 min [illegible] [illegible] [illegible] x 15 min [illegible]

FOLLOW-UP: Monday
MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM : DR MIKE O FAX NO. : 9079830100 Aug. 25 2003 11:40AM P2

DCN=0308250027826

ML 00242

MR0148

DATE: 12-26-02 TIME: 3:15 ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 yrs. LMP: 11/22/02

CHIEF COMPLAINT: [illegible] LBP - improved - wears back support. Now states upper back is strained / spasming just like when her low back was taped [illegible] TEMP: 98.0

BP: 132/86

PULSE:

HT: 5'5"

CC (R) leg & (R) arm - numbness / tingling WT: 149 [illegible]

DURATION OF SYMPTOMS: SMOKES: [Y] [X N]

MEDS: Medi-taper

S: [illegible]

O: [illegible]

Heent. Ears

Neck Nose

Lungs Pharynx

Heart Sinus

Breast Neck

Abd. Lungs

Back

Gent.

Ext.

Skin

Neuro [illegible]

LABS/X-RAY [illegible]

A: [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD, MPH, RN.

FROM :DR MIKE O FAX NO.: [illegible] Aug. 25 2003 11:41AM P8

DCN=0308250227826

ML 00243

MR0149

DEF 00222
*Valenote v. Met. Life*

DATE: 12/30/02 TIME: 1230 ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 NO LMP: 12/27/02

CHIEF COMPLAINT: pt re [illegible] BP ⊖ pain 9/10; rev upper back – pt has jitters & numbness; pt states she feels "high"; things aren't clear; rev Ⓡ arm & Ⓡ leg 2/10 [illegible] facial cheekbone has tingly feeling

TEMP: 98.3

BP: 122/82

PULSE:

HT: 5'5"

WT: 149 per pt

DURATION OF SYMPTOMS: pt is constipated

rash on cheekbone x Fri

SMOKES: Y N

MEDS: vicodin

S: [illegible]

O: [illegible]

Heent. [illegible]
Neck
Lungs [illegible]
Heart
Breast
Abd. [illegible]
Back [illegible]
Gent.
Ext. [illegible]
Skin [illegible]
Neuro [illegible]

Ears
Nose
Pharynx
Sinus
Neck
Lungs

LABS/X-RAY

A: [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM : DR MIKE O FAX NO. : [illegible] Aug. 25 2003 11:42AM P9

DCN=030825027826

ML 00244

MR0150

DEF 00223
*Valenote v. Met. Life*

DATE: 1/13/03 TIME: 945a ALLERGIES: Orphenadrine
NAME: Valenote, Daniela
DOB: 2-17-60 AGE: 33 UC LMP: 12/27/02
CHIEF COMPLAINT: c/o LBP = 9/10 spasms pain [illegible]; (R) leg numbness + tingling feeling going ↓ leg; "burning sensation in (R) hip + groin area; (R) side [illegible] upper back [illegible] tense muscle = 5/10 spasms; (R) hip pain level = 7/10 now
TEMP: 98.1
BP: 110/72
PULSE:
HT: 5'5"
WT: 149 lbs w/shoe
DURATION OF SYMPTOMS: LBP - Sat
SMOKES: Y N
MEDS: see update

S: [illegible] [illegible] on Vioxx [illegible] [illegible] [illegible] dull burning 5/10 [illegible]

O: (R) leg 2/10 → 7/10 7/10
[illegible] 3/10 → 9/10 7/10

Heent.
Neck [illegible]
Lungs [illegible]
Heart [illegible]
Breast
Abd. [illegible]
Back
Gent. [illegible]
Ext.
Skin [illegible]
Neuro [illegible]

Ears
Nose.
Pharynx
Sinus
Neck
Lungs

LABS/X-RAY

A: [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM : DR MIKE O FAX NO. : 9073520100 Aug. 25 2003 11:43AM P10

DCN=030825027826

ML 00235

MR0151

DEF 00214
*Valenote v. Met. Life*

DATE: 1/20/03 TIME: 9:20 ALLERGIES: orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 yo LMP: 12/27/02

CHIEF COMPLAINT: pt here to review new MRI and pt states no Δ fr last appt; c/o neck pain / tighter than normal

TEMP: 98.5

BP: 118/80

PULSE:

HT: 5'5"

WT: 149 per pt

[illegible] pain LBP - [illegible]

DURATION OF SYMPTOMS: [illegible]

SMOKES: [Y] [N]

MEDS: see list

S: [illegible]

O: [illegible]

Heent. [illegible]

Neck [illegible]

Lungs [illegible]

Heart [illegible]

Breast

Abd. [illegible]

Back [illegible]

Gent.

Ext. [illegible]

Skin

Neuro [illegible]

Ears

Nose

Pharynx

Sinus

Neck

Lungs

LABS/X-RAY

A: [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD, MPH, RN.

FROM : DR MIKE O FAX NO. : 9072620100 Aug. 25 2003 11:44AM P11

DCN=0308250227826

ML 00236

MR0152

DEF 00215

*Valenote v. Met. Life*

11 pages

DATE ~~8/20/03~~ 8/25/03 TIME 11 am

FAX TO MetLife Attention: Tanya Chambers Joseph Jones

FAX NUMBER 1-866-690-1264

ATTN Tanya Chambers Joseph Jones RE Valenote, Daniela

FROM Larry
@ MICHAEL W ORZECHOWSKI, MD

CONFIDENTIAL NOTICE: THIS INFORMATION CONTAINED IN THIS FAX IS CONFIDENTIAL AND INTENDED ONLY FOR THE DESIGNATED RECIPIENT. IF YOU HAVE RECEIVED THIS FAX IN ERROR, YOU ARE HEREBY NOTIFIED THAT REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS FORBIDDEN. PLEASE NOTIFY THE OFFICE OF MICHAEL W ORZECHOWSKI, MD @ 907-563-1600 IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FAX BY MAIL TO 3730 RHONE CIRCLE, SUITE 103, ANCHORAGE, ALASKA 99508.
THANK YOU SO MUCH

LOOK AT THIS

FAXED
AUG 2 1 2003
BY:

FROM :DR MIKE O FAX NO. : 9075630100 Aug. 25 2003 11:26AM P1

DCN=0308250227569

ML 00245

MR0153

DEF 00224
*Valenote v. Met. Life*

MICHAEL W. ORZECHOW... M.D., M.P.H., R.N.
FAMILY MEDICINE & SPORTS MEDICINE

3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 276-MIKE
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

# Request for Records Release

Please Send To: Met Life, Attention: Joseph Jones
Fax number: 1-866-690-1264

Please send the following check ed items:

EKG: ______
PFT: ______
LABS: ______

Chart Notes: ONLY SEND: December 2002 & January 2003
Other Specify: ______

Tanya Chamb

By this date: Aug - 12 - 2003

Sent from:

MICHAEL W. ORZECHOWSKI MD, MPH, RN
3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, ALASKA 99508
(907) 276-MIKE OR (907)563-1600

## For this Patient:

Patient/Guardian: Daniela Valenote
Date of Birth: February 17, 1969 SSN: 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
Address: 4514 Upper Kogru Dr.
City/State/Zip: Eagle River, AK 99577 Phone#: 622-1009

I hereby authorize the release of all necessary medical records. Thank you for your help.

Patient/Guardian Signature: [signature]
Witness: [signature] CMA

FAXED
AUG 21 2003
BY: ______

Aug. 25 2003 11:26AM P2 FAX NO. DCN=0308250272569 FROM: DR MIKE O

ML 00246

DEF 00225
*Valenote v. Met. Life*

MR0154

DATE: 12-16-02 TIME: 8:45 ALLERGIES: Some pain meds
NAME: Valenote, Daniela
DOB: 2-17-69 AGE: LMP: 11/22
CHIEF COMPLAINT: Review P.T report c pt. TEMP: 98.6
Recheck LBP & (R) leg pain BP: 112/74
LBP level today - 7-8/10 (0-10) PULSE:
(R) leg pain level - 9/10 (0-10) Sitting is worse HT: 5'5
leg goes numb - tingles. WT: 145 pds
DURATION OF SYMPTOMS: (Has started procardia SMOKES: [Y] [X]
MEDS:

S: [illegible]

O: [illegible]

Heent. [illegible] Ears
Neck supple Nose
Lungs [illegible] Pharynx
Heart [illegible] Sinus
Breast Neck
Abd. [illegible] Lungs
Back [illegible]
Gent.
Ext. [illegible]
Skin
Neuro [illegible]

LABS/X-RAY

A: [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM : DR MIKE O FAX NO. : 9075250100 Aug. 25 2003 11:27AM P3

DCN=030825027569

ML 00247

DEF 00226
*Valenote v. Met. Life*

MR0155

DATE: 12/18/02 TIME: 1pm ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 yo LMP: 11/22/02

CHIEF COMPLAINT: pt here for 1st day of 7 day back tx; pain level 5/10 now;
LBP – 5 → 9/10 5/10
R leg 4/10 → 9/10 7/10
no relief

TEMP: 97.6

BP: 108/78

PULSE:

HT: 5'5"

WT:

DURATION OF SYMPTOMS: [illegible]

SMOKES: [Y] [N]

MEDS: See list, HCTZ, [illegible]

S: no weakness, numbness – little

O:

Heent. [illegible]
Neck [illegible]
Lungs [illegible]
Heart [illegible]
Breast
Abd. [illegible]
Back
Gent.
Ext. [illegible]
Skin
Neuro [illegible]

Ears
Nose
Pharynx
Sinus
Neck
Lungs

mild tender

mild tender

[illegible] tender

[illegible]

LABS/X-RAY

IM L Glut [illegible] 6 mg

IM R Glut [illegible]

A: LBP
R leg sciatica
HTN
[illegible]
[illegible] allergies

P: [illegible]

[illegible]

FOLLOW-UP: 7 days

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

Aug. 25 2003 11:27AM P4 FAX NO. :3018826180 FROM :DR MIKE O

DCN=030825027569

ML 00248

DEF 00227
*Valenote v. Met. Life*

MR0156

Orphenadrine

DATE: 12/19/02 TIME: 1pm ALLERGIES: [illegible] meds NKDA

NAME: Valenote, Danielle

DOB: 2-17-69 AGE: 33 yo LMP: 11/22/02

CHIEF COMPLAINT: pt here day #2 of 72 [illegible] pain of 3/10 now - mostly (R) thigh muscle (8/10 -> 3/10)

Amanda [illegible] [illegible]

LBP - 4/10 [illegible]

TEMP: 99.2

BP: 120/80

PULSE:

HT: 5'5"

WT: 149 lbs

DURATION OF SYMPTOMS: [illegible]

SMOKES: [Y] [N]

MEDS: No Δ

S: Discussed risk/benefits and alternatives to Cortison injection in detail. [signature] 12/19/02

Signature Date

O:

mild [illegible]

Heent. ok

Neck [illegible]

Lungs [illegible]

Heart [illegible]

Breast

Abd. [illegible]

Back [illegible]

Gent.

Ext. [illegible]

Skin

Neuro motor 5/5 [illegible]

Ears [illegible]

Nose [illegible]

Pharynx

Sinus [illegible]

Neck [illegible]

Lungs [illegible]

[illegible]

LABS/X-RAY

A: LBP (R) leg [illegible] (L) [illegible]

L5 S1 HNP

HTN

(R) thor pain -

P: [illegible] 6" [illegible]

[illegible]

continue [illegible] / Daily [illegible]

walk x [illegible] 2 hrs - 4 days

[illegible]

no [illegible]

[illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

FROM :DR MIKE O FAX NO. :9072520100 Aug. 25 2003 11:28AM P5

DCN=0308250227569

ML 00249

DEF 00228

*Valenote v. Met. Life*

MR0157

DATE: 12/24/02 TIME: 950 am ALLERGIES: Orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69 AGE: 33 y/o LMP: 11/22/02

CHIEF COMPLAINT: pt here for LBP recheck; pt experienced almost black out when she bent her neck backwards and felt pinched nerve; little dizziness

(R) leg pain/(R) foot - pain level 5/10 and

DURATION OF SYMPTOMS: tingly

(R) arm mirrors (R) sided numbness

TEMP: 99.0

BP: 100/70

PULSE:

HT: 5'5"

WT: 149 per pt

SMOKES: [Y] [N]

MEDS: NO Δ

S: [illegible]

O: [illegible]

Heent.

Neck [illegible]

Lungs [illegible]

Heart [illegible]

Breast

Abd. [illegible]

Back [illegible]

Gent.

Ext. [illegible]

Skin

Neuro [illegible]

Ears

Nose

Pharynx

Sinus

Neck

Lungs

Discussed risk/benefits and alternatives to Cortison injection in detail.

Signature Date

LABS/X-RAY

A: [illegible]

P: [illegible]

FOLLOW-UP: [illegible]

MICHAEL W. ORZECHOWSKI MD, MPH, RN.

FROM : DR MIKE O FAX NO. : 9013030100 Aug. 25 2003 11:28AM P6

DCN=030825027569

ML 00250

MR0158

DEF 00229

*Valenote v. Met. Life*

DATE: 12/20/02 TIME: 315P ALLERGIES: Orphenadrine
NAME: Valenote, Daniela
DOB: 2-17-69 AGE: 33 yo LMP: 11/22/02
CHIEF COMPLAINT: pt here for Day 3 of 1 wk tx; TEMP: 98.0
(R) hip pain lvl - 5/10 ; pt states pain BP: 124/88
LBP pain - 3/10 ; increases when sitting PULSE:
(R) leg pain - 4/10 ; for lengthy periods HT: 5'5"
of time WT: 149 lbs per pt
DURATION OF SYMPTOMS: [illegible] SMOKES: Y N
S: MEDS: * Flexeril ½ tab [illegible]

O:

Heent. [illegible] Ears
Neck Nose
Lungs [illegible] Pharynx
Heart [illegible] Sinus
Breast Neck
Abd. [illegible] Lungs
Back [illegible]
Gent.
Ext. [illegible]
Skin
Neuro [illegible]

LABS/X-RAY

A: LBP [illegible]

P: [illegible]

FOLLOW-UP: [illegible]
MICHAEL W. ORZECHOWSKI MD. MPH. RN.

Aug. 25 2003 11:29AM P7 FAX NO.: 3019025061 FROM : DR MIKE O
DCN=030825027569

ML 00251

MR0159

DEF 00230
*Valenote v. Met. Life*