

*11 pages*

DATE 8/25/03
8/20/03          TIME *11 am*

FAX TO *MetLife*     Attention: *Tanya Chambers*
                                 *Joseph Jones*

FAX NUMBER *1-866-690-1264*

ATTN *Tanya Chambers* RE *Valenote, Daniela*
*Joseph Jones*

FROM *Larry*
@ MICHAEL W ORZECHOWSKI, MD

CONFIDENTIAL NOTICE: THIS INFORMATION CONTAINED IN THIS FAX IS CONFIDENTIAL AND
INTENDED ONLY FOR THE DESIGNATED RECIPIENT. IF YOU HAVE RECEIVED THIS FAX IN ERROR,
YOU ARE HEREBY NOTIFIED THAT REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS
INFORMATION IS FORBIDDEN. PLEASE NOTIFY THE OFFICE OF MICHAEL W ORZECHOWSKI, MD @
907-563-1600 IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FAX BY MAIL TO 3730
RHONE CIRCLE, SUITE 103, ANCHORAGE, ALASKA 99508.
THANK YOU SO MUCH

LOOK AT THIS

FAXED
AUG 2 1 2003
BY

Aug. 25 2003 11:17AM  P1
FAX NO. :9075630100
DCN=03082502272490

ML 00252

DEF 00231
*Valenote v. Met Life*

MR0160





**MICHAEL W. ORZECHOWSKI, M.D., M.P.H., R.N.**
FAMILY MEDICINE & SPORTS MEDICINE



3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 276-MIKE
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

## Request for Records Release

Please Send To:

*Met Life, Attention: Joseph Jones*
*Fax number: 1-866-690-1264*

Please send the following check ed items:

EKG: _____
PFT: _____
LABS: _____

Chart Notes:
Other Specify: _____

*ONLY SEND:*
*December 2002 & January 2003*

*Tanya Chamb*

By this date: *Aug - 18 - 2003*

Sent from:

MICHAEL W. ORZECHOWSKI MD, MPH, RN
3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, ALASKA 99508
(907) 276-MIKE OR (907)563-1600

## For this Patient:

Patient/Guardian: *Daniela Valenote*
Date of Birth: *February 17, 1969* SSN: *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*
Address: *4514 Upper Dogru Dr.*
City/State/Zip: *Eagle River, AK 99577* Phone#: *1022-1009*

I hereby authorize the release of all necessary medical records. Thank you for your help.

Patient/Guardian Signature: *[signature]*
Witness: *Dessy CMA*

DCN=030825052227490

FAXED
AUG 2 1 2003

ML 00253

**DEF 00232**
*Valenote v. Met. Life*

**MR0161**

DATE: 12-10-02    TIME: 0.7)    ALLERGIES: ~~severe pain meds~~

NAME: Valenote, Daniela

DOB: 2-17-69    AGE: _____    LMP: 11/22

CHIEF COMPLAINT: Review P.T report c pt o    TEMP: 98.6

Recheck LBP & (R) leg pain    BP: 112/74

LBP level today - 7-8/10 (0-10)    PULSE: _____

(R) leg pain level - 9/10 (0-10) Sitting is worse    HT: 5'5

leg goes numb - tingles.    WT: 145 pds.

DURATION OF SYMPTOMS: Has started procardia    SMOKES: [Y] [☒]

MEDS: _____

S: _____

O: _____

DCN=0308250272490

MR 0162 A

# MetLife®

MetLife Disability
PO Box 14590
Lexington, KY 40511-4590

August 29, 2003

Daniela Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577

Claim #:     870308078357
Employer:  RiM Architects
Report #:    5562954

Dear Ms. Valenote:

We have completed our review of your claim for Long Term Disability benefits. For the following reasons, your claim is being denied.

Your employer's plan states the following:

" 'Disability' or 'Disabled' means that, due to an sickness, pregnancy, or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

1.  during your Elimination Period and the next 24 month period, you are unable to earn more than 80% of your Predisability Earnings or Indexed Predisability Earnings at your Own Occupation for any employer in your Local Economy; or

2.  after the 24 month period, you are unable to earn more than 80% of your Indexed Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonably qualified taking into account your training, education, experience, and Predisability Earnings."

" Your Elimination Period begins on the day you become Disabled. It is a period of time during which no benefits are payable. Your Elimination Period is shown in Plan Highlights. You must be under the continuous care of a Doctor during your Elimination Period. You may temporarily recover from your Disability during your Elimination Period. If you then become Disabled again due to the same or related condition, you may not have to begin a new elimination period."

We have completed our review of the medical information contained in your file. Your disability date was 02/22/2003 according to your employer's statement. Before you can receive LTD benefits, you must complete a 90-day elimination period. According to information recently reviewed, you were released to return to work as of 05/01/2003. This information was obtained from an Attending Physician's Statement completed by Dr. Beard. You were discharged from Physical Therapy as of 05/12/2003 per the physical therapy notes supplied by HealthSouth. In addition to this, your employer has informed us that you resigned from your position as of 05/0/12003. We have also received office notes from Dr. Beards office dated 06/10/2003 and 07/24/2003. The note dated 06/10/2003 states you were advised to continue with rehabilitation, breathing and adjust to chiropractic massage. The office note dated 07/24/2003 stated that there is no follow up needed with Dr. Beard's office. Based on your release to return to work from Dr. Beard and your discharge from physical therapy, you have not met the 90-day elimination period. The end of your 90-day elimination period is 05/23/2003. We have no medical documentation to support your inability to work after 05/12/2003. There fore we are denying liability and closing your claim.

MR 0162B          V-0001

Because your claim was denied in whole or in part, you may appeal this decision by sending a written request for appeal to:

> MetLife Disability
> P.O Box 14592
> Lexington, KY 40511-4592

The request must be sent no more than 180 days after you receive notice of denial of the claim. When requesting this review, please state the reason(s) you believe the claim was improperly denied, and submit any additional comments, documents, records, or other information relating to your claim that you deem appropriate for us to give your appeal proper consideration. Upon request, MetLife will provide you with a copy of the documents, records, or other information we have that are relevant to your claim and identify any medical or vocational expert(s) whose advise was obtained in connection with your claim.

MetLife Disability will evaluate all the information and advise you of our determination of your appeal within 45 days after we receive your written request for appeal. If there are special circumstances requiring additional time to complete our review, we may take up to an additional 45 days, but only after notifying you of the special circumstances in writing. In the event your appeal is denied in whole or in part, you will have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974.

***Please be advised should this denial be overturned, we reserve the right to conduct a claim investigation.***

We regret that our decision could not have been more favorable. If you have questions, please call our customer service unit at the toll-free number.

Sincerely,

*T. Chambers*

Tanya Chambers
LTD Case Manager

MR162C          V-0002

**MR0163**

350908025935

September 3, 2003

Tanya Chambers
LTD Case Manager
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:      870308078357
Employer:     Rim Architects
RE:           Denial of LTD Claim

Dear Ms. Chambers,

I hereby am requesting an appeal of my claim for the following reasons:

1. At no time since my disability began in December 2002 have I not been pursuing medical attention.
2. At no time did Dr. Beard ever tell me she was releasing me back to work. The letters she wrote coincided with my leave of absences. The last of which was April 1, 2003 – April 30, 2003.
3. I resigned my position with RIM Architects effective May 1, 2003 because I felt incapable of performing the essential functions of my job. At the time I felt it was a moral, ethical and professional decision. RIM had already invested 6 months waiting for my health to improve. It wasn't until approximately a week after my resignation that RIM notified me of Short Term Disability. I would not have resigned my position had I know this benefit was available.
4. Health South did not release me from their care. I stopped going because the therapy I was receiving seemed to exasperate my condition. However, I began seeing another therapist, Joy Backstrum with The Physical Therapy Place. When I did not see any improvement under her care I went to see a Chiropractor and his Massage Therapist, Dr. Peter Lorentzen and Terry.
5. Dr. Beard decided I did not need to follow up with her because she could not figure out where the pain originates. And that I should pursue seeking medical attention from Dr. Susan Anderson with Advanced Pain Centers of Alaska or go to a Medical Clinic somewhere in the Lower 48 States.

In addition, I would very much like to receive a copy of the Reports, Chart Notes and any and all information used to make the decision to deny my claim.

Please feel free to contact Virginia Valenote or me to further discuss this claim.

Sincerely,

Daniela C. Valenote

ML 00208

DEF 00193
*Valenote v. Met. Life*

**MR0165**

030908025935

September 3, 2003

Tanya Chambers
LTD Case Manager
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:        870308078357
Employer:       Rim Architects
RE:             Patient Advocate

Dear Ms. Chambers,

I Daniela C. Valenote do hereby give my permission to Virginia Valenote to review, and handle any and all medical, health and disability insurance issues that have arisen and will arise in the days ahead. I give the power the power to review any such papers as medical statements, medical records and files that have been generated as a result of my illness. Virginia Valenote will act as my spokesperson and insurance advocate from this day forward.

Sincerely,

Daniela C. Valenote

ML 00209

MR0166

DEF 00194
*Valenote v. Met. Life*

**MR0167**

09/04/2003   08:13   BEZEK FIRST SERVICE DEN=0909041025348   NO.113   D01

September 3, 2003

Tanya Chambers
LTD Case Manager
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

| Post-It* Fax Note | 7671 | Date 9/4/02 | # of pages ▶ 2 |
|---|---|---|---|
| To TANYA CHAMBERS | | From DANIELA VALENOTE | |
| Co./Dept. MET LIFE | | Co. | |
| Phone # | | Phone # | |
| Fax # 800-690-1264 | | Fax # | |

Claim #:      870308078357
Employer:   Rim Architects
RE:             Denial of LTD Claim

Dear Ms. Chambers,

I hereby am requesting an appeal of my claim for the following reasons:

1.  At no time since my disability began in December 2002 have I not been
    pursuing medical attention.
2.  At no time did Dr. Beard ever tell me she was releasing me back to work.  The
    letters she wrote coincided with my leave of absences.  The last of which was
    April 1, 2003 – April 30, 2003.
3.  I resigned my position with RIM Architects effective May 1, 2003 because I felt
    incapable of performing the essential functions of my job.  At the time I felt it
    was a moral, ethical and professional decision.  RIM had already invested 6
    months waiting for my health to improve.  It wasn't until approximately a week
    after my resignation that RIM notified me of Short Term Disability.  I would
    not have resigned my position had I know this benefit was available.
4.  Health South did not release me from their care.  I stopped going because the
    therapy I was receiving seemed to exasperate my condition.  However, I began
    seeing another therapist, Joy Backstrum with The Physical Therapy Place.
    When I did not see any improvement under her care I went to see a Chiropractor
    and his Massage Therapist, Dr. Peter Lorentzen and Terry.
5.  Dr. Beard decided I did not need to follow up with her because she could not
    figure out where the pain originates.  And that I should pursue seeking medical
    attention from Dr. Susan Anderson with Advanced Pain Centers of Alaska or go
    to a Medical Clinic somewhere in the Lower 48 States.

In addition, I would very much like to receive a copy of the Reports, Chart Notes and any
and all information used to make the decision to deny my claim.

Please feel free to contact Virginia Valenote or me to further discuss this claim.

Sincerely,

Daniela C. Valenote

ML 00210

**MR0168**

DEF 00195
*Valenote v. Met. Life*

09/04/2003    08:13    BEZEK FIRST SECURITY INSURANCE    NO.113    D02

September 3, 2003

Tanya Chambers
LTD Case Manager
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:    870308078357
Employer:    Rim Architects
RE:    Patient Advocate

Dear Ms. Chambers,

I Daniela C. Valenote do hereby give my permission to Virginia Valenote to review, and handle any and all medical, health and disability insurance issues that have arisen and will arise in the days ahead. I give the power the power to review any such papers as medical statements, medical records and files that have been generated as a result of my illness. Virginia Valenote will act as my spokesperson and insurance advocate from this day forward.

Sincerely,

Daniela C. Valenote

ML 00211

DEF 00196
Valenote v. Met Life

MR0169

**MR0170**

030928003E39

*Ooc. Clm # 870308078357 -*

Metropolitan Life Insurance Company

# MetLife®

MetLife Disability
PO Box 14592
Lexington, KY 40511-4592

September 11, 2003

Daniela C Valenote
4514 Upper Kogru Dr
Eagle River Ak  99577

Re:  Long Term Disability
Claim#       870308078357
Report #    5562954
S.S.#        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

Dear Ms. Valenote:

We received your appeal letter requesting a review of your disability claim.  Your claim has been referred for an independent review.

We will evaluate the documentation and advise you in writing within 45 days of our determination.  If there are special circumstances requiring additional time to complete our review, we may take up to an additional 45 days, but only after notifying you of the special circumstances in writing.

Please contact a customer service representative at the toll-free number listed below if you have questions or need additional assistance.

Sincerely,

Appeal Unit
MetLife Disability
800-243-8786

ML 00180

**MR0171**

MR0172

09/26/2003    08:45    BEZEK FIRST SERVICE 909926020811    NO.183    P01

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

September 26, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

| Post-It® Fax Note | 7671 | Date 9/26/03 | # of pages ► 24 |
|---|---|---|---|
| To ANDA PANASECU | | From DANIELA VALENOTE | |
| Co./Dept. MET LIFE | | Co. | |
| Phone # | | Phone # 907-622-1009 | |
| Fax # 8667690-1264 | | Fax # | |

Claim #:       870308078357
Employer:    Rim Architects

Dear Ms. Panasescu:

Attached you will find Dr. Orzechowski's letter (September 22, 2003), MRI Report of the
Lumbar Spine (December 11, 2002), Procedure Reports (September 16, 2003 &
August 5, 2003) and office visits (September 4, 2003 & July 21, 2003) from Dr. Susan
Anderson with the Advanced Pain Centers of Alaska, Physical Therapy Notes from Amy
Azevedo with Advanced Physical Therapy of Alaska, and Plan of Care Documents from
Dr. Beard's Office (April 29, 2003 & June 10, 2003).  Please note the Plan of Care
Documents under "Return to Work Recommendations" on April 29, 2003 there is no
indication that I was not released back to work and on June 10, 2003 the note states,
"consider part-time to 12-14 hours/week"; I was unable to meet this goal.

In the past year I have seen for evaluation but not treatment:  Dr. Edward Voke, Dr.
Wayne Downs, Dr. Rhene Merkouris, Dr. Mary Downs and Dr. Lee Schlosstein.  Dr.
Mike Orzechowski and Deb Kiley, ANP, with Dr. Beard's office treated me until I began
to see Dr. Peter Lorenzten and Dr. Susan Anderson for my primary care.  In addition I
have seen Terry Windecker, massage therapist and Rosemary Cody, Advanced
Accupunturist.

As I explained to Tanya Chambers, I do not intend to stay disabled for the rest of my life.
I have a Bachelor of Arts in Fine Arts, a Master of Architecture, and am short 2 semesters
to complete a Master of Art Education this reflects 11 years of college education.  I hope
this demonstrates my commitment to hard work.  Please believe me, I want to return to
work as soon as possible.

I appreciate your review of my appeal.  Please let Virginia Valenote know if there is
anything else I can provide that may help in the review of my claim.

Sincerely,

Daniela C. Valenote

ML 00184

**MR0173**

DEF 00169
*Valenote v. Met. Life*

09/26/2003    08:45    BEZEK MOST SERVICE    DCN=030926002007T    NO.183    D02

MICHAEL W. ORZECHOWSKI, M.D., M.P.H., R.N.



3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

September 22, 2003

To Whom It May Concern:

My patient Daniela Valenote has low back pain with right leg sciatica.  She was first treated on November 5, 2002 for the low back pain with right leg sciatica.  The first day she stopped working for treatment was December 18, 2002.  If you have any questions please call my office.  Thank you.

Sincerely,

Michael W Orzechowski, MD
dl

ML 00195

**MR0174**

DEF 00180
*Valenote v. Met. Life*

# ALASKA OPEN IMAGING CENTER, LLC

### 1751 E GARDNER WAY
### WASILLA, AK 99654
### (907) 357-1220

NAME: VALENOTE, DANIELA C          REPORT NO: 9419.0

DATE OF BIRTH: 02/17/69          DATE OF EXAM: 12/11/02

REFERRING PHYSICIAN: MICHAEL ORZECHOWSKI, MD

MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

HISTORY: Severe lower back radiating to the right lower extremity.

PROCEDURE: Evaluation of the lumbar spine was performed using the 0.35 T Toshiba OPART open MRI scanner. Following localizer images, sagittal and transaxial T1 and T2 weighted images were obtained.

FINDINGS: There is mild levoscoliosis. There is no demonstrable intrinsic abnormality related to the lower spinal cord and cauda equina.

L1-2: There is normal disc height and signal without evidence of bulging or protrusion. The spinal canal, lateral recesses and foramina appear patent. The vertebral body margins and facet joints outline normally.

L2-3: There is normal disc height and signal without evidence of bulging or protrusion. The spinal canal, lateral recesses and foramina appear patent. The vertebral body margins and facet joints outline normally.

L3-4: There is normal disc height with minimal loss of signal. Approximately anterior disc protrusion is noted but there is no sign of any posterior or posterolateral protrusion. Mild anterior hypertrophic lipping is noted. The vertebral body margins and facet joints otherwise appear normal. The spinal canal, lateral recesses and foramina appear patent.

L4-5: There is normal disc height and signal without evidence of bulging or protrusion. The spinal canal, lateral recesses and foramina appear patent. The vertebral body margins and facet joints outline normally.

L5-S1: There is mild loss of disc height and signal associated with up to 4 mm posterior disc protrusion. No dural sac nor nerve root compression is evident. There are mild hypertrophic changes of the facet joints. The vertebral body margins appear normal. The spinal canal, lateral

ML 00200

DEF 00185
*Valenote v. Met. Life*

MR0175

09/26/2003  08:45  BEZEK ~~ST SER~~ DCN=030928020808PM  NO.183  P04

VALENOTE, DANIELA C                                    Page 2
9419.0
12/11/02

recesses and foramina appear patent.

IMPRESSION:    1.    UP TO 4 MM POSTERIOR DISC PROTRUSION L5-S1
                     WITHOUT DEMONSTRABLE DURAL SAC OR NERVE ROOT
                     COMPRESSION. MILD NARROWING AND DISC
                     DEHYDRATION CHANGES ARE NOTED.

               2.    3 MM ANTERIOR DISC PROTRUSION L3-4 WITHOUT
                     EVIDENCE OF POSTERIOR DISC PROTRUSION.

Thank you for the privilege of participating in your patient's care.

                                    RAYMOND SAKOVER, M.D.
                                    Radiologist

cc:

RPS/dcb
121102o/December 12, 2002

ML 00201

**MR0176**

**DEF 00186**
*Valenote v. Met. Life*

09/26/2003    08:45    BEZEK I'-ST SEI~DEN=050926020011    NO.183    D05

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 09/16/2003

**PERFORMED BY:** Susan R. Anderson, M.D.

**PREPROCEDURE DIAGNOSIS:**

**POSTPROCEDURE DIAGNOSIS:**

**PROCEDURE PERFORMED:** 1. L3-L4 intralaminar epidural steroid injection under
fluoroscopic guidance with conscious sedation.
2. Right gluteal bursal injection.

**MEDICATION INJECTED:**

**ANESTHESIA:** Conscious sedation with Versed 1 mg IV and Fentanyl 50 mcg IV.

**COMPLICATIONS:** None.

**PREPROCEDURE DIAGNOSES:**
1. L3-L4 discogenic pain with radicular symptoms.
2. Right gluteal bursitis.

**POSTPROCEDURE DIAGNOSES:**
1. L3-L4 discogenic pain with radicular symptoms.
2. Right gluteal bursitis.

**SURGEON:** Susan R. Anderson, M.D.

**FLUIDS:** IV access.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**INDICATIONS:** As above.

**PROCEDURAL NOTE:** The patient was brought to the fluoroscopy suite after informed
consent and IV access was obtained. Vital signs were found to be stable. No EKG, laboratory,
or radiologic values contraindicated the procedure. The patient was placed in the prone position
with all pressure points padded and monitoring applied. The lumbar area was prepped and
draped in a sterile manner. Using direct AP fluoroscopy the L4 spinous process was identified.
A skin wheal was raised left lateral to this using 3 cc of 2% buffered lidocaine, and a 27 gauge
needle.

Page 1

ML 00202

**MR0177**

DEF 00187
*Valenote v. Met. Life*

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROCEDURE NOTE**

Name:  VALENOTE, DANIELA
DOB:
SSN:  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

An 18 gauge needle was used to pierce the skin. A 20 gauge Tuohy epidural needle was advanced through the skin wheal to the midline into the interspinous ligament as noted on the lateral view. The epidural space was entered using real time fluoroscopy and loss of resistance technique. The patient was then injected with 3 cc of 240 Omnipaque dye on AP and lateral views showing spread into the posterior epidural space and no vascular subarachnoid or subdural uptake.

The patient was then injected with 4 cc of 0.2% ropivacaine mixed with 1 cc of 40 mg per cc triamcinolone. The needle was removed. Site was covered with antibiotic ointment and Band-Aid.

The patient was then changed to the left lateral decubitus position. The right hip was prepped and draped in a sterile manner. The greater trochanter was identified under fluoroscopic guidance. A skin wheal was raised using 3 cc of 0.2% buffered lidocaine and a 27 gauge needle after being prepped in a sterile manner. A 25 gauge spine needle was advanced through the skin wheal touching the greater trochanter and into the right gluteal bursa. The patient was then injected with 4 cc of 0.2% ropivacaine mixed with 1 cc of 40 mg per cc triamcinolone without complication. The needle was removed. The site was covered with antibiotic ointment and Band-Aid. The patient will return to the clinic in 3-4 weeks.

REPORT DICTATED BUT NOT READ

*Susan R. Anderson*

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD:  09/16/2003
DT:  09/16/2003
JOB #:  768450

ML 00203

**MR0178**

DEF 00188
*Valenote v. Met. Life*

09/26/2003    08:45    BEZEK FIRST SERVICE                      NO.183    P07

RT/DOCUMENTATION
MED IMAGES℠, INC.
(36LADX)

**DATE:** August 5, 2003

**PATIENT:** #021769DV   Daniela Valenote

**SS#:** 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

**SURGEON:** Susan R. Anderson, M.D.

**FACILITY:** Advanced Pain Centers of Alaska - Anchorage

### OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS:** Right-sided SI joint arthropathy.

**POSTOPERATIVE DIAGNOSIS:** Right-sided SI joint arthropathy.


Photo 1.


Photo 2.

**PROCEDURE PERFORMED:** Right-sided SI joint intra-articular injection under fluoroscopic guidance with conscious sedation.

**ANESTHESIA:** Conscious sedation with Versed 1 mg IV and fentanyl 50 mcg IV.

**FLUIDS:** IV access.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**COMPLICATIONS:** None.

**INDICATIONS:** As above.

**PROCEDURAL NOTE:** The patient was brought to the fluoroscopy suite after informed consent and IV access were obtained. Vital signs were found to be stable. There were no EKG,

SA:lc                                                          Page 1 of 2

ML 00204

DEF 00189
*Valenote v. Met. Life*

MR0179

09/26/2003    08:45    BEZEK ~ST SE...    DCN=030926020811    NO.183    D08

RT/DOCUMENTATION
MED IMAGES[SM], INC.
(36LADX)

**DATE:** August 5, 2003

Dr. Anderson

**PATIENT:** #021769DV   Daniela Valenote

laboratory, or radiologic values to contraindicate the procedure. The patient was placed in the prone position with all pressure points padded and standard monitoring applied. The right gluteal area was prepped and draped in a sterile manner.

Using direct AP fluoroscopy the anterior and posterior SI joints were overlapped. At the inferior aspect, a skin wheal was raised using 3 cc of 2% buffered lidocaine and a 27-gauge needle. A 25-gauge spinal needle was advanced through the skin wheal in gun-barrel fashion, touching the lateral aspect of the SI joint and walking in medially. This was noted in lateral view to be at the level of the SI joint. The patient was injected with 1 cc of Omnipaque-240 dye after negative aspiration, showing flow into SI joint and no vascular uptake. The patient was then injected with 2 cc of 2% buffered lidocaine with 2 cc of 0.5% bupivacaine with 1 cc of 40 mg/cc of triamcinolone without complication. The needle was removed. The site was covered with antibiotic ointment and a Band-Aid. A total of 5 cc of 2% lidocaine, 1 cc of Omnipaque, 2 cc of bupivacaine, and 1 cc of Kenalog was used for the procedure.

NOTE: Report dictated
but not read.

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

DD: 08/05/2003
DT: 08/06/2003

SA:lc

Page 2 of 2

ML 00205

MR0180    DEF 00190
Valenote v. Met. Life

09/26/2003   08:45    BEZEK FIRST SEDER    DEN-030972002067 FPP    NO.183    P09

Advanced Pain Centers of Alaska
Name:   Daniela Valenote
DOB:    2-17-69
SSN:    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

**PROGRESS NOTE** - ADVANCED PAIN CENTERS OF ALASKA - ANCHORAGE

**DATE:** 9-4-03

**SUBJECTIVE:** The patient returns to clinic for follow up. She is status post pubic symphysis injection and right-sided SI joint injection. She reports the pubic symphysis injection and SI joint injection provided significant decreased pain and she can now wear her brace after the injection. She report the pain is no longer continuous but now intermittent. She complains today basically of right-sided pain described as stabbing and shooting, right hip pain that is sharp and sensitive to touch and low back pain that is burning. She has 2 separate pain, 1 that radiates to the anterior leg and 1 that radiates posteriorly on the right leg to the toe.

**OBJECTIVE:** In general, a pleasant female in no apparent distress.

**PHYSICAL EXAMINATION**
Blood Pressure:  124/90 Pulse: 92  Temp:  97.9    Respirations:  Height:  Weight: 144 lb.

MRI Review: From December 12, 2002 MRI shows posterior disc protrusion at L5-S1 and an anterior disc protrusion at L3-4 without evidence of the posterior disc protrusion.

**ASSESSMENT:**
1.  Discogenic low back pain at L3-4 with anterior thigh radiation to the right.
2.  Discogenic low back pain at L5-S1 with posterior right leg pain radiating to the foot.
3.  Right SI joint dysfunction to right pubic symphysis dysfunction.
4.  Right gluteal bursitis.

**PLAN:** The following plan was discussed with the patient's verbal understanding:
1.  The patient will be scheduled for an intralaminar L3-4 epidural steroid injection under fluoroscopic guidance.
2.  The same day the patient will have a right gluteal bursal injection.
3.  The patient will continue with physical therapy at Advanced Physical Therapy of Alaska.
4.  The patient will continue to wear belt as noted in place today in the physical exam.

Time spent with this patient was approximately 15 minutes.

NOTE: Report dictated but not read.

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

tk

ML 00206

DEF 00191
*Valenote v. Met. Life*

09/26/2003   08:45   BEZEK POST SERVICE   DCN = 030926002011   NO.183   D10

RT/DOCUMENTATION
MED IMAGES℠, INC.
(36LAEV)

DATE: August 12, 2003

PATIENT: #021769DV  Daniela Valenote
SSN: 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

SURGEON: Susan R. Anderson, M.D.

FACILITY: Advanced Pain Centers of Alaska - Anchorage

## OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS**: Pubic symphysis dysfunction.

**POSTOPERATIVE DIAGNOSIS**: Pubic symphysis dysfunction.

 

Photo 1.                                   Photo 2.

**PROCEDURE PERFORMED**: Pubic symphysis injection under fluoroscopic guidance with conscious sedation.

**ANESTHESIA**: Conscious sedation with Versed 2 mg IV and fentanyl 50 mcg IV.

**FLUIDS**: IV access.

**ESTIMATED BLOOD LOSS**: Less than 1 cc.

**COMPLICATIONS**: None.

**INDICATIONS**: As above.

**PROCEDURAL NOTE**: The patient was brought to the fluoroscopy suite where she was placed in the supine position. The pubic area was prepped and draped in a sterile manner. Using direct AP fluoroscopy, the pubic symphysis on the right was identified. On the lateral aspect of the

SA:hm                                              Page 1 of 2

ML 00185

DEF 00170
*Valenote v. Met. Life*

ADVANCED PAIN CENTERS OF ALASKA
ANCHORAGE

NAME:        VALENOTE, Daniela
DOB:         2-17-69
SSN:         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

CONSULTATION

CONSULTING PHYSICIAN:    Susan Anderson, M.D.
REFERRING PHYSICIAN:     Mike Orzechowski, M.D., Mary Downs, M.D.
                         Joella Beard, M.D.
DATE OF CONSULTATION:    7-21-2003

Dear Doctors,

Thank you very much for consulting Advanced Pain Centers of Alaska.

History is obtained from the patient and review of medical record.

CHIEF COMPLAINT:
Right buttock pain, secondary complaint is right arm and left arm pain.

HISTORY OF PRESENT ILLNESS:
34 -year-old female referred by Dr. Mary Downs.  Patient reports that her right
buttock pain began approximately October 2002 and by December 2002, she
considered the pain unbearable.  She is uncertain as to what caused her pain,
however, she theorizes that she fell in 1989 while waiting tables.  She
landed on her tailbone and tore a muscle in her right knee.  She reports that
she has not been as strong since that time.  She feels she has been gradually
losing strength.  Her current pain symptoms have been bothering her for
approximately 10 months.  She has been to see a rheumatologist who diagnosed
her with fibromyalgia.  She has seen Dr. Downs and Dr. Orzechowski.  She has
also had a right SI joint injection performed at HealthSouth that gave her
approximately one day of relief.  She reports that her pain is primarily
located all on the right side of the body in her SI joint, her hip, her groin
and inside and outside of her thigh.  She says that sometimes the pain will
radiate down to her foot.  She does have secondary complaints of shoulder
region pain that radiates into the arm and hand.  She reports that her pain
mainly feels like mostly burning and shooting pain in her SI joint, hip, leg
and foot.  She describes it as a heavy aching in her arm and hand.  She
describes it as a stabbing pain in the shoulder.  At the time of her exam her
NRS scale was 6/10, at it worse it was 9/10, at its best 4/10, on average
6/10.  She uses the term horrible to describe her pain during the past week.

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

ML 00186

MR0183

DEF 00171
*Valenote v. Met. Life*

09/26/2003   08:45   BEZEK MOST SEIDEN=8969282020611   NO.183   P12

She reports that inactivity, sitting, lying down or activity, bending, walking on uneven ground and hard surfaces or lack of sleep can cause her pain. Provocative factors

Continued on the next page...

7-21-03    (cont...page 2)                                    VALENOTE, Daniela

include standing, sitting, lying down, walking, staying busy, moving around or bowel movements, sex, bending, lifting, pushing, tension or getting into a vehicle. Palliative factors include standing, walking, staying busy, moving around or alcohol. She reports the pain interferes with her daily activities all of the time and interferes with her sleep every night. She has a difficult time falling asleep and staying asleep. She reports before the pain starts she was able to fall asleep easily and slept 8-9 hours. She reports the pain does awaken her during the night. She feels extremely fatigued upon awakening in the morning. In the past she has tried nonsteroidal antiinflammatory medications, antidepressant medications, trigger point injections which did help, Tens unit which helped very briefly, physical therapy, which increased her pain, home exercise program which helped, chiropractic care which gave some relief and acupuncture from which she received the most benefit in addition to massage. Patient reports she has seen Dr. Orzechowski, Dr. Mckouris, gynecologist, Dr. Downs, Dr. Joella Beard, Dr. Joella Beard's nurse practitioner Deb Kiley, Dr. Voke, Dr. Lorentzen a chiropractor, she reports she sees Dr. _____ for her pain. She has not had any prior surgeries.

Diagnostic studies; she has an MRI dated 12/11/02, this shows up to 4 mm posterior disc protrusion at L5-S1 without demonstrable dural sac or nerve root compression. She has mild narrowing and disc dehydration changes. There is also a 3 mm anterior disc protrusion at L3-4 without evidence of posterior disc protrusion. She has an MRI of the hips without contrast that shows no demonstrable abnormality of hip joints. There is a 1.6 cm cyst on the left ovary which has been examined and addressed by her gynecologist. She has a thoracic MRI of the spine on 2/20/03 that is unremarkable. There is an MRI of the head without contrast from 9/6/02 which is normal without plaque. She has an upper GI series from 9/24/02 that is considered normal. A total body bone scan from 2/14/03 that is normal. She denies receiving disability compensation. She reports possible litigation regarding her employer.

**PAST MEDICAL HISTORY:**
Significant for asthma, allergies and irritable bowel syndrome.

**PAST SURGICAL HISTORY:**
Tonsillectomy in 1985.

**ALLERGIES TO MEDICATIONS:**
Environmental such as pineapple, oats or Orphenadrine.  She is not to her knowledge allergic to iodine, tape or contrast dye.

**CURRENT MEDICATIONS:**
Currently Gabitril 4 mg twice daily and Pamelor 30 mg once daily, these

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508,
Phone (907) 278-2741 - Fax (907) 743-8284

ML 00187

MR0184

DEF 00172
*Valenote v. Met Life*

09/26/2003    08:45    BEZEK MOST SE...    DEN-05092602001    NO.183    D13

medications were initiated by Dr. Downs approximately two weeks ago. She is unsure of the benefit at this time. In the past, she has tried Neurontin up to 1800 mg per day which caused her to feel dull and unable to process. She has tried Lexapro 20 mg po q day with no benefit. She has used Elavil 25 mg for which she reports "knocked her out cold" and caused daytime sleepiness. She has used Flexeril in the past which she felt was one of the most effective that she has used. Topamax up to 50 mg for five days, unsure why this was discontinued by the physician. Zanaflex 8 mg which she reports did nothing to help. Vioxx which was helpful but increased her blood pressure and Bextra

**Continued on the next page...**

7-21-03    (cont...page 3)                    VALENOTE, Daniela

which is not helpful. In addition, she has taken Singulair 10 mg one per day, Zyrtec 10 mg one per day, Nexium 40 mg twice a day and Zovia for birth control once a day.

**SOCIAL HISTORY:**
Patient is married and lives with her husband and two dogs. She denies tobacco and IV drug use, reports occasional use of wine.

**FAMILY HISTORY:**
Significant for congestive heart failure, heart disease, gallbladder disease, aneurysm, narrowing of the spinal canal for her father at L5-S1, arthritis, reflux, hypothyroidism, fibromyalgia, degenerative disc disease and endometriosis.

**REVIEW OF SYSTEMS:**
History of kidney infection in 1998. Blood pressure that was elevated but decreased once cessation of the Vioxx. History of pain in her joints and night sweats which are intermittent.

**PHYSICAL EXAMINATION:**
VITALS SIGNS:      Temperature - 98.0. Blood pressure - 129/94. Pulse - 98.
                   Weight - 150 lbs.
GENERAL:           Pleasant female in no apparent distress.
HEENT:             Normocephalic, atraumatic.
NECK:              No lymphadenopathy, thyromegaly, or masses noted.
CHEST:             Clear to auscultation bilaterally.
CARDIOVASCULAR:    Regular rate and rhythm.
ABDOMEN:           Nondistended, nontender.
EXTREMITIES:       No clubbing, cyanosis or edema.
MUSCULOSKELETAL/NEUROLOGIC:
Patient is nontender to palpation over the cervical, thoracic and lumbar spine. She is very flexible with lumbar flexion, extension and side bending. There is absolutely no pain with flexion, however, there is increased right sided pain right with extending into an upright position. This causes pain into the right buttock and the back of the leg. Ostgaard is positive on the right. Flare is positive on the right. Neurologic examination - her gait is normal. Good heel and toe walking, negative Romberg, good finger to nose coordination, good heel to shin coordination, however, has pain with standing on one leg. Motor strength in the lower extremities is 5/5 and without

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

ML 00188

DEF 00173
*Valenote v. Met. Life*

deficit. Deep tendon reflexes are +2 and symmetrical. On sensory exam there is increased sensation to sharp over the right anterior thigh and left dorsal foot, otherwise within normal limits. On slump testing she is positive on the right with proximal initiation for low back pain and posterior leg pain that decreases with negative narrowing, she is negative on the left. On straight leg raise, she is negative bilaterally.

**ASSESSMENT:**
1.    Right SI joint dysfunction.
2.    Hypermobility at L5-S1.
3.    History of fibromyalgia on previous diagnosis.

Continued on the next page...

7-21-03    (cont...page 4)

VALENOTE, Daniela

**PLAN:**
The following plan was discussed with the patient with verbal understanding:
1.    The patient will be scheduled for a right SI joint injection under fluoroscopic guidance.
2.    The patient will meet with physical therapy at Advance Physical Therapy of Alaska for evaluation and treatment, they will reevaluate her SI lock belt to determine effectiveness.
3.    Patient may be considered for right L5-S1 transforaminal epidural steroid injection in the future.
4,    The patient may be considered for a trial of Effexor in the future.
5.    Patient may be considered for a trial of Provigil in the future.

Time spent with this patient was approximately 35 minutes.

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

d:7-21-03
t:7-27-03/ks

cc:    Mike Orzechowski, M.D.
       Mary Downs, M.D.
                            7/29
                            Joella Beard, M.D.

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

ML 00189

09/26/2003   08:45   BEZEK DURST SEGUEL   NO.183   P15



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo, PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS
Marli Vicars PT

**aptak**
PHYSICAL THERAPY

# advanced physical therapy of alaska
## physical therapy

3500 LaTouche, Suite 310          506 Gaffney Rd., Suite 300
Anchorage, AK 99508              Fairbanks, AK 99701
Phone: **(907) 279-4266**          **(907) 374-0992**
Fax:   (907) 279-4272              (907) 374-0986

### DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

**Note Paper:**
                                                              - disc & SI

① SI Joint Irritation  -  Nerves - leg pain
② Pubic Symphysis Instability
③ Disc Irritation - middle LB

I:\Laptop disk documents\APTAK Documents\APT-AK Notepaper.dt

**aptak**

ML 00190

DEF 00175
*Valenote v. Met. Life*

09/26/2003    08:45    BEZEK FIRST SECURITY    NO.183    D16

## Advanced Pain Therapeutics of Alaska

Physical Therapy Plan of Care/Progress/Discharge Note

Patient Name: Daniela Valenote    DOB: 2/17/69    1° Referring Physician: L. Socorr, MD O Robert, MD O Anderson, MD O Poleson, MD

Diagnosis: ① SIJ ② ® Pubic symphysis ③ L3-4 PLS-S1 disc    2° Referring Physician:

Treatment Frequency:

| Objective Findings | Goal / Achieved Within | ☐ Initial ☐ Progress ☐ Discharge Date: 7/31/03 | ☐ Initial ☑ Progress ☐ Discharge Date: 9/2/03 | ☐ Initial ☐ Progress ☐ Discharge Date: |
|---|---|---|---|---|
| VAS | Pain /10  Pain /10 | Pain /10  Pain /10 | Pain /10  Pain /10 | Pain /10  Pain /10 |
| Active/Passive ROM | all movements = WNL P no Δ↑↓ | ↑ Nari - groin ↓ - LB P groin ← ® buttl = Lat thigh → ± ® butt | ↑ - ↑ groin ↓ - LB P groin ← ® butt → nos | |
| Positive Pain Provocation Tests | ↓ 75% | slump c SCR norm 2 r add 45° resprod. active SLR | ↓ active SCR pn add + gluteal burn on r + SCR + tension | |
| Joint Dysfunction | stabilized c belt | ↑-↓ pubic symphyss | | |
| Strength | WNL | ✓ ↑↑↑ | ✓ ↑↑ | |

### Functional Activities

| | Goal/Achieved Within | Goal Met: Yes No Partially | Goal Met: Yes No Partially | Goal Met: Yes No Partially |
|---|---|---|---|---|
| Standing | | Y N P | Y N P | Y N P |
| Sitting | 1 hour 3 | 30min  Y N P | 30min  Y N P | Y N P |
| Walking | 30min | 15min  Y N P | 25min  Y N P | Y N P |
| Driving | | Y N P | Y N P | Y N P |
| Lifting | | Y N P | Y N P | Y N P |
| Work | full time | Y N P | Y N P | Y N P |
| Sleeping | full time | Y N P | None  Y N P | Y N P |
| | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |

### Assessment

| Pain Generators | ① SIJ ② ® ④ ⓒ ② pubic symphysis ③ L3-4 ∉ L5-S1 dim | ① s-spine rox ② gluteal bursal ③ pube symphyss ④ SIJ | |
|---|---|---|---|
| Joint Dysfunctions | | | |
| Comment | | Pt meets ~60% ↓ w PT for ½ℓ c injections | |

### Plan

| Plan of Care | | Continue PT 2 x per week for 4 weeks. Tx will include: ☑ Manual Therapy ☑ Therapeutic Exercise ☑ Neuro Re-education ☑ Home Exercise Program ☑ Patient Education ☐ Traction ☐ Per Protocol ☐ Discharge | Continue PT 2 x per week for 4 weeks. Tx will include: ☑ Manual Therapy ☑ Therapeutic Exercise ☑ Neuro Re-education ☑ Home Exercise Program ☑ Patient Education ☐ Traction ☐ Per Protocol ☐ Discharge | Continue PT ___ x per week for ___ weeks. Tx will include: ☐ Manual Therapy ☐ Therapeutic Exercise ☐ Neuro Re-education ☐ Home Exercise Program ☐ Patient Education ☐ Traction ☐ Per Protocol ☐ Discharge |
|---|---|---|---|---|

APTAK/EA 2002 ©    PT Signature

ML 00191

DEF 00176
Valenote v. Met. Life

MR0188



**advanced physical therapy of alaska**

**Basic Functional Exam:**    Lumbar Spine (L/S)    Examiner: Amy Huy

Patient Name: Daniela Valencia    Date of Birth: 2-17-60    Date of Service: 7/3/03

| Inspection | |
|---|---|

| Active Motions in Standing | Limitation | Pain Level | Location |
|---|---|---|---|
| 1 Forward Flexion | | - ± ++ +++ | |
| 2 with cervical flexion (Neri) | ↔ ↑ ↓ | 2 min R? | |
| 3 Extension | | - ± ++ +++ | midline LBP region |
| 4 Left sideband | | - ± ++ +++ | Butt + lat thigh |
| 5 Right sideband | | - ± ++ +++ | R buttock |

| Strength Tests in Standing | Strength | Pain Level | Location |
|---|---|---|---|
| 6 Unilateral Toe Raises | OK | WNL | |
| 7 Heel Walking | OK | WNL | |

| Neural Tests in Sitting | First Motion | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 8 Slump | DF + Knee Ext | Cervical Flexion | | | | |
| Left Distal Initiation | - ± ++ +++ | - ± ++ +++ | ↑ | | ↑ | |
| Right Distal Initiation | - ± ++ +++ | ± ++ +++ | R L | ↔ ↑ ↓ | | R L |

| Slump | Cervical Flexion | DF + Knee Ext | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 9 Left Proximal Initiation | - ± ++ +++ | - ± ++ +++ | | ↔ ↑ ↓ | | |
| Right Proximal Initiation | - ± ++ +++ | - ± ++ +++ | | ↔ ↑ ↓ | | |

| Passive Motions in Supine | Limitation | Pain Level | Location |
|---|---|---|---|
| 10 Hip Flexion: Left | | ± ++ +++ | |
| Hip Flexion: Right | | ± ++ +++ | |
| 11 Hip Internal Rotation: Left | sl butt | - ± ++ +++ | |
| Hip Internal Rotation: Right | sl R butt + gron | ± ++ +++ | |
| 12 Hip External Rotation: Left | sl butt | - ± ++ +++ | |
| Hip External Rotation: Right | sl butt + groin | - ± ++ +++ | |
| 13 SIJ Provocation Tests: Dorsolateral | | - ± ++ +++ | PSIS |

| Resisted Testing (Ω): Supine | Strength | Pain Level | Location |
|---|---|---|---|
| 14 Ω Hip Flexion (L2,3) | OK | WNL | |
| 15 Ω Tibialis Anterior (L4) | | | |
| 16 Ω Great Toe Extension (L4,5) | | | |
| 17 Ω Peronei (L4,5,S1) | | | |

| Reflex Testing | | | |
|---|---|---|---|
| 18 Patellar Reflex (L4,5) | OK | WNL | |
| 19 Babinski (Foot sole reflex) | + | + | |
| 20 Sensory Testing | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Light Touch | Left | ↔ ↑ ↓ | L3 L4 L5 S1 S2 | | | | |
| Light Touch | Right | ↔ ↑ ↓ | L3 L4 L5 S1 S2 | | | | |
| Pin Prick | Left | ↔ ↑ ↓ | L3 L4 L5 S1 S2 | | | | |
| Pin Prick | Right | ↔ ↑ ↓ | L3 L4 L5 S1 S2 | | | | |

PT Name: Amy Huy    PT Signature: Amy Hagi PT

OCD 2003

ML 00192

DEF 00177
*Valenote v. Met. Life*

09/26/2003　08:45　BEZEK DURST SEGUEL 1 9369903020031　　NO.183　P18

DCN= 0309280208P1

## advanced physical therapy of alaska

**Basic Functional Exam:**　　Lumbar Spine (L/S)　　Patient Name: Daniela Unknown　Date of Birth: 2-17-69

| Neural Tests in Supine | First Motion | Location | Second Motion | Location | Braggard | Nerl | Location |
|---|---|---|---|---|---|---|---|
| 21 Straight Leg Raise | DF + Knee Ext | | Cervical Flexion | | | | |
| Right Distal Initiation | - ± + (++ +++) | | - ± + ++(+++) | @LB/LC/LB | ⊕ ↑ ↓ | | |
| Left Distal Initiation | - ± +(++)+++ | | - ± +(++)+++ | LB RC | ⊕ ↑ ↓ | | |
| Straight Leg Raise | Cervical Flexion | | DF + Knee Ext | | | | |
| Right Proximal Initiation | - ± + ++ +++ | | - ± + ++ +++ | | ⊕ ↑ ↓ | | |
| Left Proximal Initiation | - ± + ++ +++ | | - ± + ++ +++ | | ⊕ ↑ ↓ | | |

| Neural Tests in Sidelying | First Motion | Location | Second Motion | Location | Braggard | Nerl | Location |
|---|---|---|---|---|---|---|---|
| 22 Femoral Nerve Stretch (L3) | Cervical Flexion | | Hip Extension | | | | |
| Right | - ± + ++ +++ | | - ± + ++ +++ | | ⊕ ↑ ↓ | | |
| Left | - ± + ++ +++ | | - ± + ++ +++ | | ⊕ ↑ ↓ | | |

| Resisted Testing (Ω): Prone | Strength | | Pain Level | Location |
|---|---|---|---|---|
| 23 Ω Knee Extension (L3,4) | EZ | ΩL √π | | |
| 24 Ω Knee Flexion (S1,2) | L | R √π | | |
| 25 Ω Gluteus Maximus (S1,2) | U | Hy √π | | |

| Reflexes in Prone | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 Achilles Tendon (L5,S1,2) | L | | R | | | | |
| 27 Spring Testing: | T10 | T11 | T12　L1 | L2 | L3 | L4 | L5 |

| Extra Tests: | L | R | Pain Level | Location |
|---|---|---|---|---|
| 28 Kemp Test (when LE Sx) | L | R | - ± + ++ +++ | |
| 29 Valsalva Test | | | - ± + ++ (+++) | |
| 30 | | | - ± + ++ +++ | |
| 31 | | | - ± + ++ +++ | |

| Assessment: | | |
|---|---|---|
| 1° Pain Generators | | Based On #(s): |
| 2° Pain Generators | | Based On #(s): |
| Local Joint Dysfunctions | | Based On #(s): |
| Neurological Signs | | Based On #(s): |

PT Name: Amy Hay　　　　PT Signature: Amy Hay

**Symbol Key:**

| | | | | | |
|---|---|---|---|---|---|
| √ = Not Limited or Painful | ↱ = Left Rotation | E 0-33 = Soft Endfeel | WNL = Within Normal Limits | | |
| ± = Very Minimal | ↰ = Right Rotation | E 34-66 = Firm Endfeel | CVJ = Costovertebral Joint | | |
| + = Minimal | ⌐ = Left Sidebend | E 67-100 = Hard Endfeel | CTJ = Costotransverse Joint | | |
| ++ = Moderate | ¬ = Right Sidebend | TXN = Traction | CTJ = Cervicothoracic Junction | | |
| +++ = Severe | ↑ = Flexion | JSM = Joint Specific Mobilization | ZAJ = Zygoapophyseal (Facet) Joint | | |
| Ω = Resisted | ↓ = Extension | STM = Soft Tissue Mobilization | UVJ = Uncovertebral Joint | | |
| F = Force | ⊢ = Hypomobile | LDM = Lymph Drainage Message | IDD = Internal Disc Disruption | | |
| E = Endfeel | ⊣ = Hypermobile | NMR = Neuromuscular ReEducation | PP = Preposition | | |
| Tx = Treatment | Ν = Pain | PCT = NMR + SMR = Sensorimotor ReEducation | TS = Trunk Stabilization | | |

ML 00193

MR0190

DEF 00178
*Valenote v. Met Life*

09/26/2003    08:45    BEZEK FIRST SERV...    DCN=0309260208PT    NO.183    019

# Advanced Pain Therapeutics of Alaska

**Basic Functional Exam:**      Hip      Examiner: _Amy Hay_      aptak

Patient Name: _Daniela Valenote_      Date of Birth: _2-7-69_      Date of Service: _7/31/03_



| Inspection/Palpation | | | | |
|---|---|---|---|---|

| Active Motions in Standing | Limitation | Pain Level | | Location |
|---|---|---|---|---|
| 1 | Forward Flexion | | - ± + ++ +++ | |
| 2 | with cervical flexion (Neri) | | ++ ↑ ↓ | |
| 3 | Extension | | - ± + ++ +++ | |
| 4 | Right sidebend | | - ± + ++ +++ | |
| 5 | Left sidebend | | - ± + ++ +++ | |
| 6 | Trendelenberg | L    R | - ± + ++ +++ | |

| 7 Sacroiliac Joint Provocation | Limitation | Pain Level | | Location |
|---|---|---|---|---|
| SIJ Provocation Tests: Dorsolateral | | - ± + ++ +++ | | |

| Dural Tests in Supine | First Motion | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 8 Straight Leg Raise | DB + Hip Flexion | Cervical Flexion | | ± | ± | |
| Right Distal Initiation | | | | ↔ ↑ ↓ | ↔ ↑ ↓ | |
| Left   Distal Initiation | - ± + ++ +++ | | | ↔ ↑ ↓ | ↔ ↑ ↓ | |

| Passive Motions in Supine | Limitation | Pain Level | | Location |
|---|---|---|---|---|
| 9 | Hip Flexion: Left | | - ± + ++ +++ | |
| 10 | Hip Flexion: Right | | - ± + ++ +++ | |
| 11 | Hip Internal Rotation: Left | | - ± + ++ +++ | |
| 12 | Hip Internal Rotation: Right | | - ± + ++ +++ | |
| 13 | Hip External Rotation:  Left | | - ± + ++ +++ | |
| 14 | Hip External Rotation:  Right | | - ± + ++ +++ | |
| 15 | Hip Abduction   Knee Extended | L    R | - ± + ++ +++ | |
| 16 | Hip Abduction   Knee Flexed | L    R | - ± + ++ +++ | |
| 17 | Hip Adduction | L    R | - ± + ++ +++ | |

| Resisted Testing (Ω): Supine | Strength | Pain Level | | Location |
|---|---|---|---|---|
| 18 | Ω Hip Flexion | | - ± + ++ +++ | |
| 19 | Ω Hip Adduction   in 0° | L | - ± + ++ +++ | |
| 20 | Ω Hip Adduction   in 45° | L | - ± + ++ +++ | |
| 21 | Ω Hip Adduction   in 90° | | - ± + ++ +++ | |
| 22 | Ω Hip Abduction | | - ± + ++ +++ | |

| Passive Motions in Prone | Limitation | Pain Level | | Location |
|---|---|---|---|---|
| 23 | Hip Extension | | - ± + ++ +++ | |
| 24 | Bilateral Internal Rotation | | - ± + ++ +++ | |

| Resisted Testing (Ω): Prone | Strength | Pain Level | | Location |
|---|---|---|---|---|
| 25 | Ω Hip Extension | | - ± + ++ +++ | |
| 26 | Ω Hip Internal Rotation | L    R | - ± + ++ +++ | |
| 27 | Ω Hip External Rotation | | R | - ± + ++ +++ | |
| 28 | Ω Knee Extension | | R | - ± + ++ +++ | |
| 29 | Ω Knee Flexion | | - ± + ++ +++ | |

| Inspection/Palpation | | |
|---|---|---|

PT Name: _Amy Hay_      PT Signature: _Amy Hay_

© APTAK/EA 2002

ML 00194

DEF 00179
*Valenote v. Met. Life*

09/26/2003   08:45   BEZEK MOST SEIDEN=0309260208PM   NO.183   P20

# Advanced Pain Therapeutics of Alaska

Extra Tests:

| Dural Tests in Sidelying | First Motion | Location | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|---|
| 30 Femoral Nerve Stretch (L3) | Cervical Flexion | | Hip Extension | | | | |
| Right | - ± † †† †††  | | - ± † †† ††† | | ↔ ↑ ↓ | | |
| Left | - ± † †† ††† | | - ± † †† ††† | | ↔ ↑ ↓ | | |

| | | Performance | Pain Level | Location |
|---|---|---|---|---|
| 31 | Ostgaard | 90°, Hip Flexion, Axial compression 1 m | - ± † †† ††† | (R) SI joint, PSIS |
| 32 | Circumduction Test | Full Hip Flexion, Adduction Lat to Med | - ± † †† ††† | |
| 33 | Labrum Test Axial Over Pressure | Hip Flexion, Adduction, and IR | - ± † †† ††† | |
| 34 | Labrum Test IR   Over Pressure | Hip Flexion, Adduction, and IR | - ± † †† ††† | |
| 35 | Iliopectineal Bursa Test | Hip Flexion, Adduction, and ER | - ± † †† ††† | |
| 36 | Gluteal Bursa Test | Hip Flexion, Adduction, and IR or ER | - ± † †† ††† | |

| | | Performance | Pain Level | Location | | Pelvic Ring Stability Test | | Location |
|---|---|---|---|---|---|---|---|---|
| 37 | Active Straight Leg Raise Left | Active Hip Flexion with Knee Extension | - ± † †† ††† | | | with SI Belt ↔ ↑ ↓ | | |
| 38 | Active Straight Leg Raise Right | Active Hip Flexion with Knee Extension | - ± † †† ††† | (R)(L) PSIS | | with SI Belt ↔ ↑(↓) | | |
| 39 | Resisted Adduction in 45o | Ω  Hip Adduction with hips at 45° | - ± † †† (†††) | | | with SI Belt ↔ ↑(↓) | | |
| 40 | Fulcrum Test | Por Stress Fx: Fulcrum Force to Femur | - ± † †† ††† | | | | | |
| 41 | Resisted Abdominals | Resisted Trunk Flexion from Supine | - ± † †† ††† | | | | | |

Assessment:

| | | Based On #(s): | |
|---|---|---|---|
| 1° Pain Generators | ① (R)SIJ > (L)SIJ  ② pubic symphysis | Based On #(s): | |
| 2° Pain Generators | ③ L3-4 & L5-S1 disc pain | Based On #(s): | |
| Local Joint Dysfunctions | | Based On #(s): | |

PT Name: _Amy Hay_   PT Signature: _Amy Hay PT_

Symbol Key:

| | | | | | |
|---|---|---|---|---|---|
| √ | = Not limited or Painfr | ↰ = Left Rotation | E 0-33  = Soft Endfeel | WNL = Within Normal Limits |
| ± | = Very Minimal | ↱ = Right Rotation | E 34-66  = Firm Endfeel | CFJ = Coxafemoral Joint (Hip) |
| † | = Minimal | ↲ = Left Sidebend | E 67-100 = Hard Endfeel | PR = Pelvic Ring |
| †† | = Moderate | → = Right Sidebend | TXN = Traction | HS = Hamstring Syndrome |
| ††† | = Severe | ↑ = Flexion | JSM = Joint Specific Mobilization | TB = Trochanteric Bursitis |
| Ω | = Resisted | ↓ = Extension | STM = Soft Tissue Mobilization | GB = Gluteal Bursitis |
| F | = Force | ← = Hypomobile | LDM = Lymph Drainage Massage | PS = Piriformis Syndrome |
| E | = Endfeel | ↔ = Hypermobile | NMR = Neuromuscular ReEducation | CP = Capsular Pattern |
| Tx | = Treatment | N = Pain | PCT = NMR = SMR = Sensorimotor ReEducation TF = Transverse Friction | |

ML 00196

DEF 00181
_Valenote v. Met. Life_

09/26/2003    08:45    BEZEK ??ST SE??ICE    DCN=030926020811    NO.183    ?21

**advanced pain therapeutics of alaska**   Physical Therapy Flowsheet

Patient Name _Daniela Valenote_   DOB _9/17/69_   Diagnosis OSSI's Opubic symphyss
③ L3-4 PLS Sdloc

Precautions

aptak

| | Date: 9/9/03   Visit #: 5 | Date: | Visit #: | Date: | Visit #: |
|---|---|---|---|---|---|
| | Script Request   O | | Script Request   O | | Script Request   O |
| **Subjective** | Pt reports SI Jn greatly ↓ since injection & groin ↓ on interaction. Hip crest ↑ is abs L. Able to wear SI loc w/tolerence. Pt upp | | | | |
| **Objective** | buttock very sensitive d/t manual stand touch of sacrotbch. Prolonged sitting ground RTA's groin ↓. see Pn | | | | |
| **Treatment** | ☐ See Program Sheet ☐ See Work Sheet Form ☐ See Soft Tissue Form ☐ See Manual Therapy Form ☐ See Work Balance Skills Form   **Time** | | ☐ See Program Sheet ☐ See Work Sheet Form ☐ See Soft Tissue Form ☐ See Manual Therapy Form ☐ See Work Balance Skills Form   **Time** | | ☐ See Program Sheet ☐ See Work Sheet Form ☐ See Soft Tissue Form ☐ See Manual Therapy Form ☐ See Work Balance Skills Form   **Time** |
| | Flossing progressed to elbows   30 min | | | | |
| | TP intensity ↓ to not ↑ irritation   ↓ | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Assessment** | see Pn | | | | |
| **Plan of Care** | Continue | | | | |

PT Signature _Amy Hoyt_

APTAK (Ed. 2002)

ML 00197

MR0193        DEF 00182
                    *Valenote v. Met. Life*

09/26/2003    08:45    BEZEK TWIST SEIDEN=0303260208FP    NO.183    D22

**advanced pain therapeutics of alaska** Physical Therapy Flowsheet

Patient Name Daniela Valenote    DOB: 2/17/69    Diagnosis: (1) DSI
Precautions:                          (2) pubic symp
                                       (3) L3-4 plus-S1

aptak

| | Date: 9/4/03  Visit #: 2 | Date: 8/11/03  Visit #: 3 | Date: 8/8/03  Visit #: 4 |
|---|---|---|---|
| **Subjective** | Pt reports she cannot tolerate belt ↑ LE ↗ | Pt reports ↓ greatly ↓ pn ↘. Still has given w/ext. PS injection tomorrow | Pt reports given w/ spine injection two terrain standard. She is able to wear SI belt (2) hip trochanter region sore - UE |
| **Objective** | | | doing better |
| **Treatment** | TENS + training LB neck | | ·Cyriax Release somin prior to bed |
| | ·HEP ·pec stretch towel ·TOS flossing ·TA ·posture ·turn neck NOSB ↓ pull | HEP ·1st rib mob ↓ theracane ·2nd ↓ 3rd and ribmobs ·TENS interscap region ·review HEP  Theracane instruction Txn ↓ pillow between | ·HEP review ·TENS elbows |
| **Assessment** | Pt did well ↓ today's session. Understands concepts | Pt did well ↓ today's session. She is much less sensitive today to ↓ Exe. | (1) R gluteal bursitis (2) R IS nerve irritation  ↓ greatly ↓ w/ injections. She has some neural tension ↓ R ↓ bursal w. |
| **Plan of Care** | Continue | Continue | Continue |
| PT Signature | Amy Day PT | Amy Day PT | Amy Day PT |

APTAK/EA 2003 ©

ML 00198

DEF 00183
*Valenote v. Met Life*

**MR0194**

09/26/2003    08:45    BEZEK N PST SE DEN=0309260200PM    NO.183    P23

**Rehabilitation & Sports Medicine**
4100 Lake Otis Parkway, Suite 216 ~ Anchorage, Alaska 99508
(907) 677-7440 phone ~ (907) 677-7441 facsimile

Patient: VALENOTE, Danica

**PLAN OF CARE**

Date of Service: 04-29-03

☐ **Prescriptions**

Prescription: Add 4 mg zanaflex to noon Neurontin
Instructions:

Prescription: Nasacort AQ 2 sprays each nostril 1x/day
Instructions:

Prescription: Use nasal saline at least 3-4x/day
Instructions:

☐ **Therapies**

Therapy Group: cont c Joy Breckun RPT
Instructions: cont c Rosemary

Therapy Group:

☐ **Imaging Studies**

Imaging Center:
Instructions:

Imaging Center:

☐ **Consultations**

Physician / Clinic Name: Schlosstein May 28
Instructions: Downs May 13

Physician / Clinic Name:

☐ **Return to Work Recommendations**

☐ May Return to Work without Restrictions    ☐ May Return to Work with Restrictions    ☐ May Not Return to Work

Instructions:

☐ **Other Instructions**

☑ **Next Appointment** p Dr Schlosstein appt.

☑ Date / Time: 06-10-03 / 12:45 p.m.    ☐ **No Appointment Is Needed**

☐ Appointment will be considered after

I understand this plan and will comply with its instructions.

Patient's Signature: X DCV

ML 00199

**DEF 00184**
*Valenote v. Met. Life*

09/26/2003   08:45   BEZEK TWIST SED     DCN= 030926038208A1     NO. 183   D24

~ **Rehabilitation & Sports Medicine** ~
4100 Lake Otis Parkway, Suite 218 — Anchorage, Alaska 99608
(907) 677-7440 phone — (907) 677-7441 facsimile

VALENOTE, Daniela C.
02-17-1969

*Patient*

## PLAN OF CARE

*Date of Service*

☐ **Prescriptions**          *Stop Zanaflex (done)*

| *Prescription* | *Instructions* |
| *Prescription* | *Instructions* |
| *Prescription* | *Instructions* |

☐ **Therapies**          *Cont with chiropractic & massage.*
*Add cardio - light spectrum 4-5d/wk*

| *Therapy Group* | *Instructions* |
| *Therapy Group* | |

☐ **Imaging Studies**

| *Imaging Center* | *Instructions* |
| *Imaging Center* | |

☐ **Consultations**          *Please would suggest from*
*Lorazepam — to us*
*Vote*

| *Physician / Clinic Name* | *Instructions* |
| *Physician / Clinic Name* | |

☐ **Return to Work Recommendations**

☐ May Return to Work *without* Restrictions    ☐ May Return to Work *with* Restrictions    ☐ May Not Return to Work

*Instructions*  *Consider ↑ing time to 12-14 hr/wk*

☐ **Other Instructions**

☑ **Next Appointment**          ☐ **No Appointment is Needed**

☑ 07-24-03  2:15 p.m.   *4-6 wk with Dr. Beard*
*Date / Time*

☐ Appointment will be considered after _____

I understand this plan and will comply with its instructions.   *Daniela C. Vost*
*Patient's Signature*

ML 00207