**MR0197**

09/26/2003    11:08    BEZEK TWEST SEDEN=030926029687    NO.186    P01

REDACTED



FAXED
9/26/03

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

September 26, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

| Post-It® Fax Note | 7671 | Date 9/26/03 | # of pages ▶ 3 |
|---|---|---|---|
| To ANDA PANASECU | | From DANIELA VALENOTE | |
| Co./Dept. MET LIFE | | Co. | |
| Phone # | | Phone # 907-622-1009 | |
| Fax # 866-690-1264 | | Fax # | |

Claim #:      870308078357
Employer:    Rim Architects

Dear Ms. Panasescu:

Attached you will find Dr. Orzechowski's letter (September 22, 2003), MRI Report of the
Lumbar Spine (December 11, 2002), Procedure Reports (September 16, 2003 &
August 5, 2003) and office visits (September 4, 2003 & July 21, 2003) from Dr. Susan
Anderson with the Advanced Pain Centers of Alaska, Physical Therapy Notes from Amy
Azevedo with Advanced Physical Therapy of Alaska, and Plan of Care Documents from
Dr. Beard's Office (April 29, 2003 & June 10, 2003). Please note the Plan of Care
Documents under "Return to Work Recommendations" on April 29, 2003 there is no
indication that I was not released back to work and on June 10, 2003 the note states,
"consider part-time to 12-14 hours/week"; I was unable to meet this goal.

In the past year I have seen for evaluation but not treatment: Dr. Edward Voke, Dr.
Wayne Downs, Dr. Rhene Merkouris, Dr. Mary Downs and Dr. Lee Schlosstein. Dr.
Mike Orzechowski and Deb Kiley, ANP, with Dr. Beard's office treated me until I began
to see Dr. Peter Lorenzten and Dr. Susan Anderson for my primary care. In addition I
have seen Terry Windecker, massage therapist and Rosemary Cody, Advanced
Accupunturist.

As I explained to Tanya Chambers, I do not intend to stay disabled for the rest of my life.
I have a Bachelor of Arts in Fine Arts, a Master of Architecture, and am short 2 semesters
to complete a Master of Art Education this reflects 11 years of college education. I hope
this demonstrates my commitment to hard work. Please believe me, I want to return to
work as soon as possible.

I appreciate your review of my appeal. Please let Virginia Valenote know if there is
anything else I can provide that may help in the review of my claim.

Sincerely,

Daniela C. Valenote

ML 00181

09/26/2003   11:08   BEZEK ~ ST SE~DEN=030326829687
09/26/2003 FRI 11:37 FAX 907 ʼ. ᵤ284 Advanced Pain Centers Ak      NO.186   P02
                                                                          ☎002/003

RT/DOCUMENTATION
MED IMAGES^SM, INC.
(36LAEV)

**DATE:** August 12, 2003

**PATIENT:** #021769DV  Daniela Valenote
SSN: 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

**SURGEON:** Susan R. Anderson, M.D.

**FACILITY:** Advanced Pain Centers of Alaska - Anchorage

### OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS:** Pubic symphysis dysfunction.

**POSTOPERATIVE DIAGNOSIS:** Pubic symphysis dysfunction.


Photo 1.


Photo 2.

**PROCEDURE PERFORMED:** Pubic symphysis injection under fluoroscopic guidance with conscious sedation.

**ANESTHESIA:** Conscious sedation with Versed 2 mg IV and fentanyl 50 mcg IV.

**FLUIDS:** IV access.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**COMPLICATIONS:** None.

**INDICATIONS:** As above.

**PROCEDURAL NOTE:** The patient was brought to the fluoroscopy suite where she was placed in the supine position. The pubic area was prepped and draped in a sterile manner. Using direct AP fluoroscopy, the pubic symphysis on the right was identified. On the lateral aspect of the

SA:hm                                                Page 1 of 2

ML 00182

09/26/2003   11:08   BEZEK T\*\*ST SE\*\*EN L 09052\*\*29609\*
09/26/2003 FRI 11:37 FAX 907 7   ,284 Advanced Pain Centers Ak                              NO.186   D03
                                                                                          @003/003

RT/DOCUMENTATION
MED IMAGES℠, INC.
(36LAEV)

Dr. Anderson

**DATE:** August 12, 2003

**PATIENT:** #021769DV   Daniela Valenote

pubic symphysis a skin wheal was raised using 3 cc of 2% buffered lidocaine and a 27 gauge needle. A 25 gauge spinal needle was advanced to the skin wheal touching the pubic symphysis and then walking off laterally into the pubic tubercle and into the pubic symphysis under fluoroscopic guidance. After negative aspiration, 2 cc of Omnipaque-240 dye were injected and noted to stay within the pubic symphysis. The patient was then injected with 5 cc of a local anesthetic steroid mix consisting of 2 cc of 2% lidocaine, 2 cc of 0.5% bupivacaine, and 1 cc of 40 mg/cc of triamcinolone without complications. The needle was removed and the site was covered with antibiotic ointment and a Band-Aid.

NOTE: Report dictated
but not read.

*Susan R. Anderson*

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

DD: 08/12/2003
DT: 08/13/2003

SA:hm                                                          Page 2 of 2

ML 00183

DEF 00168
*Valenote v. Met. Life*

**MR0201**

10/08/2003    08:04    BEZEK FIRST SEGEN-03160002655T    NO.239    P01

| Post-It® Fax Note | 7671 | Date 10/8/03 | # of pages ▸ 3 |
|---|---|---|---|
| To ANDA PANASESCU | | From DANIELA VALENOTE | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # 866-690-1264 | | Fax # | |

Daniela C. Valenote
4514 Upper Kogru Dr
Eagle River, AK 99577
907-622-1069

October 6, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:      870308078357
Employer:     Rim Architects

## JOB DESCRIPTION FOR AN ARCHITECT

In my experience as an Intern Architect, my duties have included:

- The hours for an Architect can vary from 8-24 hours per day depending on workload and deadlines.
    1. October 2002 I worked 8-17 hours per day.
    2. November 2002 I worked 8-11 hours per day.
    3. The following was taken from the U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook, **http://stats.bls.gov/**

*Architects may occasionally be under stress, working nights and weekends to meet deadlines. In 2000, almost half of all architects worked more than 40 hours a week, in contrast to about 1 in 4 workers in all occupations combined.*

    4. Part time employment (i.e. 4 or more hours/day) is virtually unheard of within the Architecture Profession. As a Project Architect the duties require constant management of a Project Team and Professional Consultants. This position makes it difficult to work part-time.

- Sitting for long hours at a desk, includes:
    1. Manual sketching over a flat surface.
    2. Drafting on the computer
    3. Leaning over the desk to draw – looking down 4-6 hours/day
    4. Twisting while drafting – looking from the computer to your side desk for reference on printed drawings.
    5. Bending
    6. Numerous Project related telephone calls.

**D-**

ML 00177

DEF 00162
*Valenote v. Met. Life*

10/08/2003    08:04    BEZEK FIRST SECURIT DEN-03160802655T    NO.239    P02

JOB DESCRIPTION FOR AN ARCHITECT                                    2
October 6, 2003

> 7. Going back and forth from the desk to printers, fax machine and copier numerous times a day.
> 8. Building scale models from drawings – requires use of an x-acto blade and constant leaning over the model while it's being built.

- Carrying reference manuals from the materials library and old drawing documents which can weigh 3-20 lbs. used for reference when researching precedent or working on an existing building)

- Meetings – sometimes requiring travel by car or plane
  1. During every phase of a project an Architect is on call for meetings both in and out of the office.

  2. Meetings can last from twenty minutes to numerous days.
  3. Meetings often require carrying heavy project documents and reference manuals.

Fieldwork/ Field Supervision is an essential part of the job even though the majority of our work is done in the office.  Fieldwork includes:

- Business travel – includes carrying luggage and project documents combined can weigh in excess of 20 lbs.
  1. I have been flown to Louisville, KY and back to Alaska in less than 2 days for a 2-hour meeting.
  2. I have taken weekly flights to Kenai, AK to monitor a project under construction for 2 months.
  3. I have driven to a job site weekly for meetings 3+ months for design and construction.
  4. Drive back & forth from the office to multiple meetings weekly.

- Site visits on undeveloped land – walking on uneven ground

- Site visits to existing buildings for assessment of existing conditions can take hours and include:
  1. Carrying documents and camera
  2. Bending
  3. Climbing
  4. Crawling
  5. Walking
  6. Standing

- On-site inspection and review can last hours during the construction phase:
  1. Carrying documents and camera
  2. Walking on uneven ground
  3. Climbing ladders, scaffolding and unfinished stairs
  4. Crawling

ML 00178

DEF 00163
*Valenote v. Met. Life*

**MR0203**

10/08/2003    08:04    BEZEK TWRST SE    DCN= 35b57000310a0f6b    NO.239    P03

JOB DESCRIPTION FOR AN ARCHITECT                                                3
October 6, 2003
_____

      5.  Bending
      6.  Standing

The job description for an Intern Architect is the same as for an Architect.  The difference
is an Intern has not completed the Internship Development Program and/or Architect
Registration Exam.  I have completed IDP and am in the process of completing the
A.R.E.

Please include this supplement to the Long Term Disability Employer Statement dated by
RIM Architects of June 12, 2003.  I have reviewed this supplement with Matt Vogel,
Architect and Principal with RIM Architects, and he takes no exceptions to the items
listed.  At Matt's request please contact him at 907-258-7777 to verify these items.  If I
can provide further clarification to the above, please give me a call at home,
907-622-1009.


Sincerely,


Daniela C. Valenote


Cc: Matthew Vogel
    Dr. Susan Anderson, M.D.
    Amy Azevedo, PT


ML 00179


MR0204

DEF 00164
*Valenote v. Met. Life*

**MR0205**

10/16/2003    07:23    BEZEK FIRST SE[GEN:...]    NO.257    P01

| Post-It® Fax Note | 7671 | Date 10/16/03 | # of pages ▶ 13 |
|---|---|---|---|
| To ANNA PANASESCU | | From DANIELA VALENOTE | |
| Co./Dept. MET LIFE | | Co. | |
| Phone # | | Phone # | |
| Fax # 1-866-690-1264 | | Fax # | |

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

October 15, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:    870308078357
Employer:    Rim Architects

Dear Ms. Panasescu:

Attached you will find my correspondence to Dr. Beard dated October 8, 2003.

Yesterday I underwent a Provocative Lumbar Discography of Discs L2-3, L3-4, L4-5, L5-S1. The preliminary findings were positive for a torn L5-S1 disc. I will have more detailed information from Dr. Anderson in my next appointment scheduled for October 27, 2003.

I appreciate your review of my appeal. Please let Virginia Valenote know if there is anything else I can provide that may help in the review of my claim.

Sincerely,

Daniela C. Valenote

ML 00164

**MR0206**

DEF 00149
*Valenote v. Met. Life*

10/16/2003    07:23    BEZEK ~ ST SE~CE~ ~ ~    DCN=35b57000310a0f6b    NO.257    P02

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
907-622-1009

## TRANSMITTAL

October 9, 2003

Rehabilitation & Sports Medicine
4100 Lake Otis Pkwy, Suite 312
Anchorage, AK 99508

Enclosed is a response letter (October 8, 2003) to Rehabilitation & Sports Medicine's
letter dated October 2, 2003.

Received by:                              Date:

_____                 10-09-03
                                          _____

ML 00169

MR0207                                    DEF 00154
                                          *Valenote v. Met. Life*

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

October 8, 2003

Dr. Joella Beard, M.D.
Rehabilitation & Sports Medicine
4100 Lake Otis Pkwy, Suite 312
Anchorage, AK  99508

Dear Dr. Beard:

METLife denied my Disability Claim based on <u>your statement alone that you returned me to work on May 1, 2003</u>. This is shocking since the first I heard that I had been returned to work, either verbally or in writing, was from METLife in a denial letter dated August 29, 2003. Nurse Kiley absolutely did not return me to work. As a matter of fact, she and I discussed that I felt pressured to resign my position with RIM Architects as of May 1, 2003 due to my medical condition. RIM Architects was going to "let me go" on May 1, 2003 if my physical condition continued to leave me unable to perform the essential functions of my duties as an architect. As a result, I resigned my position instead of being fired. She and I discussed this in my appointment on April 29, 2003. I have enclosed a copy of my <u>April 29, 2003 Plan of Care Statement</u> which you must have overlooked or perhaps misplaced. This shows that there was no return to work recommendation at this time. Also, on the chart notes dated the same, it states, "resigned from position – door open to return when feels better." It was after this visit that I requested you fill out the Disability form for METLife. I was unaware of any Disability Policies until after my resignation. If I had been able bodied enough to return to work on May 1, 2003 I would have elected to do so rather than resign my position.

Yes, the original Plan on March 27th was to remain off work until May 1, 2003. However, my medical condition did not improve. The physical therapy I received worsened my condition and I had a steady increase of pain under your care. On the June 10, 2003 the Plan of Care Statement it says, "consider part-time to 12-14 hr/wk." It does not say to "consider an increase in work…" or "consider increasing your current workload from…." To imply such is a disrespectful and negligent assumption on your part. Furthermore, the word 'consider ' is not absolute as it means: to think about, to contemplate.

The "options" you cited in your letter do not exist for the following reasons:
On September 26, 2003 I faxed my office visit reports and procedure reports from Dr. Susan Anderson to METLife. They dismissed her findings because I did not see her until July 21, 2003, after my 90-day elimination period (your clinic was the only place I received treatment during this period). And by the way, I was promised I only had to see Nurse Kiley once (February 18, 2003) before I could see the Doctor. I didn't get to see you for treatment until July 24, 2003. METLife believes that since you did not refer me

ML 00170

**MR0208**

DEF 00155
*Valenote v. Met. Life*

10/16/2003    07:23    BEZEK M~~ST SE~~~~~~~~~~~~~~~~~    NO.257    P04

Dr. Joella Beard                                                                    2
October 8, 2003
_____

to the Pain Center, I must be seeing them for a "new pain", which is absolutely
ridiculous. In addition, they believe you returned me to work, full-time. I have enclosed
a copy of my job description so you will have a better understanding of what I am
expected to do as an architect. Dr. Mike Orzechowski will not fill out any disability
paperwork. That is why I asked your office for assistance.

I do not intend to stay disabled for the rest of my life. I have a Bachelor of Arts in Fine
Arts, a Master of Architecture, and am short 2 semesters to complete a Master of Art
Education. This reflects 11 years of college education. The last thing I want is to *NOT*
be able to work.

My husband, Victor Valenote, attended the only appointment for treatment I had with
you. We both agree that your diagnosis of Fibromyalgia was short and dismissive. You
seemed reluctant to even examine me as if it was a nuisance. When asked, you yourself
questioned the validity of Fibromyalgia as a legitimate diagnosis. Fortunately I have
continued to seek medical help elsewhere without your referral and I am currently
showing signs of improvement under Dr. Anderson.

I recently reviewed Nurse Kiley's Addendum dated 2/18/03. My medical history has
been misinterpreted and needs to be corrected. She stated, *"initial onset of pain 1989
when she believes she fell; received minimal treatment remained very active."* The
initial onset of low back pain was on a business trip in late October 2003. I did fall on
July 24, 1989 and tore the muscle in my right knee while waiting tables at Calico Jack's
Restaurant in Tampa, FL. A Worker's Compensation Claim was filed.
Dr. Frederick J. McClimans, D.O. of Tampa Bay Bone & Joint Surgery was my
physician. I received excellent care. It took approximately six weeks of physical therapy
for recovery. However I felt my knee was never 100% again. There was absolutely no
residual pain from this accident. I returned to work, school, and athletics without any
trouble.

Nurse Kiley also stated, *"In the mid 1990's she began graduate school (architecture), at
this time the pain increased."* I began Graduate School for Architecture in 1994. The
only pain I experienced was an intermittent, sharp pain in my right thoracic. By the time
I graduated (1999) the sharp pain was constant. While drafting with AutoCAD in
2000/2001 I noticed an increase in right thoracic pain, which began moving down my
arm and into my hand. However it was not bad enough to keep me from daily activities.

A misdiagnosis is one thing, but my husband and I are now facing grave financial
difficulties due to your negligent statement to METLife. I have not received any income
beyond the Short Term Disability disbursement March 8 – May 23, 2003. As soon as I
was aware of the reason for denial of Long Term Disability I contacted your office. It
took an entire month to get a response back. I also attempted to make an appointment
with you to clear up any misunderstanding. But I was denied an appointment. Have I
been blacklisted from your clinic? If this situation is not reconciled in a timely manner, I
will be forced to seek Legal Consultation.

ML 00171

**MR0209**

10/16/2003    07:23    BEZEK FIRST SERVICES 0006693 B316 7793          NO.257    P05

Dr. Joella Beard                                                                            3
October 8, 2003

I have attached a copy of my last Office visit with Dr. Anderson for your information. If
I can provide further clarification to the above, please give me a call at home,
622-1009.

Sincerely,

Daniela C. Valenote
Victor V. Valenote


Attachments:
Plan of Care (04/29/03)
Chart Notes (04/29/03)
Job Description for an Architect (October 6, 2003)
Addendum, Daniela Valnote (02/18/03)
Dr. Anderson, Progress Note (9-4-03)

ML 00172

**MR0210**

DEF 00157
*Valenote v. Met. Life*

10/16/2003    07:23    BEZEK POST SE    DEN-03161601673    NO.257    P06

## ~ Rehabilitation & Sports Medicine ~
4100 Lake Otis Parkway, Suite 216 — Anchorage, Alaska 99508
(907) 677-7440 phone ~ (907) 677-7441 facsimile

Patient: _Valenote, Daniels_    **PLAN OF CARE**    Date of Service: _04-29-03_

☐ **Prescriptions**

_Add 4 mg zanaflex to noon Neurontin_
Prescription ___ Instruction ___
_Nasacort AQ 2 spray each nostril 1x/day_
Prescription ___ Instruction ___
_Use nasal saline not less 3-4x/da_
Prescription ___ Instruction ___

☐ **Therapies**

_cont c Joy Backstrom RPT_
_cont c Rosemary_
Therapy Group ___ Instruction ___
Therapy Group ___

☐ **Imaging Studies**

Imaging Center ___ Instruction ___
Imaging Center ___

☐ **Consultations**

_Schloostein  May 28_
_Downs  May 13_
Physician / Clinic Name ___ Instruction ___
Physician / Clinic Name ___

☐ **Return to Work Recommendations**

☐ May Return to Work *without* Restrictions    ☐ May Return to Work *with* Restrictions    ☐ May Not Return to Work

Instructions ___

☐ **Other Instructions**

___
___

☑ **Next Appointment** _p Dr Schloostein_
   _appt_
☑ _06-10-03/ 12:45 p.m._
   Date / Time    ☐ **No Appointment is Needed**

☐ Appointment will be considered after ___

I understand this plan and will comply with its instructions.    X _(signature)_
Patient's Signature

ML 00173

**MR0211**

DEF 00158
*Valenote v. Met. Life*

10/16/2003    07:23    BEZEK FIRST SE...    NO.257    P07

**Rehabilitation & Sports Medicine, L.L.C.** — Joella Board, M.D.
4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508

PH: (907) 677-7440
FAX: (907) 677-7441

SUBSEQUENT FOLLOW-UP – CHRONIC PAIN

PATIENT: VALENOTE, Drusilla    AGE: 34

SS#: _____    DATE: 04-29-03

Check Normals  Circle/Write Positives  Backslash (\) Negatives

CC/Reason For Visit: _____

Last Seen: 3-27-03    Location: RSM

HX/IMPAIRMENT: (2 = 1-3 elements / 3-5 = ≥4 or ≥3 chronic cond)

Context: Began Gradually Over A Period Of _____
Began Suddenly Following: Fall / Lifting / Bending / Twisting / MVA / Other Trauma: _____

Location: Shade or "X"

Quality:
Dull
Sharp
Burning
Aching
Active
Muscle Tension
Cramping
Stabbing
Throbbing
Shooting
Soreness
Stiffness

Severity/Pain Scale:  0  1  2  3  4  (5)  6  7  (8)  9  10

Associated Signs/Symptoms:
Numbness / Tingling
Muscle Weakness
ADL Dysfunction
Difficulty Walking

Exacerbating Factors:
Movement / Activity
Bending / Exercise
Sitting / Standing
Coughing / Sneezing

Relieving Factors:
Medication:
Heat / Ice
Therapy / Rest
Nothing

FUNCT HX:    Current Status    When Last Seen
BADL's: _____    BADL's: _____
IADL's: _____    IADL's: _____
Mobility: _____    Mobility: _____
Comm Activ: _____    Comm Activ: _____

Medications Tried Since Last Visit
Medication:    Response:
_____    Helped / No Help / Adv Reac-____
_____    Helped / No Help / Adv Reac-____
_____    Helped / No Help / Adv Reac-____
_____    Helped / No Help / Adv Reac-____
_____    Helped / No Help / Adv Reac-____
_____    Helped / No Help / Adv Reac-____

☐ Addendum Dictated    ☐ See Attached Form For Additional Info

© 2 Form 1312-S (PM&R Chronic Pain) revised 10/10/01

Treatment/Response Since Last Seen:

Dr's Seen:    Date:    Treatment:    Response:

Therapy: PT OT Manual Aquatics HEP RCE Work Hard
Location:    Date:    Response:

Injections:    Date:    Doctor:    Response:

Acupuncture:
Chiropractic:
Other:    Date:    Response:
Hypnosis
Relaxation

Hosp:    Date:    Reason:

☐ Addendum Dictated    ☐ See Attached Form For Additional Info

ROS:  Cons
Weight / Appetite Change
Difficulty Sleeping / Fatigue
Musc
Joint Muscle Pain
Stiffness / Redness
Muscle Weakness
ROM / Atrophy / Swelling
Neuro / Psych
Tingling / Numbness
Muscle Weakness
Falls / Unsteady Gait
Anxiety / Depression
Irritability / Mood Swings

Skin
Rash / Pallor / Erythema
Breakdown
Cold / Temp Change
CVS / Pulm
Chest Pain / Palpitations
SOB / Cough / Wheezing
GI / GU
Bowel Incontinence
Diarrhea / Constipation
Bladder Incontinence
Sexual Dysfunction
All Other Systems Neg
Unable to Obtain 2° to: ____

Eyes
Blurred Vision
Double Vision
Glasses
ENT
Hearing Diff
Prob w/Nose
Or Throat
Hema
Bruising
Bleeding

☐ ROS filled out by ancillary staff. Reviewed by physician.

PAST MEDICAL HISTORY  ☐ Reviewed w/Patient, No Changes
Anxiety    Fracture
Arthritis    GERD
Prev Back Injury    Hypercholesterol
Cancer    Hypertension
Chronic Back Pain    Obesity
Depression    PVD
Diabetes - I / II

Appendectomy
Cholecystectomy
C/T/L Discectomy
C/T/L Fusion
Hysterectomy
C/T/L Laminectomy
ORIF - ____

CURRENT MEDICATIONS:
Name, Dose, Sig    Name, Dose, Sig

ALLERGIES: NKDA    Norflex

SOCIAL HISTORY:
☑ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except:

Occupation: _____    Working  Lt Duty  Disabled  Retired
Unable to Work Since: _____    Return to Work: _____

FAMILY HISTORY:
☑ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except:
☐ FH filled out by ancillary staff. Reviewed by physician.
History Obtained From: Patient / Family / Caregiver / _____

ML 00174

MR0212

DEF 00159
Valenote v. Met. Life

10/16/2003   07:23   BEZEK TRUST SE... DCN=035670301673..   NO.257   P09

Patient: VALENOTE, Danielle   Date: 04-28-03

**PHYSICAL EXAM:** EP: (2=1-5 e/o / 3= ≥6 e/o / 4=≥12 e/o / 5=≥18 e/o)
NP: (1=1-5 e/o / 2 = ≥6 e/o/3= ≥12 e/o (2+ sys)/4-5= ≥18 e/o (9+ sys))
**Vitals:** T: __ P: 76 R: __ At B/P: 120/08 Ht: __ Wt: 145

**Gen App:** ☑ WDWN    ☐ Obese  ☐ Thin  ☐ Frail ____

**E/ENT:** ☐ Pupils Equal
☐ Conjunctivae NI
☐ Hearing WFL
☑ Oral Mucosa Moist

**GI:** ☐ Soft, Nontender  L R A E S
☐ No Hernia
☐ No Hepatosplenomeg

**CVS:** ☑ S1, S2
☑ No Edema BLE
☑ BLE Pulses Intact

**Resp:** ☐ CTA
☐ Breathing Unlabored

**Neck:** ☐ Symmetrical
☐ No Thyromegaly
☐ ROM WFL
☐ No Bruit
☐ Nontender

RR ____ Ext ____ LA
RB ____ Flex ____

**Muscle:** ☐ Gait/Station NI
☐ ROM – WFL x4
☐ Tone NI x4
☐ Strength WFL x4
☐ No Calf Tenderness

☐ See Below
☐ See Below
☐ See Below

**UE Strength:** ☐ Intact
| | Right | Left |
|---|---|---|
| Deltoids | | |
| Biceps | | |
| Wrist Exten | | |
| Triceps | | |
| FF | | |
| Intrinsics | | |

**LE Strength:** ☐ Intact
| | Right | Left |
|---|---|---|
| Hip Flexors | | |
| Quads | | |
| Dorsiflexors | | |
| EHL | | |
| Plantar Flex | | |

**ROM:**
| | Right | Left |
|---|---|---|
| Shoulder | | |
| Elbow | | |
| Wrist | | |
| Hand | | |
| Hip | | |
| Knee | | |
| Ankle | | |

**TESTING:**
| | Right | Left |
|---|---|---|
| SLR | | |
| Lasèque's | | |
| Patrick's | | |
| Gaenslen's | | |
| Homan's | | |

**Tone:**
| | Right | Left |
|---|---|---|
| UE | | |
| LE | | |

**Back ROM**
Flex
L Rot ____ R Rot
L Lat Bend ____ R Lat Bend
Ext

**Diagram Key**
T = Tenderness
Skin Lesions As Drawn
▨ = Altrd Sensation

**Neuro:** ☐ CN II – XII Intact
☐ No Sensory Def Noted
☐ Coordination WNL

**Exc:**
☐ See Diagram Above
Coordination: Right ____ Left ____
UE ____
LE ____

**Reflexes**

**Skin:** ☐ No Lesions or Rashes   ☐ See Diagram Bottom Left
☐ No Induration
**Surgical Wnd:** ____

**Psych:** ☐ Oriented x3
☐ Mood/Affect NI
☐ Recent & Remote Mem WNL
☐ Judgment/Insight WNL
☐ Speech Rate & Volume NI
☐ Thought Processes WNL
☐ Attn Span/Concentration WNL

**Waddall's Sign**
| | Pos | Neg |
|---|---|---|
| Superficial/Non-Anatomical Tenderness | ☐ | ☐ |
| Sham Pain Provocation (axial loading/sham rotation) | ☐ | ☐ |
| Distraction (inconsistent SLR) | ☐ | ☐ |
| Regional Weakness/Sensory Loss (give way weakness) | ☐ | ☐ |
| Overreaction to Examination | ☐ | ☐ |

**RADIOLOGY REVIEWED:**  ☐ Film(s)  ☐ Report(s)
Date: ____

**LABS REVIEWED:**
Date: ____

**MEDICAL TESTS REVIEWED:**  ☐ Therapy Notes Reviewed
Date: ____

☐ Review Old Records & Or Discuss w/Other Health Care Provider
Discussed w/ ____

**CLINICAL IMPRESSION:** (Stable / Improving / Worsening)
Chronic Neck / Back Pain    Peripheral Neuropathy
Fibromyalgia                RSD –
Mechanical Back Pain        Somatoform Pain Disorder
Myofascial Pain             Symptom Magnification
Neuropathic Pain            _myalgia – improved –_
Other Cond: _likely SI joint component_

**PLAN:**
Discussion/To Consider: ____

**Records Ordered:** ____

**Medication Trial:** ____

**Refill / Continue Meds:** _Neurontin_ ____

**Therapy RX/Continue:** ☐ PT  ☐ OT  ☐ Aquatics  ☐ Manual ____

**Radiology/Labs/Tests:** ____

**Equipment Ordered:** ____

**Ref to Dr./FU with:** ____  ☐ Letter Dictated

**Work Slip Given:** ☐ Off Work Thru ____ ☐ Light ☐ Mod ☐ Return

**RTO:** ____ Weeks / Months ____ PRN

Joella Beard, M.D. ____ ANP

☐ Discussed Case w/Physician  ☐ Pt Seen By Physician  ☐ Addendum Dictated

**Visit Time:** ____ Time Began: ____ Time Finished: ____
☐ >50% of Time Spent Counseling Pt on: Test Results / Therapy / Meds / Activity / Diagnosis / Prognosis / ____

© Z Form 1312-2 (PM&R Chronic Pain) revised 8/10/02

ML 00175

DEF 00160
*Valenote v. Met. Life*

10/16/2003    07:23    BEZEK ~~FIRST SE~~     ~~DCN=0316160018733~~     NO.257    D09

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

October 6, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

FAXED
10/8/03

Claim #:       870308078357
Employer:    Rim Architects

### JOB DESCRIPTION FOR AN ARCHITECT

In my experience as an Intern Architect, my duties have included:

- The hours for an Architect can vary from 8-24 hours per day depending on workload and deadlines,
    1. October 2002 I worked 8-17 hours per day.
    2. November 2002 I worked 8-11 hours per day.
    3. The following was taken from the U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook, http://stats.bls.gov/

*Architects may occasionally be under stress, working nights and weekends to meet deadlines. In 2000, almost half of all architects worked more than 40 hours a week, in contrast to about 1 in 4 workers in all occupations combined.*

    4. Part time employment (i.e. 4 or more hours/day) is virtually unheard of within the Architecture Profession.  As a Project Architect the duties require constant management of a Project Team and Professional Consultants.  This position makes it difficult to work part-time.

- Sitting for long hours at a desk, includes:
    1. Manual sketching over a flat surface.
    2. Drafting on the computer
    3. Leaning over the desk to draw – looking down 4-6 hours/day
    4. Twisting while drafting – looking from the computer to your side desk for reference on printed drawings.
    5. Bending
    6. Numerous Project related telephone calls.

**D-**

ML 00176

**MR0214**

DEF 00161
*Valenote v. Met. Life*

10/16/2003    07:23    BEZEK N RST SE...    DCN=...    NO.257    P10

JOB DESCRIPTION FOR AN ARCHITECT                                              2
October 6, 2003

7. Going back and forth from the desk to printers, fax machine and copier numerous times a day.
8. Building scale models from drawings – requires use of an x-acto blade and constant leaning over the model while it's being built.

- Carrying reference manuals from the materials library and old drawing documents which can weigh 3-20 lbs. used for reference when researching precedent or working on an existing building)

- Meetings – sometimes requiring travel by car or plane
  1. During every phase of a project an Architect is on call for meetings both in and out of the office.
  2. Meetings can last from twenty minutes to numerous days.
  3. Meetings often require carrying heavy project documents and reference manuals.

Fieldwork/ Field Supervision is an essential part of the job even though the majority of our work is done in the office. Fieldwork includes:

- Business travel – includes carrying luggage and project documents combined can weigh in excess of 20 lbs.
  1. I have been flown to Louisville, KY and back to Alaska in less than 2 days for a 2-hour meeting.
  2. I have taken weekly flights to Kenai, AK to monitor a project under construction for 2 months.
  3. I have driven to a job site weekly for meetings 3+ months for design and construction.
  4. Drive back & forth from the office to multiple meetings weekly.

- Site visits on undeveloped land – walking on uneven ground

- Site visits to existing buildings for assessment of existing conditions can take hours and include:
  1. Carrying documents and camera
  2. Bending
  3. Climbing
  4. Crawling
  5. Walking
  6. Standing

- On-site inspection and review can last hours during the construction phase:
  1. Carrying documents and camera
  2. Walking on uneven ground
  3. Climbing ladders, scaffolding and unfinished stairs
  4. Crawling

ML 00165

**MR0215**

DEF 00150
*Valenote v. Met. Life*

JOB DESCRIPTION FOR AN ARCHITECT                                    3
October 6, 2003

       5.  Bending
       6.  Standing

The job description for an Intern Architect is the same as for an Architect.  The difference
is an Intern has not completed the Internship Development Program and/or Architect
Registration Exam.  I have completed IDP and am in the process of completing the
A.R.E.

Please include this supplement to the Long Term Disability Employer Statement dated by
RIM Architects of June 12, 2003.  I have reviewed this supplement with Matt Vogel,
Architect and Principal with RIM Architects, and he takes no exceptions to the items
listed.  At Matt's request please contact him at 907-258-7777 to verify these items.  If I
can provide further clarification to the above, please give me a call at home,
907-622-1009.

Sincerely,

Daniela C. Valenote

Cc: Matthew Vogel
    Dr. Susan Anderson, M.D.
    Amy Azevedo, PT

ML 00166

DEF 00151
*Valenote v. Met. Life*

10/16/2003   07:23   BEZEK DURST SEGUIN   CEN-051010010733   NO.257   P12

Addendum
Daniela Valnote
2/18/03

HPI: initial onset of pain 1989, when she believes she fell; she received minimal treatment, remained very active. In the mid 1990s she began graduate school (architecture), at this time her pain increased. In 2002, she had completed sufficient time working as an architect to begin the process of taking the 9 architecture board exams. In the past 5 months has had an "exponential" increase in pain, with decreasing ability to perform ADLs. She has decreased her work day to 4- 6 hours, with the result of having many of her projects transferred to other workers. She is unable to stand to cook, her husband washes her hair for her, and she is unable to adequately walk her dogs or care for her orchids. She fell 3-4 weeks ago, landing on her right side, and has had pain on her left side since that time.

In the past she has been very active, playing competitive softball, doing Yoga. She has two Alaskan malamute puppies that she would like to skijor with; has not attempted to do this.

She has tried a couple week course of Neurontin, which decreased her pain. She discontinued the Neurontin because it made her feel foggy. Pain increases with activity. She did a 7 day and 3 day course of circuits ordered by Dr Orzechowski  (heat/cold, walking, stretching) in December. This improved the discomfort in her low back, but resulted in increased burning in her hip and groin. She feels her pain has worsened overall, especially her upper back.

Her current problems include ringing in her right ear, stomach pain which began while taking Vioxx, (this has been evaluated with some type of upper GI study (not endoscopy), and is being treated with Nexium. She is taking Procardia to control her blood pressure which increased while taking Vioxx. Her asthma is controlled with Singulair; she has inhalers that she has not used since last summer. She is allergic to dust and pollen; has stopped her Allegra to see if it is causing her pain. She has headaches in the parietal and temporal areas, also a couple lifetime episodes of migraine, associated with sensitivity to sound.

She feels that her life is out of her control, and this is very troubling to her. She is considering a Leave of Absence from work to be able to devote her energy to decreasing her pain, and improving her life.

Plan: EMG scheduled with Dr Beard, is seeing Dr Schlosstein in May.
    Need to consider possible neurological , vascular, inflammatory etiology
    Check for Hepatitis A,B,C
    If no inflammatory process is found, would require re-conditioning- would also benefit from instruction in relaxation techniques, including use of biofeedback.

We discussed the importance of information from Dr Beard and Dr Schlosstein's evaluations. In the interim, encouraged to use breathing techniques that she knows from yoga – 5 minutes each hour as possible- to begin incorporating relaxation into her daily activity. We discussed the Pain- Tension- Anxiety Cycle, and the importance of her taking control to break it.

ML 00167

MR0217

DEF 00152
Valenote v. Met. Life

Advanced Pain Centers of Alaska
Name:   Daniela Valenote
DOB:    2-17-69
SSN:    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

**PROGRESS NOTE** - ADVANCED PAIN CENTERS OF ALASKA - ANCHORAGE

**DATE:** 9-4-03

**SUBJECTIVE:** The patient returns to clinic for follow up. She is status post pubic symphysis injection and right-sided SI joint injection. She reports the pubic symphysis injection and SI joint injection provided significant decreased pain and she can now wear her brace after the injection. She report the pain is no longer continuous but now intermittent. She complains today basically of right-sided pain described as stabbing and shooting, right hip pain that is sharp and sensitive to touch and low back pain that is burning. She has 2 separate pain, 1 that radiates to the anterior leg and 1 that radiates posteriorly on the right leg to the toe.

**OBJECTIVE:** In general, a pleasant female in no apparent distress.

**PHYSICAL EXAMINATION**
**Blood Pressure:** 124/90 **Pulse:** 92 **Temp:** 97.9    **Respirations:** **Height:** **Weight:** 144 lb.

**MRI Review:** From December 12, 2002 MRI shows posterior disc protrusion at L5-S1 and an anterior disc protrusion at L3-4 without evidence of the posterior disc protrusion.

**ASSESSMENT:**
1.  Discogenic low back pain at L3-4 with anterior thigh radiation to the right.
2.  Discogenic low back pain at L5-S1 with posterior right leg pain radiating to the foot.
3.  Right SI joint dysfunction to right pubic symphysis dysfunction.
4.  Right gluteal bursitis.

**PLAN:** The following plan was discussed with the patient's verbal understanding:
1.  The patient will be scheduled for an intralaminar L3-4 epidural steroid injection under fluoroscopic guidance.
2.  The same day the patient will have a right gluteal bursal injection.
3.  The patient will continue with physical therapy at Advanced Physical Therapy of Alaska.
4.  The patient will continue to wear belt as noted in place today in the physical exam.

Time spent with this patient was approximately 15 minutes.

**NOTE:** Report dictated but not read.

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

tk

ML 00168

**MR0218**

DEF 00153
*Valenote v. Met. Life*

**MR0219**

031027013236

## REHABILITATION & SPORTS MEDICINE, LLC

Joella Beard, M.D., FAAPMR • Deborah Kiley, ANP
4100 Lake Otis Parkway, Suite 312 • Anchorage, AK 99508
Phone (907) 677-7440 • Fax (907) 677-7441

October 22, 2003

MetLife
Metropolitan Life Insurance Company
P. O. Box 14590
Lexington, KY 40511-4590

Re: Daniela C. Valenote
DOB: 2/17/69
SSN: 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
Employer: RIM Architects

To Whom It May Concern:

Ms. Valenote requests I provide additional information to you regarding a Disability Claim she has submitted. An Attending Physician Statement was submitted at her request in June 2003. A copy of that form is enclosed for review. The additional information she hopes will be helpful to her claim follows.

Ms. Valenote was seen by the advanced nurse practitioner (ANP) in this clinic on 3/27/03 and advised to remain off work until 5/1/03. Although she reported to the ANP on 6/10/03 that she was working about ten hours per week, Ms. Valenote wishes that we point out this was not a full-time position and feels she should be considered disabled to some extent during the period from 5/1/03 to at least the time of her dismissal from our clinic which was 7/24/03.

She also requests you consider that at the time of dismissal from our clinic the plan was for her to continue treatment at The Advanced Pain Center of Alaska. To our knowledge, this was ongoing treatment for the pain syndrome which was evaluated in our clinic.

I hope this is helpful in your disability determination for Ms. Valenote.

Sincerely,

Joella Beard, MD

CC: Daniela Valenote
   Blue Cross/Blue Shield

ML 00230

**MR0220**

031027013236

Indicate type of claim
☐ A&S/STD/Salary Continuance ☐ LTD

**Disability Claim**
**Attending Physician Statement**

**MetLife®**
Metropolitan Life Insurance Company
P.O. Box 14590
Lexington, KY 40511-4590
Fax: 1-866-690-1264

Instructions for completing the claim form:
1. Complete all applicable areas of the claim form.
2. Sign the claim form.
3. Fax this form to expedite your claim - retain original for your records.

The following section must be completed and signed by the employee/patient.
Any fee for the completion of this form is the patient's responsibility.

| | Occupation |
|---|---|

Name - MUST ANSWER: DANIELA VALENOTE   Social Security # - MUST ANSWER: 590167361   Employer - MUST ANSWER: KIM ARCHITECTS   Group Report #

I hereby authorize my physician to release any information acquired in the course of my examination or treatment.

Signature of Employee: _Daniela C. Vott_   Date 05-15-2003   Date of Birth 2-17-1969

The following section must be completed and signed by the attending physician.
The purpose of this report is to assist us in making a disability determination. Please complete all applicable sections of this form.
A MetLife claim representative may telephone your office if additional information is needed.

**History**

Symptoms result from: ☐ Injury ☑ Illness ☐ Pregnancy   If pregnancy, delivery date _____ ☐ Expected _____ ☐ Actual

Is condition work-related? ☐ Yes ☑ No   Type of delivery _____

Initial date of treatment 2-18-03   Most recent date of treatment 4-29-03

Did you advise the patient to cease the above noted occupation? ☐ Yes ☑ No   If Yes, Date _and advised patient from 3/22/03 to 5/1/03_

Names and Phone Numbers of the other providers the patient was referred to:

| Name | Phone # | Name | Phone # |
|---|---|---|---|
| Wayne Downs, M.D | 277-1623 | Schlosstein, M.D | 563-3929 |

Has patient been hospitalized? ☐ Yes ☑ No   If Yes, Date Confined _____ through _____
Name and address of facility

**Diagnosis and Treatment**

Primary ICD-9 729 . 1   Diagnosis Myalgia

Secondary ICD-9 729 . 5   Diagnosis Pain in limb

Subjective Symptoms Myalgias

Objective Findings (Include copies/results of any x-rays, lab tests', EKG's, MRI's, scans and office notes)
Tender points

Current and Recommended Treatment Plans Acupuncture, Rheumatology evaluation

If surgery performed/anticipated, provide the following:

CPT-4 _____   Procedure _____   Date _____

Medications prescribed (names, dosages)
Menaller 4 mg BID
Neurontin 300mg am, noon, 600mg qhs

Continued on Reverse-Side    JY5320.SCRE (04/01)

00302010000000000000P

ML 00231

**MR0221**

DEF 00210
*Valenote v. Met. Life*

031027 013236

Name of Employee: *DANIELA · VALENOTE*    Social Security Number: *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*

## Psychological Functions

Check applicable box below
- [ ] Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations)
- [ ] Class 2 – Patient is able to function in most stress situations and engage in some interpersonal relations (slight limitations)
- [ ] Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
- [ ] Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
- [ ] Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)

Remarks: *Unknown*

What stress factors or problems with interpersonal skills have affected patient's ability to perform the duties of his or her job?

Is patient competent to endorse checks and direct use of the proceeds?   [✓] Yes  [ ] No

## Physical Capabilities  *Would need PCExam (Physical Capacity Exam)*

(a) Patient's ability to: (circle)                         (b) Patient's ability to: (circle)

| | Hours | (check) | | Climb | Yes | No |
|---|---|---|---|---|---|---|
| Sit | 0 1 2 3 4 5 6 7 8 | [ ] Continuously [ ] Intermittently | Twist/bend/stoop | Yes | No |
| Stand | 0 1 2 3 4 5 6 7 8 | [ ] Continuously [ ] Intermittently | Reach above shoulder level | Yes | No |
| Walk | 0 1 2 3 4 5 6 7 8 | [ ] Continuously [ ] Intermittently | Operate a motor vehicle | Yes | No |

(c) Patient's ability to lift/carry: (check)

| | Never 0% | Occasionally 1-35% | Frequently 36-66% | Continuously 67%-100% | (d) Patient's ability to perform repetitively: (circle) | Right Hand | Left Hand |
|---|---|---|---|---|---|---|---|
| Up to 10 lbs. | [ ] | [ ] | [ ] | [ ] | Fine finger movements | Yes No | Yes No |
| 11 to 20 lbs. | [ ] | [ ] | [ ] | [ ] | Eye/hand movements | Yes No | Yes No |
| 21 to 50 lbs. | [ ] | [ ] | [ ] | [ ] | Pushing/pulling | Yes No | Yes No |
| 51 to 100 lbs. | [ ] | [ ] | [ ] | [ ] | | | |
| Over 100 lbs. | [ ] | [ ] | [ ] | [ ] | Dominant hand | R | L |

(e) In your opinion, why is patient unable to perform job duties?

(f) Patient can work a total of _____ hours per day?

(g) Do you expect improvement in any area?
    (If so please comment and give dates/timeframes.)

## Cardiac

Functional Capacity (American Heart Association) Complete only if applicable.

[✓] Class 1 (No Limitation)   [ ] Class 2 (Slight Limitation)   [ ] Class 3 (Marked Limitation)   [ ] Class 4 (Complete Limitation)

Blood pressure (latest reading) _____/_____ as of (date) _____/_____

Is patient in a cardiac rehabilitation program?

## Prognosis

Have you advised patient to return to work?  *Work release written for RTW 5/1/03*

- [ ] Yes  If Yes, date of return _____   [ ] To regular occupation   [ ] Full Time   [ ] Part Time
                                                     [ ] To any other occupation   [ ] Full Time   [ ] Part Time
- [ ] No  If not, please explain.

Any work/activity restrictions applicable (please be specific):

## Rehab

Do you suggest that the patient become involved in any of the following? Please check as many as apply.
If so, was this discussed with the patient?   [✓] Yes  [ ] No

- [✓] Physical Therapy          [ ] Pain Management Program       [ ] Vocational Rehabilitation
- [ ] Occupational Therapy      [ ] Work Hardening Program        [✓] Psychological Counseling
- [ ] Cardiac Rehabilitation    [ ] Job Modification              [✓] Other *Acupuncture*

0 0 3 0 2 0 1 0 0 0 0 0 0 0 0 0 0 0 0 0 P

ML 00232

**MR0222**

DEF 00211
*Valenote v. Met. Life*

031027013236

## Disability Claim Attending Physician Statement (Continued)

Name of Employee: DANIELA C. VALENOTE _____ Social Security Number: 590·16·7361

### Fraud Warning:

If you reside in one of the following states, one of the following state warnings may apply to you:

**New York** [only applies to Accident and Health Benefits (AD&D/Disability/Dental)]: I know it is a crime to fill out this form with facts I know are false or to leave out facts I know are important. I know that if I do this, I may also have to pay a civil penalty of up to $5,000 plus the value of the claim.

**Florida:** Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**Kansas and Massachusetts:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, and may subject such person to criminal and civil penalties.

**New Jersey:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Oklahoma:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto may be guilty of insurance fraud, and may be subject to criminal and civil penalties.

**Virginia:** Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, files a claim containing a false or deceptive statement may have violated state law.

If you reside in any state other than those listed above, then the following warning may apply to you:

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

| Physician | | |
|---|---|---|
| Name: J BGARD MD | Degree/Specialty: PMR | |
| Street Address: 4/80 Lake Otis #218  City: Anchorage | State: AK | Zip Code: 99508 |
| Telephone # (907·677·7440  Fax # (907·677·0441 | Tax ID # 92-0176238 | |
| Contact person if additional information is necessary | | |
| Signature: [signature] | Date: 6-5-03 | |

||||||| 00502010000000000000P

ML 00233

DEF 00212
*Valenote v. Met. Life*

MR0224

10/27/2003 MON 15:35  FAX 907 7ᵃ° 8284 Advanced Pain Centers Ak                    @001/006

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310
Anchorage, AK  99508
(907) 278-2741 phone
(907) 743-8284 fax

Grant J. Roderer, M.D. • Lawrence W. Stinson, M.D.
Susan E. Anderson, M.D. • Gregory R. Polston, M.D.
Robert D. Trombley, Ph.D.

## FACSIMILE TRANSMITTAL

To: _METLIFE_  Attn: _ANDA PANASCU_     Fax: _866 - 690 - 1264_

From: _ARDEN_                        Date: _10/27/03_

Re: _VALENOTE, DANIELA_             Pages: _6_
                                    (Including cover sheet)

Urgent    For Review    Please Comment    Please call to confirm receipt    Please reply

_____

_____

_____

_____

_____

_____

The information contained in this fax is confidential and intended only for the designated recipient.  If you have received this in error, you are hereby notified that review, dissemination, distribution or copying of this information is forbidden.  If you have received this in error, please notify us immediately by telephone (907) 278-2741 and return the original fax by mail to the address above.  Thank you for your cooperation.

Advanced Pain Centers of Alaska                                    Administration Office

ML 00161

MR0225                                    DEF 00146
                                          Valenote v. Met. Life

10/27/2003 MON 15:35 FAX 907 7'' 8284 Advanced Pain Centers AK                    ☑002/006

**Patients' Consent for Disclosure of Confidential Information**

Patient Name: _Daniela C. Valenote_    Birth Date: _02-17-1969_

Release to:    (Name and Address)

**ADVANCED PAIN CENTERS OF ALASKA**
3500 LATOUCHE, SUITE 310
ANCHORAGE, AK 99508

Phone: (907) 278-2741
Fax: (907) 743-8284

_MetLife, Attn: Anda Panoscu_
_Claim # 870308078357_
_Fax 866-690-1264_

I request and authorize Advanced Pain Centers of Alaska  (facility or organization) _____
to release the information specified below to the individual/organization listed above.

| | | | |
|---|---|---|---|
| _____ EKG | Discharge Summary | _____ ER Record | _____ History & Physical |
| _____ Lab | _X_ Operative Reports | _____ Consultations | _X_ Progress Notes |
| _____ Other | Radiology | _____ Face Sheet | _____ Complete Chart |

→ _Discography, Oct. 14, 2003_                                          → _Oct 6, 2003_

I understand that information to be released may include information regarding the following conditions, (checking the boxes below does not indicate that I have these conditions, but allows the records department to release the record without review).

_____ Drug abuse, if any                _____ AIDS/HIV, if any                _____ Alcohol Abuse, if any
_____ Psychiatric Conditions, if any

If the information released pertains to alcohol or drug abuse, I understand the confidentiality of the information is protected by Federal Law (42 CFR, Part 2).

This consent for release of confidential information expires in 90 days.  I understand that I may revoke this authorization at any time, except to the extent that action has already been taken in compliance with this consent.  This facility, it's employees, and the attending physician are hereby released from legal responsibility or liability for the release of the above information.  I also understand my first copy is free of charge, but I may be charged for additional copies in the future.

**Purpose of Disclosure (Please check all applicable):**

_____ Further Medical Treatment    _____ Legal Proceedings    _X_ Insurance Claim    _____ Other (Specify)

**NOTICE:** To Individual/Organization Receiving Information:  Federal laws and regulations prohibit disclosure of the information whose confidentiality is protected in the absence of specific consent of the patient or person authorizing the consent for the patient.

_[signature]_                                          _10-27-03_
Signature of Patient                                   Date

Signature of Person Authorized to Sign for Patient      Relationship

Address                                                Phone Number

City, State, and Zip Code                              Driver's License # or other ID

Signature of Witness                                   Signature of Witness

10/6/2003

ML 00158

**MR0226**

DEF 00143
*Valenote v. Met Life*

10/27/2003 MON 15:36  FAX 907 7'' 8284                                    ☒003/006

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROCEDURE NOTE

> Name: VALENOTE, DANIELA
> DOB:
> SSN: 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

**DATE:** 10/14/2003

**PERFORMED BY:** Susan R. Anderson, M.D.

**PREPROCEDURE DIAGNOSIS:** Diskogenic low back pain at L3-4.

**POSTPROCEDURE DIAGNOSIS:**

**PROCEDURE PERFORMED:** Lumbar diskography performed at levels L2-3, L3-4, L4-5, and L5-S1 using Omnipaque 240 with Rocephin 5 mg per cc under fluoroscopic guidance with conscious sedation and diskography interpretation.

**MEDICATION INJECTED:**

**ANESTHESIA:** Conscious sedation Versed 2 mg IV prior to the procedure and 100 mcg fentanyl IV after the procedure.

**COMPLICATIONS:** None.

**POSTPROCEDURE DIAGNOSES:**
1. Diskogenic low back pain at L5-S1.
2. Minimal complaint of L3-4 diskogenic pain by provocative diskography.

**FLUIDS:** IV access.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**INDICATIONS:** As above.

**PROCEDURE:** The patient was brought to the fluoroscopy suite after informed consent and IV access was obtained. Vital signs were found to be stable. No EKG, laboratory, or radiologic values to contraindicate procedure. The patient was placed in the prone position with all pressure points padded. Standard monitoring applied. The lumbosacral area was prepped and draped in a sterile manner. Using direct AP fluoroscopy the L5 vertebral body was identified. View was changed to the left oblique. Flattening of the endplates and a skin wheal was raised lateral to the S1 superior pars using 3 to 4 cc of 1% lidocaine. A 20-gauge introducer needle was advanced through the skin wheal in gun barrel fashion. An additional 2 cc for a total of 5 cc of 1% lidocaine were injected through this level. A 25-gauge Quincke needle was advanced through the needle into the equator of the disk. It was noted to be at midline in AP view. The same exact procedure was performed at L2-3, L3-4, and L4-5 except 2% lidocaine was used. The diskography was performed as follows: At level L2-3 opening pressure 15, disk height

Page 1

ML 00162

DEF 00147
*Valenote v. Met. Life*

**MR0227**

10/27/2003 MON 15:36  FAX 907 7?? ?284 ????? ???????? ??          ?004/006

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

greater than 50% at 0.5 cc PSI of 32, no pain response; 1.0 cc PSI of 45, no pain response; 1.5 cc PSI of 64, no pain response; 2.0 cc PSI of 9, no pain response; and the morphology of the disk is cotton ball in appearance. At level L3-4 opening pressure of 23, 0.5 cc PSI of 32, no pain response; 1.0 cc PSI of 32 with similar pressure but not really described as pain; at 1.5 cc PSI of 56, a similar pain response but not willing to describe as pain; at 2.0 cc PSI of 75 with 8/10 pain described as pressure. Pain response considered indeterminate and morphology of the disk is cotton ball in appearance. At level L4-5 opening pressure of 26, disk height greater than 50%, at 0.5 cc PSI of 42, no pain response; 1.0 cc PSI of 56, no pain response; 1.5 cc PSI of 63, no pain response; 2.0 cc PSI of 68, no pain response. Morphology of the disk is cotton ball in appearance. At level L5-S1 opening pressure of 1, 0.5 cc PSI of 21 with similar pain response; at 1.0 cc PSI of 47, similar pain response, posterior tear extreme increase in pain that is concordant with patient's complaint. Morphology of the disk is degenerate in appearance.

In conclusion, L3-4 considered indeterminate, L5-S1 considered provocative and concordant pain.

REPORT DICTATED BUT NOT READ

*Susan R Anderson*

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 10/14/2003
DT: 10/14/2003
JOB #: 210591

Page 2

ML 00159

MR0228          DEF 00144
                *Valenote v. Met. Life*

10/27/2003 MON 15:36  FAX 907 7⁴⁸ 8284  Advanced Pain Centers Ak          ☑005/006

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:
SSN:  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

**DATE:** 10/06/2003

**SUBJECTIVE:** The patient returns to the clinic for followup after her L3-4 intralaminar epidural steroid injection under fluoroscopic guidance. She reports it significantly reduced the pain on her anterior thigh and she feels it is improved. She reports "I can touch my leg again." She does note, however, she continues to have low back pain with radiation into the bilateral buttocks area. It is so sensitive she is unable to wear her SM belt because of the increased pain. Her main complaint today is the bilateral buttock pain that radiates to the lateral aspect of the thigh and knee. She describes it as shooting and sharp, continuous. NRS scale 5 to 7/10. She feels overall she is improving, but is unable to walk on uneven surfaces or sit for long periods of time.

**OBJECTIVE:** GENERAL: This is a pleasant female.
VITAL SIGNS: Pulse 96. Blood pressure 120/74. Weight 143. Noted positional intolerance during the exam.

**ASSESSMENT:**
1. L3-4 discogenic pain.
2. Right-sided sacroiliac (SI) joint arthropathy.
3. Hypermobility at L5-S1.

**PLAN:** The following plan was discussed with the patient with verbal understanding:
1. The patient will be scheduled for a four-level lumbar discography.
2. The patient will be scheduled for a functional capacity evaluation to determine limitations regarding her job description submitted today.
3. The patient is not declared medically stable.

Time spent with this patient was approximately 15 minutes.

Page 1

ML 00163

**MR0229**            **DEF 00148**
*Valenote v. Met. Life*

10/27/2003 MON 15:37 FAX 907 7** 8284 Advanced Pain Centers K                    @006/006

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 10/06/2003
DT: 10/06/2003
JOB #: 800541

ML 00160

DEF 00145
*Valenote v. Met. Life*

MR0230

**MR0231**

SENT BY: RIM ARCHITECTS;    27-SEP-03102804222216T-28-0^ '2:22PM;    PAGE 1/1



**RIM**
A R C H I T E C T S

ALASKA · GUAM · HAWAII · CALIFORNIA
845 G Street, Suite 400
Anchorage, Alaska 99501
Phone: 907.258.7777
Fax: 907.278.8195

Larry S. Cash, AIA, NCARB
James E. Dougherty, AIA, NCARB
Rolland R. Reid II, AIA, NCARB
Scott A. Bohne, AIA, NCARB
Aaron K. Joseph, NCARB
Matthew P. Vogel, Associate

www.rimarchitects.com

# FAX Transmittal

| | | Regarding | Daniela Valenote |
|---|---|---|---|
| Firm Name | MetLife | SS | 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 |
| Attention | Case worker for | DOB | February 17, 1969 |
| | Claim #: 870308078357 | Date | October 28, 2003 |
| Phone No. | | From | Penny Winchester |
| Fax Number | 866-690-1264 | # Pages | 1    (including this cover) |

If illegible or incomplete, please call (907) 258-7777 and ask for sender.

Remarks/Comments:

This fax is being sent to MetLife reconfirming that Daniela Valenote's last day worked was February 21, 2003. Daniela's employment with RIM Architects ended on May 31, 2003. Our records indicate no hours were worked for RIM Architects beyond this date.

Please call if you require additional information.

Thank you.

Copy To: _____    Signed: _____
Via:    ☐ Mail    ☐ Fax    ☐ Courier

ML 00157

**MR0232**

**DEF 00142**
*Valenote v. Met Life*

**MR0233**

031110079757



**Wilton Adjustment Service, Inc.**
P.O. Box 92670
Anchorage, AK 99509-2670
(907) 276-3311
(907) 276-7877 (FAX)
email: wasanch@alaska.net

Metropolitan Life Insurance Company                    11/03/03
P.O. Box 14590
Lexington KY 40511-4590

Re:    Claimant        :    Daniela C. Valenote
       S.S. Number :        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
       Birth Date   :       02/17/69
       Group Report#:       KMO5562954

To Whom It May Concern:

Enclosed please find a Release of Health Insurance and Disability Information on Daniela C. Valenote. If you have any records on Ms. Valenote applying for, receiving or being denied disability benefits, and any supporting medical records for these determinations, please provide us with copies.

**I realize these are pulled manually and copied.** We would be happy to pay any copying charges associated with this request. If you have any questions please do not hesitate to call me at the above number. Your cooperation is greatly appreciated.

Yours Truly,

Therese Hunt
Sr. Adjuster

Enclosure:    Release

Offices In: Fairbanks • Anchorage

ML 00223

**MR0234**

**DEF 00202**
*Valenote v. Met. Life*



031110 070757

# CONSENT TO RELEASE INFORMATION

To Whom It May Concern:

This will authorize you to release the following information pertaining to me, including but not limited to, records, notes, histories, reports, file summaries of files, x-rays, photographs, and any other written or recorded information.

1. Employment records including employment application.
2. Unemployment records.
3. Health insurance records.
4. Records of any governmental agency to include Local, State or Federal Employment, Unemployment, disability, or Vocational Education, or Training benefits or programs of any nature, including, but not limited to Social Security Employment Security, Veterans, Workers' Compensation, Department of Labor and Vocational Education benefits.

**This information is to be released to Wilton Adjustment Service, PO Box 92670, Anchorage, Alaska 99509-2670, their authorized designee, or to the company that it represents.**

A copy of this authorization shall be considered as effective and valid as the original.

_Daniela C. Valenote_
Name

_David C. Noot_
Signature

_4514 Upper Kagru Dr._
Address

_Eagle River, AK 99577_

_10-09-03_
Date

_622-1009_
Phone Number

_02-17-1969_
Date of Birth

_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_
Social Security Number

_Holly S. Thorne_
Notary Public

Holly S. Thorne, Notary Public
My Commission Expires March 13, 2007

Subscribed and sworn to, before me, this
_9th_ day of _October_ , A.D., 20_03_.

**Under AS 23.30.107 (a), an employee must provide written release of medical and rehabilitation information relating to the injury. Parties should informally resolve the disputes over what is relevant. Only in informal resolution is impossible, an employee may petition for a prehearing and a protective order within 14 days after receipt of the request to sign the release. 8 AAC 45.096.**

RECEIVED

OCT 1 0 2003

WAS, ANCHORAGE, AK

ML 00224

**MR0235**

DEF 00203
*Valenote v. Met. Life*

**MR0236**