ATTACHMENT 040510059133

COPY

## OPERATIVE REPORT

Alaska Surgery Center

**PATIENT:** Valenote, Daniela

**ACCOUNT NUMBER:** 10584

**DATE OF SURGERY:** December 3, 2003

**SURGEON:** Susan R. Anderson, M.D.

**PREOPERATIVE DIAGNOSIS:** Right L5 radicular pain secondary to discogenic pain at L5-S1.

**POSTOPERATIVE DIAGNOSIS:** Right L5 radicular pain secondary to discogenic pain at L5-S1.

**PROCEDURE:** Nucleoplasty performed at L5-S1 with heating temperature to 70 degrees Celsius within the nucleus; Post-nucleoplasty discography performed with Ancef 10 mg/cc and Omnipaque 240.

**ANESTHESIA:** Local monitored anesthesia care.

**FLUIDS:** 500 cc lactated Ringer's.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**COMPLICATIONS:** None.

**INDICATIONS:** Positive provocative discography.

**DETAILS OF PROCEDURE DETAILS OF PROCEDURE:** The patient was brought to the operating room after informed consent and IV access was obtained. Vital signs were found to be stable. No EKG, laboratory, or radiologic values to contraindicate the procedure. The patient was placed in the prone position with all pressure points padded and standard monitoring applied. The lumbosacral area was prepped and draped in the sterile manner. Using direct AP fluoroscopy, the L5 vertebral body was identified. The view was changed to right oblique with a caudal cephalad tilt to flatten the endplates. A skin wheal was raised lateral to the S1 superior pars using 5 cc of 2% buffered lidocaine. A 25-gauge spinal needle was advanced through the skin wheal touching the superior pars and then retracted, infiltrating another 5 cc of 2% lidocaine for a total of 10 cc of buffered lidocaine. A second skin wheal was made more lateral to the first, and an addition 10 cc of 2% lidocaine were used. A small nick was made in the skin with an #11 blade and a 17-gauge introducer needle was passed through the skin wheal, touching the lateral aspect of the superior pars, walking into the core of the disk, as noted in lateral view. This was advanced to loss resistance into the nucleus. This was verified by placement of a small amount

ML 00112

DEF 00097
*Valenote v. Met. Life*

040510059133

Alaska Surgery Center

OPERATIVE REPORT
PATIENT: Valenote, Daniela
ACCOUNT NUMBER: 10584
DATE OF SURGERY: December 3, 2003
SURGEON: Susan R. Anderson, M.D.
PAGE: 2

of dye inside the nucleus. It was noted to be just inside the pedicle in AP view. The skin wheal marker was placed at the level of the skin. The ArthroCare 1 was advanced through the introducer needle to the inner aspect of the anterior aspect of the annulus, as noted in lateral view. This was noted to be just inside the pedicle in AP view. Again, the marker was placed to note depth. The wand was retracted, and then ablation occurred at the 12 o'clock position for three seconds and eight seconds coblation as it was retracted. This was repeated at the 2 o'clock, 4 o'clock, 6 o'clock, 8 o'clock, 10 o'clock, and 1 o'clock positions for a total of 7. Each time the wand was passed to the most anterior aspect, it was documented to note with being behind the anterior aspect of the vertebral bodies. After the ArthroCare 1 was removed with tip in tact, 1 cc of the Omnipaque with Ancef was injected to this for prophylactic antibiotics. The needle was removed. The patient will recover in the recovery room. No radicular symptoms were noted throughout the procedure. She will wear a lumbar brace and be seen in the office in about two weeks.

_____/_____
Susan R. Anderson, M.D.          Date

SRA:kh

D: 12/03/03
T: 12/04/03

ML 00113

**MR0278**

DEF 00098
*Valenote v. Met. Life*

# Operative Data Report

040510 059133

Patient ID:10584
Patient Name: Daniela Valenote
Surgeon Name:Susan Anderson, MD

Surgery Date:December 03, 2003
Page 1 of 1



01

02

03

04

05

06

ML 00114

DEF 00099
Valenote v. Met Life



'ATTACHMENT H'

040510 059133

ALASKA · GUAM · HAWAII · CALIFORNIA

645 G Street, Suite 400
Anchorage, Alaska 99501
Phone: 907.258.7777
Fax: 907.279.8195

Larry S. Cash, AIA, NCARB
James E. Dougherty, AIA, NCARB
Rolland R. Reid II, AIA, NCARB
Scott A. Bohne, AIA, NCARB
Aaron K. Joseph, NCARB
Matthew P. Vogel, AIA NCARB

www.rimarchitects.com

December 10, 2003

RE:   **Daniela Valenote**
       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

To Whom It May Concern:

Daniela Valenote was employed with RIM Architects from February 7, 2000 through April 30, 2003.
Daniela did not work for RIM Architects after April 30, 2003.

Please contact me if you have any questions.

Thank you.

Sincerely,

RIM Architects

Penny Winchester
Executive Assistant
Human Resources

Pw/

r e s u l t s   i m a g i n a t i o n

ML 00115

**MR0280**

DEF 00100
*Valenote v. Met. Life*





# ALASKA CHIROPRACTIC
# AND THERAPY

PETER LORENTZEN
DOCTOR OF CHIROPRACTIC

March 5, 2004

Anda Tanasescu
LTD Case Manager
MetLife Disability
PO Box 14592
Lexington KY 40511-4592

Re: Daniela Valenote
    Claim # 870308078357
    Employer: RIM Architects

Dear Ms. Tanasescu:

Ms. Valenote presented herself to my office for evaluation and treatment on May 11, 2003. Her diagnosis at that time was 848.5, 739.5, 739.4, 739.2, 729.1, E929.3, and 736.39. Her injuries have been debilitating and at no time since she initiated care with my office has she been able to return to work. There was a question regarding a letter from Dr. Beard's office allowing Ms. Valenote to return to work on May 1, 2003. I cannot address her ability to work prior to her becoming a patient on May 11, 2003, but certainly from the date that she became a patient in my office to her current status, she has been unable to work.

I suspected a lumbar disc injury with Ms. Valenote, which was confirmed by MRI in December 2002 as disc herniations at L3-4, and L5-S1. I believe that the crux of Ms. Valenote's problems are a result of her lumbar disc herniations which result in her low back pain and the referred pain into her right leg, and not from fibromyalgia as was one of her previous diagnoses.

Ms. Valenote was referred to the Advanced Pain Centers of Alaska to be evaluated by Dr. Susan Anderson. Dr. Anderson performed a four level discogram in October 2003, which reinforced the MRI results from December 2002 and also revealed a tear in the L5-S1 disc. As a result of the findings of the discogram, Dr. Anderson performed a nucleoplasty on the L5-S1 disc.

11901 BUSINESS BLVD., BLDG. B, #108 • EAGLE RIVER, ALASKA 99577 • (907) 694-1285 / FAX (907) 694-1286

ML 00116

**MR0281**

DEF 00101
*Valenote v. Met. Life*

040510 059133

It is my understanding that there is confusion regarding Ms. Valenote working part-time in June of 2003. My understanding is that she has not worked since February 2003. She has continued with treatment in this office since May of 2003 as well as attending occasional physical therapy sessions, and the evaluations and treatments at Advanced Pain Centers of Alaska. It is my feeling that Ms. Valenote needs to become involved in a more frequent and active physical therapy program. She has difficulty driving for long distances and it would be more appropriate for her to attend her physical therapy sessions here in Eagle River rather than driving for a half hour each way to attend physical therapy sessions in Anchorage.

Thank you for assistance in Ms. Valenote's case. Please do not hesitate to contact me with any further questions.

Sincerely,

Dr. Peter Lorentzen D.C.
Alaska Chiropractic and Therapy

ATTACHMENT 040510 059133

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
907-622-1009

October 6, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:      870308078357
Employer:    Rim Architects

### JOB DESCRIPTION FOR AN ARCHITECT

In my experience as an Intern Architect, my duties have included:

- The hours for an Architect can vary from 8-24 hours per day depending on workload and deadlines.
    1. October 2002 I worked 8-17 hours per day.
    2. November 2002 I worked 8-11 hours per day.
    3. The following was taken from the U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook, **http://stats.bls.gov/**

*Architects may occasionally be under stress, working nights and weekends to meet deadlines. In 2000, almost half of all architects worked more than 40 hours a week, in contrast to about 1 in 4 workers in all occupations combined.*

    4. Part time employment (i.e. 4 or more hours/day) is virtually unheard of within the Architecture Profession. As a Project Architect the duties require constant management of a Project Team and Professional Consultants. This position makes it difficult to work part-time.

- Sitting for long hours at a desk, includes:
    1. Manual sketching over a flat surface.
    2. Drafting on the computer
    3. Leaning over the desk to draw – looking down 4-6 hours/day
    4. Twisting while drafting – looking from the computer to your side desk for reference on printed drawings.
    5. Bending
    6. Numerous Project related telephone calls.

ML 00118

DEF 00103
*Valenote v. Met. Life*

040510 059133

JOB DESCRIPTION FOR AN ARCHITECT
October 6, 2003                                                                    2

7. Going back and forth from the desk to printers, fax machine and copier numerous times a day.
8. Building scale models from drawings – requires use of an x-acto blade and constant leaning over the model while it's being built.

- Carrying reference manuals from the materials library and old drawing documents which can weigh 3-20 lbs. used for reference when researching precedent or working on an existing building)

- Meetings – sometimes requiring travel by car or plane
  1. During every phase of a project an Architect is on call for meetings both in and out of the office.

  2. Meetings can last from twenty minutes to numerous days.
  3. Meetings often require carrying heavy project documents and reference manuals.

Fieldwork/ Field Supervision is an essential part of the job even though the majority of our work is done in the office. Fieldwork includes:

- Business travel – includes carrying luggage and project documents combined can weigh in excess of 20 lbs.
  1. I have been flown to Louisville, KY and back to Alaska in less than 2 days for a 2-hour meeting.
  2. I have taken weekly flights to Kenai, AK to monitor a project under construction for 2 months.
  3. I have driven to a job site weekly for meetings 3+ months for design and construction.
  4. Drive back & forth from the office to multiple meetings weekly.

- Site visits on undeveloped land – walking on uneven ground

- Site visits to existing buildings for assessment of existing conditions can take hours and include:
  1. Carrying documents and camera
  2. Bending
  3. Climbing
  4. Crawling
  5. Walking
  6. Standing

- On-site inspection and review can last hours during the construction phase:
  1. Carrying documents and camera
  2. Walking on uneven ground
  3. Climbing ladders, scaffolding and unfinished stairs
  4. Crawling

ML 00119

**MR0284**

DEF 00104
*Valenote v. Met. Life*

JOB DESCRIPTION FOR AN ARCHITECT                                    3
October 6, 2003

      5.  Bending
      6.  Standing

The job description for an Intern Architect is the same as for an Architect. The difference is an Intern has not completed the Internship Development Program and/or Architect Registration Exam. I have completed IDP and am in the process of completing the A.R.E.

Please include this supplement to the Long Term Disability Employer Statement dated by RIM Architects of June 12, 2003. I have reviewed this supplement with Matt Vogel, Architect and Principal with RIM Architects, and he takes no exceptions to the items listed. At Matt's request please contact him at 907-258-7777 to verify these items. If I can provide further clarification to the above, please give me a call at home, 907-622-1009.

Sincerely,

Daniela C. Valenote


Cc: Matthew Vogel
    Dr. Susan Anderson, M.D.
    Amy Azevedo, PT

ML 00120

**MR0285**

**DEF 00105**
*Valenote v. Met. Life*

**MR0286**

05/04/2004    07:56    BEZEK DURST SEISER    DCN=040504038347    NO.003    P01

**BDS**

Bezek

Durst

Seiser

Architects

# Fax Cover Letter

**Tuesday, May 04, 2004**

**Reference:** Claim #:  870308078357

**From:** Victor Valenote

**To:**    Anda Panasescu
          LTD Case Manager

**Total Number of Pages Being Transmitted:** 26

## Remarks

Anda,

This is the Appeal Letter of Daniela Valenote dated May 4, 2004.
A hard copy directed to you is in the mail.

Thank you,

Victor

3330 C Street

Suite 200

Anchorage

Alaska

99503

(907) 562-6076

F (907) 562-6635

www.bdsak.com

ML 00121

**MR0287**

DEF 00106

*Valenote v. Met Life*

05/04/2004    07:56    BEZEK ™ ™ST SE… DCN=040504038347                          NO.003  P02

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

May 4, 2004

Anda Panasescu
LTD Case Manager
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:      870308078357
Employer:     Rim Architects
RE:           Denial of LTD Claim

Dear Ms. Panasescu,

I hereby am requesting an appeal of my claim in response to the second denial letter
received from METLife dated November 26, 2003.

I have more than met the standards of Disability or Disabled as defined by my former
Employer's Plan.  I have "received Appropriate Care and Treatment from a Doctor on a
continuing basis" and "have been unable to earn more than 80% of my Predisability
Earnings."

METLife has been given of all this medical information either from correspondence or
countless phone conversations with my Patient Advocate, Virginia Valenote.
I have been under the care of numerous Physicians and sought medical care as follows:

- Nov. 5, 2002     First date I saw Dr. Orzechowski (family doctor) for low
                   back pain.
- Dec. 18, 2002    Dr. Orzechowski had me stop working for low
                   back treatment.
- Jan. 6, 2003     I returned to work on a part-time basis 4-6 hours/day under
                   supervision and recommendation of Dr. Orzechowski.
- Jan. 2003        Dr. Orzechowski referred to Dr. Edward Voke
                   (Orthopedic), first available appointment Jan. 2003.
                   Referred to Dr. Wayne Downs (Neurologist), first available
                   appointment Feb. 2003.
                   Referred to Dr. Joella Beard (Physiatrist) first available
                   appointment with her nurse, Deb Kiley Feb. 2003.
                   Also referred to Dr. Lee Schlosstein (Rheumotologist and
                   Internist) first available appointment May 2003.
- Feb. 21, 2003    Last day of work due to Chronic Pain, under the
                   supervision and recommendation of Dr. Orzechowski.

ML 00122

MR0288                                    DEF 00107
                                          Valenote v. Met. Life

05/04/2004    07:56    BEZEK ??ST SE?? ??? 04050403847    NO.003    003

2

| | | |
|---|---|---|
| • | March 2003 | Dr. Beard's clinic took lead in my care, which was previously Dr. Orzechowski's role. Nurse Kiley recommended no work until at least May 1, 2003. She also referred me to Physical Therapy (HealthSouth), Rosemary Cody (Acupuncturist) and Dr. Rhene Merkouris (my OB/GYN) for evaluation. |
| • | March 2003 | Injection ordered by Dr. Beard in right S-I joint. |
| • | March 2003 | Began Physical Therapy and Acupuncture. |
| • | April 2003 | I saw Dr. Rhene Merkouris (OB/GYN) she recommended I change Neurologists from Dr. Wayne Downs to Dr. Mary Downs. I reported an exasperation of pain due physical therapy received from HealthSouth. She recommended I change Physical Therapists to a specialist in women's health, Joy Backstrum with The Physical Therapy Place. |
| • | April 2003 | Dr. Beard's Nurse, Deb Kiley, approved changing Physical Therapists from HealthSouth to The Physical Therapy Place. |
| • | April 2003 | Deb Kiley recommended Chiropractic Care with whomever the Acupuncturist recommended. The first available appointment with Dr. Peter Lorenzten, May 2003. |
| • | May 2003 | Dr. Lorenzten referred to Massage Therapy with Terry Windecker. |
| • | May 2003 | I stopped physical therapy with The Physical Therapy Place in lieu of Chiropractic Care and Massage Therapy, a different form of physical therapy. |
| • | July 2003 | My Chronic Pain still had not improved therefore Dr. Mary Downs referred me to The Advanced Pain Centers of Alaska, first available appointment July 2003. |
| • | July 21, 2003 | First appointment with Dr. Susan Anderson (M.D.) and Dr. Trombley (Pyschologist) with the Advanced Pain Centers of Alaska. She referred me to physical therapy with Amy Acevedo with Advanced Physical Therapy of Alaska, first appointment July 2003. |
| • | July 24, 2003 | Dr. Beard released me from her care to the care of The Advanced Pain Centers of Alaska. |
| • | Aug. 2003 | Dr. Anderson performed injection into right S-I joint. |
| • | Aug. 2003 | Dr. Anderson performed injection into right pubic symphysis joint. |
| • | Sept. 2003 | Dr. Anderson performed injection into L3/4 disc and right hip bursa. |
| • | Oct. 2003 | Dr. Anderson performed 4 level Diskography, L2/3 – L5/S1. |
| • | Oct 2003 | Unable to continue with Acupuncture due to Lack of financial resources. |

ML 00123

MR0289

DEF 00108
*Valenote v. Met. Life*

05/04/2004    07:56    BEZEK FIRST SEIBEL    DFCN=040650403347    NO.003    P04

3

- Dec. 2003     Dr. Anderson performed Nucleoplasty on L5/S1 as a result of Diskography done in Oct 2003.
- Jan. 2004     Dr. Anderson performed Epidural Injection L5/S1.
- March 2004     Dr. Lorentzen referred me to physical therapy with Elaine Heddens of the Bearfoot Wellness Studio, first appointment March 2004.

The following is responses to MetLife's statements in the denial letter dated Nov. 26, 2003.

METLife stated, " Futhermore, you were released by Dr. Beard to return to work as of May 1, 2003." My Work Release Letter from Dr. Beard's Clinic expired May 1, 2003. This is not the same as a Return to Work Letter. I had an appointment with Nurse Kiley on April 29, 2003 (which was 2 days prior to May 1st) and at no time during this appointment did she say I was able to return to work. As a matter of fact, on my "Plan of Care" statement dated April 29, 2003 (Attachment A) there is no return to work recommendations. If I was told to return to work on May 1, 2003 there should be a letter releasing me back to duty with an explanation of whether or not there are any limitations to my physical activity, daily/weekly hours and needed break schedules, etc.; just as Dr. Orzechowski supplied on January 6, 2003 when he returned me to work. There is no Return to Work Letter dated May 1, 2003 in existence (I have been provided a copy of my entire file from Dr. Beard's Clinic). In addition, the day I resigned my position with RIM Architects Larry Cash (Architect, CEO and Partner) and Matthew Vogel (Architect, Partner and my direct Supervisor) offered me a standing position with RIM effective immediately once I regain health and provided that I have a letter from a Doctor releasing me back to my duties. This information can be verified and should be verified (907-258-7777).

METLife stated, "Calls made to the other two providers, Dr. Downs and Dr. Orzechowski revealed neither advised you to stop working for your condition on or before February 21, 2003." However you referenced a letter from Dr. Orzechowski dated Sept. 22, 2003 (Attachment B), which clearly states, the first date I was told to stop working for treatment was Dec. 18, 2002. In his letter dated Dec. 11, 2003 (Attachment C) Dr. Orzechowski has elaborated, "returned to work part-time/restricted duty on Jan. 6, 2003." I continued to work part-time until the pain was unbearable. On February 21, 2003 the Doctor told me to stop working. This information has been documented not only in correspondence from Dr. Orzechowski but also from RIM Architects on the Employer Statement dated June 12, 2003 and in correspondence dated August 1, 2003 (Attachment D).

METLife stated, "Dr. Beard released me from her care on July 24, 2003." However you referenced a letter from Dr. Beard letter dated Oct. 22, 2003 where she stated, "at the time of dismissal from our clinic the plan was for her to continue treatment with the Advanced Pain Centers of Alaska." I began care with the APCA on July 21, 2003 per a referral from Dr. Mary Downs. This was just 3 days before Dr. Beard released me from her care and into the care of Dr. Susan Anderson with APCA. A patient is only admitted to care by The Advanced Pain Centers of Alaska if they are in Chronic Pain or the pain is

ML 00124

MR0290

DEF 00109
*Valenote v. Met. Life*

05/04/2004 07:56 BEZEK MOST SE... DFCN =04050 4038347 NO.003 D05

4

severe. According to the Pain Center the definition of Chronic Pain states that a person must be in constant pain for a minimum of 3 months. Since I began care on July 21, 2003 my Chronic Pain must have been documented and severe enough since at least April 2003 to be accepted as a patient (which is within my Elimination Period, Feb. 21 - May 22, 2003).

METLife stated, " You were released from physical therapy on May 12, 2003 per the physical therapy notes supplied by HealthSouth." However, I changed Physical Therapists from HealthSouth to 'The Physical Therapy Place' on April 21, 2003 after a referral by Dr. Merkouris as well as approval by Nurse Kiley (Dr. Beard's Clinic) which is also pointed out in my timeline. This information was provided to you in my appeal letter dated Sept. 9, 2003 as well as by my Patient Advocate, Virginia Valenote, but no attempt was made to contact 'The Physical Therapy Place' to verify I was a patient. Attached are chart notes from this time period including one dated May 13, 2003 (Attachment E). I was released from HealthSouth Physical Therapy not because I recovered but because I changed Therapy. I started receiving Chiropractic Care from Dr. Peter Lorenzten (May 11, 2003) per the recommendation of Nusre Kiley (Dr. Beard's Clinic) and Rosemary Cody (Acupuncturist). Dr. Lorenzten in turn referred me to Massage Therapy (Terry Windecker), a different form of Physical Therapy. Dr. Susan Anderson of The Advanced Pain Centers of Alaska referred me to Advanced Physical Therapy of Alaska in July 2003. I was a patient with this group until this April when Dr. Lorenzten referred me to a Physical Therapist, Elaine Heddens with the Bearfoot Wellness Studio (Attachment F, dated April 8, 2004). This change was made because after my Nucleoplasty in Dec, 2003 the 30-45 minute drive to Anchorage has become difficult. Therefore he referred me to a Physical Therapist closer to home (15 minutes).

METLife stated, "Information in file indicates that you complained of pain predominantly in the right buttock region." You reduced the widespread pain I have experienced since November 2002 to only a symptom of referred pain, the right buttock region, rather than the problem itself. The pain I experience is low-back pain with referred pain radiating thru my buttocks, legs and into my feet as well as pain from the mid-back referred up to my neck, head, thru my arms and into my hands. The pain is predominantly right-sided. As you have stated "the only two abnormal findings cited in the file include the MRI of the lumbar spine from December 2002 and the diskography from October 2003." But yet you state "...the findings are not likely to be clinically significant in view of no disc extrusion nerve root compression, spinal cord compression, etc. The positive diskogram results at L5/S1 may explain some of your pain." Firstly the December 2002 MRI did find disc extrusion at L3/4 and L5/S1. These abnormal findings were deemed "clinically significant" enough by Dr. Anderson to perform steroid injections into the right S-I joint, pubic symphysis, and an epidural in L3/4. In addition the Procedure Noted dated Oct. 14, 2003 Dr. Anderson stated, "At level L5/S1... posterior tear extreme increase in pain that is concordant with patient's complaint. In conclusion... L5/S1 considered provocative and concordant pain." These results are "clinically significant" and deemed severe enough to perform a Nucleoplasty at L5/S1 on December 3, 2003 (Attachment G). Your office was informed of this schedule a month prior to the procedure. But yet just 7 days before the Nucleoplasty you denied my claim and implied my condition isn't "clinically significant" to warrant the pain I have been experiencing.

ML 00125

**MR0291**

DEF 00110

*Valenote v. Met. Life*

5

METLife stated, "Despite the pain, you were allegedly working 10 hours a week in June of 2003, per information received by Dr. Beard's office." When this question arose in October 2003, RIM Architects sent you correspondence stating that I have not been employed since April 30, 2003. In conversations with my patient advocate, Virginia Valenote, METLife assured her it was understood I never returned to work. I have also attached a letter from RIM Architects dated December 10, 2003 (Attachment H) reiterating this fact. Dr. Lorenzten's letter dated March 5, 2004 (Attachment I) also states this fact. In addition my policy states I can earn up to 80 % of my Predisability Earnings. Therefore if I was able bodied enough to work part-time, I could go back to work without being in violation of the policy. However, the fact still remains, I have never returned to work.

METLife has selectively chosen my medical records, Providers, and various documents/correspondences to use in the determination of my Disability. Attempts were made to contact only three out of nine Doctors I have seen since Nov. 2002. I ask that you please consider contacting at least the Doctors I saw during my Elimination Period. Dr. Peter Lorenzten is one of these Providers. In his letter dated March 5, 2004 he stated, "Her injuries have been debilitating and at no time since she initiated care with my office has she been able to return to work." Also after my Employer and I reviewed the Employer Statement/Job Description dated June 12, 2003 it was determined the information provided did not accurately describe my position. In response to this I sent METLife a "Job Description for an Architect" dated Oct. 6, 2003 (Attachment J). This letter was reviewed and approved by my Direct Supervisor, Matthew Vogel (Architect and Partner with RIM Architects). In this letter, I requested METLife to consider this Job Description as a Supplement to the Employer Statement/Job Description. In addition Matt requested you contact him to verify the content of the letter. No attempt was made to contact him. Please consider contacting him (907-258-7777) and using the "Job Description for an Architect" in your review of my case.

In conclusion, *I have been and have remained totally disabled since February 21, 2003.* Short Term Disability was awarded based on my medical records and work release letters from both Dr. Orzechoski and Nurse Deb Kiley. During my elimination period I was not advised to return to work nor have I ever returned to work. This entire event has been painful and traumatic for my life and career as an Architect have come to a stand still. My post-operative recovery has been long and arduous. My current therapy, although slow, seems to be promising. I can only hope to be back at work and on with my life sooner than later.

Please feel free to contact Virginia Valenote or myself to further discuss this claim.

Sincerely,

Daniela C. Valenote

Attachments A-J
Cc: State of Alaska Division of Insurance

ML 00126

DEF 00111
*Valenote v. Met. Life*

## Rehabilitation & Sports Medicine
4100 Lake Otis Parkway, Suite 218  ~  Anchorage, Alaska 99508
(907) 677-7440 phone  ~  (907) 677-7441 facsimile

**VALENOTE, DANIELLE**
Patient

**PLAN OF CARE**

04-2903
Date of Service

☐ **Prescriptions**    *Add 4mg Zanaflex to noon Neuronte*

Prescription _____    Instructions *Nasonort AA 2spray each nostril 1x/day*

Prescription _____    Instructions *Use nasal saline at least 3-4x/day*

Prescription _____    Instructions

☐ **Therapies**    *cont ē Joy Breckdine RPT*
*cont ē Rosemary*

Therapy Group _____    Instructions _____

Therapy Group _____

☐ **Imaging Studies**

Imaging Center _____    Instructions _____

Imaging Center _____

☐ **Consultations**    *Schloosten   May 28*
*Downs       May 13*

Physician / Clinic Name _____    Instructions _____

Physician / Clinic Name _____

☐ **Return to Work Recommendations**

☐ May Return to Work without Restrictions    ☐ May Return to Work with Restrictions    ☐ May Not Return to Work

Instructions _____

☐ **Other Instructions**

_____

_____

☑ **Next Appointment** *p Dr Schloosten, appt.*    ☐ **No Appointment Is Needed**

☑ 06-10-03 / 12:45 p.m.
Date / Time

☐ Appointment will be considered after _____

I understand this plan and will comply with its instructions.    X _____
                                                                  Patient's Signature

ML 00127

**MR0293**

DEF 00112
*Valenote v. Met. Life*

05/04/2004    07:56    BEZEK POST SE DFCN=040504030347    NO.003    D08

'ATTACHMENT B'

### MICHAEL W. ORZECHOWSKI, M.D., M.P.H., R.N.



3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99506
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

September 22, 2003

To Whom It May Concern:

My patient Daniela Valenote has low back pain with right leg sciatica. She was first treated on November 5, 2002 for the low back pain with right leg sciatica. The first day she stopped working for treatment was December 18, 2002. If you have any questions please call my office. Thank you.

Sincerely,

Michael W Orzechowski, MD
dl

ML 00128

**MR0294**

DEF 00113
*Valenote v. Met. Life*

05/04/2004    07:56    BEZEK POST SEIBE... DCN=04050403834...    NO.003    D09

'ATTACHMENT C'

MICHAEL W. ORZECHOWSKI, M.D., M.P.H., R.N.



3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 563-1800
FAX: (907) 563-0100

December 11, 2003

Re: Valenote, Daniela C
Dob: 2-17-1969

To whom it may concern:

My patient Daniela C Valenote was seen under my care in December 18, 2002 for a back treatment. This was her first day of no work for this treatment. On January 6, 2003, my patient was to return to work with restricted duty 4 hours to 6 hours per day. On February 19, 2003, Daniela was instructed no work for 2 weeks.

Should you have any questions, please call my office.

Sincerely,

Michael W Orzechowski, MD, MPH, RN
mo:ln

ML 00129

DEF 00114
*Valenote v. Met. Life*

**MR0295**

05/04/2004    07:56    BEZEK ~~~T SE  DCN=040504038347                    NO.003    D10

'ATTACHMENT D'

RIM
A R C H I T E C T S

ALA:  . IIM · HAWAII · CALIFORNIA
846 0 Street, Suite 400
Anchorage, Alaska 99501
Phone: 907.258.7777
Fax: 907.279.8196

Larry S. Cash, AIA NCARB
James E. Dougherty, AIA
Roland B. Reid II, AIA NCARB
Scott A. Bohm, AIA NCARB
Aaron K. Joseph, NCARB
Matthew P. Vogel, Architect

www.rimarch.com

# FAX Transmittal

|  |  |  |  |
|---|---|---|---|
| Firm Name | Met Life | Project | Daniela Valenote |
| Attention | Joseph Jones | Project No. | |
| Phone No. | | Date | August 1, 2003 |
| | | From | Penny Winchester |
| Fax Number | 1-868-8901284 | # Pages | 3    (Including this cover) |

If illegible or incomplete, please call (907) 258-7777 and ask for sender.

Remarks/Comments:

Copy To: _____    Signed: _____
Via:    □ Mail    □ Fax    □ Courier

ML 00130

DEF 00115
*Valenote v. Met Life*

MR0296

05/04/2004   07:56   BEZEK FIRST SEIDE   DCN=040504030547     NO.003   D11



**RIM**
A R C H I T E C T S

ALASKA • GUAM • HAWAII • CALIFORNIA
645 G Street, Suite 400
Anchorage, Alaska 99501
Phone: 907.258.7777
Fax: 907.279.8195

Larry S. Cash, AIA, NCARB
James E. Dougherty, AIA, NCARB
Rolland R. Reid II, AIA, NCARB
Scott A. Bahne, AIA, NCARB
Aaron K. Joseph, NCARB
Matthew P. Vogel, MEMBER
www.rimarchitects.com

August 1, 2003

Met Life
Joseph Jones

VIA FAX: 1-866-690-1264

RE:   DANIELA VALENOTE
      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

Dear Mr. Jones:

Following is information you requested regarding Daniela's Disability Claim:

Daniela's last day worked was December 17, 2002. She returned to work on January 6, 2003. This confirms the information provided in Section 3 of the Employer Statement, dated June 12, 2003 (attached).

During this time off, four (4) days were taken as unpaid leave.

Thank you for your assistance in processing this claim.

Sincerely,

RIM Architects

*Penny Winchester*
Penny Winchester
Human Resources

ML 00131

**MR0297**

DEF 00116
*Valenote v. Met. Life*

05/04/2004   07:56   BEZEK FIRST SE...   FCN ...   NO.003   P12

Joy Backstrum, Physical Therapis
The Physical Therapy Place
4050 Lake Otis Pkwy  #111
Anchorage, Ak  99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

Name: Daniela Valenote

Date: 4/21/03

Account Number:

DX: 719.45, 724.6

SUBJECTIVE: _(handwritten, illegible)_

OBJECTIVE: _(handwritten, illegible)_

| CODES | CHARGES | UNITS |
|-------|---------|-------|
| 97001 | PT Evaluation | |
| 97002 | PT Re-evaluation | 1 |
| 97112 | Neuromuscular 15' | |
| 97140 | Manual Therapy 15' | |
| 97110 | Therapeutic Exercise 15' | 1 |
| 97530 | Therapeutic Activity 15' | |
| 97535 | ADL's 15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| 97116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

Manual Therapy: _(handwritten, illegible)_

Neuromuscular Reeducation:

Therapeutic Exercise/Activity: _(handwritten, illegible)_

Postural/ Body Mechanics instruction: _(handwritten, illegible)_

Modalities: _(handwritten, illegible)_

ASSESMENT: _(handwritten, illegible)_

Total = 124.00

GOALS: _(handwritten, illegible)_

PLAN: _(handwritten, illegible)_

Manual Therapy

Therapist: _(signature)_

'ATTACHMENT E'

ML 00132

DEF 00117
Valenote v. Met. Life

05/04/2004   07:56   BEZEK FIRST SEI... DCN: ...  NO.003   P13

Joy Backstrum, Physical Therapist
The Physical Therapy Place
4050 Lake Otis Pkwy  #111
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

DX: 719.45, 724.6

SUBJECTIVE:

*Same pain!*

Name: *Daniela Valenote*

Date: 4/30/03

Account Number:

OBJECTIVE: Pre:

| CODES | CHARGES | UNITS | |
|-------|---------|-------|---|
| 97001 | PT Evaluation | | Port: |
| 97002 | PT Re-evaluation | | |
| | | | Manual Therapy: |
| 97112 | Neuromuscular  15' | | |
| 97140 | Manual Therapy 15' | 1 | |
| 97110 | Therapeutic Exercise 15' | | |
| 97530 | Therapeutic Activity 15' | 1 | |
| 97535 | ADL's 15' | | |
| | | | Neuromuscular Reeducation: |
| 90901 | Biofeedback training | | |
| 90911 | Biofeedback | | |
| | | | Therapeutic Exercise/Activity: |
| 97014 | Electrical Stim (Unattended) | | |
| 97032 | Electrical Stim (Attended) | | |
| | | | |
| 97033 | Ultrasound | | Postural/ Body Mechanics instruction: |
| | | | |
| 97116 | Gait training | | |
| | | | |
| | | | |
| | Supplies: | | Modalities: |
| 99070 | SEMG | | |

ASSESSMENT:

GOALS:

PLAN:

Therapist: _____ PT

ML 00133

**MR0299**

DEF 00118
*Valenote v. Met. Life*

05/04/2004    07:56    BEZEK NPST SEIBERT    NO.003    D14

DCN=0405040030847

DX: 719.45, 72...6

The Physical Therapy Place
4050 Lake Otis Pkwy  #111
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

SUBJECTIVE:

Fn tears — "always" in pain

Name: Daniela Valenote

Date: 5-6-03

Account Number:

OBJECTIVE: Pre

Post:

| CODES | CHARGES | UNITS |
|-------|---------|-------|
| 97001 | PT Evaluation | |
| 97002 | PT Re-evaluation | |
| | | |
| 97112 | Neuromuscular  15' | |
| 97140 | Manual Therapy  15' | / |
| 97110 | Therapeutic Exercise 15' | / |
| 97530 | Therapeutic Activity  15' | |
| 97535 | ADL's  15' | |
| | | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| | | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| | | |
| 97033 | Ultrasound | |
| | | |
| 97116 | Gait training | |
| | | |
| | | |
| | Supplies: | |
| 99070 | SEMG | |

Manual Therapy:

Neuromuscular Reeducation:

Therapeutic Exercise/Activity:

Postural/Body Mechanics instruction:

Modalities:

ASSESMENT:

GOALS:

PLAN:

Therapist:

ML 00134

MR0300

DEF 00119
Valenote v. Met. Life

05/04/2004  07:56   BEZEK FIRST SE...   ...   NO.003   D15

Joy Backerum, Physical Therapit
The Physical Therapy Place
4050 Lake Otis Pkwy  #111
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

**Name:** Daniela Valenote
**Date:** 5-13-03
**Account Number:**

DX: 719.45, 724.4

SUBJECTIVE:
- Cont's to be v. fearful.
- likes of Beet
- V. Frustrated

OBJECTIVE: Pro:

| CODES | CHARGES | UNITS |
|---|---|---|
| 97001 | PT Evaluation | |
| 97002 | PT Re-evaluation | |
| 97112 | Neuromuscular 15' | |
| 97140 | Manual Therapy 15' | / |
| 97110 | Therapeutic Exercise 15' | / |
| 97530 | Therapeutic Activity 15' | |
| 97535 | ADL's 15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| 97116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

Total = 94.00

Manual Therapy:

Neuromuscular Reeducation:

Therapeutic Exercise/Activity:

Postural/Body Mechanics Instruction:

Modalities:

ASSESMENT:

GOALS:

PLAN:

Therapist:

ML 00135

**MR0301**        DEF 00120
                  *Valenote v. Met. Life*

05/04/2004   07:56   BEZEK DURST SEISER   BCN 80905040038347   NO.003   D16
Apr 08 04 03:27p   Dr. Peter Lorentzen, D.C.   907-69   286   p.2
04/08/2004  17:06   9876222327   BEARFOOT WELLNES   PAGE  01/02

# THE BEARFOOT WELLNESS STUDIO

Orthopedic Physical Therapy, Pilates, Yoga

Elaine Heddan, MSPT
Physical Therapist

'ATTACHMENT F'

04/08/04

**Patient:** Valenote, Daniela
**Diagnosis:** c/s pain/stiffness, LBP with radiculopathy
**DOB:** 02/17/69
**Physician:** Lorentzen, DC
**Date of Examination:** 03/30/2004

**History:** This 35 y/o female presents to physical therapy with primary c/o LBP c/ R radiculopathy and midback/neck pain causing severe HA. The pt reported her LBP began in Oct 2002 when she was carrying heavy luggage for over an hour. Gradually her pain became worse and now involves the intrascapular area, and neck. Prior to this injury the pt was working 50-60 hrs per week as an architect. The pt reports being unable to work now due to pain from static sitting greater than 30 minutes.

**Diagnostic Testing:** MRI on 2/17/04 revealed HNP L5-S1

**Past Medical Hx:** n/a for this musculoskeletal dx

**Surgeries:** nucleoplasty procedure to l/s 12/03/2003

**Occupation:** architect currently not employed

**Current Level of Activity:** sedentary due to pain

**Patient's Goal:** increase strength, return to ADLs such as gardening without pain.

**Posture:** Head fwd 3 inches anterior to acromion process, flattened c/s lordosis, swayback l/s and R iliac crest elevated approx 1 inch.

**ROM:** l/s flexion 50% of wnl, l/s extension 25% wnl sideflexion and rotation both 25% of wnl, c/s AROM wnl except for L side flexion 50% wnl and L rotation 25% of wnl.

**Strength:** UE wnl except R bicep 4/5, R infraspinatus/teres minor 4-/5, R grip strength 25% weaker than L., LR wnl except bilateral hip flexor 3+/5, R hip abduction 3+/5, R quadriceps 4/5. Pt fully able to gait on toes and heels bilaterally.

**Neurological:** Hyperreflexive DTR's at bilateral patellas and Achille's tendon.

**Sensation:** Reported decreased sensation of lateral sole of pt's R foot.

**Palpation:** Spasm bilateral psoas major, R quadratus lumborum, bilateral upper trapezius.

11401 Old Glenn Hwy. 101-B
Eagle River, Alaska 99577

Phone: (907) 622-2327
Fax: (907) 622-1360

ML 00136

**MR0302**

DEF 00121
*Valenote v. Met. Life*

05/04/2004    07:56    BEZEK FIRST SEIBE    DFCN=040504030307    NO.003    D17
Apr 08 04 03:27p    Dr    ster Lorentzen, D.C.    907-69    286    p.3
04/08/2004   17:05    9876222327    BEARFOOT WELLNES    PAGE  02/02

# THE BEARFOOT WELLNESS STUDIO

Orthopedic Physical Therapy, Pilates, Yoga

Elaine Hedden, MSPT
Physical therapist

<u>Joint Mobility:</u>  capsular end-feel R costotransverse joints T4-T7, spasm end feel R zygapophyseal joints C3-C5.

<u>Special Tests:</u>  Positive SLR bilaterally, Positive Dural Slump right, Positive prone dural mobility bilaterally.

<u>Pain Assessment:</u>  Pain does interfere with patient's optimal level of function and participation in physical therapy.

<u>Informed Consent of Risks/Benefits:</u> This patient was informed of the potential risks and benefits of physical therapy and consented to proceed with treatment.

<u>Short term goals:</u>
In two to four weeks the patient will subjectively report independence with HEP.
In two to four weeks the patient will subjectively report an increase in functional IADLs.
<u>Long term goals:</u>
In 4 to eight weeks the patient with be independent with a functional strengthening HEP.
In 4 to 8 weeks the patient will report a significant increase in functional IADLs.

<u>Treatment Plan:</u> Physical therapy to see this patient for 1-2x/wk for 8 weeks for examination, patient education, manual therapy, therapeutic exercise, and modalities prn.

Thank you very much for this referral to The Bearfoot Wellness Studio.

Elaine Hedden, MSPT
Alaska License #1418

Reviewed and certified by _____(Provider signature)
Please return via fax 622-1360.
Thank you.

11401 Old Glenn Hwy. 101-B
Eagle River, Alaska 99577

Phone: (907) 622-2327
Fax: (907) 622-1360

ML 00137

DEF 00122
*Valenote v. Met. Life*

MR0303

05/04/2004    07:56    BEZEK ™ RST SE IBCN=04050403037947    NO. 003    P18

'ATTACHMENT G'

**COPY**

### OPERATIVE REPORT

*Alaska Surgery Center*

**PATIENT:** Valenote, Daniela

**ACCOUNT NUMBER:** 10584

**DATE OF SURGERY:** December 3, 2003

**SURGEON:** Susan R. Anderson, M.D.

**PREOPERATIVE DIAGNOSIS:** Right L5 radicular pain secondary to discogenic pain at L5-S1.

**POSTOPERATIVE DIAGNOSIS:** Right L5 radicular pain secondary to discogenic pain at L5-S1.

**PROCEDURE:** Nucleoplasty performed at L5-S1 with heating temperature to 70 degrees Celsius within the nucleus; Post-nucleoplasty discography performed with Ancef 10 mg/cc and Omnipaque 240.

**ANESTHESIA:** Local monitored anesthesia care.

**FLUIDS:** 500 cc lactated Ringer's.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**COMPLICATIONS:** None.

**INDICATIONS:** Positive provocative discography.

**DETAILS OF PROCEDURE DETAILS OF PROCEDURE:** The patient was brought to the operating room after informed consent and IV access was obtained. Vital signs were found to be stable. No EKG, laboratory, or radiologic values to contraindicate the procedure. The patient was placed in the prone position with all pressure points padded and standard monitoring applied. The lumbosacral area was prepped and draped in the sterile manner. Using direct AP fluoroscopy, the L5 vertebral body was identified. The view was changed to right oblique with a caudal cephalad tilt to flatten the endplates. A skin wheal was raised lateral to the S1 superior pars using 5 cc of 2% buffered lidocaine. A 25-gauge spinal needle was advanced through the skin wheal touching the superior pars and then retracted, infiltrating another 5 cc of 2% lidocaine for a total of 10 cc of buffered lidocaine. A second skin wheal was made more lateral to the first, and an addition 10 cc of 2% lidocaine were used. A small nick was made in the skin with an #11 blade and a 17-gauge introducer needle was passed through the skin wheal, touching the lateral aspect of the superior pars, walking into the core of the disk, as noted in lateral view. This was advanced to loss resistance into the nucleus. This was verified by placement of a small amount

ML 00138

DEF 00123
*Valenote v. Met. Life*

05/04/2004    07:56    BEZEK POST SE... DCN=C6105040303547                    NO.003    Ø19

Alaska Surgery Center

**OPERATIVE REPORT**
**PATIENT:** Valenote, Daniela
**ACCOUNT NUMBER:** 10584
**DATE OF SURGERY:** December 3, 2003
**SURGEON:** Susan R. Anderson, M.D.
**PAGE:** 2

of dye inside the nucleus. It was noted to be just inside the pedicle in AP view. The skin wheal marker was placed at the level of the skin. The ArthroCare 1 was advanced through the introducer needle to the inner aspect of the anterior aspect of the annulus, as noted in lateral view. This was noted to be just inside the pedicle in AP view. Again, the marker was placed to note depth. The wand was retracted, and then ablation occurred at the 12 o'clock position for three seconds and eight seconds coblation as it was retracted. This was repeated at the 2 o'clock, 4 o'clock, 6 o'clock, 8 o'clock, 10 o'clock, and 1 o'clock positions for a total of 7. Each time the wand was passed to the most anterior aspect, it was documented to note with being behind the anterior aspect of the vertebral bodies. After the ArthroCare 1 was removed with tip in tact, 1 cc of the Omnipaque with Ancef was injected to this for prophylactic antibiotics. The needle was removed. The patient will recover in the recovery room. No radicular symptoms were noted throughout the procedure. She will wear a lumbar brace and be seen in the office in about two weeks.

_____/_____
Susan R. Anderson, M.D.              Date

SRA:kh

D: 12/03/03
T: 12/04/03

ML 00139

**MR0305**                    DEF 00124
                                                        *Valenote v. Met. Life*

05/04/2004    07:56    BEZEK MOST SE  DCN=04050403034747    NO.003    P20

# Operative Data Report

Patient ID:10584
Patient Name: Daniela Valenote
Surgeon Name:Susan Anderson, MD

Surgery Date:December 03, 2003
Page 1 of 1



ML 00140

**MR0306**    DEF 00125
*Valenote v. Met. Life*

05/04/2004  07:56  BEZEK FIRST SEI...  DCN=040504038347  NO.003  D21

'ATTACHMENT H'



ALASKA · GUAM · HAWAII · CALIFORNIA

646 G Street, Suite 400
Anchorage, Alaska 99501
Phone: 907.258.7777
Fax: 907.279.8195

Larry S. Cash, AIA, NCARB
James E. Daugherty, AIA, NCARB
Rolland R. Reid II, AIA, NCARB
Scott A. Bohne, AIA, NCARB
Aaron K. Joseph, NCARB
Matthew P. Vogel, Architect

www.rimarchitects.com

December 10, 2003

RE:     Daniela Valenote
        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

To Whom It May Concern:

Daniela Valenote was employed with RIM Architects from February 7, 2000 through April 30, 2003.
Daniela did not work for RIM Architects after April 30, 2003.

Please contact me if you have any questions.

Thank you.

Sincerely,

RIM Architects

*Penny Winchester*

Penny Winchester
Executive Assistant
Human Resources

Pw/

*results    imagination*

ML 00141

MR0307

DEF 00126
*Valenote v. Met. Life*

05/04/2004    07:56    BEZEK ... ST SE ...ᴰᶜᴺ⁼⁰⁴⁰⁵⁰⁴⁰³⁰³⁴⁷    NO. 003    022

'ATTACHMENT I'



# ALASKA CHIROPRACTIC
# AND THERAPY

PETER LORENTZEN
DOCTOR OF CHIROPRACTIC

March 5, 2004

Anda Tanasescu
LTD Case Manager
MetLife Disability
PO Box 14592
Lexington KY 40511-4592

Re: Daniela Valenote
    Claim # 870308078357
    Employer: RIM Architects

Dear Ms. Tanasescu:

    Ms. Valenote presented herself to my office for evaluation and treatment on May 11, 2003. Her diagnosis at that time was 848.5, 739.5, 739.4, 739.2, 729.1, E929.3, and 736.39. Her injuries have been debilitating and at no time since she initiated care with my office has she been able to return to work. There was a question regarding a letter from Dr. Beard's office allowing Ms. Valenote to return to work on May 1, 2003. I cannot address her ability to work prior to her becoming a patient on May 11, 2003, but certainly from the date that she became a patient in my office to her current status, she has been unable to work.

    I suspected a lumbar disc injury with Ms. Valenote, which was confirmed by MRI in December 2002 as disc herniations at L3-4, and L5-S1. I believe that the crux of Ms. Valenote's problems are a result of her lumbar disc herniations which result in her low back pain and the referred pain into her right leg, and not from fibromyalgia as was one of her previous diagnoses.

    Ms. Valenote was referred to the Advanced Pain Centers of Alaska to be evaluated by Dr. Susan Anderson. Dr. Anderson performed a four level discogram in October 2003, which reinforced the MRI results from December 2002 and also revealed a tear in the L5-S1 disc. As a result of the findings of the discogram, Dr. Anderson performed a nucleoplasty on the L5-S1 disc.

---

11901 BUSINESS BLVD., BLDG. B, #108 • EAGLE RIVER, ALASKA 99577 • (907) 694-1285 / FAX (907) 694-1286

ML 00142

**MR0308**    DEF 00127
*Valenote v. Met. Life*

05/04/2004    07:56    BEZEK POST SEIDEN    DCN=040504030547    NO.003    D23

It is my understanding that there is confusion regarding Ms. Valenote working part-time in June of 2003. My understanding is that she has not worked since February 2003. She has continued with treatment in this office since May of 2003 as well as attending occasional physical therapy sessions, and the evaluations and treatments at Advanced Pain Centers of Alaska. It is my feeling that Ms. Valenote needs to become involved in a more frequent and active physical therapy program. She has difficulty driving for long distances and it would be more appropriate for her to attend her physical therapy sessions here in Eagle River rather than driving for a half hour each way to attend physical therapy sessions in Anchorage.

Thank you for assistance in Ms. Valenote's case. Please do not hesitate to contact me with any further questions.

Sincerely,

Dr. Peter Lorentzen, D.C.
Alaska Chiropractic and Therapy

ML 00143

DEF 00128
*Valenote v. Met. Life*

**MR0309**

05/04/2004    07:56    BEZEK POST SEI... DCN=040504030347    NO.003    P24

'ATTACHMENT J'

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

October 6, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #    870308078357
Employer:    Rim Architects

## JOB DESCRIPTION FOR AN ARCHITECT

In my experience as an Intern Architect, my duties have included:

- The hours for an Architect can vary from 8-24 hours per day depending on workload and deadlines.
  1. October 2002 I worked 8-17 hours per day.
  2. November 2002 I worked 8-11 hours per day.
  3. The following was taken from the U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook, **http://stats.bls.gov/**

*Architects may occasionally be under stress, working nights and weekends to meet deadlines. In 2000, almost half of all architects worked more than 40 hours a week, in contrast to about 1 in 4 workers in all occupations combined.*

  4. Part time employment (i.e. 4 or more hours/day) is virtually unheard of within the Architecture Profession. As a Project Architect the duties require constant management of a Project Team and Professional Consultants. This position makes it difficult to work part-time.

- Sitting for long hours at a desk, includes:
  1. Manual sketching over a flat surface.
  2. Drafting on the computer
  3. Leaning over the desk to draw – looking down 4-6 hours/day
  4. Twisting while drafting – looking from the computer to your side desk for reference on printed drawings.
  5. Bending
  6. Numerous Project related telephone calls.

ML 00144

05/04/2004    07:56    BEZEK FROST SEIDEL J04050403547    DFCN=J04050403547    NO.003    D25

JOB DESCRIPTION FOR AN ARCHITECT                                                2
October 6, 2003
_____

       7.  Going back and forth from the desk to printers, fax machine and copier numerous times a day.
       8.  Building scale models from drawings – requires use of an x-acto blade and constant leaning over the model while it's being built.

- Carrying reference manuals from the materials library and old drawing documents which can weigh 3-20 lbs. used for reference when researching precedent or working on an existing building)

- Meetings – sometimes requiring travel by car or plane
  1. During every phase of a project an Architect is on call for meetings both in and out of the office.

  2. Meetings can last from twenty minutes to numerous days.
  3. Meetings often require carrying heavy project documents and reference manuals.

Fieldwork/ Field Supervision is an essential part of the job even though the majority of our work is done in the office.  Fieldwork includes:

- Business travel – includes carrying luggage and project documents combined can weigh in excess of 20 lbs.
  1. I have been flown to Louisville, KY and back to Alaska in less than 2 days for a 2-hour meeting.
  2. I have taken weekly flights to Kenai, AK to monitor a project under construction for 2 months.
  3. I have driven to a job site weekly for meetings 3+ months for design and construction.
  4. Drive back & forth from the office to multiple meetings weekly.

- Site visits on undeveloped land – walking on uneven ground

- Site visits to existing buildings for assessment of existing conditions can take hours and include:
  1. Carrying documents and camera
  2. Bending
  3. Climbing
  4. Crawling
  5. Walking
  6. Standing

- On-site inspection and review can last hours during the construction phase:
  1. Carrying documents and camera
  2. Walking on uneven ground
  3. Climbing ladders, scaffolding and unfinished stairs
  4. Crawling

ML 00145

DEF 00130
*Valenote v. Met. Life*

MR0311

05/04/2004    07:56    BEZEK POST SEIDEN 04050403847    NO.003    D26

JOB DESCRIPTION FOR AN ARCHITECT                                    3
October 6, 2003

        5.  Bending
        6.  Standing

The job description for an Intern Architect is the same as for an Architect. The difference is an Intern has not completed the Internship Development Program and/or Architect Registration Exam. I have completed IDP and am in the process of completing the A.R.E.

Please include this supplement to the Long Term Disability Employer Statement dated by RIM Architects of June 12, 2003. I have reviewed this supplement with Matt Vogel, Architect and Principal with RIM Architects, and he takes no exceptions to the items listed. At Matt's request please contact him at 907-258-7777 to verify these items. If I can provide further clarification to the above, please give me a call at home, 907-622-1009.

Sincerely,

Daniela C. Valenote

Cc: Matthew Vogel
    Dr. Susan Anderson, M.D.
    Amy Azevedo, PT

ML 00146

MR0312          DEF 00131
*Valenote v. Met. Life*

**MR0313**

5/20/2004 1   PM  FROM-TDM   TO- 1 866 690 1264   PAGE: 0  003

DCN=040520031558

559 Shoreham Ct. NE
St. Petersburg, Florida 33616

# ***urgent***

f a c s i m i l e

| | |
|---|---|
| *To:* | **Anda Panasescu** |
| *Fax Number:* | 1-866-690-1264 |
| | |
| *From:* | **virginia valenote** |
| *Fax Number:* | 727-578-3677 |
| *Business Phone:* | |
| *Home Phone:* | 72578-3677 |
| | |
| *Pages:* | 3 |
| *Date/Time:* | 5/20/2004 12:29:34 PM |
| *Subject:* | DANIELA VALENOTE |

I HAVE FAXED A LETTER OUTLINING MY INVOLEMENT IN THIS CASE. PLEASE FOWARD
TO THE INDEPENDENT REVIEW TEAM. DANIELA SAID THIS CLAIM WAS BEING SENT
FOR INDIVIDUAL REVIEW.

PLESE E MAIL ME TO LET ME KNOW YOU HAVE RECEIVED THIS FAX
docrec92@yahoo.com

THANK YOU-

ML 00093

MR0314

DEF 00078
*Valenote v. Met. Life*

VIRGINIA VALENOTE
PATIENT ADVOCATE
559 SHOREHAM CT. NE
ST. PETERSBURG, FLORIDA 33716

May 20, 2004

Anda Panasescu
LTD Appeals
Met Life Disability
P.O. Box 14590
Lexington, KY 40511-4590

Claim#: 870308078357
Employer: Rim Architects

Dear Ms. Panasescu:

I became involved with this claim after the first denial for LTD in August 2003.

When Daniela resigned her position because of health issues, she was not informed by her employer that she was covered by a disability policy. She sought medical treatment in an attempt to find out the cause of her intractable pain. During this time she was under the care of physicians and went to physical therapy. In their notes, the providers did not document evidence of her disability to work. She was not working at the time of these visits. Her main goal was to obtain relief from her pain. If Daniela was aware of her disability policy, she would have informed her physicians and the proper documentation would have been recorded.

Daniela requested an appeal to her claim on September 3, 2003. In a follow-up conversation with you, I was informed that the claim was going to be re-investigated due to information that was not considered in the decision. I was told that the missing information needed for review had been mistakenly put in her short term disability file. You went out on medical leave and I was put in contact with Fadiera Walker. This all took place during the initial forty-five days you would have had to review the claim. According to your regulations, you have to notify the claimant within forty-five days of request for an appeal. If special circumstances prevail, an additional forty-five days can be granted but only after the claimant is notified in writing. Daniela never received a letter stating this. It was eighty-five days until she received a response to her claim being denied for the second time.

I also spoke with Sandy, a nurse manger. As per her request, I gave her names of the providers to contact. Many of the providers were not contacted. Dr. Peter

1

5/20/2004 12:29 PM    FROM-Fax    TEL 1-000-000-0001    PAGE: 002 OF 003
DCN=040520031558

ML 00094

DEF 00079
Valenote v. Met. Life

MR0315

Lorentzen was one of t.    roviders having knowledge of Daniela    .ndition. According to your records, no attempt was made to contact him. There was also no attempt made to call Dr. Anderson from the Advanced Pain Centers of Alaska. This provider was treating her for intractable pain. Her medical records reflect the diagnostic procedures and the treatment she was receiving.

Daniela never returned to work as stated in Dr. Beard's notes. The record further stated that Daniela was given a note to return to work. No such note ever existed. Dr. Beard also said that Daniela returned to work on a part-time basis. This never occurred. Rim Architects were never called to verify this.

As a result of the procedural errors that occurred in Daniela's case, we are asking for a full and fair review of the matter at hand. We trust that you will avail yourself of the opportunity to contact all of Daniela's physicians to assist you in making a fair determination.

Sincerely,

Virginia Valenote
Patient Advocate

DCN=040520031558

ML 00095

MR0316

DEF 00080
*Valenote v. Met. Life*