# ALASKA OPEN IMAGING CENTER LLC

V-0079

## ALASKA OPEN IMAGING CENTER, LLC

1751 E GARDNER WAY
WASILLA, AK 99654
(907) 357-1220

NAME: VALENOTE, DANIELA C                REPORT NO: 9419.0

DATE OF BIRTH: 02/17/69                  DATE OF EXAM: 12/11/02

REFERRING PHYSICIAN: MICHAEL ORZECHOWSKI, MD

MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

HISTORY: Severe lower back radiating to the right lower extremity.

PROCEDURE: Evaluation of the lumbar spine was performed using the 0.35 T Toshiba OPART open MRI scanner. Following localizer images, sagittal and transaxial T1 and T2 weighted images were obtained.

FINDINGS: There is mild levoscoliosis. There is no demonstrable intrinsic abnormality related to the lower spinal cord and cauda equina.

L1-2: There is normal disc height and signal without evidence of bulging or protrusion. The spinal canal, lateral recesses and foramina appear patent. The vertebral body margins and facet joints outline normally.

L2-3: There is normal disc height and signal without evidence of bulging or protrusion. The spinal canal, lateral recesses and foramina appear patent. The vertebral body margins and facet joints outline normally.

L3-4: There is normal disc height with minimal loss of signal. Approximately anterior disc protrusion is noted but there is no sign of any posterior or posterolateral protrusion. Mild anterior hypertrophic lipping is noted. The vertebral body margins and facet joints otherwise appear normal. The spinal canal, lateral recesses and foramina appear patent.

L4-5: There is normal disc height and signal without evidence of bulging or protrusion. The spinal canal, lateral recesses and foramina appear patent. The vertebral body margins and facet joints outline normally.

L5-S1: There is mild loss of disc height and signal associated with up to 4 mm posterior disc protrusion. No dural sac nor nerve root compression is evident. There are mild hypertrophic changes of the facet joints. The vertebral body margins appear normal. The spinal canal, lateral

V-0080

VALENOTE, DANIELA C
9419.0
12/11/02

Page 2

recesses and foramina appear patent.

IMPRESSION:
1. UP TO 4 MM POSTERIOR DISC PROTRUSION L5-S1 WITHOUT DEMONSTRABLE DURAL SAC OR NERVE ROOT COMPRESSION. MILD NARROWING AND DISC DEHYDRATION CHANGES ARE NOTED.

2. 3 MM ANTERIOR DISC PROTRUSION L3-4 WITHOUT EVIDENCE OF POSTERIOR DISC PROTRUSION.

Thank you for the privilege of participating in your patient's care.

RAYMOND SAKOVER, M.D.
Radiologist

cc:

RPS/dcb
121102o/December 12, 2002

V-0081

# ALASKA OPEN IMAGING CENTER, LLC

1751 E GARDNER WAY
WASILLA, AK 99654
(907) 357-1220

NAME: VALENOTE, DANIELA C  REPORT NO: 9419.0

DATE OF BIRTH: 02/17/69  DATE OF EXAM: 12/11/02

REFERRING PHYSICIAN: MICHAEL ORZECHOWSKI, MD

MRI OF THE HIPS WITHOUT CONTRAST:

HISTORY: Severe pain of the right hip and upper portion of the right lower extremity for several years.

PROCEDURE: Five sequences were performed using the 0.35 tesla Toshiba Opart unit. Coronal SET1, sagittal SET1, transaxial SET1, transaxial SET2, and coronal SET2 sequences were performed.

FINDINGS: The hip joints outline symmetrically. No gross effusion nor deformity is identified. The heads of the femurs outline normally and symmetrically. There is no sign of any narrowing, sclerosis, or lipping.

The surrounding soft tissues outline normally. The neurovascular structures appear intact.

The pelvic structures including the uterus, bladder, bowels, and adnexa are well delineated and appear normal, except for the presence of a 1.6 cm cyst of the left adnexa.

IMPRESSION:
1. NO DEMONSTRABLE ABNORMALITY OF THE HIP JOINTS.
2. 1.6 CM CYST OF THE LEFT OVARY.

V-0082

# ALASKA OPEN IMAGING CENTER, LLC

6911 DEBARR ROAD
ANCHORAGE, AK 99504
(907) 330-1220

NAME: VALENOTE, DANIELA C                REPORT NO: 9419.0

DATE OF BIRTH: 02/17/69                  DATE OF EXAM: 01/15/03

REFERRING PHYSICIAN: MICHAEL ORZECHOWSKI, MD

MRI OF THE CERVICAL SPINE

HISTORY:        Neck pain.

PROCEDURE:     MRI examination was performed using a 0.3 tesla Hitachi AIRIS II scanner. Following localizer images, sagittal T1, proton, and T2 weighted images and transaxial GRE images were obtained.

FINDINGS:      The patient has a prominent reversal of the normally expected lordotic curvature of the upper cervical spine from approximately C6 superiorly. The vertebral bodies are appropriate in basic size, shape, and signal. Disc height and hydration is maintained. The spinal cord has normal contour, size, and signal.

C2-3 through C4-5: At these three levels, no significant posterior disc disease is seen. The central canal is ample. The foramina are patent. The facets are normal in appearance.

C5-6: A 1 mm annular disc bulge is present without compromise of the central canal or the neural foramina. The facets are satisfactory in appearance.

C6-7, C7-T1: No significant posterior disc disease is seen. The central canal is ample. The foramina are patent.

IMPRESSION:    1.   PROMINENT REVERSAL OF THE NORMALLY EXPECTED LORDOTIC CURVATURE OF THE UPPER CERVICAL SPINE.

               2.   1 MM ANNULAR DISC BULGE CENTRALLY C5-6.

1/16/03

**V-0083**

VALENOTE, DANIELA C                                              Page 2
9419.0
01/15/03


Thank you for the privilege of participating in your patient's care.

                                              ROBERT BRIDGES, M.D.
                                              Radiologist / Nuclear Medicine Physician

cc:


RLB/ser
011503o/January 16, 2003

V-0084

ALASKA OPEN IMAGING CENTER, LLC

6911 DEBARR ROAD
ANCHORAGE, AK 99504
(907) 330-1220

NAME: VALENOTE, DANIELA C          REPORT NO: 9419.0

DATE OF BIRTH: 02/17/69            DATE OF EXAM: 02/20/03

REFERRING PHYSICIAN: MICHAEL ORZECHOWSKI, MD

MRI OF THE THORACIC SPINE

HISTORY: Pain thoracic area and pain in the right shoulder blade.

PROCEDURE: Four sequences of the shoulder were obtained on the Hitachi AIRIS II 0.3 T open MRI scanner. A T1 weighted coronal localizing sequence was performed. This was followed by a T2* weighted gradient echo transaxial sequence, a dual echo oblique coronal sequence and a T1 weighted oblique sagittal sequence.

FINDINGS: Overview: The cervical spine has satisfactory alignment on the localizer series. A small area of fatty change is noted within the marrow of the T2 vertebral body. Motion artifact due to the patient's pain level and discomfort, causes motion artifact particularly in the transaxial images.

On the sagittal sequences the thoracic vertebrae are normal in basic size, shape and signal. Disc spaces are preserved and the discs are normal in signal. The conus terminates in the area of D12-L1 with normal contour, size and signal. The spinal cord is satisfactory in basic size and signal for the thoracic area. No significant posterior disc disease is seen. The central canal is ample and the foramina are patent at all levels. The perivertebral soft tissue are unremarkable in basic appearance.

The transaxial images suffer from significant degradation of quality due to motion artifact. The basic soft tissue appearance in the perivertebral area is satisfactory in appearance. The chest wall is grossly unremarkable in presentation for the back.

IMPRESSION: UNREMARKABLE MRI OF THE THORACIC SPINE, AND OF THE THORACOLUMBAR PORTIONS OF THE SPINAL CORD.

V-0085

Thank you for the privilege of participating in your patient's care.

*[signature]*, M D

ROBERT BRIDGES, M.D.
Radiologist/Nuclear Medicine Physician

cc:

RLB/amp
022003o/February 20, 2003

*[handwritten: 2/20/03]*

V-0086

# ALASKA OPEN IMAGING CENTER, LLC

## 6911 DEBARR ROAD
## ANCHORAGE, AK 99504
## (907) 330-1220

NAME: DANIELA C VALENOTE                    MED REC: 6100.0

DATE OF BIRTH: 02/17/1969                   DATE OF EXAM: 02/17/2004

REFERRING PHYSICIAN: SUSAN R ANDERSON, MD

STUDY: MRI LUMBAR SPINE WITH/WITHOUT CONTRAST

HISTORY: Low back pain down right leg to foot

TECHNIQUE: MRI examination of the lumbar spine was performed using the Hitachi 0.3 Tesla open MRI scanner. Following localizer images sagittal T2, sagittal T1, transaxial T2, and transaxial T1 weighted images were obtained. Following infusion of 0.1 mmol per kilogram Optimark contrast T1 weighted sagittal and transaxial images were obtained.

L1-2 through the L4-5: At these four levels is no significant posterior disc disease is present. The center canal to sample at all levels and the neural foramina are also patent. The facets are normal in appearance.

L5-S1: A 3 mm central, right and left paracentral disc protrusion is accompanied by focal alteration of signal of the right paracentral annulus. The disc has a mild decrease in signal secondary to dessication changes. The center canal and neural foramina are patent. No significant degenerative changes are present for the facets. As with the other levels, no abnormal enhancement is present post contrast.

IMPRESSION:

1.  Radial tear right paracentral annulus L5-S1.

2.  Mild broad based 3 mm disc protrusion L5-S1.

Thank you for the privilege of participating in your patient's care.

ROBERT L BRIDGES, M.D.

V-0087

CC:

This document has been electronically signed and approved by ROBERT L BRIDGES, M.D.

NAME: DANIELA C VALENOTE            1 of 1            MED REC: 6100.0

# Alaska Open Imaging Center, LLC

Patient Name:  SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

nt Phone: Home_____ Work/Cell_____ DOB: _____

Exam Date: _____ Exam Time: _____

| **Wasilla** | ☐ Open MRI | **Anchorage** | ☒ Open MRI |
| Bogard Professional Plaza | ☐ CT | 6911 DeBarr Road | ☐ Ultrasound |
| 1751 East Gardner Way | ☐ Nuclear Medicine | Anchorage, Alaska 99504 | ☐ PET |
| Wasilla, Alaska 99654 | ☐ Ultrasound | **Phone** 907-330-1220 | ☐ CT |
| **Phone** 907-357-1220 | ☐ X-Ray | **Fax** 907-330-1222 | |
| **Fax** 907-357-1222 | ☐ Bone Density | | |

Exam Requested: _Lumbar spine with & without contrast_

DX Codes: _722.10_    Creatinine Level (for CT): _____ Date Drawn: _____

Symptoms: _LBP c̄ (R) leg pain. Continued p_
_micropl___

_____    _____    _____
Referring Physician         Physician Phone    Physician Fax

*Medical Imaging with Heart*

V-0088