# ADVANCED PAIN CENTERS OF ALASKA

# [DRS. ANDERSON & POLSTON]

V-0131

# Advanced Pain Centers of Alaska

## Patient Information

This form is to be completed by all patients before their first appointment with the Pain Center. Your careful answers will help us to understand your pain problem and begin the best treatment program for you.

It is understandable that you might be concerned about what happens to the information you provide, as much of it is personal. Our records are strictly confidential and no one outside of your health car team is permitted to see your case record without your written permission.

Background Information

Today's Date: 7/16/03

Full Name: DANIELA CARADORI VALLENOTE        Age: 34 yrs.

If you are employed, please describe your job. Occupation: _____

☐ Full-time   ☐ Part-time   Disability: _____

Are you here for a work-related injury?   ☐ Yes   ☒ No   If yes, how did your injury occur? _____

Worker's Comp Carrier: N/A        Case Manager: _____

Case #: _____   Address for Claims: _____

Describe your typical daily activities: WAKE-UP, SHOWER, FEED DOGS & BIRD, HAVE TEA, BREAKFAST, REST, STRETCH, ATTEMPT EITHER HOUSEWORK, COMPUTER OR WALK (DEPENDS ON HOW I FEEL), LUNCH, REST, AGAIN TRY TO MAKE DINNER (SOME DAYS I WAIT FOR MY HUSBAND TO HEL OR DO IT) REST UNTIL BEDTIME.

Please complete the following information about the Physician that is referring you to our Clinic along with our Primary Care Physician, Name, Address, Telephone number, if possible include fax number.

### **Important to complete thoroughly so that we can update your referring physician(s) with your treatment plan**

| Referring Physician | Primary Care Physician |
|---|---|
| Name: DR. MARY DOWNS | Name: DR. MIKE ORZECHOWSKI |
| Address: 2741 DEBARR RD. ANCHORAGE | Address: 3730 PHONE CR. STE 103, ANCHOR |
| Phone #: 277-1623 | Phone #: 563-1600 |
| Fax #: _____ | Fax #: _____ |

V-0132

COPY

Please answer the following questions about your pain:

1. When did your pain start? _OCTOBER '02 BY DECEMBER '02- UNBEARABLE_

2. If an injury caused your pain, describe the injury and give the date (year) of injury _THEORY ONLY -_
_I FELL ('89) WHILE WAITING TABLES, LANDED ON TAILBONE &_
_TORE MUSCLE IN RIGHT KNEE. I HAVEN'T BEEN AS STRONG_
_SINCE THAT TIME- GRADUALLY LOSING STRENGTH._

3. How long has this pain been bothering you? _____ Years __10__ Months

4. Where is your pain located? _ALL ON RIGHT SIDE OF BODY: SI, HIP_
_GROIN, INSIDE & OUTSIDE OF THIGH SOMETIMES DOWN TO_
_FOOT, SHOULDER REGION DOWN ARM, INTO HAND (SOMETIMES_
_AFFECT LEFT ARM & HAND)_

5. What does your pain feel like? _MOSTLY BURNING & SHOOTING IN SI_
_HIP LEG & FOOT. HEAVY & ACHING IN ARM & HAND._
_STABBING IN SHOULDER_

6. Pain can be related on a scale of 0 to 10. "0" is no pain at all, "10" is the worst pain imaginable, like surgery without anesthesia. Please rate your pain for the following by circling the appropriate number:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Now: | 0 | 1 | 2 | 3 | 4 | 5 | (6) | 7 | 8 | 9 | 10 |
| At its Worst: | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9) | 10 |
| At its Best: | 0 | 1 | 2 | 3 | (4) | 5 | 6 | 7 | 8 | 9 | 10 |
| On Average: | 0 | 1 | 2 | 3 | 4 | 5 | (6) | 7 | 8 | 9 | 10 |

7. What word best describes your pain during the past week?
☐ No Pain    ☐ Mild    ☐ Moderate    ☒ Horrible    ☐ Excruciating

8. What causes your pain? _INACTIVITY, SITTING, LYING DOWN OR ACTIVITY_
_BENDING, WALKING ON UNLEVEL GROUND & HARD SURFACES_
_(SUCH AS GROCERY STORE), LACK OF SLEEP_

9. Please fill in the "Pain Diagram" on the next page to let us know where your pain is and where it is worst.

**V-0133**




# Where is your pain?  Please color in the areas where you feel pain.



V-0134



10. Do any of the following make your pain better or worse?

| | Increases Pain | Decreases Pain | No Change | | Increases Pain | Decreases Pain | No Change |
|---|---|---|---|---|---|---|---|
| Heat | ☐ | ☐ | ☐ | Sex | ☒ | ☐ | ☐ |
| Cold/Ice | ☐ | ☐ | ☐ | Bending | ☒ | ☐ | ☐ |
| Standing | ☒ | ☒ | ☐ | Lifting | ☒ | ☐ | ☐ |
| Sitting | ☒ | ☐ | ☐ | Pushing | ☒ | ☐ | ☐ |
| Lying Down | ☒ | ☐ | ☐ | Tension | ☒ | ☐ | ☐ |
| Walking | ☒ | ☒ | ☐ | Dampness | ☐ | ☐ | ☒ |
| Staying Busy | ☒ | ☒ | ☐ | Pain Pills | ☐ | ☐ | ☒ |
| Moving Around | ☒ | ☒ | ☐ | Alcohol | ☐ | ☒ | ☐ |
| Bowel Movement | ☒ | ☐ | ☐ | Getting into a Vehicle | ☒ | ☐ | ☐ |
| Coughing/Sneezing | ☐ | ☐ | ☒ | Other: _____ | | | |

*DEPENDS ON ACTIVITY* (handwritten, pointing to Standing/Sitting/Lying Down/Walking)

11. The pain interferes with your daily activities:
☐ Never    ☐ Sometimes    ☐ Most of the Time    ☒ All of the Time

12. The pain interferes with your sleep:
☐ Never    ☐ Sometimes    ☒ Every Night    ☐ Hours of Sleep Per Night _3 - 6_

13. Based on how easily you fall asleep and stay asleep through the night, how is your sleeping pattern?
☒ Poor    ☐ Fair    ☐ Good    *BEFORE PAIN STARTED, I FELL ASLEEP EASILY & SLEPT 8-9 HOURS*

14. Do you awaken with pain during the night?    ☒ Yes    ☐ No

15. Do you generally feel refreshed in the morning, or fatigued? _EXTREMELY FATIGUED_

16. Have you tried any of the following for your pain?......................................Did it help your pain?

| | Yes | No | I Don't Know | Yes | No |
|---|---|---|---|---|---|
| Pain Clinic or Anesthesiologist | ☐ | ☒ | ☐ | ☐ | ☐ |
| Anti-inflammatory (Aspirin, Motrin, Ibuprofen, etc.) | ☒ | ☐ | ☐ | ☐ | ☐ |
| Anti-depressant Medications | ☒ | ☐ | ☐ | ☐ | ☒ |
| Trigger Point Injections (ONLY ONCE) | ☒ | ☐ | ☐ | ☒ | ☐ |
| Epidural Steroids | ☐ | ☐ | ☒ | ☐ | ☐ |
| Biofeedback or Relaxation | ☐ | ☒ | ☐ | ☐ | ☐ |
| Group Therapy | ☐ | ☒ | ☐ | ☐ | ☐ |
| TENS Unit (Transcutaneous Nerve Simulator) | ☒ | ☐ | ☐ | ☒ | ☐ *VERY BRIEF* |
| Counseling | ☐ | ☒ | ☐ | ☐ | ☐ |
| Physical Therapy | ☒ | ☐ | ☐ | ☐ | ☒ *PAIN WORSE* |
| Home Exercises | ☒ | ☐ | ☐ | ☒ | ☐ |
| Chiropractor | ☒ | ☐ | ☐ | ☒ | ☐ |
| Hypnosis | ☐ | ☒ | ☐ | ☐ | ☐ |
| Acupuncture  *RECEIVED MOST BENEFIT* | ☒ | ☐ | ☐ | ☒ | ☐ |
| Other: _MASSAGE_ | ☒ | ☐ | ☐ | ☒ | ☐ |



17. Have you seen other doctors for pain? If so, who and where did you see them? ALL IN ANCHORAGE
DR. ORZECHOWSKI, DR. MERKOURIS (OB/GYN), DR. DOWNS, DR. JOELLA
BEARD'S NURSE PRACTIONER-DEB KILEY, DR. VOKE (ORTHOPEDIC),
DR. LORENTZEN (CHIROPRACTOR)

18. You see doctors for your pain: ☐ Very Rarely    ☐ Occasionally    ☒ A Lot

19. Have you had surgery for your pain? Please list: NO

20. Have you had any of the following tests?

| | When | Where | Results: Negative/Problem Found |
|---|---|---|---|
| X-rays: | 7/1/03 AK REGIONAL - HIPS NORMAL | | C W/MILD NARROWING & DISC DEHYDRATION |
| CAT Scan: | NO | | L5-S1 4 MM POSTERIOR DISC PROTRUS L3-4 3MM ANTERIOR DISC PROTRUSION |
| MRI Scan: | 12/11/02  2/20/03  1/15/03 | AK OPEN IMAGING | T-SPINE UNREMARKABLE HIP JOINTS NORMAL, 1.6 CY: LEFT OV |
| Bone Scan: | 2/4/03 ? | HEALTHSOUTH | NORMAL |
| Myelogram: | | | |
| EMG Nerve Test: | 3/10/03 | DR. BEARD | NORMAL - ALTHOUGH SLIGHT INCRE RIGHT L5 PARASP |
| Other: | ─ OVER PLEASE ─ | | |
| | 1/15/03 AK OPEN IMAGING | | PROMINENT REVERSAL OF NORMALLY EXPEC LORDOTIC CURVATURE OF UPPER CERVICAL S 1 MM ANNULAR DISC BULGE C5-6 |

21. Do you receive Disability Compensation? ☐ Yes ☒ No

22. Is a lawyer involved for disability or injury? ☐ Yes ☐ No POSSIBLY BUT AT THIS TIME I DO NOT HAVE AN ATTORNE RETAINED

23. What other medical problems do you have? ASTHMA / ALLERGIES
IBS

24. Have you had any other surgeries? ☒ Yes ☐ No

| Surgery | Date | Surgeon |
|---|---|---|
| TONSILECTOMY | 1985 | ? |

25. Do you have any allergies? ☒ Yes ☐ No    If Yes, to what and what is your reaction?
ENVIRONMENTAL - EITHER COLD LIKE SYMPTOMS OF ASTHMATIC REACTI
PINEAPPLE (ASTHMATIC REACTION + VOMITING) CATS-EYES SWELL &AS
ORPHENADRINE - DIFFICULTY BREATHING



26. Are you allergic to:

| | | Yes | No | |
|---|---|---|---|---|
| Iodine | | ☐ Yes | ☒ No | NOT TO MY KNOWLEDGE |
| Tape | | ☐ Yes | ☒ No | |
| X-ray dye | | ☐ Yes | ☒ No | |
| Other: _____ | | | | |

27. What medications do you take for pain?

| Medication: | Dosage: | How Often: |
|---|---|---|
| GABITRIL | 4 MG | TWICE DAILY |
| PAMELOR | 30 MG | ONCE DAILY |
| | | |
| | | |

28. What medications have you taken in the past for your pain? NEURONTIN - 1800 MG
LEXAPRO-20 MG, ELAVIL 25MG, FLEXERIL - ? MG
TOPAMAX - 50 MG, ZANAFLEX - 8MG, VIOXX, BEXTRA

29. What other medications do you take?

| Medication: | Dosage: | How Often: |
|---|---|---|
| SINGULAR | 10 MG | ONCE |
| ZYRTEC | 10 MG | ONCE |
| NEXIUM | 40 MG | TWICE |
| ZOVIA (BIRTH CONTROL) | 1/DAY | ONCE |

Have you ever taken or been given:

| | Yes | No | When? – Any Problems? |
|---|---|---|---|
| Anticoagulants (blood thinners such as Coumadin, Heparin)? | ☐ | ☒ | |
| Cortisone or Steroids? | ☒ | ☐ | '89 (ALLERGIES) & '02 - NO |
| Local anesthetic (given by your doctor or dentist)? | ☒ | ☐ | ? |

30. Social History:

| | Yes | No | |
|---|---|---|---|
| Are you married? | ☒ | ☐ | Who lives with you? HUSBAND + 2 DOGS |
| Do you smoke? | ☐ | ☒ | How many packs per day? _____ For how long? _____ years |
| Do you drink alcohol? | ☒ | ☐ | How much per day? NOT DAILY |
| | | | What do you drink? WINE MOSTLY |

31. Family History:

| | Yes | No |
|---|---|---|
| Do any medical problems run through your family? | ☒ | ☐ |

If so, what? CONGESTIVE HEART FAILURE, HEART DISEASE, GALLBLADDER (FATHER), ANEURISM (FATHER) OF AORTA, NARROWING SPINAL CANAL - L5/S1 (FATHER) ARTHRITIS, REFLUX, HYPO THYROIDISM, FIBROMYALGIA, DEGENERATIVE DISC DISEASE, ENDOMETRIOSIS

32. How often do you exercise?      What type of exercise?

☒ Every Day          STRETCH
☐ At least 4 times a week
☒ Less than 4 times a week    WALKING

COPY

|  | Yes | No |  |
|---|---|---|---|
| 33. Do you regularly walk every day? | ☐ | ☒ | If yes, how many blocks? _____ |

34. Medical History:

### Constitutional

| | Yes | No | |
|---|---|---|---|
| Have you had recent weight loss? | ☐ | ☒ | _____ |
| Have you had recent weight gain? | ☐ | ☒ | _____ |

### Neurologic

| | Yes | No | |
|---|---|---|---|
| Have you ever had a stroke? | ☐ | ☒ | _____ |
| Do you have frequent headaches? | ☒ | ☐ | _____ |
| Have you ever had syncope (passed out)? | ☐ | ☒ | _____ |
| Do you have numbness or weakness anywhere? | ☒ | ☐ | _____ |
| Have you ever had seizures? | ☐ | ☒ | _____ |
| Have you ever had neurological disease? | ☐ | ☒ | _____ |
| Have you had any recent changes in vision? | ☐ | ☒ | _____ |
| Have you had any recent changes in hearing? | ☒ | ☐ | HAD HEARING TEST-NORMAL |
| Have you had any recent changes in smell or taste? | ☐ | ☒ | _____ |

### Pulmonary

| | Yes | No | |
|---|---|---|---|
| Do you have asthma? | ☒ | ☐ | _____ |
| Do you have emphysema? | ☐ | ☒ | _____ |
| Do you have a chronic cough? | ☐ | ☒ | _____ |
| Do you have bronchitis? | ☐ | ☒ | _____ |
| Have you ever coughed up blood? | ☐ | ☒ | _____ |
| Do you awaken at night short of breath? | ☐ | ☐ | ON OCCASION |
| Do you get short of breath when you exert yourself? | ☒ | ☐ | NOT ALWAYS |

### Cardiovascular

| | Yes | No | |
|---|---|---|---|
| Have you ever had a heart attack? | ☐ | ☒ | _____ |
| Have you ever had a fast heartbeat that required medical treatment? | ☐ | ☒ | IN OCT. '02 |
| Do you have high blood pressure? | ☒ | ☐ | 160/110 - HAS NORMALIZED |
| Do you have chest pain? | ☐ | ☒ | _____ |
| Do you have heart failure? | ☐ | ☒ | _____ |
| Do you have heart valve problems? | ☐ | ☒ | _____ |

### Genitourinary

| | Yes | No | |
|---|---|---|---|
| Have you ever had blood in your urine? | ☐ | ☒ | _____ |
| Have you ever had urinary tract infections? | ☒ | ☐ | _____ |
| Do you have a history of kidney disease? | ☐ | ☒ | KIDNEY INFECTION - ONCE '98 |
| Have you had a recent change in bladder function? (such as passing your urine or stools without control) | ☐ | ☐ | _____ |

|  | Yes | No |  |
|---|---|---|---|
| **Gastrointestinal** | | | |
| Do you have a history of ulcers? | ☐ | ☒ | _____ |
| Do you have a history of abdominal pain which required medical treatment? | ☐ | ☒ | _____ |
| Do you have nausea and vomiting now? | ☐ | ☒ | _____ |
| Have you ever vomited blood? | ☐ | ☒ | _____ |
| Have you had blood in your stool? | ☐ | ☒ | _____ |
| Have you had liver problems? | ☐ | ☒ | _____ |
| Have you had a recent change in bowel habits? | ☐ | ☒ | _____ |
| **Endocrine** | | | |
| Do you have diabetes? | ☐ | ☒ | _____ |
| Do you have thyroid problems? | ☐ | ☒ | _____ |
| **Muskuloskeletal** | | | |
| Do you have a history of swelling, redness, or pain in your joints? | ☒ | ☐ | _____ |
| Do you have skin rashes? | ☐ | ☒ | _____ |
| **Psychiatric** | | | |
| Have you had a psychiatric illness? | ☐ | ☒ | _____ |
| Have you had a history of depression? | ☐ | ☒ | _____ |
| Have you ever been treated by a psychiatrist or psychologist? | ☐ | ☒ | _____ |
| **Hematologic** | | | |
| Have you had a history of bleeding disorders? | ☐ | ☒ | _____ |
| Have you had a history of anemia? | ☒ | ☐ | _____ |
| Do you take blood thinners (anticoagulants)? | ☐ | ☒ | _____ |
| Have you ever had slow blood clotting when the skin is cut? | ☐ | ☒ | _____ |
| **Other** | | | |
| Have you ever had cancer? | ☐ | ☒ | _____ |
| Have you had recent fever, chills, or night sweats? | ☒ | ☐ | *NIGHT SWEATS* |

*Thank you for taking the time to complete this questionnaire.*
*Your responses will help us determine the best course of treatment for you.*



## Chronic Pain Grade

**Pain can be related on a scale of 0 to 10. "0" is no pain at all, "10" is the worst pain imaginable, like surgery without anesthesia.**

1.  How would you rate your pain on a 0-10 scale? *(circle only one number)*

    0    1    2    3    4    5    (6)    7    8    9    10

    *No Pain*                                    *Pain as bad as could be*

2.  In the past six months, how intense was your worst pain rated on a 0-10 scale? *( circle only one number)*

    0    1    2    3    4    5    6    7    8    (9)    10

    *No Pain*                                    *Pain as bad as could be*

3.  In the past six months, on the average how intense was your pain rated on a 0-10 scale? *( circle only one number)*

    0    1    2    3    4    5    (6)    7    8    9    10

    *No Pain*                                    *Pain as bad as could be*

4.  About how many days in the last six months have you been kept from your usual activities (work, school, or housework) because of your pain? ~~EVERYDAY~~

5.  In the past six months, how much has your pain interfered with your daily activities rated on a 0-10 scale? *(circle only one number)*

    0    1    2    3    4    5    6    7    8    (9)    10

    *No Interference*                            *Unable to carry on any activities*

6.  In the past six months, how much has your pain changed your ability to take part in recreational, social, and family activities rated on a 0-10 scale? *(circle only one number)*

    0    1    2    3    4    5    6    7    8    (9)    10

    *No Change*                                  *Extreme Change*

7.  In the past six months, how much has your pain reduced your ability to work (including housework) on a 0-10 scale? *(circle only one number)*

    0    1    2    3    4    5    6    7    8    (9)    10

    *No Change*                                  *Extreme Change*

**V-0140**

COPY

ADVANCED PAIN CENTERS OF ALASKA
ANCHORAGE

NAME:        VALENOTE, Daniela
DOB:         2-17-69
SSN:         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

CONSULTATION

CONSULTING PHYSICIAN:        Susan Anderson, M.D.
REFERRING PHYSICIAN:         Mike Orzechowski, M.D., Mary Downs, M.D.
                             Joella Beard, M.D.
DATE OF CONSULTATION:        7-21-2003

Dear Doctors,

Thank you very much for consulting Advanced Pain Centers of Alaska.

History is obtained from the patient and review of medical record.

**CHIEF COMPLAINT:**
Right buttock pain, secondary complaint is right arm and left arm pain.

**HISTORY OF PRESENT ILLNESS:**
34 -year-old female referred by Dr. Mary Downs.  Patient reports that her right
buttock pain began approximately October 2002 and by December 2002, she
considered the pain unbearable.  She is uncertain as to what caused her pain,
however, she theorizes that she fell in 1989 while waiting tables.  She
landed on her tailbone and tore a muscle in her right knee.  She reports that
she has not been as strong since that time.  She feels she has been gradually
losing strength.  Her current pain symptoms have been bothering her for
approximately 10 months.  She has been to see a rheumatologist who diagnosed
her with fibromyalgia.  She has seen Dr. Downs and Dr. Orzechowski.  She has
also had a right SI joint injection performed at HealthSouth that gave her
approximately one day of relief.  She reports that her pain is primarily
located all on the right side of the body in her SI joint, her hip, her groin
and inside and outside of her thigh.  She says that sometimes the pain will
radiate down to her foot.  She does have secondary complaints of shoulder
region pain that radiates into the arm and hand.  She reports that her pain
mainly feels like mostly burning and shooting pain in her SI joint, hip, leg
and foot.  She describes it as a heavy aching in her arm and hand.  She
describes it as a stabbing pain in the shoulder.  At the time of her exam her
NRS scale was 6/10, at it worse it was 9/10, at its best 4/10, on average
6/10.  She uses the term horrible to describe her pain during the past week.

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

**V-0141**

She reports that inactivity, sitting, lying down or activity, bending, walking on uneven ground and hard surfaces or lack of sleep can cause her pain. Provocative factors

**Continued on the next page...**

7-21-03     (cont...page 2)                              VALENOTE, Daniela

include standing, sitting, lying down, walking, staying busy, moving around or bowel movements, sex, bending, lifting, pushing, tension or getting into a vehicle. Palliative factors include standing, walking, staying busy, moving around or alcohol. She reports the pain interferes with her daily activities all of the time and interferes with her sleep every night. She has a difficult time falling asleep and staying asleep. She reports before the pain starts she was able to fall asleep easily and slept 8-9 hours. She reports the pain does awaken her during the night. She feels extremely fatigued upon awakening in the morning. In the past she has tried nonsteroidal antiinflammatory medications, antidepressant medications, trigger point injections which did help, Tens unit which helped very briefly, physical therapy, which increased her pain, home exercise program which helped, chiropractic care which gave some relief and acupuncture from which she received the most benefit in addition to massage. Patient reports she has seen Dr. Orzechowski, Dr. Mckouris, gynecologist, Dr. Downs, Dr. Joella Beard, Dr. Joella Beard's nurse practitioner Deb Kiley, Dr. Voke, Dr. Lorentzen a chiropractor, she reports she sees Dr. _____ for her pain. She has not had any prior surgeries.

Diagnostic studies; she has an MRI dated 12/11/02, this shows up to 4 mm posterior disc protrusion at L5-S1 without demonstrable dural sac or nerve root compression. She has mild narrowing and disc dehydration changes. There is also a 3 mm anterior disc protrusion at L3-4 without evidence of posterior disc protrusion. She has an MRI of the hips without contrast that shows no demonstrable abnormality of hip joints. There is a 1.6 cm cyst on the left ovary which has been examined and addressed by her gynecologist. She has a thoracic MRI of the spine on 2/20/03 that is unremarkable. There is an MRI of the head without contrast from 9/6/02 which is normal without plaque. She has an upper GI series from 9/24/02 that is considered normal. A total body bone scan from 2/14/03 that is normal. She denies receiving disability compensation. She reports possible litigation regarding her employer.

**PAST MEDICAL HISTORY:**
Significant for asthma, allergies and irritable bowel syndrome.

**PAST SURGICAL HISTORY:**
Tonsillectomy in 1985.

**ALLERGIES TO MEDICATIONS:**
Environmental such as pineapple, cats or Orphenadrine. She is not to her knowledge allergic to iodine, tape or contrast dye.

**CURRENT MEDICATIONS:**
Currently Gabitril 4 mg twice daily and Pamelor 30 mg once daily, these

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

**V-0142**

medications were initiated by Dr. Downs approximately two weeks ago. She is unsure of the benefit at this time. In the past, she has tried Neurontin up to 1800 mg per day which caused her to feel dull and unable to process. She has tried Lexapro 20 mg po q day with no benefit. She has used Elavil 25 mg for which she reports "knocked her out cold" and caused daytime sleepiness. She has used Flexeril in the past which she felt was one of the most effective that she has used. Topamax up to 50 mg for five days, unsure why this was discontinued by the physician. Zanaflex 8 mg which she reports did nothing to help. Vioxx which was helpful but increased her blood pressure and Bextra

7-21-03    (cont...page 3)

**Continued on the next page...**
VALENOTE, Daniela

which is not helpful. In addition, she has taken Singulair 10 mg one per day, Zyrtec 10 mg one per day, Nexium 40 mg twice a day and Zovia for birth control once a day.

**SOCIAL HISTORY:**
Patient is married and lives with her husband and two dogs. She denies tobacco and IV drug use, reports occasional use of wine.

**FAMILY HISTORY:**
Significant for congestive heart failure, heart disease, gallbladder disease, aneurysm, narrowing of the spinal canal for her father at L5-S1, arthritis, reflux, hypothyroidism, fibromyalgia, degenerative disc disease and endometriosis.

**REVIEW OF SYSTEMS:**
History of kidney infection in 1998. Blood pressure that was elevated but decreased once cessation of the Vioxx. History of pain in her joints and night sweats which are intermittent.

**PHYSICAL EXAMINATION:**
VITALS SIGNS:        Temperature - 98.0. Blood pressure - 129/94. Pulse - 98. Weight - 150 lbs.
GENERAL:             Pleasant female in no apparent distress.
HEENT:               Normocephalic, atraumatic.
NECK:                No lymphadenopathy, thyromegaly, or masses noted.
CHEST:               Clear to auscultation bilaterally.
CARDIOVASCULAR:      Regular rate and rhythm.
ABDOMEN:             Nondistended, nontender.
EXTREMITIES:         No clubbing, cyanosis or edema.
MUSCULOSKELETAL/NEUROLOGIC:
Patient is nontender to palpation over the cervical, thoracic and lumbar spine. She is very flexible with lumbar flexion, extension and side bending. There is absolutely no pain with flexion, however, there is increased right sided pain right with extending into an upright position. This causes pain into the right buttock and the back of the leg. Ostgaard is positive on the right. Flare is positive on the right. Neurologic examination - her gait is normal. Good heel and toe walking, negative Romberg, good finger to nose coordination, good heel to shin coordination, however, has pain with standing on one leg. Motor strength in the lower extremities is 5/5 and without

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

**V-0143**

deficit. Deep tendon reflexes are +2 and symmetrical. On sensory exam there is increased sensation to sharp over the right anterior thigh and left dorsal foot, otherwise within normal limits. On slump testing she is positive on the right with proximal initiation for low back pain and posterior leg pain that decreases with negative narrowing, she is negative on the left. On straight leg raise, she is negative bilaterally.

ASSESSMENT:
1. Right SI joint dysfunction.
2. Hypermobility at L5-S1.
3. History of fibromyalgia on previous diagnosis.

Continued on the next page...

7-21-03    (cont...page 4)

VALENOTE, Daniela

PLAN:
The following plan was discussed with the patient with verbal understanding:
1. The patient will be scheduled for a right SI joint injection under fluoroscopic guidance.
2. The patient will meet with physical therapy at Advance Physical Therapy of Alaska for evaluation and treatment, they will reevaluate her SI lock belt to determine effectiveness.
3. Patient may be considered for right L5-S1 transforaminal epidural steroid injection in the future.
4. The patient may be considered for a trial of Effexor in the future.
5. Patient may be considered for a trial of Provigil in the future.

Time spent with this patient was approximately 35 minutes.


REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)


d:7-21-03
t:7-27-03/ks

cc:  Mike Orzechowski, M.D.
     Mary Downs, M.D.           7/29
                           Joella Beard, M.D.


Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

V-0144

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

SS#: 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
VALENOTE, DANIELA          DOB: 02/17/69

Date _JUL 2 1 2003_

If patient is from out of Anchorage, local or cell-phone number

**Vital Signs:** B/P 129 94 Pulse 96 Temp 98.0 Resp
Ht (Initial visit) _____ Wt (Every visit) 150

**Reason for Visit:** (L) Butt pain — seems like all pain stems
stems from (R) Butt pain.

**Allergies** ORPhenedrene **Medications** Gabitril          **Other Physicians:**
Pamelor
Neurontin

**Medication Refill Request:** _____
**Pharmacy Patient uses (place on care record also)** Lexapro Elavil, Flexeril, Topamax,
Zanaflex Vioxx Bust

**Today's Pain Intensity Scale (Circle pain scale #)**

| Location: | LBP (R) Butt | (R) arm & (L) arm | 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|---|
| Type: | Burn stabbing | Aches Burn hot more when Butt hurts | |
| Radiation: | (R) Butt & (R) leg | heavy - hot then swell | |
| Continuous or Intermittent: | | to | |

**What makes pain worse?** inactivity & activity **Better?** change of position
lack of sleep a.m.
**Any procedure since last visit, and what was it?** N/A
**% Relief from that procedure** N/A          **Any neg side effects?** N/A

**Other pertinent information/education needs** Pt is having (L) sided pain since
last night.

**Signature (all nursing care providers)** Chien

**Physician Notes:**
**Gen**

**MS:** Palpation:
**ROM:**
**OSt guard:** (+) (R)  **Flare:** (T) (L)
**Neuro:** Gait

Motor power – UE          LE 5/5

Sensory – LT          PP (R) mot
↑(L) dorsal foot
**Slump testing** R (+) L⊖          SLR R⊖ L (+)
LBP + post leg to LE
**Impression**

V-0145

**Notes:**

(R) SI joint inj  (R) L5-S, TF ESI.

Consider
(R) L5-S,
TF ESI

**Procedure To Be Scheduled:**
**Diagnostic Studies**          **PT** Trombley:
**MD signature**          Pt to return



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS#: 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          DOB: 02/17/69
VALENOTE, DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Date 7-21-63          Time 10.07          (A.M)    P.M.

1.  I hereby authorize Dr. Anderson
    to perform the following operation or procedure, known as

    Injection of the Sacral Illiac area of the sacral spine on right side with local anesthetic and/or steroid with moderate sedation

    upon myself or _____
                      (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications.

    Bleeding, Worse pain, Numbness, Bruising, Infection, Weakness, Paralysis,

3.  I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.  I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____          _____
Patient's Signature                       Witness Signature

_____          _____
Signature of Relative Responsible for Patient     Relationship to Patient

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

### SIMPLIFIED DEFINITIONS OF TERMS USED ON CONSENT FORM

V-0146

**PROCEDURE REMINDER**
## ADVANCED PAIN CENTERS OF ALASKA

Procedure: (R) SI Joint Injection

Date/Time: _____ @ _____          Pt. Appt: _____ @ _____

Pre-Op Visit: _____ @ _____         Allergies: _____

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:   Yes   No   Language: _English/_____

✗ Nothing to eat or drink after ___Once prior___ am/pm prior to procedure.

Arrive at:   APCA / LaTouche  /  PROV  / ARH  / HealthSouth   @ _____ am/pm.

### If you are scheduled for a Diskogram, please arrive one hour prior to your scheduled appointment time for preparation.

If Diabetic, Instructions for Medication: _N|A_
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

− If you take daily medications follow these instructions: Take them in the am ī a sip of) #2()

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: ⟨No⟩  Yes   If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- ↳Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- − **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions _____

FEMALE PATIENTS:  I am not pregnant _____
Signature                                    Date

Reviewed by: _Cohen_          Patient: _____      Date: _____

RT/DOCUMENTATION
MED IMAGES<sup>SM</sup>, INC.
(36LADX)

**DATE**: August 5, 2003

**PATIENT**: #021769DV   Daniela Valenote

**SS#**: 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

**SURGEON**: Susan R. Anderson, M.D.

**FACILITY**: Advanced Pain Centers of Alaska - Anchorage

## OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS**: Right-sided SI joint arthropathy.

**POSTOPERATIVE DIAGNOSIS**: Right-sided SI joint arthropathy.



Photo 1.



Photo 2.

**PROCEDURE PERFORMED**: Right-sided SI joint intra-articular injection under fluoroscopic guidance with conscious sedation.

**ANESTHESIA**: Conscious sedation with Versed 1 mg IV and fentanyl 50 mcg IV.

**FLUIDS**: IV access.

**ESTIMATED BLOOD LOSS**: Less than 1 cc.

**COMPLICATIONS**: None.

**INDICATIONS**: As above.

V-0148

**PROCEDURAL NOTE**: The patient was brought to the fluoroscopy suite after informed consent and IV access were obtained. Vital signs were found to be stable. There were no EKG,

SA:lc

RT/DOCUMENTATION
MED IMAGES<sup>SM</sup>, INC.
(36LADX)

**DATE:** August 5, 2003

Dr. Anderson

**PATIENT:** #021769DV   Daniela Valenote

laboratory, or radiologic values to contraindicate the procedure. The patient was placed in the prone position with all pressure points padded and standard monitoring applied. The right gluteal area was prepped and draped in a sterile manner.

Using direct AP fluoroscopy the anterior and posterior SI joints were overlapped. At the inferior aspect, a skin wheal was raised using 3 cc of 2% buffered lidocaine and a 27-gauge needle. A 25-gauge spinal needle was advanced through the skin wheal in gun-barrel fashion, touching the lateral aspect of the SI joint and walking in medially. This was noted in lateral view to be at the level of the SI joint. The patient was injected with 1 cc of Omnipaque-240 dye after negative aspiration, showing flow into SI joint and no vascular uptake. The patient was then injected with 2 cc of 2% buffered lidocaine with 2 cc of 0.5% bupivacaine with 1 cc of 40 mg/cc of triamcinolone without complication. The needle was removed. The site was covered with antibiotic ointment and a Band-Aid. A total of 5 cc of 2% lidocaine, 1 cc of Omnipaque, 2 cc of bupivacaine, and 1 cc of Kenalog was used for the procedure.

NOTE: Report dictated
but not read.

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

DD: 08/05/2003
DT: 08/06/2003

**V-0149**

SA:lc

**ADVANCED PAIN CENTERS OF ALASKA**

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

Date: _AUG 0 5 2003_

Reviewed By: _____

## POST INJECTION EVALUATION

| | | | |
|---|---|---|---|
| ☐ Medial Branch Block | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☒ SI Joint Injection (R) | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: | | | |

**PHYSICIAN:**  (DR. ANDERSON)    DR. POLSTON    DR. RODERER    DR. STINSON

The following information needs to be completed and returned to our office after one week.  You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself.  After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment.  You may fax this evaluation to 743-8284.

No pain (0/10) 1/10 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **while still in the center** (circle one)

No pain (0/10) 1/10 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **one hour after the procedure** (time) 10³⁰ (circle one)

No pain 0/10 (1/10) 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **2 hours after the procedure** (time) 11³⁰ (circle one)

No pain 0/10 (1/10) 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **3 hours after the procedure** (time) 12³⁰ (circle one)

No pain 0/10 1/10 (2/10) 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **4 hours after the procedure** (time) 1³⁰ (circle one)

No pain 0/10 1/10 (2/10) 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **5 hours after the procedure** (time) 2³⁰ (circle one)

No pain 0/10 1/10 (2/10) 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **6 hours after the procedure** (time) 3³⁰ (circle one)

No pain 0/10 1/10 (2/10) 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **3 days after the procedure** (time) _____ (circle one)

No pain 0/10 1/10 (2/10) 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **7 days after the procedure** (time) _____ (circle one)

V-0150

ADVANCED PAIN CEN... S OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD

SS#: 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
VALENOTE, DANIELA          DOB: 02/17/69

## PRE-PROCEDURE

DATE: AUG 0 5 2003   TIME: (AM / PM)   NPO STATUS: +8

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed

Allergies: ophenadrine

Current Medications: agbatrel, singular, panular, zytec, nexium, zonia

Previous Complications from Surgery/Anesthesia: ☑ None Reported

Comfort: No Pain / (Pain) Location:  Intensity: 7/10

| Time | IV TYPE |
|------|---------|
| 0850 | 24 HL (R) hand |

Anesthesia Plan: ☑ Sedation ☑ IV / PO / IM   ☐ Local   ☐ No Sedation

Review of Diagnostic Data: ☑ Yes
Patient Appropriate Candidate: ☑ Yes  ☐ No
ASA Classification: (1) 2 3 4 5 E

Assessment reviewed and all meds. Given per verbal order of MD

PHYSICIAN SIGNATURE:

## PROCEDURE

Procedure: SI joint injection

MD: Anderson

NIBP: R / (L) Arm) Leg   Pulse Oximeter R / L (Hand) / Foot

Pt. Pos: R / L   Lateral   Supine  (Prone)  Other

READY TIME: 0855   START: 0913   END: 0914

Grounding Pad Site:

Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| 0913 | Versed | 1 mg | | | | |
| 0913 | Fentanyl | 50 mcg | | | | |

V-0151

| VITALS | Baseline | | | | | | | | | | | | | |
|--------|----------|--|--|--|--|--|--|--|--|--|--|--|--|--|
| Time | 0830 | 0910 | 0913 | 0914 | | | | | | | | | | |
| B/P | 128/94 | 137/89 | 114/90 | 120/77 | | | | | | | | | | |
| P | 93 | 88 | 87 | 93 | | | | | | | | | | |
| EKG | — | ∅ | ∅ | | | | | | | | | | | |
| *Resp. Rate/Qual | 15 | 16/N | 18/N | 16/N | / | / | / | / | / | / | / | / | / | / |
| Sat% | — | 100 | 99 | 99 | | | | | | | | | | |

| ALDRETE | | | | | | | | | | | | | | |
|---------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| O2/NC | — | ∅ | ∅ | ∅ | | | | | | | | | | |
| **Activity | 2 | 2 | 2 | 2 | | | | | | | | | | |
| **Resp. | 2 | 2 | 2 | 2 | | | | | | | | | | |
| **L.O.C. | 2 | 2 | 2 | 2 | | | | | | | | | | |
| **Circ. | 2 | 2 | 2 | 2 | | | | | | | | | | |
| **Oxygenation | ∅ | ∅ | ∅ | 2 | | | | | | | | | | |

Key on back    ☐ Vital signs continue on page #2

Protective Reflexes: ☑ Yes   ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used: ☐ Yes ☑ No  If yes, why? _____   Photos Taken: ☑ Yes  ☐ No
Other Complications:

Post-Procedure Report Given to: _____ By: _____ (Procedure RN) Time: _____

## ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS#: 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          DOB: 02/17/69
VALENOTE, DANIELA

### DATE: AUG 0 5 2002

| | | Baseline | Vital Statistics Q 5 min | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V | Time | | | | | | | | | | | | | | |
| I | B/P | | | | | | | | | | | | | | |
| T | P | | | | | | | | | | | | | | |
| A | EKG | | | | | | | | | | | | | | |
| L | *Resp. Rate/Qua | | / | / | / | / | / | / | / | / | / | / | / | / | / |
| S | Sat% | | | | | | | | | | | | | | |
| A | O2/NC | | | | | | | | | | | | | | |
| L | **Activity | | | | | | | | | | | | | | |
| D | **Resp. | | | | | | | | | | | | | | |
| R | **L.O.C. | | | | | | | | | | | | | | |
| E | **Circ. | | | | | | | | | | | | | | |
| T | | | | | | | | | | | | | | | |
| E | **Oxygenation | | | | | | | | | | | | | | |

Admission Temperature: 98.2          Discharge Temperature: 98.3

### ALDRETE SCORING

| Pre Procedure Bp: 128/94 | | Post | 30' | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| A C T I V | Can move 4 Extremities | =2 | 2 | 15 Min | | | | |
| | Can move 2 Extremities | =1 | | 2 | | | | |
| | Can move 0 Extremities | =0 | | | | | | |
| R E S P | Able to DB&C | =2 | 2 | 2 | | | | |
| | Dyspnea/Limited | =1 | | | | | | |
| | Able to DB&C | =0 | | | | | | |
| C I R C | BP+/-20 Baseline | =2 | 2 | | | | | |
| | BP+/-20-50 Baseline | =1 | | 2 | | | | |
| | BP+/-50 Baseline | =0 | | | | | | |
| L O C | Fully Awake | =2 | 2 | 2 | | | | |
| | Arousable | =1 | | | | | | |
| | Not Responding | =0 | | | | | | |
| O X Y G E N | Able to Maintain O2 Saturation > 92% on room air | =2 | 2 | | | | | |
| | Needs O2 inhalation to Maintain O2 Saturation > 90% | =1 | | 2 | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | | 10 | 10 | | | | |

Discharge criteria met at (Aldrete Score of 8 or Above) Time: 0935
RN Signature: _____

### VITAL SIGNS Q 15 MIN

| TIME | 09 15 | 09 30 | | | | |
|---|---|---|---|---|---|---|
| B/P | 131 82 | 125 82 | | | | |
| P | 87 | 82 | | | | |
| Resp. Rate | 15 | 16 | | | | |
| Resp. Qual | n | n | | | | |
| Sat% | 100 | 100 | | | | |
| CO2% | | | | | | |
| L.O.C. | 1 | 1 | | | | |
| O2 | Ø | Ø | | | | |

I.V.: (Type/Amt) _____  Site: (R) hand
Appear:  ☑ Patent  ☐ Infiltrated  ☐ Red
Comfort:  No Pain  Pain  Location: ___  Intensity: ___
I.V. DC'D Intact.

Variances or Other Problems: _____

V-0152

### DISCHARGE PLANNING

| OUTPATIENT: | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | ✓ | |
| 2. Vital signs stable including temperature. | ✓ | |
| 3. Absence of respiratory distress. | ✓ | |
| 4. Swallow, cough, and gag reflex present. | ✓ | |
| 5. Minimal nausea and vomiting. | ✓ | |

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents. ☐  N/A | | |
| 7. Alert & oriented with adequate muscular strength. | ✓ | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | ✓ | |

☐ Transported via wheelchair, (ambulatory) to awaiting vehicle with staff.  Time: 0935



SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

## DISCHARGE INSTRUCTIONS

DATE: _____ AUG 0 5 2003

The following istructions are given for your care at home.  Please follow the checked instructions.

### Procedure

☐ Discogram  ☐ Selective Nerve Root Block  ☐ Lumbar Sympatetic Block
☐ Epidural Steroids  ☐ Stellate Ganglion Block  ☑ SI Joint Injection ®
☐ Facet Blocks  ☐ Trigger Point Injections  ☐ Other

### Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other: _____

### Activity

☐ Resume normal activity
☐ Resume normal activity when full movement and sensation has returned.  Be careful on steps, curbs, rugs, or uneven surfaces until normal strengh and sensation have returned.
☐ Exercises as instructed: _____
☑ Do Not drive yourself home.  May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other: _____

### Medications

☐ Take prescriptions as ordered      ☐ Prescription / Medication given to patient or responsible person
   a. _____                  ☐ Resume medicine as taken at home
   b. _____
   c. _____

### Additional Information

☑ Remove Band-Aids today.
☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Advanced Pain Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness / tingling, heaviness of arm / leg on injected side, headache. If they persist over 18 hours, notify physician.
☐ Numbness or tingling in extremity / extremities.
☑ Soreness at puncture site, muscle soreness and stiffness may be presented for 2-4 days after the procedure.
☐ The day following your block, you may have to return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected.  You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient / family instructed to take pain medication when intensity of pain is @ _____
☐ Patient / family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient / family instructed in alternative measures to relieve pain:  ☐ Cold Packs  ☐ Hot Packs  ☐ Massage
   ☐ Position changes  ☐ Distraction  ☐ Breakthrough pain interventions  ☐ Relaxation  ☐ Guided imagery

Reviewed with Patient by: _Julian_  Date: _____

Patient Signature: _Daniela Valenote_  Physician Signature: _____



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS#: 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          DOB: 02/17/69
VALENOTE, DANIELA

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes          No

I, _Daniella Valenote_, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I have had a tubal ligation.

☐ I verify that I have had a hysterectomy.

☒ I verify that I am NOT pregnant.   *Birth control pills (Zovia)*

_____          _8/5/03_____
Patient Signature                                      Date

**V-0154**



ADVANCED PAIN CENTERS OF
A L A S K A

3500 La Touche St., Suite 310
Anchorage, AK 99701

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

Date: AUG 0 5 2003

## Patient Procedure Visit

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____ in wait area? _X_ Phone # (if not) _____
Vital Signs  B/P 128/94 _____ Pulse _93_  Temp _98.2_ Resp _____ O2 Sat _____
NPO? +8 _____ Pain Level _7_ /10  Location of pain _low low back, R hip_
Allergies _ophenadrine_

Current Medications _et. sabitrel, singular, pamelar, zyrtec, nexium, zovia_

Nursing Comments: _____

Signatures (all nursing care providers) _____

Physician Notes:                                          **V-0155**

Pre-Procedure Review: _____
Time: _____ Preoperative Diagnosis: _R SI joint No_  H & P and Systems Review: _up_
Any changes in medical status: _no_

MD Signature

Post Procedure Note:    Postoperative diagnosis: _R SI jt_
                        Procedure performed: _____
                        Complications: _0_

Sedation given: _Versed 1mg  Fentanyl 50 mcg_
Dictation (if not today, give date) _8 . 5 . 03_

MD Signature

Revised 3/7/03

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

### PRE-PROCEDURE

DATE: AUG 1 2 2003    TIME: 10°° AM / PM    NPO STATUS: +8

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed

Allergies: ophenadrine    Pineapple

Current Medications: Gabitril, Pamelor, Singular, Cytec, Nexium,
Toria.

Previous Complications from Surgery/Anesthesia: ☐ None Reported

Comfort: No Pain / Pain    Location:    Intensity:

| Time | IV TYPE |
|------|---------|
| 1020 | HL 226 (R) hand |

Review of Diagnostic Data: ☑ Yes
Patient Appropriate Candidate: ☑ Yes    ☐ No
ASA Classification: ( 1 )  2  3  4  5  E

Anesthesia Plan: ☑ Sedation ☑ IV / PO / IM
☐ Local    ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD

PHYSICIAN SIGNATURE:

### PROCEDURE

Procedure: Right Pubic

READY TIME: 1020    START: 1038    END: 1048

MD: Anderson

Grounding Pad Site:

NIBP: R / (L) Arm / Leg    Pulse Oximeter: (R) L Hand / Foot
Pt. Pos: R / L    Lateral    Supine    Prone    Other

Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | Activity | Administered by: |
|------|------|------|-------|------|----------|------------------|
| 1038 | Versed | 1mg | IV | 1 | A | DDombley |
| 1038 | Fentanyl | 50mcg | IV | 1 | A | DDombley |
| 1048 | Versed | 1mg | IV | 1 | A | DDombley |

V-0156

### Vital Statistics Q 5 min.

|  |  | Baseline |  |  |  |  |  |  |  |  |  |  |  |
|--|--|----------|--|--|--|--|--|--|--|--|--|--|--|
| V I T A L S | Time | 1000 | 1035 | 1040 | 1045 | 1048 |  |  |  |  |  |  |  |
|  | B/P | 129/57 | 129/70 | 127/83 | 133/78 | 129/74 |  |  |  |  |  |  |  |
|  | P | 86, | 89 | 86 | 83 | 89 |  |  |  |  |  |  |  |
|  | EKG | O | O | O | O | O |  |  |  |  |  |  |  |
|  | *Resp. Rate/Qual | 16 | 161 N | 161 N | 161 N | 161 N | / | / | / | / | / | / | / |
|  | Sat% | 100 | 100 | 100 | 100 | 99 |  |  |  |  |  |  |  |
| A L D R E T E | O2/NC | ∅ | O | O | O | O |  |  |  |  |  |  |  |
|  | **Activity | 2 | 2 | 2 | 2 | 2 |  |  |  |  |  |  |  |
|  | **Resp. | 2 | 2 | 2 | 2 | 2 |  |  |  |  |  |  |  |
|  | **L.O.C. | 2 | 2 | 2 | 2 | 2 |  |  |  |  |  |  |  |
|  | **Circ. | 2 | 2 | 2 | 2 | 2 |  |  |  |  |  |  |  |
|  | **Oxygenation | ∅ | O | O | O | O |  |  |  |  |  |  |  |

Key on back    ☐ Vital signs continue on page #2

Protective Reflexes: ☑ Yes    ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used: ☐ Yes  ☑ No  If yes, why? _____    Photos Taken: ☑ Yes  ☐ No
Other Complications:

Post-Procedure Report Given to: C Tai____    By: DDombley    (Procedure RN)  Time:

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS#: 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          DOB: 02/17/69
VALENOTE, DANIELA

**DATE:** AUG 1 2 2003

### Baseline Vital Statistics Q 5 min.

| VITALS | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | | | | | | | | | |
| B/P | | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | | | |
| EKG | | | | | | | | | | | | | | | | |
| *Resp. Rate/Qual | | / | / | / | / | / | / | / | / | / | / | / | / | / | / | |
| Sat% | | | | | | | | | | | | | | | | |
| O2/NC | | | | | | | | | | | | | | | | |
| **Activity | | | | | | | | | | | | | | | | |
| **Resp. | | | | | | | | | | | | | | | | |
| **L.O.C. | | | | | | | | | | | | | | | | |
| **Circ. | | | | | | | | | | | | | | | | |
| **Oxygenation | | | | | | | | | | | | | | | | |

Admission Temperature: 97.0          Discharge Temperature: 97.3

### ALDRETE SCORING

Pre Procedure Bp: 129 / 87

| ACTIV | | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|---|
| | Can move 4 Extremities | =2 | | | | | | |
| | Can move 2 Extremities | =1 | 2 | 2 | | | | |
| | Can move 0 Extremities | =0 | | | | | | |
| RESP | Able to DB&C | =2 | | | | | | |
| | Dyspnea/Limited | =1 | 2 | 2 | | | | |
| | Able to DB&C | =0 | | | | | | |
| BP | BP+/-20 Baseline | =2 | | | | | | |
| | BP+/-20-50 Baseline | =1 | 2 | 2 | | | | |
| | BP+/-50 Baseline | =0 | | | | | | |
| LOC | Fully Awake | =2 | | | | | | |
| | Arousable | =1 | 2 | 2 | | | | |
| | Not Responding | =0 | | | | | | |
| OXYGEN | Able to Maintain O2 Saturation > 92% on room air | =2 | | | | | | |
| | Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | 2 | 2 | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| | Totals: | | 10 | 10 | | | | |

### VITAL SIGNS Q 15 MIN.

| TIME | 10 55 | 10 11 | 11 25 | | |
|---|---|---|---|---|---|
| B/P | 138 83 | 119 72 | 115 72 | | |
| P | 88 | 79 | 91 | | |
| Resp. Rate | 16 | 16 | 16 | | |
| Resp. Qual | ~ | ~ | ~ | | |
| Sat% | 100 | 100 | 96 | | |
| CO2% | | | | | |
| L.O.C. | | | | | |
| O2 | | | | | |

I.V.: (Type/Amt)                              Site: (R) hand.
Appear:   ☐ Patent   ☐ Infiltrated   ☐ Red
Comfort:   No Pain / Pain   Location:      Intensity:
I.V. DC'D Intact:   CmT

Variances or Other Problems:

**V-0157**

Discharge criteria met at (Aldrete Score of 8 or Above)  Time:
RN Signature: _____

### DISCHARGE PLANNING

| OUTPATIENT: | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | | |
| 2. Vital signs stable including temperature. | | |
| 3. Absence of respiratory distress. | | |
| 4. Swallow, cough, and gag reflex present. | | |
| 5. Minimal nausea and vomiting. | | |

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents.   ☐ N/A | | |
| 7. Alert & oriented with adequate muscular strength. | | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | | |

☐ Transported via wheelchair / ambulatory to awaiting vehicle with staff.  Time: 11 30



**ADVANCED PAIN CENTERS OF**
**A L A S K A**

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

## DISCHARGE INSTRUCTIONS

DATE: AUG 1 2 2003

The following istructions are given for your care at home.  Please follow the checked instructions.

### Procedure

| | | |
|---|---|---|
| ☐ Discogram | ☐ Selective Nerve Root Block | ☐ Lumbar Sympathetic Block |
| ☐ Epidural Steroids | ☐ Stellate Ganglion Block | ☐ SI Joint Injection |
| ☐ Facet Blocks | ☐ Trigger Point Injections | ☐ Other |

### Diet

- ☑ Resume Normal Diet
- ☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
- ☐ Other:_____

### Activity

- ☑ Resume normal activity
- ☐ Resume normal activity when full movement and sensation has returned.  Be careful on steps, curbs, rugs, or uneven surfaces until normal strengh and sensation have returned.
- ☐ Exercises as instructed:_____
- ☑ Do Not drive yourself home.  May resume driving when full movement and sensation has returned the following day.
- ☑ May shower or bathe.
- ☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
- ☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
- ☐ Other:_____

### Medications

| | |
|---|---|
| ☐ Take prescriptions as ordered | ☐ Prescription / Medication given to patient or responsible person |
|    a. _____ | ☐ Resume medicine as taken at home |
|    b. _____ | |
|    c. _____ | |

### Additional Information

- ☑ Remove Band-Aids today.
- ☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
- ☐ If you have not heard from our office within 4 working days from follow up, please call the Advanced Pain Center at 278-2741.

### Possible Side Effects from Procedure

- ☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness / tingling, heaviness of arm / leg on injected side, headache.  If they persist over 18 hours, notify physician.
- ☐ Numbness or tingling in extremity / extremities.
- ☑ Soreness at puncture site, muscle soreness and stiffness may be presented for 2-4 days after the procedure.
- ☐ The day following your block, you may have to return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected.  You may wish to take pain medications.

### Pain Management

- ☐ No Pain
- ☐ Patient / family instructed to take pain medication when intensity of pain is @_____
- ☐ Patient / family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
- ☐ Patient / family instructed in alternative measures to relieve pain:  ☐ Cold Packs  ☐ Hot Packs  ☐ Massage
- ☐ Position changes  ☐ Distraction  ☐ Breakthrough pain interventions  ☐ Relaxation  ☐ Guided imagery

Reviewed with Patient by: _C. J_____    Date: 8·12·03

Patient Signature: _____    Physician Signature: _____

**ADVANCED PAIN CENTERS OF A L A S K A**

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

Date: _____AUG 1 2 2003_____

Reviewed By: _____

## POST INJECTION EVALUATION

| | | | |
|---|---|---|---|
| ☐ Medial Branch Block | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: | | | |

**PHYSICIAN:**    (DR. ANDERSON)    DR. POLSTON    DR. RODERER    DR. STINSON

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about further treatment. You may fax this evaluation to 743-8284.

No pain (0/10) 1/10 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **while still in the center** (circle one)

No pain (0/10) 1/10 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **one hour after the procedure** (time) 12:00 (circle one)

No pain (0/10) 1/10 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **2 hours after the procedure** (time) 1:00 (circle one)

No pain (0/10) 1/10 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **3 hours after the procedure** (time) 2:00 (circle one)

No pain 0/10 (1/10) 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **4 hours after the procedure** (time) 3:00 (circle one)

No pain 0/10 (1/10) 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **5 hours after the procedure** (time) 4:00 (circle one)

No pain 0/10 (1/10) 2/10 3/10 4/10 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **6 hours after the procedure** (time) 5:00 (circle one)

No pain 0/10 1/10 2/10 3/10 (4/10) 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **3 days after the procedure** (time) 2:00 PM (circle one)

No pain 0/10 1/10 2/10 3/10 (4/10) 5/10 6/10 7/10 8/10 9/10 10/10 No relief
Rate your pain **7 days after the procedure** (time) 9:00 am (circle one)

V-0159

8/4/2003



ADVANCED PAIN CENTERS OF
A L A S K A

3500 La Touche St., Suite 310
Anchorage, AK 99701

SS#: 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
VALENOTE, DANIELA    DOB: 02/17/69

Date: _____ AUG 1 2 2003 _____

# Patient Procedure Visit

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: Victor husband in wait area? X Phone # (if not) _____
Vital Signs  B/P 129/87    Pulse 86    Temp 97.0 Resp 16    O2 Sat _____
NPO? 7 pm _____ Pain Level 6 /10  Location of pain _____
Allergies ephenadrine

Current Medications  Gabatrel, Singular, pamulor, cytec, nexium, zovra .

Nursing Comments: _____

Signatures (all nursing care providers) C. Teillon

-----------------------------------------

## Physician Notes:

Pre-Procedure Review: _____ NP _____  H & P and Systems Review: _____ NP _____
Time: _____ Preoperative Diagnosis: (R) Pubic Symplus dysfn
Any changes in medical status: no

_____ MD Signature

Post Procedure Note:    Postoperative diagnosis: Sm
Procedure performed: (R) Pubic Symplys inj
Complications: Ø

Sedation given Versed 11   fent Ø 50 mcg
Dictation (if not today, give date) 8.12.03

_____ MD Signature

Revised 3/7/03

V-0160