

ADVANCED PAIN CENTERS OF
*A L A S K A*

SS#:  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    DOB:  02/17/69
VALENOTE, DANIELA

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes      (No)

I, _Daniela Valenote_____, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I have had a tubal ligation.

☐ I verify that I have had a hysterectomy.

☒ I verify that I am NOT pregnant.

_____          _Aug 12, 2003_____
Patient Signature                      Date

**V-0161**

SS#: 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    DOB: 02/1..9
VALENOTE, DANIELA

**PROCEDURE REMINDER**
**ED PAIN CENTERS OF ALASKA**

Procedure: ®Pubic Sym. In

Date/Time: 8-12 @ 9.45          Pt. Appt:_____ @_____

Pre-Op Visit: _____ @_____     Allergies:_____

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:   Yes   No   Language: English/

Nothing to eat or drink after _____ 8 hours _____ am/pm prior to procedure.

Arrive at:   APCA LaTouche  /  PROV  /ARH  / HealthSouth   @ 9.45   am/pm.

**If you are scheduled for a Diskogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: _____

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed:   No   Yes   If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions _____

**V-0162**

FEMALE PATIENTS: I am not pregnant _____ Signature _____  Date _____

Reviewed by: _____   Patient: _____   Date 8-5-8



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS#:  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
VALENOTE, DANIELA     DOB:  02/17/69

**CONSENT TO OPERATION, ADMINISTRATION OF
ANESTHETICS AND THE RENDERING OF
OTHER MEDICAL SERVICES**

Date 8·12·03     Time 10:10     (A.M.)  P.M.

1.  I hereby authorize Dr. Anderson
    to perform the following operation or procedure, known as

    Injection of the Right pubic symphysis nerve with anesthetic and/or steroid with moderate sedation

    upon myself or *Daniela Valenote*
    (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me.  I have been informed of the usual attendant risks and benefits, as well as of alternative treatments.  I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation.  I understand and accept the possibility of risks and complications.

    Bleeding, Worse pain, Numbness, Bruising, Infection, Weakness, Paralysis, Nausea/vomiting,

3.  I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1.  I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable.  The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.  I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.
I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL
COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____          _____
Patient's Signature                                           Witness Signature

_____          _____
Signature of Relative Responsible for Patient        Relationship to Patient

**V-0163**

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

03/10/03

RT/DOCUMENTATION
MED IMAGES<sup>SM</sup>, INC.
(36LAEV)

**DATE**: August 12, 2003

**PATIENT**: #021769DV   Daniela Valenote
             SSN: 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

**SURGEON**: Susan R. Anderson, M.D.

**FACILITY**: Advanced Pain Centers of Alaska - Anchorage

---

### OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS**: Pubic symphysis dysfunction.

**POSTOPERATIVE DIAGNOSIS**: Pubic symphysis dysfunction.


Photo 1.


Photo 2.

**PROCEDURE PERFORMED**: Pubic symphysis injection under fluoroscopic guidance with conscious sedation.

**ANESTHESIA**: Conscious sedation with Versed 2 mg IV and fentanyl 50 mcg IV.

**FLUIDS**: IV access.

**ESTIMATED BLOOD LOSS**: Less than 1 cc.

**COMPLICATIONS**: None.

**INDICATIONS**: As above.

**V-0164**

**PROCEDURAL NOTE**: The patient was brought to the fluoroscopy suite where she was placed in the supine position. The pubic area was prepped and draped in a sterile manner. Using direct AP fluoroscopy, the pubic symphysis on the right was identified. On the lateral aspect of the

---

SA:hm                                                          Page 1 of 2

**RT/DOCUMENTATION**
**MED IMAGES**<sup>SM</sup>, **INC.**
(36LAEV)

**DATE:** August 12, 2003

**PATIENT:** #021769DV  Daniela Valenote

Dr. Anderson

pubic symphysis a skin wheal was raised using 3 cc of 2% buffered lidocaine and a 27 gauge needle. A 25 gauge spinal needle was advanced to the skin wheal touching the pubic symphysis and then walking off laterally into the pubic tubercle and into the pubic symphysis under fluoroscopic guidance. After negative aspiration, 2 cc of Omnipaque-240 dye were injected and noted to stay within the pubic symphysis. The patient was then injected with 5 cc of a local anesthetic steroid mix consisting of 2 cc of 2% lidocaine, 2 cc of 0.5% bupivacaine, and 1 cc of 40 mg/cc of triamcinolone without complications. The needle was removed and the site was covered with antibiotic ointment and a Band-Aid.

NOTE: Report dictated
but not read.

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

DD: 08/12/2003
DT: 08/13/2003

**V-0165**

SA:hm

Advanced Pain Centers of Alaska
Name:   Daniela Valenote
DOB:    2-17-69
SSN:    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

## PROGRESS NOTE - ADVANCED PAIN CENTERS OF ALASKA - ANCHORAGE

**DATE:** 9-4-03

**SUBJECTIVE:** The patient returns to clinic for follow up. She is status post pubic symphysis injection and right-sided SI joint injection. She reports the pubic symphysis injection and SI joint injection provided significant decreased pain and she can now wear her brace after the injection. She report the pain is no longer continuous but now intermittent. She complains today basically of right-sided pain described as stabbing and shooting, right hip pain that is sharp and sensitive to touch and low back pain that is burning. She has 2 separate pain, 1 that radiates to the anterior leg and 1 that radiates posteriorly on the right leg to the toe.

**OBJECTIVE:** In general, a pleasant female in no apparent distress.

## PHYSICAL EXAMINATION
**Blood Pressure:** 124/90 **Pulse:** 92 **Temp:** 97.9   **Respirations: Height: Weight:** 144 lb.

**MRI Review:** From December 12, 2002 MRI shows posterior disc protrusion at L5-S1 and an anterior disc protrusion at L3-4 without evidence of the posterior disc protrusion.

**ASSESSMENT:**
1. Discogenic low back pain at L3-4 with anterior thigh radiation to the right.
2. Discogenic low back pain at L5-S1 with posterior right leg pain radiating to the foot.
3. Right SI joint dysfunction to right pubic symphysis dysfunction.
4. Right gluteal bursitis.

**PLAN:** The following plan was discussed with the patient's verbal understanding:
1. The patient will be scheduled for an intralaminar L3-4 epidural steroid injection under fluoroscopic guidance.
2. The same day the patient will have a right gluteal bursal injection.
3. The patient will continue with physical therapy at Advanced Physical Therapy of Alaska.
4. The patient will continue to wear belt as noted in place today in the physical exam.

Time spent with this patient was approximately 15 minutes.

NOTE: Report dictated but not read.

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

tk                                                **V-0166**

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

SS#: 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
VALENOTE, DANIELA          DOB: 02/17/69

Date _4-4-05_

---

**If patient is from out of Anchorage, local or cell-phone number**

**Vital Signs:** B/P 124/90  Pulse 92  Temp 97.9  Resp ____
Ht (Initial visit) ____   Wt (Every visit) 144

**Reason for Visit:** _____

---

**Allergies** NO DS   **Medications** NO DS   **Other Physicians:** ∅
DC Pamelor
staeted Trazadone

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)
1 2 3 4 5 6 7 8 9 10    1 2 3 4 5 6 7 8 9 10    1 2 3 4 5 6 7 8 9 10

| Location: | ® side | | |
|---|---|---|---|
| Type of: Stabbing, Shooting, | ® Hip -sharp sensitive to the touch, | LBP-Burn | |
| Radiation: thru ® side | | | |
| Continuous or | | | |
| Intermittent: | | | |

**What makes pain worse?** Sitting, Raising ® knee   **Better?** _____
**Any procedure since last visit, and what was it?** © Pubic Symphysis
**% Relief from that procedure** ?   **Any neg side effects?** ∅
The pain is no longer cont. it's not now intermittent
**Other pertinent information/education needs** _____

Groin Not as constant

Able to wear self finger

**Signature** (all clinical care providers) Clifton

**Physician Notes:**
Gen
Gluteal bursitis
on ® Side

MS:  Palpation:       Spring:    Belp in flare
     ROM:
OS+gaard:    Flare:
Neuro: Gait           L 3 4  → L 5 S,
                              SS2
   Motor power – UE      LE           ↓
   Sensory – LT      PP      vib       middle to
   Slump testing  R   L   SLR  R   L    Aml 4
   Impression

V-0167

**Notes:** Inhalami L3-4 L5S1   + ® Gluteal bursal inj

**Procedure To Be Scheduled:** _____  **PT/Trombley:** _____
**Diagnostic Studies** _____  **Pt to return** _____
**MD signature** _____  **Dictated?** ____ **Date** 9/4 **Time** ____



ADVANCED PAIN CENTERS OF
A L A S K A

SS#:  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    DOB:  02/17/69
VALENOTE, DANIELA

Date: 9-4-03

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



V-0168

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort) |————————————X————————————| Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering here is, " How much is your problem limiting what you can do? ".

No Limitations |————————————X————————————| Maximum Limitation



ADVANCED PAIN CENTERS OF
A L A S K A

SS#: 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
VALENOTE, DANIELA
DOB: 02/17/69

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Date 9-4-03     Time 11.23  A.M.  P.M.

1.  I hereby authorize Dr. Anderson
    to perform the following operation or procedure, known as

    Right sided Gluteal Bursa injection with anesthetic and/or steroid

    upon myself or _____.
                        (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications. Bleeding, Worse pain, Numbness, Bruising, Infection, Weakness, Paralysis, Nausea/vomiting,

3.  I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.  I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____          _____
Patient's Signature                   Witness Signature

_____          _____
Signature of Relative Responsible for Patient      Relationship to Patient

**V-0169**

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

03/11/03



**ADVANCED PAIN CENTERS OF**
*A L A S K A*

SS#: 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
VALENOTE, DANIELA     DOB: 02/17/69

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: _9-4-03_          TIME: _11:23_      (A.M.)  P.M.

1.  I hereby authorize Dr. _Anderson_
    to perform the following operation or procedure, known as _____,

    > Lumbar Epidural Steroid Injection, intralaminar approach at lumbar three-four with possible moderate sedation

    upon myself or _____.
    (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

    > Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction, bowel / bladder dysfunction, numbness of legs, sexual dysfunction, difficulty breathing

3.  I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.  I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.  I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____          _____
Patient's Signature                       Witness Signature                **V-0170**

_____          _____
Signature of Relative Responsible for Patient      Relationship to Patient

> I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).
>
> _____
> Physician's Signature

9/4/2003

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 09/16/2003

**PERFORMED BY:** Susan R. Anderson, M.D.

**PREPROCEDURE DIAGNOSIS:**

**POSTPROCEDURE DIAGNOSIS:**

**PROCEDURE PERFORMED: 1.** L3-L4 intralaminar epidural steroid injection under fluoroscopic guidance with conscious sedation.
2. Right gluteal bursal injection.

**MEDICATION INJECTED:**

**ANESTHESIA:** Conscious sedation with Versed 1 mg IV and Fentanyl 50 mcg IV.

**COMPLICATIONS:** None.

**PREPROCEDURE DIAGNOSES:**
1. L3-L4 discogenic pain with radicular symptoms.
2. Right gluteal bursitis.

**POSTPROCEDURE DIAGNOSES:**
1. L3-L4 discogenic pain with radicular symptoms.
2. Right gluteal bursitis.

**SURGEON:** Susan R. Anderson, M.D.

**FLUIDS:** IV access.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**V-0171**

**INDICATIONS:** As above.

**PROCEDURAL NOTE:** The patient was brought to the fluoroscopy suite after informed consent and IV access was obtained. Vital signs were found to be stable. No EKG, laboratory, or radiologic values contraindicated the procedure. The patient was placed in the prone position with all pressure points padded and monitoring applied. The lumbar area was prepped and draped in a sterile manner. Using direct AP fluoroscopy the L4 spinous process was identified. A skin wheal was raised left lateral to this using 3 cc of 2% buffered lidocaine, and a 27 gauge needle.

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name:  VALENOTE, DANIELA
DOB:
SSN:  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

An 18 gauge needle was used to pierce the skin.  A 20 gauge Tuohy epidural needle was advanced through the skin wheal to the midline into the interspinous ligament as noted on the lateral view.  The epidural space was entered using real time fluoroscopy and loss of resistance technique.  The patient was then injected with 3 cc of 240 Omnipaque dye on AP and lateral views showing spread into the posterior epidural space and no vascular subarachnoid or subdural uptake.

The patient was then injected with 4 cc of 0.2% ropivacaine mixed with 1 cc of 40 mg per cc triamcinolone.  The needle was removed.  Site was covered with antibiotic ointment and Band-Aid.

The patient was then changed to the left lateral decubitus position.  The right hip was prepped and draped in a sterile manner.  The greater trochanter was identified under fluoroscopic guidance.  A skin wheal was raised using 3 cc of 0.2% buffered lidocaine and a 27 gauge needle after being prepped in a sterile manner.  A 25 gauge spine needle was advanced through the skin wheal touching the greater trochanter and into the right gluteal bursa.  The patient was then injected with 4 cc of 0.2% ropivacaine mixed with 1 cc of 40 mg per cc triamcinolone without complication.  The needle was removed.  The site was covered with antibiotic ointment and Band-Aid.  The patient will return to the clinic in 3-4 weeks.

REPORT DICTATED BUT NOT READ

*Susan R. Anderson*

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD:  09/16/2003
DT:  09/16/2003
JOB #:  768450

**V-0172**

**ADVANCED PAIN CENT.   , OF ALASKA**
**CONSCIOUS SEDATION / NURSING RECORD**

SS#:  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     DOB:  02/17/69
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: SEP 16 2003   TIME: 0910 (AM) PM     NPO STATUS: +8

☒ Consent Stating "Procedure w / conscious Sedation" Signed     ☐ H&P Reviewed

Allergies: Ophedrine

Current Medications: Imendene, gabitril, singular, zyrtec, nexium

Previous Complications from Surgery/Anesthesia: ☒ None Reported

Comfort: No Pain / Pain   Location: _____   Intensity: 5/10

| Time | | | |
|------|------|------|------|
| 0925 | 34 | HL (R) | hand |

| | |
|---|---|
| Review of Diagnostic Data: | ☒ Yes |
| Patient Appropriate Candidate: | ☒ Yes   ☐ No |
| ASA Classification: | ① 2 3 4 5 E |

Anesthesia Plan: ☒ Sedation  (IV) / PO / IM   ☐ Local   ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD

PHYSICIAN SIGNATURE _____

## PROCEDURE

Procedure: Interlaminer

MD: Anderson

NIBP: R / (L) Arm / Leg   Pulse Oximeter: (R) L (Hand) / Foot

Pt. Pos: R / L   Lateral   Supine   (Prone)   Other

| | |
|---|---|
| READY TIME: | 0925 |
| START: | 0942 |
| END: | 0957 |

Grounding Pad Site: _____

Notes: _____

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| 0942 | Versed | 1mg | IV | 1 | A | D Mohley |
| 0942 | Fentanyl | 50mcg | IV | 1 | A | D Mohley |

V-0173

### Baseline Vital Statistics Q 5 min

| V I T A L S | Time | 0910 | 0940 | 0945 | 0950 | 0955 | 0957 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B/P | 126/80 | 127/78 | 119/82 | 115/79 | 141/ | 137/69 | | | | | | | |
| | P | 80 | 77 | 84 | 79 | 75 | 68 | | | | | | | |
| | EKG | | ø | ø | ø | ø | ø | | | | | | | |
| | *Resp. Rate/Qual | 16 | 16 N | 16 N | 16 N | 16 N | 16 N | / | / | / | / | / | / | / |
| | Sat% | — | 100 | 99 | 97 | 99 | 100 | / | / | / | / | / | / | / |
| A L D R E T E | O2/NC | — | ø | ø | ø | ø | ø | | | | | | | |
| | **Activity | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | |
| | **Resp. | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | |
| | **L.O.C. | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | |
| | **Circ. | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | |
| | **Oxygenation | ø | ø | ø | ø | ø | ø | | | | | | | |

Key on back     ☐ Vital signs continue on page #2

Protective Reflexes: ☒ Yes   ☐ N/A (Topical Anesthetic Used)

Reversal Agent Used: ☐ Yes   ☒ No   If yes, why? _____     Photos Taken: ☒ Yes   ☐ No

Other Complications: _____

Post-Procedure Report Given to: _____   By _D Mohley_ (Procedure RN)   Time _____

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

**DATE:** SEP 1 6 2003

### VITALS ALDRETE — Baseline / Vital Statistics Q 5 min.

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | | | | | | | | |
| B/P | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | | |
| EKG | | | | | | | | | | | | | | | |
| *Resp. Rate/Qual | / | / | / | / | / | / | / | / | / | / | / | / | / | / | / |
| Sat% | | | | | | | | | | | | | | | |
| O2/NC | | | | | | | | | | | | | | | |
| **Activity | | | | | | | | | | | | | | | |
| **Resp. | | | | | | | | | | | | | | | |
| **L.O.C. | | | | | | | | | | | | | | | |
| **Circ. | | | | | | | | | | | | | | | |
| **Oxygenation | | | | | | | | | | | | | | | |

Admission Temperature: 97.7     Discharge Temperature: 97.8

### ALDRETE SCORING

Pre Procedure Bp: 125/80

| | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | | 15 | | | | |
| Can move 2 Extremities | =1 | 2 | 2 | | | | |
| Can move 0 Extremities | =0 | | | | | | |
| Able to DB&C | =2 | | | | | | |
| Dyspnea/Limited | =1 | 2 | 2 | | | | |
| Able to DB&C | =0 | | | | | | |
| BP+/-20 Baseline | =2 | | | | | | |
| BP+/-20-50 Baseline | =1 | 2 | 2 | | | | |
| BP+/-50 Baseline | =0 | | | | | | |
| Fully Awake | =2 | | | | | | |
| Arousable | =1 | 2 | 2 | | | | |
| Not Responding | =0 | | | | | | |
| Able to Maintain O2 Saturation > 92% on room air | =2 | | | | | | |
| Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | 2 | 2 | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | 10 | 10 | | | | |

Discharge criteria met at (Aldrete Score of 8 or Above) **Time:** 1015

RN Signature: [signature]

### VITAL SIGNS Q 15 MIN

| TIME | 1000 | 1005 | 1010 | | | | |
|---|---|---|---|---|---|---|---|
| B/P | 114 71 | 121 89 | 117 81 | | | | |
| P | 71 | 72 | 71 | | | | |
| Resp. Rate | 15 | 16 | 16 | | | | |
| Resp. Qual | n | n | n | | | | |
| Sat% | 99 | 100 | 100 | | | | |
| CO2% | | | | | | | |
| L.O.C. | | | | | | | |
| O2 | | | | | | | |

V-0174

I.V.: (Type/Amt)      Site: (R) hand
Appear:   ☐ Patent   ☐ Infiltrated   ☐ Red
Comfort:   No Pain (Pain) Location:   Intensity: 1/10
I.V. DC'D Intact: [circled]

Variances or Other Problems:

### DISCHARGE PLANNING

**OUTPATIENT:**

| | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | X | |
| 2. Vital signs stable including temperature. | X | |
| 3. Absence of respiratory distress. | X | |
| 4. Swallow, cough, and gag reflex present. | X | |
| 5. Minimal nausea and vomiting. | X | |

☐ Transported via wheelchair (ambulatory) to awaiting vehicle with staff. **Time:** 1015

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents.   ☐ N/A | | |
| 7. Alert & oriented with adequate muscular strength. | X | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | X | |

ADVANCED PAIN CENTERS OF
A L A S K A

SS#:  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    DOB:  02/17/69
VALENOTE, DANIELA

## DISCHARGE INSTRUCTIONS

DATE: ___SEP 16 2003___

The following istructions are given for your care at home.  Please follow the checked instructions.

### Procedure

- [ ] Discogram
- [ ] Epidural Steroids
- [ ] Facet Blocks
- [ ] Selective Nerve Root Block
- [ ] Stellate Ganglion Block
- [ ] Trigger Point Injections
- [ ] Lumbar Sympatetic Block
- [ ] SI Joint Injection
- [ ] Other

### Diet

- [x] Resume Normal Diet
- [ ] Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
- [ ] Other:

### Activity

- [ ] Resume normal activity
- [ ] Resume normal activity when full movement and sensation has returned.  Be careful on steps, curbs, rugs, or uneven surfaces until normal strengh and sensation have returned.
- [ ] Exercises as instructed:
- [x] Do Not drive yourself home.  May resume driving when full movement and sensation has returned the following day.
- [x] May shower or bathe.
- [ ] May apply moist heat to back (twice daily for 20 minutes is encouraged).
- [x] May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
- [ ] Other:

### Medications

- [ ] Take prescriptions as ordered
  a. _____
  b. _____
  c. _____
- [ ] Prescription / Medication given to patient or responsible person
- [ ] Resume medicine as taken at home

### Additional Information

- [x] Remove Band-Aids today.
- [x] Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
- [ ] If you have not heard from our office within 4 working days from follow up, please call the Advanced Pain Center at 278-2741.

### Possible Side Effects from Procedure

- [ ] Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness / tingling, heaviness of arm / leg on injected side, headache.  If they persist over 18 hours, notify physician.
- [ ] Numbness or tingling in extremity / extremities.
- [x] Soreness at puncture site, muscle soreness and stiffness may be presented for 2-4 days after the procedure.
- [ ] The day following your block, you may have to return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected.  You may wish to take pain medications.

### Pain Management

- [ ] No Pain
- [ ] Patient / family instructed to take pain medication when intensity of pain is @ _____
- [ ] Patient / family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
- [ ] Patient / family instructed in alternative measures to relieve pain:  [ ] Cold Packs  [ ] Hot Packs
  - [ ] Position changes   [ ] Distraction  [ ] Breakthrough pain interventions  [ ] Relaxation  [ ] Massage  [ ] Guided imagery

Reviewed with Patient by: _Julian_      Date: _Sept. 16, 2003_

Patient Signature: _Daniela C Neal_      Physician Signature: _____

V-0175

8/18/2003



ADVANCED PAIN CENTERS OF
*A L A S K A*

3500 La Touche St., Suite 310
Anchorage, AK 99701

SS#:  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      DOB:  02/17/69
VALENOTE, DANIELA

Date:  SEP 1 6 2003

# Patient Procedure Visit

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____ in wait area? ___ Phone # (if not) ____
Vital Signs  B/P 128/80 ___ Pulse 80 ___ Temp 97.7 Resp 16 ___ O2 Sat ____
NPO? +8 ___ Pain Level 8 /10  Location of pain ____
Allergies ephedrine ____

Current Medications  trazadone, gabitril, singular, zyrtec, nexium

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: NO
Time: _____ Preoperative Diagnosis: L3-4 DISC     H & P and Systems Review: NO   (R) Gluteal burn
Any changes in medical status: NO

MD Signature

Post Procedure Note:    Postoperative diagnosis: S—
Procedure performed: L 3-4  Inhalan, (R) Glut alt burn
Complications: Ø

Sedation given: Versed 1 mg   Fen 50 mcg
Dictation (if not today, give date) 9-16-03

MD Signature

Revised 3/7/03

**V-0176**

#768450

Valenote Daniela
8-17-69

## PROCEDURE REMINDER
### ADVANCED PAIN CENTERS OF ALASKA

Procedure: __Intralaminar ESI L3-4__

Date/Time: _____ @ _____     Pt. Appt: __4-16-03 @ 9:00__

Pre-Op Visit: _____ @ _____     Allergies: _____

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:   Yes   No   Language: __English/__

Nothing to eat or drink after _____ 8hr. _____ am/pm prior to procedure.

Arrive at:   APCA LaTouche  /  PROV  / ARH  / HealthSouth   @ _____ am/pm.

**If you are scheduled for a Diskogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: __N/A__
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: __take them in the am ē a Sip of H2O__

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No)   Yes   If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
  A responsible adult will need to escort you home. **There are no exceptions to this policy.**
  If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or
  perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.
- Other Instructions_____

**V-0177**

FEMALE PATIENTS:  I am not pregnant _____
                                    Signature                              Date

Reviewed by: __Aviva__ _____   Patient:_____   Date: _____

SS#:  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     DOB:  02/17/69
VALENOTE, DANIELA

Valorsote
8-17-69

### PROCEDURE REMINDER
### ADVANCED PAIN CENTERS OF ALASKA

Procedure: (R) Gluteal Bursa Inj.

Date/Time: _____ @ _____    Pt. Appt: 9-16-03 @ 9:00

Pre-Op Visit: _____ @ _____    Allergies: _____

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:   Yes   No   Language: _English/_____

Nothing to eat or drink after _____ 8hr _____ am/pm prior to procedure.

Arrive at:   APCA LaTouche  /  PROV  / ARH  / HealthSouth   @_____ am/pm.

**If you are scheduled for a Diskogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: N/a
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: take them in the am ē a sip of H2O

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed:  (No)  Yes   If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions_____

**V-0178**

FEMALE PATIENTS:  I am not pregnant _____    _____
                                        Signature                          Date

Reviewed by: _____    Patient:_____    _____ Date: _____

SS#:  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    DOB:  02/17/69
VALENOTE, DANIELA



**ADVANCED PAIN CENTERS OF**
*A L A S K A*

SS#:   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
VALENOTE, DANIELA          DOB:  02/17/69

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes          (No)

I, _Daniela Valenote_____, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I have had a tubal ligation.

☐ I verify that I have had a hysterectomy.

☒ I verify that I am NOT pregnant.

_____          _Sept. 16, 2002_
Patient Signature                                Date

**V-0179**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:
SSN:  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

**DATE:** 10/06/2003

**SUBJECTIVE:** The patient returns to the clinic for followup after her L3-4 intralaminar epidural steroid injection under fluoroscopic guidance. She reports it significantly reduced the pain on her anterior thigh and she feels it is improved. She reports "I can touch my leg again." She does note, however, she continues to have low back pain with radiation into the bilateral buttocks area. It is so sensitive she is unable to wear her SM belt because of the increased pain. Her main complaint today is the bilateral buttock pain that radiates to the lateral aspect of the thigh and knee. She describes it as shooting and sharp, continuous. NRS scale 5 to 7/10. She feels overall she is improving, but is unable to walk on uneven surfaces or sit for long periods of time.

**OBJECTIVE:** GENERAL:  This is a pleasant female.
VITAL SIGNS: Pulse 96. Blood pressure 120/74. Weight 143. Noted positional intolerance during the exam.

**ASSESSMENT:**
1.  L3-4 discogenic pain.
2.  Right-sided sacroiliac (SI) joint arthropathy.
3.  Hypermobility at L5-S1.

**PLAN:** The following plan was discussed with the patient with verbal understanding:
1.  The patient will be scheduled for a four-level lumbar discography.
2.  The patient will be scheduled for a functional capacity evaluation to determine limitations regarding her job description submitted today.
3.  The patient is not declared medically stable.

Time spent with this patient was approximately 15 minutes.

**V-0180**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:
SSN:  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

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 10/06/2003
DT: 10/06/2003
JOB #:  800541

**V-0181**

SS#: 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     DOB: 02/17/69
VALENOTE, DANIELA

**Advanced Pain Centers of Alaska**
**3500 LaTouche St., Suite 310, Anchorage 99508**
**Patient Visit Form**

Date __OCT 0 6 2003__

**If patient is from out of Anchorage, local or cell-phone number**

| Vital Signs: | B/P 120/74 | Pulse 90 | Temp | Resp |

Ht (Initial visit) _____ Wt (Every visit) 143

**Reason    for    Visit:** _____

**Allergies** _NOBS_     **Medications** _NOBS_     **Other Physicians:**

PMD - Singulair to Pharmacist. & started Rimacol

**Medication Refill Request:** _____

**Pharmacy Patient uses (place on care record also)**

**Today's Pain Intensity Scale (Circle pain scale #)**

1 2 3 4 (5)(6)(7) 8 9 10     1 2 3 4 5 6 7 8 9 10     1 2 3 4 5 6 7 8 9 10

| Location: (B) Butt & lateral aspect of thigh to knee |
| Type: small burn (R) side , shooting , sharp , knee - sudden sharp |
| Radiation: more shooting pain & (B) legs |
| Continuous or |
| Intermittent: |

**What makes pain worse?** _____ **Better?** _____

**Any procedure since last visit, and what was it?** ESI

**% Relief from that procedure** ?? Pt thinks it did nothing **Any neg side effects?** pain in other places

Can't wear brace - more pain shooting from butt & legs

**Other pertinent information/education needs** _____

**Signature (all clinical care providers)** _Crikin_

**Physician Notes:**
Gen

Dr Beard's office returned her to work as of 5/1/03.

**MS:     Palpation:          Spring:**
         **ROM:**
**OS+gaard:          Flare:**

**Neuro:  Gait**

          **Motor power – UE          LE**

          **Sensory – LT          PP          vib**          FCE

          **Slump testing  R     L     SLR  R     L**     ant thigh improved "can touch my leg again" into buttock into SI belt X8

          **Impression**

**V-0182**

**Notes:**

Lumbar discography

**Procedure To Be Scheduled:** _____ **PT/Trombley:** _____

**Diagnostic Studies** _____ **Pt to return** _____

**MD signature** _____ **Dictated?** _____ **Date** 10/2/1 **Time** _____



SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

Date: OCT 0 6 2003

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbness, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

V-0183

No Symptoms
(No Discomfort) |———————————————X———————————| Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering here is, " How much is your problem limiting what you can do? ".

No Limitations |———————————————X———————————| Maximum Limitation

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
907-622-1009

October 6, 2003

Dr. Susan Anderson. M.D.
Advanced Pain Centers of Alaska
3500 Latouche Street, Suite 310
Anchorage, AK 99508

Dr. Anderson:

I have attached the letter to Wilton Adjustment Service that describes the medical history behind my claim. Please consider this information as a request for a work leave letter to MetLife.

If I can provide further clarification to the above, please give me a call at home, 622-1009.

Sincerely,

Daniela C. Valenote

Cc: Amy Azevedo, PT

**V-0184**

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
907-622-1009

September 29, 2003


Therese Hunt
Senior Adjuster
Wilton Adjustment Service, Inc.
PO Box 92670
Anchorage, AK 99509-2670

Dear Ms. Hunt,

Per our conversation, I am requesting a date change for the "date of injury". My initial injury occurred while on a business trip to Kotzebue, Alaska. The first time I felt pain in my low back was on October 31, 2002 while carrying luggage down the stairs at the Nullgavik Hotel. At the time, I assumed I just wrenched my back a little and it would work itself out.

In November the pain began to grow. By December it became unbearable. Dr. Mike Orzechowski, M.D. ordered an MRI of my lower lumbar. This revealed herniated discs. I meet with Larry Cash President/CEO of RIM Architects, notified him of this and that I needed to take time off to try Dr. Orzechowski's Back Therapy. I then took vacation leave and leave without pay December 18, 2002 – January 5, 2003. January 6, 2003 I returned to work out of financial necessity, under Dr. Orzechowski's supervision. At this time the Doctor was not certain that the discs were causing the pain. He then referred me to several specialists for evaluation.

January 6, 2003 – February 21, 2003 I worked 4-6 hours daily. During this time my medical condition deteriorated; simple daily activities became increasingly more difficult to manage. I continued to work out of financial need. But the pain was significantly increasing; eventually I had to stop working. I then took an unpaid leave of absence February 22 – April 30, 2003. By the end of April my condition had not improved. I still had not had the opportunity to see all the specialists referred by Dr. Orzechowski as it took several months to get in to see some of these Doctors. Due to my medical condition, I felt pressured to resign my position with RIM Architects effective May 1, 2003.

May – July 2003 I continued to see several different specialists. It was not until I saw Dr. Peter Lorenzten, Chiropractor, and Dr. Susan Anderson, M.D. along with the Pain Team of the Advanced Pain Centers of Alaska that I could state with certainty that the source of my pain is herniated discs and an unstable pelvic ring. The pain team helped to

V-0185

Therese Hunt
September 29, 2003                                                                                                    2

trace my medical condition back to my last Kotzebue trip mentioned earlier. I discussed this with Matthew Vogel, one of the Partners of RIM Architects, initially in May and again in July 2003. Following this I immediately requested Worker's Compensation paperwork from RIM Architects July 28, 2003 and again on August 13, 2003 before finally receiving the documents on August 21, 2003.

From the onset of my pain RIM Architects neglected to communicate the availability of Disability Insurance. It was not until after my resignation that RIM Architects provided any documentation for the Short Term and Long Term Disability Policies.  This prolonged my award of Short Term Benefits with the first disbursement being received on July 28, 2003. I have since been denied Long Term Disability Benefits and am in the process of appeal. I notified RIM Architects of the denial on August 25, 2003 in a teleconference with Penny Winchester and Mary Smieshek. I also spoke with Matthew Vogel regarding the denial of Long Term Disability on August 25, 2003.

I have never told anyone with RIM Architects that my pain "has been a reoccurring condition possibly brought on by an injury from early years".  Prior to October 31, 2003 I had no reoccurring condition that has caused significant pain, or kept me from working, or made simple daily activities difficult to bear.  Before this injury I was very active. I enjoyed cross-country skiing. I played softball with RIM Architects during the summer of 2000 and 2001. I played in several golf tournaments with RIM Architects during the summer of 2001 and 2002.

I have attached Dr. Mike Orzechowski's letter stating my first date of treatment for low back pain and sciatica was November 5, 2002. If I can provide any further clarification to the above events and time frames please give me a call at home, 622-1009.

Sincerely,

Daniela C. Valenote

Cc: Worker's Compensation Board, Juneau, AK
     RIM Architects

**V-0186**

MICHAEL W. ORZECHOWSKI, M.D., M.P.H., R.N.



3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

September 22, 2003

To Whom It May Concern:

My patient Daniela Valenote has low back pain with right leg sciatica.  She was first treated on November 5, 2002 for the low back pain with right leg sciatica.  The first day she stopped working for treatment was December 18, 2002.  If you have any questions please call my office.  Thank you.

Sincerely,

Michael W Orzechowski, MD
dl

**V-0187**

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

October 6, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:      870308078357
Employer:    Rim Architects

## JOB DESCRIPTION FOR AN ARCHITECT

In my experience as an Intern Architect, my duties have included:

- The hours for an Architect can vary from 8-24 hours per day depending on workload and deadlines.
    1. October 2002 I worked 8-17 hours per day.
    2. November 2002 I worked 8-11 hours per day.
    3. The following was taken from the U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook, **http://stats.bls.gov/**

*Architects may occasionally be under stress, working nights and weekends to meet deadlines. In 2000, almost half of all architects worked more than 40 hours a week, in contrast to about 1 in 4 workers in all occupations combined.*

    4. Part time employment (i.e. 4 or more hours/day) is virtually unheard of within the Architecture Profession. As a Project Architect the duties require constant management of a Project Team and Professional Consultants. This position makes it difficult to work part-time.

- Sitting for long hours at a desk, includes:
    1. Manual sketching over a flat surface.
    2. Drafting on the computer
    3. Leaning over the desk to draw – looking down 4-6 hours/day
    4. Twisting while drafting – looking from the computer to your side desk for reference on printed drawings.
    5. Bending
    6. Numerous Project related telephone calls.

**V-0188**

---

    7. Going back and forth from the desk to printers, fax machine and copier numerous times a day.

    8. Building scale models from drawings – requires use of an x-acto blade and constant leaning over the model while it's being built.

- Carrying reference manuals from the materials library and old drawing documents which can weigh 3-20 lbs. used for reference when researching precedent or working on an existing building)

- Meetings – sometimes requiring travel by car or plane
  1. During every phase of a project an Architect is on call for meetings both in and out of the office.

  2. Meetings can last from twenty minutes to numerous days.
  3. Meetings often require carrying heavy project documents and reference manuals.

Fieldwork/ Field Supervision is an essential part of the job even though the majority of our work is done in the office. Fieldwork includes:

- Business travel – includes carrying luggage and project documents combined can weigh in excess of 20 lbs.
  1. I have been flown to Louisville, KY and back to Alaska in less than 2 days for a 2-hour meeting.
  2. I have taken weekly flights to Kenai, AK to monitor a project under construction for 2 months.
  3. I have driven to a job site weekly for meetings 3+ months for design and construction.
  4. Drive back & forth from the office to multiple meetings weekly.

- Site visits on undeveloped land – walking on uneven ground

- Site visits to existing buildings for assessment of existing conditions can take hours and include:
  1. Carrying documents and camera
  2. Bending
  3. Climbing
  4. Crawling
  5. Walking
  6. Standing

- On-site inspection and review can last hours during the construction phase:
  1. Carrying documents and camera
  2. Walking on uneven ground
  3. Climbing ladders, scaffolding and unfinished stairs
  4. Crawling

**V-0189**

JOB DESCRIPTION FOR AN ARCHITECT
October 6, 2003                                                                                    3

5. Bending
6. Standing

The job description for an Intern Architect is the same as for an Architect. The difference is an Intern has not completed the Internship Development Program and/or Architect Registration Exam. I have completed IDP and am in the process of completing the A.R.E.

Please include this supplement to the Long Term Disability Employer Statement dated by RIM Architects of June 12, 2003. I have reviewed this supplement with Matt Vogel, Architect and Principal with RIM Architects, and he takes no exceptions to the items listed. At Matt's request please contact him at 907-258-7777 to verify these items. If I can provide further clarification to the above, please give me a call at home, 907-622-1009.

Sincerely,

Daniela C. Valenote

Cc: Matthew Vogel
    Dr. Susan Anderson, M.D.
    Amy Azevedo, PT

**V-0190**