**Advanced Pain Centers of Alaska**

SS#: 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
VALENOTE, DANIELA
DOB: 02/17/69

**Contract for Controlled Substance Medication Prescriptions**

Both myself (patient) and Advanced Pain Centers of Alaska (APCA) staff (the physicians and staff) have a common treatment goal to improve my ability to function and/or work. In consideration of that goal, I may be treated with potent medications. Some of them are narcotics, tranquilizers and/or barbiturates. These medications are considered controlled substance medications and their use is closely controlled and monitored by the local, state and federal agencies. These medications are highly effective when taken as directed under medical supervision, but they also have a potential for misuse and abuse.

I therefore agree to abide by the following conditions:

1) The medication I may be prescribed for my pain will be discussed with my physician at the time of my office visit.

2) I agree that **ONLY** one Physician, DR. Downs, at APCA shall prescribe all controlled substance medications and prescriptions until referred back to my Primary Care physician.

3) I will not ask for nor accept controlled substance medications or prescriptions from any other individual or physician while I am receiving such medication from my physician at APCA. Besides being illegal to do so, it may endanger my health.

4) I will take my prescribed medications as directed, no more and no less. I will not tamper with prescribed medications by cutting, crushing or by any other means altering the intended dose of medication. I will not take the medications by any other than the directed route of administration (oral, Trans-dermal, or rectal).

5) If I use up my medications sooner than prescribed, I understand that they will **not** be replaced. I will not take prescribed medications in combination with alcohol or illegal drugs.

6) I have been fully informed by my physician and/or staff about psychological dependence (addiction) to controlled substances. If this happens, I will follow my physician's guidance and participate in any treatment program prescribed, which may include detoxification, psychological counseling and medical treatment.

7) I will not adjust the medications by myself. I will inform my physician of any change in dosage I feel I need. Some patients may develop tolerance, which is the need to increase the dose of the medication to achieve the same effect in terms of pain relief. As a result of other treatment modalities or the natural course of my disease process, my pain may decrease. My medication doses will have to be adjusted (increased or decreased) by my APCA physician.

8) At each visit my physician will evaluate me for pain relief, side effects, function, and abnormal behavior (anything indicating addiction). I must keep my physician fully informed of any changes, Emergency Room visits, lost or stolen medications or any other circumstance affecting me.

9) I understand that to stop taking the medications abruptly may be dangerous and lead to withdrawal symptoms. If medications need to be discontinued, I will do so gradually and only under medical supervision.

10) I am responsible for my controlled substance medications. **If the medications or the prescriptions are lost, misplaced, stolen or disappear for any reason, they will not be replaced under any circumstances.**

11) I will not hoard my medications. If I am able to control my pain with fewer narcotics, I will inform my physician and return the extra narcotics.

SS#: 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 DOB: 02/17/69
VALENOTE, DANIELA

12) I will select one pharmacy where I will get all of my medications filled.
My Pharmacy is: FM - Eagle River Phone Number: ___________
Address: ___________

13) I understand I may be asked for a urine or blood drug screen at any time.

14) ***I am responsible for keeping track of the amount of medications left and will plan ahead for arrangements to refill my prescriptions in a timely manner so I will not run out of medications.***

**Five (5) working days are required as advance notice for all refills.**

Request for refills must be telephoned to the refill request line, (907) 770-3250 during regular office hours (8:00 am to 5:00 pm Monday through Friday). Refills will not be made at night, Fridays, weekends or holidays.

15) I agree to help myself by trying to change my behavior towards a healthier life-style, including stopping smoking, using alcohol only in moderation as permitted by my physician, dieting, weight control, and exercise. I understand that only through following a healthier life-style can I hope to have the most successful outcome to my treatment.

16) I understand that if I violate any of the above conditions, my controlled substance prescriptions and/or treatment at APCA may be ended immediately. If the violation involves obtaining controlled substances from another individual as described above, the incident may also be reported to my primary physician, local medical facilities, local pharmacies and other state/federal authorities.

17) My signature authorizes permission for APCA to obtain information from any pharmacy or physician that I utilize to obtain medications.

[signature] 10-06-03
Patient Signature Date

[signature] 10-6-03
Witness Signature Date

[signature] 10.6.03
Physician Signature Date

DR. Anderson does not give pain meds.
CF

V-0192

**PROCEDURE REMINDER**
**ADVANCED PAIN CENTERS OF ALASKA**

**Procedure:** Lumbar Disco

**Date/Time:** ________ @ ________ **Pt. Appt:** 10-14-03 @ ~~12:00~~ 12:30

**Pre-Op Visit:** ________ @ ________ **Allergies:** ________

**Contact Phone Number on Procedure Date:** ________

**Interpreter Scheduled, if Needed:** **Yes** **No** **Language:** English/

**Nothing to eat or drink after** 8hr. **am/pm prior to procedure.**

**Arrive at:** **APCA LaTouche / PROV / ARH / HealthSouth @** ________ **am/pm.**

**If you are scheduled for a Diskogram, please arrive one hour prior to your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: ________
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: take them in the a.m. c̄ a sip of $H_2O$

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No) **Yes** If Yes, list testing required: ________

**V-0193**

**Additional Information:**

- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the ***evening before*** and the ***morning of*** your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.
- Other Instructions ________

FEMALE PATIENTS: I am not pregnant [signature] Signature 10-6-03 Date

Reviewed by: CFitch Patient: ________ Date: ________

SS#: 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 DOB: 02/17/69
VALENOTE, DANIELA

Advanced Pain Centers Of Alaska
3500 LaTouche Suite 310
Anchorage, Ak 99508
907-278-2741

SS#: 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 DOB: 02/17/69
VALENOTE, DANIELA

ADDRESSOGRAPH

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Date 10-6-03 Time 1:57 A.M. P.M.

1. I hereby authorize Dr. Anderson to perform the following operation or procedure, known as

Diagnostic Provocative Discography at the lumbar levels with possible moderate sedation.

upon myself or ______________________.
(NAME OF PATIENT)

2. The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications. Bleeding, infection, worse pain, bruising, numbness, weakness, paralysis

3. I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4. I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5. I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

***I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.***

[signature] CFitch
Patient's Signature Witness Signature

______________________ ______________________
Signature of Relative Responsible for Patient Relationship to Patient

V-0194

**I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).**

[signature]
Physician's Signature

03/10/03

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE**
**PROCEDURE NOTE**

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 10/14/2003

**PERFORMED BY:** Susan R. Anderson, M.D.

**PREPROCEDURE DIAGNOSIS:** Diskogenic low back pain at L3-4.

**POSTPROCEDURE DIAGNOSIS:**

**PROCEDURE PERFORMED:** Lumbar diskography performed at levels L2-3, L3-4, L4-5, and L5-S1 using Omnipaque 240 with Rocephin 5 mg per cc under fluoroscopic guidance with conscious sedation and diskography interpretation.

**MEDICATION INJECTED:**

**ANESTHESIA:** Conscious sedation Versed 2 mg IV prior to the procedure and 100 mcg fentanyl IV after the procedure.

**COMPLICATIONS:** None.

**POSTPROCEDURE DIAGNOSES:**
1. Diskogenic low back pain at L5-S1.
2. Minimal complaint of L3-4 diskogenic pain by provocative diskography.

**FLUIDS:** IV access.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**INDICATIONS:** As above.

V-0195

**PROCEDURE:** The patient was brought to the fluoroscopy suite after informed consent and IV access was obtained. Vital signs were found to be stable. No EKG, laboratory, or radiologic values to contraindicate procedure. The patient was placed in the prone position with all pressure points padded. Standard monitoring applied. The lumbosacral area was prepped and draped in a sterile manner. Using direct AP fluoroscopy the L5 vertebral body was identified. View was changed to the left oblique. Flattening of the endplates and a skin wheal was raised lateral to the S1 superior pars using 3 to 4 cc of 1% lidocaine. A 20-gauge introducer needle was advanced through the skin wheal in gun barrel fashion. An additional 2 cc for a total of 5 cc of 1% lidocaine were injected through this level. A 25-gauge Quincke needle was advanced through the needle into the equator of the disk. It was noted to be at midline in AP view. The same exact procedure was performed at L2-3, L3-4, and L4-5 except 2% lidocaine was used. The diskography was performed as follows: At level L2-3 opening pressure 15, disk height

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE**
**PROCEDURE NOTE**

Name: VALENOTE, DANIELA
DOB:
SSN: 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

greater than 50% at 0.5 cc PSI of 32, no pain response; 1.0 cc PSI of 45, no pain response; 1.5 cc PSI of 64, no pain response; 2.0 cc PSI of 9, no pain response; and the morphology of the disk is cotton ball in appearance. At level L3-4 opening pressure of 23, 0.5 cc PSI of 32, no pain response; 1.0 cc PSI of 32 with similar pressure but not really described as pain; at 1.5 cc PSI of 56, a similar pain response but not willing to describe as pain; at 2.0 cc PSI of 75 with 8/10 pain described as pressure. Pain response considered indeterminate and morphology of the disk is cotton ball in appearance. At level L4-5 opening pressure of 26, disk height greater than 50%, at 0.5 cc PSI of 42, no pain response; 1.0 cc PSI of 56, no pain response; 1.5 cc PSI of 63, no pain response; 2.0 cc PSI of 68, no pain response. Morphology of the disk is cotton ball in appearance. At level L5-S1 opening pressure of 1, 0.5 cc PSI of 21 with similar pain response; at 1.0 cc PSI of 47, similar pain response, posterior tear extreme increase in pain that is concordant with patient's complaint. Morphology of the disk is degenerate in appearance.

In conclusion, L3-4 considered indeterminate, L5-S1 considered provocative and concordant pain.

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 10/14/2003
DT: 10/14/2003
JOB #: 210591

V-0196

ADVANCED PAIN CENTERS OF ALASKA

OCT 14 2003

Date:

Reviewed By:

SS# 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 DOB: 02/17/69
VALNOTE, DANIELA

## POST INJECTION EVALUATION

| | | | |
|---|---|---|---|
| ☐ Medial Branch Block | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: discogram | | | |

**PHYSICIAN:** DR. ANDERSON DR. POLSTON DR. RODERER DR. STINSON

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment. You may fax this evaluation to **743-8284**.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
| Rate your pain **while still in the center** (circle one) | | | | | | | | | | | | |
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
| Rate your pain **one hour after the procedure (time)**__________ (circle one) | | | | | | | | | | | | |
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
| Rate your pain **2 hours after the procedure (time)**__________ (circle one) | | | | | | | | | | | | |
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
| Rate your pain **3 hours after the procedure (time)**__________ (circle one) | | | | | | | | | | | | |
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
| Rate your pain **4 hours after the procedure (time)**__________ (circle one) | | | | | | | | | | | | |
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
| Rate your pain **5 hours after the procedure (time)**__________ (circle one) | | | | | | | | | | | | |
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
| Rate your pain **6 hours after the procedure (time)**__________ (circle one) | | | | | | | | | | | | |
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
| Rate your pain **3 days after the procedure (time)**__________ (circle one) | | | | | | | | | | | | |
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
| Rate your pain **7 days after the procedure (time)**__________ (circle one) | | | | | | | | | | | | |

8/18/2003

V-0197




SS# 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 DOB: 02/17/69
VALNOTE, DANIELA

**Day of Procedure Pregnancy Questionnaire**

Are you currently pregnant? Yes ~~No~~ (No circled)

I, Daniela C. Valenote, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I have had a tubal ligation.

☐ I verify that I have had a hysterectomy.

☒ I verify that I am NOT pregnant.

[signature] 10/14/03

Patient Signature Date

V-0199




**Advanced Pain Centers of Alaska**
GRANT T. RODERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON, M.D.
GREGORY R. POLSTON, M.D.

3500 LaTouche St., Suite 310 • Anchorage, Alaska 99508 • (907) 278-2741 • Fax (907) 743-8284

PATIENT'S NAME Daniels Valenote
ADDRESS ______ DATE 10-14-03

**Rx** Valium 5 mg i po q 8° pm
#5 (five)

LABEL ALL MEDICATIONS WITH NAME AND STRENGTH
REFILL (0) 1 PRN Zero
☐ CAN A GENERIC BE SUBSTITUTED
☐ DISPENSE AS WRITTEN

[signature]
DEA # BA6925652

ADVANCED PAIN CENTE_ OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD

SS# 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 DOB: 02/17/69
VALNOTE, DANIELA

## PRE-PROCEDURE

DATE: OCT 1 4 2003 TIME: 1325 AM / (PM) NPO STATUS: +8

☑ Consent Stating "Procedure w / conscious Sedation" Signed ☐ H&P Reviewed

Allergies: ephedrine

Current Medications: trazadone, gabitril, singular, zyrtec, nexium

Previous Complications from Surgery/Anesthesia: ☑ None Reported

Comfort: No Pain / Pain Location: L back Intensity: 5/6/10

| Time | IV TYPE |
|---|---|
| 1330 | 22 HL (L) hand |

Review of Diagnostic Data: ☑ Yes
Patient Appropriate Candidate: ☑ Yes ☐ No
ASA Classification: (1) 2 3 4 5 E

Anesthesia Plan: ☑ Sedation (IV) PO / IM
☐ Local ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD
PHYSICIAN SIGNATURE: [signature]

## PROCEDURE

Procedure: Discogram

MD: Anderson

| READY TIME: | START: | END: |
|---|---|---|
| 1320 | 1355 | 1430 |

NIBP: (R) / L (Arm) Leg Pulse Oximeter: R (L) (Hand) / Foot

Pt. Pos: R / L Lateral Supine (Prone) Other

Grounding Pad Site:

Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|---|---|---|---|---|---|---|
| 1355 | Versed | 4 mg | IV | i | A | Dombley |
| 1430 | Fentany | 100 mcg | IV | i | A | Dombley |

V-0200

### Vital Statistics @ 5 min.

| | Baseline | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | 1325 | 1350 | 1355 | 1400 | 1405 | 1410 | 1415 | 1420 | 1425 | 1430 | | | | | |
| B/P | | 141/96 | 133/96 | 124/94 | 118/84 | 127/83 | 128/83 | 123/81 | 151/85 | 148/92 | | | | | |
| P | | 99 | 88 | 85 | 85 | 85 | 87 | 87 | 85 | 83 | | | | | |
| EKG | — | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | | | | | |
| *Resp. Rate/Qual | | 16 I N | 16 I N | 16 I N | 16 I N | 16 I N | 16 I N | 16 I N | 16 I N | 16 I N | / | / | / | / | / |
| Sat% | — | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | | | | |
| O2/NC | — | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | | | | | |
| **Activity | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| **Resp. | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| **L.O.C. | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| **Circ. | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| **Oxygenation | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | ⊖ | | | | | |

Key on back

☐ Vital signs continue on page #2

Protective Reflexes: ☑ Yes ☐ N/A (Topical Anesthetic Used)

Reversal Agent Used: ☐ Yes ☑ No If yes, why? ____________ Photos Taken: ☑ Yes ☐ No

Other Complications:

Post-Procedure Report Given to: [signature] By: [signature] (Procedure RN) Time____

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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 DOB: 02/17/69
VALNOTE, DANIELA

DATE: OCT 14 2003

| | Baseline | Vital Statistics Q 5 min | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VITALS** Time | | | | | | | | | | | | | | | |
| B/P | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | | |
| EKG | | | | | | | | | | | | | | | |
| *Resp. Rate/Qua | | / | / | / | / | / | / | / | / | / | / | / | / | / | / |
| Sat% | | | | | | | | | | | | | | | |
| **ALDRETE** O2/NC | | | | | | | | | | | | | | | |
| **Activity | | | | | | | | | | | | | | | |
| **Resp. | | | | | | | | | | | | | | | |
| **L.O.C. | | | | | | | | | | | | | | | |
| **Circ. | | | | | | | | | | | | | | | |
| **Oxygenation | | | | | | | | | | | | | | | |

Admission Temperature: 99.9 Discharge Temperature: ______

**ALDRETE SCORING**

Pre Procedure Bp:

| | | Post | ~~30"~~ 15 | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | | | | | | |
| Can move 2 Extremities | =1 | 2 | 2 | | | | |
| Can move 0 Extremities | =0 | | | | | | |
| Able to DB&C | =2 | | | | | | |
| Dyspnea/Limited | =1 | 2 | 2 | | | | |
| Able to DB&C | =0 | | | | | | |
| BP+/-20 Baseline | =2 | | | | | | |
| BP+/-20-50 Baseline | =1 | 2 | 2 | | | | |
| BP+/-50 Baseline | =0 | | | | | | |
| Fully Awake | =2 | | | | | | |
| Arousable | =1 | 2 | 2 | | | | |
| Not Responding | =0 | | | | | | |
| Able to Mainain O2 Saturation > 92% on room air | =2 | 2 | 2 | | | | |
| Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | | | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | 10 | 10 | | | | |

**VITAL SIGNS Q 15 MIN**

| TIME | 1435 | 1440 | 1445 | 1450 | | | |
|---|---|---|---|---|---|---|---|
| B/P | 146/95 | 142/88 | 154/90 | 131/73 | | | |
| P | 91 | 87 | 83 | 77 | | | |
| Resp. Rate | 16 | 16 | 16 | 15 | | | |
| Resp. Qual | n | n | n | n | | | |
| Sat% | 96 | 98 | 99 | 100 | | | |
| CO2% | ⊖ | | | | | | |
| L.O.C. | 1 | 1 | 1 | 1 | | | |
| O2 | ⊖ | ∅ | ∅ | ∅ | | | |

I.V.: (Type/Amt) Site: (L) hand
Appear: ☐ Patent ☐ Infiltrated ☐ Red
Comfort: No Pain / Pain Location: Intensity:
I.V. DC'D Intact: [initials]

Variances or Other Problems:

V-0201

Discharge criteria met at (Aldrete Score of 8 or Above) Time:

RN Signature: [signature]

**DISCHARGE PLANNING**

| OUTPATIENT: | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | X | |
| 2. Vital signs stable including temperature. | X | |
| 3. Absence of respiratory distress. | X | |
| 4. Swallow, cough, and gag reflex present. | X | |
| 5. Minimal nausea and vomiting. | X | |

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents. ☐ N/A | | |
| 7. Alert & oriented with adequate muscular strength. | X | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | X | |

☒ Transported via wheelchair, (ambulatory) to awaiting vehicle with staff. Time:




SS# 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 DOB: 02/17/69
VALNOTE, DANIELA

# DISCHARGE INSTRUCTIONS

DATE: OCT 14 2003

The following istructions are given for your care at home. Please follow the checked instructions.

## Procedure

- ☐ Discogram
- ☐ Epidural Steroids
- ☐ Facet Blocks
- ☐ Selective Nerve Root Block
- ☐ Stellate Ganglion Block
- ☐ Trigger Point Injections
- ☐ Lumbar Sympatetic Block
- ☐ SI Joint Injection
- ☐ Other

## Diet

- ☑ Resume Normal Diet
- ☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
- ☐ Other: ______

## Activity

- ☐ Resume normal activity
- ☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs, or uneven surfaces until normal strengh and sensation have returned.
- ☐ Exercises as instructed: ______
- ☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
- ☑ May shower or bathe.
- ☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
- ☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
- ☐ Other: ______

## Medications

- ☐ Take prescriptions as ordered
  - a. ______
  - b. ______
  - c. ______
- ☐ Prescription / Medication given to patient or responsible person
- ☐ Resume medicine as taken at home

## Additional Information

- ☑ Remove Band-Aids today.
- ☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
- ☐ If you have not heard from our office within 4 working days from follow up, please call the Advanced Pain Center at 278-2741.

## Possible Side Effects from Procedure

- ☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness / tingling, heaviness of arm / leg on injected side, headache. If they persist over 18 hours, notify physician.
- ☐ Numbness or tingling in extremity / extremities.
- ☑ Soreness at puncture site, muscle soreness and stiffness may be presented for 2-4 days after the procedure.
- ☐ The day following your block, you may have to return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

## Pain Management

- ☐ No Pain
- ☐ Patient / family instructed to take pain medication when intensity of pain is @______
- ☐ Patient / family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
- ☐ Patient / family instructed in alternative measures to relieve pain: ☐ Cold Packs ☐ Hot Packs ☐ Massage ☐ Position changes ☐ Distraction ☐ Breakthrough pain interventions ☐ Relaxation ☐ Guided Imagery

Reviewed with Patient by: Julian [signature] Date: ______

Patient Signature: [signature] Physician Signature: [signature]

8/18/2003

V-0202




SS# 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
VALNOTE, DANIELA
DOB: 02/17/69

Date: OCT 14 2003

3500 La Touche St., Suite 310
Anchorage, AK 99701

# Patient Procedure Visit

If patient is from out of Anchorage, local or cell phone number: ______
Patient accompanied by: husband victor in wait area? y Phone # (if not) ______
Vital Signs B/P ______ Pulse ______ Temp 99.9 Resp 15 O2 Sat ______
NPO? +8 Pain Level 5/6 /10 Location of pain ______
Allergies ephedrine

Current Medications trazadone, gabitril, singular, zyrtec, nexium

Nursing Comments: ______

Signatures (all nursing care providers) [signature]

V-0203

## Physician Notes:

Pre-Procedure Review: [illegible] H & P and Systems Review: [illegible]
Time: ______ Preoperative Diagnosis: Discogenic [illegible] L3-4
Any changes in medical status: no

[signature] MD Signature

Post Procedure Note: Postoperative diagnosis: Disc @
Procedure performed: Lumbar Discography
Complications: ø

Sedation given: Versed [illegible] mg Fentanyl 100 mcg
Dictation (if not today, give date) 10/14/03

[signature] MD Signature

Revised 3/7/03

# 210583
IS 210591




SS# 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 DOB: 02/17/69
VALNOTE, DANIELA

Advanced Pain Centers of Alaska Discography Record Date 10-14-03

**Level:** L2-3 **O/P:** 15 **PAIN:** /10

| Vol | PSI | Pain | Type | DD | Spread | NL MOR | Notes |
|---|---|---|---|---|---|---|---|
| 0.5cc | 32 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 1.0cc | 45 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 1.5cc | 64 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 2.0cc | 69 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 2.5cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 3.0cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |

**Level:** L3-4 **O/P:** 23 **PAIN:** /10

| Vol | PSI | Pain | Type | DD | Spread | NL MOR | Notes |
|---|---|---|---|---|---|---|---|
| 0.5cc | 32 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 1.0cc | 32 | /10 | Exact/(Sim)/Diff | | Ant epi space/Post anulus | | pressure pain |
| 1.5cc | 56 | /10 | Exact/(Sim)/Diff | | Ant epi space/Post anulus | | |
| 2.0cc | 77 | 8 /10 | Exact/(Sim)/Diff | | Ant epi space/Post anulus | | |
| 2.5cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 3.0cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |

**Level:** L4-5 **O/P:** 26 **PAIN:** /10

| Vol | PSI | Pain | Type | DD | Spread | NL MOR | Notes |
|---|---|---|---|---|---|---|---|
| 0.5cc | 42 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 1.0cc | 56 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 1.5cc | 63 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 2.0cc | 68 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 2.5cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 3.0cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |

**Level:** L5-S1 **O/P:** 17 **PAIN:** /10

| Vol | PSI | Pain | Type | DD | Spread | NL MOR | Notes |
|---|---|---|---|---|---|---|---|
| 0.5cc | 21 | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| (+) 1.0cc | 47 | /10 | Exact/(Sim)/Diff | | Ant epi space/~~Post anulus~~ | | extreme pain-Post[illegible] leg |
| 1.5cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 2.0cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 2.5cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 3.0cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |

**Level:** **O/P:** **PAIN:** /10

| Vol | PSI | Pain | Type | DD | Spread | NL MOR | Notes |
|---|---|---|---|---|---|---|---|
| 0.5cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 1.0cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 1.5cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 2.0cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 2.5cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |
| 3.0cc | | /10 | Exact/Sim/Diff | | Ant epi space/Post anulus | | |

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 3059 |
| DESTINATION ADDRESS | 18666901264 |
| PSWD/SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 10/27 15:35 |
| USAGE T | 02'04 |
| PGS. | 6 |
| RESULT | OK |

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310
Anchorage, AK 99508
(907) 278-2741 phone
(907) 743-8284 fax

* Grant E. Roderer, M.D. * Lawrence W. Stinson, M.D.
Susan R. Anderson, M.D. * Gregory R. Polston, M.D.
Robert P. Trombley, Ph.D.

# FACSIMILE TRANSMITTAL

To: METLIFE, ATTN: ANDA PANASCU Fax: 866 - 690 - 1264

From: ARDEN Date: 10/27/03

Re: VALENOTE, DANIELA Pages: 6
(Including cover sheet)

Urgent For Review Please Comment Please call to confirm receipt Please reply

V-0205

ADVANCED PAIN CENTERS OF ALASKA

# Patients' Consent for Disclosure of Confidential Information

Patient Name: Daniela C. Valenote Birth Date: 02-17-1969

ADVANCED PAIN CENTERS OF ALASKA
3500 LATOUCHE, SUITE 310
ANCHORAGE, AK 99508

Phone: (907) 278-2741
Fax: (907) 743-8284

Release to: (Name and Address)
MetLife, Attn: Anda Panoscu
Claim # 810308078357
Fax 866-690-1264

I request and authorize Advanced Pain Centers of Alaska (facility or organization) ______ to release the information specified below to the individual/organization listed above.

_____ EKG
_____ Lab
_____ Other
_____ Discharge Summary
__X__ Operative Reports
_____ Radiology
→ Discography, Oct. 14, 2003
_____ ER Record
_____ Consultations
_____ Face Sheet
_____ History & Physical
__X__ Progress Notes
_____ Complete Chart
→ Oct. 6, 2003

I understand that information to be released may include information regarding the following conditions, (checking the boxes below does not indicate that I have these conditions, but allows the records department to release the record without review).

_____ Drug abuse, if any
_____ Psychiatric Conditions, if any
_____ AIDS/HIV, if any
_____ Alcohol Abuse, if any

If the information released pertains to alcohol or drug abuse, I understand the confidentiality of the information is protected by Federal Law (42 CFR, Part 2).

This consent for release of confidential information expires in 90 days. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken in compliance with this consent. This facility, it's employees, and the attending physician are hereby released from legal responsibility or liability for the release of the above information. I also understand my first copy is free of charge, but I may be charged for additional copies in the future.

**Purpose of Disclosure (Please check all applicable):**

_____ Further Medical Treatment _____ Legal Proceedings __X__ Insurance Claim _____ Other (Specify)

**NOTICE:** To Individual/Organization Receiving Information: Federal laws and regulations prohibit disclosure of the information whose confidentiality is protected in the absenceof specific consent of the patient or person authorizing the consent for the patient.

[signature] 10-27-03
Signature of Patient Date

Signature of Person Authorized to Sign for Patient Relationship

Address Phone Number

City, State, and Zip Code Driver's License # or other ID

Signature of Witness Signature of Witness

10/6/2003

V-0206

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE**
**PROGRESS NOTE**

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 10/27/2003

**SUBJECTIVE:** The patient returns to clinic complaining of bilateral buttock pain described as burning, tingling and cold that radiates in to her extremities and feet, intermittent. NRS scale 6-7/10. The patient reports the pain is made worse with sitting or prolonged standing. Made better by switching positions. The patient is requesting disability paperwork be filled out for MetLife. She is also requesting a Paxil prescription.

**OBJECTIVE:** In general, a pleasant female in mild distress. Vital signs: Temperature 98.4, blood pressure 120/88, pulse 80, respirations 16, weight 145 pounds. Gait is normal. Lower extremity strength 5/5.

**ASSESSMENT:**
1. Diskogenic low back pain at L5-S1 with right L5-S1 radicular pain.
2. Minimal complaint of L3-4 diskogenic pain.

**PLAN:** The following plan was discussed with the patient with verbal understanding.
1. I will discuss with Amy at Advanced Physical Therapy of Alaska regarding a medical necessity letter for functional capacity evaluation.
2. The patient will be scheduled for nucleoplasty on the right at L5-S1.

Time spent with this patient was 10 minutes.

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 01/09/2004
DT: 01/09/2004
JOB #: 120384

V-0207

SS# 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
VALNOTE, DANIELA
DOB: 02/17/69

**Advanced Pain Centers of Alaska**
**3500 LaTouche St., Suite 310, Anchorage 99508**
**Patient Visit Form**

**Date** OCT 2 7 2003

**If patient is from out of Anchorage, local or cell-phone number**

**Vital Signs:** B/P 120/88 Pulse 80 Temp 98.4 Resp 16
Ht (Initial visit)____ Wt (Every visit) 145

**Reason for Visit:** F/u Discography
(? SP)

**Allergies** Otezucrane **Medications** Ø changes **Other Physicians:**

**Medication Refill Request:**
**Pharmacy Patient uses** (place on care record also)
**Today's Pain Intensity Scale** (Circle pain scale #)

| 1 2 3 4 5 (6) 7 8 9 10 | 1 2 3 4 5 6 7 8 9 10 | 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|
| Location: Bi-lat buttocks | | |
| Type: burning, throbbing, coldness | | |
| Radiation: ↓ extremities / feet | | |
| Continuous or (Intermittent): | | |

**What makes pain worse?** sitting / prolonged ambulating **Better?** switching positions
**Any procedure since last visit, and what was it?**
**% Relief from that procedure** ____ **Any neg side effects?**

**Other pertinent information/education needs**

**Signature** (all clinical care providers) [signature]

**Physician Notes:**
**Gen**

Discuss c Any re Medical necessity letter for FCE Rx

Paxil

**MS:** **Palpation:** **ROM:** **Spring:**
**OS+gaard:** **Flare:**
**Neuro:** **Gait**
**Motor power – UE** **LE**
**Sensory – LT** **PP** **vib**
**Slump testing R L SLR R L**
**Impression**

Taken off Dist Disability, Medical [illegible] to work

**Notes:**

Plan (R) L5-S, Nucleoplasty

V-0208

**Procedure To Be Scheduled:** **PT/Trombley:**
**Diagnostic Studies** **Pt to return**
**MD signature** [signature] **Dictated?** ____ **Date** 11/9 **Time**




SS# 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
Name: VALNOTE, DANIELA
DOB: 02/17/69

Date: OCT 2 7 2003

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.




V-0209

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

| No Symptoms (No Discomfort) | ├──────────────X──────────┤ | Maximum Symptoms (Maximum Discomfort) |
|---|---|---|

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering here is, " How much is your problem limiting what you can do? ".

| No Limitations | ├───────────────X─────────┤ | Maximum Limitation |
|---|---|---|

001

```
********************
***    TX REPORT    ***
********************

TRANSMISSION OK

JOB NO.                  2215
DESTINATION ADDRESS      96779265
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME                 10/27 15:19
USAGE T                  00'16
PGS.                     1
RESULT                   OK
```




3500 LaTouche, Suite 310
Anchorage, Alaska 99508
(907) 278-2741 phone
(907) 743-8284 fax

## ~~ADVANCED HEALTH PSYCHOLOGY~~

**Referral Form**

~~Robert P. Trombley, Ph.D.~~
~~Clinical Health Psychologist~~
~~Pain Psychology Sub-Specialty~~

Dr. Cleve Shirey @ Meridian

**Patient Name:**

SS# 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 DOB: 02/17/69

**Patient DOB:** VALNOTE, DANIELA

**Patient Contact Number:** 4VV·1009

**REFERRAL INFORMATION:**

Pt c̄ hx of fibromyalgia and R LBP c̄ leg R? pain. Sign hx of disability issues, anxiety and depression. Considered as candidate for nucleoplasty. Seeing Dr. Trombley.

V-0210

**SERVICES:**

☒ Evaluate and Treat

☐ Health Behavior Assessment

☐ Psychological Testing

Grant T. Roderer, M.D.
Lawrence W. Stinson, M.D.
Susan R. Anderson, M.D.
Gregory R. Polston, M.D.
Nancy E. Cross, M.D.
Robert P. Trombley, Ph.D




A Multidisciplinary Pain Center

3500 LaTouche Street, Suite 310
Anchorage, Alaska 99508
(907) 278-2741 telephone
(907) 743-8284 facsimile

506 Gaffney Road, Suite 200
Fairbanks, Alaska 99701
(907) 374-6602 telephone
(907) 374-6604 facsimile

November 21, 2003

Wilton Adjustment Service, Inc.
P.O. Box 92670
Anchorage, Alaska 99509

Att: Therese Hunt, Senior Adjustor

RE: Employee Daniela C. Valenote

Date of Injury: 10/31/2002

Claim Number: 037-021047

RE: VALENOTE, DANIELA C.

Dear Ms. Hunt:

In response to your letter, dated November 20, 2003, Ms. Valenote will be undergoing a one-level nucleoplasty at the beginning of December. Typical recovery time for this procedure is considered to be approximately 8 to 12 weeks. I would not recommend for her to undergo an independent medical evaluation, which would require a physical examination that may exacerbate her condition, until approximately 8 to 10 weeks. If the patient goes as early as 10 weeks, she will still have lifting restrictions and require assistance with handling luggage between the airport and hotel.

Sincerely,

Susan R. Anderson

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD 11/21/2003
DT 11/21/2003
JOB # 398657

V-0211

cc: Wilton Adjustment Service, Inc.





**Wilton Adjustment Service, Inc.**
P.O. Box 92670
Anchorage, AK 99509-2670
(907) 276-3311
(907) 276-7877 (FAX)
email: wasanch@alaska.net

Susan Anderson, MD
3500 Latouche St # 310
Anchorage, AK 99508

11/20/03
Fax: 743-8284
1 page

Re: Employer: RIM Architects
Employee: Daniela C. Valenote
D/Injury: 10/31/02
Claim#: 037-021047

Dear Dr. Anderson;

I am the adjuster handling the Workers' Compensation claim filed through RIM Architects for Mrs. Valenote. Mrs. Valenote has brought to this adjuster's attention, that she will be undergoing surgery on her back on 12/03/03.

She has been scheduled for an independent medical evaluation in Lake Oswego, Oregon on 01/13/04. As this date is 6 weeks post surgery, please review and advise if she will be physically able to make the trip to Portland on 01/12/03 via airline, for an overnight stay and returning on 01/13/03.

If you in fact feel she will not be able to make this trip, please advise your objective basis to support your opinion. If this is due to her inability to handle luggage, would she be able to make the trip if a nurse assisted her between the airport and her motel? Please explain.

Thank you for your cooperation in this matter. I look forward to reviewing your response within 14 days.

Sincerely,

[signature]

Therese Hunt
Sr. Adjuster
907-276-3358

V-0212

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

JOB NO.                2315
DESTINATION ADDRESS    92767877
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME               11/24 13:00
USAGE T                00'33
PGS.                     2
RESULT                 OK
```




3500 LaTouche St., Suite 310
Anchorage, AK 99508
(907) 278-2741 phone
(907) 770-3280 fax

V-0213

Grant L. Roderer, M.D. • Lawrence W. Stinson, M.D.
Susan R. Anderson, M.D. • Gregory R. Polston, M.D.
Nancy E. Cross, M.D. • Robert P. Trombley, Ph.D.

# FACSIMILE TRANSMITTAL

To: Terese Hunt  Fax: 276-7877
Company: Wilton Adjustment  Phone: 276-3311
From: Becky  Date: 11/24/03
Re: Daniela Valenote  Pages: 2 (including cover sheet)

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please call to confirm receipt ☐ Please reply

Response to 11/20/03 letter.

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE**
**PROGRESS NOTE**

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 12/01/2003

**SUBJECTIVE:** The patient returns to clinic with her husband for preoperative physical for nucleoplasty to be performed at L5-S1. She complains of low back pain described as burning and stabbing, radiating to the bilateral buttocks and legs continuous, NRS scale 6/10. She has a secondary complaint of neck pain described as radiating to her bilateral shoulders and hands. She describes it as burning. She notes that her pain is made worse with sitting and activity, made better by lying down. The patient's history was reviewed and noted by handwritten note on the chart.

**OBJECTIVE:** GENERAL: A pleasant female in no apparent distress sitting comfortably. VITAL SIGNS: Temperature 98.3, blood pressure 118/78, pulse 108, respirations 16, weight 145 pounds. Physical is noted by handwritten note in the chart.

**ASSESSMENT:** Right-sided L5-S1 radicular pain secondary to diskogenic pain at L5-S1 with concordant diskography.

**PLAN:** The following plan was discussed with the patient with verbal understanding.

1. Risk, benefits, and alternative therapies were discussed with the patient and her husband and they wished to proceed.
2. The patient will be scheduled for an L5-S1 nucleoplasty with possible placement from the right.
3. The patient was given postoperative pain medication and prescriptions.
4. The patient has lumbar brace in the office with her. It was given to her by Advanced Physical Therapy of Alaska along with protocol.

Time spent with this patient and her husband was approximately 20 minutes.

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 12/07/2003
DT: 12/07/2003
JOB #: 466191

**V-0214**






SS# 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
VALNOTE, DANIELA

DOB: 02/17/69

Date: DEC 0 1 2003

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.




V-0215

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

| No Symptoms (No Discomfort) | ——X—— | Maximum Symptoms (Maximum Discomfort) |
|---|---|---|

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering here is, " How much is your problem limiting what you can do? ".

| No Limitations | ——X—— | Maximum Limitation |
|---|---|---|

**Advanced Pain Centers of Alaska**
**3500 LaTouche St., Suite 310, Anchorage 99508**
**Patient Visit Form**

SS# 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 DOB: 02/17/69
VALNOTE, DANIELA

**Date** DEC 0 1 2003

**If patient is from out of Anchorage, local or cell-phone number**

**Vital Signs:** **B/P** 118/78 **Pulse** 68 **Temp** 98.3 **Resp** 16
**Ht** (Initial visit) ____ **Wt** (Every visit) 145

**Reason for Visit:** PRE-OP Nucleoplasty

**Allergies** OFEN DRUG **Medications** PT ADDED EFFEXOR **Other Physicians:**

**Medication Refill Request:** NO

**Pharmacy Patient uses** (place on care record also) FRED MEYER (EC)

**Today's Pain Intensity Scale** (Circle pain scale #)

| 1 2 3 4 5 (6) 7 8 9 10 | 1 2 3 4 5 6 (7-8) 9 10 | 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|
| Location: LBP | NECK | |
| Type: Burning/stabbing | Beep burning | |
| Radiation: BI-LAT BUTTOCKS/UE | BI-LAT SHOULDERS/ARMS | |
| (Continuous) or Intermittent: | | |

**What makes pain worse?** SITTING/ACTIVITY **Better?** LYING DOWN

**Any procedure since last visit, and what was it?** ____

**% Relief from that procedure** ____ **Any neg side effects?** ____

**Other pertinent information/education needs** ____

**Signature** (all clinical care providers) [signature]

**Physician Notes:**
**Gen**

**MS:** **Palpation:** **Spring:**
**ROM:**
**OS+gaard:** **Flare:**

**Neuro:** **Gait**

**Motor power – UE** **LE**

**Sensory – LT** **PP** **vib**

**Slump testing R** **L** **SLR** **R** **L**

**Impression**

**Notes:**

**V-0216**

**Procedure To Be Scheduled:** (R) L5-S1 Nucleoplasty **PT/Trombley:**
**Diagnostic Studies** ____ **Pt to return** 12.15.03
**MD signature** [signature] **Dictated?** ____ **Date** 12/1 **Time** ____

8

☐ STAT




## Advanced Pain Centers of Alaska
## Pre – operative Orders – ~~Disctrode Annuloplasty~~ Nucleoplasty

Drug Allergies / Sensitivities Norflex

1. Admit to Day Surgery
2. Mac Anesthesia
3. Labs per anesthesia protocol
4. NPO after midnight, night before
5. IV: Lactated Ringers @ TKO
6. Pre – Operative medications: Ancef 1 gm IV **or** Vancomycin 1 gm IV (for PCN allergy)
7. Thigh High Stockings
8. Consent to read : ~~Disctrode Annuloplasty~~ Nucleoplasty levels L5-S1
9. Medication to OR for disc injection by Physician: Omnipaque 240 5cc with Ancef 5 mg/cc or Vancomycin 5 mg/cc (for PCN allergy)
10. Make sure patient has back brace. If no brace notify Physician.

Date 12.1.0 Physician [signature]

V-0217

PATIENT IDENTIFICATION

PHYSICIAN'S ORDERS

TAB 1




SS# 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 DOB: 02/17/69
VALNOTE, DANIELA

Date: 12.1.03

# HISTORY AND PHYSICAL /SHORT FORM

1. Allergies: Orphenadrine (Norflex)
2. Current Medications: Prilosec Zovia Allegra Pulmacort Gabatril Trazadone Effexor
3. Pregnancy: No
4. Pre-Op Diagnosis (Indications for surgery): L5.S, Nucleoplasty from (R)
5. Procedure to be performed: L5.S, Disc pe c (R) L5 possible Radic pa
6. Heart Status: ✓ Regular Rate

   ______ Abnormal
7. Lung Status: ✓ WNL, Clear To Auscultation

   ______ Abnormal
8. Physical Findings/Significant Medical History: LBP, (+)(R) leg p L4 5/5
9. ASA Score: (Please circle one) ASA 1 **ASA 2** (circled) ASA 3

Physician Signature: [signature]

Date/Time: 12.01.03

Revised 3/7/03

V-0218

**OPERATIVE REPORT**

Alaska Surgery Center

COPY

**PATIENT:** Valenote, Daniela

**ACCOUNT NUMBER:** 10584

**DATE OF SURGERY:** December 3, 2003

**SURGEON:** Susan R. Anderson, M.D.

**PREOPERATIVE DIAGNOSIS:** Right L5 radicular pain secondary to discogenic pain at L5-S1.

**POSTOPERATIVE DIAGNOSIS:** Right L5 radicular pain secondary to discogenic pain at L5-S1.

**PROCEDURE:** Nucleoplasty performed at L5-S1 with heating temperature to 70 degrees Celsius within the nucleus; Post-nucleoplasty discography performed with Ancef 10 mg/cc and Omnipaque 240.

**ANESTHESIA:** Local monitored anesthesia care.

**FLUIDS:** 500 cc lactated Ringer's.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**COMPLICATIONS:** None.

**INDICATIONS:** Positive provocative discography.

**DETAILS OF PROCEDURE DETAILS OF PROCEDURE:** The patient was brought to the operating room after informed consent and IV access was obtained. Vital signs were found to be stable. No EKG, laboratory, or radiologic values to contraindicate the procedure. The patient was placed in the prone position with all pressure points padded and standard monitoring applied. The lumbosacral area was prepped and draped in the sterile manner. Using direct AP fluoroscopy, the L5 vertebral body was identified. The view was changed to right oblique with a caudal cephalad tilt to flatten the endplates. A skin wheal was raised lateral to the S1 superior pars using 5 cc of 2% buffered lidocaine. A 25-gauge spinal needle was advanced through the skin wheal touching the superior pars and then retracted, infiltrating another 5 cc of 2% lidocaine for a total of 10 cc of buffered lidocaine. A second skin wheal was made more lateral to the first, and an addition 10 cc of 2% lidocaine were used. A small nick was made in the skin with an #11 blade and a 17-gauge introducer needle was passed through the skin wheal, touching the lateral aspect of the superior pars, walking into the core of the disk, as noted in lateral view. This was advanced to loss resistance into the nucleus. This was verified by placement of a small amount





Alaska Surgery Center

**OPERATIVE REPORT**
**PATIENT:** Valenote, Daniela
**ACCOUNT NUMBER:** 10584
**DATE OF SURGERY:** December 3, 2003
**SURGEON:** Susan R. Anderson, M.D.
**PAGE:** 2

of dye inside the nucleus. It was noted to be just inside the pedicle in AP view. The skin wheal marker was placed at the level of the skin. The ArthroCare 1 was advanced through the introducer needle to the inner aspect of the anterior aspect of the annulus, as noted in lateral view. This was noted to be just inside the pedicle in AP view. Again, the marker was placed to note depth. The wand was retracted, and then ablation occurred at the 12 o'clock position for three seconds and eight seconds coblation as it was retracted. This was repeated at the 2 o'clock, 4 o'clock, 6 o'clock, 8 o'clock, 10 o'clock, and 1 o'clock positions for a total of 7. Each time the wand was passed to the most anterior aspect, it was documented to note with being behind the anterior aspect of the vertebral bodies. After the ArthroCare 1 was removed with tip in tact, 1 cc of the Omnipaque with Ancef was injected to this for prophylactic antibiotics. The needle was removed. The patient will recover in the recovery room. No radicular symptoms were noted throughout the procedure. She will wear a lumbar brace and be seen in the office in about two weeks.

______________________________/______________
Susan R. Anderson, M.D. Date

SRA:kh

D: 12/03/03
T: 12/04/03