Patient ID: 1058...
Patient Name: Daniela Valenote
Surgeon Name: Susan Anderson, MD



V-0221

Nucleoplasty

# The IDETT Physical Therapy Protocol
## ADVANCED PAIN CENTERS OF ALASKA
### &
## ADVANCED THERAPEUTICS OF ALASKA PHYSICAL THERAPY

The Advanced Pain Center of Alaska and Advanced Therapeutics of Alaska Physical Therapy work together to ensure the success of your IDETT procedure. Your understanding the procedure and the events that surround the procedure are equally important in determining the success of your outcome. It is essential that you follow the guidelines presented below, as your participation in the stabilization of your spine can enhance not only your recovery, but the long-term effects of the procedure as well.

A specific trunk stabilization program has been developed based on the latest spine research. This program is two-fold. Part one involves the creation of "inner trunk stiffness" by means of gentle controlled tightening of the deepest layer of trunk muscles. You will learn skills that will allow you to incorporate this inner stiffness in all of your daily activities. The second part of the program is the strengthening of your body's own "inner corset" – a structure also known as the "thoracolumbar fascia." Interestingly enough, this inner corset can be strengthened, and can then offer your spine even more support, by performing exercises during which the patient's back does not move at all! It is an effective "back door" approach to strengthening the spine. The first part of the program is started immediately, and the second part of the program is begun 3 to 6 weeks after IDETT is performed. You are encouraged to perform some sort of cardiovascular exercise, which is important for general conditioning and also for the nutrition of your spine.

Another consideration in the success of the IDETT, (and the relief of your pain), is the mobility of the neural structures that are part of your spine. Sometimes scarring in or around the neural structures occurs as a result of the inflammation in the spine. A loss in the gliding ability of the neural structures can be responsible for some of the pain that you experiences when you move your legs.
These structures will be evaluated by the physicians and physical therapists, and if there is found to be a loss of the gliding mechanism of these structures, you will also be taught gentle "neural flossing" techniques. Regular "flossing" can increase or maintain the mobility of these neural structures.

It is essential to follow the guidelines presented below as closely as possible. If you have any questions about the following activities or self-care before or after the IDETT, be sure to ask either the physician or the physical therapist. Remember, YOU play a big role in the success of your IDETT!

Company → arthrocare    **V-0222**

www.arthrocare.com ?

**GOLDEN RULES:**

1. Do not stretch or self manipulate your low back. Do not stretch your hamstrings.
2. Avoid deep pressure massage or trigger point massage to your low back.
3. Avoid chiropractic or osteopathic manipulation to your low back.

These rules apply from the time the IDETT has been determined to be the appropriate procedure for you and for 2 years after the IDETT has been performed.

## BEFORE THE IDETT

**Physical Therapy Visit # 1\*:**
You should be seen at Advanced Therapeutics of Alaska Physical therapy at least 2 weeks before the IDETT. At this first visit, you will receive:

1. A thorough evaluation of the range of motion, segmental function, and neural structure mobility.
2. Initial stabilization skills that incorporate the special needs of your spine, based on the findings of your initial evaluation.
3. Instruction in neural flossing exercise, as appropriate. (The necessity for this exercise will be determined at the time of your evaluation by the physical therapist.)

**Physical Therapy Visits # 2 & 3 (3rd visit as determined necessary)\*:**
You should return to Advanced Therapeutics of Alaska Physical therapy 1 week before the IDETT. At this visit, you will receive:

1. A review of the initial stabilization skills. You will be progressed in the integration of these skills into more difficult activities of daily living, and includes lifting, pushing, and pulling.
2. Instruction in what to expect after the IDETT, in terms of things you should and should not be doing. Now is definitely the time to ask questions!
3. Instruction in cardiovascular exercise progression. Cardiovascular exercise can be started 2 weeks after your IDETT.
4. A stabilization brace and instruction in the care and application of this brace. The brace is to be worn immediately after the IDETT. The brace should not be worn before the procedure!
5. Read all documents. Be familiar with postoperative protocol.

*\* This is optimal. However those individuals coming in from outlying areas will require an overnight stay and two consecutive visits to cover the information in visit 1 and 2.*

**V-0223**

# 0 to 6 WEEKS AFTER THE IDETT

**Pain control**

- In the first 3 days following the procedure, you may apply ice in one of two forms: cool packs or ice massage.

- Nonsteroidal anti-inflammatory medication. If your physician has prescribed an anti-inflammatory medication, take this as prescribed for pain.

- Opiate medication. If your physician has prescribed an anti-inflammatory medication, take this as prescribed for pain.

- TENS. If your physician has prescribed a TENS unit, use it as directed for pain control.

**FIRST 6 WEEKS:**

- *Wear your back brace all the time in the first 12 weeks.* You may take it off to shower or bathe, but it should be worn both during the day and at night. If you have problems wearing the brace, consult your physician or physical therapist. It is better to shower than to bathe. Eat smaller portions at meals, and eat more frequently, to avoid discomfort while wearing the brace.

- *The first 3 days after the IDETT, rest as much as possible.* Change positions every 20 to 30 minutes. Get up every 1 to 2 hours to walk around for 5 minutes, but otherwise try to stay in bed. Avoid any sitting, other than to use the bathroom. Maintain your gentle stabilization skills at all times, as instructed by the therapist. If you have also been instructed in neural flossing, you should continue with this exercise as instructed.

- *After the first 3 days:*
  - After 3 days, you may begin walking for cardiovascular exercise. Start with 10 minutes, and increase by 1 minute per day until 30 minutes 5 times per week can be performed. Initially all walking should be done on flat surfaces. If weather does not permit walking outside, you may use a treadmill as instructed by your therapist or perform step patterns (see therapist for details).
  - You may lift up to 5 pounds. No sitting longer than 2 hours.
  - Avoid unstabilized bending and avoid any twisting.

- *After the first 2 weeks:*
  - You may begin light housework, and you can lift up to 8 pounds (which is about 1 gallon of milk).
  - You may begin gentle pool exercises if you had been doing these before your procedure, but you may not swim laps for exercise yet!
  - You may drive if your pain is well under control. If your pain is not under control, wait until it is less severe to begin driving. Limit distances to 15 minutes.

**V-0224**

## 6 Weeks After IDETT: Physical Therapy Visit(s):

You should be scheduled for more physical therapy at 6 weeks after your IDETT procedure. Call at 3 weeks to schedule. Allow for two 1-hour visits for exercise instruction. Additional appointments may be requested by your therapist to ensure stabilization skill, compliance, based on observed integration of skills and the ability to identify and describe skill function. At these visits you will receive:

1. Instruction in the second part of the trunk stabilization program. Here, strengthening the thoracolumbar fascia will be emphasized. Your exercises will include:
   - Rowing for rhomboids and lower trapezius
   - Abdominal bracing to strengthen the transverse abdominis
   - Alternate arm reach to strengthen the oblique abdominals
   - Stick-em-up squats
   - Side drop to stop

2. Instruction in the progression of your walking program. You will be instructed in how to increase from 30 to 60 minutes, monitoring and adjusting for pain.

3. Instruction in exercises for the arms, using light hand weights or theratube, to increase awareness of loading in your arms and not your back.
   – Biceps
   – Triceps

4. Instruction in the progression of your neural flossing exercise.

5. If you feel you need a third appointment from 6 to 12 weeks to check on exercise compliance, schedule it.

6. Consider requirements at work or home regarding physical movement and inform your therapist so special attention can be given to these tasks.

**V-0225**

## 7 to 12 WEEKS AFTER YOUR IDETT

1. Wean yourself from the brace. It is okay to feel stiffness in your back; this is part of the healing process. Do not try to "stretch it out!"

2. Return to Advanced Pain Therapeutics -- Physical Therapy for the second part of your trunk stabilization program.

3. You may increase your cardiovascular exercise. It is important to perform all exercises without increased pain. You may gradually progress to include hills in your walking program, as advised by your therapist.
   Avoid the stairmaster, rowing machine (for aerobic workout), and aerobic exercise classes.

**12 Weeks After IDETT: Physical Therapy Visit(s):**
You should be scheduled for this visit 7 to 8 weeks after your procedure. At this visit:

1. Trunk stabilization exercises are reviewed. Corrections and modifications are made as necessary for proper painfree performance.

2. If you were unable to tolerate all of the exercises intended for visit 3, these will be instructed at this time.

3. Based on your individual needs, you will receive instruction in initiation of stationary bike (no recumbent) and/or swimming (arms only).

4. Exercises will be progressed to include more unique application of stabilization skills.

## 3 to 4 MONTHS AFTER YOUR IDETT

- You may return to unrestricted work, guided by your pain level\avoid heavy exercise and athletics (tennis, competitive running, heavy weight lifting, snow skiing, water skiing, jet skis, bungee jumping, rock & roll dancing, etc.)

**V-0226**

## 4 to 6 MONTHS AFTER YOUR IDETT

- You may gradually resume normal athletic pursuits.

**6 Months After the IDETT: Physical Therapy Visit(s):**
Scheduled this visit 5 months after your procedure. At this visit:

1. A thorough evaluation of your range of motion, segmental function, and neural structure mobility will be performed to note any changes that have occurred since the procedure.

2. You will be progressed in trunk stabilization and proprioceptive exercises for your back. Emphasis will be placed on replacing the exercises you are currently doing with more advanced exercises that will help you to make the transition into the more difficult or vigorous daily and sports activities.

3. As needed, you will be progressed in the neural flossing exercises.

## 1 YEAR AFTER YOUR IDETT

**Physical Therapy Visit(s):**
Schedule for this visit 11 months after your procedure. At this visit:

1. A thorough evaluation of your range of motion, segmental function, and neural structure mobility will be performed to note any changes that have occurred since the procedure.

2. You will be progressed in trunk stabilization and proprioceptive exercises for your back. Emphasis will be placed on replacing the exercises you are currently doing with more advanced exercises that will help you to make the transition into the more difficult or vigorous daily and sports activities.

3. As needed, you will be progressed in the neural flossing exercises.

*__Note__: Program has been modified for patients who live farther away than 1 hour outside of Anchorage. Visits are grouped in 2's and scheduled at weekly, every other week, or monthly intervals, depending on the abilities of the patient.*

**V-0227**

## Frequently Asked Questions:

1. *After the IDETT procedure, when can I participate in sexual intercourse again?*

   People are generally able to return to sexual activity with their partner at approximately 3 weeks after the IDETT. If you are anxious about this, or you find that it increases your low back or leg pain, ask your therapist for a pamphlet on "Sex and Low Back Pain."

2. *How long do I have to wear my brace?*

   If you have had a one-level IDETT, you should wear your brace for 3 months.

   If you have had a two-level IDETT, you should wear your brace for 4 to 5 months.

   If you have had a three-level IDETT, you should wear your brace for 6 months.

3. *Do I stop wearing my brace all at once?*

   Whether you have worn your brace for three or up to six months, you should gradually wean yourself from wearing the brace.

   For the first week, wear the brace at work and at night, but take it off for 2 to 4 hours when you are relaxing at home.

   For the second week, wear the brace at work and at night, but not while at home. On the days you are not working, do not wear the brace unless you are doing a more strenuous activity such housework, yard work, or recreational activity.

   For the third week, only wear the brace at work and for strenuous activities at home.

   For the fourth week, only wear the brace for strenuous activities at work or at home.

   It should take you one month to wean from full-time wearing of your brace. You may want to continue to use it only for vigorous activities over the next 3 to 6 months. Ask your physical therapist if you are uncertain.

4. *How soon can I get back to work?*

   The following guidelines are recommended:

   |  | 1-level IDETT | 2-level IDETT | 3-level IDETT |
   |---|---|---|---|
   | Return to light duty: | 4 weeks | 5 weeks | 6 weeks |
   | Return to normal/heavy duty: | 3 months | 3½ months | 4 months |

**V-0228**

# ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 12/15/2003

**SUBJECTIVE:** The patient returns to clinic complaining of low back pain described as sharp, radiating to her right leg, intermittent, NRS 8/10. The patient is status post nucleoplasty on December 3, 2003. She is accompanied by her husband. She denies any bowel or bladder incontinence. She reports she is walking approximately 2 to 3 minutes behind schedule and should be about 19 minutes today. She was seen and evaluated with Amy Hay, physical therapist at Advanced Physical Therapy of Alaska.

**OBJECTIVE:** GENERAL: A pleasant female in no apparent distress.
VITAL SIGNS: Temperature 98.7, blood pressure 138/88, pulse 84, respirations 20, weight 146 pounds.
NEUROMUSCULAR EXAM: Her gait is normal. Lower extremity strength is 5/5. Deep tendon reflexes +2 and symmetrical at the patella and the Achilles.

**ASSESSMENT:** Right-sided L5-S1 radicular pain secondary to diskogenic pain at L5-S1 with concordant diskography.

**PLAN:** The following plan was discussed with the patient with verbal understanding.
1. It was felt that the patient may be having some back pain due to the posture from the brace. It was okay for the patient to loosen the brace at different times.
2. The patient was suggested to use her sacroiliac (SI) belt at night to stabilize L5-S1.
3. The patient was given a prescription for Ambien 5 mg sig. 1-2 p.o. q.h.s. dispense #15 to assist with sleep.
4. The patient was given a prescription for Lortab 5/500 sig. 1 p.o. q.4-6h. p.r.n. no greater than 3 per day dispense #60 x 0 refills for breakthrough pain.
5. The patient is to continue to see Dr. Shirey and he will increase her Gabitril. She sees him in early January.
6. The patient will use her TENS unit to unload to help with the pain.
7. The patient will return to clinic after January 3, 2004, for followup.

Time spent with this patient was 15 minutes.

**V-0229**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 12/16/2003
DT: 12/17/2003
JOB #: 19526

**V-0230**

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

SS# 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
VALNOTE, DANILA    DOB: 02/17/69

Date DEC 15 2003

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 138/88  Pulse 84  Temp 98°  Resp 20 |
| | Ht (Initial visit) _____ Wt (Every visit) 196 |

Reason for Visit: Flu Fec

Allergies Nerax    Medications No changes    Other Physicians:

Medication Refill Request: PT will Discuss
Pharmacy Patient uses (place on care record also) Fm (ER)
Today's Pain Intensity Scale (Circle pain scale #)

1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10

| Location: LB | | |
| Type: S/sup | | |
| Radiation: (+) bil / serious lbm | | |
| Continuous or | | |
| Intermittent: | | |

What makes pain worse? Acting        Better?
Any procedure since last visit, and what was it? Nucleoplasty
% Relief from that procedure    No        Any neg side effects? ↑ Pain

Other pertinent information/education needs _____

Walking 2-3 min.  Signature (all clinical care providers) _____

**Physician Notes:**
Gen

Today should be 19m    See c Amy
Start push-up instead 16-17    ca unfast
bru

MS:    Palpation:    Spring:
ROM:
OS+gaard:    Flare:

Neuro:  Gait

Motor power – UE        LE    5/5

Sensory – LT  Rx        PP        vib

Slump testing  R    L    SLR  R    L

Impression        Lortab 7.5/500

**Notes:**
ST belt at night    #60
to stabilize L5-S

D/C
Dr.
Shiry
↑
Zabi
c only
Jan,
2) Ambien
5 mg
Suppos Soften

Walking 2-3 min.
behind schedule

Back pain
may be due
to posture
Teens with low —
Constipation 2°
meds
Suppository ↑

Procedure To Be Scheduled: _____
Diagnostic Studies _____        PT/Trombley:
MD signature _____        Pt to return p 1/3/04
Dictated? _____ Date 12/16 Time

V-0231



SS# 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          DOB: 02/17/69
VALNOTE, DANIELA

Date:_____ DEC 1 5 2003

> Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



V-0232

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort) |————————————————————X————————————| Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering here is, " How much is your problem limiting what you can do? ".

No Limitations |————————————————————————————| Maximum Limitation

SUSAN R. ANDERSON, M.D.
ADVANCED PAIN CENTERS OF ALASKA
3500 LATOUCHE ST, STE 310
ANCHORAGE, AK 99508
PH 907-278-2741 . FX 907-743-8284

00000821

PATIENT'S FULL NAME: Daniela Valenote

PHONE NUMBER:

AGE:    SEX: F

ADDRESS:

DATE: 12/15/03

R

Lortab 5/500
= po q 4-6° x 3/day
#60 (sixty)

Ambien 5m = = po q HS.
#15 (fifteen)

Dr. _____
DISPENSE ONLY AS WRITTEN

Dr. _____
PRODUCT SELECTION PERMITTED

☐ Refills  1  2  3  4
☒ No Refills    Void After ___

DEA #: BA6925652

VALID FOR CONTROLLED SUBSTANCES

"RX" ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE

V-0233

## OPERATIVE REPORT

Alaska Surgery Center

**COPY**

**PATIENT:** Valenote, Daniela

**ACCOUNT NUMBER:** 10584

**DATE OF SURGERY:** December 3, 2003

**SURGEON:** Susan R. Anderson, M.D.

**PREOPERATIVE DIAGNOSIS:** Right L5 radicular pain secondary to discogenic pain at L5-S1.

**POSTOPERATIVE DIAGNOSIS:** Right L5 radicular pain secondary to discogenic pain at L5-S1.

**PROCEDURE:** Nucleoplasty performed at L5-S1 with heating temperature to 70 degrees Celsius within the nucleus; Post-nucleoplasty discography performed with Ancef 10 mg/cc and Omnipaque 240.

**ANESTHESIA:** Local monitored anesthesia care.

**FLUIDS:** 500 cc lactated Ringer's.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**COMPLICATIONS:** None.

**INDICATIONS:** Positive provocative discography.

**DETAILS OF PROCEDURE DETAILS OF PROCEDURE:** The patient was brought to the operating room after informed consent and IV access was obtained. Vital signs were found to be stable. No EKG, laboratory, or radiologic values to contraindicate the procedure. The patient was placed in the prone position with all pressure points padded and standard monitoring applied. The lumbosacral area was prepped and draped in the sterile manner. Using direct AP fluoroscopy, the L5 vertebral body was identified. The view was changed to right oblique with a caudal cephalad tilt to flatten the endplates. A skin wheal was raised lateral to the S1 superior pars using 5 cc of 2% buffered lidocaine. A 25-gauge spinal needle was advanced through the skin wheal touching the superior pars and then retracted, infiltrating another 5 cc of 2% lidocaine for a total of 10 cc of buffered lidocaine. A second skin wheal was made more lateral to the first, and an addition 10 cc of 2% lidocaine were used. A small nick was made in the skin with an #11 blade and a 17-gauge introducer needle was passed through the skin wheal, touching the lateral aspect of the superior pars, walking into the core of the disk, as noted in lateral view. This was advanced to loss resistance into the nucleus. This was verified by placement of a small amount

**V-0234**

Alaska Surgery Center

**OPERATIVE REPORT**
**PATIENT:** Valenote, Daniela
**ACCOUNT NUMBER:** 10584
**DATE OF SURGERY:** December 3, 2003
**SURGEON:** Susan R. Anderson, M.D.
**PAGE:** 2

of dye inside the nucleus. It was noted to be just inside the pedicle in AP view. The skin wheal marker was placed at the level of the skin. The ArthroCare 1 was advanced through the introducer needle to the inner aspect of the anterior aspect of the annulus, as noted in lateral view. This was noted to be just inside the pedicle in AP view. Again, the marker was placed to note depth. The wand was retracted, and then ablation occurred at the 12 o'clock position for three seconds and eight seconds coblation as it was retracted. This was repeated at the 2 o'clock, 4 o'clock, 6 o'clock, 8 o'clock, 10 o'clock, and 1 o'clock positions for a total of 7. Each time the wand was passed to the most anterior aspect, it was documented to note with being behind the anterior aspect of the vertebral bodies. After the ArthroCare 1 was removed with tip in tact, 1 cc of the Omnipaque with Ancef was injected to this for prophylactic antibiotics. The needle was removed. The patient will recover in the recovery room. No radicular symptoms were noted throughout the procedure. She will wear a lumbar brace and be seen in the office in about two weeks.

_____ / _____
Susan R. Anderson, M.D.                    Date

SRA:kh

D: 12/03/03
T: 12/04/03

**V-0235**

perative Data Report

Patient ID:10584
Patient Name: Daniela Valenote
Surgeon Name:Susan Anderson, MD

Surgery Date:December 03, 2003
Page 1 of 1



01

02



03

04



05

06

V-0236

＊ Return to Clinic
　　in 1 week

VAG    DANIELA    Sex: F
Acct: 1579    DOS: 12-03-2003
DOB: 02-17-1969
Dr: Anderson, MD, Susan R



**ALASKA REGIONAL**
H O S P I T A L
**Advanced Pain Centers of Alaska**

12-3-03
Date

Reviewed By

## POST INJECTION EVALUATION

| | |
|---|---|
| ☐ **Medial Branch Block** | Cervical Thoracic Lumbar |
| ☐ **Facet Joint Injection** | Cervical Thoracic Lumbar |
| ☐ **Selective Epidural Injection** | Cervical Thoracic Lumbar |
| ☐ **SI Joint Injection** | |
| ☐ **Hip Joint Injection** | |
| ☐ **Other** _____ | |

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any decisions they make about further treatment. You may fax this evaluation to 264-2019.

---

No pain 0/10　1/10　2/10　3/10　4/10　5/10　6/10　7/10　8/10　9/10　(10/10) no relief
Rate your pain **while still in the center** (circle one)

---

No pain 0/10　1/10　2/10　3/10　4/10　5/10　6/10　7/10　/8/10　9/10　(10/10) no relief
Rate your pain **one hour after procedure** _10 AM_ (circle one)
　　　　　　　　　　　　　　　　　Time

---

No pain 0/10　1/10　2/10　3/10　4/10　5/10　6/10　7/10　8/10　9/10　(10/10) no relief
Rate your pain **2 hours after procedure** _11 AM_ (circle one)
　　　　　　　　　　　　　　　　　Time

---

No pain 0/10　1/10　2/10　3/10　4/10　5/10　6/10　7/10　(8/10)　9/10　10/10 no relief
Rate your pain **3 hours after procedure** _12 PM_ (circle one)
　　　　　　　　　　　　　　　　　Time

---

No pain 0/10　1/10　2/10　3/10　4/10　5/10　6/10　7/10　(8/10)　9/10　10/10 no relief
Rate your pain **4 hours after procedure** _1 PM_ (circle one)
　　　　　　　　　　　　　　　　　Time

---

No pain 0/10　1/10　2/10　3/10　4/10　5/10　6/10　7/10　(8/10)　9/10　10/10 no relief
Rate your pain **5 hours after procedure** _2 PM_ (circle one)
　　　　　　　　　　　　　　　　　Time

---

No pain 0/10　1/10　2/10　3/10　4/10　5/10　6/10　7/10　(8/10)　9/10　10/10 no relief
Rate your pain **6 hours after procedure** _3 PM_ (circle one)
　　　　　　　　　　　　　　　　　Time

---

No pain 0/10　1/10　2/10　3/10　(4/10)　5/10　6/10　7/10　8/10　9/10　10/10 no relief
Rate your pain **3 days after procedure** _12 PM_ (circle one)
　　　　　　　　　　　　　　　　　Time

---

No pain 0/10　1/10　2/10　3/10　4/10　(5/10)　6/10　7/10　8/10　9/10　10/10 no relief
Rate your pain **7 Days after procedure** _4 PM_ (circle one)
　　　　　　　　　　　　　　　　　Time

---

**V-0237**

**PROCEDURE REMINDER**
**ADVANCED PAIN CENTERS OF ALASKA**

Procedure: (R) _Lumbar 5 Sacral One Nucleoplasty_

Date/Time: _____ @ _____          Pt. Appt: _12-3-03_ @ _6:00_

Pre-Op Visit: _____ @ _____          Allergies: _CFEN zine_

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:   Yes  (No)   Language: _English/_

Nothing to eat or drink after _8°° Prior to Procedure_ am/pm prior to procedure.

Arrive at:   APCA  /  PROV  / ARH  /(HEALTHSOUTH)      @_____ am/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to**
**your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: _Take meds with sips of water_

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No)  Yes   If Yes, list testing required: _____

**Additional Information:**                                              **V-0238**
* Call your insurance company and let them know you are having a procedure.
* Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
* A responsible adult will need to escort you home. **There are no exceptions to this policy.**
* If you need travel vouchers, this is to be arranged through your primary care physician.
* **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
* If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
* **If there is a chance you could be pregnant, inform the doctor or nurse.**
* Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
* Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
* If you have been provided with a back brace for surgery, bring it to the hospital with you.
* If you are having surgery, take all paperwork provided to you to the procedure.

* Other Instructions_____

FEMALE PATIENTS:  I am not pregnant _____     _12-01-03_
                                                         Signature                          Date

Reviewed by: _____     Patient: _____  Date _12-01-03_

SS# 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      DOB: 02/17/69
VALNOTE, DANIELA

SS# 590-16-7.. 
VALNOTE, DANIELA

DOB: 02/17/69

**ADVANCED PAIN CENTERS OF**
**A L A S K A**

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Date _1 DEC 03_    Time _11:11_    (A.M)  P.M.

*ADDRESSOGRAPH*

1.  I hereby authorize _DR. Anderson_ _____ MD to perform the following operation or procedure, known as

    Nucleoplasty at right lumbar five and sacral one level

    upon myself or _Daniela C. Valenote_
    (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications.  | Local bruising, infection, numbness, swelling, nerve damage, no resolution of pain, paralysis, worse pain, drug reaction

3.  I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.  I hereby authorize *the attending physician* to use *his/her* discretion in the disposal of any severed tissue or member.

6.  I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of *Advanced Pain Centers of Alaska* and agree that the *practice* may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

Patient's Signature _____    Witness Signature _____

Signature of Relative Responsible for Patient _____    Relationship to Patient _____

**V-0239**

8.  I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

    Physician's Signature _____

03/07/03

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 01/08/2004

**SUBJECTIVE:** Patient returns to clinic for follow up of her right-sided L5-S1 radicular pain secondary to diskogenic pain at L5-S1. She is status post nucleoplasty at approximately six weeks. It was performed on December 3rd. She is accompanied by her husband. She notes that she has pain in her lower back described as sharp and shooting, radiating into her bilateral legs, continuous, NRS scale 7/10. She has secondary complaint of upper back pain described as sharp, radiating to her arms and hands. She reports the pain is made worse with movement or touch, although sitting; made better by lying down.

She is currently taking Gabitril 4 mg four times a day, or 16 mg per day. She also complains of her SI joint hurting on the right side secondary to the rubbing of the lumbar brace. She denies any bowel or bladder incontinence. She notes she is having a hard time with stairs. She has sharp pains in her hip, down the lateral side of the leg, and to the front when she stands up. She is scheduled to see Amy at Advanced Physical Therapy next week. She does not wish to take any Lortab or any pain medications. She had an appointment scheduled with Dr. Shirey but canceled secondary to transportation issues. The patient reports she is not driving herself.

**OBJECTIVE:** GENERAL: Pleasant female, mild distress, lying on the table.
VITAL SIGNS: Temp 98.8. BP 120/84. Pulse 88. Respirations 16. Weight 146 pounds.
MUSCULOSKELETAL: Patient goes from supine to sitting on own volition.
NEUROLOGIC: Her neuro exam shows lower extremity strength 5/5 and without deficit. Deep tendon reflexes are +2 and symmetrical at the patella and the Achilles. She has decreased sensation to pinprick over the right thigh and top of the foot. Her slump testing is positive bilaterally with proximal initiation for low back and leg pain that is the same with negative Neri.

**ASSESSMENT:** Right-sided L5-S1 radicular pain secondary to diskogenic pain at L5-S1, status post nucleoplasty on December 3rd with continued dural irritation.

**PLAN:** The following plan was discussed with the patient with verbal understanding:
1. The patient will be scheduled for an intralaminar L5-S1 epidural steroid injection.
2. The patient will keep her appointment with Amy at Advanced Physical Therapy of Alaska.
3. Time spent with this patient was 15 minutes.

**V-0240**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:
SSN:  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

REPORT DICTATED BUT NOT READ

Susan K. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 01/09/2004
DT: 01/09/2004
JOB #:  120393

**V-0241**

SS# 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    DOB: 02/17/69
VALNOTE, DANIELA

**Advanced Pain Centers of Alaska**
**3500 LaTouche St., Suite 310, Anchorage 99508**
**Patient Visit Form**                                    Date  1-8-4

---

**If patient is from out of Anchorage, local or cell-phone number**

| Vital Signs: | B/P 120/84   Pulse 82   Temp 98°   Resp 16 |
|---|---|
| | Ht (Initial visit) _____   Wt (Every visit) 146 |

**Reason for Visit:** Flu

**Allergies** No Rx   **Medications** Allegra
Lithromax
Protonix   **Other Physicians:**

**Medication Refill Request:** will discuss Zyrtec, Patanol cost

**Pharmacy Patient uses (place on care record also)** FM (E2)

**V-0242**

**Today's Pain Intensity Scale (Circle pain scale #)**

1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10

| Location: | Lower Quadrant | Upper back | |
|---|---|---|---|
| Type: | Sharp, Shooting | Sharp | |
| Radiation: | Both Legs | Arms, Hands | |
| Continuous or | | | |
| Intermittent: | Steady | | |

**What makes pain worse?** Movement, Touch   **Better?** Lying Down

**Any procedure since last visit, and what was it?** _____

**% Relief from that procedure** _____   **Any neg side effects?** _____

**Other pertinent information/education needs** _____

**Signature (all clinical care providers)** _____

ø bowel
bladder
incont

Having
need
time
+ stairs

Sharp
Smile
Shoots
i hip
down left
side
of
leg
to
foot
hurts
Shooty
when tries up

**Physician Notes:**
Gen                SI joint hurts on ℝ Side
                    2° to rubbing
MS:  Palpation:   Spring: 2¼²   Having hard time sitting.
     ROM:
OS+gaard:  Flare:   ℝ   Is scheduled to see
Neuro:  Gait       Dr. Amy next week
     Motor power – UE   LE 5/6
     Sensory – LT       ℝ  Doesn't want to take
     Slump testing R (+)  L (+)  SLR   Had appt scheduled to talk
     Impression                       Shing + cancelled
                                       due to travel issues.

**Notes:**
Infralamina L5-S, ESI

**Procedure To Be Scheduled:** _____   **PT/Trombley:** _____
**Diagnostic Studies** _____   **Pt to return** _____
**MD signature** _____   **Dictated?** ___ **Date** 1 9 **Time** _____

foot + ankle tired & cramping



ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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    DOB: 02/17/69
VALNOTE, DANIELA

Date: 1-8-04

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



V-0243

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

| No Symptoms (No Discomfort) | | Maximum Symptoms (Maximum Discomfort) |

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering here is, " How much is your problem limiting what you can do? ".

| No Limitations | | Maximum Limitation |

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 01/13/2004

**PERFORMED BY:** Susan R. Anderson, M.D.

**PREPROCEDURE DIAGNOSIS:** Right-sided L5-S1 radicular pain secondary to diskogenic pain L5-S1.

**POSTPROCEDURE DIAGNOSIS:** Right-sided L5-S1 radicular pain secondary to diskogenic pain L5-S1.

**PROCEDURE PERFORMED:** Intralaminar epidural steroid injection at L5-S1 under fluoroscopic guidance with conscious sedation.

**MEDICATION INJECTED:**

**ANESTHESIA:** Conscious sedation with Versed 1 mg IV and fentanyl 50 mcg IV.

**COMPLICATIONS:** None.

**SURGEON:** Susan R. Anderson, M.D.

**FLUIDS:** IV access.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**INDICATIONS:** As above.

**V-0244**

**PROCEDURE:** Patient was brought to the fluoroscopy suite and placed in the prone position. The lumbosacral area was prepped and draped in a sterile manner. Using direct AP fluoroscopy, the L5-S1 foramen was identified. A skin wheal was raised in the mid point using a total of 5 cc 1% lidocaine and a 27-gauge needle. A 19-gauge needle was used to pierce the skin. A 20-gauge Touhy epidural needle was advanced through the skin wheal to the midline and just to the right of midline in the interspinous ligament as noted in lateral view. The epidural space was entered using loss of resistance technique. After negative aspiration, 3 cc Omnipaque 240 were injected under real time fluoro and AP and lateral views showing spread in the posterior space and to the right of midline and at midline. Patient was then injected with 4 cc 0.2% ropivacaine mixed with 1 cc 40 mg per cc of triamcinolone without complication. Needle removed. Site covered with antibiotic ointment and Band-Aid.

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 01/13/2004
DT: 01/13/2004
JOB #: 139213

**V-0245**

## PROCEDURE REMINDER
### ADVANCED PAIN CENTERS OF ALASKA

Procedure: _Lumbar S-SI Intraslaminar ESI_

Date/Time: _1-13-4 @ 12:30_          Pt. Appt: _____ @ _____

Pre-Op Visit: _____ @ _____          Allergies: _Norflex_

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:    Yes    No    Language: _English/_

Nothing to eat or drink after _8° Prior to Procedure_ _____ am/pm prior to procedure.

Arrive at: **APCA** / PROV / ARH / HEALTHSOUTH    @ _12:30_ am/**pm**.

If you are scheduled for a Discogram, please arrive one hour prior to
your scheduled appointment time for preparation.

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: _Take Meds with Sip of Water_

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed:    **No**    Yes    If Yes, list testing required: _____

### Additional Information:
**V-0246**

- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions _____

FEMALE PATIENTS: I am not pregnant _[signature]_          _01/13/04_
                                        Signature                Date

Reviewed by: _[signature]_          Patient: _[signature]_          Date: _01/13/04_



ADVANCED PAIN CENTERS OF
*A L A S K A*

3500 La Touche St., Suite 310
Anchorage, AK 99701

SS#: 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       DOB: 02/17/69
VALENOTE, DANIELA

Date: ___JAN 13 2004___

## Patient Procedure Visit

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _husband_____ in wait area? _LR_ Phone # (if not) _____
Vital Signs  B/P _126/77_ Pulse _81_ Temp _98.9_ Resp _16/n_ O2 Sat _____
NPO? _+8hr_____ Pain Level _8_ /10  Location of pain _____
Allergies _____morflex_____

Current Medications _~~morflex~~ (error) allegra, prilosec, nexium, zyrtec, gabitril_
_trazadone_

Nursing Comments: _____

Signatures (all nursing care providers) _____

---------------------------------------------------------------

## Physician Notes:

Pre-Procedure Review: _yes_  H & P and Systems Review: _Lg_
Time: _____ Preoperative Diagnosis: _LES, DISC_
Any changes in medical status: _no_

_MD Signature_

Post Procedure Note:   Postoperative diagnosis: _Sc_
Procedure performed: _Interlaminar ESI LES,_
Complications: _Ø_

Sedation given: _Versed 1mg, fentl 50mcg_
Dictation (if not today, give date) _1/13/04_

_MD Signature_

Revised 3/7/03

# 139213

# ADVANCED PAIN CLIN. OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: JAN 13 2004    TIME: 1230 AM / PM    NPO STATUS:

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed

Allergies: Norflex
Current Medications: Allegra, prilosec, nexium, zyrtec, gabitril, trazadone

Previous Complications from Surgery/Anesthesia: ☑ None Reported

Comfort: No Pain / Pain  Location:    Intensity: 8/10

| Time | IV TYPE |
|------|---------|
| 1245 | 24 HL (L) wrist |

Review of Diagnostic Data: ☑ Yes
Patient Appropriate Candidate: ☑ Yes  ☐ No
ASA Classification: (1) 2 3 4 5 E

Anesthesia Plan: ☑ Sedation  (IV) PO / IM  ☐ Local  ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD
PHYSICIAN SIGNATURE:

## PROCEDURE

Procedure: Imbalance L-ESI

MD: Anderson

READY TIME: 1250   START: 1259   END: 1309
Grounding Pad Site:

NIBP: (R) L  Arm  Leg  Pulse Oximeter: R / (L) Hand / Foot
Pt. Pos: R / L  Lateral  Supine  (Prone)  Other

Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| 1259 | Versed | 1 mg | IV | 1 | A | Doobley |
| 1259 | Fentanyl | 50 mcg | IV | 1 | A | |

V-0248

### Vital Statistics @ 5 min

| | Baseline | | | | |
|---|---|---|---|---|---|
| Time | 1340 | 1255 | 1300 | 1305 | 1309 |
| B/P | 126/77 | 131/81 | 137/69 | 137/69 | 148/69 |
| P | 81 | 90 | 90 | 99 | 91 |
| EKG | — | O | O | O | O |
| *Resp. Rate/Qual | 16 | 16 N | 16 N | 16 N | 16 N |
| Sat% | — | 100 | 99 | 98 | 99 |

| | | | | | |
|---|---|---|---|---|---|
| O2/NC | — | 6 | 6 | O | O |
| **Activity | 2 | 2 | 2 | 2 | 2 |
| **Resp. | 2 | 2 | 2 | 2 | 2 |
| **L.O.C. | 2 | 2 | 2 | 2 | 2 |
| **Circ. | 2 | 2 | 2 | 2 | 2 |
| **Oxygenation | 0 | O | O | O | O |

Key on back    ☐ Vital signs continue on page #2

Protective Reflexes: ☑ Yes  ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used: ☐ Yes  ☑ No  If yes, why? ____    Photos Taken: ☑ Yes  ☐ No
Other Complications:

Post-Procedure Report Given to: ____  By: ____ (Procedure RN)  Time

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS#: 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     DOB: 02/17/69
VALENOTE, DANIELA

**DATE:** JAN 1 3 2004

**V-0249**

### Baseline – Vital Statistics Q 5 min.

| VITALS / ALDRETE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | | | | |
| B/P | | | | | | | | | | | |
| P | | | | | | | | | | | |
| EKG | | | | | | | | | | | |
| *Resp. Rate/Qual | / | / | / | / | / | / | / | / | / | / | / |
| Sat% | | | | | | | | | | | |
| O2/NC | | | | | | | | | | | |
| **Activity | | | | | | | | | | | |
| **Resp. | | | | | | | | | | | |
| **L.O.C. | | | | | | | | | | | |
| **Circ. | | | | | | | | | | | |
| **Oxygenation | | | | | | | | | | | |

Admission Temperature: 98.9     Discharge Temperature: 99.2

### ALDRETE SCORING

| Pre Procedure Bp: 126/77 | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | | 15 | | | | |
| Can move 2 Extremities | =1 | 2 | 2 | | | | |
| Can move 0 Extremities | =0 | | | | | | |
| Able to DB&C | =2 | | | | | | |
| Dyspnea/Limited | =1 | 2 | 2 | | | | |
| Able to DB&C | =0 | | | | | | |
| BP+/-20 Baseline | =2 | | | | | | |
| BP+/-20-50 Baseline | =1 | | 2 | | | | |
| BP+/-50 Baseline | =0 | 2 | | | | | |
| Fully Awake | =2 | | | | | | |
| Arousable | =1 | 2 | 2 | | | | |
| Not Responding | =0 | | | | | | |
| Able to Mainain O2 Saturation > 92% on room air | =2 | | | | | | |
| Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | 2 | 2 | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | 10 | 10 | | | | |

Discharge criteria met at (Aldrete Score of 8 or Above) Time: 1330
RN Signature:

### VITAL SIGNS Q 15 MIN

| TIME | 1310 | 1315 | 1320 | | | |
|---|---|---|---|---|---|---|
| B/P | 117/110 | 127/81 | 118 | | | |
| P | 87 | 81 | 95 | | | |
| Resp. Rate | 16 | 16 | 16 | | | |
| Resp. Qual | n | n | n | | | |
| Sat% | 99 | 99 | 100 | | | |
| CO2% | | | | | | |
| L.O.C. | 2 | 2 | 2 | | | |
| O2 | Ø | Ø | Ø | | | |

I.V.: (Type/Amt)                    Site: (L) wrist
Appear: ☑ Patent   ☐ Infiltrated   ☐ Red
Comfort: No Pain / Pain   Location:        Intensity:
I.V. DC'D Intact:   ○

Variances or Other Problems: numb numbness
in (L) calf

### DISCHARGE PLANNING

| OUTPATIENT: | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | X | |
| 2. Vital signs stable including temperature. | X | |
| 3. Absence of respiratory distress. | X | |
| 4. Swallow, cough, and gag reflex present. | X | |
| 5. Minimal nausea and vomiting. | X | |

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents. ☐   N/A | | |
| 7. Alert & oriented with adequate muscular strength. | X | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | X | |

☐ Transported via wheelchair / ambulatory to awaiting vehicle with staff. Time: 1330



## ADVANCED PAIN CENTERS OF
# A L A S K A

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

Date: JAN 1 3 2004

Reviewed By: Julian

### POST INJECTION EVALUATION

| | | | | |
|---|---|---|---|---|
| ☐ Medial Branch Block | | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | | Cervical | Thoracic | Lumbar |
| ☑ Selective Epidural Injection | | Cervical | Thoracic | (Lumbar) |
| ☐ SI Joint Injection | | | | |
| ☐ Hip Joint Injection | | | | |
| ☐ Other: | | | | |

**PHYSICIAN:** (DR. ANDERSON)    DR. POLSTON    DR. RODERER    DR. STINSON

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment. You may fax this evaluation to **743-8284**.

RATED (R) SIDED PAIN

No pain (0/10)  1/10  2/10  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain while still in the center** (circle one)

No pain (0/10)  1/10  2/10  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain one hour after the procedure** (time) 3:00    (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain 2 hours after the procedure** (time) 4:00    (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain 3 hours after the procedure** (time) 5:00    (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain 4 hours after the procedure** (time) 6:00    (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain 5 hours after the procedure** (time) 7:00    (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain 6 hours after the procedure** (time) 8:00    (circle one)

No pain  0/10  1/10  2/10  3/10  4/10  (5/10)  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain 3 days after the procedure** (time) 11 AM    (circle one)

No pain  0/10  1/10  2/10  3/10  4/10  5/10  6/10  (7/10)  8/10  9/10  10/10  No relief
**Rate your pain 7 days after the procedure** (time) 3 pm    (circle one)

V-0250

8/18/2003