

ADVANCED PAIN CENTERS OF
*A L A S K A*

## DISCHARGE INSTRUCTIONS

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

**The following discharge instructions are given for your care at home. Please follow the checked instructions.**

### Procedure

☐ Discogram
☑ Epidural Steroids *L Interlamin*
☐ Facet Blocks

☐ Selective Nerve Root Block
☐ Stellate Ganglion Block
☐ Trigger Point Injections

☐ Lumbar Sympathetic Block
☐ SI Joint Injection
☐ Other

### Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:

### Medications

☐ Take prescriptions as ordered
   a. _____
   b. _____
   c. _____

☐ Prescription/Medication given to patient or responsible person
☐ Resume medicine as taken at home

**V-0251**

### Additional Information

☑ Remove Band-Aids today.
☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☑ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:  ☐ Cold Packs  ☐ Hot Packs  ☐ Massage
   ☐ Position changes  ☐ Distraction  ☐ Breakthrough pain interventions  ☐ Relaxation  ☐ Guided imagery

Reviewed with Patient by:_____   Date: 1/13/04

Patient Signature:_____   Physician Signature:_____



ADVANCED PAIN CENTERS OF
**A L A S K A**

SS# 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    DOB: 02/17/69
VALNOTE, DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

**DATE:** 8 Jan 04    **TIME:** 2:45    A.M.  (**P.M.**)

1. I hereby authorize Dr. _Anderson_ ,
   to perform the following operation or procedure, known as

   > Lumbar Epidural Steroid Injection, intralaminar approach at lumbar five sacral- one with possible moderate sedation

   upon myself or _Daniela C. Valenote_ .
   (NAME OF PATIENT)

2. The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

   > Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction, bowel / bladder dysfunction, numbness of legs, sexual dysfunction, difficulty breathing

3. I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4. I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5. I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6. I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____    _____
Patient's Signature          Witness Signature          **V-0252**

_____    _____
Signature of Relative Responsible for Patient    Relationship to Patient

> I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).
>
> _____
> Physician's Signature

1/8/2004



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS#: 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     DOB: 02/17/69
VALENOTE, DANIELA

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?           Yes     ~~No~~

I, _Daniela C. Valenote_____, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I am NOT pregnant.

_____
Patient Signature

_____01-13-04_____
Date

**V-0253**

# ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 02/12/2004

**SUBJECTIVE:** Patient returns to clinic complaining of right leg pain that is described as knot and pinching, radiates into the foot and toes, continuous on the right side, intermittent on the left side. She also has secondary complaints of right neck pain that radiates into her right ear and face, also to her right thumb and index finger. She has another complaint of thoracic area pain that radiates up into her neck. She reports pain is made worse with activity, made better by lying down. She is status post a lumbar epidural steroid injection at L5-S1, which gave her approximately 6 hours of 100% pain relief. She notes she "felt awesome after the epidural". She has had a couple days pain relief. This is verified by her husband who is accompanying her. She continues to have difficulty with sitting. She feels that her low back pain is burning. She denies any bowel or bladder incontinence. She denies any new side effects or bad side effects from the procedure.

**OBJECTIVE:** In general, a pleasant female with very flat affect. Vital signs: Temp 98.8, BP 110/82, pulse 80. Weight 143.7 pounds. Height 64 inches.

**ASSESSMENT:**
1. Right-sided L5-S1 radicular pain and discogenic pain at L5-S1.
2. Minimal complaint of L3-4 discogenic pain.
3. Lower cervical pain with radicular symptoms on the right at C-6.

**PLAN:** The following plan was discussed with the patient and her husband:
1. The patient will have a MRI of the lumbar spine with and without contrast to determine any changes in her lumbar spine since the procedure.
2. Appropriate treatment will be determined after the MRI. She will return in approximately 2 weeks.

Time spent was approximately 10 minutes.

**V-0254**

### ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 02/12/2004
DT: 02/13/2004
JOB #: 520492

**V-0255**

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
Patient Visit Form

SS#: 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
VALENOTE, DANIELA    DOB: 02/17/69

Date 2/12/04

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 108/2 | Pulse 80 | Temp 98.8 | Resp |
| | Ht (Initial visit) 5'4 | Wt (Every visit) 143.7 | | |

Reason for Visit: F/u p procedure

Allergies: no flex    Medications: no OS    Other Physicians:

Medication Refill Request: Ø
Pharmacy Patient uses (place on care record also) Fred Myer (Eagle River)
Today's Pain Intensity Scale (Circle pain scale #)

1 2 3 4 5 6 7 8 9 10       1 2 3 4 5 6 7 8 9 10       1 2 3 4 5 6 7 8 9 10

Location: (L) leg, thoracic (R) neck side (R) ear/face to (R) thumb index finger
Type: Back to face, knife-pinching
Radiation: (L) foot to toes, occ on (L) left side, thoracic area 9" neck (R) ↓ to finger index
Continuous or (R) side                (R) side buttock/thigh sensitive to touch thumb
Intermittent (L) side

What makes pain worse? activity          Better? lying on back
Any procedure since last visit, and what was it? (R) ESI @ PT  lumbar ESI L5 S
% Relief from that procedure: Max 1 hr. pain back 2 days  Any neg side effects?

Other pertinent information/education needs: Last procedure made her feel the best ever.

Signature (all clinical care providers)

**Physician Notes:**
Gen

MS:    Palpation:         Spring:
       ROM:
OS+gaard:              Flare:

Neuro: Gait

       Motor power – UE         LE

       Sensory – LT             PP        vib

       Slump testing  R    L    SLR    R    L

       Impression

Notes:

Difficulty c sitting

Buring in LB

mainly in 1 (R)

After goes to pool cant stand on leg at all.

Upper back

Cervical jaw, sometimes after sensitive to touch

Procedure To Be Scheduled: _____    PT/Trombley:
Diagnostic Studies                                Pt to return p NB-5
MD signature _____                     Dictated? ___ Date 2/12 Time ___

V-0256



ADVANCED PAIN CENTERS OF
A L A S K A

SS#: 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
VALENOTE, DANIELA
DOB: 02/17/69

Date: 2/12/01

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



left side
mirrors
right
side
except
pain
is
intermittent

V-0257

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort) |———————————————————————| Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering here is, " How much is your problem limiting what you can do? ".

No Limitations |———————————————————————| Maximum Limitation

■ AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK ■

**SUSAN R. ANDERSON, M.D.**
**ADVANCED PAIN CENTERS OF ALASKA**
3500 LATOUCHE ST, STE 310
ANCHORAGE, AK 99508
PH 907-278-2741 · FX 907-743-8284

00000752

PATIENT'S FULL NAME: Daniela Valenoh

PHONE NUMBER: _____  AGE: _____  SEX: F

ADDRESS: _____

DATE: 2/12/04

℞ Valium 50

po before MRI

#2 (two)

Dr. _____
DISPENSE ONLY AS WRITTEN

Dr. S.R. Anderson
PRODUCT SELECTION PERMITTED

☐ Refills  1  2  3  4
☒ No Refills    Void After _____

DEA # BA6925652

**VALID FOR CONTROLLED SUBSTANCES**

■ "RX" ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE ■

V-0258



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS
Marty Vicars, PT

# advanced pain **therapeutics** of alaska
## physical therapy

3500 LaTouche, Suite 310
Anchorage, AK 99508
**Phone: (907) 279-4266**
**Fax:** (907) 279-4272
1-800-641-6940

506 Gaffney Rd., Suite 300
Fairbanks, AK 99701
**(907) 374-0992**
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

## Physical Therapy Referral

Patient Name _Donald Valente_    Date of Birth _2/17/69_

Diagnosis _Lumbar disc pain_

Precautions _____

O **Evaluate and Treat**        ☒ **Continue PT**

- o Pre/Post Procedure/Surgery Protocol _____
- o Functional/Physical Capacity Evaluation (FCE/PCE)
- o Functional Restoration Program (FRP)
- o Pre-placement Screening
- o Job-site Analysis
- o Headache Program
- o Stabilization Program
- o Pelvic Pain
- o Other: _____
- o Supply patient with Durable Medical Equipment:
  - o Lumbar Brace ___ SIJ Brace ___ Wrist Brace ___ Home E-Stim Unit ___

Frequency of visits: ☒ 1-2x/week    ☐ 2-3x/weeks    ☐ 3-5x/week    ☐ Other ___

Duration of visits: ☐ 2 weeks    ☐ 3 weeks    ☒ 4 weeks    ☐ Other ___

Report by:    ☐ Phone    ☐ Letter    ☐ None required

Referring Physician ☒ S. Anderson, M.D. ☐ G. Polston, M.D.    ☐ G. Roderer, M.D. ☐ L. Stinson, M.D

Referring Physician (signature) _____    Date: _1/21/04_    **V-0259**

Phone Number _____    Fax Number _____

(For PT office only) PT start Date _____    ICD-9 Codes _____

D:\Esteban\My Documents\advanced pain therapeutics\APTAK Documents\APTAK Forms March 2003\ATPAK Script APCA black and white.doc



## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 02/26/2004

**SUBJECTIVE:** The patient returns to clinic to follow up on her MRI results. She has had consistent low back pain described as sharp and shooting radiating continuously in to the right leg and intermittently in to the left leg. She reports the pain is made worse with sitting, made better by lying down on her back. She is accompanied by her husband. The patient is approximately 2-1/2 months status post nucleoplasty for which she feels she has received minimal pain relief. The MRI was ordered to evaluate for any acute changes that may be contributing to delayed recovery.

**OBJECTIVE:** In general, a pleasant female with very flat affect. Vital signs: Temperature 98.4, blood pressure 120/82, pulse 68, respirations 12, weight 145 pounds. The MRI was reviewed and patient was noted to have radial tear on the right paracentral anulus at L5-S1 and a mild broad based 3 mm disk protrusion which is reduced from L5-S1. In addition, there was no significant disease at L3-L4 which was mentioned on her earlier MRI.

**ASSESSMENT:**
1. Right-sided L5-S1 radicular pain and diskogenic pain at L5-S1.
2. Minimal complaint of L3-L4 diskogenic pain.
3. Lower cervical pain with radicular symptoms on the right at C5-C6.

**PLAN:** The following plan was discussed with the patient and her husband with verbal understanding:
1. The results of the MRI with no acute disease was reviewed with the husband and the patient.
2. It was discussed regarding a plan for the patient. I am requesting that she see Gail at Advanced Physical Therapy of Alaska for an evaluation.
3. The patient may be considered for a referral to Virginia Mason Pain Clinic due to the significant fear of movement and anxiety. The patient reports she does not feel that her psychological symptoms are due only to frustration that she cannot get back to work, however, I do have reports from physical therapy that the patient does not wish to return to work. She does not like where she works despite conflicting reports on this matter. However, her function is not improving and her overall affect and depression also does not improve, therefore, I feel a more aggressive multidisciplinary program may be appropriate for this patient.
4. The patient will return to clinic after she has seen Gail at Advanced Physical Therapy of Alaska.

Time spent was 15 minutes.

**V-0260**

# ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 02/27/2004
DT: 02/27/2004
JOB #: 548899

**V-0261**



**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

SS#: 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     DOB: 02/17/69
VALENOTE, DANIELA

Date ___FEB 2 6 2004___

If patient is from out of Anchorage, local or cell-phone number

Vital Signs:     B/P 129/82   Pulse 68   Temp 98.4   Resp 12
                 Ht (Initial visit) _____   Wt (Every visit) 165

Reason   for   Visit: FU c MRI results

Allergies NKDA         Medications Same         Other Physicians: Anderson

Medication Refill Request: None
Pharmacy Patient uses (place on care record also)
Today's Pain Intensity Scale (Circle pain scale #)
     1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10

| Location: LB | | |
|---|---|---|
| Type: Sharp, Shooting | | |
| Radiation: ✓ Leg | | |
| Continuous or (R) | | |
| Intermittent (L) | | |

What makes pain worse? Sitting          Better? lying down flat on back
Any procedure since last visit, and what was it?
% Relief from that procedure _____   Any neg side effects?
Other pertinent information/education needs

Signature (all clinical care providers) _____

**Physician Notes:**
Gen

MS:     Palpation:          Spring:
        ROM:
OS+gaard:          Flare:

Neuro:  Gait

        Motor power – UE          LE

        Sensory – LT          PP          vib

        Slump testing  R     L     SLR     R     L

        Impression

Notes:

**V-0262**

**Procedure To Be Scheduled:** _____
**Diagnostic Studies** _____          PT/Trombley: _____
**MD signature** _____          Pt to return _____
                              Dictated? _____   Date 2/22   Time _____

# ALASKA OPEN IMAGING CENTER, LLC

## 6911 DEBARR ROAD
## ANCHORAGE, AK 99504
## (907) 330-1220

**NAME:** DANIELA C VALENOTE

**MED REC:** 6100.0

**DATE OF BIRTH:** 02/17/1969

**DATE OF EXAM:** 02/17/2004

**REFERRING PHYSICIAN:** SUSAN R ANDERSON, MD

STUDY: MRI LUMBAR SPINE WITH/WITHOUT CONTRAST

HISTORY: Low back pain down right leg to foot

TECHNIQUE: MRI examination of the lumbar spine was performed using the Hitachi 0.3 Tesla open MRI scanner. Following localizer images sagittal T2, sagittal T1, transaxial T2, and transaxial T1 weighted images were obtained. Following infusion of 0.1 mmol per kilogram Optimark contrast T1 weighted sagittal and transaxial images were obtained.

L1-2 through the L4-5: At these four levels is no significant posterior disc disease is present. The center canal to sample at all levels and the neural foramina are also patent. The facets are normal in appearance.

L5-S1: A 3 mm central, right and left paracentral disc protrusion is accompanied by focal alteration of signal of the right paracentral annulus. The disc has a mild decrease in signal secondary to dessication changes. The center canal and neural foramina are patent. No significant degenerative changes are present for the facets. As with the other levels, no abnormal enhancement is present post contrast.

IMPRESSION:

1.  Radial tear right paracentral annulus L5-S1.

2.  Mild broad based 3 mm disc protrusion L5-S1.

Thank you for the privilege of participating in your patient's care.

ROBERT L BRIDGES,M.D.

CC:

**V-0263**

This document has been electronically signed and approved by ROBERT L BRIDGES,M.D.

NAME: DANIELA C VALENOTE    1 of 1    MED REC: 6100.0



SS#: 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
VALENOTE, DANIELA      DOB: 02/17/69

Date: _____ FEB 2 6 2004

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



left side mirrors right

V-0264

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort)

Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation experience as a result of the symptoms we are treating you for. Essentially, the question you are answering is, " How much is your problem limiting what you can do? ".

No Limitations

Maximum Limitation

# Alaska One Imaging Center, LLC

Patient Name: _____ SS#: 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 _____ DOB: 02/17/69
VALENOTE, DANIELA
nt Phone: Home_____ Work/Cell_____ DOB: _____

Exam Date: _____ Exam Time: _____

| **Wasilla** | | |
|---|---|---|
| Bogard Professional Plaza | ☐ | Open MRI |
| 1751 East Gardner Way | ☐ | CT |
| Wasilla, Alaska 99654 | ☐ | Nuclear Medicine |
| **Phone** 907-357-1220 | ☐ | Ultrasound |
| **Fax** 907-357-1222 | ☐ | X-Ray |
| | ☐ | Bone Density |

| **Anchorage** | | |
|---|---|---|
| 6911 DeBarr Road | ☒ | Open MRI |
| Anchorage, Alaska 99504 | ☐ | Ultrasound |
| **Phone** 907-330-1220 | ☐ | PET |
| **Fax** 907-330-1222 | ☐ | CT |

Exam Requested: _Lumbar spine With & without contrast_

DX Codes: _722.10_ _____ Creatinine Level (for CT): _____ Date Drawn: _____

Symptoms: _LBP c (R) leg pain. Continued p_
_nucleoplasty_

_[signature]_
_____    _____    _____
Referring Physician                    Physician Phone                    Physician Fax

*Medical Imaging with Heart*

V-0265



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS
Marti Vicars, PT

# advanced physical therapy of alaska

3500 LaTouche, Suite 310
Anchorage, AK 99508
**Phone: (907) 279-4266**
Fax:   (907) 279-4272
1-800-641-6940

506 Gaffney Rd., Suite 300
Fairbanks, AK 99701
**(907) 374- 0992**
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

## Physical Therapy Referral

Patient Name _____    SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

Diagnosis ___ (R) L5-S, Radic ___   S/P Nucleoplasty

Precautions _____

confined pa
ē sr Hx
↓ function

O **Evaluate and Treat**        O **Continue PT**

- o   Pre/Post Procedure/Surgery Protocol _____
- o   Functional/Physical Capacity Evaluation (FCE/PCE)
- o   Functional Restoration Program (FRP)
- o   Pre-placement Screening
- o   Job-site Analysis
- o   Headache Program
- o   Stabilization Program
- o   Pelvic Pain
- o   Other: _____
- o   Supply patient with Durable Medical Equipment:
  - o   Lumbar Brace ___ SIJ Brace ___ Wrist Brace ___ Home E-Stim Unit ___

Frequency of visits: ☑ 1-2x/week    ☐ 2-3x/weeks   ☐ 3-5x/week   ☐ Other ___

Duration of visits: ☐ 2 weeks    ☐ 3 weeks    ☑ 4 weeks    ☐ Other ___

Report by:    ☐ Phone    ☐ Letter    ☐ None required

Referring Physician ☑ S. Anderson, M.D. ☐ G. Polston, M.D. ☐ G. Roderer, M.D. ☐ L. Stinson, M.D. ☐ N. Cross, M.D.

Referring Physician (signature) _____    Date: 2.26.04

Phone Number _____

Fax Number _____

(For PT office only) PT start Date _____    ICD-9 Codes _____

**V-0266**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 06/18/2004

**SUBJECTIVE:** Thank you for the referral of this patient. As you know, she has suffered from both low back pain, thoracic pain and cervical pain. In addition, she complains of headaches. The patient has been treated by Susan R. Anderson, M.D., for low back pain and she states that this has improved significantly in her pain below her waist. Now she suffers predominantly with pain over the right greater occipital nerve, right side of the neck, into the scapula and thoracic area. The patient reports that there is pain anteriorly in the thoracic area and radiates down the hand. The patient has had thoracic and cervical MRIs. The thoracic MRI is normal. Per her report, the cervical spine has been reportedly normal in the past. She has had electromyelography (EMG) of the arm, which did not show pain. She has been treated by Dr. Downs for her migraine headaches, which she believes is related to greater occipital neuritis. The patient has been taking Imitrex, which she says helps, but has been taking larger doses. Currently, she is receiving chiropractic manipulations, which she says is helping with the pain and has stabilized the pain, but she is attempting to have longer term relief with her treatments. Currently she is getting about one to two days of relief. She is taking Gabitril, Trazodone, and Imitrex for the pain. The patient also is receiving physical therapy, which has also increased function predominantly more again with the low back than with the legs.

**OBJECTIVE:** VITAL SIGNS: Blood pressure 120/80, pulse 100, temperature 98.7 degrees, respirations 16, weight 146 pounds.
GENERAL: She rates her neck and mid-back pain at 4-out-of-10.
MUSCULOSKELETAL: Cranial nerves II-XII are grossly intact. There is some mild tenderness over the supraorbital nerve on the right, negative on the left. The infraorbital nerve is nontender. The temporomandibular joints (TMJs) show some slight tenderness on the left, open wide, and have no dislocation. The patient left occipital nerve is very minimally tender to palpation. The right greater occipital nerve is definitely tender to palpation. The lesser occipital nerves are nontender. Palpation of the cervical spine in the midline is tender at approximately C5-6 and C6-7. The left cervical facets are nontender to palpation. The right cervical facets are tender at C5-6 and C6-7. Neck range of motion is painful with side bending and rotation, greater on the right. Protraction and retraction of the neck do not cause pain at C0-1 or C1-2. Sensation is intact. She has no masses nor adenopathy. Shoulders are nontender to palpation on the right and left. Range of motion of the shoulder is full range. There is some crepitus with movement of the scapula on the right. The thoracic spine is tender to palpation at approximately T3 to T6, greatest at T4, T5, and T6. There is paraspinal muscle tenderness of the levator scapulae and trapezius on the right with no specific trigger points. Chest is intact to sensation. Rotation of the thoracic spine is increased at approximately T4. Side-bending is not painful. Palpation of the lumbar spine is mildly tender at approximately L4-5 and L5-S1. There is negative slump testing bilaterally. Range of motion: the patient is able to put her palms flat on the floor. Extension is painful with pain on the right and increased pain with extension and rotation to the right.

**V-0267**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB: 02/17/1969
SSN:  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

Sensation is intact in the lower extremities.  Reflexes are intact in the lower and upper extremities.

**ASSESSMENT:**
1. Migraine headaches.
2. Greater occipital neuritis.
3. Cervical facet arthropathy at C6-7 and C5-6 on the right.
4. Thoracic diskogenic pain.
5. Lumbar diskogenic pain status post nucleoplasty.

**PLAN:**
1. I would like to begin with intra-articular facet injections at C5-6 and C6-7.  Risks, benefits and alternatives were discussed.  The referral of the pain appears to be in this distribution.  We will see if this calms it down.  If this provides relief, we will be very happy.  If this provides only short-term relief, I would consider medial branch blocks and proceeding with radiofrequency ablation.
2. I would consider further occipital nerve blocks and consideration of radiofrequency also at this level if the relief is only temporary.
3. I would consider thoracic epidural steroid injection for the thoracic diskogenic pain at approximately T5-6.  We will await the results of the facet injection before proceeding with the thoracic injections.  The patient will be scheduled in two days for the facet injections.
4. I would recommend that she continue with her physical therapy and chiropractic therapy at this time.

Time spent with this patient was approximately 45 minutes.


REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 06/18/2004
DT: 06/21/2004
JOB #: 762255

*V-0268*

**Advanced Pain Centers Of Ala**
**3500 LaTouche Suite 310**
**Anchorage, Ak 99508**
**907-278-2741**

SS#: 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
VALENOTE, DANIELA     DOB: 02/1...

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Date 6·18·04        Time 11:50    (A.M.)   P.M.        *ADDRESSOGRAPH*

1.  I hereby authorize Dr. _Polst___
    to perform the following operation or procedure, known as
    Cervical facet joint injection of local anesthetic and/or steroid at Cervical five-six, Cervical six-seven on the right side with possible moderate sedation
    upon myself or _Daniela C. Valenote_
    (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications.
    Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction, difficulty breathing

3.  I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.  I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____          _____
Patient's Signature                      Witness Signature

_____          _____
Signature of Relative Responsible for Patient      Relationship to Patient

                                             **V-0269**

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

SS#: 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
VALENOTE, DANIELA     DOB: 02/17/69

Date _____ JUN 8 2006 _____

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 120/80 Pulse 100 Temp 98 Resp 16 |
| | Ht (Initial visit)          Wt (Every visit) 146 |

Reason for Visit: F/u. Former pt of Dr. Anderson. Pt has
had 2 injection (R) occipital nerve + L By Dr.
Many Drugs.

Allergies: Nkda          Medications Restoril          Other Physicians:
Gabitril          Pilocci
Medication Refill Request: Albuterol, Vitamins          Trazadone 25mg-75mg
Pharmacy Patient uses (place on care record also)          Allegra 180          Snyder, DC, Imitrex
**Today's Pain Intensity Scale** (Circle pain scale #)
1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10

| Location: MidBack | | |
| Type: ache, stabbing | | |
| Radiation: ↑ Head | | |
| Continuous or | | |
| Intermittent: | | |

What makes pain worse? _Sitting_          Better? _lying down flat, walk_
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____ Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _____

**Physician Notes:**
Gen

MS:     Palpation:          Spring:
          ROM:
OS+gaard:          Flare:

Neuro: Gait

     Motor power – UE          LE

     Sensory – LT          PP          vib

     Slump testing  R     L     SLR     R     L

     Impression

Notes:

V-0270

Procedure To Be Scheduled: _____ PT/Trombley: _____
Diagnostic Studies _____ Pt to return _____
MD signature _____ Dictated? _____ Date _____ Time _____



SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

Date: **JUN 1 8 2004**

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



V-0271

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort) |—————————————————————————| Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation experience as a result of the symptoms we are treating you for. Essentially, the question you are answering is, " How much is your problem limiting what you can do? ".

No Limitations |—————————————————————————| Maximum Limitation

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 06/21/2004

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**POSTPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**PROCEDURE PERFORMED:** Intra-articular facet injection at C5-6 and 6-7.

**MEDICATION INJECTED:** @@

**ANESTHESIA:** Versed 1 mg and 50 mcg fentanyl.

**COMPLICATIONS:** None.

**INDICATIONS FOR PROCEDURE:** This patient is tender to palpation over the C5-6 and 6-7 facets. The patient has pain with extension and side bending.

**PROCEDURE IN DETAIL:** Risks, benefits, alternative were reviewed. The patient voiced understanding and wished to proceed. There were no contraindications to performing the procedure. The patient's neck was prepped with Betadine, sterile drapes were applied.

A 1% lidocaine skin wheal was raised over the C5-6 facet. From a lateral approach, a 25-gauge, 2-inch spinal needle was directed under fluoroscopic guidance into the joint space without paresthesia, heme or cerebrospinal fluid (CSF). Then a 1% lidocaine skin wheal was raised over the C6-7 facet. A 25-gauge, 2-inch needle was directed under fluoroscopic guidance again into the facet joint. Position of both needles were confirmed in the PA and lateral views. There was negative paresthesia, heme or CSF aspirated from either needle. The C5-6 needle was injected with 0.2 cc Omnipaque 240, showing spread of dye within the facet joint in PA and lateral views. The C6-7 needle was injected with 0.2 cc Omnipaque 240 in the PA and lateral views, showing spread of dye within the joint space. Then the C5-6 needle was injected with 0.5 cc of 4% lidocaine and 3 mg betamethasone. The C6-7 needle was again injected with 0.5 cc of 4% lidocaine and 3 mg betamethasone. Both needles were removed.

The patient tolerated the procedure. Patient was taken back to the recovery room in stable condition. There were no neurologic or hemodynamic difficulties. Discharge instructions were reviewed. The patient reported relief of pain.

The patient will follow up in approximately three weeks.

**V-0272**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 06/21/2004
DT: 06/22/2004
JOB #: 765285

V-0273

SS#: 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    DOB: 02/17/_    Polston
VALENOTE, DANIELA

## PROCEDURE REMINDER
### ADVANCED PAIN CENTERS OF ALASKA

Procedure: (R) Cervical Five-Six, Cervical Six-seven facet inject.

Date/Time: 621 @ 1:30 _____    Pt. Appt: _____ @ _____

Pre-Op Visit: _____ @ _____    Allergies: ~~Arooo Flexeril~~ Norflex

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:    Yes   (No)   Language: English/ _____

Nothing to eat or drink ~~after~~ 8 hours prior _____ am/pm prior to procedure.

Arrive at: (APCA) / PROV / ARH / HEALTHSOUTH    @ 1:30   am/(pm.)

**If you are scheduled for a Discogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

~~If~~ you take daily medications follow these instructions: With sips water _____

~~Stop~~ NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed:    No    Yes    If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions _____

**V-0274**

FEMALE PATIENTS:  I am not pregnant _David C. Vatt_    06-18-04
                                    Signature                Date

Reviewed by: _Adria Lau_    Patient: _David C. Vatt_    Date: 06-18-04

ADVANCED PAIN CENTERS OF
*ALASKA*

Date: _____

Reviewed By: _Julian_

**PHYSICIAN:**    DR. ANDERSON    DR. POLSTON    DR. RODERER    DR. STINSON

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

## POST INJECTION EVALUATION

| | | | | |
|---|---|---|---|---|
| ☐ Medial Branch Block | | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | | |
| ☐ Hip Joint Injection | | | | |
| ☐ Other: | | | | |

JUN 2 1 2004

The following information needs to be completed and returned to our office after one week.  You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself.  After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment.  You may fax this evaluation to **743-8284**.

No pain   0/10   (1/10)   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **while still in the center** (circle one)

No pain   0/10   (1/10)   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **one hour after the procedure** (time) _4°°_   (circle one)

No pain   0/10   (1/10)   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **2 hours after the procedure** (time) _5°°_   (circle one)

No pain   0/10   (1/10)   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **3 hours after the procedure** (time) _6°°_   (circle one)

No pain   0/10   (1/10)   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **4 hours after the procedure** (time) _7°°_   (circle one)

No pain   0/10   (1/10)   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **5 hours after the procedure** (time) _8°°_   (circle one)

No pain   0/10   (1/10)   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **6 hours after the procedure** (time) _9°°_   (circle one)

No pain   0/10   1/10   (2/10)   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **3 days after the procedure** (time)   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   (5/10)   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **7 days after the procedure** (time)   (circle one)

V-0275

2/17/2004



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS# 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     DOB: 02/17/69
VALENOTE, DANIELA

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes        ( No )

I, *Daniela C. Valenote*                      , have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☑ I verify that I am NOT pregnant.

_____          _____06-21-04_____
Patient Signature                          Date

V-0276

ADVANCED PAIN CENTER OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: JUN 2 1 2004    TIME: 1330   AM (PM)    NPO STATUS: + 8 hour

☑ Consent Stating "Procedure w / conscious Sedation" Signed

Allergies: ~~Percocet~~ Norflex    ☐ H&P Reviewed

Current Medications: allegra · prilosec · nexium · zyrtec · gabatril · trazadone

Previous Complications from Surgery/Anesthesia: ☑ None Reported

Comfort: No Pain (Pain)   Location:    Intensity: 4/10

| Time | IV TYPE |
|------|---------|
| 1340 | 22 HL (L) wrist |

Review of Diagnostic Data: ☑ Yes
Patient Appropriate Candidate: ☑ Yes   ☐ No
ASA Classification: (1)  2  3  4  5  E

Anesthesia Plan:  ☑ Sedation   IV / PO / IM
☐ Local   ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD
PHYSICIAN SIGNATURE

## PROCEDURE

Procedure: Right C5-6, 6-7 Facet

MD: Robson

| | READY TIME: 1345 | START: 1400 | END: 1416 |
|---|---|---|---|

NIBP: R (L) (Arm) Leg   Pulse Oximeter: R (L) Handy Foot
Grounding Pad Site:

Pt. Pos: R (L) (Lateral) Supine Prone Other

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | Activity | Administered by: | Notes: |
|------|------|------|-------|-----|----------|------------------|--------|
| 1400 D | Fentanyl | 50 mcg | IV | i | A | Crisb | |
| | Versed | 1 mg | IV | A | A | | |

V-0277

### Baseline Vital Statistics Q 5 min

| | | Time | 1335 | 1400 | 1405 | 1410 | 1415 | | | | | | | | | |
|---|---|------|------|------|------|------|------|---|---|---|---|---|---|---|---|---|
| V I T A L S | | B/P | 116/76 | 114/68 | 111/64 | 112/67 | 111/65 | | | | | | | | | |
| | | P | 86 | 80 | 72 | 70 | 74 | | | | | | | | | |
| | | EKG | | | | | | | | | | | | | | |
| | | *Resp. Rate/Qual | 15 | 16/w | 16/w | 16/w | 16/w | / | / | / | / | / | / | / | / | / |
| | | Sat% | — | 98 | 98 | 99 | 99 | / | / | / | / | / | / | / | / | / |
| A L D R E T E | | O2/NC | — | ∅ | ∅ | ∅ | ∅ | | | | | | | | | |
| | | **Activity | 8 | 2 | 2 | 2 | 2 | | | | | | | | | |
| | | **Resp. | 8 | 2 | 2 | 2 | 2 | | | | | | | | | |
| | | **L.O.C. | 8 | 2 | 2 | 2 | 2 | | | | | | | | | |
| | | **Circ. | 8 | 2 | 2 | 2 | 2 | | | | | | | | | |
| | | **Oxygenation | ∅ | ∅ | ∅ | ∅ | ∅ | | | | | | | | | |

Key on back    ☐ Vital signs continue on page #2

Protective Reflexes: ☑ Yes   ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used: ☐ Yes   ☑ No   If yes, why?    Photos Taken: ☑ Yes   ☐ No

Complications:

Post-Procedure Report Given to:    By: Crisb    (Procedure RN)   Time

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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     DOB: 02/17/69
VALENOTE, DANIELA

**DATE:** JUN 2 1 2004

| V I T A L S | Vital Statistics Q 5 min. | Time | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B/P | | | | | | | | | | | | | | |
| | | P | | | | | | | | | | | | | | |
| | | EKG | | | | | | | | | | | | | | |
| | | *Resp. Rate/Qua | / | / | / | / | | / | / | | / | / | | / | / | |
| | | Sat% | | | | | | | | | | | | | | |
| A L D R E T E | | O2/NC | | | | | | | | | | | | | | |
| | | **Activity | | | | | | | | | | | | | | |
| | | **Resp. | | | | | | | | | | | | | | |
| | | **L.O.C. | | | | | | | | | | | | | | |
| | | **Circ. | | | | | | | | | | | | | | |
| | | **Oxygenation | | | | | | | | | | | | | | |

Admission Temperature: 98.7     Discharge Temperature: 98.9

## ALDRETE SCORING

Pre Procedure Bp: 116/76

| | | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|---|
| | Can move 4 Extremities | =2 | 2 | 2 | | | | |
| | Can move 2 Extremities | =1 | | | | | | |
| | Can move 0 Extremities | =0 | | | | | | |
| | Able to DB&C | =2 | 2 | 2 | | | | |
| | Dyspnea/Limited | =1 | | | | | | |
| | Able to DB&C | =0 | | | | | | |
| | BP+/-20 Baseline | =2 | 2 | 2 | | | | |
| | BP+/-20-50 Baseline | =1 | | | | | | |
| | BP+/-50 Baseline | =0 | | | | | | |
| | Fully Awake | =2 | 2 | 2 | | | | |
| | Arousable | =1 | | | | | | |
| | Not Responding | =0 | | | | | | |
| | Able to Mainan O2 Saturation > 92% on room air | =2 | 2 | 2 | | | | |
| | Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | | | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| | Totals: | | 10 | 10 | | | | |

### VITAL SIGNS Q 15 MIN

| TIME | 1420 | 1425 | 1430 |
|---|---|---|---|
| B/P | 140/86 | 119/79 | 115/80 |
| P | 82 | 84 | 79 |
| Resp. Rate | 16 | 16 | 16 |
| Resp. Qual | n | n | n |
| Sat% | 100 | 100 | 100 |
| CO2% | | | |
| L.O.C. | 2 | 2 | 2 |
| O2 | Ø | Ø | Ø |

I.V.: (Type/Amt)                    Site: L wrist
Appear:   ☐ Patent   ☐ Infiltrated   ☐ Red
Comfort:   No Pain / Pain   Location:   Intensity: 1/10
I.V. DC'D Intact:

Variances or Other Problems:

Discharge criteria met at (Aldrete Score of 8 or Above)  Time:
RN Signature: _____

V-0278

## DISCHARGE PLANNING

OUTPATIENT:

| | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | ⟋ | |
| 2. Vital signs stable including temperature. | ⟋ | |
| 3. Absence of respiratory distress. | ⟋ | |
| 4. ~~cough, and gag reflex present.~~ | ⟋ | |
| 5. ~~al nausea and vomiting.~~ | ⟋ | |
| ☐ Transported via wheelchair, ambulatory to awaiting vehicle with staff.   Time: | | |

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents.  ☐   N/A | | |
| 7. Alert & oriented with adequate muscular strength. | ⟋ | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | ⟋ | |



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

# DISCHARGE INSTRUCTIONS

Place Patient Sticker here

The following discharge instructions are given for your care at home. Please follow the checked instructions.

## Procedure

☐ Discogram
☐ Epidural Steroids
☑ Facet Blocks

☐ Selective Nerve Root Block
☐ Stellate Ganglion Block
☐ Trigger Point Injections

☐ Lumbar Sympathetic Block
☐ SI Joint Injection
☐ Other

## Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

## Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:_____

## Medications

☐ Take prescriptions as ordered
   a. _____
   b. _____
   c. _____

☐ Prescription/Medication given to patient or responsible person
☑ Resume medicine as taken at home

## Additional Information

☑ Remove Band-Aids today.
☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

## Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over 18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☑ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

## Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain: ☐ Cold Packs ☐ Hot Packs ☐ Massage
  ☐ Position changes ☐ Distraction ☐ Breakthrough pain interventions ☐ Relaxation ☐ Guided imagery

**V-0279**

Reviewed with Patient by: _____

Patient Signature: _____    Date: JUN 2 1 2004

Physician Signature: _____



ADVANCED PAIN CENTERS OF
*A L A S K A*

3500 La Touche St., Suite 310
Anchorage, AK 99701

SS#: 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        DOB: 02/17/69
VALENOTE, DANIELA

Date: _____ JUN 2 1 2004 _____

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____ in wait area? *H* Phone # (if not) ____
Vital Signs   B/P 116/76   Pulse 86   Temp 98.7   Resp 15   O2 Sat ____
NPO? +8 hour   Pain Level 4 /10   Location of pain ____
Allergies Flexoril

Current Medications  allegra · prilosec · nexium · zertec · gabatril · trazadone

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: ____
Time: 1816   Preoperative Diagnosis: cervical facet arthop   H & P and Systems Review: ____
Any changes in medical status: no

MD Signature

Post Procedure Note:   Postoperative diagnosis: SAA
Procedure performed: C5-6  C6-7
Complications: 0

Sedation given: Fentanyl 50 mcg  Versed 3 mg
Dictation (if not today, give date) ____

MD Signature

ed 2/26/04

V-0280