## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 07/13/2004

**SUBJECTIVE:** She is status post intra-articular facet injections at C5-6 and C6-7. The patient reports greater than 75% pain relief with the injection. The pain has returned gradually to approximately 50% of her pain. She also complains of greater occipital nerve pain on the right and pain in the frontal face.

**OBJECTIVE:** Blood pressure is 120/80. Pulse is 80. Temperature is 99.2. Respirations are 16. She weighs 146 pounds. The patient is tender to palpation over the right temporal auricular nerve. She is tender to palpation over the greater occipital nerve and also tender to palpation over C5-6, 6-7.

**ASSESSMENT:**
1. Cervical facet arthropathy.
2. Right occipital neuritis.
3. Right temporal auricular nerve entrapment.

**PLAN:** I would like to perform a right greater occipital nerve block. Risks, benefits and alternatives were discussed. The patient was voices understanding and wishes to proceed. The patient was placed in sitting position. Skin was prepped with alcohol. A #27 guage 1.25 inch needle was used. Six cc of 2% lidocaine and 20 mg of triamcinolone were injected in a fan like manner producing significant numbness in the distribution of the greater occipital nerve. The patient had no paresthesias. She reported her headache was reduced by greater than 75%. The patient still had tenderness over the temporal auricular nerve.

1. I would like to perform a diagnostic dorsal median nerve block at C5, 6 and 7 on the right. Risks, benefits and alternatives were reviewed. The patient voiced understanding and wished to proceed. If this provides relief, I would proceed with radiofrequency ablation. I will consider injection of her left temporal auricular nerve. Lastly, in terms of physical therapy, the patient reports that she is some having some difficulty with stretching with the physical

V-0281

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

therapist. I would like to have her evaluated by the Advanced Therapeutic Group for one visit and then see if we can assist with physical therapy closer to her home.

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 07/14/2004
DT: 07/14/2004
JOB #: 65792

**V-0282**

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

SS# 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     DOB: 02/17/69
VALENOTE, DANIELA

Date July 13, 2004

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 129/80 Pulse 80 Temp 99.2 Resp 16 |
| | Ht (Initial visit) _____ Wt (Every visit) 146 |

Reason for Visit: F/U procedure. Dr. Downs would like to increase Gabatril

Allergies Flexeril Nortlex     Medications Gabatril     Other Physicians: _____
Allergy Prilosec
Nexium, Zyrtec, Trazdon
Flexeril

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)

1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10

| Location: Mid Back Neck | | |
| Type: ache | | |
| Radiation: ↑ head | | |
| Continuous or | | |
| Intermittent: | | |

**What makes pain worse?** lifting arms     **Better?** Don't know
**Any procedure since last visit, and what was it?** (R) C5-6, 6-7 facet rizt
**% Relief from that procedure** 15%     **Any neg side effects?** None

**Other pertinent information/education needs** _____

Signature (all clinical care providers) Dr. Downs

**Physician Notes:**
Gen ✓

7/ 75% improvement

1 wk return

burning gone

**V-0283**

MS:     Palpation:     Spring:
        ROM:
OS+gaard:     Flare:

Neuro:  Gait

        Motor power – UE          LE

C579        Sensory – LT          PP          vib

        Slump testing  R     L     SLR   R     L

        Impression

Notes:                    (R) GON
                          5-6
                                              (R) C5,6,7
                                              OMW

**Procedure To Be Scheduled:** _____     PT/Trombley: _____
**Diagnostic Studies** _____          Pt to return _____
**MD signature** _____          Dictated? _____ Date _____ Time _____



SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

Name:

Date:    JUL 1 3 2004

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can be about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



V-0284

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing:

No Symptoms
(No Discomfort) |———————————————X———————————————| Maximum Symptoms
                                                  (Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation experience as a result of the symptoms we are treating you for. Essentially, the question you are answering is, " How much is your problem limiting what you can do? ".

No Limitations |———————————————X———————————————| Maximum Limitation

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 07/26/2004

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** Lumbar facet arthropathy.

**POSTPROCEDURE DIAGNOSIS:** Lumbar facet arthropathy.

**PROCEDURE PERFORMED:** Dorsal median nerve blocks at C5, C6, and C7 on the right.

**MEDICATION INJECTED:**

**ANESTHESIA:** 1% lidocaine.

**COMPLICATIONS:** None.

**INDICATIONS:** This female has pain and tenderness over the cervical facets at C5-C6 and C6-C7. She is here for diagnostic dorsal median nerve blocks.

**PROCEDURE:** The risks, benefits, and alternatives were reviewed. The patient voiced understanding and wished to proceed. The patient stated that she had a mild head cold, has had no fevers, no nasal discharge. The lungs are clear to auscultation. She states her headache today and neck pain is a 7/10. The patient was placed in a left lateral decubitus position. The neck was prepped with Betadine x 3. A sterile drape was applied. A 1% lidocaine skin wheal was raised over the C5 lateral _____. Then a 25-gauge 2-inch spinal needle was directed under fluoroscopic guidance through the center of the lateral mass on PA and lateral views. Then at the C6 level a 1% lidocaine skin wheal was raised. A 25-gauge 2-inch spinal needle was directed down to the center of the lateral mass on the PA and lateral views. Then at the C7 level a 1% lidocaine skin wheal was raised again. A 25-gauge 2-inch spinal needle was directed down the center of the lateral mass. Position was confirmed on PA and lateral views at all levels. There was negative aspiration. The C5 needle was injected with 0.2 cc of Omnipaque showing spread of dye over the mass. The C6 level was injected with 0.2 cc of Omnipaque showing spread of dye over that lateral mass and finally the C7 needle was injected with 0.2 cc of Omnipaque showing spread of dye over the lateral mass. All views were checked in the PA and lateral views. Then the C5 needle was then injected with 0.5 cc of 4% lidocaine, the C6 needle was injected with 0.5 cc of 4% lidocaine, and the C7 needle was injected with 0.5 cc of 4% lidocaine. All the needles were removed. The patient tolerated the procedure. The patient noted significant reduction in the pain. The patient will follow up in one week. She was asked to fill out a pain log. Discharge instructions were reviewed.

**V-0285**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  07/26/2004
DT:  07/27/2004
JOB #:  127877

**V-0286**



ADVANCED PAIN CENTERS OF
*A L A S K A*

3500 La Touche St., Suite 310
Anchorage, AK 99701

SS# 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     DOB: 02/17/69
VALENOTE, DANIELA

Date: _July 26 2004_

## Patient Procedure Visit

Referring Doctor: _Lorentzen_

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _husband_ in wait area? _✓✓_   Phone # (if not)_____
Vital Signs  B/P _114/78_  Pulse _111_   Temp _985_  Resp _15_  O2 Sat _____
NPO? _+8_    Pain Level _7_/10   Location of pain _shoulder_
Allergies _Norflex_          7/10 hips

Current Medications _Gabitril · allegra · prilosec · nexium · zyrtec · trazadone · flexeril_

Nursing Comments: _(L) side worst after last two weeks_

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____  H & P and Systems Review: _✓✓_
Time: _10:00_     Preoperative Diagnosis: _cervical facet_
Any changes in medical status: _____

MD Signature

Post Procedure Note:  Postoperative diagnosis: _SMV_
                      Procedure performed: _(L) c5, c6, c7_
                      Complications: _____
                                        _q_
                      Sedation given: _no sedation_
                      Dictation (if not today, give date)_____

MD Signature

d 2/26/04

V-0287

ADVANCED PAIN CENTERS OF
*A L A S K A*

Date: July 26 2004

Reviewed By: _____

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

### POST INJECTION EVALUATION

| | | | |
|---|---|---|---|
| ☐ Medial Branch Block | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection (R) | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: | | | |

medial
CS C6
C6-7

5, 6, 7

**PHYSICIAN:**    DR. ANDERSON    DR. POLSTON    DR. RODERER    DR. STINSON

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment. You may fax this evaluation to <u>743-8284</u>.

NUMB

No pain  (0/10)  1/10  2/10  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **while still in the center** (circle one)

No pain  (0/10)  1/10  2/10  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
e your pain **one hour after the procedure (time)** 11:30  (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **2 hours after the procedure (time)** 12:30  (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **3 hours after the procedure (time)** 1:30  (circle one)

No pain  0/10  1/10  2/10  (3/10)  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **4 hours after the procedure (time)** 2:30  (circle one)

No pain  0/10  1/10  2/10  (3/10)  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **5 hours after the procedure (time)** 3:30  (circle one)

No pain  0/10  1/10  2/10  (3/10)  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **6 hours after the procedure (time)** 4:30  (circle one)

No pain  0/10  (1/10)  2/10  3/10  4/10  (5/10)  6/10  7/10  8/10  9/10  10/10  No relief
e your pain **3 days after the procedure (time)** _____  (circle one)

No pain  0/10  (1/10)  2/10  3/10  4/10  5/10  (6/10)  7/10  8/10  9/10  10/10  No relief
Rate your pain **7 days after the procedure (time)** _____  (circle one)

2/17/2004

V-0288



V-0289

SS# 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     DOB: (   '59
VALENOTE, DANIELA

Polston
BCBS

## PROCEDURE REMINDER
### ADVANCED PAIN CENTERS OF ALASKA

Procedure: Cervical MB C5-6, C6-7 Right side.

Date/Time: 7/26/04 @ 9115          Pt. Appt:_____ @ _____

Pre-Op Visit: _____ @ _____     Allergies: NKFleg

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:   Yes  (No)   Language: _English/_____

Nothing to eat or drink after 8 hours prior _____ am/pm prior to procedure.

Arrive at: (APCA) / PROV / ARH / HEALTHSOUTH    @ 9:15 _____ am/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: With sips of wat.

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed:  (No)   Yes   If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions_____
_____

**V-0290**

FEMALE PATIENTS:  I am not pregnant _____      07-13-04
                                        Signature              Date

Reviewed by _____     Patient: _____    Date: 07-13-04



ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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      DOB: 02/17/69
VALENOTE, DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

**DATE:** 7/13/04        **TIME:** 3:30        A.M.  ⊙P.M.

1.  I hereby authorize Dr. Polstin
    to perform the following operation or procedure, known as

    > Right Greater Occipital Nerve Injection with local anesthetic and/or steroid with possible sedation.

    upon myself or _____
                          (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

    > Bleeding, numbness, bruising, worsening of pain, no pain relief, drug reaction, transient headache, dizziness.

3.  I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.  I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.  I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____          _____
Patient's Signature                                          Witness Signature

_____          _____
Signature of Relative Responsible for Patient          Relationship to Patient

**V-0291**

> I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).
>
> _____
> Physician's Signature

7/13/2004 .

Advanced Pain Centers Of Ala:
3500 LaTouche Suite 310
Anchorage, Ak 99508
907-278-2741

SS# 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     DOB: 0_  /69
VALENOTE, DANIELA

**CONSENT TO OPERATION, ADMINISTRATION OF
ANESTHETICS AND THE RENDERING OF
OTHER MEDICAL SERVICES**

Date July 13, 04          Time 3·55          A.M.   (P.M.)                    *ADDRESSOGRAPH*

1.  I hereby authorize Dr. Polston
    to perform the following operation or procedure, known as
    Cervical facet Medial Brach injection of local anesthetic and/or steroid at Cervical five-six, Cervical six-seven on the
    right side with possible moderate sedation
    upon myself or _____
                        (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant
    risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been
    made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of
    risks and complications.
    Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction,
    difficulty breathing

3.  I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they
    may deem necessary and reasonable, including but not limited to the administration and maintenance of
    anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different
    procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named
    surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority
    granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning
    of the operation.

5.  I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of
    APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared
    therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical
    education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.
I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL
COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____          _____
Patient's Signature                       Witness Signature

_____          _____
Signature of Relative Responsible for Patient     Relationship to Patient

I hereby acknowledge that I have explained to the patient or responsible representative the material risks,
hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or
procedure(s).

                        _____
                        Physician's Signature

03/10/03                                                     V-0292





### Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?                Yes              (No)

I, _Daniela C. Valenote_____, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☒ l verify that I am NOT pregnant.

_____
Patient Signature

_____07-26-04_____
Date

V-0293

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: 7·26·04    TIME: 930 AM / PM    NPO STATUS: + 8 hour

☑ Consent Stating "Procedure w / conscious Sedation" Signed
Allergies: Norflex    ☐ H&P Reviewed
Current Medications: See list 72604

Previous Complications from Surgery/Anesthesia: ☑ None Reported
Comfort: No Pain / Pain    Location: ___    Intensity: 7/10

| Time | IV TYPE | Review of Diagnostic Data: ☑ Yes |
|------|---------|----------------------------------|
| 940 | 22HL ℝ wrist | Patient Appropriate Candidate: ☑ Yes ☐ No |

ASA Classification: ① 2 3 4 5 E

Anesthesia Plan: ☒ Sedation ☑ IV ☐ PO / IM ☐ Local ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD

PHYSICIAN SIGNATURE: ___

## PROCEDURE

Procedure: ℝ C5-6, C6-7 Facet MBB
MD: Polston

| | | |
|---|---|---|
| READY TIME: 951 | START: 0957 | END: 1004 |

NIBP: R ① Arm Leg    Pulse Oximeter: ℝ L Hand / Foot
Grounding Pad Site: ___
Pt. Pos: R ① Lateral Supine Prone Other

Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | Activity | Administered by: |
|------|------|------|-------|------|----------|------------------|
| | no sedation | | | | | |

### VITALS

| | Baseline | Vital Statistics Q 5 min. | | | | | |
|---|---|---|---|---|---|---|---|
| Time | 935 | 0955 | 1000 | | | | |
| B/P | 114/78 | 104/65 | 114/68 | 105/66 | | | |
| P | 111 | 102 | 90 | 98 | | | |
| EKG | | ∅ | ∅ | ∅ | | | |
| *Resp. Rate/Qual | 15 | 16 N | 16 N | 16 N | / | / | / |
| Sat% | 100 | 100 | 100 | | | | |

### ALDRETE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O2/NC | | ∅ | ∅ | ∅ | | | |
| **Activity | ⊘ | 2 | 2 | 2 | | | |
| **Resp. | ⊘ | 2 | 2 | 2 | | | |
| **L.O.C. | ⊘ | 2 | 2 | 2 | | | |
| **Circ. | ⊘ | 2 | 2 | 2 | | | |
| **Oxygenation | ⊘ | ∅ | ∅ | ∅ | | | |

Key on back    ☐ Vital signs continue on page #2    **V-0294**

Protective Reflexes: ☑ Yes    ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used: ☐ Yes ☑ No    If yes, why? ___    Photos Taken: ☑ Yes ☐ No
Other Complications: ___

Post-Procedure Report Given to: ___    By: ___ (Procedure RN)    Time ___

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

**DATE:** July 26 2004

## VITALS / ALDRETE — Vital Statistics Q 5 min.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | |
| B/P | | | | | | | | |
| P | | | | | | | | |
| EKG | | | | | | | | |
| *Resp. Rate/Qual | | / | | / | | / | / | / |
| Sat% | | | | | | | | |
| O2/NC | | | | | | | | |
| **Activity | | | | | | | | |
| **Resp. | | | | | | | | |
| **L.O.C. | | | | | | | | |
| **Circ. | | | | | | | | |
| **Oxygenation | | | | | | | | |

Admission Temperature: 98.5    Discharge Temperature: 98.8

## ALDRETE SCORING

Pre Procedure Bp: 114/70

| ACT | | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|---|
| | Can move 4 Extremities | =2 | 2 | | | | | |
| | Can move 2 Extremities | =1 | | | | | | |
| | Can move 0 Extremities | =0 | | | | | | |
| SP | Able to DB&C | =2 | 2 | | | | | |
| | Dyspnea/Limited | =1 | | | | | | |
| | Able to DB&C | =0 | | | | | | |
| CIRC | BP+/-20 Baseline | =2 | 2 | | | | | |
| | BP+/-20-50 Baseline | =1 | | | | | | |
| | BP+/-50 Baseline | =0 | | | | | | |
| LOC | Fully Awake | =2 | 2 | | | | | |
| | Arousable | =1 | | | | | | |
| | Not Responding | =0 | | | | | | |
| OXYGEN | Able to Maintain O2 Saturation > 92% on room air | =2 | 2 | | | | | |
| | Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | | | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| | Totals: | | 10 | | | | | |

## VITAL SIGNS Q 15 MIN.

| TIME | 1012 | | | | |
|---|---|---|---|---|---|
| B/P | 118 76 | | | | |
| P | 105 | | | | |
| Resp. Rate | 15 | | | | |
| Resp. Qual | n | | | | |
| Sat% | 99 | | | | |
| CO2% | | | | | |
| L.O.C. | 2 | | | | |
| O2 | Ø | | | | |

I.V.: (Type/Amt)    Site: L wrist
Appear:  ☐ Patent  ☐ Infiltrated  ☐ Red
Comfort: No Pain / Pain  Location:  Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

V-0295

Discharge criteria met at (Aldrete Score of 8 or Above)   Time:

RN Signature: _____

## DISCHARGE PLANNING

OUTPATIENT:

| | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | | |
| 2. Vital signs stable including temperature. | | |
| 3. Absence of respiratory distress. | | |
| 4. ...ow, cough, and gag reflex present. | | |
| 5. ...nal nausea and vomiting. | | |

☐ Transported via wheelchair, ambulatory to awaiting vehicle with staff.   Time:

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents.  ☐ N/A | | |
| 7. Alert & oriented with adequate muscular strength. | | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | | |



ADVANCED PAIN CENTERS OF
A L A S K A

## DISCHARGE INSTRUCTIONS

SS# 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     DOB: 02/17/69
VALENOTE, DANIELA

The following discharge instructions are given for your care at home. Please follow the checked instructions.

### Procedure

☐ Discogram                          ☐ Selective Nerve Root Block        ☐ Lumbar Sympathetic Block
☐ Epidural Steroids                  ☐ Stellate Ganglion Block           ☐ SI Joint Injection
☑ Facet Blocks C 5-6-C6-7 MBB ☐ Trigger Point Injections          ☐ Other

### Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:_____

### Medications

☐ Take prescriptions as ordered
   a. _____
   b. _____
   c. _____

☐ Prescription/Medication given to patient or responsible person
☑ Resume medicine as taken at home

### Additional Information

☑ Remove Band-Aids today.
☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☑ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:
   ☐ Position changes    ☐ Distraction    ☐ Breakthrough pain interventions    ☐ Cold Packs    ☐ Hot Packs    ☐ Massage
   ☐ Relaxation    ☐ Guided imagery

**V-0296**

Reviewed with Patient by: _____

Patient Signature: _____     Date: July 26 2004     Physician Signature: _____

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELLA
DOB: 02/17/1969
SSN: 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

**DATE:** 08/04/2004

**SUBJECTIVE:** This patient is status post diagnostic dorsal median nerve blocks on the right at C5, C6, and C7. The patient reports that this provided her with very good pain relief. Now she says that her pain on the left has increased. She still has the right-sided pain. She is also complaining of radicular pain in the thoracic spine. She has been seen by physical therapy and will work on that during the period. Review of her diagnostic blocks shows 0-10 pain for the first two hours with slight increase after 4 hours and return after approximately 8 hours.

**ASSESSMENT:** Afebrile, vital signs stable (VSS). Pain is rated at 7/10 in the neck. Thoracic spine is increased pain at approximately T6. Palpation of the right cervical facets are tender to palpation in the left. Cervical facets are tender. She is tender to palpation in the cervicothoracic lumbar junction. Also tender at approximately T5-T6. She has pain with rotation and side bending of the thoracic spine.

**ASSESSMENT:**
1. Cervical facet arthropathy.
2. Thoracic discogenic pain.

**PLAN:** I would like to perform the radiofrequency ablation of the medial nerves at C5, C6, and C7. Risks, benefits, and alternatives of this procedure were discussed. I would like to proceed with this to continue with the algorithm. The patient has obtained good relief with two diagnostic block and hopefully we can give her more prolonged relief. I would consider proceeding on to the left-sided facets or the thoracic disk, where I would like to consider a thoracic epidural steroid injection based on her response with the radiofrequency. I spent approximately 15 minutes with the patient.

REPORT DICTATED BUT NOT READ

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 08/04/2004
DT: 08/04/2004
JOB #: 179337

**V-0297**

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

SS# 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 DOB 02/17/69
VALENOTE, DANIELA

Date ___AUG 0 4 2004___

If patient is from out of Anchorage, local or cell-phone number

Vital Signs:    B/P 139/80  Pulse 88  Temp 99.4  Resp 16
Ht (Initial visit) _____  Wt (Every visit) 144

Reason  for  Visit: __F/u p procedure 7/20/04__

Allergies _Norflex_   Medications _See list_   Other Physicians:

Medication Refill Request: _____
Pharmacy Patient uses (place on care record also) _____
Today's Pain Intensity Scale (Circle pain scale #)
     1 2 3 4 5 6 (7) 8 9 10

| | 1 2 3 4 5 6 7 8 9 10 | 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|
| Location: Neck (L) | LBP | 1 2 3 4 5 6 7 8 9 10 |
| Type: Pinching, stabbing | | |
| Radiation: ↓ M/O Back + (B) arm | ↓ (B) Hip + leg | |
| Continuous or | Cont | |
| Intermittent: | | |

What makes pain worse? _Driving_   Better? _Nothing / Repositioning_
Any procedure since last visit, and what was it? (R) Cervical MB C5-6 C6-7 (B)d
% Relief from that procedure _Dont know_   Any neg side effects? —

Other pertinent information/education needs _____

Signature (all clinical care providers) _D. Som_

**Physician Notes:**
Gen

                    179337

MS:   Palpation:        Spring:         -RFA  C 5,6,7
        ROM:
OS+gaard:        Flare:

Neuro:  Gait

    Motor power – UE        LE

    Sensory – LT        PP        vib        thorax disc

    Slump testing  R    L    SLR   R    L

    Impression

Notes:

**V-0298**

Procedure To Be Scheduled: _____  PT/Trombley: _____
Diagnostic Studies _____  Pt to return _____
MD signature _____  Dictated? ___ Date ___ Time ___



SS# 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  DOB  02/17/69
VALENOTE, DANIELA

Date: _____  AUG 0 4 2004

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



V-0299

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort) ————————————————X———————————— Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation experience  as a result of the symptoms we are treating you for. Essentially, the question you are answering ᵤ is, " How much is your problem limiting what you can do? ".

No Limitations ————————————————X————————— Maximum Limitation



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS# 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  DOB 02/17/69
VALENOTE, DANIELA

**CONSENT TO OPERATION, ADMINISTRATION OF
ANESTHETICS AND THE RENDERING OF
OTHER MEDICAL SERVICES**

Date 8 4 04        Time 3-10    A.M.    (P.M.)

1.    I hereby authorize Dr. _Polsen_
to perform the following operation or procedure, known as
> Radiofrequency rhizotomy at the Cervical- five, cervical-six ,cervical-seven, level on the right side, with possible
> moderate sedation.

upon myself or _Daniela C. Valenote_
                    (NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me.  I have been informed of the usual attendant
risks and benefits, as well as of alternative treatments.  I acknowledge that no guarantee or assurance has been
made as to the results or cure that may be obtained from this operation.  I understand and accept the possibility of
risks and complications.
> Local bruising, infection, numbness, swelling, nerve damage,  paralysis, worse pain, drug reaction,
> difficulty breathing

3.    I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they
may deem necessary and reasonable, including but not limited to the administration and maintenance of
anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different
procedures than those set forth in Paragraph 1.  I therefore further authorize and request that the above named
surgeon perform such procedures as are in his professional judgment, necessary and desirable.  The authority
granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning
of the operation.

5.    I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of
APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared
therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical
education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.
I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL
COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____          _____
Patient's Signature                                      Witness Signature

_____          _____
Signature of Relative Responsible for Patient        Relationship to Patient

                                                                    **V-0300**

> I hereby acknowledge that I have explained to the patient or responsible representative the material risks,
> ʼzards, complications and consequences which are, or may be, associated with the above stated operation(s) or
> ocedure(s).
>
>                        _____
>                        Physician's Signature

03/10/03

### ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 08/13/2004

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**POSTPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**PROCEDURE PERFORMED:** Radiofrequency ablation of the medial branches on the right at C5, 6 and 7.

**MEDICATION INJECTED:**

**ANESTHESIA:** Versed 1 mg, 50 mcg fentanyl.

**COMPLICATIONS:** None.

**INDICATIONS FOR PROCEDURE:** This female complains of chronic facet pain. She has had diagnostic blocks which have provided excellent relief but short term. She is back for radiofrequency ablation.

**PROCEDURE IN DETAIL:** Risks, benefits, alternatives were discussed. The patient voiced understanding and wished to proceed. The patient was in good health. There were no contraindications for performing the procedure. The patient was placed in the left lateral decubitus position. The neck was prepped with Betadine times three. A sterile drape was applied.

The C5 lateral mass was identified by coming down from C2, then a 1% lidocaine skin wheal was raised over the C5 lateral mass. A 5-cm, 4-mm active tip SMK needle was directed down to the center of the lateral mass. Sensory stimulation was positive at 0.3 volts, and motor stimulation was negative at 1.5 volts. Position was confirmed in the PA and lateral views. The needle was then heated for two rounds at 90 seconds at 80 degrees Celsius. There was 0.5 cc of 2% lidocaine and 2 mg betamethasone injected prior to the lesion.

Then at the C6 level, a 1% lidocaine skin wheal was raised. A 5-cm, 4-mm active tip SMK needle was directed under fluoroscopic guidance to the center of the lateral mass. Position was confirmed in the PA and lateral views. The needle was heated for a total of 90 seconds times two at 80 degrees Celsius. Prior to heating, 0.5 cc of 2% lidocaine and 2 mg betamethasone were injected. Sensory stimulation had been positive at 0.3 volts, and motor stimulation was negative at 1.5 volts.

**V-0301**



**ADVANCED PAIN CENTERS OF**
**A L A S K A**

3500 La Touche St., Suite 310
Anchorage, AK 99701

SS# 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  DOB  02/17/69
VALENOTE, DANIELA

Date: _____ AUG 1 3 2004

## Patient Procedure Visit

Referring Doctor: _____ Susan Anderson, MD

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____ husband _____ in wait area? _____ Phone # (if not) _____
Vital Signs  B/P 139/78  Pulse 101  Temp 98.4  Resp 15  O2 Sat _____
NPO? +8 hour _____ Pain Level 7 /10  Location of pain _____
Allergies _____ Nonflex _____

Current Medications _____ Gabitril, allegra, prilosec, nexium, zyrtec,
_____ trazadone, flexeril

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____ CV
Time: 1546 _____ Preoperative Diagnosis: _____ can not fun _____
Any changes in medical status: _____

H & P and Systems Review: _____

[ MD Signature ]

Post Procedure Note:    Postoperative diagnosis: _____
Procedure performed: _____ RF4 @ 5,6,7
Complications: _____

Sedation given: _____ Fentanyl 50 mcg Versed 1 mg
Dictation (if not today, give date) _____

[ MD Signature ]

**V-0303**

Polstn

SS# 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  DOB 02/17
VALENOTE, DANIELA

## PROCEDURE REMINDER
### ADVANCED PAIN CENTERS OF ALASKA

Procedure: ___(R) Cervical RFA C5, C6, C7___

Date/Time: __8/13 @ 2:45__    Pt. Appt:_____@_____

Pre-Op Visit:_____@_____    Allergies: __Norflex____

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:    Yes   (No)  Language: __English/____

Nothing to eat or drink ~~after~~ __8 hours prior____ am/pm prior to procedure.

Arrive at: (APCA) / PROV / ARH / HEALTHSOUTH    @ __2:45__ am/(pm)

**If you are scheduled for a Discogram, please arrive one hour prior to your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: __with sips of wate__

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed:  (No)  Yes   If Yes, list testing required: _____

Additional Information:
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions_____

**V-0304**

FEMALE PATIENTS:  I am not pregnant _____    __08-04-04__
                                    Signature            Date

Reviewed by:_____  Patient _____  Date:_08-04-04_

ADVANCED PAIN CENTERS OF
*A L A S K A*

SS# 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  DOB 02/17/69
VALENOTE, DANIELA

Date: AUG 18 2004

Reviewed By: _Julian_

**POST INJECTION EVALUATION**

| | | | |
|---|---|---|---|
| ☑ Medial Branch Block PFA | (Cervical) | Thoracic | Lumbar |
| ☐ Facet Joint Injection | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: | | | |

**PHYSICIAN:**   DR. ANDERSON   (DR. POLSTON)   DR. RODERER   DR. STINSON

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment. You may fax this evaluation to 743-8284.

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | (8/10) | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain **while still in the center** (circle one)

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | (8/10) | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

_e your pain **one hour after the procedure (time)** _2:00_ (circle one)

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | (9/10) | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain **2 hours after the procedure (time)** _6:00_ (circle one)

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | (9/10) | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain **3 hours after the procedure (time)** _7:00_ (circle one)

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | (9/10) | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain **4 hours after the procedure (time)** _8:00_ (circle one)

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | (9/10) | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain **5 hours after the procedure (time)** _9:00_ (circle one)

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | (8/10) | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain **6 hours after the procedure (time)** _11:00_ (circle one)

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | (6/10) | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

_e your pain **3 days after the procedure (time)** _5:00_ (circle one)

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | (7/10) | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain **7 days after the procedure (time)** _10:00 am_ (circle one)

V-0305

2/17/2004

ADVANCED PAIN CENTERS OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD

SS# 5⟩∿-16-7361  DOB 02/17/69
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: AUG 1 3 2004  TIME: 1450  AM (PM)  NPO STATUS: +8hr

☑ Consent Stating "Procedure w / conscious Sedation" Signed   ☐ H&P Reviewed

Allergies: Nonflex

Current Medications: See Chart 8.13.04

Previous Complications from Surgery/Anesthesia: ☑ None Reported

Comfort: No Pain / (Pain)  Location: _____  Intensity: 7/10

| Time | IV TYPE |
|------|---------|
| 1500 | ☑ 20 R Wrist |

Review of Diagnostic Data: ☑ Yes
Patient Appropriate Candidate: ☑ Yes
ASA Classification: ① 2 3 4 5 E
Assessment reviewed and all meds. Given per verbal order of MD

Anesthesia Plan: ☑ Sedation  ☑ IV ☐ PO / IM
☐ Local   ☐ No Sedation

PHYSICIAN SIGNATURE: _____

## PROCEDURE

Procedure: RFA C5-6, C6-7 Right

MD: Polston

NIBP: R / L  Arm / Leg  Pulse Oximeter: R/ L / Hand /Foot
Pt. Pos: R (L) Lateral  Supine  Prone  Other

READY TIME: 1505  START: 1507  END: 1544
Grounding Pad Site: (R) thigh

Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| 27 | Fentanyl | 50 mcg | IV | 1 | A | C Tilbey |
| 27 | Versed | 1 mg | IV | 1 | A | |

**V-0306**

### Baseline  Vital Statistics Q 5 min.

| | Time | 1455 | 1505 | 1510 | 1515 | 1520 | 1525 | 1530 |
|---|------|------|------|------|------|------|------|------|
| **VITALS** | B/P | 138/78 | 125/86 | 131/83 | 127/83 | 134/88 | 135/85 | 126/86 |
| | P | 104 | 102 | 86 | 100 | 80 | 86 | 87 |
| | EKG | | | | | | | |
| | *Resp. Rate/Qual | 15 | 16/N | 16/N | 16/N | 16/N | 16/N | 16/N |
| | Sat% | | 100 | 97 | 100 | 100 | 100 | 100 |
| **ALDRETE** | O2/NC | | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ |
| | **Activity | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | **Resp. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | **L.O.C. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | **Circ. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | **Oxygenation | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ |

Key on back   ☐ Vital signs continue on page #2

...ive Reflexes: ☑ Yes  ☐ N/A (Topical Anesthetic Used)
...sal Agent Used:  ☐ Yes  ☑ No  If yes, why? _____   Photos Taken: ☑ Yes  ☐ No
Other Complications:

Post-Procedure Report Given to: _____   By: C Tilbey (Procedure RN)  Time

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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  DOB  02/17/69
VALENOTE, DANIELA

**DATE:** AUG 13 2004

## Vital Statistics Q 5 min.

| VITALS | | | |  |  |  |  |
|---|---|---|---|---|---|---|---|
| Time | 1535 | 1540 | | | | | |
| B/P | 126/88 | 140/86 | | | | | |
| P | 92 | 83 | | | | | |
| EKG | | | | | | | |
| *Resp. Rate/Qual | 16/N | 16/N | / | / | / | / | / |
| Sat% | 100 | 100 | | | | | |

| ALDRETE | | | | | | | |
|---|---|---|---|---|---|---|---|
| O2/NC | ∅ | ∅ | | | | | |
| **Activity | 2 | 2 | | | | | |
| **Resp. | 2 | 2 | | | | | |
| **L.O.C. | 2 | 2 | | | | | |
| **Circ. | 2 | 2 | | | | | |
| **Oxygenation | ∅ | ∅ | | | | | |

Admission Temperature: 98.4    Discharge Temperature: 98.7

## ALDRETE SCORING

Pre Procedure Bp: 134/76

| ACT | | | Post | 15' | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|---|
| | Can move 4 Extremities | =2 | | 15 | | | | |
| | Can move 2 Extremities | =1 | | | | | | |
| | Can move 0 Extremities | =0 | 2 | 2 | | | | |
| RESP | Able to DB&C | =2 | | | | | | |
| | Dyspnea/Limited | =1 | | | | | | |
| | Able to DB&C | =0 | 2 | 2 | | | | |
| CIRC | BP+/-20 Baseline | =2 | | | | | | |
| | BP+/-20-50 Baseline | =1 | | | | | | |
| | BP+/-50 Baseline | =0 | 2 | 2 | | | | |
| LOC | Fully Awake | =2 | | | | | | |
| | Arousable | =1 | | | | | | |
| | Not Responding | =0 | 2 | 2 | | | | |
| OXYGEN | Able to Mainain O2 Saturation > 92% on room air | =2 | | | | | | |
| | Needs O2 Inhalation to Maintain Oz Saturation > 90% | =1 | 2 | 2 | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| | Totals: | | 10 | 10 | | | | |

### VITAL SIGNS Q 15 MIN.

| TIME | 1546 | 1551 | 1556 |
|---|---|---|---|
| B/P | 135/79 | 136/86 | 134/87 |
| P | 87 | 88 | 80 |
| Resp. Rate | 14 | 14 | 15 |
| Resp. Qual | n | n | n |
| Sat% | 100 | 100 | 100 |
| CO2% | | | |
| L.O.C. | 2 | 2 | 2 |
| O2 | ∅ | ∅ | ∅ |

V-0307

I.V.: (Type/Amt)     Site: (2) wris
Appear: ☐ Patent ☐ Infiltrated ☐ Red
Comfort: No Pain / Pain  Location:  Intensity: 9/10
I.V. DC'D Intact:

Variances or Other Problems:

Discharge criteria met at (Aldrete Score of 8 or Above)  Time: 1556
RN Signature: C. Teilbach

## DISCHARGE PLANNING

OUTPATIENT:

| | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | ✓ | |
| 2. Vital signs stable including temperature. | ✓ | |
| 3. Absence of respiratory distress. | ✓ | |
| 4. Swallow, cough, and gag reflex present. | ✓ | |
| 5. Minimal nausea and vomiting. | ✓ | |

☑ Transported via wheelchair, ambulatory to awaiting vehicle with staff.  Time:

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents.  ☐    N/A | | |
| 7. Alert & oriented with adequate muscular strength. | ✓ | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | ✓ | |



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS# 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  DOB 02/17/69
VALENOTE, DANIELA

### Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes        No

I, *Daniela C. Valenote* , have been informed that there could be
serious risks to an unborn child if I were to be exposed to fluoroscopy.


☒ I verify that I am NOT pregnant.


_____
Patient Signature

_____08-13-04_____
Date


V-0308



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS# 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  DOB 02/17/69
VALENOTE, DANIELA

# DISCHARGE INSTRUCTIONS

Place Patient Sticker here

The following discharge instructions are given for your care at home. Please follow the checked instructions.

### Procedure

☐ Discogram     ☐ Selective Nerve Root Block     ☐ Lumbar Sympathetic Block
☐ Epidural Steroids     ☐ Stellate Ganglion Block     ☐ SI Joint Injection
☐ Facet Blocks     ☐ Trigger Point Injections     ☑ Other

### Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
    Other:_____

### Medications

☐ Take prescriptions as ordered
    a. _____
    b. _____
    c. _____

☐ Prescription/Medication given to patient or responsible person
☑ Resume medicine as taken at home

### Additional Information

**V-0309**

☑ Remove Band-Aids today.
☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over 18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☑ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:    ☐ Cold Packs    ☐ Hot Packs    ☐ Massage
☐ Position changes    ☐ Distraction    ☐ Breakthrough pain interventions    ☐ Relaxation    ☐ Guided imagery

Reviewed with Patient by: _____    Date: AUG 1 3 2004

Patient Signature: _____    Physician Signature _____

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELLA
DOB: 02/17/1969
SSN: 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

**DATE:** 08/25/2004

**SUBJECTIVE:** This patient reports that she continues having back and hip pain. The patient has begun physical therapy. The patient is also status post radiofrequency ablation on the right at C5, C6, and C7. She reports that this is improving. She has less pain in the right side of her neck. She is still having pain in the left side of her neck, upper thoracic area, and low back.

**OBJECTIVE:** AVSS. The patient has a positive Fitzgerald test in the hip, otherwise examination is unchanged.

**ASSESSMENT:**
1. Cervical facet arthropathy.
2. Right hip and arthropathy.

**PLAN:** I would like to begin with a right hip injection to see how that pain is related to her low back pain. She has had some relief with prior epidural steroids. We will consider that in the near future also.

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 08/26/2004
DT: 08/26/2004
JOB #: 891915

cc:     Lorentzen, Dr. of Chiropracty

**V-0310**

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

SS# 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  DOB 02/17/69
VALENOTE, DANIELA

Date _____ AUG 2 5 2004

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 120/80 Pulse 72 Temp 97.4 Resp 16 |
| | Ht (Initial visit) _____ Wt (Every visit) 144 |

Reason    for    Visit:    F/u p procedure

Allergies __Norflex__    Medications ✓ List    Other Physicians:

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also)
**Today's Pain Intensity Scale** (Circle pain scale #)

| 1 2 3 4 5 6 7 8 9 10 | 1 2 3 4 5 6 7 8 9 10 | 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|
| Location: Neck | LBP | |
| Type: N/A | ache | |
| Radiation: | ↓ legs | |
| Continuous or | | |
| Intermittent: | cnt. | |

**What makes pain worse?** Driving    **Better?** Reposition
**Any procedure since last visit, and what was it?** ® C5,6,7 RFA 8/3/04
**% Relief from that procedure** 75%    **Any neg side effects?** None

**Other pertinent information/education needs** _____

Signature (all clinical care providers) _____

**Physician Notes:** 899115
Gen

MS:    Palpation:    Spring:
    ROM:
OS+gaard:    Flare:

Neuro:    Gait

    Motor power – UE    LE

    Sensory – LT    PP    vib

    Slump testing R    L    SLR    R    L

    Impression

Notes:

**V-0311**

**Procedure To Be Scheduled:** _____    PT/Trombley: _____
**Diagnostic Studies** _____    Pt to return _____
**MD signature** _____    Dictated? ___ Date ___ Time ___