

SS# 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 DOB 02/17/69
VALENOTE, DANIELA

Date: _____ AUG 2 5 2004

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbness, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



V-0312

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort) |————————————————————X————————| Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation experience as a result of the symptoms we are treating you for. Essentially, the question you are answering is, " How much is your problem limiting what you can do? ".

No Limitations |————————————————————X————————| Maximum Limitation

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 08/27/2004

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:**

**POSTPROCEDURE DIAGNOSIS:**

**PROCEDURE PERFORMED:**

**MEDICATION INJECTED:** Lidocaine and triamcinolone.

**ANESTHESIA:** Versed, 1 mg, fentanyl, 50 mcg.

**COMPLICATIONS:** None.

**PREPROCEDURE DIAGNOSES:**
1. Right hip arthropathy
2. Right sternoclavicular arthropathy.

**POSTPROCEDURE DIAGNOSES:**
1. Right hip arthropathy.
2. Right sternoclavicular arthropathy.

**PROCEDURES PERFORMED:**                                         **V-0313**
1. Right intra-articular hip injection.
2. Right sternoclavicular joint injection.

**INDICATIONS:** This patient has pain in her right hip radiating to her groin. She has decreased range of motion. She is here for an intra-articular hip injection. The patient also complains of right sternoclavicular joint pain with palpation.

**PROCEDURE:** Risks, benefits, and alternatives were reviewed. The patient voiced understanding and wished to proceed. The patient was otherwise in good health. There were no contraindications to performing the procedure. The patient was placed in the left lateral decubitus position. Skin was prepped with Betadine x3. Then a 25-gauge 3-1/2-inch spinal needle was directed down to the hip joint without paresthesia from a lateral approach. Then a total of 2 cc of Omnipaque 240 showed spread of dye within the joint space in the PA and lateral views. There was no evidence of vascular spread. Then a total of 5 cc of 2% lidocaine, 4 cc of 0.2% ropivacaine, and 40 mg of triamcinolone was injected in the joint space showing no difficulty. The needle was removed. The patient tolerated the procedure. The patient was then

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

placed in a supine position. The skin was prepped with Betadine x3 over the right sternoclavicular joint. Then a 27-gauge 1-1/4-inch needle was directed into the joint without difficulty. Then a total of 1 cc of 2% lidocaine and 5 mg of triamcinolone was injected into the joint space. The needle was removed. The patient reported significant reduction in pain and postoperatively had no difficulties. Vital signs were stable. The patient will follow up in one week.

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 08/27/2004
DT: 08/28/2004
JOB #: 896614

V-0314



ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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  DOB  02/17/69
VALENOTE, DANIELA

3500 La Touche St., Suite 310
Anchorage, AK 99701

*896614*

Date: _____ AUG 2 7 2004 ___

## Patient Procedure Visit

Referring Doctor: _____ Susan Anderson, M.D. _____

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: __ Vick _____ in wait area? __ ()__  Phone # (if not) __
Vital Signs   B/P _110/78_____   Pulse _78____   Temp _97.4_ Resp _16_   O2 Sat ____
NPO? _+ 8hour_____   Pain Level _7_/10   Location of pain _____
Allergies _____ Norflex_____

Current Medications __Motflex_ Gabitril· allegra· prilosec· nexium
__zetec_  zyrtec· trazadone· ffftont.

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____
Time: _1127_____   Preoperative Diagnosis: __(1)(R) hip bursitis__  H & P and Systems Review: __(2)(L) sterno.__
Any changes in medical status: _____ No _____  clunk

MD Signature

Post Procedure Note:   Postoperative diagnosis: _____
Procedure performed: __(1)(R) u.g__   __(2)(L) sterno clunk__
Complications: _____

Sedation given: __Fentanyl 50 mcg  Versed 1mg__
Dictation (if not today, give date) _____

MD Signature

Revised 2/26/04

V-0315

SS# 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  DOB  02/17/6(
VALENOTE, DANIELA

r Olsten
BCBS

## PROCEDURE REMINDER
### ADVANCED PAIN CENTERS OF ALASKA

Procedure: (R) Hip Intr-articular injection

Date/Time: 8/27/04 @ 10:30        Pt. Appt: _____ @ _____

Pre-Op Visit: _____ @ _____        Allergies: Norflex

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:   Yes  (No)  Language: _English/_____

Nothing to eat or drink after  8 hours prior _____ am/pm prior to procedure.

Arrive at: (APCA) / PROV / ARH / HEALTHSOUTH        @ 10:30 (am)/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: With sips of water

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No)  Yes   If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions_____

**V-0316**

FEMALE PATIENTS:  I am not pregnant _____
                                           Signature                              Date 08-25-04

Reviewed by _____   Patient: _____   Date: 08-25-04

Advanced Pain Centers Of Alas.....
3500 LaTouche  Suite 310
Anchorage, Ak 99508
907-278-2741

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

**CONSENT TO OPERATION, ADMINISTRATION OF
ANESTHETICS AND THE RENDERING OF
OTHER MEDICAL SERVICES**

Date 8/27/04        Time 11:00  (A.M.)  P.M.

1.    I hereby authorize Dr. Pokton
to  perform  the  following  operation  or  procedure,  known  as

Right sided sterno-clavicular injection with local anesthetic and/or steroid at the shoulder with possible moderate sedation

upon myself or _____
                              (NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me.  I have been informed of the usual attendant risks and benefits, as well as of alternative treatments.  I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation.  I understand and accept the possibility of risks and complications.

Local bruising, infection, numbness, swelling, nerve damage, worse pain, drug reaction

3.    I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1.  I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable.  The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.    I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.
I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL
COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____          _____
Patient's Signature                                        Witness Signature


_____          _____
Signature of Relative Responsible for Patient          Relationship to Patient

**V-0317**

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

03/10/03

Advanced Pain Centers Of Alaska
3500 LaTouche Suite 310
Anchorage, Ak 99508
907-278-2741

SS# 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  DOB 02/17/69
VALENOTE, DANIELA

CONSENT TO OPERATION, ADMINISTRATION OF
ANESTHETICS AND THE RENDERING OF
OTHER MEDICAL SERVICES

Date 8/25/04    Time 3:15    A.M.    P.M.

*ADDRESSOGRAPH*

1.    I hereby authorize Dr. Polston
to perform the following operation or procedure, known as

Right hip intra-articular injection of local anesthetic and/or steroid, with possible moderate sedation.

upon myself or _____
(NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications.

Local bruising, infection, numbness, swelling, nerve damage, worse pain, drug reaction

3.    I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.    I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____        _____
Patient's Signature                     Witness Signature

_____        _____
Signature of Relative Responsible for Patient        Relationship to Patient

V-0318

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

03/10/03

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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  DOB 02/17/69
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: AUG 2 7 2004  TIME: 1040 (AM)/ PM    NPO STATUS: + 8 hour

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed

Allergies: Monbler

Current Medications: See chart 82704

Previous Complications from Surgery/Anesthesia: ☐ None Reported

Comfort: No Pain / Pain  Location:    Intensity:

| Time | IV TYPE |
|------|---------|
| 1050 | 24 ML channel |

Review of Diagnostic Data: ☑ Yes

Patient Appropriate Candidate: ☑ Yes  ☐ No

ASA Classification:  ( 1 )  2  3  4  5  E

Anesthesia Plan:  ☐ Sedation  ☑ IV /PO / IM
☐ Local  ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD

PHYSICIAN SIGNATURE

## PROCEDURE

Procedure: Right Sterno-Clavicular
Right Thoraco-articular Drsp

MD: Olson

NIBP: (R)/L (Arm) Leg  Pulse Oximeter: R/V L (Hand) Foot

Pt. Pos: R/L (Lateral) Supine Prone Other

| READY TIME: | START: | END: |
|-------------|--------|------|
| 1100 | 1107 | 1116 |

Grounding Pad Site:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| '27 | Fentanyl | 50 mcg | IV | 1 | A | CTeilly |
| 27 | Versed | 1 mg | IV | 1 | A | |

Notes:

### Baseline  Vital Statistics Q 5 min.

| V I T A L S | Time | 1045 | 1105 | 1110 | 1115 | | | |
|---|------|------|------|------|------|---|---|---|
| | B/P | 110/78 | 133/83 | 113/68 | 131/90 | | | |
| | P | 78 | 89 | 86 | 85 | | | |
| | EKG | | | | | | | |
| | *Resp. Rate/Qual | 16 | 16/10 | 16/10 | 16/10 | / | / | / |
| | Sat% | | 98 | 98 | 100 | | | |

| A L D R E T E | O2/NC | — | 2 | 2 | 2 | | | |
| | **Activity | 2 | 2 | 2 | 2 | | | |
| | **Resp. | 2 | 2 | 2 | 2 | | | |
| | **L.O.C. | 2 | 2 | 2 | 2 | | | |
| | **Circ. | 2 | 2 | 2 | 2 | | | |
| | **Oxygenation | 9 | 9 | 9 | 9 | | | |

Key on back    ☐ Vital signs continue on page #2    V-0319

☑ tive Reflexes:  ☑ Yes  ☐ N/A (Topical Anesthetic Used)

rsal Agent Used:  ☐ Yes  ☑ No  If yes, why?

Other Complications:    Photos Taken: ☑ Yes  ☐ No

Post-Procedure Report Given to:    By: CTeilly    (Procedure RN)  Time

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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  DOB 02/17/69
VALENOTE, DANIELA

**DATE:** AUG 2 7 2004

| VITALS | | Vital Statistics Q 5 min. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Time | | | | | | | | | |
| | B/P | | | | | | | | | |
| | P | | | | | | | | | |
| | EKG | | | | | | | | | |
| | *Resp. Rate/Qual | | / | / | / | | / | / | / | / |
| | Sat% | | | | | | | | | |
| ALDRETE | O2/NC | | | | | | | | | |
| | **Activity | | | | | | | | | |
| | **Resp. | | | | | | | | | |
| | **L.O.C. | | | | | | | | | |
| | **Circ. | | | | | | | | | |
| | **Oxygenation | | | | | | | | | |

Admission Temperature: 97.4     Discharge Temperature: 97.2

## ALDRETE SCORING

Pre Procedure Bp: 110/78

| | | Post | -30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| ACT | Can move 4 Extremities =2 | | 15 | | | | |
| | Can move 2 Extremities =1 | 2 | 2 | | | | |
| | Can move 0 Extremities =0 | | | | | | |
| RESP | Able to DB&C =2 | | | | | | |
| | Dyspnea/Limited =1 | 2 | 2 | | | | |
| | Able to DB&C =0 | | | | | | |
| CIRC | BP+/-20 Baseline =2 | | | | | | |
| | BP+/-20-50 Baseline =1 | 1 | 2 | | | | |
| | BP+/-50 Baseline =0 | | | | | | |
| LOC | Fully Awake =2 | | | | | | |
| | Arousable =1 | 2 | 2 | | | | |
| | Not Responding =0 | | | | | | |
| OXYGEN | Able to Mainain O2 Saturation > 92% on room air =2 | | 2 | | | | |
| | Needs O2 Inhalation to Maintain O2 Saturation > 90% =1 | 2 | | | | | |
| | O2 Saturation < 90% even w/O2 Supplement =0 | | | | | | |
| | **Totals:** | 9 | 10 | | | | |

## VITAL SIGNS Q 15 MIN.

| TIME | 1123 | 1128 | 1133 | 1136 |
|---|---|---|---|---|
| B/P | 140/84 | 137/82 | 161/92 | 152/91 |
| P | 92 | 101 | 58 | 91 |
| Resp. Rate | 15 | 15 | 14 | 14 |
| Resp. Qual | n | n | n | n |
| Sat% | 99 | 100 | 100 | 100 |
| CO2% | | | | |
| L.O.C. | 2 | 2 | 2 | 2 |
| O2 | 2 | 2 | 2 | 2 |

I.V.: (Type/Amt)     Site: O hand
Appear: ☑ Patent  ☐ Infiltrated  ☐ Red
Comfort: ☑ No Pain / Pain  Location:     Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

**V-0320**

Discharge criteria met at (Aldrete Score of 8 or Above)  Time: 1133

RN Signature: C Leibow

## DISCHARGE PLANNING

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | X | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents.  X  N/A | | |
| 2. Vital signs stable including temperature. | X | | | | |
| 3. _ence of respiratory distress. | X | | 7. Alert & oriented with adequate muscular strength. | X | |
| 4. _ow, cough, and gag reflex present. | X | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | | X |
| 5. minimal nausea and vomiting. | X | | | | |
| 6. Transported via wheelchair, ambulatory to awaiting vehicle with staff.  Time: 1135 | | | | | |



ADVANCED PAIN CENTERS OF
**ALASKA**

Date: AUG 27 2004

Reviewed By: *Julian*

**PHYSICIAN:** DR. JACONETTE    DR. POLSTON    DR. RODERER    DR. STINSON

SS# 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  DOB 02/17/69
VALENOTE, DANIELA

### POST INJECTION EVALUATION

| | | | |
|---|---|---|---|
| ☐ Medial Branch Block | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☒ Other: _____ | | | |

The following information needs to be completed and returned to our office after one week.  You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself.  After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment.  You may fax this evaluation to **743-8284**.

No pain   0/10   1/10   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain while still in the center (circle one)

pain   0/10   1/10   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
e your pain one hour after the procedure (time) _1:00_   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain 2 hours after the procedure (time) _2:00_   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain 3 hours after the procedure (time) _3_   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain 4 hours after the procedure (time) _4_   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain 5 hours after the procedure (time) _5_   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain 6 hours after the procedure (time) _6_   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
e your pain 3 days after the procedure (time) _10:00 am_   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain 7 days after the procedure (time) _1:00 pm_   (circle one)

8/16/2004

V-0321



**ADVANCED PAIN CENTERS OF ALASKA**

SS# 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 DOB 02/17/69
VALENOTE, DANIELA

## DISCHARGE INSTRUCTIONS

**Place Patient Sticker here**

| The following discharge instructions are given for your care at home. Please follow the checked instructions. |
|---|

### Procedure

☐ Discogram     ☐ Selective Nerve Root Block     ☐ Lumbar Sympathetic Block
☐ Epidural Steroids     ☐ Stellate Ganglion Block     ☐ SI Joint Injection
☐ Facet Blocks     ☐ Trigger Point Injections     ☒ Other

### Diet

(R) hip intra-articular inj.

☒ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☒ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☒ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☒ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:_____

### Medications

☐ Take prescriptions as ordered
    a. _____
    b. _____
    c. _____

☐ Prescription/Medication given to patient or responsible person
☒ Resume medicine as taken at home

**V-0322**

### Additional Information

☒ Remove Band-Aids today.
☒ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☒ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:    ☐ Cold Packs    ☐ Hot Packs    ☐ Massage
    ☐ Position changes    ☐ Distraction    ☐ Breakthrough pain interventions    ☐ Relaxation    ☐ Guided imagery

Reviewed with Patient by: _Julian_     Date: AUG 2 [?] 2004

Patient Signature: _____     Physician Signature: _____



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?                    Yes        (No)

I, _Daniela C. Valenote_ , have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☒ I verify that I am NOT pregnant.

_____
Patient Signature

_____08-27-04_____
Date

**V-0323**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 09/15/2004

**SUBJECTIVE:** This patient got no relief with the hip injection or the right sternoclavicular joint injection. She continues to complain of pain in her neck, arms, back, legs, and hips. The patient was seen by an orthopedic surgeon who felt that she did not have any surgical abnormalities. Apparently this was very difficult appointment, did not go well. The patient has numerous questions about performing a neck _____. The patient is asking for assistance in reviewing her medications, which we discussed. In discussing this, it was found the patient never tried Ultram.

**OBJECTIVE:** Blood pressure 130/88, pulse 88, temperature 98.3, respirations 16. She rates her neck pain at 6/10, and her low back pain at 8/10. She has pain with flexion/extension of the neck, pain radiating down the arms. She has a allodynia in the upper extremities.

**ASSESSMENT:**
1. Cervical degenerative disk disease.
2. Lumbar diskogenic pain.
3. Cervicogenic headaches.
4. Thoracic pain.

**PLAN:**
1. I would like to try her on Ultram one p.o. q.i.d. p.r.n. She was give 30 tablets to see if this works. We discussed the effects of Ultram with the patient. She has been extremely sensitive to all medications but will try this.
2. I would perform a cervical epidural steroid injection. Risks, benefits, alternatives of this procedure were discussed with her husband including bleeding, infection, stroke, paralysis, and increased pain. The patient wishes to proceed.

REPORT DICTATED BUT NOT READ

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

V-0324

GRP/MEDQ
DD: 09/19/2004
DT: 09/19/2004
JOB #: 404324

Page 1

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

Date _____ SEP 1 5 2004 _____

If patient is from out of Anchorage, local or cell-phone number _____
Vital Signs:    B/P 138/88 Pulse 88 Temp 98.6 Resp 16
Ht (Initial visit) _____ Wt (Every visit) N/A
Reason    for    Visit:    RV _____

Allergies _Noxfley_    Medications _See list_    Other Physicians: _____

Medication Refill Request: _____
Pharmacy Patient uses (place on care record also) _____
Today's Pain Intensity Scale (Circle pain scale #)

| Location: | Neck  1 2 3 4 5 6⑦8 9 10 | LBP  1 2 3 4 5 6⑦8 9 10 | 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|---|
| Type: | Sharp | Burning | |
| Radiation: | | ↓ legs ↑ hamp? | |
| Continuous or | | Cnjin | |
| Intermittent: | | | |

What makes pain worse? _austin/flexion_ Better? _moving_
Any procedure since last visit, and what was it? ⓇB intraarticular Hip inject
% Relief from that procedure  00%  Any neg side effects? _nml_

Other pertinent information/education needs _____

Signature (all clinical care providers) _____

**Physician Notes:**
Gen    404324

Trazadone 50

Gabalitac (6x4)

MS:    Palpation:    Spring:
    ROM:
OS+gaard:    Flare:

Neuro:  Gait

    Motor power – UE        LE        — UCman
    Sensory – LT        PP        vib    PPI
    Slump testing  R    L    SLR    R    L    CST    FCE
    Impression

Notes:

**V-0325**

Procedure To Be Scheduled: _____ PT/Trombley: _____
Diagnostic Studies _____ Pt to return _____
MD signature _____ Dictated? _____ Date _____ Time _____



SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

Date: _____
~~SEP 15 2004~~

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbness, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



V-0326

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort)  ├─────────────────────────X─────────┤  Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering is, "How much is your problem limiting what you can do?".

No Limitations  ├───────────────────────X───────────┤  Maximum Limitation



**Advanced Pain Centers of Alaska**
GRANT T. RODERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON, M.D.
GREGORY R. POLSTON, M.D.

3500 LaTouche St., Suite 310 • Anchorage, Alaska 99508 • (907) 278-2741 • Fax (907) 743-8284

PATIENT'S NAME _Daniela Valente_   DATE _9-15-04_

ADDRESS _____

## Rx   ULTRAM   50g            #30
Sig: i po qid prn

LABEL ALL MEDICATIONS
WITH NAME AND STRENGTH

| REFILL | 0 | 1 | PRN |

☐ CAN A GENERIC BE SUBSTITUTED
☐ DISPENSE AS WRITTEN

DEA # _B6044481_

V-0327

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELLA
DOB: 02/17/1969
SSN: 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

**DATE:** 09/27/2004

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** 1.    Cervicogenic headaches.
2.    Cervical radicular pain.

**POSTPROCEDURE DIAGNOSIS:** 1.    Cervicogenic headaches.
2.    Cervical radicular pain.

**PROCEDURE PERFORMED:** Cervical epidural steroid injection.

**MEDICATION INJECTED:**

**ANESTHESIA:** Versed 1 mg, fentanyl 50 mcg.

**COMPLICATIONS:** None.

**MEDICATIONS INJECTED:** Beta-Methasone 15 mg.

**INDICATIONS FOR PROCEDURE:** This patient complains of chronic headaches, pain radiating predominantly in the right arm and into the thumb, long finger, and index finger. She is here for cervical epidural steroid injection. The procedure, risks, benefits and alternatives were discussed. The patient voiced understanding and wished to proceed. The patient was otherwise in good health.

**PROCEDURE IN DETAIL:** An IV was started. Vital signs were stable. She was given 1 mg of Versed and 50 mcg of fentanyl and remained awake and conversant throughout the procedure. The patient was placed in a prone position. Her back was prepped with Betadine x3 and sterile drape was applied. A 1% lidocaine skin wheal was raised over the C7-T1 interlaminar space and a 20-gauge, 3-1/2-inch Touhy epidural needle was placed into the posterior epidural space just slightly left of midline. Then, the needle was aspirated with a small amount of blood. One mL of Omnipaque was given and did not show vascular spread, but the needle was then repositioned more to the midline. The patient had one transient paresthesia; this resolved completely. Under live fluoroscopy, a total of 2 mL of Omnipaque 240 showed spread of dye in the posterior epidural space in the PA and lateral views. Then 1 mL of 1% lidocaine was injected; two minutes passed and there was no change or sensory problems; then a total of 4 mL of solution were injected with 15 mg of Beta-Methasone and the remainder 0.2% ropivacaine. The needle was removed. Washout showed good spread of dye.

**V-0328**

### ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROCEDURE NOTE

Name:  VALENOTE, DANIELLA
DOB:  02/17/1969
SSN:  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

The patient was taken back to the recovery room in good condition.  There was no change in sensory or motor function.  The patient had some coldness in her arms, but otherwise showed no difficulties.  The patient will follow-up in two weeks.

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  09/27/2004
DT:  09/28/2004
JOB #:  449455

**V-0329**

SS# 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    DOB: 02,
VALENOTE, DANIELA

*Dr. Polsh*
*BCBS*
*Ø collect*

## PROCEDURE REMINDER
### ADVANCED PAIN CENTERS OF ALASKA

**Procedure:** _Cervical ESI_

**Date/Time:** _9/27/04 @ 1:00_      **Pt. Appt:** _____ @ _____

**Pre-Op Visit:** _____ @ _____      **Allergies:** _Nor flex_

**Contact Phone Number on Procedure Date:** _____

**Interpreter Scheduled, if Needed:**   Yes   (No)  **Language:** _English/_

**Nothing to eat or drink** ~~after~~ _8 hours prior_ _____ am/pm prior to procedure.

**Arrive at:**   (APCA) /   PROV   / ARH  / HEALTHSOUTH      @ _1:00_   am/(pm)

### If you are scheduled for a Discogram, please arrive one hour prior to your scheduled appointment time for preparation.

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: _With sips of water_

~~Stop~~ NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No)   Yes   If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

Other Instructions_____

FEMALE PATIENTS:  I am not pregnant _[signature]_         _09/15/04_
                                       Signature                Date

Reviewed by: _[signature]_   Patient _[signature]_   ~~Date~~ 09/15/04

V-0330

Valerie Phelps PT, MOMT, OCS
Ed Ash PT, ATC, CSCS, OCS
Deb Benson MED, PT, COMT
Amy Azevedo PT

Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT
Marti Vicars, PT

# Advanced Physical Therapy of Alaska

3500 Latouche, Suite 310
Anchorage, Alaska 99508
**Phone: (907) 279-4266**
Fax: (907) 279-4272   1-800-641-6940

506 Gaffney Road, Suite 300
Fairbanks, Alaska 99701
(907) 374-0992
(907) 374-0986

## DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

## Physical Therapy Referral

Patient's Name: <u>VALENOTE, DANIELA</u>          Date of Birth: <u>02/17/1969</u>

Diagnosis: <u>Other joint derangement, pelvic region and thigh</u>   <u>Disorders of sacrum</u>

Precautions: _____

○ **Evaluate and Treat**                    ◉ **Continue Physical Therapy**

    ○ Pre/Post Procedure/Surgery Protocol _____
    ○ Functional/Physical Capacity Evaluation (FCE/PCE)
    ○ Functional Restoration Program (FRP)
    ○ Pre-Placement Screening
    ○ Job-site Analysis
    ○ Headache Program
    ○ Stabilization Program
    ○ Pelvic Pain
    ○ Other: _____

**V-0331**

    ○ Supply patient with Durable Medical Equipment:
      ○ Lumbar Brace_____ SIJ Brace_____ Wrist Brace_____ Home E-Stim Unit_____

**Frequency of visits:** ⊘ 1-2x/week    ○ 2-3x/week    ○ 3-5x/week    ○ Other:_____

**Duration of visits:** ○ 2 weeks    ○ 1 month    ○ 6 weeks    ○ Other:_____

Referring Physician: <u>SUSAN R. ANDERSON MD</u>   GREG AULSTON.

Referring Physician (Signature): _____

UPIN #: <del>G97561</del>

Date: 8-25-04

Phone Number: _____

Fax Number: (907)279-4272

ICD-9 Codes: 1.) <u>718.85</u>    2.) <u>724.6</u>    3.)    4.)

For Office Use Only:

Advanced Pain Centers Of Alaska
3500 LaTouche Suite 310
Anchorage, Ak 99508
907-278-2741

S# 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    DOB: 02/17/6_
VALENOTE, DANIELA

ᴐNSENT TO OPERATION, ADMINISTRATION OF
ANESTHETICS AND THE RENDERING OF
OTHER MEDICAL SERVICES

Date 9/15/04        Time 4:20        A.M.    (P.M.)

1.    I hereby authorize _PSLStm_ _____ M.D. _____
      to perform the following operation or procedure, known as

      | Cervical epidural injection of Local Anesthetic and/or Steroid, with moderate sedation |

      upon myself or _____
                        (NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant
      risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been
      made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of
      risks and complications. | Local bruising, infection, numbness, swelling, nerve damage, pain, increased pain, no pain relief, drug
      reaction, bladder dysfunction, sexual dysfunction, loss of consciousness, paraplegia, quadriplegia, death |

3.    I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they
      may deem necessary and reasonable, including but not limited to the administration and maintenance of
      anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

      I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different
      procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named
      surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority
      granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning
      of the operation.

5.    I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of
      APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared
      therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical
      education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.
I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL
COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____        _____
Patient's Signature                     Witness Signature

_____        _____
Signature of Relative Responsible for Patient        Relationship to Patient

                                        **V-0332**

| I hereby acknowledge that I have explained to the patient or responsible representative the material risks,
hazards, complications and consequences which are, or may be, associated with the above stated
operation(s) or procedure(s).

_____
Physician's Signature |

03/10/03



**ADVANCED PAIN CENTERS OF**
**A L A S K A**

SS# 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     DOB: 02/17/69
VALENOTE, DANIELA

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?                Yes          (No)

I, _Daniela C Valenote_ , have been informed that there could be
serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I am NOT pregnant.

_____
Patient Signature

_09/27/04_
Date

V-0333

ADVANCED PAIN CENTERS OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD

SS# 590-__-7561    DOB: 02/17/69
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: SEP 2 7 2004    TIME: 1330 AM / PM    NPO STATUS: 18hour

☒ Consent Stating "Procedure w / conscious Sedation" Signed
Allergies: Norflex    ☐ H&P Reviewed
Current Medications: Ultram

Previous Complications from Surgery/Anesthesia: ☒ None Reported
Comfort: No Pain / Pain    Location:___    Intensity:___

| Time | IV TYPE |
|------|---------|
| 1345 | 22HL Ⓛ hand |

Anesthesia Plan: ☒ Sedation (IV)/ PO / IM
☐ Local    ☐ No Sedation

Review of Diagnostic Data: ☒ Yes
Patient Appropriate Candidate: ☒ Yes    ☐ No
ASA Classification: ① 2 3 4 5 E
Assessment reviewed and all meds. Given per verbal order of MD

PHYSICIAN SIGNATURE: _____

## PROCEDURE

Procedure: Cervical ESI C7-T1

MD: Polston

| READY TIME: | START: | END: |
|-------------|--------|------|
| 1350 | 1340 | 1355 |

NIBP: ®/L  Arm  Leg    Pulse Oximeter: ®/ L  Hand / Foot
Grounding Pad Site:
Pt. Pos: R / L    Lateral    Supine    Prone    Other
Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | Activity | Administered by: |
|------|------|------|-------|------|------|------|
| 1336 | Fenta | 50 | IV | 2 | 2 | RN |
| 36 | Versed | 1mg | IV | 2 | 2 | RN |

**V-0334**

| | Baseline | Vital Statistics Q 5 min. | | | | | |
|---|---|---|---|---|---|---|---|
| Time | 1340 | 1345 | 1348 | 1353 | | | |
| B/P | 140/98 | 140/96 | 148/99 | 142/97 | | | |
| P | 98 | 98 | 100 | 95 | | | |
| EKG | | | | | | | |
| *Resp. Rate/Qual | 16 | 161 | 181 | 161 | / | / | / |
| Sat% | 99 | 100 | 100 | 100 | | | |
| O2/NC | | | | | | | |
| **Activity | 2 | 2 | 2 | 2 | | | |
| **Resp. | 2 | 2 | 2 | 2 | | | |
| **L.O.C. | 0 | 2 | 2 | 2 | | | |
| **Circ. | 2 | 2 | 0 | 2 | | | |
| **Oxygenation | 2 | 2 | 2 | 0 | | | |

Key on back    ☐Vital signs continue on page #2

Protective Reflexes: ☒Yes    ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used: ☐ Yes    ☒ No    If yes, why?_____    Photos Taken: ☒Yes  ☐No
Other Complications:_____

Post-Procedure Report Given to _____    By _____ (Procedure RN)  Time 1340

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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     DOB: 02/17/69
VALENOTE, DANIELA

**DATE:** SEP 2 7 2004

### VITALS / ALDRETE

| | Vital Statistics Q 5 min. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | | |
| B/P | | | | | | | | | |
| P | | | | | | | | | |
| EKG | | | | | | | | | |
| *Resp. Rate/Qual | | / | | / | | / | | / | / |
| Sat% | | | | | | | | | |
| O2/NC | | | | | | | | | |
| **Activity | | | | | | | | | |
| **Resp. | | | | | | | | | |
| **L.O.C. | | | | | | | | | |
| **Circ. | | | | | | | | | |
| **Oxygenation | | | | | | | | | |

Admission Temperature: 98.4     Discharge Temperature: 98.8

### ALDRETE SCORING

Pre Procedure Bp: 133/86

| ACT | | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|---|
| | Can move 4 Extremities | =2 | | | | | | |
| | Can move 2 Extremities | =1 | 2 | | | | | |
| | Can move 0 Extremities | =0 | | | | | | |
| SPIR | Able to DB&C | =2 | | | | | | |
| | Dyspnea/Limited | =1 | 2 | | | | | |
| | Able to DB&C | =0 | | | | | | |
| CIRC | BP+/-20 Baseline | =2 | | | | | | |
| | BP+/-20-50 Baseline | =1 | 2 | | | | | |
| | BP+/-50 Baseline | =0 | | | | | | |
| LOC | Fully Awake | =2 | 2 | | | | | |
| | Arousable | =1 | | | | | | |
| | Not Responding | =0 | | | | | | |
| OXYGEN | Able to Mainain O2 Saturation > 92% on room air | =2 | 2 | | | | | |
| | Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | | | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| | **Totals:** | | 10 | | | | | |

Discharge criteria met at (Aldrete Score of 8 or Above) Time: 1408
RN Signature: _____

### VITAL SIGNS Q 15 MIN

V-0335

| TIME | 1403 | 1408 | | | |
|---|---|---|---|---|---|
| B/P | 151 86 | 153 98 | | | |
| P | 90 | 84 | | | |
| Resp. Rate | 14 | 16 | | | |
| Resp. Qual | n | n | | | |
| Sat% | 99 | 99 | | | |
| CO2% | | | | | |
| L.O.C. | 2 | 2 | | | |
| O2 | ∅ | ∅ | | | |

I.V.: (Type/Amt) _____ Site: O'arm
Appear: ☑ Patent  ☐ Infiltrated  ☐ Red  ☐ N/A
Comfort: (No Pain) Pain  Location: ___ Intensity: ___
I.V. DC'D Intact: ___

Variances or Other Problems:
warm feeling in (1) arm

### DISCHARGE PLANNING

OUTPATIENT:

| | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | ☑ | |
| 2. Vital signs stable including temperature. | ☑ | |
| 3. Absence of respiratory distress. | ☑ | |
| 4. ___, cough, and gag reflex present. | ☑ | |
| 5. ___al nausea and vomiting. | ☑ | |

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents. ☑ N/A | | |
| 7. Alert & oriented with adequate muscular strength. | ☑ | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | ☑ | |

☑ Transported via wheelchair, ambulatory to awaiting vehicle with staff.     Time: 1410



ADVANCED PAIN CENTERS OF
*A L A S K A*

3500 La Touche St., Suite 310
Anchorage, AK 99701

SS# 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     DOB: 02/17/69
VALENOTE, DANIELA

Date: _____ SEP 2 7 2004 _____

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____Husband_____ in wait area? ☑ Phone # (if not)_____
Vital Signs   B/P 133/80   Pulse 94   Temp 98.4 Resp 16   O2 Sat ____
NPO? +8hours   Pain Level 7 /10   Location of pain _____
Allergies ____Norflex____

Current Medications: gabitril · allegra · prilosec · nexium ·
zyrtec · trazadone ·

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: ___yes___   H & P and Systems Review: yes
Time: 1400   Preoperative Diagnosis: cervical disc
Any changes in medical status: no

449455

| MD Signature |

Post Procedure Note:   Postoperative diagnosis: cervical dis. / cervical
Procedure performed: ceesp
Complications: _____
Sedation given: Versed ☐, fent ___
Dictation (if not today, give date) _____

| MD Signature |

ed 2/26/04

V-0336



**ADVANCED PAIN CENTERS OF**
**A L A S K A**

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

## DISCHARGE INSTRUCTIONS

Place Patient Sticker here

The following discharge instructions are given for your care at home. Please follow the checked instructions.

### Procedure

| | | |
|---|---|---|
| ☐ Discogram | ☐ Selective Nerve Root Block | ☐ Lumbar Sympathetic Block |
| ☑ Epidural Steroids  *Cervical* | ☐ Stellate Ganglion Block | ☐ SI Joint Injection |
| ☐ Facet Blocks | ☐ Trigger Point Injections | ☐ Other |

### Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☐ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:_____

### Medications

☐ Take prescriptions as ordered
  a. _____
  b. _____
  c. _____

☐ Prescription/Medication given to patient or responsible person
☑ Resume medicine as taken at home

### Additional Information

**V-0337**

☑ Remove Band-Aids today.
☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☑ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:  ☐ Cold Packs  ☐ Hot Packs  ☐ Massage
  Position changes  ☐ Distraction  ☐ Breakthrough pain interventions  ☐ Relaxation  ☐ Guided imagery

Reviewed with Patient by _____    Date: _____SEP 2 7 2004_____

Patient Signature: _____    Physician Signature: _____

ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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   DOB: 02/17/69
VALENOTE, DANIELA

Date: _____ SEP 2 7 2004

Reviewed By: _____ Julian

### POST INJECTION EVALUATION

| | | | |
|---|---|---|---|
| ☐ Medial Branch Block | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: | | | |

**PHYSICIAN:**    ~~DR. JACONETTE~~    (DR. POLSTON)    DR. RODERER    DR. STINSON

The following information needs to be completed and returned to our office after one week.  You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself.  After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment.  You may fax this evaluation to **743-8284**.

No pain   0/10   (1/10)   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **while still in the center** (circle one)

No pain   0/10   1/10   2/10   (3/10)   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
e your pain **one hour after the procedure (time)** 300   (circle one)

No pain   0/10   1/10   2/10   (3/10)   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **2 hours after the procedure (time)** 400   (circle one)

No pain   0/10   1/10   2/10   (3/10)   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **3 hours after the procedure (time)** 500   (circle one)

No pain   0/10   1/10   2/10   (3/10)   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **4 hours after the procedure (time)** 6   (circle one)

No pain   0/10   1/10   2/10   3/10   (4/10)   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **5 hours after the procedure (time)** 7   (circle one)

No pain   0/10   1/10   2/10   3/10   ⊗4/10   5/10   (6/10)   7/10   8/10   9/10   10/10   No relief
Rate your pain **6 hours after the procedure (time)** 8   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   (5/10)   6/10   7/10   8/10   9/10   10/10   No relief
e your pain **3 days after the procedure (time)** 10 am   (circle one)

No pain   0/10   1/10   2/10   (3/10)   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **7 days after the procedure (time)** 1 PM   (circle one)

8/16/2004

V-0338

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 10/12/2004

**SUBJECTIVE:** This patient reports that the cervical epidural steroid injection improved her pain by 80% on her left side. She says she is better able to wake up in the morning. She is not having as much tension. She continues to have significant pain on the right side in the neck, with headaches in the back of the head. She states that her arms feel very raw and tender. The patient rates this pain at 7/10. She rates her low back pain at 5/10. She rates her mid back pain at 5/10. She still has significant dysfunction.

The patient reports also that she is under significant stress. Her father, who has been chronically ill, is apparently near death, and she needs to travel to Tampa, Florida to see him as soon as possible. She is asking for any type of pain medications to assist her with the trip. She does not want to take any type of medications while on the flight, but asked if there is any pain medication that could be provided. The patient has used Lortab in the past, and this has assisted. She says that she had great difficulty with constipation, but said that resolved after stopping the medication.

**OBJECTIVE:** VITAL SIGNS: Blood pressure 140/100, pulse 100, temperature 98.8, respirations 16, weight 143 pounds.
GENERAL: The patient continues to be very upset, tearful, crying when describing her father's condition.
MUSCULOSKELETAL: She has pain with flexion-extension of the neck. The patient has tenderness to the back of the neck, thoracic spine, lumbar spine.
NEUROLOGIC: She has allodynia in the right arm greater than the left arm.

**ASSESSMENT:**
1. Cervical discogenic pain.
2. Sympathetic pain.
3. Lumbar discogenic pain.

**PLAN:**
1. The patient continues to show significant central sensitization of her pain. I would like to consider a trial of a right stellate ganglion block. This was discussed with the patient and she wishes to proceed. Risks, benefits and alternatives were also reviewed. The patient will have this scheduled upon return from Florida.
2. The patient will be given 5/500, one p.o. b.i.d., a total of 30 tablets. She will use these off of the plane to assist with her pain after she lands. We discussed opioid therapy, the constipation, if it becomes problematic, she should stop. We will attempt to use this on a short, p.r.n. basis.

**V-0339**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT DICTATED BUT NOT READ

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  10/13/2004
DT:  10/14/2004
JOB #:  37567

cc:    Peter Lorentzen, D.C.

**V-0340**

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
Patient Visit Form

Date  OCT 1 2 2004

**If patient is from out of Anchorage, local or cell-phone number**

| Vital Signs: | B/P 140/110 Pulse 100 Temp 98.8 Resp 16 |
| | Ht (Initial visit) _____ Wt (Every visit) 143 |

Reason for Visit: RU s procedure 9/27/04. Pt states
hands are going from hot to cold, also feeling
shocks in her hands, bottoms of feet are tingling

Allergies Norflex    Medications ✓ list    Other Physicians:

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)

1 2 3 4 5 6 (7) 8 9 10       1 2 3 4 (5) 6 7 8 9 10          1 2 3 4 5 (6) 7 8 9 10

| Location: Neck | LOP | M.D BACK |
| Type: Pressure | Shooting | aches, Burns |
| Radiation: ↑ head + teeth | ↓ leg ↓ foot | |
| Continuous or | | |
| Intermittent: | int | |

**What makes pain worse?** movement    **Better?** lying down & feet up
**Any procedure since last visit, and what was it?** Cervical ESI
**% Relief from that procedure** (1) side shooter (80%)   **Any neg side effects?** None

**Other pertinent information/education needs** _____

Signature (all clinical care providers) Q. ____

**Physician Notes:**
Gen                                    SI

MS:    Palpation:        Spring:
       ROM:
OS+gaard:        Flare:

Neuro:  Gait

        Motor power – UE          LE

        Sensory – LT          PP          vib

        Slump testing R    L    SLR    R    L

        Impression                    (D) SI₆ GCOW

Notes:    37567

V-0341

Procedure To Be Scheduled: _____    PT/Trombley: _____
Diagnostic Studies _____    Pt to return _____
MD signature _____    Dictated? _____ Date _____ Time _____