

SS# 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     DOB: 02/17/69
VALENOTE, DANIELA
Name: _____

Date: OCT 1 2 2004

> Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



Left Side     Right Side

V-0342

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

| No Symptoms (No Discomfort) | X | Maximum Symptoms (Maximum Discomfort) |

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation ...u experience as a result of the symptoms we are treating you for. Essentially, the question you are answering ...re is, " How much is your problem limiting what you can do? ".

| No Limitations | X | Maximum Limitation |

SS# 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    DOB: 02/1'
VALENOTE, DANIELA

*Dr. Polston*
*BCBS 100%*

**PROCEDURE REMINDER**
**ADVANCED PAIN CENTERS OF ALASKA**

Procedure: (R) Stellate Ganglia Block

Date/Time: 10/18/04 @ 1:30        Pt. Appt:_____ @ _____

Pre-Op Visit: _____ @ _____        Allergies: Nsrflex

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:    Yes   (No)   Language: English/ _____

Nothing to eat or drink after   8hours prior _____ am/pm prior to procedure.

Arrive at: (APCA)  /  PROV  / ARH /  HEALTHSOUTH        @ 1:30   am/(pm.)

**If you are scheduled for a Discogram, please arrive one hour prior to**
**your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: With Sips of water

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No)   Yes    If Yes, list testing required: _____

**V-0343**

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions_____
_____

FEMALE PATIENTS:  I am not pregnant _____        10-12-04
                                    Signature                          Date

Reviewed by _____    Patient X_____    Date 10-12-04



SS# 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    DOB: ⟨ .17⟨.
VALENOTE, DANIELA

ADVANCED PAIN CENTERS OF
A L A S K A

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Date **10/12/04**    Time **2:10**    A.M.    **P.M.**

1.  I hereby authorize Dr. **Polston**
    to perform the following operation or procedure, known as

    Stellate Ganglion Block on Right side(s), with local anesthetic and/or steroid with possible moderate sedation

    upon myself or _____
    
    (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications.

    Local bruising, infection, numbness, swelling, nerve damage, worse pain, drug reaction, transient facial droop, nasal stuffiness, hoarseness

3.  I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

    I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.  I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

Patient's Signature _____    Witness Signature _____

Signature of Relative Responsible for Patient _____    Relationship to Patient _____

**V-0344**

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, ⟨ha⟩zards, complications and consequences which are, or may be, associated with the above stated operation(s) or ⟨pr⟩ocedure(s).

Physician's Signature _____

03/10/03

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

JOB NO.              4469
DESTINATION ADDRESS 92794272
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME            10/06 16:37
USAGE T             00'30
PGS.                   1
RESULT              OK
```



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Gail Apte PT, OCS, COMT, CSCS

Zuzana Rogers, PT
Marti Vicars, PT
Chad Ross, PT
Patty Nelson, PT

# advanced physical therapy of alaska
## a physical therapist owned practice

3500 LaTouche, Suite 310
Anchorage, AK 99508
ne: (907) 279-4266
Fax:   (907) 279-4272
1-800-641-6940

3035 E. Palmer-Wasilla Hwy, Suite 401
Wasilla, AK  99654
(907) 232-4260
(907) 376-8584

Gaffney Rd., Suite 300
Fairbanks, AK 99701
(907) 374- 0992
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHO

## Physical Therapy Referral

SS# 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   DOB: 02/17/69
VALENOTE, DANIELA

Patient Name ___Daniela Valenote___                 Date of Birth _____

Diagnosis ___Pain Syndrome___

Precautions _____

O Evaluate and Treat                    O Continue PT

- o   Pre/Post Procedure/Surgery Protocol _____
- ⊗ Functional/Physical Capacity Evaluation (FCE/PCE)
- o   Functional Restoration Program (FRP)
- o   Pre-placement Screening
- o   Job-site Analysis
- o   Headache Program
- o   Stabilization Program
- o   Pelvic Pain
- o   Other: _____
- o   Supply patient with Durable Medical Equipment:
    - o   Lumbar Brace ___ SIJ Brace ___ Wrist Brace ___ Home E-Stim Unit ___

V-0345



Valerie ......p    , MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Gail Apte PT, OCS, COMT, CSCS

Zuzana Rogers, . .
Marti Vicars, PT
Chad Ross, PT
Patty Nelson, PT

# advanced physical therapy of alaska
## a physical therapist owned practice

3500 LaTouche, Suite 310
Anchorage, AK 99508
Phone: (907) 279–4266
Fax:    (907) 279–4272
1–800–641–6940

3035 E. Palmer–Wasilla Hwy, Suite 401
Wasilla, AK 99654
(907) 232–4260
(907) 376–8584

Gaffney Rd., Suite 300
Fairbanks, AK 99701
(907) 374– 0992
(907) 374–0986

DIAGNOSIS SPECIFIC ORTHO

## Physical Therapy Referral

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

Patient Name ___ *Daniela  Valenote* ___      Date of Birth _____

Diagnosis ___ *Pain  Gudnim* _____

Precautions _____

    O Evaluate and Treat        O Continue PT

- o Pre/Post Procedure/Surgery Protocol _____
- ⊗ Functional/Physical Capacity Evaluation (FCE/PCE)
- o Functional Restoration Program (FRP)
- o Pre-placement Screening
- o Job-site Analysis
- o Headache Program
- o Stabilization Program
- o Pelvic Pain
- o Other: _____
- o Supply patient with Durable Medical Equipment:
  - o Lumbar Brace ___ SIJ Brace ___ Wrist Brace ___ Home E-Stim Unit ____

Frequency of visits: O 1–2x/week  O 2–3x/weeks  O 3–5x/week  O Other _____

Duration of visits:  O 2 weeks  O 1 month  O 6 weeks  O Other _____

Report by:  O Phone  O Letter  O None required

## V-0346

Referring Physician  O A. Jaconette, M.D.  ⊘ G. Polston, M.D.  O G. Roderer, M.D.  O L. Stinson, M.D.  O N. Cross, M.D.

Referring Physician (signature) _____    Date: _ *10 –6– 04* _

...ne Number _____    Fax Number _____



ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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    DOB: 02/17/69
VALENOTE, DANIELA

## CLINIC NOTES    622-1009

| DATE | TIME | NOTES (All entries must be dated and signed) |
|------|------|----------------------------------------------|
| 10.5.04 | 12:16 pm | Daniela Valenote, *discussed* 9-22-04 Funcutional Capacity Test Referral need ASAP. |
| | | Adria Lau |
| 10.8.04 | | done pt has copy |
| | | Pa Mal |

V-0347

8/12/03

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name:  VALENOTE, DANIELLA
DOB:  02/17/1969
SSN:  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

**DATE:**  10/18/2004

**PERFORMED BY:**  Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:**  Sympathetically maintain pain of the right upper extremity.

**POSTPROCEDURE DIAGNOSIS:**  sympathetically maintain pain of the right upper extremity.

**PROCEDURE PERFORMED:**

**MEDICATION INJECTED:**

**ANESTHESIA:**  Versed 1 mg and 50 mcg fentanyl.

**COMPLICATIONS:**  None.

**PROCEDURE:**  Right stellate ganglion block.

**INDICATIONS:**  This patient complains of sympathetic type of pain in her arm, face, and head. She is here for a right stellate ganglion block.

**PROCEDURE:**  Risks, benefits, and alternatives were reviewed and the patient voiced understanding and wished to proceed.  The patient was placed in supine position with a blanket under her back.  Her neck was prepped with Betadine x3.  A sterile drape was applied and a 1% lidocaine skin wheal was raised.  A #25-gauge 3 1/2-inch spinal needle was directed down to the C7 vertebral body on the right side, bone was contacted, position was confirmed in the PA and lateral views.  Under live fluoroscopy a total of 2 mL of Omnipaque 240 showed spread of dye in a cephalad, caudal direction along the anterior third of the vertebral body.  Then, 8 mL of 2% lidocaine were injected, and the dye was followed.  The patient tolerated the procedure and the needle was removed.  The patient had a significant increase in temperature in her right hand. She had slight ptosis and congestion in her eye and nose.  The patient reported a slight reduction in pain.  She says that it is difficult for her to assess the pain.  She needs to do some specific

*V-0348*

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE**
**PROCEDURE NOTE**

Name:  VALENOTE, DANIELLA
DOB:  02/17/1969
SSN:  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

activities such as talking on the phone.  The patient will follow this over the next 4-6 hours.
Discharge instructions were reviewed and the patient will followup in one week.

REPORT DICTATED BUT NOT READ

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  10/18/2004
DT:  10/18/2004
JOB #:  61459

**V-0349**

SS#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 ⎤B: 2-17-69
VALENOTE, DANIᴇᴌA

**Advanced Pain Centers of Alaska**

## Contract for Controlled Substance Medication Prescriptions

Both myself (patient) and Advanced Pain Centers of Alaska (APCA) staff (the physicians and staff) have a common treatment goal to improve my ability to function and/or work. In consideration of that goal, I may be treated with potent medications. Some of them are narcotics, tranquilizers and/or barbiturates. These medications are considered controlled substance medications and their use is closely controlled and monitored by the local, state and federal agencies. These medications are highly effective when taken as directed under medical supervision, but they also have a potential for misuse and abuse.

I therefore agree to abide by the following conditions:

1)  The medication I may be prescribed for my pain will be discussed with my physician at the time of my office visit.

2)  I agree that **ONLY** one Physician, _Dr. Polstin_____ ,at APCA shall prescribe all controlled substance medications and prescriptions until referred back to my Primary Care physician.

3)  I will not ask for nor accept controlled substance medications or prescriptions from any other individual or physician while I am receiving such medication from my physician at APCA. Besides being illegal to do so, it may endanger my health.

4)  I will take my prescribed medications as directed, no more and no less. I will not tamper with prescribed medications by cutting, crushing or by any other means altering the intended dose of medication. I will not take the medications by any other than the directed route of administration (oral, Trans-dermal, or rectal).

5)  If I use up my medications sooner than prescribed, I understand that they will **not** be replaced. I will not take prescribed medications in combination with alcohol or illegal drugs.

6)  I have been fully informed by my physician and/or staff about psychological dependence (addiction) to controlled substances. If this happens, I will follow my physician's guidance and participate in any treatment program prescribed, which may include detoxification, psychological counseling and medical treatment.

7)  I will not adjust the medications by myself. I will inform my physician of any change in dosage I feel I need. Some patients may develop tolerance, which is the need to increase the dose of the medication to achieve the same effect in terms of pain relief. As a result of other treatment modalities or the natural course of my disease process, my pain may decrease. My medication doses will have to be adjusted (increased or decreased) by my APCA physician.

8)  At each visit my physician will evaluate me for pain relief, side effects, function, and abnormal behavior (anything indicating addiction). I must keep my physician fully informed of any changes, Emergency Room visits, lost or stolen medications or any other circumstance affecting me.

9)  I understand that to stop taking the medications abruptly may be dangerous and lead to withdrawal symptoms. If medications need to be discontinued, I will do so gradually and only under medical supervision.

10) I am responsible for my controlled substance medications. **If the medications or the prescriptions are lost, misplaced, stolen or disappear for any reason, they will not be replaced under any circumstances.**

11) I will not hoard my medications. If I am able to control my pain with fewer narcotics, I will inform my physician and return the extra narcotics.

Narcotics Contract

**V-0350**

SS#590-16-73€    DOB: 2-17-69
VALENOTE,DANIELA

**Advanced Pain Centers of Alaska**
Contract for Controlled Substance Medication Prescriptions
Page 2 of 2

12) I will select one pharmacy where I will get all of my medications filled.
My Pharmacy is: FRED MEYERS    Phone Number: _____
Address: _____ EAGLE RIVER, AK   99577

13) I understand I may be asked for a urine or blood drug screen at any time. I understand I will be financially responsible for testing.

14)
*I am responsible for keeping track of the amount of medications left and will plan ahead for arrangements to refill my prescriptions in a timely manner so I will not run out of medications.*

**Five (5) working days are required as advance notice for all refills.**

Request for refills must be telephoned to the refill request line during regular office hours (8:30 am to 4:30 pm Monday through Friday). **Refills will not be made at night, Fridays, weekends or holidays.**

**ANCHORAGE OFFICE**          **FAIRBANKS OFFICE**

**(907) 770-3250**          **(907) 374-6602 EXT 208**

15) I agree to help myself by trying to change my behavior towards a healthier life-style, including stopping smoking, using alcohol only in moderation as permitted by my physician, dieting, weight control, and exercise. I understand that only through following a healthier life-style can I hope to have the most successful outcome to my treatment.

16) I understand that if I violate any of the above conditions, my controlled substance prescriptions and/or treatment at APCA may be ended immediately. If the violation involves obtaining controlled substances from another individual as described above, the incident may also be reported to my primary physician, local medical facilities, local pharmacies and other state/federal authorities.

17) My signature authorizes permission for APCA to obtain information from any pharmacy or physician that I utilize to obtain medications.

18) I will provide APCA with an official picture ID to keep on file. This picture ID will need to be shown at every pick up of prescription(s).

19) I will personally pick up my prescription(s). **NO EXCEPTIONS.**

_____          Date  10/26/04
Patient Signature

_____          Date  10/26/04
Witness Signature

                                 **V-0351**

_____          _____
Physician Signature              Date



ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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  DOB 02/17/1969
VALENOTE, DANIELA

## DISCHARGE INSTRUCTIONS

**Place Patient Sticker here**

The following discharge instructions are given for your care at home. Please follow the checked instructions.

### Procedure

☐ Discogram  ☐ Selective Nerve Root Block  ☐ Lumbar Sympathetic Block
☐ Epidural Steroids  ☒ Stellate Ganglion Block  ☐ SI Joint Injection
☐ Facet Blocks  ☐ Trigger Point Injections  ☐ Other

### Diet

☒ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until full strength and sensation have returned.
☐ Exercises as instructed:_____
☒ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☒ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☒ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:

### Medications

☐ Take prescriptions as ordered
a. _____
b. _____
c. _____

☐ Prescription/Medication given to patient or responsible person
☒ Resume medicine as taken at home

### Additional Information

☒ Remove Band-Aids today.
☒ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☒ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over 18 hours, notify physician.
☒ Numbness or tingling in extremity/extremities.
☒ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:  ☐ Cold Packs  ☐ Hot Packs  ☐ Massage
☐ Position changes  ☐ Distraction  ☐ Breakthrough pain interventions  ☐ Relaxation  ☐ Guided imagery

Reviewed with Patient by: _____  Date: _10·18·04_

Patient Signature: _____  Physician Signature: _____

V-0352

ADVANCED PAIN CENTERS OF
*A L A S K A*

Date: OCT 1 8 2004

Reviewed By: _Julian_

**PHYSICIAN:** DR. JACONETTE    DR. POLSTON    DR. RODERER    DR. STINSON

SS# 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  DOB 02/17/1969
VALENOTE, DANIELA

### POST INJECTION EVALUATION

| | | | |
|---|---|---|---|
| ☐ Medial Branch Block | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: | | | |

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment. You may fax this evaluation to **743-8284**.

No pain   0/10   (1/10)   2/10   3/10   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **while still in the center** (circle one)

No pain   0/10   1/10   2/10   *headache* (3/10)   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
ate your pain **one hour after the procedure** (time) 330   (circle one)

No pain   0/10   1/10   2/10   (3/10)   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **2 hours after the procedure** (time) 430   (circle one)

No pain   0/10   1/10   2/10   (3/10)   4/10   5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **3 hours after the procedure** (time) 530   (circle one)

No pain   0/10   1/10   2/10   3/10   (4/10)   *HANDS - TRIED DRAWING-* 5/10   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **4 hours after the procedure** (time) 630   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   (5/10)   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **5 hours after the procedure** (time) 730   (circle one)

No pain   0/10   1/10   2/10   3/10   4/10   (5/10)   6/10   7/10   8/10   9/10   10/10   No relief
Rate your pain **6 hours after the procedure** (time) 830   (circle one)

No pain   0/10   (1/10)   2/10   3/10   4/10   (5/10)   6/10   7/10   8/10   9/10   10/10   No relief
ate your pain **3 days after the procedure** (time) 2:15 PM   (circle one)

No pain   0/10   (1/10)   (2/10)   3/10   4/10   5/10   (6/10)   7/10   8/10   9/10   10/10   No relief
Rate your pain **7 days after the procedure** (time) 11:00 AM   (circle one)

8/16/2004

V-0353

## ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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  DOB 02/17/1969
VALENOTE, DANIELA

### PRE-PROCEDURE

DATE: OCT 1 8 2004   TIME: 1330   AM (PM)   NPO STATUS:

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed

Allergies: _norflex_

Current Medications: _See chart 10.18.0LL_

Previous Complications from Surgery/Anesthesia: ☑ None Reported

Comfort: No Pain (Pain) Location: ___ Intensity: _5o_

| Time | IV TYPE |
|------|---------|
| 1345 | 22 HL (L) hand |

Review of Diagnostic Data: ☑ Yes
Patient Appropriate Candidate: ☑ Yes   ☐ No
ASA Classification: ( 1 )  2   3   4   5   E

Anesthesia Plan: ☑ Sedation  ☑ IV ☐ PO / IM
☐ Local   ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD
PHYSICIAN SIGNATURE ___

### PROCEDURE

Procedure: _(R) Stellate ganglion_

MD: _Polston_

NIBP: R (L) Arm  Leg   Pulse Oximeter (R) L (Hand) Foot

Pt. Pos: R/L  Lateral  (Supine)  Prone  Other

READY TIME: 1350   START: 1355   END: 1402

Grounding Pad Site:

Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| 55 | Penta | 50mcy | IV | 1 | A | Pden |
| 55 | Versed | 1mg | IV | 1 | A | One |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Baseline Vital Statistics Q 5 min

| VITALS | | | | | | | |
|--------|---|---|---|---|---|---|---|
| Time | 1340 | 1355 | 1400 | | | | |
| B/P | 112/76 | 120/82 | 127/86 | | | | |
| P | 74 | 80 | 82 | | | | |
| EKG | | | | | | | |
| *Resp. Rate/Qual | Ko | 16/ | 16/ | / | | / | / |
| Sat% | — | 100% | 100% | | | | |

| ALDRETE | | | | | | | |
|---------|---|---|---|---|---|---|---|
| O2/NC | — | | | | | | |
| **Activity | 2 | 2 | 2 | | | | |
| **Resp. | 2 | 2 | 2 | | | | |
| **L.O.C. | 2 | 2 | 2 | | | | |
| **Circ. | 2 | 2 | 2 | | | | |
| **Oxygenation | 2 | 2 | 2 | | | | |

Key on back    ☐ Vital signs continue on page #2

**V-0354**

Protective Reflexes: ☑ Yes   ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used: ☐ Yes  ☑ No   If yes, why?    Photos Taken: ☑ Yes  ☐ No

Other Complications:

Post-Procedure Report Given to: ___  By: ___ (Procedure RN)  Time 1355

## ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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  DOB 02/17/1969
VALENOTE, DANIELA

**DATE:** OCT 1 8 2004

| V I T A L S | Vital Statistics Q 5 min | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Time | | | | | | | |
| | B/P | | | | | | | |
| | P | | | | | | | |
| | EKG | | | | | | | |
| | *Resp. Rate/Qual | / | / | / | / | / | / | / |
| | Sat% | | | | | | | |
| A L D R E T E | O2/NC | | | | | | | |
| | **Activity | | | | | | | |
| | **Resp. | | | | | | | |
| | **L.O.C. | | | | | | | |
| | **Circ. | | | | | | | |
| | **Oxygenation | | | | | | | |

Admission Temperature: 96.6    Discharge Temperature: 96.8

### ALDRETE SCORING

| Pre Procedure Bp 113/76 | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | | | | | | |
| Can move 2 Extremities | =1 | 2 | 2 | | | | |
| Can move 0 Extremities | =0 | | | | | | |
| Able to DB&C | =2 | | | | | | |
| Dyspnea/Limited | =1 | 2 | 2 | | | | |
| Able to DB&C | =0 | | | | | | |
| BP+/-20 Baseline | =2 | | | | | | |
| BP+/-20-50 Baseline | =1 | 2 | 2 | | | | |
| BP+/-50 Baseline | =0 | | | | | | |
| Fully Awake | =2 | | | | | | |
| Arousable | =1 | 2 | 2 | | | | |
| Not Responding | =0 | | | | | | |
| Able to Mainain O2 Saturation > 92% on room air | =2 | | | | | | |
| Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | 2 | 2 | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | 10 | 10 | | | | |

### VITAL SIGNS Q15 MIN

| TIME | 1410 | 1415 | 1420 | 1425 | 1430 |
|---|---|---|---|---|---|
| B/P | 132/89 | 124/71 | NA | 149/87 | 149/87 |
| P | 77 | 80 | 87 | 76 | 78 |
| Resp. Rate | 16 | 16 | 16 | 16 | 16 |
| Resp. Qual | n | n | n | n | n |
| Sat% | 98 | 98 | 98 | 98 | 98 |
| CO2% | | | | | |
| L.O.C. | Ø | Ø | Ø | Ø | Ø |
| O2 | Ø | Ø | Ø | Ø | Ø |

I.V.: (Type/Amt)      Site: L hand
Appear: ☒ Patent  ☐ Infiltrated  ☐ Red
Comfort: No Pain / Pain Location:      Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

Discharge criteria met at (Aldrete Score of 8 or Above)  Time:
RN Signature:

### DISCHARGE PLANNING

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | X | | | | |
| 2. Vital signs stable including temperature. | X | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents.  N/A | | |
| Absence of respiratory distress. | X | | 7. Alert & oriented with adequate muscular strength. | X | |
| Swallow, cough, and gag reflex present. | X | | | | |
| 5. Minimal nausea and vomiting. | X | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | X | |
| ☐ Transported via wheelchair, ambulatory to awaiting vehicle with staff.  Time: | | | | | |

V-0355



ADVANCED PAIN CENTERS OF
A L A S K A

3500 La Touche St., Suite 310
Anchorage, AK 99701

SS# 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  DOB 02/17/1969
VALENOTE, DANIELA

Date: ___OCT 1 8 2004___

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____ in wait area? ___ Phone # (if not) _____
Vital Signs  B/P _113/76_  Pulse _78_  Temp _96.6_ Resp _16_  O2 Sat _____
NPO? _+8hours_  Pain Level _5_ /10  Location of pain _____
Allergies _norflex_

Current Medications _ultram · gabitril · allegra · prilosec · nexium_
_____ _zyrtec · trazadone_

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____
Time: _1:30_  Preoperative Diagnosis: _ATYPICAL FACIAL PAIN_
Any changes in medical status: _no_

MD Signature

Post Procedure Note:    Postoperative diagnosis: _SAN_
Procedure performed: _® STG B_
Complications: _0_

61459    Sedation given: _Versed, 1, Fat Flag_
Dictation (if not today, give date) _____

MD Signature

Revised 2/26/04

V-0356



ADVANCED PAIN CENTERS OF
A L A S K A

SS#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    DOB: 2-17-69
VALENOTE,DANIELA

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes          (No)

I, _Daniela C. Valenote_____, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☑ l verify that I am NOT pregnant.

_____
Patient Signature

_____10-18-04_____
Date

V-0357

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE**

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 10/26/2004

**SUBJECTIVE:** This patient obtained no relief with the right stellate ganglion block. She said there was no change in her headaches. There was significant evidence of sympathetic changes with the block, but there was no relief for the patient. The patient has been using Vicodin 5/500 mg 1 p.o. b.i.d. She says that this is taking the edge off of her headaches. It is helping somewhat with the arm, but nothing with the back and legs. The patient is scheduled to leave for Florida in two days. Currently, she is rating her neck pain at 5 out of 10, low back pain at 4 out of 10, and mid back pain at 2 out of 10. She is awake, alert, and shows no sedation. She stands without difficulty, otherwise exam is unchanged.

**ASSESSMENT:**
1. Cervical facet arthropathy.
2. Chronic headaches.
3. Diskogenic low back pain.
4. Sympathetic pain.

**PLAN:** I would like her to continue the Vicodin 5/500 mg 1 p.o. t.i.d. This seems to be helping with her pain. She reports that the constipation worksheet is allowing her to take the medications without difficulty. She has reported no side effects. This is the first time that there has been some benefit for her. I am not interested in starting any new therapies prior to her trip, in terms of injections we are planning for therapy until she returns. I would like to start lidocaine patch, placed over the back. Risks, benefits, and alternatives to this were discussed. Patient expressed understanding and wished to proceed. We discussed long-acting opioids, reviewed psychological and physiologic addiction. I discussed the risks with opioids. We reviewed all aspects of the opioids contract. She voiced understanding and wished to proceed. The patient was given Vicodin 5/500 1 p.o. t.i.d., #90. The patient will follow up in approximately three weeks.

V-0358

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  10/26/2004
DT:  10/26/2004
JOB #:  520815

cc:    DR. LORENTZEN

        DR. CHIROPRACTIE

**V-0359**

**Advanced Pain Centers of Alaska**
3500 LaTouche St., Suite 310, Anchorage 99508
**Patient Visit Form**

SS#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    DOB: 2-17-69
VALENOTE,DANIELA

Date OCT 2 6 2004

---

**If patient is from out of Anchorage, local or cell-phone number**

| Vital Signs: | B/P _____ | Pulse _____ | Temp _____ | Resp _____ |
|---|---|---|---|---|
| | Ht (Initial visit) _____ | | Wt (Every visit) 176 | |

**Reason for Visit:** R/o p procedure. Hands ~~life~~ ~~using~~ ~~them~~

**Allergies** Norflex    **Medications** √ Lost    **Other Physicians:**
Vicodin

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)

| Location: Neck | 1 2 3 4 5 6 7 8 9 10 | LBP | 1 2 3 4 5 6 7 8 9 10 | MID BACK | 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|---|---|---|
| Type: ache | | Nagging ache | | | |
| Radiation: ↑ Head ↓ (L) shoulder | | ↓ leg or hip | | | |
| Continuous or | Blade | | | Vicodin stops pain | |
| Intermittent: | | | | | |

**What makes pain worse?** working up & down    **Better?** reclines for upper body
**Any procedure since last visit, and what was it?** _____
**% Relief from that procedure** 8 70    **Any neg side effects?** None

**Other pertinent information/education needs** _____

Signature (all clinical care providers) _____

**Physician Notes:**
Gen

MS:    Palpation:    Spring:
        ROM:
OS+gaard:    Flare:
Neuro:  Gait
        Motor power – UE        LE
        Sensory – LT        PP        vib
        Slump testing  R        L        SLR    R        L
        Impression

Notes:

V-0360

**Procedure To Be Scheduled:** _____    **PT/Trombley:** _____
**Diagnostic Studies** _____    **Pt to return** _____
**MD signature** _____    **Dictated?** _____ Date _____ Time _____



SS#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    DOB: 2-17-69
VALENOTE, DANIELA

Name:

Date:          OCT 2 6 2004

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort) ┣————————————X————————————┫ Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation ᴑu experience as a result of the symptoms we are treating you for. Essentially, the question you are answering ᴇere is, " How much is your problem limiting what you can do? ".

No Limitations ┣————————————X————————————┫ Maximum Limitation



**Advanced Pain Centers of Alaska**

GRANT T. RODERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON, M.D.
GREGORY R. POLSTON, M.D.

3500 LaTouche St., Suite 310 • Anchorage, Alaska 99508 • (907) 278-2741 • Fax (907) 743-8284

PATIENT'S NAME _Daniela Valenote_ DATE _10-26-01_

ADDRESS _____

**Rx** Vicadin 5/500                    # 80
       Sig: ī po tid prn            (airnety)

LABEL ALL MEDICATIONS
WITH NAME AND STRENGTH
REFILL | 0 | 1 | PRN |
☐ CAN A GENERIC BE SUBSTITUTED
☐ DISPENSE AS WRITTEN            DEA # _____

V-0362



Adva ___ l Pain Centers of Alaska

**GRANT T. RODERER, M.D.**
**LAWRENCE W. STINSON, M.D.**
**SUSAN R. ANDERSON, M.D.**
**GREGORY R. POLSTON, M.D.**

ADVANCED PAIN CENTERS OF
A L A S K A

3500 LaTouche St., Suite 310 • Anchorage, Alaska 99508 • (907) 278-2741 • Fax (907) 743-8284

PATIENT'S NAME _Danielle Vilamater_ DATE _10-26-04_

ADDRESS _____

**Rx** _Lidoderm patch 5% (1 box)_

_Sig: apply 12° per day_
_(1 per day)_

LABEL ALL MEDICATIONS
WITH NAME AND STRENGTH

| REFILL | 0 | 1 | PRN |

☐ CAN A GENERIC BE SUBSTITUTED
☐ DISPENSE AS WRITTEN

DEA # _BR 6044484_

**V-0363**

Advanced Pain Centers of Alaska

**Medication Refill Request**

SS#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    DOB: 2-17-69
VALENOTE, DANIELA

Date: 11/30/04    Last Refill Date: 10/26/04    Request Date: 11/29/04    Time: _____

Pharmacy: FMER,

Patient's phone: _____    phone: _____    fax: _____

RX Requested: Vicodin 5/500

I PO TID # 90

Signature _____    11/30/04
                                        Date

Provider: _____

Signature _____    11-30-04
                                        Date

Patient notified that prescription: ☐ to be picked up at office  ☐ phoned to pharmacy  ☑ faxed to pharmacy  ☐ of above

Signature: _____    Date: 11/30/04

---

Date: _____    Last Refill Date: _____    Request Date: _____    Time: _____

Pharmacy: _____    phone: _____

Patient's phone: _____    fax: _____

RX Requested: _____

Signature _____    Date _____

Provider: _____

Signature _____    Date _____

Patient notified that prescription: ☐ to be picked up at office  ☐ phoned to pharmacy  ☐ faxed to pharmacy  ☐ of above

Signature: _____    Date: _____

V-0364

V-0365

```
/30/2004 TUE 12:00  FAX 907 770 3283          ADVANCED PAIN CENTERS                    ☑001

                        ***********************
                        ***   TX REPORT   ***
                        ***********************

          TRANSMISSION OK

          JOB NO.                  4999
          DESTINATION ADDRESS      96894027
          PSWD/SUBADDRESS
          DESTINATION ID           F M EAGLE RIVER
          ST. TIME                 11/30 11:59
          USAGE T                  00'45
          PGS.                     1
          RESULT                   OK
```

FAXED

NOV 3 0 2004



AN ARTIFICIAL WATERMARK IS ON THE BACK. HOLD AT AN ANGLE TO VIEW THIS MARK.
GREGORY H. POLSTON, M.D.
ADVANCED PAIN CENTERS OF ALASKA
16600 CENTERFIELD DRIVE, STE. 8
ANCHORAGE, AK 99516
PH 907-228-1743 FAX 907-770-3283

PATIENT'S FULL NAME                    PHONE NUMBER       AGE

ADDRESS                                                   DATE  11·13·04

R

Dr.                                    Dr.
    DISPENSE ONLY AS WRITTEN              PRODUCT SELECTION PERMITTED

☐ Refills  1  2  3  4        DEA #
☐ No Refills    Void After              VALID FOR CONTROLLED SUBSTANCES

RX ON BACK IS PRINTED IN DISAPPEARING INK. RUB BRISKLY TO ACTIVATE.

### ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 12/07/2004

**SUBJECTIVE:** This patient returns back from Florida after her father's death. The patient reports that her pain continues. She says that she is getting benefit with the Vicodin that she is taking three times per day. She continues to have pain in her neck, right arm, and into her hand. She is also having some left forearm and thumb pain. She continues to have pain in the right hip and pain in the right leg. She also has low back pain. The patient states that the neck pain is number one. It appears to be higher than a prior area in the neck. She says that it starts at this area, causes headaches, and also radiation down her arm. She says that her arm becomes more painful with continued use. She rates her neck pain at 7/10, low back pain at 7/10, and mid-back pain at 5/10. She reports no side effects with the Vicodin. We reviewed injections, with the patient stating that she got no relief from a cervical epidural steroid. She had most benefit with radiofrequency ablation of the medial branches on the right at C5-6-7. She obtained no benefit with the right stellate ganglion block.

**OBJECTIVE:** Blood pressure is 110/80, pulse is 80, temperature is 98.5, and respirations 14. She is tender to palpation over C3-4 and C4-5. Flexion and side bending increase pain in the neck. Sensation in the upper extremities is intact. Palpation of the cervical spine is tender at approximately C3-4 in the midline. She is tender to palpation over the right trochanteric bursa. Hips show increased range of motion, with some pain at end points; otherwise, unchanged.

**ASSESSMENT:**
1. Myofascial pain.
2. Cervical facet arthropathy, greatest now at right C3-4 and C4-5.
3. Degenerative disk disease of the cervical spine.
4. Right hip osteoarthritis.
5. Degenerative disk disease of the lumbar spine.

**PLAN:** The patient wishes to schedule facet injections at C3-4 and C4-5. The risks, benefits, and alternatives to those were discussed, but she wishes to hold this off until after January. I have renewed her Vicodin yesterday, and she will continue at the same dose. We will also start Zanaflex 2 mg one p.o. q.h.s.

**V-0366**

## ADVANCED PAIN CENTERS OF ALASKA -- ANCHORAGE
### PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  12/07/2004
DT:  12/07/2004
JOB #:  308129

cc:    Peter Lorentzen, D.O.C.

**V-0367**

SS# 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  DOB 02/17/1969
VALENOTE, DANIELA

**Advanced Pain Centers of Alaska**
1917 Abbott Road, Suite 100, Anchorage 99507
**Patient Visit Form**

Date  DEC 0 7 2004

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 110/80  Pulse 80  Temp 98⁵ Resp 14 |
| | Ht (Initial visit)_____  Wt (Every visit) 145 |

Reason    for    Visit:  RU

Allergies Nurflex    Medications ___ in    Other Physicians:
Vicod

**Medication Refill Request:** _____

**Pharmacy Patient uses** (place on care record also) _____

**Today's Pain Intensity Scale** (Circle pain scale #)

1 2 3 4 5 6⑦8 9 10          1 2 3 4 5 6⑦8 9 10                    1 2 3 4⑤6 7 8 9 10

| Location: | Neck | LBP | Mid portia |
| Type: | Deep aching | Sharp | Pressure |
| Radiation: | ↑ head pressure | ↓ Hip | outward |
| Continuous or | Slightly but | | |
| Intermittent: | Cnt | Cnt | Cnt |

What makes pain worse? Driving          Better? ice for head only

Any procedure since last visit, and what was it? _____

% Relief from that procedure _____ Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _____

**Physician Notes:**
Gen        308/29      ← Vicodin
                              helps c head

MS:    Palpation:        Spring:
        ROM:
OS+gaard:    Flare:              — Invaflop

Neuro:  Gait

         Motor power – UE        LE          ℝ Thin burning
         Sensory – LT        PP        vib    ℝ wk
         Slump testing  R    L    SLR  R    L    ℝ C 3-4, 4-5
         Impression

Notes:

V-0368

Procedure To Be Scheduled: _____ PT/Trombley: _____
Diagnostic Studies _____ Pt to return _____
MD signature _____ Dictated? _____ Date _____ Time _____



SS# 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 DOB 02/17/1969
VALENOTE, DANIELA

~~Name~~._____

Date:_____  DEC 0 7 2004

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbness, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



V-0369

Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort) |————————————————X———————|  Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering is, " How much is your problem limiting what you can do? ".

No Limitations |————————————————X———————|  Maximum Limitation



**Advanced Pain Centers of Alaska**

GRANT T. RODERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON, M.D.
GREGORY R. POLSTON, M.D.

3500 LaTouche St., Suite 310 • Anchorage, Alaska 99508 • (907) 278-2741 • Fax (907) 743-8284

PATIENT'S NAME _Daniel Valente_____ DATE _12-2-04_

ADDRESS _____

**Rx**    Zonegran 4mg            #30

Sig. 1/2 - 1 po ghs

LABEL ALL MEDICATIONS
WITH NAME AND STRENGTH

REFILL [ 0 ] [ 1 ] [ PRN ]

☐ CAN A GENERIC BE SUBSTITUTED
☐ DISPENSE AS WRITTEN

DEA # _____

V-0370

Advanced Pain Centers Of Alask
3500 LaTouche Suite 310
Anchorage, Ak 99508
^07-278-2741

SS#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    DOB: 2-17-69
VALENOTE,DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Date 2-7-04 ___     Time 12:15 ___     A.M.    P.M.

*ADDRESSOGRAPH*

1.  I hereby authorize Dr. _Polstm_____
    to perform the following operation or procedure, known as _____

    > Cervical facet joint injection of local anesthetic and/or steroid at Cervical three-four, cervical four-five on the right side with possible moderate sedation

    upon myself or _____
    (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications.

    > Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction, difficulty breathing

3.  I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.  I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____          _____
Patient's Signature                   Witness Signature

_____          _____
Signature of Relative Responsible for Patient     Relationship to Patient

---

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

03/10/03

**V-0371**