## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 12/29/2004

**SUBJECTIVE:** This patient returns with worsening headaches and neck pain. The patient states the pain is radiating down her arm. She says it is similar to her pain that was relieved somewhat by the cervical epidural. She states it is predominantly in the right arm and scapula, also goes into the left elbow, down into the index finger and thumb. Sensation is otherwise intact. Reflexes are intact in the upper extremity.

**ASSESSMENT:** Cervical discogenic pain with radicular pain.

**PLAN:** I would like to change the planned facet injection for the patient. Due to the increased radicular symptoms, would like to perform a cervical epidural steroid injection. The risks, benefits, and alternatives of this reviewed. The patient reports that the Vicodin is helping somewhat but is not quite as effective. I would like to increase to 7.5 per 500 one p.o. t.i.d.; 90 were given. She was due for a refill of the Vicodin at this time anyway.

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 12/30/2004
DT: 12/30/2004
JOB #: 411514

V-0372

SS# 59_-16-7361    DOB: 2-17-69
VALENOTE, DANIELA

DEC 2 9 2004

**Advanced Pain Centers of Alaska**
1917 Abbott Road, Suite 100, Anchorage 99507
**Patient Visit Form**

Date _____

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 150/90 Pulse 80 Temp 98.8 Resp 16 |
| | Ht (Initial visit) _____ Wt (Every visit) 149 |

Reason for Visit: RV. Discuss Botox, Vicodin
not helping c headache

Allergies _NKA_    Medications _Vicodin_    Other Physicians: _____

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)

| Location: 1 2 3 4 5 6 7 8 ⑨ 10   Neck | 1 2 3 4 5 6 7 8 ⑨ 10   LBP | 1 2 3 4 5 6 7 8 ⑨ 10   M.D Back |
|---|---|---|
| Type: aching | aching | aching |
| Radiation: all over | all over | |
| Continuous or | | |
| Intermittent: | | |

What makes pain worse? _movement_    Better? _Nothing_
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____    Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _A. Lori Rena_

**Physician Notes:**
Gen

411514

MS:    Palpation:    Spring:    Vicodin    7.1/m
       ROM:
OS+gaard:    Flare:    tol

Neuro:    Gait

      Motor power – UE    LE

      Sensory – LT    PP    vib

      Slump testing  R    L    SLR    R    L    Cesi

      Impression

Notes:

V-0373

Procedure To Be Scheduled: _____    PT/Trombley: _____
Diagnostic Studies _____    Pt to return _____
MD signature _____    Dictated? ___ Date ___ Time ___



SS#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    DOB: 2-17-69
VALENOTE, DANIELA

Date:    DEC 2 9 2004

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbess, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms
(No Discomfort) ————————————————X———————— Maximum Symptoms
(Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation you experience as a result of the symptoms we are treating you for. Essentially, the question you are answering re is, " How much is your problem limiting what you can do? ".

No Limitations ————————————————X———— Maximum Limitation



**Advanced Pain Centers of Alaska**

GRANT T. RODERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON, M.D.
GREGORY R. POLSTON, M.D.

ADVANCED PAIN CENTERS OF
A L A S K A

3500 LaTouche St., Suite 310 • Anchorage, Alaska 99508 • (907) 278-2741 • Fax (907) 743-8284

PATIENT'S NAME  _Daniela Valente_

ADDRESS _____  DATE _12-29-04_

**Rx**  Vicodin 7.5/500          (#80)
        Sig: T po tid          (eighty)

LABEL ALL MEDICATIONS
WITH NAME AND STRENGTH

| REFILL | 0 | 1 | PRN |

☐ CAN A GENERIC BE SUBSTITUTED
☐ DISPENSE AS WRITTEN

DEA # _B6044481_

V-0375

12/2004

DR. POLSTON,

THANK YOU FOR EXCELLENT CARE,
SUPPORT AND SENSITIVITY! SINCE
I HAVE BEEN SEEING YOU I HAVE
NOTICED IMPROVEMENTS — FIRST
TIME IN 2 YEARS !!!

I HOPE YOU AND YOUR FAMILY
ENJOY THIS SPECIAL TIME
OF YEAR.

May your holidays be bright with happiness
and warm with love.

WISHING YOU THE BEST,
DANIELA VALENOTE

V-0376

ADRIAN,

THE PAIN CENTER & I
AM VERY LUCKY TO HAVE
YOU AS MY NURSE!
YOU'RE THE BEST ☺!
I SINCERELY APPRECIATE
YOU, THANKS SO MUCH!

WISHING YOU AND YOUR
FAMILY A VERY MERRY
CHRISTMAS & HAPPY
NEW YEAR.

DANIELA VALENOTE

12/2004



V-0377

12/2004

JULIAN,

IT'S EASIER TO GO INTO &
OUT OF PROCEDURES
WHEN THERE IS SOMEONE
LIKE YOU TO HELP ME THRU
IT. THANK FOR YOUR
EXCELLENT CARE AND
SUPPORT!

WISHING YOU & YOUR
FAMILY THE BEST,

DANIELA VALENOTE



A warm
and friendly wish
for a very
happy holiday!

V-0378

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

**DATE:** 01/03/2005

**PERFORMED BY:**  Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:**

**POSTPROCEDURE DIAGNOSIS:**

**PROCEDURE PERFORMED:**

**MEDICATION INJECTED:**

**ANESTHESIA:**  Versed 1 mg and 50 mcg fentanyl.

**COMPLICATIONS:**  None.

**PREPROCEDURE DIAGNOSES:**
1. Cervical degenerative disk disease.
2. Right trochanteric bursitis.

**POSTPROCEDURE DIAGNOSES:**
1. Cervical degenerative disk disease.
2. Right trochanteric bursitis.

**PROCEDURES PERFORMED:**
1. Cervical epidural steroid injection.
2. Right trochanteric bursa injection.

**V-0379**

**INDICATIONS:**
1. This patient complains of right bursa pain.  It is centered over the right trochanteric bursa. She has had relief with trochanteric bursa injections.
2. The patient complains of chronic neck pain, headaches, and pain radiating predominantly down the right arm.  She is here for a cervical epidural steroid injection.

**PROCEDURE:**  Risks, benefits, alternatives were reviewed for both procedures.  The patient voiced understanding and wished to proceed.  The patient was brought into the procedure room after an IV was started.  Patient was placed in a left lateral decubitus position.  The skin was prepped with alcohol.  A 25-gauge, 3-1/2-inch spinal needle was taken down to the trochanteric bursa in a fan-like manner.  A total of 10 cc of solution was injected with 5 mL of 2% lidocaine, 4 mL of 0.5% bupivacaine, and 1 mL of triamcinolone.  The needle was removed.  The patient tolerated the procedure.  Next, the patient was placed in a prone position.  The back of the neck

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

was prepped with Betadine x 3. The C7-T1 interlaminar space was identified. A sterile drape was applied. A 1% lidocaine skin wheal was raised over the lamina. The 20-gauge, 3-1/2-inch Tuohy epidural needle was directed under fluoroscopic guidance into the posterior epidural space with loss of resistance to normal saline and air. The needle position was confirmed with PA and lateral views. Under live fluoroscopy, 1 mL of Omnipaque 240 showed spread of dye in posterior epidural space. Then, 1 mL of 1% lidocaine was injected and one minute passed. The patient then had 4 mL of solution injected with 12 mg betamethasone and 2 mL of 0.2% ropivacaine. The needle was removed. The patient tolerated the procedure. The patient was taken to the recovery room in stable condition. There was no neurologic or hemodynamic difficulties. Discharge instructions were reviewed for both procedures. The patient will be seen back in approximately three weeks.

REPORT DICTATED BUT NOT READ

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 01/03/2005
DT: 01/03/2005
JOB #: 425859

V-0380



ADVANCED PAIN CENTERS OF
A L A S K A

1917 Abbot Road, Suite 100
Anchorage, AK 99707

SS#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    DOB: 2-17-69
VALENOTE,DANIELA

Date: _____ JAN 0 3 2005

# Patient Procedure Visit

Referring Doctor: _____

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____Husband_____ in wait area? __4__ Phone # (if not) _____
Vital Signs  B/P _128/84_  Pulse _65_  Temp _98.5_  Resp _16_  O2 Sat _____
NPO? _+8hour_  Pain Level _7_ /10  Location of pain _____
Allergies _Norflex, ultram, allegra, prilosec, nexium, zyrtec, trazedan___

Current Medications and time taken : _Vicodin_____

_____

_____

_____

Time medication last taken: _____

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____    H & P and Systems Review: _Yes_
Time: _10:47_  Preoperative Diagnosis: _① cervical DDD_
Any changes in medical status: _no_  _② ® thoracic burn_

| MD Signature |
| --- |

Post Procedure Note:   Postoperative diagnosis: _same_
Procedure performed: _① CESI    ② ® thoracic burn_
Complications: _0_

_425459_

Sedation given: _Versed 1mg Fentanyl 50mg_
Dictation (if not today, give date) _____

| MD Signature |
| --- |

10/29/04

**V-0381**

## ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS#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    DOB: 2-17-69
VALENOTE, DANIELA

### PRE-PROCEDURE

DATE: JAN 0 3 2005    TIME: 930 (AM)/ PM    NPO STATUS: + 8hour

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed

Allergies: Norflex
Current Medications: Vicoden

Previous Complications from Surgery/Anesthesia: (None) Reported
Comfort: No Pain / Pain)  Location:    Intensity: 10

| Time | IV TYPE |
|------|---------|
| 940 | 22ML (L) wrist |

Review of Diagnostic Data: (Yes)
Patient Appropriate Candidate: (Yes)  ☐ No
ASA Classification  1  2  3  4  5  E
Assessment reviewed and all meds. Given per verbal order of MD

Anesthesia Plan: ☐ Sedation (IV)/ PO / IM
☐ Local  ☐ No Sedation

PHYSICIAN SIGNATURE:

### PROCEDURE

Procedure: Bilateral L5 SI PSI
MD: Johnson
NIBP: R (L) Arm / Leg  Pulse Oximeter (R)/L  (Hand)/ Foot
Pt. Pos: R / L  Lateral  Supine  (Prone)  Other

READY TIME: 945
START: 1035
END: 1045
Grounding Pad Site:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| 35 | Fenta | 50mg | IV | 1 | A | Cafee |
| 35 | Versed | 1mg | IV | 1 | A | Cafee |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Notes:

V-0382

| | Baseline | Vital Statistics Q 5 min. | | | | | |
|---|---|---|---|---|---|---|---|
| Time | 935 | 1035 | 1040 | | | | |
| B/P | 128/84 | 147/95 | 131/85 | | | | |
| P | 68 | 68 | 88 | | | | |
| EKG | | | | | | | |
| *Resp. Rate/Qual | 16 | 18 / | 14 / | / | / | / | / |
| Sat% | | 100% | 96% | | | | |

| ALDRETE | | | | | | |
|---|---|---|---|---|---|---|
| **Activity | 2 | 2 | 2 | | | |
| **Resp. | 2 | 2 | 2 | | | |
| **Circ. | 2 | 2 | 2 | | | |
| **L.O.C. | 2 | 2 | 2 | | | |
| **Oxygenation | 2 | 2 | 2 | | | |
| O2/NC | 2 | | | | | |

Key on back    ☐ Vital signs continue on page #2

Protective Reflexes: ☑ Yes    ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used: ☐ Yes  ☑ No  If yes, why?    Photos Taken: ☑ Yes  ☐ No
Other Complications:

Post-Procedure Report Given to:    By: (Procedure RN)  Time 1045

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS#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    DOB: 2-17-69
VALENOTE,DANIELA

DATE: JAN 0 3 2005

### Vital Statistics Q 5 min.

| VITALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | |
| B/P | | | | | | | | |
| P | | | | | | | | |
| EKG | | | | | | | | |
| *Resp. Rate/Qual | / | / | / | | / | / | / | |
| Sat% | | | | | | | | |

| ALDRETE | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Activity | | | | | | | |
| **Resp. | | | | | | | |
| **Circ. | | | | | | | |
| **L.O.C. | | | | | | | |
| **Oxygenation | | | | | | | |
| O2/NC | | | | | | | |

Admission Temperature: 98.5    Discharge Temperature: 98.4

## ALDRETE SCORING

Pre Procedure BP: 128/84

| ACT | | | Post | 15 | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|---|
| | Can move 4 Extremities | =2 | | | | | | |
| | Can move 2 Extremities | =1 | | | | | | |
| | Can move 0 Extremities | =0 | 2 | 2 | | | | |
| RESP | Able to DB&C | =2 | | | | | | |
| | Dyspnea/Limited | =1 | 2 | 2 | | | | |
| | APNEA | =0 | | | | | | |
| CIRC | BP+/-20 Baseline | =2 | | | | | | |
| | BP+/-20-50 Baseline | =1 | 2 | 2 | | | | |
| | BP+/-50 Baseline | =0 | | | | | | |
| LOC | Fully Awake | =2 | | | | | | |
| | Arousable | =1 | 2 | 2 | | | | |
| | Not Responding | =0 | | | | | | |
| OXYGEN | Able to Mainain O2 Saturation > 92% on room air | =2 | | | | | | |
| | Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | 2 | 2 | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| | Totals: | | 10 | 10 | | | | |

Discharge criteria met at (Aldrete Score of 8 or Above) Time: 1105

RN Signature:

## VITAL SIGNS Q 15 MIN.

| TIME | 1055 | 1100 | 1105 | | | |
|---|---|---|---|---|---|---|
| B/P | 122/84 | 122/80 | 120/88 | | | |
| P | 60 | 68 | 67 | | | |
| Resp. Rate | 14 | 14 | 14 | | | |
| Resp. Qual | n | n | n | | | |
| Sat% | 98 | 99 | 98 | | | |
| CO2% | | | | | | |
| L.O.C. | 2 | 2 | 2 | | | |
| O2 | | | | | | |

I.V.: (Type/Amt)                    Site: ISWrist
Appear: ☑ Patent  ☐ Infiltrated  ☐ Red
Comfort: No Pain / Pain  Location:    Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

## DISCHARGE PLANNING

| OUTPATIENT: | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | ☑ | |
| 2. Vital signs stable including temperature. | ☑ | |
| ...ence of respiratory distress. | ☑ | |
| ...flow, cough, and gag reflex present. | ☑ | |
| 5. ...minimal nausea and vomiting. | ☑ | |

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents. | | N/A |
| 7. Alert & oriented with adequate muscular strength. | ☑ | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | ☑ | |

Transported via wheelchair, ambulatory to awaiting vehicle with staff.  Time: 1110

V-0383

ADVANCED PAIN CENTERS OF
**A L A S K A**

SS#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    DOB: 2-17-69
VALENOTE, DANIELA

Date: **JAN 0 3 2005**

Reviewed By: _____

## POST INJECTION EVALUATION

| | | | | |
|---|---|---|---|---|
| ☐ Medial Branch Block | *Cervical* | *Thoracic* | *Lumbar* |
| ☐ Facet Joint Injection | *Cervical* | *Thoracic* | *Lumbar* |
| ☐ Selective Epidural Injection | *Cervical* | *Thoracic* | *Lumbar* |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: _____ | | | |

**PHYSICIAN:**    DR. JACONETTE    (DR. POLSTON)    DR. RODERER    DR. STINSON

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment. You may fax this evaluation to **743-8284**.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | HIP (4/10) | CERVICAL (5/10) | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |

**Rate your pain while still in the center** (circle one)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | HIP (4/10) | CERVICAL (5/10) | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |

e your pain one hour after the procedure (time) 12⁰⁰ (circle one)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | # (5/10) | (6/10) | 7/10 | 8/10 | 9/10 | 10/10 | No relief |

**Rate your pain 2 hours after the procedure (time)** 1⁰⁰ (circle one)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | # (5/10) | (6/10) | 7/10 | 8/10 | 9/10 | 10/10 | No relief |

**Rate your pain 3 hours after the procedure (time)** 2⁰⁰ (circle one)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | # (5/10) | 6/10 | 7/10 | (8/10) | 9/10 | 10/10 | No relief |

**Rate your pain 4 hours after the procedure (time)** 3⁰⁰ (circle one)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | # 6/10 | (7/10) | (8/10) | 9/10 | 10/10 | No relief |

**Rate your pain 5 hours after the procedure (time)** 4⁰⁰ (circle one)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | # 6/10 | (7/10) | (8/10) | 9/10 | 10/10 | No relief |

**Rate your pain 6 hours after the procedure (time)** 5⁰⁰ (circle one)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | # (5/10) | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |

e your pain 3 days after the procedure (time) _____ (circle one)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | # (5/10) | (6/10) | 7/10 | 8/10 | 9/10 | 10/10 | No relief |

**Rate your pain 7 days after the procedure (time)** _____ (circle one)

8/16/2004

V-0384

SS#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    DOB: 2-_-69
VALENOTE, DANIELA

**OCEDURE REMINDER**
**ADVANCED PAIN CENTERS OF ALASKA**

Procedure: (R) Cervical facet @ C3-4, C4-5

Date/Time: 1/03 @ 930        Pt. Appt:_____ @_____

Pre-Op Visit:_____ @_____        Allergies: Norflex_____

Contact Phone Number on Procedure Date:_____

Interpreter Scheduled, if Needed:    Yes   (No)   Language: English/_____

Nothing to eat or drink ~~after~~ 8 hours prior_____ am/pm prior to procedure.

Arrive at: (APCA) / PROV / ARH / HEALTHSOUTH    @ 930 (am)/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to**
**your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication:_____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: c̄ sips of water_____

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No) Yes    If Yes, list testing required:_____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions_____

V-0385

FEMALE PATIENTS: I am not pregnant _____    _____
                                   Signature              Date 12-07-04

Reviewed by _____    Patient: _____    Date: 12-07-04

SS# 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 DOB 02/17/1969
VALENOTE, DANIELA



**PROCEDURE REMINDER**
**ADVANCED PAIN CENTERS OF ALASKA**

Procedure: _Cervical ESI_

Date/Time: _1/3/05 @ 9:30_          Pt. Appt: _____ @ _____

Pre-Op Visit: _____ @ _____          Allergies: _Norflex_

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:    Yes   (No)   Language: _English/_

Nothing to eat or drink ~~after~~ _8 hours prior_ _____ am/pm prior to procedure.

Arrive at: (APCA)   PROV   / ARH /  HEALTHSOUTH      @ _9:30_ (am)/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: _ESi ps of water_

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No)   Yes    If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions _____

V-0386

FEMALE PATIENTS:  I am not pregnant X _Daniela C. Vaitt_        X _12-29-04_
                                              Signature                              Date

Reviewed by: _Adri Len_        Patient: X _Daniela C. Vaitt_   Date: X _12-29-04_



SS# 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  DOB  02/17/1969
VALENOTE, DANIELA

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?              Yes        (No)

I, _Daniela C. Valenote_____, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.


☒ I verify that I am NOT pregnant.

_____                    __01/03/05_____
Patient Signature                                Date


V-0387


ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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  DOB  02/17/1969
VALENOTE, DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 1·3·05          TIME: 950          (A.M.) P.M.

1.   I hereby authorize Dr. Olsten
     to perform the following operation or procedure, known as

     Injection of local anesthetic and/or steroid to the cervical facets at cervical three-four, and cervical
     four-five on the right side with possible moderate sedation

     upon myself or _Daniela C Valenote_
                          (NAME OF PATIENT)

2.   The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and
     benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results
     or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

     Bleeding, numbness, bruising, worsening of pain, no pain relief, drug reaction.

3.   I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem
     necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance
     of services involving pathology and radiology and I hereby consent thereto.

4.   I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or
     different procedures than those in paragraph one. I therefore further authorize and request that the above named physician
     perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this
     paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.   I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.   I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced
     Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use
     the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND
THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR
POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE
PROCEDURE.**

_____                    _____
Patient's Signature                        Witness Signature

_____                    _____
Signature of Relative Responsible for Patient    Relationship to Patient

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards,
complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

                         _____
                         Physician's Signature            V-0388

1/3/2005

Advanced Pain Centers Of Alaska
3500 LaTouche Suite 310
Anchorage, Ak 99508
907-278-2741

SS# 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 DOB 02/17/1969
VALENOTE, DANIELA

## ONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Date 12-28-04        Time 4:08        A.M.    P.M.

1.  I hereby authorize _Dr. Polson_ _____ M.D.
    to perform the following operation or procedure, known as

    | Cervical epidural injection of Local Anesthetic and/or Steroid, with moderate sedation |
    |---|

    upon myself or _____
                        (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications.  

    | Local bruising, infection, numbness, swelling, nerve damage, pain, increased pain, no pain relief, drug reaction, bladder dysfunction, sexual dysfunction, loss of consciousness, paraplegia, quadriplegia, death |
    |---|

3.  I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

    I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.  I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____        _____
Patient's Signature                      Witness Signature

_____        _____
Signature of Relative Responsible for Patient        Relationship to Patient

| I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s). |
|---|
| _____ |
| Physician's Signature |

03/10/03

V-0389

Advanced Pain Centers Of Alaska
3500 LaTouche Suite 310
Anchorage, Ak 99508
907-278-2741

**CONSENT TO OPERATION, ADMINISTRATION OF
ANESTHETICS AND THE RENDERING OF
OTHER MEDICAL SERVICES**

SS# 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  DOB 02/17/1969
VALENOTE, DANIELA

Date Jan 3 2006     Time 950     A.M.  P.M.

1.    I hereby authorize Dr. __Tolston__
      to perform the following operation or procedure, known as
      
      Injection of local anesthetic and/or steroid at the hip bursa in the right hip, with possible moderate sedation moderate
      sedation
      
      upon myself or __Daniela C. Valenote__
                         (NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant
      risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been
      made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of
      risks and complications.
      
      Local bruising, infection, numbness, swelling, nerve damage, worse pain, drug reaction

3.    I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they
      may deem necessary and reasonable, including but not limited to the administration and maintenance of
      anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.
      
      I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different
      procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named
      surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority
      granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning
      of the operation.

5.    I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of
      APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared
      therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical
      education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.
I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL
COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

Patient's Signature                                      Witness Signature

Signature of Relative Responsible for Patient            Relationship to Patient

**V-0390**

I hereby acknowledge that I have explained to the patient or responsible representative the material risks,
hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or
procedure(s).

                                          Physician's Signature

03/10/03



ADVANCED PAIN CENTERS OF
A L A S K A

SS#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    DOB: 2-17-69
VALENOTE,DANIELA

## DISCHARGE INSTRUCTIONS

**Place Patient Sticker here**

**The following discharge instructions are given for your care at home. Please follow the checked instructions.**

### Procedure

☐ Discogram
☐ Epidural Steroids
☑ Facet Blocks

☐ Selective Nerve Root Block
☐ Stellate Ganglion Block
☐ Trigger Point Injections

☐ Lumbar Sympathetic Block
☐ SI Joint Injection
☐ Other

### Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
Other:_____

### Medications

☐ Take prescriptions as ordered
  a. _____
  b. _____
  c. _____

☐ Prescription/Medication given to patient or responsible person
☑ Resume medicine as taken at home

### Additional Information

☑ Remove Band-Aids today.
☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☑ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____ .
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
Patient/family instructed in alternative measures to relieve pain:  ☐ Cold Packs  ☐ Hot Packs  ☐ Massage
  ☐ Position changes  ☐ Distraction  ☐ Breakthrough pain interventions  ☐ Relaxation  ☐ Guided ima

**V-0391**

Reviewed with Patient by:_____   Date:_____   JAN 0 3 20[

Patient Signature:_____   Physician Signature:_____

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 01/18/2005

**SUBJECTIVE:** This patient returns after a cervical epidural steroid injection on the 3rd of January. She reports 10% to 15% pain relief for approximately 5 days. She continues to complain of significant pain in her head, her arms, her thoracic area, her low back and legs and buttocks and feet. The patient states that the thoracic pain is approximately at the level of her bra strap. It radiates towards the right and left sides. The patient states she continues also to have pain in a band-like manner across the back of the neck at the base and the base of the skull and on the right side of her face. The patient reports that the Vicodin is helping somewhat. She is having no significant side effects. She rates her thoracic pain is at worst 7/10. She reports no new trauma or any recent fevers, chills, or night sweats.

**OBJECTIVE:** Blood pressure is 140/80, pulse is 80, temperature 96.1, respirations are 16, and she weighs 146 pounds. Her neck pain is 6/10, low back 5/10, thoracic 7/10. She has tenderness to palpation approximately T5-T6 in the midline. Side-bending and rotation increase pain and cause pain radiating to both sides. Sensation is intact to light touch and pinprick. The chest is clear to auscultation. There is no change in the lower extremity exam.

**ASSESSMENT:** New thoracic diskogenic pain.

**PLAN:**
1. I would like to obtain a thoracic plain film.
2. I would like perform a thoracic epidural steroid injection approximately at the T5-T6 level. The risks, benefits and alternatives to this injection were discussed. The patient voiced understanding and wished to proceed. In the physical exam the patient was noted to have kinesiology tape. The patient requested that I take this off. She says this has been on for approximately one day and was causing her significant pain. Dr. Lorentzen had put this on in hopes of providing her with more mechanical support. It was certainly a very good idea but the patient currently is not able to tolerate this. I would return her back to his care in regard to this.
3. Last, I would like to consider obtaining some psychiatric testing to see if there is any further interventions that we may be able to provide through this avenue. I will discuss this patient with this at our next visit.

**V-0392**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  01/24/2005
DT:  01/24/2005
JOB #:  25278

cc:     Peter Lorentzen, D.C.

**V-0393**

**Advanced Pain Centers of Alaska**
1917 Abbott Road, Suite 100, Anchorage 99507
**Patient Visit Form**

SS#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    DOB: 2-17-69
VALENOTE, DANIELA

Date    **JAN 18 2005**

<u>If patient is from out of Anchorage, local or cell-phone number</u>

| Vital Signs: | B/P 148 87 Pulse 80 Temp      Resp 16 |
| | Ht (Initial visit)    Wt (Every visit) 146.8 |

Reason for Visit: _Rd $\bar{p}$ procedure. areas of body_
_today feels tender_

Allergies _Nor flex_    Medications _____    Other Physicians: _____

**Medication Refill Request:** _____
**Pharmacy** Patient uses (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)

|  | 1 2 3 4 5 6(7)8 9 10 | 1 2 3 4(5)6 7 8 9 10 | 1 2 3 4 5 6(7)8 9 10 |
|---|---|---|---|
| Location: | Neck | LBP | mid aspect |
| Type: | Burning | Shooting heavy | tired pinching |
| Radiation: | $\downarrow$ ® side arm thoraca $\downarrow$ leg | | $\downarrow$ |
| Continuous or Intermittent: | | Cont | ent |

What makes pain worse? _____    Better? _____
Any procedure since last visit, and what was it? ® Cervical facet C3,4
% Relief from that procedure _10-20-15%_ Any neg side effects? _pain his_
_x 5 days_

Other pertinent information/education needs _____

_____
Signature (all clinical care providers) _Anne Rose_

**Physician Notes:**
Gen

MS:    Palpation:    Spring:
ROM:
OS+gaard:    Flare:

Neuro:    Gait

Motor power – UE    LE

Sensory – LT    PP    vib

Slump testing  R    L    SLR    R    L

Impression

Notes:

**V-0394**

**Procedure To Be Scheduled:** _____    PT/Trombley: _____
**Diagnostic Studies** _____    Pt to return _____
**MD signature** _____    Dictated? _____ Date _____ Time _____



SS#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    DOB: 2-17-69
VALENOTE,DANIELA
Name:_____
Date:_____

JAN 1 8 2005

Please fill in your area(s) of discomfort/symptoms. Do not use circles or X's, instead, color in the area(s) with a red pen, as if you were drawing in a children's coloring book. Be as precise as you can about the exact area the symptoms occupy and what their boundaries are. Write in descriptive words where necessary (dull, sharp, better, worse, numbness, tingling, etc.). This form is a tool for you to communicate with us about progress and changes in your condition.



Rate your symptoms: Please make an X mark on the line below which corresponds to the degree of your present complaints. This value will be measured and charted on a graph to help us keep track of how you are progressing.

No Symptoms (No Discomfort) |————————————X————————| Maximum Symptoms (Maximum Discomfort)

Affective scale: On the next line please make a mark which corresponds to the degree of functional limitation u experience as a result of the symptoms we are treating you for. Essentially, the question you are answering e is, " How much is your problem limiting what you can do? ".

No Limitations |————————————X————| Maximum Limitation

V-0395

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

**DATE:**  01/24/2005

**PERFORMED BY:**  Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:**  Thoracic diskogenic pain.

**POSTPROCEDURE DIAGNOSIS:**  Thoracic diskogenic pain.

**PROCEDURE PERFORMED:**

**MEDICATION INJECTED:**

**ANESTHESIA:**  One mg Versed, 50 mcg of fentanyl.

**COMPLICATIONS:**  None.

**PROCEDURE:**  Thoracic epidural steroid injection at T6-7.

**INDICATIONS:**  This patient complains of band-like pain at approximately T5-6 in the thoracic spine.  She is here for a thoracic epidural steroid injection.

**PROCEDURE:**  Risks, benefits and alternatives were reviewed.  The patient voiced understanding and wished to proceed.  The patient was otherwise in good health.  There were no contraindications to performing the procedure.  An IV was started.  The patient was brought back to the procedure room and placed in a prone position.  The back was prepped with Betadine x3 and a sterile drape was applied; 0.1% lidocaine skin level was raised over the T6-7 interlaminar space and a 20-gauge 3.5-inch Tuohy epidural was directed into the posterior epidural space without paresthesia, heme or CSF.  One cc of Omnipaque 240 in the lateral view showed spread of dye in the posterior epidural space.  Then in the AP view another additional 1 cc showed spread of dye approximately up to T4-5 and down to T8-9.  Then 4 cc of solution were injected with 15 mcg of betamethasone and 2 cc of 0.2% ropivacaine.  The needle was removed.  The patient tolerated the procedure.  The patient was taken back to the recovery room in stable condition.  There was no neurologic or hemodynamic difficulties.  The patient had her Vicodin renewed.  She states that she is not getting as much relief with her Vicodin for her headaches and I would like to begin Kadian 20 mg one q.d.  She will continue on the Vicodin 7.5/500 one p.o. t.i.d. p.r.n., 90 tablets was given.  She was given a two-week supply of the Kadian and we discussed the risks, benefits and alternatives of long-acting opiates with both her and her husband.  The the patient was also given literature and DVDs for ANS and Medtronics spinal cord stimulation.

V-0396

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROCEDURE NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  01/24/2005
DT:  01/25/2005
JOB #:  27471

V-0397



ADVANCED PAIN CENTERS OF
A L A S K A

1917 Abbot Road, Suite 100
Anchorage, AK 99707

Valenote, Daniela

Date: _____ JAN 2 4 2005 _____

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____ Husband _____ in wait area? _yes_ Phone # (if not)_____
Vital Signs  B/P _118/76_ Pulse _78_ Temp _98.1_ Resp _14_ O2 Sat_____
NPO? _+ 8hours_ Pain Level _8_ /10  Location of pain _____
Allergies _Nonflex_ _____

Current Medications and time taken : _ultram · allegra · prilosec · nexium_
_zyrtec · trazadone · vicoden_

_____

me medication last taken: _____

Nursing Comments: _Pain in neck + shoulders_

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____ H & P and Systems Review: _____
Time: _____ Preoperative Diagnosis: _____
Any changes in medical status: _____

|  |
| MD Signature |

Post Procedure Note:    Postoperative diagnosis: _____
                         Procedure performed: _+ ESI_
                         Complications: _____

                         Sedation given: _Fenta 50mcg Versed 1mg_
                         Dictation (if not today, give date)_____

|  |
| MD Signature |

10/29/04                 V-0398

ADVANCED PAIN CENTERS OF
**A L A S K A**

Date: **JAN 2 4 2005**

Reviewed By: _(signature)_

**PHYSICIAN:** DR. JACONETTE    (DR. POLSTON)    DR. RODERER    DR. STINSON

| | PATIENT NAME: |
|---|---|
| | Valenote, Daniela |

### POST INJECTION EVALUATION

☐ Medial Branch Block — *Cervical    Thoracic    Lumbar*
☐ Facet Joint Injection — *Cervical    Thoracic    Lumbar*
☐ Selective Epidural Injection — *Cervical    Thoracic    Lumbar*
☐ SI Joint Injection
☐ Hip Joint Injection
☐ Other:

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment. You may fax this evaluation to **743-8284**.

_Handwritten: THE PRESSURE FROM MY HEADACHE WAS SO GREAT IT WAS HARD TO EVALUATE THE BENEFIT FROM THIS PROCEDURE._

No pain  0/10  1/10  2/10  (3/10)  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **while still in the center** (circle one)

No pain  0/10  1/10  2/10  (3/10)  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **one hour after the procedure** (time) _200_  (circle one)

No pain  0/10  1/10  2/10  (3/10)  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **2 hours after the procedure** (time) _300_  (circle one)

No pain  0/10  1/10  2/10  (3/10)  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **3 hours after the procedure** (time) _400_  (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **4 hours after the procedure** (time) _500_  (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **5 hours after the procedure** (time) _600_  (circle one)

No pain  0/10  1/10  (2/10)  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **6 hours after the procedure** (time) _700_  (circle one)

No pain  0/10  1/10  2/10  (3/10)  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **3 days after the procedure** (time) _11:30AM_  (circle one)

No pain  0/10  1/10  2/10  3/10  (4/10)  5/10  6/10  7/10  8/10  9/10  10/10  No relief
Rate your pain **7 days after the procedure** (time) _2:30PM_  (circle one)

V-0399

8/16/2004

SS# 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 DOB 02/17/196
VALENOTE, DANIELA

Dr. *Polstm*
*BCBS*

## PROCEDURE REMINDER
## ADVANCED PAIN CENTERS OF ALASKA

Procedure: _Thoracic ESI_

Date/Time: _1/24/05_ @ _12:30_          Pt. Appt: _____ @ _____

Pre-Op Visit: _____ @ _____          Allergies: _Norflex_

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:   Yes   (No)  Language: _English/_

Nothing to eat or drink ~~after~~ _8 hours prior_ _____ am/pm prior to procedure.

Arrive at: (APCA)  PROV / ARH / HEALTHSOUTH     @ _12:30_  am/(pm)

**If you are scheduled for a Discogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: _C Sips of water._

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No)   Yes   If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.
- ~~Other~~ Instructions _____

V-0400

FEMALE PATIENTS: I am not pregnant X _____     X _01/18/05_
                                   Signature                   Date

Reviewed by: _____   Patient: X _____   Date: _01/18/05_



ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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 DOB 02/17/1969
VALENOTE, DANIELA

**CONSENT TO OPERATION, ADMINISTRATION OF
ANESTHETICS AND THE RENDERING OF
OTHER MEDICAL SERVICES**

Date 1-18-05        Time 2:31        A.M.    (P.M.)

1.    I hereby authorize Dr. Polston
to perform the following operation or procedure, known as _____
- Thoracic epidural injection with local anesthetic and/or steroid; with moderate sedation

upon myself or _____
(NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications. Bleeding, Worse pain, Numbness, Bruising, Infection, Weakness, Paralysis, Nausea/vomiting,

3.    I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.    I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.    I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.
I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL
COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____        _____
Patient's Signature                Witness Signature

_____        _____        **V-0401**
Signature of Relative Responsible for Patient        Relationship to Patient

_____ hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

03/10/03