# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

Valenole, Daniela

### PRE-PROCEDURE

DATE: JAN 2 4 2005    TIME: 12³⁹ AM / PM    NPO STATUS: + 8 hour

☒ Consent Stating "Procedure w / conscious Sedation" Signed        ☐ H&P Reviewed

Allergies: Noxdler
Current Medications: See chart 1.24.05

Previous Complications from Surgery/Anesthesia: ☐ None Reported

Comfort: No Pain / Pain    Location:        Intensity:  ♉

| Time | IV TYPE | Review of Diagnostic Data: ☒ Yes |
|------|---------|------------------------------------|
| 1240 | 22HL  Wurist | Patient Appropriate Candidate: ☒ Yes  ☐ No |

ASA Classification:  1  2  3  4  5  E

Assessment reviewed and all meds. Given per verbal order of MD

Anesthesia Plan: ☒ Sedation  ☐ IV  ☐ PO / IM
☐ Local  ☐ No Sedation

PHYSICIAN SIGNATURE: ✓

### PROCEDURE

Procedure: Thoracic ESI

MD: Polston

READY TIME: 1245    START: 13/0    END: 13/8

Grounding Pad Site:

NIBP:  R / L  Arm / Leg    Pulse Oximeter: R / L  Hand / Foot
Pt. Pos:  R / L  Lateral  Supine  Prone  Other

Notes:

| TIME | MEDS | DOSE | ROUTE | *Response Loc | *Response Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| 0 | Fenta | 50mcg | IV | / | A | Cafe |
| 10 | Versed | 1mg | IV | / | A | Cafe |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

#### Vital Statistics Q 5 min.

|   |   | Baseline |   |   |   |   |   |   |
|---|---|----------|---|---|---|---|---|---|
| V | Time | 1235 | 13/0 | 1315 | | | | |
| I | B/P | 118/7₆ | 147/89 | 138/86 | | | | |
| T | P | 7₈ | 81 | 8₈ | | | | |
| A | EKG | — | | | | | | |
| L | *Resp. Rate/Qual | 14 | 14/ | 14/ | / | / | / | / |
| S | Sat% | — | /00% | 94% | | | | |
| A | **Activity | 2 | 2 | 2 | | | | |
| L | **Resp. | 2 | 2 | 2 | | | | |
| D | **Circ. | 2 | 2 | 2 | | | | |
| R | **L.O.C. | 2 | 2 | 2 | | | | |
| E | **Oxygenation | 2 | 2 | 2 | | | | |
| T | O2/NC | ∅ | ∅ | | | | | |
| E |   |   |   |   |   |   |   |   |

V-0402

Key on back        ☐ Vital signs continue on page #2

Protective Reflexes:  ☒ Yes    ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used:  ☐ Yes  ☒ No  If yes, why?        Photos Taken:  ☒ Yes  ☐ No

Other Complications:

Post-Procedure Report Given to:        By C. Verosen (Procedure RN)  Time 13/8

## ADVANCED PAIN CENTERS OF ALASKA
### CONSCIOUS SEDATION / NURSING RECORD

Valenote, Daniela

**DATE:** JAN 2 4 2005

### Vital Statistics Q 5 min.

| VITALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | |
| B/P | | | | | | | | |
| P | | | | | | | | |
| EKG | | | | | | | | |
| *Resp. Rate/Qual | / | / | / | / | / | / | / |
| Sat% | | | | | | | | |

| ALDRETE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity | | | | | | | | |
| **Resp. | | | | | | | | |
| **Circ. | | | | | | | | |
| **L.O.C. | | | | | | | | |
| **Oxygenation | | | | | | | | |
| O2/NC | | | | | | | | |

Admission Temperature: 98.1    Discharge Temperature: 98.2

### ALDRETE SCORING

Pre Procedure BP: 118/76

| ACT | | | Post 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| | Can move 4 Extremities | =2 | | | | | |
| | Can move 2 Extremities | =1 | 2 | 2 | | | |
| | Can move 0 Extremities | =0 | | | | | |
| RESP | Able to DB&C | =2 | | | | | |
| | Dyspnea/Limited | =1 | 2 | 2 | | | |
| | APNEA | =0 | | | | | |
| CIRC | BP+/-20 Baseline | =2 | | | | | |
| | BP+/-20-50 Baseline | =1 | 2 | 2 | | | |
| | BP+/-50 Baseline | =0 | | | | | |
| LOC | Fully Awake | =2 | | | | | |
| | Arousable | =1 | 2 | 2 | | | |
| | Not Responding | =0 | | | | | |
| OXYGEN | Able to Maintain O2 Saturation > 92% on room air | =2 | 2 | 2 | | | |
| | Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | |
| | Totals: | | 10 | 10 | | | |

**Discharge criteria met at** (Aldrete Score of 8 or Above) **Time:** 1340

**RN Signature:**

### VITAL SIGNS Q 15 MIN.

| TIME | 1330 | 1335 | 1340 | | | |
|---|---|---|---|---|---|---|
| B/P | 124/84 | 131/76 | 133/90 | | | |
| P | 75 | 76 | 75 | | | |
| Resp. Rate | 16 | 16 | 16 | | | |
| Resp. Qual | n | n | n | | | |
| Sat% | 100 | 100 | 100 | | | |
| CO2% | | | | | | |
| L.O.C. | 2 | 2 | 2 | | | |
| O2 | Ø | Ø | Ø | | | |

V-0403

I.V.: (Type/Amt)                                    Site: R LMVF
Appear:  ☑ Patent  ☐ Infiltrated  ☐ Red
Comfort: ☑ No Pain ☐ Pain  Location:     Intensity:
I.V. DC'D Intact: ⊗

Variances or Other Problems:

### DISCHARGE PLANNING

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | ✗ | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents ☐ N/A | | |
| 2. Vital signs stable including temperature. | ✗ | | | | |
| ...ence of respiratory distress. | ✗ | | 7. Alert & oriented with adequate muscular strength. | ✗ | |
| ...allow, cough, and gag reflex present. | ✗ | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | ✗ | |
| 5. Minimal nausea and vomiting. | ✗ | | | | |
| ☑ Transported via wheelchair, ambulatory to awaiting vehicle with staff.  Time: 1345 | | | | | |



ADVANCED PAIN CENTERS OF
*A L A S K A*

## DISCHARGE INSTRUCTIONS

*Valenote, Daniela*
**Place Patient Sticker here**

**The following discharge instructions are given for your care at home. Please follow the checked instructions.**

### Procedure

☐ Discogram              ☐ Selective Nerve Root Block        ☐ Lumbar Sympathetic Block
☒ Epidural Steroids  *Thoracic*   ☐ Stellate Ganglion Block          ☐ SI Joint Injection
☐ Facet Blocks           ☐ Trigger Point Injections          ☐ Other

### Diet

☒ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces
   until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☒ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☒ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☒ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:

### Medications

☐ Take prescriptions as ordered        ☐ Prescription/Medication given to patient or responsible person
   a. _____     ☒ Resume medicine as taken at home
   b. _____
   c. _____

### Additional Information

☒ Remove Band-Aids today.
☐ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention
   or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling,
   heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☒ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of
   the anti-inflammatory medication, which was injected.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:   ☐ Cold Packs   ☐ Hot Packs   ☐ Massage
   ☐ Position changes   ☐ Distraction   ☐ Breakthrough pain interventions   ☐ Relaxation   ☐ Guided Imagery

**V-0404**

Reviewed with Patient by: _____        Date: _____ JAN 2 4 2005 ___

Patient Signature: _____        Physician Signature: _____



**Advanced Pain Centers of Alaska**

GRANT T. ROEDERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON, M.D.
GREGORY R. POLSTON, M.D.

3500 LaTouche St., Suite 310 • Anchorage, Alaska 99508 • (907) 278-2741 • Fax (907) 743-8284

PATIENT'S NAME _Daniela Valentte_    DATE _1-24-05_

ADDRESS _____

**Rx**   Vicodin (25/500)        (# 20)
Sig: i po q8°        ninety

LABEL ALL MEDICATIONS
WITH NAME AND STRENGTH

| REFILL | 0 | 1 | PRN |

☐ CAN A GENERIC BE SUBSTITUTED
☐ DISPENSE AS WRITTEN

DEA # _AP6074488_

**V-0405**



**Advanced Pain C    ters of Alaska**

GRANT T. ROE̶ERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON, M.D.
GREGORY R. POLSTON, M.D.

3500 LaTouche St., Suite 310 • Anchorage, Alaska 99508 • (907) 278-2741 • Fax (907) 743-8284

PATIENT'S NAME _Daniela Valente_ DATE _1-24-05_

ADDRESS _____

**Rx**     Kadian   20 g          # 30
              Si̊g: ī pu gd         ( thirty )

LABEL ALL MEDICATIONS
WITH NAME AND STRENGTH

| REFILL | 0 | 1 | PRN |
|--------|---|---|-----|

☐ CAN A GENERIC BE SUBSTITUTED
☐ DISPENSE AS WRITTEN

DEA # _B̷6074788_

V-0406



ADVANCED PAIN CENTERS OF
A L A S K A

### Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes          ( No )

I, _Daniela C. Valenote_ , have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☒ I verify that I am NOT pregnant.

_(signature)_ _____          __01/24/05__ _____
Patient Signature                        Date

**V-0407**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 02/09/2005

**SUBJECTIVE:** This patient reports that the Kadian is helping somewhat take off the ease of the pain. She reports that she has been able to increase her activity but very slightly. The patient reports that the thoracic epidural has helped her thoracic pain approximately 50%. She says it is slightly higher. She is continuing to have significant pain in the back of her head, neck, shoulders, and back and leg pain. The patient is accompanied by her husband. They both have continued questions about long-term planning for her multiple pain complaints.

**OBJECTIVE:** Blood pressure is 120/80, pulse is 88, temperature is 99.0, respirations are 16. She weighs 147 pounds. Neck pain is rated at 8/10, midback at 4/10, leg pain at 7/10 down the right leg. The patient continues to have exquisite tenderness posterior occiput and neck. The patient has allodynia in both arms and thoracic area. On the right side has a positive slump test. Motor strength is symmetric throughout. Palpation of the cervical musculature shows significant spasms.

**ASSESSMENT:**
1. Chronic pain.
2. Cervical degenerative disk disease.
3. Muscle spasm and spasticity.
4. Chronic depression.
5. Right trochanteric bursitis.
6. Muscle spasm.
7. Chronic HA

**PLAN:** 1. I would like to perform a right trochanteric bursa injection. I would like to increase her Kadian to 40 mg po daily. The patient will be scheduled to see Dr. Shirey this week.

2. Pt. has significant cervical strain and spasm. I would like to use Botox for both the HA and spasm.

**V-0408**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  02/12/2005
DT:  02/13/2005
JOB #:  123167

cc:    Peter Lorentzen, D.C.

Cleve R. Shirey, M.D.
Fax: 677-9265

**V-0409**

SS# 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 DOB 02/17/1969
VALENOTE, DANIELA

**Advanced Pain Centers of Alaska**
**1917 Abbott Road, Suite 100, Anchorage 99507**
**Patient Visit Form**

Date _____ FEB 0 9 2005

**If patient is from out of Anchorage, local or cell-phone number**

| Vital Signs: | B/P 124/8 Pulse 88 Temp 99 Resp 16 |
|---|---|
| | Ht (Initial visit) _____ Wt (Every visit) 147 |

Reason for Visit: Rv p procedure

Allergies _WURflex_    Medications _Vicodin_    Other Physicians:
Kadian

**Medication Refill Request:** _____
**Pharmacy Patient uses (place on care record also)** _____
**Today's Pain Intensity Scale** (Circle pain scale #)
1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10

| Location: | Neck | MID BACK | LBP |
|---|---|---|---|
| Type: | Pressure | Pinching | |
| Radiation: | ↑ head | across back | ↓ ℞ Leg |
| Continuous or | | | |
| Intermittent: | | cont | cont |

What makes pain worse? _activity, lying_    Better? _not know, heat_
Any procedure since last visit, and what was it? _thoracic ESI_
% Relief from that procedure _50%_    Any neg side effects? _none_

**Other pertinent information/education needs** _____

Signature (all clinical care providers) _____

**Physician Notes:**
Gen

? authorizat
for Botox

MS:    Palpation:        Spring:
    ROM:
OS+gaard:            Flare:

Neuro:    Gait

        Motor power – UE        LE

        Sensory – LT        PP        vib

        Slump testing R    L    SLR    R    L

        Impression

Notes: ℞    bursa    60 444

Dr. Shirey

Indian Yuy

123169

**V-0410**

Procedure To Be Scheduled: _____    PT/Trombley: _____
Diagnostic Studies _____    Pt to return _____
MD signature _____    Dictated? _____ Date _____ Time _____

DEA # _PP_____

**ADVANCED PAIN CENTERS OF ALASKA**

LAWRENCE W. STINSON, MD
GRANT T. RODERER, MD
GREGORY R. POLSTON, MD
ANDREW R. JACONETTE, MD
CONNIE JUDD, ANP
DEBORAH KILEY, ANP

1917 ABBOTT ROAD • SUITE 100 • ANCHORAGE, AK 99507
TEL: (907) 278-2741 • FAX: (907) 743-8284

NAME _Graziela Valente_

ADDRESS _____ DATE _2-9-05_

℞ (Please Print)

Kadian 20y          #60

Sg. II po q Am

☐ LABEL

REFILL _2_ TIMES      PRN      NR

☐ DISPENSE AS WRITTEN

☐ SUBSTITUTION ALLOWED

08-SEP-04

TRI040908_100673177-1_01_40272_0004

V-0411

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.

Numbness    Pins & Needles    Aching    Cramping    Burning    Stabbing



PRESSURE

SEARING
RIGHT

STABBING

PINCHING

HIP
BURN
STABS
TRAVELS
THIGH

CALF

FOOT

TINGLE
BEGINS
STANDING
OR SITTING

HEARING
TROUBLE
DISCHARGE AT TIMES
ITCHING TO POINT OF DISTRACTION

V-0412

Name: DANIELA C. VALENOTE        Date: 02/09/05



SS# 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  DOB 02/17. ⁓9
VALENOTE, DANIELA

## OCEDURE REMINDER
### ADVANCED PAIN CENTERS OF ALASKA

**Procedure:** _Botox injection (R) Trochanterie Bursa_

**Date/Time:** _____ @ _____     **Pt. Appt:** _____ @ _____

**Pre-Op Visit:** _____ @ _____     **Allergies:** _Norflex_ _____

**Contact Phone Number on Procedure Date:** _____

**Interpreter Scheduled, if Needed:**   Yes  (No)  **Language:** _English/_ _____

**Nothing to eat or drink after** _8 hours prior_ _____ am/pm prior to procedure.

**Arrive at:** (APCA) / PROV / ARH / HEALTHSOUTH     @ _____ am/pm.

### If you are scheduled for a Discogram, please arrive one hour prior to your scheduled appointment time for preparation.

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications follow these instructions: _with sips of water_

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed: (No)  Yes   If Yes, list testing required: _____

**Additional Information:**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions _____

**V-0413**

FEMALE PATIENTS:  I am not pregnant ╳ _(signature)_     ╳ _02/09/05_
                                        Signature                      Date

Reviewed by _(signature)_     Patient ╳ _(signature)_   Date ╳ _02/09/05_



ADVANCED PAIN CENTERS OF
**A L A S K A**

SS# 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 DOB 02/17/1969
VALENOTF, DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Date 2-9-05      Time 2:10      A.M.    (P.M.)

1.   I hereby authorize Dr. _Polson_
     to perform the following operation or procedure, known as

     Trigger point injection in the Right Trochanteric muscle, with anesthetic and/or steroid

     upon myself or _____
                         (NAME OF PATIENT)

2.   The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications.

     Bleeding, Worse pain, Numbness, Bruising, Infection, Weakness, Paralysis, Nausea/vomiting,

3.   I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

..   I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning of the operation.

5.   I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.
I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL
COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____                    _____
Patient's Signature                                Witness Signature

_____                    _____
Signature of Relative Responsible for Patient       Relationship to Patient          **V-0414**

---

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

03/11/03



ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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  DOB 02/17/1969
VALENOTE, DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 2-2-05          TIME: 2:10          A.M. (P.M.)

1.  I hereby authorize Dr. Polston
    to perform the following operation or procedure, known as

    > Injection of muscle spasms with local anesthetic and botulism toxoid.

    upon myself or _____
                          (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

    > Infection, bruising, swelling, numbness of extremity, pneumothorax, paralysis, local pain, worsening of condition.

3.  I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.  I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.  I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____          _____
Patient's Signature                       Witness Signature

_____          _____
Signature of Relative Responsible for Patient      Relationship to Patient

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

V-0415

2/9/2005



V-0416

V-0417

PAGE 1

☑ 001/001

FAX:9076894027

ID:FRED MEYER 668 PRX

FILE No.302 02/15 '05 10:15    FAX 907 //0 3283 ADVANCED PAIN CENTERS +++ F/M EAGLE RIVER

02/15/2005 TUE 8:58



Please verify Patient name and Date of Birth.

Daniela Valenote

DOB: 2-17-69

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 03/15/2005

**SUBJECT:** The patient reports that the Kadian is helping with her pain. She is taking 20 mg twice a day. She reports the Vicodin also is being used three times per day. She says she is increasing her activities but continues to have significant pain in the neck at 7/10, low back at 6/10 and low back at 6/10. She is requesting assistance with nutrition and other supplements. The patient his undergone a functional capacity evaluation which showed limited function and very light duty. The patient has a number of concerns about the report and is discussing with the tester about that. The patient is also requesting massage therapy. She is having difficulty getting into physical therapy due to the great distance. In the remote area that she lives there is a massage therapist in her area which she feels would help with her myofascial pain.

**OBJECTIVE:** Blood pressure is 130/100, pulse is 80, temperature is 99, respirations are 16. She is awake, alert, shows no sedation, continues the patient have tenderness with palpation in the upper neck, low back and the legs with pain in the posterior occiput radiating over the top of the head. Otherwise the rest of exam is unchanged.

**ASSESSMENT:**
1. Chronic pain.
2. Chronic cervical degenerative disk disease.
3. Lumbar degenerative disk disease.
4. Muscle spasm and spasticity.
5. Right trochanteric bursitis.
6. Chronic headache.

**PLAN:** I would like her to do massage therapy two times per week for six weeks to evaluate the effectiveness of this. I referred the patient to physical medicine rehabilitation, Dr. Prieto, for consideration of nutritional support and assistance with disability. She had her Kadian reviewed 20 mg, one p.o. b.i.d. and Vicodin 7.5/500, one p.o. t.i.d.

REPORT SENT PRIOR TO REVIEW

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 03/21/2005
DT: 03/22/2005
JOB #: 260763

V-0418

SS# 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  DOB: 02-17-69
VALENOTE, DANIELA

**Advanced Pain Centers of Alaska**
1917 Abbott Road, Suite 100, Anchorage 99507
**Patient Visit Form**

Date  MAR 1 5 2005

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 130/100 Pulse 80 Temp 99° Resp 16 |
| | Ht (Initial visit) ___ Wt (Every visit) N/A |

Reason    for    Visit:  RV

Allergies NKDA  Medications Vicodin  Other Physicians: ___
___ Kadian ___ ___

Medication Refill Request: ___
Pharmacy Patient uses (place on care record also) ___
Today's Pain Intensity Scale (Circle pain scale #)

| 1 2 3 4 5 6⑦8 9 10 | 1 2 3 4 5⑥7 8 9 10 | 1 2 3 4 5 6⑦8 9 10 |
|---|---|---|
| Location: Neck | Mid Back | LSP |
| Type: Stabbing punchy | aching penetrating | pressure |
| Radiation: | | ↓ hips |
| Continuous or Intermittent: C | C | C |

What makes pain worse? Sitting Driving  Better? heat in Thoracic area
Any procedure since last visit, and what was it? ___
% Relief from that procedure ___  Any neg side effects? ___

Other pertinent information/education needs ___

Signature (all clinical care providers) ___

**Physician Notes:**
Gen

( Kadian helping & activity )

MS:    Palpation:    Spring:
       ROM:
OS+gaard:    Flare:    - Gabineil (4mg x 9) (36mg)
Neuro:  Gait

   Motor power – UE    LE
   Sensory – LT    PP    vib    Kadian 40mg
   Slump testing  R    L    SLR    R    L    Tmg , Tmg
   Impression    - Vicodin 7.5mg/day

Notes: ___

**V-0419**

Procedure To Be Scheduled: ___ PT/Trombley: ___
Diagnostic Studies ___ Pt to return ___
MD signature ___ Dictated? ___ Date ___ Time ___

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



Numbness ■    Pins & Needles ○○○○    Aching ✓✓✓✓    Cramping ●●●●    Burning ××××    Stabbing ////

A GREAT DEAL OF
THORACIC ITCHING

STABBING

PINCHING

SENSITIVE
TO TOUCH

PRESSURE
SOMETIMES
LOCKED-UP

HANDS:
HOT/BURNING
SOMETIMES
COLD/TINGLING,
ELECTRIC
SHOCK
#DROPS
TL FOREARM
LOSS OF
CONTROL FINE MOTOR
DRAWING, TWEEZERS, ETC.

BH
DOWN
TO
KNEE
SAME
ON
L
STABBING
TRAVEL
BRUIS
ACHY

R        L        L        R

BRUISED

EYES:
DIFFICULTY IN FOCUS,
WORDS MOVE ON PAGE
OR TOO BLURRED R
I HAVE RELATIVELY
NEW GLASSES
NOT A (PRESSURE)
PRESCRIPTION
PROBLEM

ACHY

HEADACHE
ALWAYS BEHIND
EYE

COLD/
TINGLY
ESPECIALLY
WHEN STANDING

EAR
ITCH

TEETH FEEL SLIGHTLY TINGLY OR SOFT
PRESSURE

TIGHT

EARS ITCH
SOMETIMES HARD OF HEARING

TIGHT & SWOLLEN

Nar    SS# 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   DOB: 02-17-69
       VALENOTE, DANIELA

Date: 03-15-05

**V-0420**

AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK

DEBORAH KILEY, A.N.P., ~~~IE JUDD, N.P.
NANCY CROSS, M.D., GREG~~ ~~~POLSTON, M.D.
ADVANCED PAIN CENTERS OF ALASKA
1917 ABBOTT RD. STE 100   ANCHORAGE, AK 99507
PH 907-278-2741   FX 907-770-3283

**00000004**

PATIENT'S FULL NAME: Aniela Valenote

PHONE NUMBER:

AGE:    SEX:

ADDRESS:

DATE: 3 / 15 / 05

R Message therapy    2/wk

for 6 wks

dx. my ofascial pin

Dr. _____    Dr. _____
DISPENSE ONLY AS WRITTEN        PRODUCT SELECTION PERMITTED

☐ Refills  1  2  3  4
☒ No Refills    Void After _____    DEA #: _____

VALID FOR CONTROLLED SUBSTANCES

"RX" ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE

V-0421

AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK

DEBORAH KILEY, A.N.P.     E. JUDD, N.P.
NANCY CROSS, M.D.   GREGO.   ROLSTON, M.D.
ADVANCED PAIN CENTERS OF ALASKA
1917 ABBOTT RD. STE 100   ANCHORAGE, AK 99507
PH 907-278-2741   FX 907-770-3283

00000005

PATIENT'S FULL NAME     PHONE NUMBER    AGE    SEX

Daniela Valente

ADDRESS         DATE   5/15/05

℞   Vicodin   7.5/500      (# 63)
                      (sixty three)

Sig: i po tid

Dr. _____  Dr. _____
DISPENSE ONLY AS WRITTEN       PRODUCT SELECTION PERMITTED

☐ Refills   1   2   3   4        DEA #: BR6044488
☒ No Refills   Void After _____    **VALID FOR CONTROLLED SUBSTANCES**

RX ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE

V-0422

3/21/05

# ADVANCED SPORTS MEDICINE & REHAB

1917 Abbott Road, Suite 100 • Anchorage, AK 99507-3448 • Phone (907) 677-7440 • Fax (907) 677-7441

Joella Beard, MD, FAAPMR, CIME • Rafael L. Prieto, MD, FAAPMR, CIME

## Referral Form

SS# 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   DOB: 02-17-69                    3-15

Patient Name: VALENOTE, DANIELA

Phone # (home) _____ (work) _____ (cell) _____

Address: 4514 Upper Kogru

Eagle River      Ais  99577

Insurance: BC | BS

☐ W/C   ☐ MVA

Representative: _____

Date of Injury: _____

Phone #: _____

Claim #: _____

Reason for Referral: ☐ EMG/NCV   ☐ Evaluate/Treat   ☐ 2nd Opinion/Consult
☐ PPI   ☐ IME

long standing, withos nutrition
support and assistmue
c disability

Available studies: ☐MRI  ☐X-Rays  ☐CT  ☐Other _____

Request:  ☐ Dr. Beard   ☒ Dr. Prieto   ☐ First Physician Available

Referring Practitioner: _____ G. Polston _____

Phone #: 278-2744      Fax #: 770-3283

Form completed by: Adm~   *(please send most recent chart notes)*

## CONFIDENTIALITY AND DISCLOSURE WARNING:

This transmission contains PRIVILEGED AND CONFIDENTIAL information intended for use by a physician or physician designee.    Use, copying or distributing by any other person is strictly prohibited.    If you received this transmittal in error, please notify us by telephone at the above number and return the misdirected transmittal by U.S. mail.

Please call if any pages are illegible or if transmission is incomplete.

V-0423

■ AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK ▶

GREGORY R. PLUMTON, M.D.
ADVANCED PAIN CENTERS OF ALASKA
3500 LATOUCHE, STE 31
ANCHORAGE, AK 99508
PH 907-228-2741 · FX 907-770-3280

00001382

PATIENT'S FULL NAME
_Danielle Valente_

ADDRESS _____   PHONE NUMBER ____   AGE ___  SEX ___

DATE  3 / 8 / 05

R̶x̶

Ativan  20mg          #60

Sig:  II po q 4m

Dr. _____  DISPENSE ONLY AS WRITTEN

Dr. _____  PRODUCT SELECTION PERMITTED

☐ Refills  1  2  3  4
☒ No Refills   Void After _____

DEA # AP6074488

VALID FOR CONTROLLED SUBSTANCES

■ "RX" ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE ■

_signature_
Signature

3/8/05
Date

VICTOR V. VALENOTE
Printed Name

_____
ID Checked

HUSBAND
Relationship to Patient!

V-0424





Signature _____    Date _____

Printed Name _____    ID Checked _____

Relationship to Patient _____

V-0425

Advanced Pain Centers of Alaska

**Medication Refill Request**

SS# 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   DOB: 02-17-69
VALENOTE, DANIELA

Date: 3/7/05   Last Refill Date: 2/9/05   Request Date: 3/7/05   Time: 1034
Pharmacy: FM Eagle River   phone: _____   fax: _____
Patient's phone: _____
RX Requested: Kadian 20mg
#A0q AM #60

_____
Signature

Provider: _____   Date 3/7/05

_____
Signature   Date

Patient notified that prescription: ☐ to be picked up at office   ☐ phoned to pharmacy   ☐ faxed to pharmacy   ☐ of above
Signature: _____
Date: _____

Date: _____   Last Refill Date: _____   Request Date: _____   Time: _____
Pharmacy: _____   phone: _____   fax: _____
Patient's phone: _____
RX Requested: _____

_____
Signature

Provider: _____   Date

_____
Signature   Date

**V-0426**

Patient notified that prescription: ☐ to be picked up at office   ☐ phoned to pharmacy   ☐ faxed to pharmacy   ☐ of above
Signature: _____
Date: _____

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

**DATE:** 04/04/2005

**SUBJECTIVE:** This patient comes in for preoperative consideration for epidural lysis of adhesion procedure. The patient has Blue Cross Blue Shield and they have deemed this experimental and investigational. Despite this, the patient wishes to proceed with the cervical epidural steroid. She reports her Kadian 20 mg twice per day and Vicodin 5/500 mg one p.o. three times daily is helping with her headaches and her pain. She says that she is still increasing her activity, but has significant pain predominantly in the head, back and neck.

**OBJECTIVE:** Afebrile, vital signs stable (AVSS). Pain is rated at 7/10. She has pain with flexion-extension of neck and pain in the posterior occiput radiating down both arms, predominantly on the right side

**ASSESSMENT:**
1.  Cervical diskogenic pain.
2.  Cervicogenic headaches.
3.  Degenerative disk disease of cervical and lumbar spines.

**PLAN:**  I will continue with the cervical epidural steroid. We will infuse Wydase and hypertonic saline at the completion of the steroid. The risks, benefits, and alternatives of this procedure were discussed. The patient voiced understanding and wished proceed. The patient was given renewal of Kadian and Vicodin. She was sent for laboratory values prior to having the epidural steroid.

**INDICATIONS:** Thank you

REPORT SENT PRIOR TO REVIEW

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 04/04/2005
DT: 04/05/2005
JOB #: 310654

**V-0427**

SS# 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   DOB: 02-17-69

**Advanced Pain Centers of Alaska**
1917 Abbott Road, Suite 100, Anchorage 9950
**Patient Visit Form**

VALENOTE, DANIELA

Date _____

APR 0 4 2005

If patient is from out of Anchorage, local or cell-phone number _____

| Vital Signs: | B/P 133/80 Pulse 80 Temp 98.5 Resp 16 |
|---|---|
| | Ht (Initial visit) _____ Wt (Every visit) 149 |

Reason for Visit: _Rt ↑ headache, pinching in cervical area_

Allergies __Norflex__    Medications __Kadian__    Other Physicians: _____
_____    __Vicodin__    _____

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)

1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10          1 2 3 4 5 6 7 8 9 10

| Location: BODY | | |
|---|---|---|
| Type: aching, burning | | |
| Radiation: elbow | | |
| Continuous or Intermittent: C | | |

What makes pain worse? _sitting, walking, lying ↓_ Better? _ice/heat_
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____ Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _____ LMA

**Physician Notes:**
Gen

— Cervical esi

MS:    Palpation:      Spring:        — SMT Labs
       ROM:
OS+gaard:        Flare:

Neuro:  Gait                                    1 8^rs

       Motor power – UE        LE

       Sensory – LT        PP        vib        310654

       Slump testing  R    L    SLR  R    L

       Impression

Notes:                                V-0428

**Procedure To Be Scheduled:** _____ **PT/Trombley:** _____
**Diagnostic Studies** _____ **Pt to return** _____
**MD signature** _____ **Dictated?** _____ **Date** _____ **Time** _____

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



**V-0429**

SS# 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   DOB: 02-17-69
VALENOTE, DANIELA

Date: _APR 0 4 2005_  ___



SS# 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  DOB: 02-17-69
VALENOTE, DANIELA

## LAB ORDERS

**ADVANCED PAIN CENTERS OF ALASKA**
**1917 ABBOTT ROAD, SUITE 100**
**ANCHORAGE, AK  99507**
**(907) 278-2741**

DATE: _____4-04-05_____

DIAGNOSIS:_____

_____✓ PT/PTT

_____✓ PLATELET FUNCTION TEST

_____✓ UA W/ MICRO

_____✓ CBC W/DIFF

_____OTHER:

# PLEASE FAX RESULTS TO:  (907) 743-8284

_____    Grant T. Roderer, M.D.

_____    Lawrence W. Stinson, M.D.

_____    Gregory R. Polston, M.D.

_____    Nancy E. Cross, M.D.

_____    Deborah Kiley, ANP

**V-0430**

3/29/2005

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 04/19/2005

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** 1. Cervical discogenic pain.
2. Cervicogenic headaches.

**POSTPROCEDURE DIAGNOSIS:** 1. Cervical discogenic pain.
2. Cervicogenic headaches.

**PROCEDURE PERFORMED:** RACZ epidural lysis of adhesion, one day procedure.

**MEDICATION INJECTED:**

**ANESTHESIA:**

**COMPLICATIONS:** None.

**V-0431**

**PREOPERATIVE ANTIBIOTICS:** Rocephin 1 gm.

**INDICATIONS FOR PROCEDURE:** This patient has chronic neck pain with radicular arm pain, predominantly on the right side, some on the left side. The patient has failed multiple conservative care, including opioids, physical therapy, pain psychology, and numerous medications. She is here for a RACZ infusion of hypertonic saline times one day.

**PROCEDURE:** Risks, benefits, alternatives were discussed. The patient voiced understanding and wished to proceed. The patient was otherwise in good health. There were no contraindications to performing the procedure. All laboratory and vital signs were within normal limits. The patient had an IV started, was given 1 mg of Rocephin. Vital signs were stable. Was brought back to the procedure room, placed in a prone position with a pillow under her chest. Her back was scrubbed with Betadine times three. Standard surgical dressing and draping was applied.

A 1% lidocaine skin wheal was raised over T1-T2 in the interlaminar space. Then a RACZ epidural catheter was placed into the center of the epidural space with a loss of resistance due to normal saline and air. Position was confirmed in PA and lateral views. 1 cc of Omnipaque 240 showed spread of the dye within the posterior epidural space in PA and lateral views under live fluoroscopy. The catheter was passed easily up to C4 on the right and placed in the anterolateral epidural space. 3 cc of Omnipaque 240 were then injected, showing spread of the dye along the epidural space on PA and lateral views. With negative aspiration, paresthesia, or heme from the catheter, then hyaluronidase 6 cc at 150 units per cc were injected through the catheter without

Page 1