# ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

difficulty. Then 6 cc of 0.2% ropivacaine and 6 mg of betamethasone were injected after the Wydase.

45 minutes passed without sensory or motor deficits in the upper extremities. The patient was taken back to the recovery room, placed in a right lateral decubitus position. The needle had been removed. The catheter had been secured to the skin with a clear dressing and antibiotic ointment. A filter was applied. Then 4 cc of 10% hypertonic saline was injected. The patient had great difficulty lying in the gurney and a chair, with hip and buttock pain. This is her standard pain. The infusion was stopped after 4 cc. The patient received fentanyl and Versed IV during this period. She remained awake and conversant throughout the procedure. I

N conclusion, the catheter was removed. Tip was intact. A Band-Aid was applied over the skin, and the patient walked out with sensory and motor deficits. The patient was given valium 5 mg, one p.o. t.i.d., three tablets. She will continue on Kadian and hydrocodone. The patient will follow up in two weeks.

REPORT SENT PRIOR TO REVIEW

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 04/19/2005
DT: 04/19/2005
JOB #: 367096

V-0432





ADVANCED PAIN CENTERS OF
*A L A S K A*

1917 Abbot Road, Suite 100
Anchorage, AK 99707

SS# 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   DOB: 02-17-69
VALENOTE, DANIELA

Date: _____ APR 1 9 2005 _____

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____ in wait area? _____ Phone # (if not) _____
Vital Signs  B/P 143/93  Pulse 96  Temp 98.5  Resp 16  O2 Sat _____
NPO? + _____  Pain Level _____ /10  Location of pain _____
Allergies _____ Nonflex

Current Medications and time taken : ____ Radium · Vicoden _____

_____

_____

Time medication last taken: _____

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____ Yes
Time: 9:40   Preoperative Diagnosis: _____ cervical I×A , degenerative
Any changes in medical status: _____ no                            disc Dro

| MD Signature |

Post Procedure Note:   Postoperative diagnosis: _____ SNR
Procedure performed: _____ AACF Any #1
Complications: _____

367096   Sedation given: _____ Fentanyl 100mg Versed 2mg
Dictation (if not today, give date) _____

10/29/04   **V-0433**

| MD Signature |

SS# 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  DOB: 02-17-69
VALENOTE, DANIELA

*Nr. Polston*

# PROCEDURE REMINDER
## ADVANCED PAIN CENTERS OF ALASKA

**Procedure:** Racz Series 1 day

**Date/Time:** 4/19 @ (700 - 715)  **Pt. Appt:** _____ @ _____

**Pre-Op Visit:** _____ @ _____  **Allergies:** Norflex

**Contact Phone Number on Procedure Date:** _____

**Interpreter Scheduled, if Needed:** Yes (No) **Language:** English/ _____

**Nothing to eat or drink after** 8 hours prior _____ am/pm prior to procedure.

**Arrive at:** (APCA) / PROV / ARH / HEALTHSOUTH @ 7/5 (am/pm.

### If you are scheduled for a Discogram, please arrive one hour prior to your scheduled appointment time for preparation.

**If Diabetic, Instructions for Medication:** _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

**If you take daily medications follow these instructions:** With sps of water

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

**Lab work needed:** No (Yes) If Yes, list testing required: _____

**Additional Information:**                                                        **V-0434**
- Call your insurance company and let them know you are having a procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- If you need travel vouchers, this is to be arranged through your primary care physician.
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

- Other Instructions_____

---

**FEMALE PATIENTS:** I am not pregnant X _Daniela Vito_       X 04-04-05
                                          Signature                    Date

**Reviewed by** _Adrian Law_   **Patient:** X _Daniela Vito_   **Date:** X 04-04-05



ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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  DOB: 02-17-69
VALENOTE, DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

**DATE:** 4-4-05          **TIME:** 12:00          **A.M.**    **P.M.**

1.    I hereby authorize Dr. _Polstrm_
to perform the following operation or procedure, known as ( _Ghr_

> Catheter Series:  Placement of Caudal Epidural Catheter with injection of local anesthetic, steroid, hypertonic saline, phenol, and/or distilled water in a series.   ( _Cervical_ )

upon myself or _Daniela C. Valenote_
                    (NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me.  I have been informed of the usual attendant risks and benefits, as well as the alternative treatments.  I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation.  I understand and accept the possibility of risks and complications

> Bleeding, infection, Worsening of pain/no pain relief, Catheter shearing, nerve damage, transient low blood pressure, loss of bladder control, spinal cord damage and paralysisi.

3.    I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.    I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one.  I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable.  The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.    I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.    I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.  I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_Daniela C. Valenote_                          _Adrian Low_
Patient's Signature                                    Witness Signature

_____                    _____
Signature of Relative Responsible for Patient         Relationship to Patient

**V-0435**

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

3/29/2005



**ADVANCED PAIN CENTERS OF**
*A L A S K A*

SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

### Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes          (No)

I, _Daniela C. Valenote_ , have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☒ I verify that I am NOT pregnant.

_Daniela C. Voss_ _____
Patient Signature

_04/19/05_ _____
Date

V-0436

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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   DOB: 02-17-69
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: APR 1 9 2005    TIME: 7³⁰ (AM)/ PM    NPO STATUS: + Show

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed
Allergies: Wonflex
Current Medications: Kadian · Vicoden

Previous Complications from Surgery/Anesthesia: ☑ None Reported
Comfort: No Pain / Pain  Location:         Intensity: /0       Review of Diagnostic Data: ☑ Yes

| Time | | IV TYPE |  |
|------|--|---------|--|
| 7³⁰ | | 22 HL (D) Clte | |

Patient Appropriate Candidate: ☑ Yes    ☐ No
ASA Classification: ( 1  2  3  4  5  E

Anesthesia Plan: ☐ Sedation (IV)/PO / IM    ☐ Local    ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD

PHYSICIAN SIGNATURE:

## PROCEDURE

Procedure: Repical PAC-2
               Piston

MD:
NIBP: R (L) Arm  Leg   Pulse Oximeter: R /L (Hand)/ Foot
Pt. Pos: R/L  Lateral  Supine  Prone  Other

READY TIME: 7⁵⁵    START: 0805    END: 08⁴0
Grounding Pad Site:
Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
|  | Cefazolin | 1gm | IV | 1 | A | OK |
| 0810 | Fenta | 100mg | IV | 1 | A | OK |
| 0810 | Versed | 5.0mg | IV | 1 | A | OK |
| 0838 | Fenta | 50mg | IV | 1 | A | OK |
| 0838 | Versed | 1mg | IV | 1 | A | OK |
| 0815 | Versed | 2mg | IV | 1 | A | |

V-0437

| | Baseline | Vital Statistics Q 5 min. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | 7⁵⁵ | 0805 | 0810 | 0815 | 0820 | 0825 | 0830 | |
| B/P | 143/98 | 150/96 | 132/89 | 128/96 | 126/89 | 128/96 | 141/95 | |
| P | 96 | 83 | 87 | 86 | 86 | 82 | 90 | |
| EKG | | | | | | | | |
| *Resp. Rate/Qual | 16 | 20/ | 20/ | 16/ | 16/ | 16/ | 16/ | |
| Sat% | | 98% | 98% | 98% | 98% | 97% | 97% | |
| **Activity | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| **Resp. | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| **Circ. | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| **L.O.C. | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| **Oxygenation | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| O2/NC | | | | | | | | |

Key on back          ☑ Vital signs continue on page #2

...tive Reflexes: ☑ Yes    ☐ N/A (Topical Anesthetic Used)
...ersal Agent Used: ☐ Yes  ☒ No   If yes, why?          Photos Taken: ☑ Yes    ☐ No
Other Complications:

Post-Procedure Report Given to:          By: Veroser (Procedure RN)   Time 08⁴0

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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  DOB: 02-17-69
VALENOTE, DANIELA

**DATE:** APR 1 9 2005

### Vital Statistics Q 5 min.

| VITALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | 835 | 914 | 918 | 925 | 930 | 934 | 940 |
| B/P | 143/04 | 157/87 | 118/72 | 141/55 | 130/80 | 158/82 | 151/89 |
| P | 93 | 93 | 75 | 86 | 86 | 84 | 84 |
| EKG | | | | | | | |
| *Resp. Rate/Qual | 20 l | 16 h | 16 h | 16 h | 16 l h | 16 lh | 16 lh |
| Sat% | 9770 | 100 | 97 | 98 | 99 | 98 | 98 |

| ALDRETE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Resp. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Circ. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **L.O.C. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Oxygenation | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| O2/NC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Admission Temperature: 98.5    Discharge Temperature: 98.8

## ALDRETE SCORING

Pre Procedure BP: 143/93

| | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| **ACT** Can move 4 Extremities | =2 | | | | | | |
| Can move 2 Extremities | =1 | 2 | 2 | 2 | | | |
| Can move 0 Extremities | =0 | | | | | | |
| **RESP** Able to DB&C | =2 | | | | | | |
| Dyspnea/Limited | =1 | 2 | 2 | 2 | | | |
| APNEA | =0 | | | | | | |
| **CIRC** BP+/-20 Baseline | =2 | | | | | | |
| BP+/-20-50 Baseline | =1 | 2 | 2 | 2 | | | |
| BP+/-50 Baseline | =0 | | | | | | |
| **LOC** Fully Awake | =2 | | | | | | |
| Arousable | =1 | 2 | 2 | 2 | | | |
| Not Responding | =0 | | | | | | |
| **OXYGEN** Able to Mainain O2 Saturation > 92% on room air | =2 | | | | | | |
| Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | 2 | 2 | 2 | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | 10 | 10 | 10 | | | |

Discharge criteria met at (Aldrete Score of 8 or Above)  **Time:** 1013

RN Signature:

## VITAL SIGNS Q 15 MIN

| TIME | 847 | 848 | 852 | 856 | 858 | 903 | 909 |
|---|---|---|---|---|---|---|---|
| B/P | 118/72 | 113/78 | 110/79 | 115/67 | 124/73 | 130/75 | 126/64 |
| P | 82 | 80 | 82 | 84 | 89 | 75 | 81 |
| Resp. Rate | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| Resp. Qual | n | n | n | n | n | n | n |
| Sat% | 99 | 98 | 96 | 97 | 98 | 99 | 99 |
| CO2% | | | | | | | |
| L.O.C. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| O2 | | | | | | | |

I.V.: (Type/Amt)                    Site: ___ R AntC
Appear:   ☐ Patent  ☐ Infiltrated  ☐ Red
Comfort:  No Pain / Pain  Location:  Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

**V-0438**

## DISCHARGE PLANNING

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | ☑ | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents ☑  ☐ N/A | | |
| 2. Vital signs stable including temperature. | ☑ | | 7. Alert & oriented with adequate muscular strength. | ☑ | |
| 3. Absence of respiratory distress. | ☑ | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | ☑ | |
| 4. Swallow, cough, and gag reflex present. | ☑ | | | | |
| 5. Minimal nausea and vomiting. | ☑ | | | | |

☐ Transported via wheelchair, ambulatory to awaiting vehicle with staff.  **Time:** 1050

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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   DOB: 02-17-1969
VALENOTE, DANIELA

vitals cont   **DATE:** 4.19.05

| | Vital Statistics Q 5 min. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **V I T A L S** | Time | 945 | 958 | 955 | 1000 | 1015 | | |
| | B/P | 147/82 | 146/86 | 150/83 | 157/87 | 158/8 | | |
| | P | 100 | 98 | 87 | 98 | 87 | | |
| | EKG | | | | | | | |
| | *Resp. Rate/Qual | 16/n | 16/n | 16/n | 16/n | 16/n | / | / |
| | Sat% | 100 | 99 | 99 | 99 | 99 | | |
| **A L D R E T E** | **Activity | 2 | 2 | 2 | 2 | 2 | | |
| | **Resp. | 3 | 3 | 3 | 3 | 3 | | |
| | **Circ. | 3 | 3 | 3 | 2 | 2 | | |
| | **L.O.C. | 3 | 3 | 3 | 2 | 2 | | |
| | **Oxygenation | 2 | 2 | 2 | 2 | 2 | | |
| | O2/NC | ∅ | ∅ | ∅ | ∅ | .c | | |

Admission Temperature: _____   Discharge Temperature: _____

## ALDRETE SCORING

| Pre Procedure BP: | | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|---|
| **A C T** | Can move 4 Extremities | =2 | | | | | | |
| | Can move 2 Extremities | =1 | | | | | | |
| | Can move 0 Extremities | =0 | | | | | | |
| **R E S P** | Able to DB&C | =2 | | | | | | |
| | Dyspnea/Limited | =1 | | | | | | |
| | APNEA | =0 | | | | | | |
| **C I R C** | BP+/-20 Baseline | =2 | | | | | | |
| | BP+/-20-50 Baseline | =1 | | | | | | |
| | BP+/-50 Baseline | =0 | | | | | | |
| **L O C** | Fully Awake | =2 | | | | | | |
| | Arousable | =1 | | | | | | |
| | Not Responding | =0 | | | | | | |
| **O X Y G E N** | Able to Mainain O2 Saturation > 92% on room air | =2 | | | | | | |
| | Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | | | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| | Totals: | | | | | | | |

## VITAL SIGNS Q 15 MIN

| | | | | | | |
|---|---|---|---|---|---|---|
| TIME | | | | | | |
| B/P | | | | | | |
| P | | | | | | |
| Resp. Rate | | | | | | |
| Resp. Qual | | | | | | |
| Sat% | | | | | | |
| CO2% | | | | | | |
| L.O.C. | | | | | | |
| O2 | | | | | | |

I.V.: (Type/Amt)                         Site:
Appear: ☐ Patent  ☐ Infiltrated  ☐ Red
Comfort:  No Pain / Pain  Location:  Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

**V-0439**

**Discharge criteria met at** (Aldrete Score of 8 or Above) **Time:**
RN Signature:

## DISCHARGE PLANNING

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents. ☐ N/A | | |
| 2. Vital signs stable including temperature. | | | 7. Alert & oriented with adequate muscular strength. | | |
| ...ence of respiratory distress. | | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | | |
| ...allow, cough, and gag reflex present. | | | | | |
| 5. Minimal nausea and vomiting. | | | | | |
| ☐ Transported via wheelchair, ambulatory to awaiting vehicle with staff.   Time: | | | | | |



ADVANCED PAIN CENTERS OF
A L A S K A

**DISCHARGE INSTRUCTIONS**

SS# 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   DOB: 02-17-69
VALENOTE, DANIELA

| The following discharge instructions are given for your care at home. Please follow the checked instructions. |
| --- |

### Procedure

☐ Discogram                    ☐ Selective Nerve Root Block        ☐ Lumbar Sympathetic Block
☐ Epidural Steroids           ☐ Stellate Ganglion Block           ☐ SI Joint Injection
☐ Facet Blocks                ☐ Trigger Point Injections          ☑ Other

### Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:____
☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:

### Medications

☐ Take prescriptions as ordered                    ☐ Prescription/Medication given to patient or responsible person
    a. ____                                          ☑ Resume medicine as taken at home
    b. ____
    c. ____

### Additional Information

☑ Remove Band-Aids today.
☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☑ Numbness or tingling in extremity/extremities.
☑ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain                                                                    **V-0440**
☐ Patient/family instructed to take pain medication when intensity of pain is @ ____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
    Patient/family instructed in alternative measures to relieve pain:    ☐ Cold Packs    ☐ Hot Packs    ☐ Massage
    ☐ Position changes    ☐ Distraction    ☐ Breakthrough pain interventions    ☐ Relaxation    ☐ Guided imagery

Reviewed with Patient by: _____        Date: _____    APR 1 9 2005

Patient Signature: _____        Physician Signature: _____



# RACZ CATHETER SERIES

Pre-op Orders

Gregory R. Polston, M.D.

**Use a BallPoint Pen and Press Firmly, Orders are being copied.**

| DRUG SENSITIVITY: | 1)  NONE( ) | 2) | 3) |
|---|---|---|---|
| 1. DIAGNOSIS: | | | |
| 2. CONDITION: | | | |
| 3. NPO | | | |
| 4. IDENTIFY PATIENT'S HOME MEDICATION: | | | |
| 5. IV SALINE-LOCK | | | |
| 6. CBC WITH DIFF, UA, PT, PTT, BT | | | |
| 7. EKG | | | |
| 8. CXR | | | |

DATE _____         GREGORY R.  POLSTON, M.D.

PROCEDURE DATE: 4|18|05     154383     TIME: 7:30
                           154384

DAY 2 - DATE: 4|19|05      154386     TIME: 8:00

DAY 3 - DATE: 4|20|05      154387     TIME: 8:00

Valenote, Danirella

**V-0441**



ADVANCED PAIN CENTERS OF
A L A S K A

SS# 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   DOB: 02-17-69
VALENOTE, DANIELA

Date: APR 1 9 2005

Reviewed By: _____

### POST INJECTION EVALUATION

| | | | |
|---|---|---|---|
| ☐ Medial Branch Block | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: | | | |

**PHYSICIAN:** DR. JACONETTE    DR. POLSTON    DR. RODERER    DR. STINSON

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment. You may fax this evaluation to **743-8284**.

No pain  0/10  1/10  2/10  3/10  4/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain while still in the center** (circle one)   ⑨.⑤

No pain  0/10  1/10  2/10  3/10  4/10  5/10  6/10  7/10  8/10  ⑨/10  10/10  No relief
**...te your pain one hour after the procedure (time)** 1100  (circle one)

No pain  0/10  1/10  2/10  3/10  4/10  5/10  6/10  7/10  8/10  ⑨/10  10/10  No relief
**Rate your pain 2 hours after the procedure (time)** 12  (circle one)

No pain  0/10  1/10  2/10  3/10  4/10  5/10  6/10  7/10  8/10  ⑨/10  10/10  No relief
**Rate your pain 3 hours after the procedure (time)** 1  (circle one)

No pain  0/10  1/10  2/10  3/10  4/10  5/10  6/10  7/10  8/10  ⑨/10  10/10  No relief
**Rate your pain 4 hours after the procedure (time)** 2  (circle one)

No pain  0/10  1/10  2/10  3/10  4/10  5/10  6/10  7/10  ⑧/10  9/10  10/10  No relief
**Rate your pain 5 hours after the procedure (time)** 3  (circle one)

No pain  0/10  1/10  2/10  3/10  4/10  5/10  6/10  7/10  ⑧/10  9/10  10/10  No relief
**Rate your pain 6 hours after the procedure (time)** 4  (circle one)

No pain  0/10  1/10  2/10  3/10  4/10  ⑤/10  6/10  7/10  8/10  9/10  10/10  No relief
**...ate your pain 3 days after the procedure (time)** NOON  (circle one)

No pain  0/10  1/10  2/10  3/10  ④/10  5/10  6/10  7/10  8/10  9/10  10/10  No relief
**Rate your pain 7 days after the procedure (time)** 2:00 PM  (circle one)

V-0442

V-0443



AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK

ANDREW JACONETTE, M.D.    GRANT RODERER, M.D.
LAWRENCE STINSON, M.D.
ADVANCED PAIN CENTERS OF ALASKA
1917 ABBOTT RD. STE. 100    ANCHORAGE, AK 99507
PH 907-278-2741    FX 907-743-3298

Rx Valium 5mg

#30
(#w.5)

AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK

DEBORAH KILEY, A.N.P.    ...NIE JUDD, N.P.
NANCY CROSS, M.D.   GREGORY POLSTON, M.D.
ADVANCED PAIN CENTERS OF ALASKA
1917 ABBOTT RD. STE 100 . ANCHORAGE, AK 99507
PH 907-228-2741 . FX 907-770-3283

00001088

| PATIENT'S FULL NAME | PHONE NUMBER | AGE | SEX |
|---|---|---|---|
| Daniela Valente | | | |

ADDRESS

DATE 4 . 8 . 05

R̶x̶

Kadian 20 g                    (#60)
sid  i po sid              (sixty eight)
                                 (# 84
Vicodin  i.i po (100)      eighty four
s.8. i po tid

Dr. _____     Dr. _____

DISPENSE ONLY AS WRITTEN          PRODUCT SELECTION PERMITTED

☐ Refills  1   2   3   4        DEA # M6074888

☐ No Refills   Void After _____

**VALID FOR CONTROLLED SUBSTANCES**

"RX" ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE

V-0444

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

**DATE:** 05/02/2005

**SUBJECTIVE:** This patient is status post Racz epidural lysis of adhesion placed cervically. The patient reports that this decreased the pain at 50% in the thoracic area. Her headaches have decreased to 20% to 30%. She continues with the same Kadian and Vicodin levels. The patient is reporting that she is having more back and leg pain. The patient in review states that the epidural steroid initially performed by Dr. Susan Anderson provided her with significant relief for several months. This was performed on the right at L5. The patient is requesting consideration for repeating this procedure. The patient had been sent for flexion-extension and standing films of her low back. The patient states that she has misplaced that and is requesting to have that order re-issued. The patient reports no side effects with her current medications. The patient has requested a copy of her records; this apparently was sent in October and apparently it was not sent out. She has just received orders that the copy needs to be sent. We will be happy to fill that as soon as possible.

**OBJECTIVE:** Blood pressure 120/80, pulse 88, temperature 99.4, respirations 16, weight 149 pounds. She is awake and alert. She rates the pain at 8-out-of-10. She has slowly increased range of motion of the neck compared to prior. There are no new masses. There is no evidence of infection. The patient has a positive on slump test on the right; mildly positive on the left. Sensation is intact in both extremities.

**ASSESSMENT:**
1.  Cervical degenerative disk disease.
2.  Cervical diskogenic pain.
3.  Degenerative disc disease of the thoracic spine.
4.  Lumbar degenerative disk disease.

**PLAN:** I would like to perform a right L5 transforaminal epidural steroid injection and a right trochanteric bursa injection. I believe both her increasing her pain and would like to see if we can decrease these with that and hopefully overall help her pain. She last had a trochanteric bursa injection several months ago, which provided her with significant relief.

**V-0445**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  05/03/2005
DT:  05/04/2005
JOB #:  530478

V-0446

SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

**Advanced Pain Centers of Alaska**
**1917 Abbott Road, Suite 100, Anchorage 99507**
**Patient Visit Form**

Date __MAY 0 2 2005__

---

**If patient is from out of Anchorage, local or cell-phone number**

| Vital Signs: | B/P 120/80 Pulse 88 Temp 99.4 Resp 16 |
|---|---|
| | Ht (Initial visit) _____ Wt (Every visit) 149.4 |

Reason   for   Visit: _RO p̄ Racz · ↑ pain LBP & feet_

---

Allergies _____ Medications _Valui_ _____ Other Physicians:
_____ _Vicodin_ _____
Medication Refill Request: _Kadin_ _____
Pharmacy Patient uses (place on care record also) _____
Today's Pain Intensity Scale (Circle pain scale #)

1 2 3 4 5 (6) 7 8 9 10         1 2 3 4 5 6 7 8 9 10         1 2 3 4 5 6 7 8 9 10

| Location: | Body | | |
|---|---|---|---|
| Type: | aching | | |
| Radiation: | all over | | |
| Continuous or Intermittent: | C | | |

What makes pain worse? _only standing, sit_  Better? _Racz_
Any procedure since last visit, and what was it? _Racz_
% Relief from that procedure _20-30%_  Any neg side effects? _None_

---

Other pertinent information/education needs ↓ _in headaches 20-30%_
_50% ↓ pain in thoracic_  Signature (all clinical care providers) _A. Lindmus_

**Physician Notes:**
Gen

(R) is helped the burea most

f(ex / ext / stand)

Record

MS:    Palpation:    Spring:
       ROM:
OS+gaard:    Flare:

Neuro: Gait

      Motor power – UE    LE

      Sensory – LT    PP    vib

      Slump testing R    L    SLR R    L

      Impression

Notes: _5 30478_

Procedure To Be Scheduled: _____ PT/Trombley: _____ **V-0447**
Diagnostic Studies _____ Pt to return _____
MD signature _____ Dictated? ___ Date ___ Time ___

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



V-0448

Name: _Daniela C. Valenote_    Date: __MAY 0 2 2005__



ADVANCED PAIN CENTERS OF
A L A S K A

**CONSENT TO OPERATION, ADMINISTRATION OF**
**ANESTHETICS AND THE RENDERING OF**
**OTHER MEDICAL SERVICES**

Date 5-2-05         Time 1:15         A.M.    (P.M.)

1.    I hereby authorize Dr. Polson
      to  perform  the  following  operation  or  procedure,  known  as
      _____
      Trigger point injection in the right trochanteric bursa with anesthetic and/or steroid

      upon myself or _____
                              (NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant
      risks and benefits, as well as of alternative treatments. I acknowledge that no guarantee or assurance has been
      made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of
      risks and complications.  Bleeding, Worse pain, Numbness, Bruising, Infection, Weakness, Paralysis, Nausea/vomiting,

3.    I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they
      may deem necessary and reasonable, including but not limited to the administration and maintenance of
      anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

      I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different
      procedures than those set forth in Paragraph 1. I therefore further authorize and request that the above named
      surgeon perform such procedures as are in his professional judgment, necessary and desirable. The authority
      granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning
      of the operation.

5.    I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of
      APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared
      therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical
      education.

      *I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.*
      *I  DO  NOT  REQUIRE  ANY  FURTHER  EXPLANATION  OF  THE  RISKS  OR  POTENTIAL*
      *COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

      _____          _____
      Patient's Signature                         Witness Signature


      _____          _____
      Signature of Relative Responsible for Patient    Relationship to Patient

                                                        **V-0449**

      I hereby acknowledge that I have explained to the patient or responsible representative the material risks,
      hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or
      procedure(s).

                                    _____
                                    Physician's Signature

03/11/03

**Advanced Pain Centers Of Alaska**
3500 LaTouche Suite 310
Anchorage, Ak 99508
907-278-2741

ɔNSENT TO OPERATION, ADMINISTRATION OF
ᴀNESTHETICS AND THE RENDERING OF
OTHER MEDICAL SERVICES

Date 5 ᴢ-ᵃ 5        Time 1:15        A.M.    P.M.

1.   I hereby authorize Dr. Polsᴛm
     to   perform   the   following   operation   or   procedure,   known   as
     _____
     - Right Lumbar Epidural Steroid injection, transforaminal approach at Lumbar five-Sacral one with possible moderate
     - sedation
     upon myself or _____
                          (NAME OF PATIENT)

2.   The nature of the operation or procedure has been explained to me.  I have been informed of the usual attendant
     risks and benefits, as well as of alternative treatments.  I acknowledge that no guarantee or assurance has been
     made as to the results or cure that may be obtained from this operation.  I understand and accept the possibility of
     risks and complications.  | Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction,
                                  bowel/bladder dysfunction. numbness of legs. sexual dysfunction. difficulty breathing

3.   I hereby authorize and direct the above named surgeon to provide such additional services for me as he or they
     may deem necessary and reasonable, including but not limited to the administration and maintenance of
     anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

     I recognize that, during the course of the operation, unforeseen conditions may necessitate additional or different
     procedures than those set forth in Paragraph 1.  I therefore further authorize and request that the above named
     surgeon perform such procedures as are in his professional judgment, necessary and desirable.  The authority
     granted under this Paragraph shall extend to remedying conditions that are not known at the time of the beginning
     of the operation.

5.   I hereby authorize the above named surgeon or designate to photograph and/or videotape while under the care of
     APCA and agree that the group may use or permit other persons to use the negatives, prints, videotape prepared
     therefrom for such purposes and in such manner as may be deemed necessary for research purposes and medical
     education.

*I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS.
I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL
COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.*

_____          _____
Patient's Signature                       Witness Signature

_____          _____
Signature of Relative Responsible for Patient      Relationship to Patient

                                                    **V-0450**

| I hereby acknowledge that I have explained to the patient or responsible representative the material risks,
hazards, complications and consequences which are, or may be, associated with the above stated operation(s) or
rocedure(s).

                                _____
                                Physician's Signature

03/10/03

*Dr. Pelston*

## PROCEDURE REMINDER
## ADVANCED PAIN CENTERS OF ALASKA

Procedure: (R) Trochanteric Bursa, (L) Lumbar TFESI L5

Date/Time: 5/10/05 @ 8:30    Pt. Appt.: _____ @ _____

Pre-Op Visit: _____ @ _____    Allergies: NKDA

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:    Yes   (No)   Language: English/ _____

Nothing to eat or drink after **6 HOURS** prior to procedure.

Arrive at    ( APCA / )PROV / ARH / HEALTHSOUTH    @ 8:30   (am)/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications, take with small sips of water.

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed   ( No )  Yes    If **Yes**, if testing required: _____

**Additional Information:**
- Call your insurance company and obtain pre-certification for your procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi or Anchor Ride.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.
- Other Instructions: _____

Reviewed by: _[signature]_    Patient: X _[signature]_    Date: 05-02-05

2/18/2005

V-0451

**PROVIDENCE IMAGING CENTER**

3340 Providence Drive
Anchorage, AK 99508
Scheduling 261-3151 (MRI, PET-CT, CT 261-3146)
Billing 565-8001

...istration 261-3151 (MRI, PET-CT, CT 261-3156)
...a 261-3144 / 261-3119 Fax
...ders 261-5828 (MRI, PET-CT, CT Fax Orders 261-5803)
www.provimaging.com

Today's Date _____     Exam Date: _____

**REPORTING INSTRUCTIONS**
☐ Routine report     ☐ Call report     ☐ Call report, patient wait
☐ Phone # _____                     ☐ Fax # _____
☒ Patient to return with films     ☐ Patient to return with films and written report
☐ Patient to return with CD     ☐ Other _____

| PATIENT LAST NAME | FIRST | M | PT. PHONE NUMBER | DATE OF BIRTH |
|---|---|---|---|---|

ORDERING CLINICIAN     CLINICIAN SIGNATURE

SEND ADDITIONAL COPIES OF REPORT TO

CLINICAL DATA INDICATING MEDICAL NECESSITY

---

## CT

BUN/Creatine _____
☐ **With Contrast**     ☐ **Without Contrast**
☐ **With & Without Contrast**
☐ Neck
☐ Thorax/Chest
☐ Abdomen
☐ Pelvis
☐ Abdomen and Pelvis
☐ Extremity
☐ CT IVP (CT urogram)
☐ Maxillo Facial
☐ Sinus Complete
   With high resolution coronal reformats)
☐ Sinus Limited
   (With high resolution coronal reformats)
☐ IACs/Temporal Bone
☐ CT Renal Stone Study
☐ PE Study
☐ Orbits
☐ C-Spine   ☐ T-Spine   ☐ L-Spine
☐ Other _____
**Note: CT head and direct coronals are NOT yet available at PIC.**

### BONE DENSITOMETRY
☐ DEXA L-Spine & Hip   ☐ Body Fat Analysis

### PET – CT
Special order form required, please call 261-3146.

### ULTRASOUND – GENERAL
☐ Abdominal
   (GB, Liver, Pancreas, Spleen, Kidneys, Aorta)
☐ Aorta
☐ Biophysical Profile
☐ Cranial
☐ Amniocentesis   ☐ Hysterosonogram
   Obstetric   EDC _____
   LMP _____
☐ Pelvic w/Transvaginal
☐ Renal/Bladder   ☐ Testicular
☐ Thyroid   ☐ Thyroid Biopsy
☐ Other _____

---

## MRI

### Neurologic/Spine
☐ Brain With and Without Contrast
☐ Brain Without Contrast
☐ Orbits ☐ Pituitary ☐ Internal Auditory Canal
☐ Treatment Planning Stealth Brain
☐ C-Spine   ☐ T-Spine   ☐ L-Spine
☐ Metastatic Spine Survey
☐ Soft Tissue Neck

### Musculoskeletal
☐ Shoulder             ☐ Right ☐ Left ☐ Both
☐ Shoulder Arthrogram ☐ Right ☐ Left ☐ Both
☐ Wrist               ☐ Right ☐ Left ☐ Both
☐ Hip                 ☐ Right ☐ Left ☐ Both
☐ Knee                ☐ Right ☐ Left ☐ Both
☐ Ankle               ☐ Right ☐ Left ☐ Both

### Body
☐ Abdomen   ☐ MRCP
☐ Pelvis    ☐ Female Pelvis for Fibroids

### MR Angiogram
☐ Carotids (from aortic arch to Circle of Willis)
☐ Intracranial/Circle of Willis
☐ Thoracic Aortogram
☐ Renal MRA   ☐ Visceral MRA
☐ Abdominal Aortogram &
   Lower Extremity Runoff
☐ Other _____

### ULTRASOUND – VASCULAR
☐ Abdominal Duplex
   ☐ Mesenteric ☐ Porta-hepatic ☐ Ren
☐ Venous Duplex Lower Extremity
   ☐ Right  ☐ Left  ☐ Both
☐ Venous Duplex Upper Extremity
   ☐ Right  ☐ Left  ☐ Both
☐ Carotid Duplex   ☐ Liver Transplant
☐ Renal Transplant ☐ Transcranial Doppler
☐ Other _____

---

## BREAST

**Indicate location of abnormality**



**Mammography**
☐ Screening          ☐ Diagnostic Mammogram
☐ Diagnostic Unilateral Mammogram ☐ R ☐ L
☐ Cone/Magnification Views, if needed ☐ R ☐ L
☐ Mammogram/Augmentation
☐ Needle Placement   ☐ Ductogram
☐ Stereotactic Biopsy
☐ Other _____

**Ultrasound**
☐ Breast Ultrasound                 ☐ R ☐ L
   ☐ if needed
☐ Breast Ultrasound Aspiration      ☐ R ☐ L
☐ Breast Ultrasound Biopsy          ☐ R ☐ L
☐ Needle Placement                  ☐ R ☐ L

### DIAGNOSTIC RADIOLOGY
Pregnant? ☐ Yes ☒ No
☐ Sinus Series   ☐ Skull/Facial Bones
☐ Chest _____
☐ Abdomen
Spine
☐ Cervical   ☐ Thoracic  ☒ Lumbar
☐ Other   Neutral (flex/ext)

| Extremity | #Views | Right | Left |
|---|---|---|---|
| ☐ Hand | ___ | ☐ | ☐ |
| ☐ Wrist | ___ | ☐ | ☐ |
| ☐ Forearm | ___ | ☐ | ☐ |
| ☐ Elbow | ___ | ☐ | ☐ |
| ☐ Humerus | ___ | ☐ | ☐ |
| ☐ Shoulder | ___ | ☐ | ☐ |
| | ___ | ☐ | ☐ |
| | ___ | ☐ | ☐ |
| ☐ Other | | ☐ | ☐ |

☐ **Tomography** Area _____
**Gastrointestinal**
☐ Barium Swallow (Esophagram) ☐ Upper GI
☐ Small Bowel Series ☐ Barium Enema
☐ Barium Enema Air Contrast
☐ Other _____

V-0452

**Providence Alaska Medical Center**
P.O. Box 196604 Anchorage, AK 99519-6604
Phone: (907) 261-3631    PDC Fax: 261-4868    Main Lab Fax: (After 5PM) 261-3632

**LABORATORY REQUEST FORM**

TODAY'S DATE: 4/1/05

☐ STAT*   ☐ A___   ☐ ROUTINE
☐ PHONE REPORT ___ Phone Number
☑ FAX REPORT ___ Phone Number
☐ OFFICE HOURS ONLY

COLLECTION DATE ___
COLLECTION TIME ___
☐ NON-FASTING
☐ FASTING HRS: ___

## PATIENT INFORMATION

FULL LEGAL NAME (LAST, FIRST, MIDDLE) (REQUIRED)
LENOTE, DANIELA

☐ MALE   ☑ FEMALE   AGE 36   PATIENT D.O.B. (REQUIRED) 2-17-69   PATIENT SS #

GUARANTOR (LAST, FIRST, MIDDLE) (REQUIRED - EXCEPT FOR MEDICARE)

ADDRESS ___ HOME PHONE ___
CITY ___ STATE ___ ZIP ___ WORK PHONE ___

INSURANCE PLAN - NAME ___
MEMBER / POLICY / ID # ___ GROUP # ___
INSURANCE PLAN ADDRESS ___ CITY ___ STATE ___ ZIP ___
INSURED'S (SUBSCRIBER) EMPLOYER & ADDRESS ___

### ORDERING PROVIDER (REQUIRED), ADDRESS, PHONE

Ordering Physician
ADVANCE PAIN CENTER OF AK
3500 LATOUCHE STE 310
ANCHORAGE, AK  99508

**V-0453**

Provider's authorized representative (name, phone #) ___
ADDITIONAL REPORTS TO: ___

**ICD9 DIAGNOSIS CODE(S)** (MUST BE PROVIDED) List only those codes applicable for testing ordered, primary diagnosis first.

1. 729.1
2. ___
3. ___
4. ___
5. ___
6. ___

BILL TO:   ☐ Client Account #
☐ Patient   ☐ Insurance   ☐ Medicaid 01620
☐ Medicare - must complete and sign Medicare Secondary Payer form (on white reverse)

## AMA PROFILES (see reverse for panel definitions)

☐ Basic Metabolic Panel [BMP]
☑ Comprehensive Metabolic Panel [CMP]
☐ Electrolyte Panel [LYTES]
☐ Hepatitis Acute Panel [HEP ACUTE]
☐ Lipid Panel [LIPID PAN]
☐ ___ Panel [LIVER PAN]
☐ ___ Function Panel [RENAL PAN]
☐ ___stetric Panel [OB PANEL] (no Medicare reimbursement)

### DRUGS OF ABUSE   MNEU
☐ Drugs of Abuse, Urine [DRUG ABUSE]
☐ Alcohol, Whole Blood [ALC WB]
☐ Salicylate, Serum [SAL]
☐ Tricyclics, Serum [TRIC]
☐ Acetaminophen, Serum [ACETAMIN]

### THERAPEUTIC DRUG LEVELS   MNEU
Day of Last Dose: ___
Time of Last Dose: ___
☐ Digoxin [DIG]
☐ Dilantin (Phenytoin) [DIL]
☐ Lithium [LI]
☐ Phenobarbital [PHENOBARB]
☐ Procainamide [PROC]
☐ Tegretol (Carbamazepine) [CARBAM]
☐ Valproic Acid (Depakote) [VALP DRUG, PEAK, TROUGH]
☐ Other ___

### GENERAL   MNEU
☐ Albumin [ALB]
☐ Alkaline Phosphatase [ALKP]
☐ ALT (SGPT) [SGPT]
☐ Amylase [AMY]
☐ AST (SGOT) [SGOT]
☐ Bilirubin, Direct [BILI DIR]
☐ ___irubin Neonatal (age ≤ 21 days) [BILI NEO]
☐ ___irubin Total [BILI TOT]

## GENERAL   MNEU
☐ Blood Count (no differential) [BC]
☐ BUN [BUN]
☐ Calcium [CA]
☐ Carbon Dioxide [CO2]
☐ CBC (Blood count & differential) [CBC]
☐ Chloride [CL]
☐ Cholesterol [CHOL]
☐ CK Total [CK TOT]
☐ CKMB* (if total elevated) [CKMB]
☐ Cortisol [CORT PAM, CORT STAT]
☑ C-Reactive Protein (CRP) [CRP QUANT]
☐ Creatinine [CREAT]
☐ ESR (Sed. Rate) [ESR]
☐ Estradiol [ESTRA PAM, [routine] ESTRADIOL (STAT only)]
☐ GGT [GGT]
☐ Glucose [GLU]
☐ Glucose (Gestational) [GLU GEST]
☐ Glucose Tolerance 2 Hr [GLU 2HRPP]
☐ Glucose Tolerance (Gest) 3 Hr [GLU 3 HR]
☐ Glyco Hgb [GLYCO HGB]
☐ HCG Quant [HCG QNT]
☐ HCG Screen [HCG SCR]
☐ HCG Screen (w/quant if +)* [HCG COMBO]
☐ HEP B Surface Ab (HBsAb) [HEP B Ab]
☐ HEP B Surface Ag (HBsAg) (with confirmation if +)* [HEP Bs AG]
☐ HEP C Screen (w/confirmation if +)* [HEP C+CONF]
☐ HIV 1 & 2 (w/Refl. WB if +)* [HIV 1&2]
☐ Iron [IRON]
☐ Iron w/TIBC [IRON GRP]
☐ LDH [LDH TOT]
☐ Magnesium [MG]
☐ Monospot [MONOSPOT]
☐ Phosphorus [PHOS]
☐ Potassium [K]
☐ Prealbumin [PREALB]

## GENERAL   MNEU
☐ PSA, diagnostic [PSA DIAG]
☐ PSA, screening [PSA SCR]
☐ PT/INR (Protime) [PT]
☐ PTT [PTT]
☐ Rheumatoid Factor (RA,RF) [RA QUANT]
☐ RPR (no confirmation) [RPR]
☐ RPR (w/confirmation if +)* [RPR]
☐ Reticulocyte Count [RETIC AUTO]
☐ Rubella Antibody [RUBELLA]
☐ Sodium [NA]
☐ Sperm Analysis [SPERM ANAL]
☐ Sperm Search [SPERM SEAR]
☐ T3 Uptake [T3U]
☐ Thyroxine (T4, total) [T4]
☐ Total Protein [T PROT]
☐ Triglycerides [TRIG]
☑ TSH [TSH]
☐ UA: w/microscopic, if abnormal ☐ urine culture if indicated [CUL IND UA]
☐ Uric Acid [URIC AC]

### TRANSFUSION MEDICINE   MNEU
☐ ABO/Rh Type [ABORH]
☐ Direct Coombs (DAT) [DC]
☐ Indirect Coombs [ABSC]
☐ Prenatal Type & Screen [TAS PRENAT]
☐ Prenatal Antibody Titer Workup*
*Specimens Requiring Typenex Blood Bank Band At The Time of Collection*
☐ Extra Blood Bank Tube to Hold [ERTB]
☐ Type & Screen [TAS]
☐ Type & Crossmatch [TX]
# OF UNITS ___ PRODUCT ___
☐ IRRADIATED*
☐ LEUKOREDUCED*
☐ WASHED*

## MICROBIOLOGY   MNEU
See testing manual for detailed listing of Micro services (identification and susceptibility performed as warranted*)
☐ NO SUSCEPTIBILITY
☐ NO GRAM STAIN
Specimen source (REQUIRED) ___
Time collected (REQUIRED) ___
Date collected (REQUIRED) ___
Antibiotics? ___
Organism suspected ___
☐ AFB Culture & Smear [MS AFB CUL]
☐ Blood Culture [MC BLOOD]
☐ Chlamydia EIA [M CHE'BA]
☐ C. Difficile [M CDIF]
☐ Fungus Culture [MC FUNG]
☐ KOH [M KOH, MC FUNG, K]
☐ Cryptococcal Antigen [M CRYPTO]
☐ GC Culture [MC GC]
☐ Genital Culture [MC GEN]
☐ Giardia Antigen [M GIAR AG]
☐ Gram Stain Only [M GS]
☐ Group B Strep Culture [MC GB]
☐ Herpes Culture [MS HSV]
☐ Ova & Parasites [M OP]
☐ Rapid Strep A [RAP STREP A]
☐ Sputum Culture, Gram Stain [MC RESP GS]
☐ Stool Culture [MC STL]
☐ Strep Screen (Group A) Culture [MC TH CUL A]
☐ Throat, N/P Culture [MC THN]
☐ Urine Culture [MC U]
☐ Wet Mount (Genital) [WET MOUN]
☐ Wound Culture, Gram Stain
Specific Source ___
☐ Aerobic [MC WG G]
☐ Anaerobic [MC WD A]

## MISCELLANEOUS
(1) CRP
(2) Vitamin D (25-OH)
(3) DHEAS
(4) TESTOSTERONE

# Providence
# Alaska
# Medical Center

P.O. Box 196604 Anchorage, Alaska 99519-6604 Phone (907)562-2211

CLINIC _ LABORATORY REPORT

*Patient:* **VALENOTE, DANIELA C**
*Med Rec#:* (00000)00605745          *Sex:* F
*Birth Date:* 02/17/1969          *Age:* 36 YRS
*Location:* HIS
*Physician:* POLSTON MD, GREGORY R

| MICROBIOLOGY URINE |
|---|

URINE CULTURE                    Collected: **04/09/05**  1130      Acc #: MB-05-15849
Source: URINE
        CLEAN CATCH

---------------------- FINAL REPORT ----------------------
                              04/11/05 0912

  50,000 CFU/ML MIXED GRAM POSITIVE FLORA
  SUGGESTS CONTAMINATION WITH UROGENITAL OR SKIN FLORA

| REFERENCE LABORATORY TESTS |
|---|

        UNLESS OTHERWISE NOTED REFERRAL TESTS WERE PERFORMED BY:
        PATHOLOGY ASSOCIATES MEDICAL LABORATORY      SPOKANE, WA

        COLLECTED DATE: 04/09/05
              WEEKDAY:  SAT
        COLLECTED TIME:  1130
                                                    RANGE        UNITS

DHEA SO4                        44f      RECEIVED   [35-430]     ug/dL

        COLLECTED DATE: 04/09/05
              WEEKDAY:  SAT        APR 1 8 2005
        COLLECTED TIME:  1130
                                                    RANGE        UNITS

TESTOSTERONE                    4Lf                 [6-86]       ng/dL

| PENDING TEST REPORT |
|---|

        TEST NAME          ORDERED DATE      ORDERED TIME        PROD. STATUS

        VIT D 25OH         04/09/05          1057                RECVD

KEY
L = Low,  f = Footnote
DHEA SO4....... 04/09/05 1130        Comments:
                                       Normal range applies to adults only.
                                     Test Performed by SHMC Spokane, WA  99204
TESTOSTERONE... 04/09/05 1130        Test Performed by SHMC Spokane, WA  99204

*Report Date:* 04/11/05                                          **ADDENDUM REPORT**
*Report Time:* 1548                                              ***END OF REPORT***
                                                                      *Page: 1*

*Deliver To:*  POLSTON MD, GREGORY        *Copies:*
               ADVANCED PAIN CNTR OF AK
               PO BOX 113390
               ANCHORAGE      AK 99511

                                                        V-0454

# Providence Alaska Medical Center
P.O. Box 196604 Anchorage, Alaska 99519-6604 Phone (907)562-2211

CLINIC  LABORATORY REPORT

*Patient:* **VALENOTE, DANIELA C**
*Med Rec#:* (00000)00605745      *Sex:* F
*Birth Date:* 02/17/1969      *Age:* 36 YRS
*Location:* HIS
*Physician:* POLSTON MD, GREGORY R

## REFERENCE LABORATORY TESTS

UNLESS OTHERWISE NOTED REFERRAL TESTS WERE PERFORMED BY:
PATHOLOGY ASSOCIATES MEDICAL LABORATORY      SPOKANE, WA

COLLECTED DATE:  04/09/05
WEEKDAY:  SAT
COLLECTED TIME:  1130

| | | RANGE | UNITS |
|---|---|---|---|
| - VITAMIN STUDIES - | | | |
| VITAMIN D [25 HYDROXY] | 33f | [10-68] | ng/mL |

RECEIVED

APR 18 2005

KEY
f = Footnote
VITAMIN D [25 HYDROXY]........ 04/09/05 1130
            Comments:
                Blood levels of 25 Hydroxy Vitamin D vary with the extent of sun
                exposure. Values tend to be highest in late summer and lowest in
                spring. Values also tend to decrease with age, due to decreased
                precursor synthesis in the skin.
                Test results for total 25 OH Vitamin D with this analytical method may
                underestimate the amount of the D2 form. The method accurately
                measures the predominant endogenous form, D3. Interpret results with
                caution in patients being treated for Vitamin D deficiency with the D2
                form. Studies are underway to improve the accuracy of the method for
                D2.
        Test Performed by SHMC Spokane, WA  99204

*Report Date:* 04/12/05
*Report Time:* 1547

**ADDENDUM REPORT**
***END OF REPORT***
*Page: 1*

*Deliver To:*  POLSTON MD, GREGORY
              ADVANCED PAIN CNTR OF AK
              PO BOX 113390
              ANCHORAGE        AK 99511

*Copies:*

V-0455

# Providence Alaska Medical Center

P.O. Box 196604 Anchorage, Alaska 99519-6604 Phone (907)562-2211

CLINICAL LABORATORY REPORT

*Patient:* **VALENOTE, DANIELA C**
*Med Rec#:* (00000)00605745    *Sex:* F
*Birth Date:* 02/17/1969    *Age:* 36 YRS
*Location:* HIS
*Physician:* POLSTON MD, GREGORY R

---

## CHEMISTRY

COLLECTED DATE:   04/09/05
WEEKDAY:   SAT
COLLECTED TIME:   1130

|  |  | RANGE | UNITS |
|---|---|---|---|
| - GENERAL CHEMISTRIES - | | | |
| FASTING ? | UNKNOWN | | |
| - ELECTROLYTES - | | | |
| NA | 139 | [136-144] | mmol/L |
| K | 4.5 | [3.6-5.1] | mmol/L |
| CL | 102 | [101-111] | mmol/L |
| CO2 | 29 | [22-32] | mmol/L |
| - GENERAL CHEMISTRIES - | | | |
| GLUCOSE | 85 | [65-99] | mg/dL |
| TOTAL PROTEIN | 6.7 | [6.0-8.0] | g/dL |
| ALBUMIN | 4.2 | [3.5-4.9] | g/dL |
| CA | 10.0 | [8.9-10.3] | mg/dL |
| BUN | 13 | [8-20] | mg/dL |
| CREATININE | .7 | [.6-1.1] | mg/dL |
| BILI TOTAL | .6 | [.4-1.5] | mg/dl |
| ALK PHOS | 50 | [38-126] | IU/L |
| AST | 23 | [15-41] | IU/L |
| ALT | 29 | [8-54] | IU/L |

RECEIVED

APR 18 2005

## ENDOCRINE

COLLECTED DATE:   04/09/05
WEEKDAY:   SAT
COLLECTED TIME:   1130

|  |  | RANGE | UNITS |
|---|---|---|---|
| - THYROID - | | | |
| TSH | .723 | [.350-5.500] | mIU/L |

Interpretation:
    Falsely elevated results may occur due to anti-thyroid antibodies
    or other heterophilic antibodies in the serum of some patients.

## SPECIAL CHEMISTRY

COLLECTED DATE:   04/09/05
WEEKDAY:   SAT
COLLECTED TIME:   1130

|  |  | RANGE | UNITS |
|---|---|---|---|
| - MISCELLANEOUS CHEMISTRIES - | | | |
| CRP HS | 2.28 | [.00-9.00] | mg/L |

---

*Report Date:* 04/10/05
*Report Time:* 1646

**SUMMARY REPORT**
*****CONTINUED*****
*Page: 1*

*Deliver To:*   POLSTON MD, GREGORY
    ADVANCED PAIN CNTR OF AK
    PO BOX 113390
    ANCHORAGE    AK  99511

*Copies:*

**V-0456**

# Providence
# Alaska
# Medical Center

P.O. Box 196604 Anchorage, Alaska 99519-6604 Phone (907)562-2211

CLINIC    LABORATORY REPORT

*Patient:* **VALENOTE, DANIELA C**
*Med Rec#:* (00000)00605745          *Sex:* F
*Birth Date:* 02/17/1969          *Age:* 36 YRS
*Location:* HIS
*Physician:* POLSTON MD, GREGORY R

## SPECIAL CHEMISTRY

Note change in units from mg/dL to mg/L!
The relative cardiac risk categories for CRP-hs levels (AHA/CDC)
recommendations) are:
        Less than 1.00 mg/L          Low risk
        1.00 to 3.00 mg/L          Average risk
        Greater than 3.00 mg/L          High risk
Normal non-cardiac range is 0.00 - 9.00 mg/L
Levels greater than 10 mg/L are suggestive of non-cardiovascular sources
of inflammation, such as infection.

## HEMATOLOGY

COLLECTED DATE:    04/09/05
WEEKDAY:    SAT
COLLECTED TIME:    __1130__

|  |  | RANGE | UNITS |
|---|---|---|---|
| **- BLOOD COUNT -** |  |  |  |
| WBC INSTRUMENT | 4.9 | [4.5-11.0] | TH/uL |
| RBC | 4.15 | [3.87-4.91] | M/uL |
| HGB | 13.2 | [11.7-15.7] | g/dL |
| HCT | 39.0 | [35.0-48.0] | % |
| PLT COUNT | 353 | [140-440] | TH/uL |
| MPV | 7.1 | [6.6-10.2] | fL |
| MCV | 94.1 | [82.0-96.0] | um3 |
| MCH | 31.9 | [26.0-33.0] | pg |
| MCHC | 33.9 | [31.0-35.0] | % |
| RDW | 12.8 | [11.5-14.5] | % |
| **- AUTO DIFFERENTIAL -** |  |  |  |
| TOTAL NEUTS | 59.5 | [39.0-73.0] | % |
| LYMPHOCYTES | 32.1 | [19.0-45.0] | % |
| MONOCYTES | 4.6 | [3.0-11.0] | % |
| EOSINOPHILS | 3.4 | [0.0-4.0] | % |
| BASOPHILS | 0.4 | [0.0-1.0] | % |
| **- AUTO ABSOLUTE COUNT -** |  |  |  |
| NEUTS ABSOLUTE | 2.9 | [1.6-7.6] | TH/uL |
| LYMPHS ABSOLUTE | 1.6 | [1.0-3.8] | TH/uL |
| MONOS ABSOLUTE | 0.2 | [0.0-1.1] | TH/uL |
| EOS ABSOLUTE | 0.2 | [0.0-0.6] | TH/uL |
| BASOS ABSOLUTE | 0.0 | [0.0-0.1] | TH/uL |

*Report Date:* 04/10/05
*Report Time:* 1646

*Deliver To:*    POLSTON MD, GREGORY          *Copies:*
            ADVANCED PAIN CNTR OF AK
            PO BOX 113390
            ANCHORAGE          AK 99511

**SUMMARY REPORT**
*****CONTINUED*****
*Page: 2*

**V-0457**

# Providence
# Alaska
# Medical Center

P.O. Box 196604 Anchorage, Alaska 99519-6604 Phone (907)562-2211

CLINIC   LABORATORY REPORT

*Patient:*  **VALENOTE, DANIELA C**
*Med Rec#:* (00000)00605745     *Sex:* F
*Birth Date:* 02/17/1969     *Age:* 36 YRS
*Location:* HIS
*Physician:* POLSTON MD, GREGORY R

---

| **COAGULATION** |
|---|

|  |  |  | RANGE | UNITS |
|---|---|---|---|---|
| COLLECTED DATE: | 04/09/05 |  |  |  |
| WEEKDAY: | SAT |  |  |  |
| COLLECTED TIME: | 1130 |  |  |  |
| PT | 11.0 |  | [10.0-13.0] | SECS |
| INR | 0.96 |  | [0.89-1.13] |  |

RECOMMENDED THERAPEUTIC RANGE FOR WARFARIN THERAPY
INR 2.0-3.0 (low intensity):
Treatment of pulmonary embolism, prevention of systemic embolism, tissue
heart valves, acute myocardial infarction, atrial fibrillation.
INR 2.5-3.5 (high intensity):
Recurrent embolism, mechanical heart valves(high risk), antiphospholipid
antibodies.

| PTT | 27.6 |  | [21.9-32.3] | SECS |
|---|---|---|---|---|

| **URINALYSIS** |
|---|

|  |  | RANGE | UNITS |
|---|---|---|---|
| COLLECTED DATE: | 04/09/05 |  |  |
| WEEKDAY: | SAT |  |  |
| COLLECTED TIME: | 1130 |  |  |
| - URINALYSIS - |  |  |  |
| COLOR | YELLOW |  |  |
| APPEARANCE | CLEAR | [CLEAR] |  |
| PH | 6.0 | [5.0-8.0] |  |
| SP GRAVITY | 1.005 | [1.005-1.030] |  |
| PROTEIN | NEG | [NEG] |  |
| GLUCOSE | NEG | [NEG] |  |
| KETONE | NEG | [NEG] |  |
| BLOOD | NEG | [NEG] |  |
| BILIRUBIN | NEG | [NEG] |  |
| NITRITE | NEG | [NEG] |  |
| LEUK ESTERASE | 3+* | [NEG] |  |
| UROBILINOGEN | NEG | [NEG] |  |
| - UA MICROSCOPIC - |  |  |  |
| WBC | 0 | [0-5] | /HPF |
| RBC | 2 | [0-5] | /HPF |
| SQUAMOUS EPI | 9H | [0-5] | /HPF |
| RENAL EPI | 0 | [0-0] | /HPF |

KEY
H = High,  * = Abnormal

---

*Report Date:* 04/10/05
*Report Time:* 1646

**SUMMARY REPORT**
*****CONTINUED*****
*Page: 3*

*Deliver To:*   POLSTON MD, GREGORY     *Copies:*
ADVANCED PAIN CNTR OF AK
PO BOX 113390
ANCHORAGE      AK 99511

V-0458

# Providence
# Alaska
# Medical Center

P.O. Box 196604 Anchorage, Alaska 99519-6604 Phone (907)562-2211

CLINIC   LABORATORY REPORT

*Patient:*    **VALENOTE, DANIELA C**
*Med Rec#:* (00000)00605745        *Sex:* F
*Birth Date:* 02/17/1969           *Age:* 36 YRS
*Location:* HIS
*Physician:* POLSTON MD, GREGORY R

---

| MICROBIOLOGY URINE |
|:---:|

URINE CULTURE                    Collected: **04/09/05**   1130      Acc #: MB-05-15849
Source: URINE
          CLEAN CATCH

-------------------- PRELIMINARY REPORT --------------------
                                            04/10/05 0758
    NO GROWTH

| PENDING TEST REPORT |
|:---:|

| TEST NAME | ORDERED DATE | ORDERED TIME | PROD. STATUS |
|-----------|--------------|--------------|--------------|
| TESTOSTER | 04/09/05 | 1100 | RECVD |
| DHEA-SO4 | 04/09/05 | 1057 | RECVD |
| VIT D 25OH | 04/09/05 | 1057 | RECVD |

---

*Report Date:* 04/10/05
*Report Time:* 1646

**SUMMARY REPORT**
***END OF REPORT***
*Page:* 4

*Deliver To:*   POLSTON MD, GREGORY          *Copies:*
               ADVANCED PAIN CNTR OF AK
               PO BOX 113390
               ANCHORAGE        AK 99511

**V-0459**

PROVIDENCE HOSPITAL LABORATORY
**** CLINICAL REPORT ****

```
Patient: VALENOTE, DANIELA C               Med Rec#:  (00000)00605745
Physician: POLSTON MD, GREGORY R           Account#:  05099-00085-1
                                           Location:  HIS
```
***************************************************************************
                                 CHEMISTRY
***************************************************************************

```
        Collected Date:   04/09/05
        Collected Time:   1130
                                                    RANGE       UNITS
- GENERAL CHEMISTRIES -
    FASTING ?         UNKNOWN
- ELECTROLYTES -
    NA                139                        [136-144]    mmol/L
    K                 4.5                        [3.6-5.1]    mmol/L
    CL                102                        [101-111]    mmol/L
    CO2               29                         [22-32]      mmol/L
- GENERAL CHEMISTRIES -
    GLUCOSE           85                         [65-99]      mg/dL
    TOTAL PROTEIN     6.7                        [6.0-8.0]    g/dL
    ALBUMIN           4.2                        [3.5-4.9]    g/dL
    CA                10.0                       [8.9-10.3]   mg/dL
    BUN               13                         [8-20]       mg/dL
    CREATININE        .7                         [.6-1.1]     mg/dL
    BILI TOTAL        .6                         [.4-1.5]     mg/dl
    ALK PHOS          50                         [38-126]     IU/L
    AST               23                         [15-41]      IU/L
    ALT               29                         [8-54]       IU/L
```
***************************************************************************
                                 THYROID
***************************************************************************

```
        Collected Date:   04/09/05
        Collected Time:   1130
                                                    RANGE       UNITS
- THYROID -
    TSH               .723f                      [.350-5.500] mIU/L
```

```
Key:
f = Footnote
TSH
Interpretation:
        Falsely elevated results may occur due to anti-thyroid antibodies
        or other heterophilic antibodies in the serum of some patients.
                            - CONTINUED -              Page:  1
```

28-APR-2005  11:35     *Providence Alaska Medical ·nter*     Page 3/5

PROVIDENCE HOSPITAL LABORATORY
**** CLINICAL REPORT ****

Patient: VALENOTE, DANIELA C                Med Rec#:  (00000)00605745
Physician: POLSTON MD, GREGORY R            Account#:  05099-00085-1
                                            Location:  HIS
************************************************************************
                           SPECIAL CHEMISTRY
************************************************************************

        Collected Date:  04/09/05
        Collected Time:    1130
                                                      RANGE        UNITS
- MISCELLANEOUS CHEMISTRIES -
    CRP HS              2.28f                       [.00-9.00]    mg/L
************************************************************************
                           HEMATOLOGY
************************************************************************

        Collected Date:  04/09/05
        Collected Time:    1130
                                                      RANGE        UNITS
- BLOOD COUNT -
    WBC INSTRUMENT      4.9                        [4.5-11.0]    TH/uL
    RBC                 4.15                       [3.87-4.91]   M/uL
    HGB                 13.2                       [11.7-15.7]   g/dL
    HCT                 39.0                       [35.0-48.0]   %
    PLT COUNT           353                        [140-440]     TH/uL
    MPV                 7.1                        [6.6-10.2]    fL
    MCV                 94.1                       [82.0-96.0]   um3
    MCH                 31.9                       [26.0-33.0]   pg
    MCHC                33.9                       [31.0-35.0]   %
    RDW                 12.8                       [11.5-14.5]   %
- AUTO DIFFERENTIAL -
    TOTAL NEUTS         59.5                       [39.0-73.0]   %
    LYMPHOCYTES         32.1                       [19.0-45.0]   %
    MONOCYTES           4.6                        [3.0-11.0]    %
    EOSINOPHILS         3.4                        [0.0-4.0]     %
    BASOPHILS           0.4                        [0.0-1.0]     %
    NEUTS ABSOLUTE      2.9                        [1.6-7.6]     TH/uL
    LYMPHS ABSOLUTE     1.6                        [1.0-3.8]     TH/uL
    MONOS ABSOLUTE      0.2                        [0.0-1.1]     TH/uL
    EOS ABSOLUTE        0.2                        [0.0-0.6]     TH/uL
    BASOS ABSOLUTE      0.0                        [0.0-0.1]     TH/uL


Key:
f = Footnote
CRP HS
Note change in units from mg/dL to mg/L!
    The relative cardiac risk categories for CRP-hs levels (AHA/CDC)
    recommendations) are:
        Less than 1.00 mg/L        Low risk
        1.00 to 3.00 mg/L          Average risk
        Greater than 3.00 mg/L     High risk
    Normal non-cardiac range is 0.00 - 9.00 mg/L
    Levels greater than 10 mg/L are suggestive of non-cardiovascular sources
    of inflammation, such as infection.
                          - CONTINUED -                    Page:  2

**V-0461**