PROVIDENCE HOSPITAL LABORATORY
**** CLINICAL REPORT ****

Patient: VALENOTE, DANIELA C                    Med Rec#:  [00000]00605745
Physician: POLSTON MD, GREGORY R                Account#:  05099-00085-1
                                                Location:  HIS
*******************************************************************************
                                 COAGULATION
*******************************************************************************

        Collected Date:   04/09/05
        Collected Time:   1130
                                                RANGE          UNITS
        PT             11.0                      [10.0-13.0]    SECS
        INR            0.96f                     [0.89-1.13]
        PTT            27.6                      [21.9-32.3]    SECS
*******************************************************************************
                                 URINALYSIS
*******************************************************************************

        Collected Date:   04/09/05
        Collected Time:   1130
                                                RANGE          UNITS

- URINALYSIS -
        COLOR          YELLOW
        APPEARANCE     CLEAR                     [CLEAR]
        PH             6.0                       [5.0-8.0]
        SP GRAVITY     1.005                     [1.005-1.030]
        PROTEIN        NEG                       [NEG]
        GLUCOSE        NEG                       [NEG]
        KETONE         NEG                       [NEG]
        BLOOD          NEG                       [NEG]
        BILIRUBIN      NEG                       [NEG]
        NITRITE        NEG                       [NEG]
        LEUK ESTERASE  3+*                       [NEG]
        UROBILINOGEN   NEG                       [NEG]
- UA MICROSCOPIC -
        WBC            0                         [0-5]          /HPF
        RBC            2                         [0-5]          /HPF
        SQUAMOUS EPI   9H                        [0-5]          /HPF
        RENAL EPI      0                         [0-0]          /HPF

Key:
H = High, * = Abnormal, f = Footnote
INR
RECOMMENDED THERAPEUTIC RANGE FOR WARFARIN THERAPY
INR 2.0-3.0 (low intensity):
Treatment of pulmonary embolism, prevention of systemic embolism, tissue
heart valves, acute myocardial infarction, atrial fibrillation.
INR 2.5-3.5 (high intensity):
Recurrent embolism, mechanical heart valves(high risk), antiphospholipid
antibodies.
                              - CONTINUED -                    Page: 3

V-0462

28-APR-2005  11:35      *Providence Alaska Medical Center*      *Page 5/5*

PROVIDENCE HOSPITAL LABORATORY
**** CLINICAL REPORT ****

Patient: VALENOTE, DANIELA C
Physician: POLSTON MD, GREGORY R

Med Rec#:  (00000)00605745
Account#:  05099-00085-1
Location:  HIS

*************************************************************************************
MICROBIOLOGY  URINE
*************************************************************************************

--URINE CULTURE
Source: URINE                    Collected: 04/09/05  1130    Acc #: MB-05-15849
        CLEAN CATCH

----------------- FINAL REPORT -----------------------
                              04/11/05 0912
  50,000 CFU/ML MIXED GRAM POSITIVE FLORA
  SUGGESTS CONTAMINATION WITH UROGENITAL OR SKIN FLORA
*************************************************************************************
                    REFERENCE LABORATORY TESTS
*************************************************************************************

| | Collected Date: | 04/09/05 | | | |
| | Collected Time: | 1130 | | | |
| | | | | RANGE | UNITS |
| DHEA SO4 | | 44f | | [35-430] | ug/dL |

| | Collected Date: | 04/09/05 | | | |
| | Collected Time: | 1130 | | | |
| | | | | RANGE | UNITS |
| TESTOSTERONE | | 4Lf | | [6-86] | ng/dL |
| VITAMIN D [25 HYDROXY] | | 33f | | [10-68] | ng/mL |

Key:
L = Low, f = Footnote
DHEA SO4....... 04/09/05 1130        Comments:
                              Normal range applies to adults only.
                         Test Performed by SHMC Spokane, WA  99204
TESTOSTERONE... 04/09/05 1130   Test Performed by SHMC Spokane, WA  99204
VITAMIN D [25 HYDROXY]........ 04/09/05 1130
            Comments:
            Blood levels of 25 Hydroxy Vitamin D vary with the extent of sun
            exposure. Values tend to be highest in late summer and lowest in
            spring. Values also tend to decrease with age, due to decreased
            precursor synthesis in the skin.
            Test results for total 25 OH Vitamin D with this analytical method may
            underestimate the amount of the D2 form. The method accurately
            measures the predominant endogenous form, D3. Interpret results with
            caution in patients being treated for Vitamin D deficiency with the D2
            form. Studies are underway to improve the accuracy of the method for
            D2.
        Test Performed by SHMC Spokane, WA  99204
                - END OF REPORT -                      Page:  4

**V-0463**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 05/10/2005

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:**

**POSTPROCEDURE DIAGNOSIS:**

**PROCEDURE PERFORMED:**

**MEDICATION INJECTED:**

**ANESTHESIA:** Versed 1 mg and fentanyl 50 mcg.

**COMPLICATIONS:** None

**PREPROCEDURE DIAGNOSES:**
1. Lumbar diskogenic pain.
2. Right trochanteric bursitis.

**POSTPROCEDURE DIAGNOSES:**
1. Lumbar diskogenic pain.
2. Right trochanteric bursitis.

**PROCEDURES PERFORMED:**
1. Right L5-S1 transforaminal epidural steroid injection.
2. Right trochanteric bursa injection.

**INDICATIONS:** This patient has a long history of diskogenic low back pain. She has had prior relief with right L5 transforaminal epidural steroid injection. The patient also complains of right trochanteric bursa pain which has been relieved with prior bursa injections.

**PROCEDURE:** Risks, benefits, alternatives were reviewed. The patient voiced understanding and wished to proceed. The patient was otherwise in good health. There were no contraindications in performing the procedure. The patient was brought back in the procedure room after an IV was started and placed in a left lateral decubitus position. The skin was prepped with alcohol. Point of maximal tenderness was the right trochanter that was found. Then a 25-gauge, 3-1/2-inch spinal needle was taken down to point of maximal tenderness. There was negative aspiration. Then, 10 cc of solution was injected with 4 cc of 2% lidocaine, 4 cc of 0.5% bupivacaine, and 10 mg of triamcinolone. The needle was removed. The patient tolerated the procedure. The patient was then placed in a prone position with a pillow under her

V-0464

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

abdomen. Her back was prepped with Betadine x 3. A sterile drape was applied. A 1% lidocaine skin wheal was raised. A 25-gauge, 3-1/2-inch spinal needle was directed down into the anterior epidural space with PA and lateral views without paresthesia, heme, or cerebrospinal fluid (CSF) aspirated from the needle. Then, 1 cc of Omnipaque 240 showed spread of dye along the nerve root and into the anterior epidural space with PA and lateral views. Then, 4 cc of solution were injected with 2 cc of 0.2% ropivacaine and 60 mg of triamcinolone. The needle was removed. The patient tolerated the procedure. The patient was taken to recovery room in stable condition. There was no neurologic difficulties. Discharge instructions were reviewed. The patient will follow up in three weeks.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 05/10/2005
DT: 05/10/2005
JOB #: 448574

V-0465



**ADVANCED PAIN CENTERS OF**
**A L A S K A**

1917 Abbot Road, Suite 100
Anchorage, AK 99707

SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

Date: _MAY 1 0 2005_

4

# Patient Procedure Visit

Referring Doctor: _____

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _____Victor_____ in wait area? U  Phone # (if not)_____
Vital Signs  B/P _136/81_  Pulse _74_  Temp _98.2_ Resp _16_  O2 Sat_____
NPO? _1 (6hour_  Pain Level ____/10  Location of pain _____
Allergies _Norflex_____

Current Medications and time taken : _Kadian · Vicoden_____

_____

_____

_____

Time medication last taken: _____

Nursing Comments: _____

                                                    **V-0466**

Signatures (all nursing care providers)_____

## Physician Notes:

Pre-Procedure Review:
Time: _9:40_  Preoperative Diagnosis: _lumbar d/n_   H & P and Systems Review: _GG_
Any changes in medical status: _____

_44574_

|  |
|---|
| MD Signature |

Post Procedure Note:   Postoperative diagnosis: _____
Procedure performed: _____
Complications: _____

Sedation given: _Fentanyl 100mg Versed img_
Dictation (if not today, give date)_____

|  |
|---|
| MD Signature |

10/29/04

ADVANCED PAIN CLINTERS OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD

SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: MAY 1 0 2005    TIME: 855 AM/ PM    NPO STATUS: + 6 hour

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed

Allergies:

Current Medications: See Chart 5-10-05

Previous Complications from Surgery/Anesthesia: ☑ None Reported

Comfort: No Pain / Pain  Location:    Intensity:

| Time | IV TYPE |
|------|---------|
| 908 | 22ML (B) hand |

Review of Diagnostic Data: ☑ Yes
Patient Appropriate Candidate: ☑ Yes    ☐ No
ASA Classification: 1 (2) 3  4  5  E

Anesthesia Plan: ☑ Sedation  IV / PO / IM
☐ Local    ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD

PHYSICIAN SIGNATURE: _____

## PROCEDURE

Procedure: Bilateral L4 TFESI

MD: Polston

NIBP: R / L Arm / Leg  Pulse Oximeter: R / L Hand / Foot
Pt. Pos: R / L  Lateral  Supine  Prone  Other

READY TIME: 910    START: 0900    END: 0938

Grounding Pad Site:

Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| 35 | Fenta | 50mg | IV | / | A | Wee |
| 35 | Versed | 1mg | IV | / | A | Estee |

V-0467

### Baseline  Vital Statistics Q 5 min.

**VITALS**

| | Baseline | | | | |
|--|----------|--|--|--|--|
| Time | 900 | 0920 | 0925 | 0930 | 0935 |
| B/P | 136/81 | 126/84 | 119/75 | 126/85 | 130/81 |
| P | 74 | 76 | 75 | 71 | 84 |
| EKG | | | | | |
| *Resp. Rate/Qual | 12 | 14/1 | 14/1 | | 14/1 |
| Sat% | | 99% | 98% | 100% | 100% | / | / |

**ALDRETE**

| | | | | | |
|--|--|--|--|--|--|
| **Activity | 2 | 2 | 2 | 2 | 2 |
| **Resp. | 2 | 2 | 2 | 2 | 2 |
| **Circ. | 2 | 2 | 2 | 2 | 2 |
| **L.O.C. | 2 | 2 | 2 | 2 | 2 |
| **Oxygenation | 2 | 2 | 2 | 2 | 2 |
| O2/NC | 8 | | | | |

Key on back    ☐ Vital signs continue on page #2

[Prote]ctive Reflexes: ☑ Yes    ☐ N/A (Topical Anesthetic Used)
[Re]versal Agent Used: ☐ Yes  ☑ No,  If yes, why?    Photos Taken: ☑ Yes    ☐ No

Other Complications:

Post-Procedure Report Given to: _____ By: _____ (Procedure RN)  Time 0938

# ADVANCED PAIN CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS# 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     DOB: 02-17-1969
VALENOTE, DANIELA

**DATE:** MAY 10 2005

### Vital Statistics Q 5 min.

| | Time | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **V I T A L S** | B/P | | | | | | | | |
| | P | | | | | | | | |
| | EKG | | | | | | | | |
| | *Resp. Rate/Qual | / | | / | | / | / | / | / |
| | Sat% | | | | | | | | |
| **A L D R E T E** | **Activity | | | | | | | | |
| | **Resp. | | | | | | | | |
| | **Circ. | | | | | | | | |
| | **L.O.C. | | | | | | | | |
| | **Oxygenation | | | | | | | | |
| | O2/NC | | | | | | | | |

**V-0468**

Admission Temperature: 98.2     Discharge Temperature: 98.2

### ALDRETE SCORING

Pre Procedure BP: 136/80

| | | | Post | 30' | 60' | 90' | 2' | Out |
|---|---|---|---|---|---|---|---|---|
| **A C T.** | Can move 4 Extremities | =2 | | | | | | |
| | Can move 2 Extremities | =1 | | | | | | |
| | Can move 0 Extremities | =0 | | | | | | |
| **R E S P** | Able to DB&C | =2 | | | | | | |
| | Dyspnea/Limited | =1 | | | | | | |
| | APNEA | =0 | | | | | | |
| **C I R C** | BP+/-20 Baseline | =2 | | | | | | |
| | BP+/-20-50 Baseline | =1 | | | | | | |
| | BP+/-50 Baseline | =0 | | | | | | |
| **L O C** | Fully Awake | =2 | | | | | | |
| | Arousable | =1 | | | | | | |
| | Not Responding | =0 | | | | | | |
| **O X Y G E N** | Able to Maintain O2 Saturation > 92% on room air | =2 | | | | | | |
| | Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | | | | | | |
| | O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| | Totals: | | | | | | | |

### VITAL SIGNS Q 15 MIN.

| | | | |
|---|---|---|---|
| TIME | 945 | 950 | 955 |
| B/P | 139/80 | 134/91 | 140/84 |
| P | 64 | 73 | 80 |
| Resp. Rate | 16 | 16 | 16 |
| Resp. Qual | n | n | n |
| Sat% | 98 | 98 | 98 |
| CO2% | | | |
| L.O.C. | | | |
| O2 | | | |

I.V. (Type/Amt)                    Site: 18 hand
Appear:   ☐ Patent   ☐ Infiltrated   ☐ Red
Comfort:  ☐ No Pain / Pain   Location:        Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

Discharge criteria met at (Aldrete Score of 8 or Above)  Time: 955
RN Signature:

**OUTPATIENT:**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents.  ☐   N/A | | |
| 2. Vital signs stable including temperature. | | | | | |
| 3. Absence of respiratory distress. | | | 7. Alert & oriented with adequate muscular strength. | | |
| allow, cough, and gag reflex present. | | | | | |
| minimal nausea and vomiting. | | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | | |

☐ Transported via wheelchair, ambulatory to awaiting vehicle with staff.  Time: 1002



**DVANCED PAIN CENTERS OF**
**A L A S K A**

SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

## DISCHARGE INSTRUCTIONS

**The following discharge instructions are given for your care at home. Please follow the checked instructions.**

### Procedure

| | | |
|---|---|---|
| ☐ Discogram | ☐ Selective Nerve Root Block | ☐ Lumbar Sympathetic Block |
| ☑ Epidural Steroids | ☐ Stellate Ganglion Block | ☐ SI Joint Injection |
| ☐ Facet Blocks | ☐ Trigger Point Injections | ☑ Other |

*Bursa inj*

### Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:_____

### Medications

☐ Take prescriptions as ordered          ☐ Prescription/Medication given to patient or responsible person
  a. _____
  b. _____          ☑ Resume medicine as taken at home
  c. _____

### Additional Information

☑ Remove Band-Aids today.
☑ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☑ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____ .
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
Patient/family instructed in alternative measures to relieve pain:    ☐ Cold Packs   ☐ Hot Packs   ☐ Massage
   ☐ Position changes   ☐ Distraction   ☐ Breakthrough pain interventions   ☐ Relaxation   ☐ Guided imagery

Reviewed with Patient by: _____          Date: 5/10/05
Patient Signature: _____          Physician Signature: _____

V-0469

AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK

DEBORAH KILEY, A.     CONNIE JUDD, N.P.
NANCY CROSS, M.D.   GREGORY POLSTON, M.D.
ADVANCED PAIN CENTERS OF ALASKA
1917 ABBOTT RD, STE 100   ANCHORAGE, AK 99507
PH 907-278-2741   FX 907-770-3283

00000039

PATIENT'S FULL NAME   _Daniela Valencia_   PHONE NUMBER   AGE   SEX

ADDRESS   DATE   5 · 2 · 05

R̸  Kadian    20 }          (# 58 )
   ∫ i po b.d          (fifty eight)

   Vicodin 7.5/500      # 84 )
   SrS 1 po f.d        (eighty four)

Dr. _____   Dr. _____
DISPENSE ONLY AS WRITTEN        PRODUCT SELECTION PERMITTED

☐ Refills  1  2  3  4     DEA #: _____
☒ No Refills   Void After ____   **VALID FOR CONTROLLED SUBSTANCES**

"RX" ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE

V-0470



SS#: 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    DOB: 02-17-1969
VALENOTE, DANIELA

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?           Yes        ⬭No⬭

I, _DANIELA C. VALENOTE_____, have been informed that there could be
serious risks to an unborn child if I were to be exposed to fluoroscopy.

☒ l verify that I am NOT pregnant.

_Daniela C. Valenote_____          _05-10-05_____
Patient Signature                        Date

V-0471

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 06/01/2005

**SUBJECTIVE:** This the patient reports that her pain continues to increase. She says that has had some relief with the lumbar epidural steroid. The right trochanteric bursa did not provide her with much benefit. The patient is asking to repeat the right greater occipital nerve block, which did help her with headaches, which has had been exacerbated the past several weeks. She comes accompanied with her husband. She states she has been frustrated with the continued pain and is asking for more long-term relief. She is asking for a permanent disability parking placard and she does bring in her post injection pain log which was reviewed. She continues to have head pain, neck pain, thoracic pain, lumbar pain, leg pain, arm pain. She has questions about the possibility of spinal cord stimulator if this would provide her with the benefit. She states the Kadian is not quite as effective but is helping somewhat with the pain.

**OBJECTIVE:** Blood pressure is 120/90, pulse of 100, temperature is 98.7, respirations 68. She weighs 146 pounds. She is awake, alert. HEENT has slight ptosis on the right. Otherwise cranial nerves II-XII are intact. She has tenderness to palpation over the right greater occipital nerve, which reproduces much of her pain. She is tender in the left occipital nerve also, which is less sensitive. Palpation of the neck is tender. Range of motion is full.

**ASSESSMENT:**
1.  Chronic pain with cervical, lumbar, and thoracic degenerative disk disease.
2.  Right greater occipital neuritis.

**PLAN:** We discussed the possibility of spinal cord stimulation but with the wide extent of her pain, I do not feel that this would be a worthwhile therapeutic modality. We did discuss the possibility of an inpatient pain program at places a such as the University of Washington, Stanford, Texas Tech in Lubbock, Texas. I would like to obtain some a psychological interventions. The patient states that Dr. Shirey has offered to perform this for the patient. I would like to speak with him about this. Last, I would like to perform a right greater occipital nerve block. Risks, benefits, alternatives were reviewed. She voiced understanding and wished to proceed. The patient was placed in a sitting position. The skin was prepped with alcohol. A 27-gauge 1-1/4 inch needle was placed along the nuchal ridge just to the right of midline. A total of 8 cc of 2% lidocaine with 5 mg of triamcinolone were injected. The needle was removed. The patient tolerated the procedure. The patient noted significant improvement in her headaches. Her ptosis resolved. The patient was given a renewal for Kadian 20 mg one po bid and Vicodin 7.5/500 mg one po tid. Discharge instructions were reviewed. Last, the patient will check into her insurance as to whether this type of intervention would be appropriate. I will also discuss the case with Dr. Shirey, her psychiatrist.

V-0472

COPY

# ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 06/05/2005
DT: 06/06/2005
JOB #: 653548

   cc:    Cleve R. Shirey, M.D.
        Fax: 677-9265

**V-0473**



SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

**Advanced Pain Centers of Alaska**
1917 Abbott Road, Suite 100, Anchorage 99507
**Patient Visit Form**

Date _JUN 0 1 2005_

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P _12990_ Pulse _150_ Temp _98⁷_ Resp _16_ |
| | Ht (Initial visit) _____ Wt (Every visit) _146_ |

Reason for Visit: _R.V p procedure ↑ pain in head @ greater_
_Discuss Occipital Nerve Block._

Allergies _NOR FLEX_    Medications _Valium_    Other Physicians:
_Kadian_
Medication Refill Request: _Vicodin_
Pharmacy Patient uses (place on care record also) _____
Today's Pain Intensity Scale (Circle pain scale #)

1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10

| Location: _Body_ | | |
| Type: _aching burning, stabby_ | | |
| Radiation: _all over_ | | |
| Continuous or | | |
| Intermittent: _C_ | | |

What makes pain worse? _walking, use of ___ Better? _procedure_
Any procedure since last visit, and what was it? _(L) lumbar TFESI_
% Relief from that procedure _not known_    Any neg side effects?

Other pertinent information/education needs _↓ pain in back of leg_
_↓ pressure in back ↑ pain hip to knee_    Signature (all clinical care providers) _____

**Physician Notes:**
Gen

MS:    Palpation:    Spring:
        ROM:
OS+gaard:        Flare:

Neuro:    Gait

    Motor power – UE        LE

    Sensory – LT        PP        vib

    Slump testing  R    L    SLR  R    L

    Impression

Notes:

**V-0474**

Procedure To Be Scheduled: _____    PT/Trombley: _____
Diagnostic Studies _____    Pt to return
MD signature _____    Dictated? ___ Date ___ Time ___ COPY

12/06/2005

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.

Numbness ■    Pins & Needles oooo    Aching ✓✓✓✓    Cramping ●●●●    Burning xxxx    Stabbing ////



PAIN WHEN
THE PAIN
FIRST BEGAN
OCT 2002 —
FEB. 2003
& THEN
IT STARTED
SPREADING,
REFERRED
PAIN

**V-0475**

Name: Daniela C. Valenote        Date: 06-01-05

COPY

12/06/2005

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



Numbness ■    Pins & Needles oooo    Aching ✓✓✓✓    Cramping ●●●●    Burning xxxx    Stabbing ////

SENSITIVE

HANDS BURN, SWELL, TIPS OF FINGERS GET SHOCKS, DROP THINGS MORE

EXCRUCIATING, BURNING & PINCHING
PINCH
PRESSURE, PINCHING

PULLING BURN

STABBING

DEEP P.+

TRAVELS SHOOTS

SIDE OF LEG, STARTS IN HIP TO KNEE & THEN OR CALF & AROUND ANKLE SAME ON (L) SIDE

FEET TINGLE WHEN STAND 15-30 MINUTES

MONSTROUS HEADACHES

STABBING

TEETH SENSITIVE

V-0476

Name: SS# 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   DOB: 02-17-1969
VALENOTE, DANIELA

Date: 06/01/05

COPY

12/06/2005



SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

Date: **MAY 1 0 2005**

Reviewed By: _Julian_

**PHYSICIAN:** DR. JACONETTE    (DR. POLSTON)    DR. RODERER    DR. STINSON

### POST INJECTION EVALUATION

| | | | |
|---|---|---|---|
| ☐ Medial Branch Block | Cervical | Thoracic | Lumbar |
| ☐ Facet Joint Injection | Cervical | Thoracic | Lumbar |
| ☐ Selective Epidural Injection | Cervical | Thoracic | Lumbar |
| ☐ SI Joint Injection | | | |
| ☐ Hip Joint Injection | | | |
| ☐ Other: | | | |

The following information needs to be completed and returned to our office after one week. You may be sore from the needles so when rating your pain, concentrate on your *usual, regular* pain and not any soreness from the needle injection itself. After we receive this evaluation, your chart will be reviewed by your doctor and we will contact you on any dicisions they make about futher treatment. You may fax this evaluation to **743-8284**.

*NumB*

| No pain | (0/10) | 1/10 | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain while still in the center (circle one)

*only when I move a certain way – pinching*

| No pain | 0/10 | (1/10) | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

te your pain one hour after the procedure (time) _11:00_ (circle one)

*same as above, ↑*

| No pain | 0/10 | (1/10) | 2/10 | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain 2 hours after the procedure (time) _12:00_ (circle one)

*foot tingles – leg still numb*

| No pain | 0/10 | 1/10 | (2/10) | 3/10 | 4/10 | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*hip*

Rate your pain 3 hours after the procedure (time) _1:00_ (circle one)

*toes numb, foot tingles – leg still numb*

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | (4/10) | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*hip*

Rate your pain 4 hours after the procedure (time) _2:00_ (circle one)

*ankle & leg numb*

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | (4/10) | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*hip*

Rate your pain 5 hours after the procedure (time) _3:00_ (circle one)

*ankle & leg numb*

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | (4/10) | 5/10 | 6/10 | 7/10 | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*hip*

Rate your pain 6 hours after the procedure (time) _4:00_ (circle one)

*leg & back    hip*

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | (4/10) | 5/10 | 6/10 | (7/10) | 8/10 | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

te your pain 3 days after the procedure (time) _10:00am_ (circle one)

*leg & back    hip*

| No pain | 0/10 | 1/10 | 2/10 | 3/10 | 4/10 | (5/10) | 6/10 | 7/10 | (8/10) | 9/10 | 10/10 | No relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rate your pain 7 days after the procedure (time) _4:00pm_ (circle one)

8/16/2004

V-0477

COPY

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 06/29/2005

**SUBJECTIVE:** This patient states that she has been doing more activities. She is accompanied by her husband today. She says the pain is overall worse. She continues the Kadian, which she says is helping somewhat with the headaches. She is also taking prn Vicodin with some relief of the headaches. Her prominent complaint of pain is in the right neck today laterally. Laterally she has still continues to have arm pain, back pain, and hip pain. She asked that I amend records that said that she actually did attain relief with the first trochanteric bursa on the right injection, but that the second one did not provide benefit. She is asking for treatment to the neck. She has spoken with Dr. Shirey about performing testing. He states that he would be able to do this but would need some assistance in obtaining the test in some sort. I have called him twice but have been unable to reach him.

**OBJECTIVE:** AVSS. She is tender to palpation over the right C3-C4 and C4-C5 medial branches. She has tenderness to palpation with side bending and rotation. She has slight decreased sensation in the forearm and hands.

**ASSESSMENT:**
1. Cervical facet arthropathy.
2. Cervicogenic headaches.
3. Chronic pain.

**PLAN:** I would like to perform psychological testing and have referred her for this testing. I would ask Dr. Shirey's assistance with interpreting some of these tests. Still, I feel that she would be a candidate for an inpatient pain program. If the medial branch blocks work, would consider repeating the radiofrequency at the same levels. Risks, benefits, alternatives of the injections were discussed. The patient's medications were refilled.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 06/30/2005
DT: 06/30/2005
JOB #: 144713

**V-0478**

cc:    Cleve R. Shirey, M.D.
12/06/2005  Fax: 677-9265

COPY

SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**

Date                    JUN 2 9 2005

---

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 118/74  Pulse 88  Temp 978 Resp 16 |
|---|---|
| | Ht (Initial visit) _____ Wt (Every visit) 146 |

Reason   for   Visit:   R/V @ procedurator

---

Allergies _Noxflex_____    Medications _Kadine___    Other Physicians:
_____    ___vicodine___    _____

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)

| | 1 2 3 4 5 6 (7) 8 9 10 | 1 2 3 4 5 6 7 8 9 10 | 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|---|
| Location: | Back and Bxy | | |
| Type: | | | |
| Radiation: | | | |
| Continuous or Intermittent: | C | | |

What makes pain worse? Standing, laying, sitting Better? Nothing
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____ Any neg side effects? _____

_____

Other pertinent information/education needs _____

---

Signature (all clinical care providers) _[signature]_

**Physician Notes:**  144 713
Gen

MS:   Palpation:        Spring:
      ROM:
OS+gaard:        Flare:

Neuro:  Gait

   Motor power – UE        LE

   Sensory – LT        PP        vib

   Slump testing  R        L        SLR    R        L

   Impression

HA, h.r, TPL
MA
(R) C3,4,5
/ HA constr
/ Meds still
/ refill

**Notes:**

**V-0479**

Procedure To Be Scheduled: _____  PT/Trombley: _____
Diagnostic Studies _____  Pt to return _____
MD signature _____  Dictated? _____ Date _____ Time _____

12/06/200? 

COPY

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



Numbness ■
Pins & Needles oooo
Aching ✓✓✓✓
Cramping ●●●●
Burning xxxx
Stabbing ////

HEADACHE

PINCH BURNING

RIB OUT OF PLACE, DR. PETER ADJUSTS & PAIN SUBSIDES

HORRID HEADACHES, MEDS BARELY KEEP @ BAY.

LOCKS & PINCHES

SI JOINT

STABBING

# 25, MIDDLE FINGER & INDEX-WORST, DROPPING THINGS, JUMPING PAIN & SHOCK

R    L    L    R

SIDE OF LEG & DEEP IN HIP, SEARING & BURNING

EXCRUCIATING PAIN IN HIP WHEN SITTING

R.    STABBING

PINCH

V-0480

Name: _____    SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

Date: _JUN 2 9 2005_
COPY

12/06/2005

SS#: 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    DOB: 02-17-1969
VALENOTE, DANIELA

**PROCEDURE REMINDER**
**ADVANCED PAIN CENTERS OF ALASKA**

Procedure: (R) Medial Branch Blocks @ Cervical three, four, five

Date/Time: _7-5_ @ _8:30_    Pt.Appt.:_____ @ _____

Pre-Op Visit:_____ @ _____    Allergies: _Norflex_ _____

Contact Phone Number on Procedure Date:_____

Interpreter Scheduled, if Needed:    Yes    (No)    Language:_English/_ _____

Nothing to eat or drink after **6 HOURS** prior to procedure.

Arrive at    (APCA) /  PROV  /  ARH  /  HEALTHSOUTH    @_____am/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to**
**your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication:_____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications, take with small sips of water.

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed  No   Yes   If Yes, if testing required:_____

**V-0481**

Additional Information:
- Call your insurance company and obtain pre-certification for your procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi or Anchor Ride.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.
- Other Instructions:_____

Reviewed by: _Delia Lam_    Patient: _Daniela C. Valote_    Date:_06/29/05_

12/06/2005

**COPY**



SS# 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    DOB: 02-17-1969
VALENOTE, DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

**DATE:** 6-1-05          **TIME:** 4:30          A.M.    (P.M.)

1.    I hereby authorize Dr. Polshi
      to perform the following operation or procedure, known as

> Greater Occipital Nerve Injection with local anesthetic and/or steroid with possible sedation.

upon myself of _____
                          (NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

> Bleeding, numbness, bruising, worsening of pain, no pain relief, drug reaction, transient headache, dizziness.

3.    I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.    I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.    I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.    I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED IN AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____          _____
Patient's Signature                              Witness Signature

                                                              **V-0482**

_____          _____
Signature of Relative Responsible for Patient      Relationship to Patient

---

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

                              _____
12/06/2005                    Physician's Signature              **COPY**

6/1/2005

### ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 07/26/2005

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**POSTPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**PROCEDURE PERFORMED:** Medial branch block on the right at C3, C4, and C5.

**MEDICATION INJECTED:**

**ANESTHESIA:** Lidocaine 1%.

**COMPLICATIONS:** None.

V-0483

**INDICATIONS:** The patient complains of the neck pain and cervicogenic headaches. She is here for diagnostic medial branch blocks. She rates her pain today at 7-out-of-10. The procedure, risks, benefits, and alternatives were discussed. The patient voiced understanding and wished to proceed.

**PROCEDURE IN DETAIL:** The patient's vital signs were stable and she was placed in a left lateral decubitus position. The skin was prepped with Betadine x3. She remained awake and conversant throughout the procedure.

The C3 lateral mass was identified and a 1% lidocaine skin wheal was raised. A #25-gauge, 2-1/2-inch spinal needle was directed down to the center of the lateral mass. Position was confirmed in the PA and lateral views. Then 0.2 mL of Omnipaque showed spread of dye over the joint space. Then at the C4 level, 1% lidocaine skin wheal was raised again on the right and a #25-gauge, 2-1/2-inch needle was directed down to the center of the lateral mass in the PA and lateral views. Position was confirmed. Then 0.2 mL of Omnipaque showed spread of dye over the lateral mass. Then at the C5 level, 1% lidocaine skin wheal was raised and a 3-1/2-inch spinal needle was directed again from a lateral approach to the center of the lateral mass and the position was confirmed in the PA and lateral views. Again, 0.2 mL of Omnipaque showed spread of dye over the lateral mass. Then the C3 needle was injected with 0.5 mL of 4% lidocaine. The C4 needle was injected with 1 mL of 4% lidocaine and the C5 needle was injected with 0.5 mL of 4% lidocaine. All needles were removed.

The patient tolerated the procedure. The patient was taken back to the recovery room in stable condition. There were no neurologic or hemodynamic difficulties. Discharge instructions were reviewed. The patient stated that her pain, after approximately 15 minutes, decreased from 7-

COPY

## ADVANCED PAIN CENTERS OF ALASKA -- ANCHORAGE
### PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

out-of-10 to 2-out-of-10.   The patient will follow-up in two weeks used.  She has been asked to fill out a pain log.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 07/26/2005
DT: 07/26/2005
JOB #: 845562

V-0484

COPY



ADVANCED MEDICAL CENTERS OF

# 'L A S K A

1917 Abbot Road, Suite 100
Anchorage, AK 99707

SS#: 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   DOB: 02-17-1969
VALENOTE, DANIELA

Date: ___ JUL 2 6 2005 ___

## Patient Procedure Visit

Referring Doctor: _____ Cleve Shiney, M.D _____

If patient is from out of Anchorage, local or cell phone number: _____
Patient accompanied by: _j_____ in wait area? __✓__ Phone # (if not) _____
Vital Signs   B/P _148/85_   Pulse _79_   Temp _98.6_ Resp _16_   O2 Sat _____
NPO? _+ 6 hours____   Pain Level _7_ /10   Location of pain _____
Allergies _NKC_   _Nonflex_

Current Medications and time taken : ___ Kadian · vicoden ___
_____
_____
_____

_e_ medication last taken: _____

Nursing Comments: _____   **V-0485**

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____   H & P and Systems Review: _yes_
Time: _9:16_   Preoperative Diagnosis: _cervical facet_
Any changes in medical status: _____ _no_

_____
MD Signature

Post Procedure Note:   Postoperative diagnosis: ___ SA ___
_845562V_   Procedure performed: ___ MBB @ c_3 c_4, c_5 ___
Complications: ___ ∅ ___

Sedation given: _No Sedation_
Dictation (if not today, give date) _____

_____
MD Signature

COPY

10/29/04
. 12/06/2005



ADVANCED MEDICAL CENTERS OF
*A L A S K A*

SS#: 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   DOB: 02-17-1969
VALENOTE, DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 6-29-05          TIME: 12:25          A.M.   P.M.

1.   I hereby authorize Dr. Polston
     to perform the following operation or procedure, known as

> Right Cervical Medial Medial Branch Block Injection of Local Anesthetic and/or Steroid at
> cervical- three, cervical- four, cervical- five levels, with moderate sedation

     upon myself or _____
                              (NAME OF PATIENT)

2.   The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and
     benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results
     or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

> Local bruising, infection, numbness of the legs, swelling, nerve damage, worse pain, drug reaction,
> bladder dysfunction

     I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem
     necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance
     of services involving pathology and radiology and I hereby consent thereto.

4.   I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or
     different procedures than those in paragraph one. I therefore further authorize and request that the above named physician
     perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this
     paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.   I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.   I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced
     Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use
     the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND
THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR
POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE
PROCEDURE.**

_____          _____
Patient's Signature                       Witness Signature

_____          _____          **V-0486**
Signature of Relative Responsible for Patient    Relationship to Patient

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards,
complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

12/06/2005                               _____          **COPY**
                                          Physician's Signature

ADVANCED MEDICAL CENTERS OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD

SS#: 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    DOB: 02-17-1969
VALENOTE, DANIELA

## PRE-PROCEDURE

DATE: JUL 26 2005    TIME: 850 (AM)/ PM    NPO STATUS: + than

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed

Allergies:
Current Medications: Charted 7/26/05

Previous Complications from Surgery/Anesthesia: ☑ None Reported

Comfort: No Pain / Pain    Location: ____ Intensity: 1/10

| Time | IV TYPE | Review of Diagnostic Data: (Y)es |
| 0100 | ____ | Patient Appropriate Candidate: (Y)es ☐ No |
| | | ASA Classification: (1) 2 3 4 5 E |

Anesthesia Plan: ☑ Sedation  IV / PO / IM
☐ Local    ☐ No Sedation

Assessment reviewed and all meds. Given per verbal order of MD

PHYSICIAN SIGNATURE ____

## PROCEDURE

Procedure: Cervical MBB

| | READY TIME: 905 | START: 0914 | END: 0921 |

MD: Polston
NIBP: (R) L (Arm) Leg    Pulse Oximeter: R / L (Hand)/ Foot
Pt. Pos: R / L (Lateral)  Supine  Prone  Other

Grounding Pad Site:

| TIME | MEDS | DOSE | ROUTE | *Response* | | Administered by: |
| | | | | Loc | Activity | |
| | | | | | | |
| | No sedation | | | | | |

Notes:

V-0487

## Baseline  Vital Statistics Q 5 min

| VITALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | 850 | 0915 | 0900 | | | | | |
| B/P | 148/85 | 146/85 | 149/90 | | | | | |
| P | 79 | 73 | 76 | | | | | |
| EKG | | | | | | | | |
| *Resp. Rate/Qual | 16 | 161 | 161 | | / | / | / | / |
| Sat% | | 100% | 100% | / | | | | |

| ALDRETE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Activity | 2 | 2 | 2 | | | | | |
| **Resp. | 2 | 2 | 2 | | | | | |
| **Circ. | 2 | 2 | 2 | | | | | |
| **L.O.C. | 2 | 2 | 2 | | | | | |
| **Oxygenation | 2 | 2 | 2 | | | | | |
| O2/NC | Ø | | | | | | | |

Key on back    ☐ Vital signs continue on page #2

Pr__e Reflexes:    ☒ Yes    ☑ N/A (Topical Anesthetic Used)
Reversal Agent Used:    ☐ Yes    ☑ No    If yes, why?    Photos Taken: (☐) Yes    ☐ No
Other Complications:

Post Procedure Report Given to: ____ By: ____ (Procedure RN) Time ____

COPY

# ADVANCED MEDICAL CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

SS#: 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    DOB: 02-17-1969
VALENOTE. DANIELA

**DATE:** JUL 2 6 2005

### Vital Statistics Q 5 min

| VITALS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | | |
| B/P | | | | | | | | | |
| P | | | | | | | | | |
| EKG | | | | | | | | | |
| *Resp. Rate/Qual | | / | | / | | / | / | / | / |
| Sat% | | | | | | | | | |

| ALDRETE | | |
|---|---|---|
| **Activity | |
| **Resp. | |
| **Circ. | |
| **L.O.C. | |
| **Oxygenation | |
| O2/NC | | V-0488 |

Admission Temperature: 98.6    Discharge Temperature: 98.8

### ALDRETE SCORING

Pre Procedure BP: 148/85

| | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | 2 | 2 | | | | |
| Can move 2 Extremities | =1 | | | | | | |
| Can move 0 Extremities | =0 | | | | | | |
| Able to DB&C | =2 | 2 | 2 | | | | |
| Dyspnea/Limited | =1 | | | | | | |
| APNEA | =0 | | | | | | |
| BP+/-20 Baseline | =2 | 2 | 2 | | | | |
| BP+/-20-50 Baseline | =1 | | | | | | |
| BP+/-50 Baseline | =0 | | | | | | |
| Fully Awake | =2 | 2 | 2 | | | | |
| Arousable | =1 | | | | | | |
| Not Responding | =0 | | | | | | |
| Able to Mainain O2 Saturation > 92% on room air | =2 | 2 | 2 | | | | |
| Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | | 2 | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | 10 | W | | | | |

Discharge criteria met at (Aldrete Score of 8 or Above) Time: 955
RN Signature

### VITAL SIGNS Q 15 MIN

| TIME | 921 | 926 | 930 | 935 | 940 | 945 | 955 |
|---|---|---|---|---|---|---|---|
| B/P | 144 80 | 143 88 | 151 91 | 158 93 | 142 85 | 159 100 | 138 58 |
| P | 73 | 76 | 74 | 71 | 70 | 88 | 83 |
| Resp. Rate | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| Resp. Qual | n | n | n | n | n | | |
| Sat% | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| CO2% | | | | | | | |
| L.O.C. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| O2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

I.V.: (Type/Amt)    Site:
Appear: ☐ Patent  ☐ Infiltrated  ☐ Red
Comfort:  No Pain / Pain  Location:  Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

### DISCHARGE PLANNING

| OUTPATIENT: | Yes | No |
|---|---|---|
| 1. Aldrete's score of 8 or above. | | |
| 2. Vital signs stable including temperature. | ✓ | |
| 3. ___e of respiratory distress. | ✓ | |
| 4. ___ow, cough, and gag reflex present. | ✓ | |
| 5. Minimal nausea and vomiting. | ✓ | |
| ☑ Transported via wheelchair, ambulatory to awaiting vehicle with staff. Time: | | |

| | Yes | No |
|---|---|---|
| 6. Minimum of 2 hours has elapsed after last administration of reversal agents  ☐ ☐ N/A | | |
| 7. Alert & oriented with adequate muscular strength. | ✓ | |
| 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | | |

COPY

12/06/2005



DVANCED PAIN CENTERS OF
A L A S K A

SS#: 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    DOB: 02-17-1969
VALENOTE, DANIELA

DATE: ___ JUL 2 6 2005 ___

## DISCHARGE INSTRUCTIONS

| The following discharge instructions are given for your care at home. Please follow the checked instructions. |
|---|

### Procedure

☐ Discogram                      ☐ Selective Nerve Root Block      ☐ Lumbar Sympathetic Block
☐ Epidural Steroids              ☐ Stellate Ganglion Block          ☐ SI Joint Injection
☒ Facet Blocks  *Cervical*       ☐ Trigger Point Injections         ☐ Other
       MBB

### Diet

☒ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other: _____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces
    until normal strength and sensation have returned.
☐ Exercises as instructed: _____
☒ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☒ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☐ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
    ☐ ___er:

### Medications

☐ Take prescriptions as ordered                    ☐ Prescription/Medication given to patient or responsible person
    a. _____                              ☒ Resume medicine as taken at home
    b. _____
    c. _____

### Additional Information                                        **V-0489**

☒ Remove Band-Aids today.
☒ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention
    or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling,
    heaviness of arm/leg on injected side, headache. If they persist over 18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☒ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of
    the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____ .
    ___ient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
    ___atient/family instructed in alternative measures to relieve pain:    ☐ Cold Packs    ☐ Hot Packs    ☐ Massage
        ☐ Position changes        ☐ Distraction        ☐ Breakthrough pain interventions    ☐ Relaxation    ☐ Guided imagery

Reviewed with Patient by: _____          Date: JUL 2 6 2005
12/06/2005
Patient Signature: _____                 Physician Signature: _____          **COPY**
4/12/2005

Valenote, Daniela

## PROCEDURE REMINDER
## ADVANCED PAIN CENTERS OF ALASKA

Procedure: ®️ medial branch block C3,4,5

Date/Time: 7/19/05 @ 8:30 _____ Pt.Appt.:_____ @ _____

Pre-Op Visit:_____ @ _____ Allergies:_____

Contact Phone Number on Procedure Date:_____

Interpreter Scheduled, if Needed:    Yes    No    Language: English/ _____

Nothing to eat or drink after **6 HOURS** prior to procedure.

Arrive at    (APCA) / PROV / ARH / HEALTHSOUTH    @ 8:30    am/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication:_____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications, take with small sips of water.

Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed    (No)    Yes    If Yes, if testing required:_____

**V-0490**

**Additional Information:**
- Call your insurance company and obtain pre-certification for your procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi or Anchor Ride.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.

Other Instructions: C/S from 7/5/05 _____

Reviewed by: Jeff Blackard    Patient:_____    Date: 7/1/05

12/06/2005    2006

**COPY**



ADVANCED PAIN CENTERS OF
*A L A S K A*

SS#: 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   DOB: 02-17-1969
VALENOTE. DANIELA

### Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?                    Yes        No

I, _Daniela C. Valenote_ , have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☒ I verify that I am NOT pregnant.

_____          07-26-05
Patient Signature                         Date

**V-0491**

COPY

12/06/2005