ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 08/10/2005

**SUBJECTIVE:** This patient underwent medial branch blocks on the right at C3, C4 and C5. The patient reports no change in her pain. The patient reports that she has been unable to complete testing in the health psychology department. The patient states that she has had personal conflicts. She reports the Kadian and Vicodin are continuing to work. She continues on trazodone, Allegra, Singulair, Zovia and Gabitril. She has been referred to neurology.

**OBJECTIVE:** Blood pressure 144/90, pulse 90, temperature 99.3, respirations 12. She refuses to undergo weighing. Head pain is 6-out-of-10, right and left arm pain is a 6-out-of-10, low back pain is 6-out-of-10. She has tenderness to palpation in the neck, arms and the low back.

**ASSESSMENT:**
1. Chronic pain.
2. Myofascial pain.
3. Degenerative disks of the cervical and thoracic spine.

**PLAN:**
1. The patient has asked me to write a letter to her architecture board to allow her as to take the examinations in sitting and standing positions. I would be happy to do. The patient states that she will obtain the addresses for me and I will be happy to complete that.
2. I would like to perform trigger point injections in two weeks over the thoracic scapula. Risks, benefits, and alternatives were discussed.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 08/13/2005
DT: 08/14/2005
JOB #: 913902

**V-0492**

cc:    Cleve R. Shirey, M.D.
       Fax: 677-9265

COPY

**Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.**



V-0493

Name: _Kaniela C. Valenote_    Date: _AUG 10 2005_

COPY

12/06/2005

SS#: 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   DOB: 02-17-1969
VALENOTE. DANIELA

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**

Date _AUG 1 0 2005_

If patient is from out of Anchorage, local or cell-phone number _____

| Vital Signs: | B/P _141/90_ Pulse _96_ Temp _99.3_ Resp _12_ |
|---|---|
| | Ht (Initial visit) _____ Wt (Every visit) _pt. declined_ |

Reason   for   Visit: _RV_

Allergies _Norflex_   Medications _Vicodin_   Other Physicians: _____

_Icadion_
_Trazodone, Allegro_
**Medication Refill Request:** _Singular, Zovia, Gabitrol_
**Pharmacy** Patient uses (place on care record also) _____

**Today's Pain Intensity Scale** (Circle pain scale #)

'horacic
pinching
no
C

| 1 2 3 4 5 ⑥ 7 8 9 10 | 1 2 3 4 5 ⑥ 7 8 9 10 | 1 2 3 4 5 ⑥ 7 8 9 10 |
|---|---|---|
| Location: _Head(R)_ | _(R) +(L) Arms_ | _LBP_ |
| Type: _Pressure_ | _Burning_ | _Stabbing_ |
| Radiation: _yes_ | _yes_ | _yes_ |
| Continuous or Intermittent: _C_ | _C_ | _C_ |

What makes pain worse? _walk, Sitting, Standing_ Better? _nothing_
Any procedure since last visit, and what was it? _____
% Relief from that procedure ___0%___ Any neg side effects? _none_

Other pertinent information/education needs _____

Signature (all clinical care providers) _DG_

**Physician Notes:**
Gen                    _No    A_

_hir_

MS:    Palpation:    Spring:    _WRU test_
       ROM:
OS+gaard:    Flare:    _? Margie Smith_

Neuro: Gait
       Motor power – UE    LE
       Sensory – LT    PP    vib    _Letter_    **V-0494**
       Slump testing R    L    SLR    R    L
       Impression

_91390_                    _ACRAB_
Notes:                    _Letter_

**Procedure To Be Scheduled:** _____    PT/Trombley: _____
Diagnostic Studies _____    Pt to return _____
MD signature _____    Dictated? ____ Date ____ Time ____

_12/06/200_

COPY

POST PROCEDURAL QUESTIONNAIRE

SS#: 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   DOB: 02-17-1969
VALENOTE, DANIELA

Advanced Medical Centers of Alaska will call the patient 3-5 working days following the procedure. They will make 2 attempts to contact the patient.

*L3,4,5  MBB*

They will call the patient's home phone number: ___622-1009___

If the patient is not available they will leave a message on an answering machine asking them to call Advanced Medical Centers of Alaska,  EXT _____.   NA   MESS: _____  _____  _____
                                                                    Time    Date    Signature

                        NA   MESS: _____  _____  _____
                                    Time    Date    Signature

The conversation goes something like this:
    May I speak with (patient's name)
    This is Advanced Medical Centers of Alaska calling to see how you are feeling after your procedure on (date) ___JUL 2 6 2005___.

1. How are you feeling? *In wrong spot. Did not touch the headaches. Wants to talk to Doctor*

2. On a scale of 0-10, with 0 being no pain and 10 being the worst pain you can imagine, what is your pain level when you take you pain medication? _____ / 10.
    If the level is above 4, the patient is asked if they are taking their pain medication.   Yes   No:

3. Where is your pain?   Injection     Surgical     Other site: _____

4. Have you had any nausea or vomiting since your procedure?   No   Yes:   If yes, has it subsided?   Yes   No

5. Have you urinated in the past 8 hours?   Yes   No: _____

6. Is your IV site swollen, red or painful?   No   Yes: _____

7. Did you sleep OK last night?   Yes   No: _____

8. Did your physician talk to you after your procedure?   Yes   No: _____

9. Have you been following your discharge instructions?   Yes   No: _____          **V-0495**

10. Do you have a follow up appointment?   Yes   No: *in two weeks*

    Do you have any questions or concerns?   No   Yes: _____

___C. Teilbo___                           ___7-29-05___                    COPY
Signature                                    date

12/8/2005

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 08/22/2005

**SUBJECTIVE:** The patient returns for a trigger point injection. She reports she is having significant pain with headaches. She would like to try a new triptan that we discuss the last visit. The patient also is requesting referral to a neurologist. She continues to complain of pain in her low back, neck, arms and head.

**OBJECTIVE:** Afebrile, vital signs stable (AVSS). She has tenderness to palpation in the paraspinal muscles of the trapezius and rhomboids. Cranial nerves II-XII were grossly intact. She appears tired.

**ASSESSMENT:**
1. Chronic pain.
2. Myofascial pain.
3. Migraine headaches.

**PLAN:** I would like to perform a trigger point injection. The risks, benefits, and alternatives were discussed. The patient agrees to proceed.

**PROCEDURE IN DETAIL:** The patient was placed in a sitting position. The skin was prepped with alcohol. A #27-gauge, 1-1/4-inch needle was used to inject tender points along the trapezius and rhomboid muscles bilaterally. The patient received a total of 10 mL of 2% lidocaine. The patient tolerated the procedure. The patient reported numbness in the area of injection. She noted no change in her headache. Vital signs remained stable. The patient was unable to state if her pain level changed.

**FURTHER PLANS:** The patient was given a renewal of her Kadian and Norco. She will also receive Maxalt 10 mg one p.o. daily, not to exceed three per day. She was given a total of #15. She was told this was a one-month prescription. She will attempt this for her headaches. She was told that she can decrease the Maxalt to 5 mg cutting the pill in half. I will also refer for her to Marjorie J. Smith, M.D.

**V-0496**



## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 08/23/2005
DT: 08/24/2005
JOB #: 346797

V-0497

COPY

12/06/2005

SS#: 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    DOB: 02-17-1969
VALENOTE. DANIELA.

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**

Date ___AUG 2 2 2005___

If patient is from out of Anchorage, local or cell-phone number

**Vital Signs:**     B/P 142/78   Pulse 84   Temp 98.2   Resp 16
Ht (Initial visit)_____   Wt (Every visit) 143

Reason   for   Visit: RV_____

_____

**Allergies** Norflex   **Medications** Kadran   **Other Physicians:**
_____   vicodin   _____

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)
1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10

| Location: Body | | |
|---|---|---|
| Type: burn, tingle, numbness, pins, needles | | |
| Radiation: | | |
| Continuous or Intermittent: C | | |

**What makes pain worse?** Sitting, standing, lying down **Better?** _____
**Any procedure since last visit, and what was it?** _____
**% Relief from that procedure** _____ **Any neg side effects?** _____

**Other pertinent information/education needs** _____
_____

Signature (all clinical care providers) S. Wilson MA

**Physician Notes:**
Gen

MS:   Palpation:      Spring:
      ROM:
OS+gaard:         Flare:

Neuro:   Gait

      Motor power – UE         LE

      Sensory – LT          PP         vib

      Slump testing  R      L      SLR    R      L

      Impression

V-0498

Notes:

7 46791

**Procedure To Be Scheduled:** _____ **PT/Trombley:** _____
**Diagnostic Studies** _____ **Pt to return** _____
**MD signature** _____ **Dictated?** ___ **Date** ___ **Time** ___

12/06/200

COPY

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



SS#: 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   DOB: 02-17-1969
VALENOTE. DANIELA

V-0499

AUG 2 2 2005

COPY

Name: _

Date: _

12/06/2005



**ADVANCED MEDICAL CENTERS OF**
*A L A S K A*

SS#: 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    DOB: 02-17-1969
VALENOTE. DANIELA

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

**DATE:** 8·22·05          **TIME:** 3·02          A.M.    (P.M.)

1.   I hereby authorize Dr. Polston
to perform the following operation or procedure, known as

> Trigger point injection in the Thoracic Myofacial with anesthetic and/or steroid

upon myself or    *Daniela C Valenote*
                    (NAME OF PATIENT)

2.   The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

> Bleeding, Worse pain, Numbness, Bruising, Infection, Weakness, Paralysis, Nausea/vomiting,

I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.   I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.   I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.   I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____
Patient's Signature

_____   S. Whitney _____ MA
Witness Signature

_____
Signature of Relative Responsible for Patient

_____
Relationship to Patient

**V-0500**

...hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

12/06/2005

_____
Physician's Signature

**COPY**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 09/19/2005

**SUBJECTIVE:** The patient reports that her pain continues to be problematic. She is still unable to work. She is very disappointed. She has been offered another job offer for employment, but she feels that with her pain she is still unable to proceed. She continues to have significant pain in the neck and in the right hip. She states the Kadian is helping somewhat with the pain. She states that she has had no relief with the trigger point injections at the point of maximal tenderness. She is asking for any further imaging study to see if they could better elicit her pain. In review, her MRI is approximately two years old. Unfortunately, the patient states that lying flat is very difficult and is reluctant to proceed with any type of MRI findings, but she still is considering the inpatient pain program.

**OBJECTIVE:** VITAL SIGNS: Blood pressure is 150/84, pulse is 80, temperature is 97.9, respirations are 16. She weighs 145 pounds.
MUSCULOSKELETAL: Rates her hip pain at 5/10, cervical pain at 07/10, and thoracic pain at 7/10. She has tenderness to palpation at approximately C5/6. Flexion and extension are painful. Sensation in the upper extremities are intact. She is also tender to palpation over the right hip with pain with internal and external rotation of the hip.

**ASSESSMENT:**
1.   Chronic pain syndrome with degenerative distal cervical spine.
2.   Right hip arthropathy.

**PLAN:** I would like to continue on her Kadian 20 mg one p.o. b.i.d., Vicodin 7.5 one p.o. t.i.d. p.r.n. A one-month supply of both were given. I would like to obtain x-rays of her cervical spine and hip. We discussed the possibility of proceeding with the MRI, but she states that even sedation with Valium does not make it possible for her to proceed, I think it is optimal at this point. I would possibly consider a CT scan if indicated, but we will begin with plain x-rays first. I have yet to see her proceed with the psychological testing and would recommend. Would also consider an inpatient pain program.

*V-0501*

COPY

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  09/20/2005
DT:  09/21/2005
JOB #:  557146

V-0502

COPY

SS#: 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  DOB: 02-17-1969
VALENOTE. DANIELA

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**

Date _____ SEP 1 9 2005

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 150/84  Pulse 80  Temp 97.9  Resp 16 |
| | Ht (Initial visit) _____  Wt (Every visit) 145 |

Reason    for    Visit: RV _____

Allergies Norflex ✓ _____  Medications maxacet _____  Other Physicians:
_____  Kadian _____  _____
_____  Valium _____  _____

**Medication Refill Request:** _____
**Pharmacy Patient uses (place on care record also)** _____
**Today's Pain Intensity Scale (Circle pain scale #)**

| | 1 2 3 4 5 6 7 8 9 10 | 1 2 3 4 5 6 7 8 9 10 | 1 2 3 4 5 6 7 8 9 10 |
| Location: | head | cervical | Thoracic |
| Type: | pins/needles, burn stabbs | pins/ needles, burn stabbing | grinding, burning, |
| Radiation: | | | |
| Continuous or | | | LBP ® legs, hip |
| Intermittent: | C | C | C |

What makes pain worse? walking, sitting, standing Better? nothing
Any procedure since last visit, and what was it? trigger point inj.
% Relief from that procedure 0/10 _____ Any neg side effects? none

Other pertinent information/education needs _____

Signature (all clinical care providers) S.Whitney MA

**Physician Notes:**
Gen

? c MRI

**V-0503**

MS:   Palpation:        Spring:
      ROM:
OS+gaard:          Flare:

Neuro:  Gait          no s/e          557146

      Motor power – UE      LE

      Sensory – LT      PP      vib      ® 4/

      Slump testing R    L    SLR    R    L      X-ray

      Impression

Notes:      refly          report MRI

**Procedure To Be Scheduled:** _____  PT/Trombley: _____
12/06/200  Diagnostic Studies _____  Pt to return _____
           MD signature _____  Dictated? _____ Date _____ Time _____

COPY

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



PINS/NEEDLES
YESTERDAY,
MORE OFTEN
BURNS &
STABS

PINCHES

® HIP,
DEEP RAW,
GRINDING,
BURNING
PAIN REFERS
FROM HIP
TO KNEE
ON THE SIDE
OF LEG.

V-0504

Name: SS#: 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   DOB: 02-17-1969
VALENOTE. DANIELA

Date: SEP 1 9 2005

COPY

12/06/2005

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 11/02/2005

**SUBJECTIVE:** This patient returns. She reiterates her longstanding pain. She does state, though, that her hip pain is of greater than 10-year duration. She states that her neck, back, thoracic pain, and arm pain had actually come on after a business trip in 2003. The patient states that she is continuing to have significant problems with headaches and actually is having a severe headache today. She says that the Maxalt has helped, is requesting refill for the Maxalt. She also states that the greater occipital block has helped in the past and would also like that. She continues taking her Kadian and Vicodin.

**IDENTIFICATION:** The patient has undergone testing with the health psychologist. She is asking for any type of further interventions. The patient is seriously considering an inpatient pain program. She brings in x-rays also of her cervical and lumbar spine.

**OBJECTIVE:** Blood pressure is 120/80, pulse 80, temperature is 98.6, respirations 16. She weighs 141 pounds. Her cervical pain is 7/10. Her mid back pain is 5/10. Her low back pain is 05/10. The patient is accompanied by her husband. She has difficulty sitting still and exhibits some pain behavior and she has tenderness over the right greater occipital nerve which reproduces and intensifies her headache. The left occipital nerve is normal. Cranial nerves II-XII are intact. Neck continues to have tenderness to palpation in laterally in the lower cervical facets, right side greater than left. She continues to have pain in the low back.

**ASSESSMENT:** Degenerative disk disease of the cervical and lumbar spine, cervical facet arthropathy, greater occipital neuritis, and chronic pain.

**PLAN:**                                                    **V-0505**
1.  I strongly recommended that she proceed with an inpatient program and after a long discussion she states that she would like to proceed with the Mayo Clinic in Rochester. I said I would help assist with this referral.
2.  I would like to give her Maxalt 10 mg one po not to exceed three in a 24-hour. This is to last month with a total of 15 tablets. The patient will continue on her Vicodin and the Kadian as prescribed last.
3.  The risks, benefits, and alternatives of the greater occipital nerve were discussed. The patient voiced understanding and wished to proceed. The patient was in a sitting position. Skin was prepped with alcohol posteriorly along the nuchal ridge just to the right of midline approximately one-third the distance to the posterior midline to the right mastoid. Then 9 cc of 2% lidocaine and 20 mg of triamcinolone were injected in a fan-like manner. The needle was removed. The patient tolerated the procedure. A Band-Aid was applied. The patient was observed for 30 minutes. There was no change in vital signs. She was discharge to her husband and discharge instructions were reviewed. She reported significant reduction in pain. I spent approximately 20 minutes in the initial clinical visit with the patient.

12/06/2005                         Page 1                                        COPY

SS#: 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   DOB: 02-17-1969
VALENOTE. DANIELA

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**

Date ___NOV 0 2 2005___

If patient is from out of Anchorage, local or cell-phone number _____

| Vital Signs: | B/P 120/80 Pulse 80 Temp 98° Resp 16 |
| | Ht (Initial visit)_____ Wt (Every visit) 141.0 |

Reason    for    Visit: ___RU___

Allergies ___Norflex___ Medications ___Vicolin___    Other Physicians: _____
___ ___Kadron___

Medication Refill Request: _____
Pharmacy Patient uses (place on care record also) _____
Today's Pain Intensity Scale (Circle pain scale #)

| | 1 2 3 4 5 6 (7) 8 9 10 | 1 2 3 4 (5) 6 7 8 9 10 | 1 2 3 4 5 (6) 7 8 9 10 |
|---|---|---|---|
| Location: | Cervicaol | M/O Back | LBP |
| Type: | Stabbing burning | Burning | Burning |
| Radiation: | head arms | to LD | to hip to feet |
| Continuous or | | Shulder | |
| Intermittent: | C | C | C |

What makes pain worse? ___use limbs___ Better? ___Nothing___
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____ Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _____

**Physician Notes:**
Gen

(R) hip > 10
neck/mid back / LBP

MS:    Palpation:    Spring:
ROM:
OS+gaard:    Flare:

Neuro: Gait

        Motor power – UE        LE

        Sensory – LT        PP        vib

        Slump testing R    L    SLR    R    L

        Impression

Notes:                        133554            **V-0506**

Procedure To Be Scheduled:_____ PT/Trombley:_____
12/06/200 Diagnostic Studies _____ Pt to return _____
MD signature _____ Dictated? ____ Date ____ Time ____

COPY

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  11/04/2005
DT:  11/05/2005
JOB #:  133554

**V-0507**

COPY

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



STABBING/
BURNING

DEEP
GRINDING,
BURNING

BURNING OR
COLD
TINGLING
LOSS OF
CONTROL
IN FINGERS,
DROP THINGS
SOMETIMES
I CAN'T FEEL
FINGER TIPS.

HEADACHES
ARE SO
SEVERE FROM
OCT 23 - NOV 2
I HAD 8 DAYS
W/MODERATE - SEVERE W/
NAUSEA, VOMITTING, INCAPACITATING PAID.

SO
SENSITIVE
WHEN HEADACHE
IS SEVERE
PILLOW HURTS TO TOUCH

V-0508

Name: _Daniela C. Valenote_

Date: _NOV 0 2 2005_

COPY

12/06/2005

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 11/28/2005

**SUBJECTIVE:** This patient reports continued pain in the neck, back, and thoracic spine. She continues with significant migraines. The patient reports that she is just in the midst of a viral syndrome with further aches and pains than normal. She continues on her Vicodin and Kadian without difficulty. She is requesting me to complete a form for her insurance company for her to get Maxalt 10 mg #15 tablets per month. This had been prescribed by her neurologist. She has had a prior a waiver to go to the #15 per month and requests to remain on this. The patient states this medication helps significantly with the headaches.

**OBJECTIVE:** VITAL SIGNS: Blood pressure 124/78, pulse 88, temperature 97.2, respirations 16. She weighs 142 pounds.
GENERAL: She is a sitting uncomfortably.
MUSCULOSKELETAL: She has tenderness to palpation in the neck, back, and legs.

**ASSESSMENT:**
1.  Chronic pain syndrome.
2.  Degenerative changes of the thoracic spine.
3.  Degenerative changes of the cervical spine.
4.  Lumbar degenerative disk disease.
5.  Migraine headaches.

**PLAN:** The patient has been referred to the Mayo Clinic to be evaluated by internal medicine; this appointment is pending. I think she is actually on a waiting list. I have asked her to call; she was given the telephone numbers and consultation number. She will evaluate this and also work on approval. I have completed her Premier form and have asked for approval for this medication as it has provided her relief. She says she will obtain a letter from her neurologist, which shows this waiver. I will see her back in one month.

REPORT SENT PRIOR TO REVIEW

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 12/03/2005
DT: 12/05/2005
JOB #: 835252

**V-0509**

12/06/2005

Page 1

COPY

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**



Date _____ NOV 28 2005 _____

**If patient is from out of Anchorage, local or cell-phone number**

| Vital Signs: | B/P 104/78 Pulse 88 Temp 97.2 Resp 16 |
| --- | --- |
| | Ht (Initial visit) _____ Wt (Every visit) 142 |

Reason    for    Visit: ___RV___

Allergies _Norflex_    Medications _Imodin_    Other Physicians:
_____    _Kadian_    _____

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)
1 2 3 4 5 (6) 7 (8) 9 10      1 2 3 4 (5) 6 7 8 9 10      1 2 3 4 5 6 (7) 8 (9) 10

| Location: Cervical | middle? back | LBP |
| --- | --- | --- |
| Type: pressure stabbing throbbing | pin/achey | pins needles, burning |
| Radiation: ↑ head, (B) shoulders | LBP | + (B) hips + feet |
| Continuous or Intermittent: | C | C | C |

What makes pain worse? _using limbs_        Better? _nothing_
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____ Any neg side effects? _____

Other pertinent information/education needs _____

**Signature** (all clinical care providers) _Swiney, NP_

**Physician Notes:**
Gen                    _letter_

MS:    Palpation:        Spring:        _UNL syndrome_
        ROM:
OS+gaard:            Flare:

Neuro:    Gait            _8 keep_

        Motor power – UE        LE

        Sensory – LT        PP        vib

        Slump testing  R        L        SLR    R        L

        Impression

Notes:            _835252_        _- Prinivil_
                _7 why_            _- Lunesta 2 mg_
                            _gabapentin_

**V-0510**

**COPY**

Procedure To Be Scheduled: _____        PT/Trombley: _____
Diagnostic Studies _____        Pt to return _____
MD signature _____        Dictated? ___ Date ___ Time ___

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



V-0511

Name: _____    Date: NOV 28 2005

COPY

12/06/2005



*Valenote, Daniela*

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 11/02/05          TIME: 2:05          A.M.   (P.M.)

1.   I hereby authorize Dr. Polston

to perform the following operation or procedure, known as

> Right Greater Occipital Nerve Injection with local anesthetic and/or steroid with possible sedation.

upon myself or _____
                        (NAME OF PATIENT)

2.   The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

> Bleeding, numbness, bruising, worsening of pain, no pain relief, drug reaction, transient headache, dizziness.

I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.   I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.   I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.   I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_Daniela C. Valenote_                    _S. Whitney   MA_
Patient's Signature                         Witness Signature

_____            _____    **V-0512**
Signature of Relative Responsible for Patient      Relationship to Patient

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

12/06/2005                    _____    **COPY**
                              Physician's Signature