6/18/04

**PREMERA**    PPO

BLUE CROSS BLUE SHIELD OF ALASKA

An Independent Licensee of the
Blue Cross Blue Shield Association

VALENOTE DANIELA C

IDENTIFICATION #            BCBS GROUP #    RX GROUP #
ZKC  590167361              78962EE         BCWAPDP

RX $10/20/40

                            BCBS PLAN       PROGRAM TYPE
medcohealth                 430             BESTCARE
            BIN #610014

MEMBERS: Please show this card when you receive medical/dental services. See your benefit booklet for covered services. If you have any questions, call Customer Service or write Premera Blue Cross Blue Shield of Alaska, P.O. Box 240609, Anchorage, AK 99524-0609. If you're admitted to a hospital outside Washington or Alaska, please call Customer Service to notify us within 48 hours of admission.

Customer Service ........................................................ 1-866-224-8550 (toll-free phone)
Pharmacy Locator ....................................................... 1-800-842-6357 (TDD for the hearing impaired)
BlueCard Provider Locator ......................................... 1-800-391-9701
                                                                 1-800-810-BLUE (2583)

PROVIDERS who contract with Blue Cross and/or Blue Shield Plans: Please submit itemized billings to the local Blue Cross and/or Blue Shield Plan as required by the BlueCard Program for services provided to the named member. Include the complete ID number with alpha prefix and group number from the front of this card. Claims for services not covered by the BlueCard Program should be sent to: Premera Blue Cross Blue Shield of Alaska, P.O. Box 240609, Anchorage, AK 99524-0609

This card is not a guarantee that the member's coverage is currently in effect. Providers may call BlueCard Eligibility at 1-800-676-BLUE(2583) to verify membership and coverage.

Visit www.premera.com for coverage details, online services and health-related information.

V-0613

Patient Registration Form: PLEASE PR

Patient Name: Valenote Daniela C. SS# 590 16 7361  Birth date 02-17-69
Address: 4514 Upper Kogun Dr. Eagle River AK 99577
Phone: 622-1009  Cell Phone #:  Marital Status: Married (circle one) — Single circled? Other
Employer: ———  Business phone #:
Employer Address: ———  Occupation: Architect (unemployed)
Spouse: Victor Valenote  Spouse's Employer: Beck Durst Seiser Architects  Work #: 562-6076
Emergency Contact Name: Matt Vogel  Relationship: Friend
Emergency Contact home phone: 6916-0980  Work phone: 258-7777

Primary Care Physician: Dr. Bob Skala  Who referred you to us? Dr. Mary Downs

How did you hear about Advanced Pain Centers of Alaska: (circle one)  Referring Physician  Yellow Pages  Radio  TV  Other

PRIMARY INSURANCE INFORMATION: Insurance Co. Name: BC/BS of AK
Ins. Co. Address: P.O. Box 240609 Anchorage AK 99524
Ins. Co. Phone #: 866-224-8550  Relationship to patient: Self
Policy Holder Name: Daniela C. Valenote  Policy Holder SS#: 590 16 7361
Policy Holder Birth Date: 02-17-69
p# 78902EE  Identification #: ZKC 590167361

WORKER'S COMP INFORMATION: Worker's Comp Insurance Co. Name: N/A
W/C Co. Address:
W/C Claim#:  Date of Injury:  Employer at time of injury:
Name of Adjustor:  Adjustor Phone #:

SECONDARY INSURANCE INFORMATION: Insurance Co. Name: N/A
Ins. Co. Address:
Ins. Co. Phone #:
Policy Holder Name:  Relationship to patient:
Policy Holder Birth Date:  Policy Holder SS#:
Group #:  Identification #:

V-0614

I understand that I am fully responsible for any and all charges for services rendered by the Advanced Pain Centers of Alaska. If insurance information is provided, my insurance company will be billed as a courtesy to me. I am responsible for my portion of the bill at the time that services are rendered. I hereby authorize payment under my insurance to be paid directly to Advanced Pain Centers of Alaska providers and I further authorize release of any information necessary to my insurance company for ___ment of claims. I understand a finance charge of 1.5% will be applied to any outstanding balance due after insurance payment or denial after a 90-day grace period.

06-18-04  Patient Signature: [signature]

I, the undersigned, hereby authorize Advanced Pain Centers of Alaska providers to examine me, to administer such treatment as is necessary and to perform such procedures as are considered therapeutically or diagnostically necessary.

Date: 06-18-04  Patient Signature: [signature]

Patient Reg form.doc 4/14/2004

**PREMERA**  

**BLUE CROSS BLUE SHIELD OF ALASKA**

An Independent Licensee of the
Blue Cross Blue Shield Association

Member
DANIELA C. VALENOTE

| Prefix | Identification # | Suffix | Group # 1008225 | BCBS 430 |

ZKR 100387626 02    Medical AK HERITAGEPLUS

OFFICE VISIT COPAY $20        Rx Group # BCWAPDP
EMERGENCY ROOM    $50
RETAIL RX $10/$20/$40
MAIL-ORDER RX $20/$40/$80

medcohealth    BIN #610014    Issued    10/06/2004

MEMBERS: Please show this card when you receive healthcare services. See your benefit booklet for covered services. If you have any questions, call Customer Service or write Premera Blue Cross Blue Shield of Alaska, P.O. Box 240609, Anchorage, AK 99524-0609. If you're admitted to a hospital outside Washington or Alaska, please call Customer Service to notify us within 48 hours of admission.

Customer Service ........................................... 1-800-508-4722
TDD for the hearing-impaired ......................... 1-800-842-5357
Pharmacy Locator/Mail-Order Prescriptions ... 1-800-391-9701
BlueCard Provider Locator ............................. 1-800-810-BLUE (2583)
24-hour Health Line ........................................ 1-800-841-8343

PROVIDERS: Please include the complete ID number with alpha prefix and group number from the front of this card on all itemized billings. Claims for services received from a Premera Blue Cross Blue Shield of Alaska contracted provider, or any provider in Washington or Alaska should be sent to Premera Blue Cross Blue Shield of Alaska, P.O. Box 240609, Anchorage, AK 99524-0609. Claims for services received outside of Washington or Alaska should be sent to the local Blue Cross and/or Blue Shield Plan.

This ID card is not a guarantee that the member's coverage is currently in effect. Providers may call BlueCard Eligibility at 1-800-676-BLUE (2583) to verify membership and coverage.

Visit www.premera.com for coverage details, online services and health-related information. MCS (7-394)

V-0615

Patient Registration Form: PLEASE PRINT

Patient Name __Valenote__  __Daniela__  __C.__   SS# _____   Birth date _____
(last) (first) (Middle Int.)

Address _____
(street)   (city)   (state)   (zip)

Home Phone _____ Cell Phone # _____   Marital Status: Married Single Other
(circle one)

Employer _____ Business phone # _____

Employer Address _____ Occupation _____

Spouse _____ Spouse's Employer _____ Work # _____

Emergency Contact Name _____ (other than spouse) Relationship _____

Emergency Contact home phone _____ Work phone _____

Primary Care Physician _____ Who referred you to us? _____

How did you hear about Advanced Pain Centers of Alaska: (circle one)   Referring Physician   Yellow Pages   Radio   TV   Other

**PRIMARY INSURANCE INFORMATION:** Insurance Co. Name __BC/BS OF AK__
Ins. Co. Address __P.O. BOX 240609 ANCHORAGE 99524__
Ins. Co. Phone # __800-508-4722__   Relationship to patient __SELF__
Policy Holder Name __VICTOR V. VALENOTE__   Policy Holder SS# __590 07 2162__ (?)  Policy Holder Birth Date __12-21-68__
Group # __1008225__   Identification # __ZKR 100387624 02__

**WORKER'S COMP INFORMATION:** Worker's Comp Insurance Co. Name _____
W/C Co. Address _____
W/C Claim# _____ Date of Injury _____ Employer at time of injury _____
Name of Adjustor _____ Adjustor Phone # _____
Site of Injury: _____

**SECONDARY INSURANCE INFORMATION:** Insurance Co. Name _____   V-0616

Ins. Co. Address _____
Ins. Co. Phone # _____ Relationship to patient _____
Policy Holder Name _____ Policy Holder SS# _____ Policy Holder Birth Date _____
Group # _____ Identification # _____

I understand that I am fully responsible for any and all charges for services rendered by the Advanced Pain Centers of Alaska. If insurance information is provided, my insurance company will be billed as a courtesy to me. I am responsible for my portion of the bill at the time that services are rendered. I hereby authorize payment under my insurance to be paid directly to Advanced Pain Centers of Alaska providers and I further authorize release of any information necessary to my insurance company for payment of claims. I understand a finance charge of 1.5% will be applied to any outstanding balance due after insurance payment or denial after a 90-day grace period.

Date __12-07-04__   Patient Signature _____

I, undersigned, hereby authorize Advanced Pain Centers of Alaska providers to examine me, to administer such treatment as is necessary and to perform such procedures considered therapeutically or diagnostically necessary.

Date __12-07-04__   Patient Signature _____

Patient Reg form.doc 7/5/2004

GRANT T. RODERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON, M.D.
GREGORY R. POLSTON, M.D.

APPT. TIME: _____

DATE OF SERVICE: 6/8/04
TODAY'S PAYMENT: _____
INJURY DATE: _____
TIME ARRIVED: _____

INSURANCE NAME: BS BS

PATIENT SIGNATURE: _____

Patient portion is due at time of service. The charges may change after final review.

| SERVICE | FEE | NEW | EST. | FEE | | | |
|---|---|---|---|---|---|---|---|
| Brief | | 99201 | 99211 | | SYMPATHETIC NERVE BLOCKS | | |
| Limited | | 99202 | 99212 | | Lumb/Thor | | |
| Intermediate | | 99203 | 99213 | | Celiac Plexus | | 64520 |
| Comprehensive | | 99204 | 99214 | | Stellate Ganglion | | 64530 |
| Extensive | | 99205 | 99215 | | EPIDURAL / SPINAL INJ. | | 64510 |
| Straightforward | | | | | Lumb ESI / Caudal Inj. / Intrathecal BAC Inj. | | |
| Limited Consult | | | 99241 | | Lumb ESI-Caudal Cath | | 62311 |
| Intermediate Consult | | | 99242 | | Thor/Cerv ESI-Single | | 62319 |
| Comprehensive Consult | | | 99243 | | Thor/Cerv Continuous Cath | | 62310 |
| Post-Op Follow-up / Global | | | 99244 | | Racz - Caudal Cath Series | | 62318 |
| | | | 99024 | | Blood Patch | | 62263 |
| FACET JOINT INJECTIONS | | | | | Neurolytic Lumbar Epidural Inj. | | 62273 |
| Cerv/Thor Facet 1st Lvl / Intraarticular Joint Inj. | | | 64470 | | RIB/GROIN/BUTTOCK-SOMATIC NERVE BLOCK | | 62282 |
| Cerv/Thor Facet 2,3&4 Lvl | | | 64472 | | Intracostal single lvl | | |
| Lumb Facet/Medial Branch Blk | | | 64475 | | Intracostal Multi-lvl | | 64420 |
| Lumb Facet/MMB 2,3&4 Lvl | | | 64476 | | Ilioinguin /Iliohypogas /-Hypogastic | | 64421 |
| SELECTIVE NERVE ROOT BLOCKS / ESI / EPI | | | | | Sciatic Nerve | | 64425 |
| Transforaminal ESI-Cerv/Thor. Inj | | | 64479 | | Peripheral Nerve (Other) | | 64445 |
| Transforaminal ESI-Cerv/Thor. Inj 2,3&4 Lvl | | | 64480 | | Trigger Point Injection # | | 64450 |
| Transforaminal ESI-Lumb Inj / Dorsal Root Ganglion | | | 64483 | | Trigger Point Inj. 1-2 muscles Groups | | 20550 |
| Transforaminal ESI-Lumb Inj 2,3&4 Lvl | | | 64484 | | Trigger Point Inj. 3 muscles Groups | | 20552 |
| Sacroiliac Joint | | | 27096 | | Suprascapula Multi/Shoulder | | 20553 |
| DISKOGRAPHY / DISKOGRAM | | | | | Intermediate - Jt / Bursa Wrst / Elbow Inj. | | 64418 |
| Diskogram Lumb-EACH LEVEL | | | 62290 | | Small - Jt / Finger Inj. | | 20605 |
| Cerv/Thor-EACH LEVEL | | | 62291 | | Major Jt / Bursa Hip/Knee-Unilat/Bilateral Inj. | | 20600 |
| RFA / CRYO / PHENOL ABLATION/NEUROLYTIC/SOMATIC | | | | | ABOVE THE NECK | | 20610 |
| Somatic Nerve | | | | | Trigeminal Nerve | | |
| Somatic - Multi-Branch | | | 64600 | | Facial Nerve | | 64400 |
| Facial Nerve | | | 64605 | | Greater Occipital | | 64402 |
| Facet Lumb/Sacral 1st Lvl | | | 64612 | | Injection Sinus Tract | | 64405 |
| Facet Lumb/Sacral 2,3&4 Lvl | | | 64622 | | Sphenopalatine- | | 20550 |
| Facet Cerv/Thor 1st Lvl | | | 64623 | | Face/Nose/Cheek (nerve blk) | | 64505 |
| Cerv/Thor 2,3&4 Lvl | | | 64626 | | Bracial Plexus | | |
| | | | 64627 | | Cervical Plexus | | 64415 |
| Plexus / Grey Rami / Sympathitic Nerve / Hypogastic | | | 64680 | | Axillary Nerve | | 64413 |
| costal All Levels | | | 64620 | | MISC. INJ. | | 64417 |
| Peripheral Nerve-small jnts. elbow/foot / Stellate | | | 64640 | | Phrenic Nerve | | |
| OTHER Nerve (misc) | | | 64417 | | Pudendal | | 64410 |
| NEURO STIMULATION DEVICES / SPINAL CORD STIMULATOR | | | | | Bier Block / Other Peripheral Nerve | | 64430 |
| Complex Analysis | | | 95972 | | MISC. CHARGES | | 64450 |
| Simple Analysis / General | | | 95970 | | Lumbar Puncture | | |
| Rev / Remove Electrodes Leads | | | 63660 | | IDETT | | 62270 |
| Reprogram General | | | 95971 | | Edpidurography | | 64999 |
| Perm Implant Electrode each | | | 63685 | | Diskography Interpretation | | 72275 |
| Trial Perc Electrode each | | | 63650 | | Fluoroscopy | | 72295 |
| Rev / Remove Simulator | | | 63688 | | Fluroscopy Injection | | 76000 |
| INTRATHECAL / INFUSION DEVICES | | | | | Fluoroscopy Guidance Spine | | 76003 |
| Program Pump | | | 62367 | | Lidocaine Infusion | | 76005 |
| Screener Reprogram Pump | | | 62368 | | Acupuncture | | 90780 |
| Refill/Maint. Pump/Cath Plcmnt | | | 96530 | | Conscious Sedation | | 97780 |
| Epidural Management | | | 01996 | | LASE | | 99141 |
| Catheter Removal | | | 62355 | | Urinalysis | | 62287 |
| Catheter Placement | | | 62350 | | OTHER | | |
| Pump Placement / Intrathecal Pump Placement | | | 62362 | | | | |

V-0617

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Abd. Pain | 789.0-- | Hypomobility Cerv-Cervicogenic HA | | Radiculitis, Cervical | | | |
| Bladder CA | V10.51 | Int. Stiffness Neck | 739.1 | Rectal CA | 723.4 | | |
| Breast CA | V10.3 | Long-Term Drug Use | 719.58 | Rib Fx - How many RIBS | V10.06 | | |
| Causalgia UE | 354.4 | Lower Back Pain Syndrome | V58.69 | Other Post Surgery | 807.0-- | | |
| Cervical Facet | 721.0 | Lumb Facet | 724.2 | Sciatica | V45.89 | | |
| Cervical Radiculopathy | 722.0 | Lumb Radiculopathy / Discogenic LBP | 721.3 | SI Jnt Synd | 724.3 | | |
| Cervicalgia/Pain Cervical | 723.1 | Lung CA | 722.10 | Spasticity | 724.6 | | |
| ClaudicationNeurogenic Spinal | 435.1 | Metastatic | 162.9 | Spinal stenosis, Cervical | 781.0 | | |
| CRPS / RSD LE | 337.22 | MS | 199.1 | Spinal stenosis, Lumbar | 723.0 | | |
| CRPS / RSD UE | 337.21 | Myofascial Pain | 340 | Spinal stenosis, Thoracic | 724.02 | | |
| DDD Cervical | 722.4 | Occipital Neuralgia | 729.1 | Spondylolisthes | 724.01 | | |
| DDD Lumbar | 722.52 | Neuralgia, Ilioing /Neurop Low Ext | 723.8 | Spondylolysis | 738.4 | | |
| DDD Thoracic | 722.51 | Neuropathy Sacral Plexus | 355.8 | Spondylosis | 756.11 | | |
| Fibrosis, Meninges | 349.2 | Pain, Nerv (Neuralgia) | 353.1 | Syndrome Cervicocranial | 721.30 | | |
| Follow Up Exam After Surgery | V67.00 | Pain, Pelvic Female | 729.2 | Syndrome Post Lami Cervical | 723.2 | | |
| che, Tension | 307.81 | PHN / Herpes | 625.9 | Syndrome Post Lami Lumb/Thor | 722.81 | | |
| rvical / Radiculopathy, Cervical | 722.0 | Post-lami | 053.19 | Tension HA | 722.83 | | |
| oracic | 722.1 | Pyriformis Syndrome | 722.83 | Ulcer Le Chronic | 307.81 | | |
| mobility Cerv-Cervogenic HA | 739.1 | Radiculitis, Lumbar / Epidural | 355.0 | | 707.1 | | |
| | | | 724.4 | | | | |

FOLLOW-UP or PROCEDURE(s) _____

PHYSICAL THERAPY    RADIOLOGY    PSYCHOLOGY

PROCEDURE(S): _____

OTHER: _____   DOCTOR SIGNATURE: _____

GRANT T. RODERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON M.D.
GREGORY R. POLSTON M.D.
NANCY E. CROSS M.D.

APPT. TIME: _____

DATE OF SERVICE: 7/12/04
TODAY'S PAYMENT: _____
INJURY DATE: _____
TIME ARRIVED: _____

INSURANCE NAME: _____   PATIENT SIGNATURE _____

Patient portion is due at time of service. The charges may change after final review.

| OFFICE | FEE | NEW | EST | FEE | SYMPATHETIC NERVE BLOCKS | |
|---|---|---|---|---|---|---|
| Brief | | 99201 | 99211 | | Lumb/Thor | 64520 |
| Limited | | 99202 | 99212 | | Celiac Plexus | 64530 |
| Intermediate | | 99203 | 99213 | | Stellate Ganglion | 64510 |
| Comprehensive | | 99204 | 99214 | | EPIDURAL / SPINAL INJ | |
| Extensive | | 99205 | 99215 | | Lumb ESI / Caudal Inj. / Intrathecal BAC Inj. | 62311 |
| Straightforward | | | 99241 | | Lumb ESI-Caudal Cath | 62319 |
| Limited Consul | | | 99242 | | Thor/Cerv ESI- Single | 62310 |
| Intermediate Consul | | | 99243 | | Thor/Cerv Continuous Cath | 62318 |
| Comprehensive Consul | | | 99244 | | Racz - Caudal Cath Series | 62263 |
| Post-Op Follow-up / Globa | | | 99024 | | Blood Patch | 62273 |
| FACET JOINT INJECTIONS | | | | | Neurolytic Lumbar Epidural Inj | 62282 |
| Cerv/Thor. Facet 1st Lvl / Intraarticular Joint Inj | | | 64470 | | RIB/GROIN/BUTTOCK/SOMATIC NERVE BLOCK | |
| Cerv/Thor Facet 2,3&4 Lvl | | | 64472 | | Intracostal single lv | 64420 |
| Lumb Facet/Medial Branch Blk | | | 64475 | | Intracostal Multi-lv | 64421 |
| Lumb Facet/MMB 2,3&4 Lvl | | | 64476 | | Ilioinguin / Iliohypogas / Hypogasti | 64425 |
| SELECTIVE NERVE ROOT BLOCKS / ESI / EPI | | | | | Sciatic Nerve | 64445 |
| Transforaminal ESI-Cerv/Thor. In | | | 64479 | | Peripheral Nerve (Other) | 64450 |
| Transforaminal ESI-Cerv/Thor. Inj. 2,3&4 Lv | | | 64480 | | Trigger Point Injection. 1 | 20550 |
| Transforaminal ESI-Lumb Inj / Dorsal Root Ganglio | | | 64483 | | Trigger Point Inj. 1-2 musles Group | 20552 |
| Transforaminal ESI-Lumb Inj 2,3&4 Lv | | | 64484 | | Trigger Point Inj 3 muscles group | 20553 |
| Sacroiliac Join | | | 27096 | | Suprascapula Multi shoulder | 64418 |
| DISKOGRAPHY / DISKOGRAM | | | | | Intermediate - Jt / Bursa Wrst / Elbow Inj | 20605 |
| Diskogram Lumb-EACH LEVEL | | | 62290 | | Small - Jt / Finger Inj | 20600 |
| Cerv/Thor-EACH LEVEL | | | 62291 | | Major Jt / Bursa Hip/Knee-Unilat/Bilateral Inj | 20610 |
| RFA / CRYO / NGLABLATION / NEUROLTO SOMATIC | | | | | ABOVE THE NECK | |
| Somatic Nerve | | | 64600 | | Trigeminal Nerve | 64400 |
| Somatic - Multi-Branch | | | 64605 | | Facial Nerve | 64402 |
| Facial Nerve | | | 64612 | | Greater Occipita | 64405 |
| Facet Lumb/Sacral 1st Lv | | | 64622 | | Injection Sinus Tract | 20500 |
| Facet Lumb/Scral 2,3&4 Lv | | | 64623 | | Sphenopalatine | 64505 |
| Facet Cerv/Thor 1st Lvl | | | 64626 | | Face/Nose/Cheek/nerve blk | |
| Facet Cerv/Thor 2,3&4 Lvl | | | 64627 | | Bracial Plexus | 64415 |
| Celiac Plexus / Grey Rami / Sympahtitic Nerve / Hypogasti | | | 64680 | | Cervical Plexus | 64413 |
| Intercostal All Level | | | 64620 | | Axillary Nerve | 64417 |
| Peripheral Nerve small ints elbow/foot / Stellate | | | 64640 | | MISC INJ | |
| OTHER ( misc) | | | 64417 | | Phrenic Nerve | 64410 |
| NEUROSTIMULATION DEVICES / SPINAL CORD STIMULATOR | | | | | Pudendal | 64430 |
| Complex Analysis | | | 95972 | | Bier Block / Other Peripheral Nerve | 64450 |
| Simple Analysis / Genera | | | 95970 | | MISC CHARGES | |
| Rev / Remove Electrodes Lead | | | 63660 | | Lumbar Puncture | 62270 |
| Reprogram General | | | 95971 | | IDETT | 64999 |
| Perm Implant Electrode each | | | 63685 | | Epidurography | 72275 |
| Trial Perc Electrode each | | | 63650 | | Diskography Interpretation | 72295 |
| Rev / Remove Stimulator | | | 63688 | | Fluoroscopy | 76000 |
| INTRATHECAL INFUSION DEVICES | | | | | Fluoroscopy Injection | 76003 |
| Program Pump | | | 62367 | | Fluoroscopy Guidance Spine | 76005 |
| Screener Reprogram Pump | | | 62368 | | Lidocaine Infusion | 90780 |
| Refill/Maint. Pump/Cath Plcmn | | | 96530 | | Acupuncture | 97780 |
| Epidural Management | | | 01996 | | Conscious Sedation | 99141 |
| Catheter Removal | | | 62355 | | LASE | 62287 |
| Catheter Placement | | | 62350 | | Urinalysis | |
| Pump Placement / Intrathecal Pump Placemen | | | 62362 | | OTHER | |

| Abd. Pain | 789.0-- | Hypomobility Cerv-Cerviogenic HA | 739.1 | Radiculitis, Cervical | 723.4 |
|---|---|---|---|---|---|
| Bladder CA | V10.51 | Jnt. Stiffness Neck | 719.58 | Rectal CA | V10.06 |
| Breast CA | V10.3 | Long-Term Drug Use | V58.69 | Rib Fx - How many RIBS | 807.0-- |
| Causalgia UE | 354.4 | Lower Back Pain, Syndrome | 724.2 | Other Post Surgery | V45.89 |
| Cervical Facet | 721.0 | Lumb Facet | 721.3 | Sciatica | 724.3 |
| Cervical Radiculopathy | 722.0 | Lumb Radiculopathy / Discogenic LBP | 722.10 | SI Jnt Synd | 724.6 |
| Cervicalgia/Pain Cervical | 723.1 | Lung CA | 162.9 | Spasticity | 781.0 |
| Claudication Neurogenic Spinal | 435.1 | Metastatic | 199.1 | Spinal stenosis, Cervical | 723.0 |
| CRPS / RSD LE | 337.22 | MS | 340 | Spinal stenosis, Lumbar | 724.02 |
| CRPS / RSD UE | 337.21 | Myofascial Pain | 729.1 | Spinal stenosis, Thoracic | 724.01 |
| DDD Cervical | 722.4 | Occipital Neuralgia | 723.8 | Spondylolisthes | 738.4 |
| DDD Lumbar | 722.52 | Neuralgia, Ilioing / Neurop Low Ext | 355.8 | Spondylolysis | 756.11 |
| DDD Thoracic | 722.51 | Neuropathy Sacral Plexus | 353.1 | Spondylosis | 721.30 |
| Fibrosis, Meninges | 349.2 | Pain, Nerv (Neuralgia) | 729.2 | Syndrome Cervicocranial | 723.2 |
| Follow Up Exam After Surgery | V67.00 | Pain, Pelvic Female | 625.9 | Syndrome Post Lami Cervical | 722.81 |
| Headache, Tension | 307.81 | PHN / Herpes | 053.19 | Syndrome Post Lami Lumb/Thor | 722.83 |
| HNP Cervical / Radiculopathy, Cervical | 722.0 | Post-lami | 722.83 | Tension HA | 307.81 |
| HNP Thoracic | 722.1 | Pyriformis Syndrome | 355.0 | Ulcer LE Chronic | 707.1 |
| Hypomobility Cerv-Cerviogenic HA | 739.1 | Radiculitis, Lumbar / Epidural | 724.4 | | |

FOLLOW-UP or PROCEDURE(s) ___ MY ___   PHYSICAL THERAPY   RADIOLOGY   PSYCHOLOGY

PROCEDURE(S): _____   DOCTOR SIGNATURE: _____

OTHER: _____

Valenote Daniela

V-0618

GRANT T. RODERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON, M.D.
GREGORY R. POLSTON M.D.
NANCY E. CROSS M.D.

APPT. TIME: _____

DATE OF SERVICE: 2/26/04
TODAY'S PAYMENT: _____
INJURY DATE: 8/04?
TIME ARRIVED: _____

URANCE NAME: BIC

PATIENT SIGNATURE: _____

Patient portion is due at time of service. The charges may change after final review.

| OFFICE | NEW | EST |
|---|---|---|
| Brief | 99201 | 99211 |
| Limited | 99202 | 99212 |
| Intermediate | 99203 | 99213 |
| Comprehensive | 99204 | 99214 |
| Extensive | 99205 | 99215 |
| Straightforward | | 99241 |
| Limited Consul | | 99242 |
| Intermediate Consul | | 99243 |
| Comprehensive Consul | | 99244 |
| Post-Op Follow-up / Globa | | 99024 |

**FACET JOINT INJECTIONS**
| | |
|---|---|
| Cerv/Thor. Facet 1st Lvl / Intraarticular Joint Inj | 64470 |
| Cerv/Thor Facet 2,3&4 Lvl | 64472 |
| Lumb Facet/Medial Branch Bl | 64475 |
| Lumb Facet/MMB 2,3&4 Lvl | 64476 |

**SELECTIVE NERVE ROOT BLOCKS / ESI-EPI**
| | |
|---|---|
| Transforaminal ESI-Cerv/Thor. In | 64479 |
| Transforaminal ESI-Cerv/Thor. Inj. 2,3&4 Lv | 64480 |
| Transforaminal ESI-Lumb Inj / Dorsal Root Ganglior | 64483 |
| Transforaminal ESI-Lumb Inj 2,3&4 Lv | 64484 |
| Sacroiliac Join | 27096 |

**DISKOGRAPHY / DISKOGRAM**
| | |
|---|---|
| Diskogram Lumb-EACH LEVEL | 62290 |
| Cerv/Thor-EACH LEVEL | 62291 |

**RF / CRYO / PHENOL ABLATION NEUROLTIC / SOMATIC**
| | |
|---|---|
| Somatic Nerve | 64600 |
| Somatic - Multi-Branch | 64605 |
| Facial Nerve | 64612 |
| Facet Lumb/Sacral 1st Lv | 64622 |
| Facet Lumb/Scral 2,3&4 Lv | 64623 |
| Facet Cerv/Thor 1st Lvl | 64626 |
| Facet Cerv/Thor 2,3&4 Lvl | 64627 |
| Celiac Plexus / Grey Rami / Sympathitic Nerve / Hypogasti | 64680 |
| rcostal All Level | 64620 |
| heral Nerve small ints.elbow/foot / Stellate | 64640 |
| HER Nerve ( misc) | 64417 |

**NEUROSTIMULATION DEVICES / SPINAL CORD STIMULATOR**
| | |
|---|---|
| Complex Analysis | 95972 |
| Simple Analysis / Genera | 95970 |
| Rev / Remove Electrodes Lead | 63660 |
| Reprogram General | 95971 |
| Perm Implant Electrode each | 63685 |
| Trial Perc Electrode each | 63650 |
| Rev / Remove Stimulator | 63688 |

**INTRATHECAL INFUSION DEVICES**
| | |
|---|---|
| Program Pump | 62367 |
| Screener Reprogram Pump | 62368 |
| Refill/Maint. Pump/Cath Plcmn | 96530 |
| Epidural Managemen | 01996 |
| Catheter Removal | 62355 |
| Catheter Placement | 62350 |
| Pump Placement / Intrathecal Pump Placemen | 62362 |

**SYMPATHETIC NERVE BLOCKS**
| | |
|---|---|
| Lumb/Thor | 64520 |
| Celiac Plexus | 64530 |
| Stellate Ganglior | 64510 |

**EPIDURAL SPINAL INJ**
| | |
|---|---|
| Lumb ESI / Caudal Inj. / Intrathecal BAC Inj. | 62311 |
| Lumb ESI-Caudal Cath | 62319 |
| Thor/Cerv ESI- Single | 62310 |
| Thor/Cerv Continuous Cath | 62318 |
| Racz - Caudal Cath Series | 62263 |
| Blood Patch | 62273 |
| Neurolytic Lumbar Epidural Inj | 62282 |

**RIB/GROIN/BUTTOCK SOMATIC NERVE BLOCK**
| | |
|---|---|
| Intracostal single lv | 64420 |
| Intracostal Multi-lv | 64421 |
| Ilioinguin / Iliohypogas / Hypogasti | 64425 |
| Sciatic Nerve | 64445 |
| Peripheral Nerve ( Other ) | 64450 |
| Trigger Point Injection. # | 20550 |
| Trigger Point Inj. 1-2 musles Groups | 20552 |
| Trigger Point Inj 3 muscles group | 20553 |
| Suprascapula Multi Shoulder | 64418 |
| Intermediate - Jt / Bursa Wrst / Elbow Inj | 20605 |
| Small - Jt / Finger Inj | 20600 |
| Major Jt / Bursa Hip/Knee-Unilat/Bilateral Inj | 20610 |

**ABOVE THE NECK**
| | |
|---|---|
| Trigeminal Nerve | 64400 |
| Facial Nerve | 64402 |
| Greater Occipita | 64405 |
| Injection Sinus Tract | 20500 |
| Sphenopalatine | 64505 |
| Face/Nose/Cheek(nerve blk | |
| Bracial Plexus | 64415 |
| Cervical Plexus | 64413 |
| Axillary Nerve | 64417 |

**MISC INJ**
| | |
|---|---|
| Phrenic Nerve | 64410 |
| Pudendal | 64430 |
| Bier Block / Other Peripheral Nerve | 64450 |

**MISC CHARGES**
| | |
|---|---|
| Lumbar Puncture | 62270 |
| IDETT | 64999 |
| Epidurography | 72275 |
| Diskography Interpretation | 72295 |
| Fluoroscopy | 76000 |
| Fluoroscopy Injector | 76003 |
| Fluoroscopy Guidance Spine | 76005 |
| Lidocaine Infusion | 90780 |
| Acupuncture | 97780 |
| Conscious Sedation | 99141 |
| LASE | 62287 |
| Urinalysis | |
| OTHER | |

| | | | | | |
|---|---|---|---|---|---|
| Abd. Pain | 789.0 | Hypomobility Cerv-Cerviogenic HA | 739.1 | Radiculitis, Cervical | 723.4 |
| Bladder CA | V10.51 | Jnt. Stiffness Neck | 719.58 | Rectal CA | V10.06 |
| Breast CA | V10.3 | Long-Term Drug Use | V58.69 | Rib Fx – How many RIBS | 807.0 |
| Causalgia UE | 354.4 | Lower Back Pain, Syndrome | 724.2 | Other Post Surgery | V45.89 |
| Cervical Facet | 721.0 | Lumb Facet | 721.3 | Sciatica | 724.3 |
| Cervical Radiculopathy | 722.0 | Lumb Radiculopathy / Discogenic LBP | 722.10 | SI Jnt Synd | 724.6 |
| Cervicalgia/Pain Cervical | 723.1 | Lung CA | 162.9 | Spasticity | 781.0 |
| Claudication Neurogenic Spinal | 435.1 | Metastatic | 199.1 | Spinal stenosis, Cervical | 723.0 |
| CRPS / RSD LE | 337.22 | MS | 340 | Spinal stenosis, Lumbar | 724.02 |
| CRPS / RSD UE | 337.21 | Myofascial Pain | 729.1 | Spinal stenosis, Thoracic | 724.01 |
| DDD Cervical | 722.4 | Occipital Neuralgia | 723.8 | Spondylofisthes | 738.4 |
| DDD Lumbar | 722.52 | Neuralgia, Ilioing / Neurop Low Ext | 355.8 | Spondylolysis | 756.11 |
| DDD Thoracic | 722.51 | Neuropathy Sacral Plexus | 353.1 | Spondylosis | 721.30 |
| Fibrosis, Meninges | 349.2 | Pain, Nerv (Neuralgia) | 729.2 | Syndrome Cervicocranial | 723.2 |
| Follow Up Exam After Surgery | V67.00 | Pain, Pelvic Female | 625.9 | Syndrome Post Lami Cervical | 722.81 |
| Headache, Tension | 307.81 | PHN / Herpes | 053.19 | Syndrome Post Lami Lumb/Thor | 722.83 |
| HNP Cervical / Radiculopathy, Cervical | 722.0 | Post-lami | 722.83 | Tension HA | 307.81 |
| HNP Thoracic | 722.1 | Pyriformis Syndrome | 355.0 | Ulcer LE Chronic | 707.1 |
| mobility Cerv-Cerviogenic HA | 739.1 | Radiculitis, Lumbar / Epidural | 724.4 | | |

LOW-UP or PROCEDURE(s) _____

PHYSICAL THERAPY    RADIOLOGY    PSYCHOLOGY

PROCEDURE(S): _____    DOCTOR SIGNATURE: _____

OTHER: _____

V-0619

**ADVANCED PAIN CENTERS OF ALASKA**

## SUPPLY CHARGE SHEET

PROCEDURE: Ketamine LESI        DATE: 1/13/04

| SUPPLY | CHARGE | SUPPLY | CHARGE |
|---|---|---|---|
| **KITS** | | **SYRINGES** | |
| Basic Kit | 1 | 1 ml | |
| Epi Kit | | 3 cc | |
| **IV'S** | | 6 cc | |
| IV Start Kit | 1 | 10 cc | 1 |
| IV Tubing | | 12 cc | |
| Dextrose 5% 1000cc | | 20 cc | |
| Lactated Ringers IV Solution 1000cc | | 35 cc | |
| 0.9% NACL IV Solution 250cc/1000cc | | 50 cc | |
| **NEEDLES** | | Loss of Resistance | |
| Angiocath 16G x 1 1/4" 16G x 2" | | Pressure Intelli-Systems | |
| Butterfly | | **DRUGS** | |
| Chiba 22G x 6  22G x 8  25G x 6 | | Ela-Max Cream | |
| Contiplex Cont. Nerve Block Set | | Benadryl | |
| Coude 4.5" 6" 18" Gx3.5 | | Ranitidine | |
| Discogram Needle | | Solu-Medrol | |
| Introcath 20G 22G 24G | | Ephedrine | |
| RFK 10 15 | | Cefazolin 500 mg | |
| SMK 5 10 15 | | Cefazolin 1 gm | |
| Spinal 22G x 3.5  25G x 3.5  26G x 2 | | Rocephin 1 gm | 12101 D |
| Stimuplex Insulated | | Vancomycin 500 mg | |
| Tuohy 20G x 3.5  20G x 6 | 1 | Vancomycin 1 gm | |
| 18G  2G  27G needle | 1 | Bacteriostatic 0.9% NACL | 4cc |
| K. Epidural 16G x 3.5 | | Fentanyl | 50 mcg |
| **CATHETERS** | | Versed | 2 mg |
| Versa-Kath 24 | | 1% Lidocaine | |
| TUN-L-XL /24 | | 1% PF Lidocaine | |
| **GLOVES** | | 2% Lidocaine | |
| Radiation Reduction / Sterile Glove | 1 | 2% PF Lidocaine | |
| **CLEANSERS** | | Omnipaque 240 | 3cc |
| Alcohol Swabs / Betadine Swabs | | 0.25% Bupivacaine PF | |
| **DRESSINGS** | | 0.25% Bupivacaine with Epi | |
| 2 x 2   4 x 4 | | 0.5% Bupivacaine PF | |
| Cover-Roll | | 0.75% Bupivacaine PF | |
| Steri-Strips | | 0.2% Ropivacaine | 4cc |
| Mastisol / Tincture of Benzoin | | 0.5% Ropivacaine | |
| Bacitracin Ointment | | Celestone | |
| **GOWNS** | | Decadron | |
| Laproscopy Drape | | Depo-Medrol | |
| Large Barrier Surgical Gown | | Kenalog | |
| Mayo Stand Cover | | 0.9% PF Nacl | 1cc |
| Utility Drape | | Botox | |
| **MISC** | | Hyalgan | |
| Grounding Pad | | Hyaluronidase | |
| Marker-Sterile | | Other: | |
| Stopcock | | | |
| Temperature Strips | | | |
| T-Piece | 1 | | |
| **PUMPS** | | **PUMP MED:** | |
| Catheter Access Port Kit | | | |
| Itronic Refill Kit | | | |
| Prep Kit | | | |

Physician Signature

V-0620

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

GRANT T. RODERER, M.D.
LAWRENCE W. STINSON, M.D.
SUSAN R. ANDERSON M.D.
GREGORY R. POLSTON M.D.
NANCY E. CROSS M.D.

APPT. TIME: _____

DATE OF SERVICE: 1/13/04
TODAY'S PAYMENT: _____
INJURY DATE: 3/16/__
TIME ARRIVED: 3:16

INSURANCE NAME: _____

PATIENT SIGNATURE _____

Patient portion is due at time of service. The charges may change after final review.

| OFFICE | FEE | NEW | EST | FEE | SYMPATHETIC NERVE BLOCKS | |
|---|---|---|---|---|---|---|
| Brief | | 99201 | 99211 | | Lumb/Thor | |
| Limited | | 99202 | 99212 | | Celiac Plexus | 64520 |
| Intermediate | | 99203 | 99213 | | Stellate Ganglion | 64530 |
| Comprehensive | | 99204 | 99214 | | | 64510 |
| Extensive | | 99205 | 99215 | | **EPIDURAL / SPINAL INJ.** | |
| Straightforward | | | 99241 | | Lumb ESI / Caudal Inj. / Intrathecal BAC Inj. | 62311 |
| Limited Consult | | | 99242 | | Lumb ESI-Caudal Cath | 62319 |
| Intermediate Consult | | | 99243 | | Thor/Cerv ESI- Single | 62310 |
| Comprehensive Consult | | | 99244 | | Thor/Cerv Continuous Cath | 62318 |
| Post-Op Follow-up / Global | | | 99024 | | Racz - Caudal Cath Series | 62263 |
| **FACET JOINT INJECTIONS** | | | | | Blood Patch | 62273 |
| Cerv/Thor. Facet 1st Lvl / Intraarticular Joint Inj. | | | 64470 | | Neurolytic Lumbar Epidural Inj. | 62282 |
| Cerv/Thor Facet 2,3&4 Lvl | | | 64472 | | **RIB/GROIN/BUTTOCK-SOMATIC NERVE BLOCK** | |
| Lumb Facet/Medial Branch Blk | | | 64475 | | Intracostal single lvl | 64420 |
| Lumb Facet/MMB 2,3&4 Lvl | | | 64476 | | Intracostal Multi-lvl | 64421 |
| **SELECTIVE NERVE ROOT BLOCKS / ESI / EPI** | | | | | Ilioinguin / Iliohypogas / Hypogastic | 64425 |
| Transforaminal ESI-Cerv/Thor. Inj | | | 64479 | | Sciatic Nerve | 64445 |
| Transforaminal ESI-Cerv/Thor. Inj. 2,3&4 Lvl | | | 64480 | | Peripheral Nerve ( Other ) | 64450 |
| Transforaminal ESI-Lumb Inj / Dorsal Root Ganglion | | | 64483 | | Trigger Point Injection. # | 20550 |
| Transforaminal ESI-Lumb. Inj. 2,3&4 Lvl | | | 64484 | | Trigger Point Inj. 1-2 musles Groups | 20552 |
| Sacroiliac Joint | | | 27096 | | Trigger Point Inj 3 muscles groups | 20553 |
| **DISKOGRAPHY / DISKOGRAM** | | | | | Suprascapula Multi/shoulder | 64418 |
| Diskogram Lumb-EACH LEVEL | | | 62290 | | Intermediate - Jt / Bursa Wrst / Elbow Inj | 20605 |
| Cerv/Thor-EACH LEVEL | | | 62291 | | Small - Jt / Finger Inj | 20600 |
| **RFA / CRYO / PHENOL ABLATION /NEUROLYTIC/SOMATIC** | | | | | Major Jt / Bursa Hip/Knee-Unilat/Bilateral Inj. | 20610 |
| Somatic Nerve | | | 64600 | | **ABOVE THE NECK** | |
| Somatic - Multi-Branch | | | 64605 | | Trigeminal Nerve | 64400 |
| Facial Nerve | | | 64612 | | Facial Nerve | 64402 |
| Facet Lumb/Sacral 1st Lvl | | | 64622 | | Greater Occipital | 64405 |
| Facet Lumb/Scral 2,3&4 Lvl | | | 64623 | | Injection Sinus Tract | 20500 |
| Facet Cerv/Thor 1st Lvl | | | 64626 | | Sphenopalatine- | 64505 |
| Facet Cerv/Thor 2,3&4 Lvl | | | 64627 | | Face/Nose/Cheek(nerve blk) | |
| Celiac Plexus / Grey Rami / Sympathitic Nerve / Hypo | | | 64680 | | Bracial Plexus | 64415 |
| Intercostal All Levels | | | 64620 | | Cervical Plexus | 64413 |
| Pudendal Nerve-small ints.elbow/foot / Stellate | | | 64640 | | Axillary Nerve | 64417 |
| Nerve ( misc) | | | 64417 | | **MISC. INJ.** | |
| **NEURO STIMULATION DEVICES / SPINAL CORD STIMULATOR** | | | | | Phrenic Nerve | 64410 |
| Complex Analysis | | | 95972 | | Pudendal | 64430 |
| Simple Analysis / General | | | 95970 | | Bier Block / Other Peripheral Nerve | 64450 |
| Rev / Remove Electrodes Leads | | | 63660 | | **MISC. CHARGES** | |
| Reprogram General | | | 95971 | | Lumbar Puncture | 62270 |
| Perm Implant Electrode each | | | 63685 | | IDETT | 64999 |
| Trial Perc Electrode each | | | 63650 | | Epidurography | 72275 |
| Rev / Remove Stimulator | | | 63688 | | Diskography Interpretation | 72295 |
| **INTRATHECAL / INFUSION DEVICES** | | | | | Fluoroscopy | 76000 |
| Program Pump | | | | | Fluoroscopy Injection | 76003 |
| Screener Reprogram Pump | | | 62367 | | Fluoroscopy Guidance Spine | 76005 |
| Refill/Maint. Pump/Cath Plcmnt | | | 62368 | | Lidocaine Infusion | 90780 |
| Epidural Management | | | 96530 | | Acupuncture | 97780 |
| Catheter Removal | | | 01996 | | Conscious Sedation | 99141 |
| Catheter Placement | | | 62355 | | LASE | |
| Pump Placement / Intrathecal Pump Placement | | | 62350 | | Urinalysis | 62287 |
| | | | 62362 | | OTHER | |

V-0621

| Abd. Pain | 789.0-- | Hypomobility Cerv-Cerviogenic HA | | Radiculitis, Cervical | |
|---|---|---|---|---|---|
| Bladder CA | V10.51 | Jnt. Stiffness Neck | 739.1 | | 723.4 |
| Breast CA | V10.3 | Long-Term Drug Use | 719.58 | Rectal CA | V10.06 |
| Causalgia UE | 354.4 | Lower Back Pain, Syndrome | V58.69 | Rib Fx - How many RIBS | 807.0-- |
| Cervical Facet | 721.0 | Lumb Facet | 724.2 | Other Post Surgery | V45.89 |
| Cervical Radiculopathy | 722.0 | Lumb. Radiculopathy / Discogenic LBP | 721.3 | Sciatica | 724.3 |
| Cervicalgia/Pain Cervical | 723.1 | Lung CA | 722.10 | SI Jnt Synd | 724.6 |
| Claudication Neurogenic Spinal | 435.1 | Metastatic | 162.9 | Spasticity | 781.0 |
| CRPS / RSD LE | 337.22 | MS | 199.1 | Spinal stenosis, Cervical | 723.0 |
| CRPS / RSD UE | 337.21 | Myofascial Pain | 340 | Spinal stenosis, Lumbar | 724.02 |
| DDD Cervical | 722.4 | Occipital Neuralgia | 729.1 | Spinal stenosis, Thoracic | 724.01 |
| DDD Lumbar | 722.52 | Neuralgia, Ilioing / Neurop Low Ext | 723.8 | Spondylolisthes | 738.4 |
| DDD Thoracic | 722.51 | Neuropathy Sacral Plexus | 355.8 | Spondylolysis | 756.11 |
| Fibrosis, Meninges | 349.2 | Pain, Nerv (Neuralgia) | 353.1 | Spondylosis | 721.30 |
| Follow Up Exam After Surgery | V67.00 | Pain, Pelvic Female | 729.2 | Syndrome Cerviocranial | 723.2 |
| Headache, Tension | 307.81 | PHN /Herpes | 625.9 | Syndrome Post Lami Cervical | 722.81 |
| HNP Cervical / Radiculopathy, Cervical | 722.0 | Post-lami | 053.19 | Syndrome Post Lami Lumb/Thor | 722.83 |
| HNP Thoracic | 722.1 | Pyriformis Syndrome | 722.83 | Tension HA | 307.81 |
| Hypomobility Cerv-Cerviogenic HA | 739.1 | Radiculitis, Lumbar / Epidural | 355.0 | Ulcer LE Chronic | 707.1 |
| | | | 724.4 | | |

F/UP or PROCEDURE(s) _____ MBA _____

PROCEDURE(S): _____

OTHER: _____

PHYSICAL THERAPY    RADIOLOGY    PSYCHOLOGY

DOCTOR SIGNATURE: _____

S

# Advanced Pain Centers of Alaska
## Benefits Form

7-21-03
SRA

Today's Date: 7/11/03

Patient Name: Daniela Valenote

Rep. Name: Karen

Insurance Company: BC/BS    Phone: 800-345-6784

Address: _____

### Psychological Coverage

Effective Date: 7-1-2000

% paid for each visit: 50 %    # of visits: 12    per: yr

Deductible: 300    met: yes
Out of Pocket: 1000    met: yes

Group Therapy: Yes (No)
Pre-Certification needed: Yes No    Phone: _____

### Medical Coverage

Effective Date: 7-1-2000

% paid for each visit: 80 %    # of visits: ___    per: ___

Deductible: 300    met: yes
Out of Pocket: 1000    met: yes

Usual and Customary
Pre-Certification needed: Yes No    Phone: _____

The reason we are seeing the patient: The patient has been seen by a pain management physician and has been referred for a psychological evaluation secondary to chronic pain.

Other Notes: _____

Your Name: LB

V-0622



**ADVANCED PAIN CENTERS OF ALASKA**

OK TO SCHEDULE: ✓

DO NOT SCHEDULE: ___

X _____ (w)

NAME: Valenote, Daniela  REF. DOCTOR: Dr. Downs
SOCIAL SECURITY#: 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  D.O.B.: 2-17-69
PHONE# HOME: 907/622-1009  CELL / MSG.: ___
1st CONTACT: Lm w/ mother? 7-11-03 (JAR)

2nd CONTACT: ___

3rd CONTACT: ___

MRI'S ___ X-RAY ___ CT ___ HAND CARRY ___
OTHER PAIN SPECIALISTS ___ WHO IS PCP ___
'E YOU SEEN ONE OF OUR DOCTORS IN ANCHORAGE OR FAIRBANKS: ___
PAIN LOCATED: Hip
REF. DOCTOR RECOMMENDATION: ___
MAILING ADDRESS: 4514 Upper Kogru Dr.
Eagle River, AK 99577
EMPLOYER NAME: ___  PHONE: ___
ADDRESS: ___
OCCUPATION: ___

V-0623

INSURANCE: BC/BS of AK
INSURANCE PHONE#: 800-345-6784  INSURANCE VERIFIED: 78962 EE
ACCIDENT RELATED: ___ MVA: ___ WK COMP: ___ OTHER: ___
DATE OF RELATED: ___  CLAIM / CASE #: ___
APPT. DATE: 7-21-03  APPT. TIME: 9:00  INITIALS: JAR
(ANDERSON)    POLSTON    RODERER    STINSON
QUESTIONAIRE SENT: will pick up p/w