DATE: 12-26-02  TIME: 3:15  ALLERGIES: Orphenadrine
NAME: Valente, Daniela
DOB: 2-17-69  AGE: 33 yrs.
CHIEF COMPLAINT: _____  LMP: 11/22/02
_____  TEMP: 98.0
_____  BP: 132/86
_____  PULSE: 5.5
_____  HT: 5'5"
DURATION OF SYMPTOMS: _____  WT: 149 (per pt.)
                                          SMOKES: Y [N]
S: _____  MEDS:

O: _____

Heent. _____   Ears _____
Neck _____   Nose _____
Lungs _____   Pharynx _____
Heart _____   Sinus _____
Breast _____   Neck _____
Abd. _____   Lungs _____
Back _____
Gent.
Ext. _____
Skin
Neuro _____

A: _____  LABS/X-RAY _____
_____
_____

P: _____
_____
_____
_____
_____

FOLLOW-UP: _____
MICHAEL W. ORZECHOWSKI MD. MPH. RN.

V-0771

DATE: 12/30/02   TIME: 1200   ALLERGIES: orphenadrine

NAME: Valenote, Daniela

DOB: 2-17-69   AGE: 33 yo   LMP: 12/27/02

CHIEF COMPLAINT: pt rev'ed BP ⊕ pain 9/10; TEMP: 98.3

rev'd upper back - pt has jitters & numbness; BP: 122/82

pt states she feels "high"; things seem PULSE:

clear; rev'd ⓇArm & Ⓡleg 2/10 HT: 5'5"

facial cheekbone has tingly feeling; WT: 149 per pt

DURATION OF SYMPTOMS: pt is constipated   SMOKES: [Y] [N]

S:    L 7# rash on cheekbone x Fri   MEDS:

lean forward constipation   vicodin

O:   — has — gel mobility   ⊕ since fri

**Heent.**
**Neck**
**Lungs**
**Heart**
**Breast**
**Abd.**
**Back**
**Gent.**
**Ext.**
**Skin**
**Neuro**

**Ears**
**Nose**
**Pharynx**
**Sinus**
**Neck**
**Lungs**

LABS/X-RAY

A:

P:

FOLLOW-UP:

MICHAEL W. ORZECHOWSKI MD, MPH, RN.

V-0772

DATE: 1/13/03    TIME: 945a    ALLERGIES: Orphenadrine
NAME: Valencia, Daniela
DOB: 2-19-69    AGE: 33 y/o    LMP: 12/27/02
CHIEF COMPLAINT: c/o LBP = 9/10 [spasms]/M; (R) leg numb- TEMP: 99.1
ness + tingly feeling going ↓ leg; "burning BP: 110/72
sensation in (R) hip + groin area; (R) PULSE: ___
side of upper back also thru muscle = 5/10 HT: 5'5"
spasms & (R) thru PainLevel = 7/10 now WT: 149 lbs w/sh

DURATION OF SYMPTOMS: LBP- Sat
SMOKES: [Y] [N✓]
MEDS:

S: ___

O: ___

Heent.  ___          Ears    ___
Neck   ___          Nose    ___
Lungs  ___          Pharynx ___
Heart  ___          Sinus   ___
Breast ___          Neck    ___
Abd.   ___          Lungs   ___
Back
Gent.  ___
Ext.   ___
Skin   ___
Neuro  ___

LABS/X-RAY

A: ___

P: ___

FOLLOW-UP: ___
MICHAEL W. ORZECHOWSKI MD. MPH. RN.

**V-0773**

DATE: 1/20/03    TIME: 9:20    ALLERGIES: orphenadrine

NAME: Valenote, Daniela

DOB: 2·17·69    AGE: 33 40    LMP: 12/27/02

CHIEF COMPLAINT: pt here to review cerv MRI    TEMP: 98.5

and pt states no _ pr last appt;    BP: 118/80

_ neck pain tighter than normal    PULSE: _

HT: 5'5"

_ arm pain    LBP - 8/10    WT: 149 per pt

DURATION OF SYMPTOMS: B hip - 5/10    SMOKES: [Y] [N]

S: 4-6 wks/day    neck pain - 7/10    MEDS:

B hip pain    pain - 5/10    see list

_ numb - sensory

O: _ R _ has lower numbness _ walking dogs

_ role 1/20/03

Heent. _    Ears

Neck 80%    Nose

Lungs clear resp    Pharynx

Heart _    Sinus

Breast    Neck

Abd. _    Lungs

Back _

Gent.

Ext. _

Skin

Neuro _

LABS/X-RAY

A: R _ / _ neuropathy

R leg _ / _

_ tenderness _

B hip _

LBP - improving

P: Restivin _ tab #30

Bextra _ _ qday, bid

neurontin 300 _    1-2 caps _ #180

work 4-6 hrs/days

retrun PT

contrast MRI _ BS _    exp

R/o serve if worse    FOLLOW-UP: _

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

**V-0774**

DATE: 4-2-03   TIME: 11:20   ALLERGIES: _Norflex_

NAME: Daniela Benote

DOB: 2-19-69   AGE: _____

CHIEF COMPLAINT: Re: fibromyalgia

LMP: 3/21/03
TEMP: 97.3
BP: 122/74
PULSE: _____
HT: 5'5"
WT: 146

SMOKES: Y / Ⓝ

DURATION OF SYMPTOMS: _____

MEDS: _____

S: _____

O: _____

Heent. _____        Ears
Neck _____          Nose
Lungs _____         Pharynx
Heart _____         Sinus
Breast              Neck
Abd. _____          Lungs
Back _____
Gent. _____
Ext. _____
Skin
Neuro _____

LABS/X-RAY

A: _____

P: _____

FOLLOW-UP: _____

MICHAEL W. ORZECHOWSKI MD. MPH. RN.

DATE: 6/19/03    TIME: _____    ALLERGIES: _____

NAME: Valenote, Daniela

DOB: 2-17-69    AGE: 34 yo    LMP: May 16 '03

CHIEF COMPLAINT: rev LBP and refill meds    TEMP: 98.6

_____ from Dr. Beard of Minkowski & others    BP: 110/80

_____ NP one. _____ 6yr    PULSE:

_____    HT: 5'5"

_____ upper back 7/3% %    WT: 146 E Shoes

DURATION OF SYMPTOMS: _____    SMOKES: [Y] [N]

S: _____    MEDS:

_____

_____

O: _____

_____

_____

Heent. _____    Ears
Neck _____    Nose
Lungs _____    Pharynx
Heart _____    Sinus
Breast    Neck
Abd. _____    Lungs
Back _____
Gent.    _____
Ext. _____    _____
Skin    _____
Neuro _____

LABS/X-RAY

A: LBP DJD _____

HTN

IBS _____

Allergies Asthma _____

_____

P: _____

_____

_____

FOLLOW-UP _____

MICHAEL W. ORZECHOWSKI MD, MPH, RN.

FROM : DR MIKE O    FAX NO. : 9075630100    Jun. 05 2003 11:49AM P9

Rx Date/Time    JUN-05-2003(THU) 10:43    9075630100    P.009

V-0776

MICHAEL W. ORZECHOWSKI, M.D., M.P.H., R.N.



3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

September 22, 2003

To Whom It May Concern:

My patient Daniela Valenote has low back pain with right leg sciatica. She was first treated on November 5, 2002 for the low back pain with right leg sciatica. The first day she stopped working for treatment was December 18, 2002. If you have any questions please call my office. Thank you.

Sincerely,

Michael W Orzechowski, MD
dl

**V-0777**



Eugene M. Chang, M.D.
James M. Eule, M.D.
Robert J. Hall, M.D.
Edward M. Voke, M.D.
Cindy M. Lee, D.O.
James B. Bliven, P.A.

January 28, 2003

Michael Orzechowski, M.D.
3730 Rhone Circle, Suite 103
Anchorage, AK  99508

RE:  Daniela Valenote

Dear Dr. Orzechowski:

Thank you for your recent request for consultation regarding the above-mentioned patient.  I am
forwarding to you a copy of the consultation report.

Please do not hesitate to call my office should you have additional questions regarding my findings
or proposed treatment.

Sincerely,

Edward M. Voke, M.D.
Orthopaedic Surgeon

EMV/seb

Cc:  Patient Chart

V-0778

Telephone (907) 562-2277  •  Fax (907) 563-3460  •  E-Mail: theorthodocs@alaska.com
4100 Lake Otis Parkway, Suite 312  •  3340 Providence Drive, Suite 564
Anchorage, Alaska 99508



# ALASKA CHIROPRACTIC
# AND THERAPY

PETER LORENTZEN
DOCTOR OF CHIROPRACTIC

March 5, 2004

Anda Tanasescu
LTD Case Manager
MetLife Disability
PO Box 14592
Lexington KY  40511-4592

Re:  Daniela Valenote
     Claim # 870308078357
     Employer:  RIM Architects

Dear Ms. Tanasescu:

   Ms. Valenote presented herself to my office for evaluation and treatment on May 11, 2003.  Her diagnosis at that time was 848.5, 739.5, 739.4, 739.2, 729.1, E929.3, and 736.39.  Her injuries have been debilitating and at no time since she initiated care with my office has she been able to return to work.  There was a question regarding a letter from Dr. Beard's office allowing Ms. Valenote to return to work on May 1, 2003.  I cannot address her ability to work prior to her becoming a patient on May 11, 2003, but certainly from the date that she became a patient in my office to her current status, she has been unable to work.

   I suspected a lumbar disc injury with Ms. Valenote, which was confirmed by MRI in December 2002 as disc herniations at L3-4, and L5-S1.  I believe that the crux of Ms. Valenote's problems are a result of her lumbar disc herniations which result in her low back pain and the referred pain into her right leg, and not from fibromyalgia as was one of her previous diagnoses.

   Ms. Valenote was referred to the Advanced Pain Centers of Alaska to be evaluated by Dr. Susan Anderson.  Dr. Anderson performed a four level discogram in October 2003, which reinforced the MRI results from December 2002 and also revealed a tear in the L5-S1 disc.  As a result of the findings of the discogram, Dr. Anderson performed a nucleoplasty on the L5-S1 disc.

## V-0779

It is my understanding that there is confusion regarding Ms. Valenote working part-time in June of 2003. My understanding is that she has not worked since February 2003. She has continued with treatment in this office since May of 2003 as well as attending occasional physical therapy sessions, and the evaluations and treatments at Advanced Pain Centers of Alaska. It is my feeling that Ms. Valenote needs to become involved in a more frequent and active physical therapy program. She has difficulty driving for long distances and it would be more appropriate for her to attend her physical therapy sessions here in Eagle River rather than driving for a half hour each way to attend physical therapy sessions in Anchorage.

Thank you for assistance in Ms. Valenote's case. Please do not hesitate to contact me with any further questions.

Sincerely,

Dr. Peter Lorentzen, D.C.
Alaska Chiropractic and Therapy

## Daniela Valenote

**From:**      "Daniela Valenote" <danielaak@msn.com>
**To:**        <akchiro@mtaonline.net>
**Sent:**      Sunday, February 08, 2004 1:01 PM
**Attach:**    DrPeter.doc
**Subject:**   Disability Letter

Dear Dr. Peter,

Attached is the list of bullet items we have discussed. Please write the letter for disability as soon as you can. I know you're taking off on vacation. Have a great time!

Thanks for your help,
Daniela

**V-0781**

# MetLife®

MetLife Disability
PO Box 14590
Lexington, KY 40511-4590

November 26, 2003

| Post-It® Fax Note | 7871 | Date 12/9/03 | # of pages 5 |
| To DR. PETER LORENTZEN | | From DANIELA VALENOTE | |
| Co./Dept. | | Co. (PLEASE CALL ME) | |
| Phone # | | Phone # 622-1009 | |
| Fax # 694-1286 | | Fax # | |

Daniela Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577

Claim #:     870306078357
Employer:   RIM Architects
Report #:   5562954

Dear Mrs. Valenote:

We have completed our review of the additional medical information you have submitted. We are
upholding the original decision as described in the denial letter of 08/29/2003. Your claim is being denied
for the following reasons.

Your employer's plan states the following:

" 'Disability' or 'Disabled' means that, due to an sickness, pregnancy, or accidental injury, you are
receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

1. during your Elimination Period and the next 24 month period, you are unable to earn more than 80%
   of your Predisability Earnings or Indexed Predisability Earnings at your Own Occupation for any
   employer in your Local Economy; or

2. after the 24 month period, you are unable to earn more than 80% of your Indexed Predisability
   Earnings from any employer in your Local Economy at any gainful occupation for which you are
   reasonably qualified taking into account your training, education, experience, and Predisability
   Earnings."

" Your Elimination Period begins on the day you become Disabled. It is a period of time during which no
benefits are payable. Your Elimination Period is shown in Plan Highlights. You must be under the
continuous care of a Doctor during your Elimination Period. You may temporarily recover from your
Disability during your Elimination Period. If you then become Disabled again due to the same or related
condition, you may not have to begin a new elimination period."

Our claim determination is based on the following documents:

12/11/2002 MRI of lumbar spine
12/16/2002-01/20/2003 office visit notes-Dr. Orzechowski
02/05/2003 office visit notes-Dr. Downs
03/20/2003 Doppler carotid sonogram
03/20/2003 procedure report-Dr. McCormick-right SI joint injection
03/27/2003-07/24/2003-office visit notes-Dr. Beard
04/16/2003 your resignation letter
05/12/2003-discharge summary from physical therapy-HealthSouth
05/15/2003 Employee Statement

V-0782

06/05/2003 office visit notes-Dr. Downs
06/05/2003 Attending Physician Statement-Dr. Beard
06/12/2003 Employer Statement/Job Description
07/07/2003 office visit notes-Dr. Downs
07/21/2003-10/14/2003-office visit/procedure notes-Dr. Anderson
09/16/2003-letter by Dr. Orzechowski
10/22/2003-letter by Dr. Beard
11/06/2003-letter by D. Kiley-FNP

In addition, telephone calls were made as follows:

09/25/2003-call to Dr. Downs' office
10/02/2003-call to Dr. Orzechowski's office
11/05/2003 & 11/12/2003 attempted calls by Internal Physician Consultant to Dr. Beard's office-unsuccessful as Dr. Beard or Nurse Kiley did not return his calls.

According to your employer you ceased work on February 21, 2003. Therefore, in order to meet the Elimination Period as defined in the plan, you would have to remain totally disabled through May 22, 2003. According to the information currently in your file, Dr. Beard's office did not advise you to cease your occupation until March 27, 2003. Furthermore, you were released to return to work as of May 1, 2003 and you were dismissed from his care on July 24, 2003. Calls made to the other two providers, Dr. Downs and Dr. Orzechowski revealed neither advised you to stop working for your condition on or before February 21, 2003. Dr. Orzechowski did not advise you to stop working until September 23, 2003. You were released from physical therapy on May 12, 2003 per the physical therapy notes supplied by HealthSouth. This information is suggestive that your pain was not sufficiently severe to preclude work prior to March 27, 2003 and subsequent to May 1, 2003. You chose not to return to work on May 1, 2003 as advised by your doctor, but instead resigned your position as an Intern Architect as of May 1, 2003.

Information in file indicates that you complained of pain predominately in the right buttock region. However, the only two abnormal findings cited in the file include the MRI of the lumbar spine from December of 2002 and the diskography from October 2003. All the other tests, that included an electrodiagnostic study, MRI scans of the brain, hips, thoracic spine, the total bone scan and all the neurological examinations were unremarkable. You have received injections to the right sacroiliac joint, pubis symphysis and right sided gluteal bursa, an L3-L4 intralaminar epidural steroid injection, acupuncture. Your medications included neurontin, gabatril, bextra, vioxx and topamax. The findings of the December 2002 MRI scan of the lumbar spine are not likely to be clinically significant in view of the no disk extrusion, nerve root compression, spinal cord compression, etc. The positive diskogram at L5-S1 of October 2003 may explain some of your pain. Despite the pain, you were allegedly working 10 hours a week in June of 2003, per information received from Dr. Beard's office.

In conclusion, the information received and reviewed by Metlife fails to establish that you are experiencing a level of continued impairment that prevents you from performing the duties of your own occupation as an Intern Architect. The objective medical evidence we reviewed is incongruent with a long-term disability. Therefore, we are unable to approve your claim for long term disability and consequently your claim was denied. No benefits are payable.

Because your claim was denied in whole or in part, you may appeal this decision by sending a written request for appeal to:

> MetLife Disability
> P.O. Box 14592
> Lexington, KY 40511-4592

V-0783

The request must be sent no more than 180 days after you receive notice of denial of the claim. When requesting this review, please state the reason(s) you believe the claim was improperly denied, and submit any additional comments, documents, records, or other information relating to your claim that you deem appropriate for us to give your appeal proper consideration. Upon request, MetLife will provide you with a copy of the documents, records, or other information we have that are relevant to your claim and identify any medical or vocational expert(s) whose advise was obtained in connection with your claim.

MetLife Disability will evaluate all the information and advise you of our determination of your appeal within 45 days after we receive your written request for appeal. If there are special circumstances requiring additional time to complete our review, we may take up to an additional 45 days, but only after notifying you of the special circumstances in writing. In the event your appeal is denied in whole or in part, you will have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974.

If you have questions, please call our customer service unit at the toll-free number.

Sincerely,

Anda Tanasescu
LTD Case Manager

V-0784

 

**MetLife Disability**
**PO Box 14590**
**Lexington, KY 40511-4590**

November 26, 2003

Daniela Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577

| Post-It® Fax Note | 7671 | Date 12/9/03 | pages ▶ 5 |
|---|---|---|---|
| To DR PETER LORENTZEN | | From DANILLA VALENOTE | |
| Co./Dept. | | Co. (PLEASE CALL ME) | |
| Phone # | | Phone # 622-1909 | |
| Fax # 694-1286 | | Fax # | |

Claim #:    870308078357
Employer:  RIM Architects
Report #:  5562954

Dear Mrs. Valenote:

We have completed our review of the additional medical information you have submitted. We are upholding the original decision as described in the denial letter of 08/29/2003. Your claim is being denied for the following reasons.

Your employer's plan states the following:

" 'Disability' or 'Disabled' means that, due to an sickness, pregnancy, or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

1.  during your Elimination Period and the next 24 month period, you are unable to earn more than 80% of your Predisability Earnings or Indexed Predisability Earnings at your Own Occupation for any employer in your Local Economy; or

2.  after the 24 month period, you are unable to earn more than 80% of your Indexed Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonably qualified taking into account your training, education, experience, and Predisability Earnings."

" Your Elimination Period begins on the day you become Disabled. It is a period of time during which no benefits are payable. Your Elimination Period is shown in Plan Highlights. You must be under the continuous care of a Doctor during your Elimination Period. You may temporarily recover from your Disability during your Elimination Period. If you then become Disabled again due to the same or related condition, you may not have to begin a new elimination period."

Our claim determination is based on the following documents:

12/11/2002 MRI of lumbar spine
12/16/2002-01/20/2003 office visit notes-Dr. Orzechowski
02/05/2003 office visit notes-Dr. Downs
03/20/2003 Doppler carotid sonogram
03/20/2003 procedure report-Dr. McCormick-right SI joint injection
03/27/2003-07/24/2003-office visit notes-Dr. Beard
04/18/2003 your resignation letter
05/12/2003-discharge summary from physical therapy-HealthSouth
05/15/2003 Employee Statement

V-0785

05/05/2003 office visit notes-Dr. Downs
05/05/2003 Attending Physician Statement-Dr. Beard
06/12/2003 Employer Statement/Job Description
07/07/2003 office visit notes-Dr. Downs
07/21/2003-10/14/2003-office visit/procedure notes-Dr. Anderson
09/18/2003-letter by Dr. Orzechowski
10/22/2003-letter by Dr. Beard
11/06/2003-letter by D. Kiley-FNP

In addition, telephone calls were made as follows:

09/25/2003-call to Dr. Downs' office
10/02/2003-call to Dr. Orzechowski's office
11/05/2003 & 11/12/2003 attempted calls by internal Physician Consultant to Dr. Beard's office-unsuccessful as Dr. Beard or Nurse Kiley did not return his calls.

According to your employer you ceased work on February 21, 2003. Therefore, in order to meet the Elimination Period as defined in the plan, you would have to remain totally disabled through May 22, 2003. According to the information currently in your file, Dr. Beard's office did not advise you to cease your occupation until March 27, 2003. Furthermore, you were released by Dr. Beard to return to work as of May 1, 2003 and you were dismissed from his care on July 24, 2003. Calls made to the other two providers, Dr. Downs and Dr. Orzechowski revealed neither advised you to stop working for your condition on or before February 21, 2003. Dr. Orzechowski did not advise you to stop working until September 23, 2003. You were released from physical therapy on May 12, 2003 per the physical therapy notes supplied by HealthSouth. This information is suggestive that your pain was not sufficiently severe to preclude work prior to March 27, 2003 and subsequent to May 1, 2003. You chose not to return to work on May 1, 2003 as advised by your doctor, but instead resigned your position as an Intern Architect as of May 1, 2003.

Information in file indicates that you complained of pain predominately in the right buttock region. However, the only two abnormal findings cited in the file include the MRI of the lumbar spine from December of 2002 and the diskography from October 2003. All the other tests, that included an electrodiagnostic study, MRI scans of the brain, hips, thoracic spine, the total bone scan and all the neurological examinations were unremarkable. You have received injections to the right sacroiliac joint, pubis symphysis and right sided gluteal bursa, an L3-L4 intralaminar epidural steroid injection, acupuncture. Your medications included neurontin, gabatril, bextra, vioxx and topamax. The findings of the December 2002 MRI scan of the lumbar spine are not likely to be clinically significant in view of the no disk extrusion, nerve root compression, spinal cord compression, etc. The positive diskogram at L5-S1 of October 2003 may explain some of your pain. Despite the pain, you were allegedly working 10 hours a week in June of 2003, per information received from Dr. Beard's office.

In conclusion, the information received and reviewed by MetLife fails to establish that you are experiencing a level of continued impairment that prevents you from performing the duties of your own occupation as an Intern Architect. The objective medical evidence we reviewed is incongruent with a long-term disability. Therefore, we are unable to approve your claim for long term disability and consequently your claim was denied. No benefits are payable.

Because your claim was denied in whole or in part, you may appeal this decision by sending a written request for appeal to:

> MetLife Disability
> P.O Box 14592
> Lexington, KY 40511-4592

# ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

greater than 50% at 0.5 cc PSI of 32, no pain response; 1.0 cc PSI of 45, no pain response; 1.5 cc PSI of 64, no pain response; 2.0 cc PSI of 9, no pain response; and the morphology of the disk is cotton ball in appearance. At level L3-4 opening pressure of 23, 0.5 cc PSI of 32, no pain response; 1.0 cc PSI of 32 with similar pressure but not really described as pain; at 1.5 cc PSI of 56, a similar pain response but not willing to describe as pain; at 2.0 cc PSI of 75 with 8/10 pain described as pressure. Pain response considered indeterminate and morphology of the disk is cotton ball in appearance. At level L4-5 opening pressure of 26, disk height greater than 50%, at 0.5 cc PSI of 42, no pain response; 1.0 cc PSI of 56, no pain response; 1.5 cc PSI of 63, no pain response; 2.0 cc PSI of 68, no pain response. Morphology of the disk is cotton ball in appearance. At level L5-S1 opening pressure of 1, 0.5 cc PSI of 21 with similar pain response; at 1.0 cc PSI of 47, similar pain response, posterior tear extreme increase in pain that is concordant with patient's complaint. Morphology of the disk is degenerate in appearance.

In conclusion, L3-4 considered indeterminate, L5-S1 considered provocative and concordant pain.

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 10/14/2003
DT: 10/14/2003
JOB #: 210591

V-0787



# ALASKA CHIROPRACTIC AND THERAPY

PETER LORENTZEN
DOCTOR OF CHIROPRACTIC

October 16, 2003

Therese Hunt
Senior Adjuster
Wilton Adjustment Service, Inc.
PO Box 92670
Anchorage AK  99509-2670

Re:  Daniela C. Valenote
     SSN#:  590167361

Dear Ms. Hunt:

   Enclosed is a copy of Ms. Valenote's medical record on file with our office.  Cost for reproduction of the file is $10.00.  Please make check payable to Alaska Chiropractic & Therapy. Please call if you need further information.  Thank you.

Sincerely,

Amy Otto Larsen
Office Manager

Encl.  (as)

V-0788

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION
## PER HIPAA PRIVACY REGULATIONS

**TO:**   Any doctor, medical provider, hospital, medical clinic, physical therapist, chiropractor, pharmaceutical store, insurance companies/adjusting firms, vocational rehabilitation service, Central Peninsula General Hospital, Fairbanks Memorial Hospital, Alaska Surgery Center, Alaska Native Medical Center, the Alaska Workers' Compensation Board, Valley Hospital, Providence Alaska Medical Center, Alaska Regional Hospital, and Michael Orzechowski, MD, Edward Voke, MD, Neurological Consultants, Joella Beard, MD, Renee Merkouris, MD, Advanced Pain Clinic, Health South Physical Therapy, The Physical Therapy Place, Alaska Chiropractic, Rosemary Coty, Acupuncturist, Lee Schlosstein, MD and medical treatment in and around Tampa Florida, having custody of medical or rehabilitation records or information pertaining to the following individual:

**RE:**   Daniela Valenote      DOB: 02/17/69      SS# 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
(Maiden or Other Names Used: _Daniela Caradori_                                )

**FOR DISCLOSURE TO:**   Authorized representatives of RIM Architects/WILTON ADJUSTMENT SERVICE, in the matter of the claim for compensation and/or benefits under the Alaska Workers' Compensation Act in:

Valenote v. RIM Architects and Wilton Adjustment Service Inc.

 'e of Injury: 02/21/03

**INFORMATION TO BE DISCLOSED:**   Any and all medical records of any nature which are in your possession or control, and which relate to any medical examination, care, treatment, laboratory or x-ray service performed on me **concerning my low back, bilateral legs, pelvic for the period of 1987 to the present.** "Medical records" shall include x-rays, doctor's reports (including pharmaceutical), patient charts and hospital records concerning me, pathology specimens, or slides prepared from such specimens; radiology reports including cine films, sonograms and CT scans; nuclear medicine records, including radionuclide scans; *whether such records are stored together with, or separately from, other medical and surgical records.*

Further, any and all physicians are hereby authorized to disclose the nature of their examination, care and treatment of me subject to the above limitations.

I, Daniela Valenote, hereby authorize disclosure of the protected health information as described above and in accordance with the Alaska Workers' Compensation Act, for the purpose of discovery in the above-referenced workers' compensation action.  I understand that the information obtained with this release may be disclosed to experts retained on behalf of the employer/carrier/adjuster, including employer's independent medical evaluations.  Further records may be disclosed to insurance adjusters, the insurer, their legal counsel, vocational rehabilitation providers, nurse case managers, physicians/medical providers and your employer at the time of injury and also may be filed as evidence with the Alaska Workers' Compensation Board. Records that are disclosed as outlined above may not be protected by the Health Insurance Portability and Accountability Act (HIPAA).  A photocopy of this authorization shall be as effective and valid as the original signed by me.

V-0789

RECEIVED

OCT 1 0 2002

WAS, ANCHORAGE, AK

I have the right to revoke this release in writing, subject to the exception of those records already released prior any receipt of revocation. This release shall remain in effect until revoked by me or until the end of this ligation, whichever occurs first.

**Under AS 23.30.107 of the Alaska Workers' Compensation act, you may petition for a protective order from the Alaska Workers' Compensation Board within 14 days of receipt of this request if you have an objection to signing this release. Failure to sign and return this release or file for a protective order within the 14-day period may result in a suspension of benefits until the release is signed. AS 23.30.108(a)**

DATED this __7__ day of _October_____, 2003

_____
(EMPLOYEE)

SUBSCRIBED AND SWORN TO before me this _7th__ day of _October_____, 2003.

_____
Notary Public for Alaska
My Commission Expires: _3-13-2007___

_____
Holly S. Thorne, Notary Public
My Commission Expires March 13, 2007

RECEIVED    **V-0790**

OCT 1 0 2003

WAS, ANCHORAGE, AK



# ALASKA CHIROPRACTIC AND THERAPY

**PETER LORENTZEN**
DOCTOR OF CHIROPRACTIC

June 16, 2003

Dr. Edward Voke
Fax:  563-3460

Re:  Valenote, Daniela

Dear Dr. Voke:

    Attached are copies of Ms. Valenote's chart notes from our office.  If you need further information, please let us know.

    Thank you.

Sincerely,

*Amy Otto Larsen*

Amy Otto Larsen
Office Manager

Encl.  (as)

V-0791

6-6-0~~3~~

Please forward records, reports/all information to Dr. Edward Voke.    ☎ 563-3460

Daniela C. Valenote

V-0792

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

October 7, 2003

Dr. Peter Lorentzen, Chiropractor
Alaska Chiropractic and Therapy
11901 Business Blvd, Ste, 18
Eagle River, AK  99577

Dr. Lorentzen:

I have attached all the medical records and documentation in my possession since my low
back injury on October 31, 2002.  You will find records from Dr. Michael Orzechowski,
Dr. Edward Voke, Dr. Wayne Downs, Deb Kiley, ANP, Dr. Joella Beard, Dr. Rhene
Merkouris, Dr. Lee Schlosstein, Dr. Mary Downs, Dr. Susan Anderson, and HealthSouth
Physical Therapy.  In addition I have included Procedure reports from Dr. Susan
Anderson as well as test reports: Blood work, MRI reports, bone scan, right S-I injection
and more, METLife's denial letter for Long Term Disability, the letter I wrote to Wilton
Adjustment (Worker's Comp) and my Job Description. I am still missing two office visits
from Dr. Beard's office, and Physical Therapy notes from The Physical Therapy Place.  I
am in the process of correcting my medical history with Dr. Voke, Dr. Wayne Downs and
Nurse Kiley.  These documents will be forwarded to you as soon as I receive them.

I have been denied Long Term Disability on August 29, 2003.  According to METLife I
was returned to work on May 1, 2003 by Dr. Joella Beard.  It has been stated recently that
this is the sole reason I have been denied.  I had been under the care of Deb Kiley, ANP
not Dr. Beard during the time period in question.  In my visit with Nurse Kiley on April
29, 2003 she *did not* return me to work.  I never received a return to work letter.  RIM
Architects would have not let me in the door without such documentation.  Dr. Beard has
made the assumption that since she did not find another work release letter for the month
of May, I had been returned to work.  In addition on my next visit, Nurse Kiley wrote on
my Plan of Care Statement: "consider part-time to 12-14 hr/wk" (please refer to the Plan
of Care Statements).  Dr. Beard feels this further supports her statement to METLife.
What Dr. Beard does not understand is, I was forced to resign my position with RIM
Architects effective May 1, 2003 due to my medical condition.  RIM either wanted me
back to work or would "let me go".  So I resigned my position.  This was discussed with
Nurse Kiley on April 29, 2003.

I am in the process of appealing my case with METLife.  They have dismissed Dr.
Anderson's findings as "new pain" unrelated to the pain I had while seeing Dr. Beard's
clinic.  Dr. Anderson feels my pain is related to discs and an unstable pelvic ring.  Dr.
Beard feels I have Fibromyalgia (even though she never saw me herself to give such a
diagnosis).  I believe these different diagnosis further confuses METLife.  It is my

**V-0793**

Dr. Peter Lorentzen                                                                    2
October 7, 2003

period, which ended May 23, 2003. However, I have still requested Dr. Anderson's office to help me with a work release letter. They have asked I take a Functional Capacity Exam to have better information for a letter. I will be scheduled for this in the near future.

You are the only other Doctor I have seen during the elimination period. Would you please consider reviewing the information provided, write a current work release letter and reference the date in question? I would sincerely appreciate any help you are able to provide.

If I can provide further clarification to the above, please give me a call at home, 622-1009.


Sincerely,

Daniela C. Valenote

**V-0794**

### *ORTHOPEDIC PHYSICIANS ANCHORAGE*

VALENOTE, DANIELA
#47164
01/28/03   New Patient


CHIEF COMPLAINT:
This 33-year-old lady presents with a chief complaint of neck and low back pain. She is referred by
Dr. Orzechowski.

HISTORY OF PRESENT ILLNESS:
The patient states essentially the entire right side of her body is painful and uncomfortable for her.
She feels the onset of this problem started in approximately 1989. She was waiting on tables and
apparently was carrying a tray up some stairs when she slipped and fell backwards in a sitting
position, landing on her "tailbone." She has been treated on a conservative basis intermittent from
that time to date.

Today this lady comes in with her husband. She claims she has a stabbing pain in the right side of
the lumbar spine with a burning sensation radiating into the right lower extremity to the foot. This
is localized to the lateral side of her leg. Accompanying this is a noted right groin pain. She also
complains of an intermittent discomfort involving the cervical spine and also the right shoulder
blade. She feels her neck and back are bothersome on an equal basis. She is right handed. She
states she has no problems with the left side of her body; that would include the upper and lower
extremities.

The above is particularly aggravated by sitting and utilizing a computer. Walking and standing are
aggravating as well as lifting, bending, and twisting. She is an architect and the different standing
and sitting positions demanded in her job are very uncomfortable for her. She is working but only
four to six hours a day. She is hampered regarding the pain and discomfort noted in the right lower
extremity as mentioned.

She finds minimal relief by changing positions. She has used heat and ice to minimal avail. She has
pain at night. She states she has been involved in four physical therapy sessions. On closer
questioning this lady appears to be incapacitated in that she states she used to be very physical and
was a ballet dancer. Now it is even difficult for her to work eight hours a day at her job.

CURRENT MEDICATIONS:
Bextra. She has taken Neurontin 300 mg. She also takes Nexium, probably for esophagitis.

PAST MEDICAL HISTORY:
Her orthopedic health history sheet is noted today. She appears to be a healthy 33-year-old woman.
She has noted that the right side of her body is fraught with numbness, tingling, coldness, burning,
and stabbing pain in the thoracic region and the sacroiliac joint plus the right hip with shooting pain
from the groin to the knee. Records from Dr. Orzechowski's office were utilized for this evaluation.



**V-0795**

## *ORTHOPEDIC PHYSICIANS ANCHORAGE*

VALENOTE, DANIELA
#47164
01/28/03  New Patient - Continued

MRI:
We looked at her MRIs today. I feel her cervical MRI does not demonstrate pathology that would explain the above symptoms. This was mentioned to the patient and her husband. She has a reversal of the lordosis involving the cervical spine, most likely secondary to muscle spasm. The MRI involving her hip joints obtained on 12/11/02 show normal hip joints. The MRI of the lumbar spine performed on 12/11/02 reveals an abnormality - degenerative changes at L5-S1. There is no evidence of spinal stenosis. There is no evidence of impingement as far as neurological tissue is concerned.

PHYSICAL EXAMINATION:
This lady is friendly and cooperative and in obvious distress because of the above-mentioned symptoms.
Vital Signs:  Height is 5 ft. 4 in.  Weight is 148 pounds.  Blood pressure is 120/78.

She walks with a normal gait. There is no muscle spasm in a standing position, but she does not have a full range of motion of the lumbar spine. She lacks probably 30% in all planes. Straight leg raising in a supine position is positive 50° on the right and negative on the left. She has 2+ reflexes of both knees and ankles. No gross neurologic deficit is noted. In a standing position there is obvious decreased range of motion of both glenohumeral joints. She demonstrates 120° of side abduction and forward flexion, normal is 180°. She has an increased and improved range of motion of the cervical spine which is slow and deliberate, probably lacking 40% of normal. Interestingly, she has positive Hoffmann signs involving her upper extremities, however, her toes are downgoing. No other abnormalities are noted. She has full range of motion of both hip joints. There is no interosseous atrophy of her hands. She appears generally health and in good physical condition other than the subjective findings noted.

DIAGNOSIS:
1.      Degenerative disc disease, lumbar spine with mild radiculopathy.
2.      Cervical strain.

CONCLUSION:
As per a telephone conversation with Dr. Orzechowski, I am impressed with the patient's history noted today and feel a systemic problem should be ruled out. I am thinking she should see a neurologist as well as an internist specializing in rheumatology. Consultation with Dr. Schlosstein and Dr. Wayne Downs would certainly be appropriate in this case. I would request that the patient have an EMG examination of her upper and lower extremities. She demonstrated positive Hoffmann signs which might indicate signs a neurologist could rule in or out. This approach was discussed with both parties. I think it is very appropriate to make sure she does not have a neurological disorder or a chronic systemic collagen problem.

## ORTHOPEDIC PHYSICIANS ANCHORAGE

VALENOTE, DANIELA
#47164
01/28/03   New Patient - Continued


At a later date, depending on the diagnosis, I would be happy to re-evaluate the patient.  After reviewing the MRI and with the clinical findings noted today, surgical intervention would not be helpful for her.  We discussed this thoroughly, and there were no further questions.

Edward M. Voke, M.D./seb

c:     Dr. Orzechowski

**V-0797**

FAMILY MEDICINE & SPORTS MEDICINE ., M.D., M.P.H., R.N.



3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 276-MIKE
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

# REQUEST FOR CONSULTATION

Date _1-13-03_

Patient Name _Daniela Valenote_ Date of Birth _2-17-69_
Address _4514 Upper Kogru Dr. Eagle River  99577_
H Phone _622-1009_  W Phone _258-7777_

To _Dr. Voke_
Adress _3340 Providence Dr. Ste. 564_
Phone _562-2277_  Fax _563-3460_

Reason for consultation: _33 yo w ♀ with neck + LBP._
_® leg sciatica / parathesia (⊘ L5-S, HNP MRI)_
_despite aggressive sport med treatment (LBP is_
_improved / ® leg sciatica isn't really)_
_⊘ neck / TOS ⊕ arm pain x 8 yrs, ⊕ ?br_
_pain x 8 yrs. — worsening as well. Also ⊕ hip bursitis_
_EMG MRI ordered._
_Please assist with eval / treatment?_

Thank you,

Michael W Orzechowski, MD

Who called to schedule _Tina_
Spoke with _____
Appt Date _1-28-03_  Appt Time _1:00_
_f_ al instructions _please send_
_records. Have pt. bring_
_MRI films._

_imor @ appt_
_1/13/03 2:30p_
_(JEU)_

BY: _____

**V-0798**

*NEUROLOGICAL CONSULTANTS OF ALASKA, LLC*
*2741 DeBarr, Rd., Suite 413, Anchorage, AK 99508*
*(907) 277-1623*

| | |
|---|---|
| **Name:** | Daniela Valenote |
| **DOB:** | 2/17/69 |
| **Date:** | 02/05/03 |
| **Referred by:** | Michael Orzechowski, M.D. |
| **Referred for:** | Right-sided pain and numbness. |

| | |
|---|---|
| **Tobacco:** | One to 1½ packs a day for 10 years, ending three years ago. |
| **Alcohol:** | One to two glasses of wine a day. |
| **IVDA:** | None. |
| **Allergies:** | Orphenadrine caused an asthma attack. |
| **Medications:** | Topamax 25 mg twice a day, Bextra 10 mg a day, Nexium 40 mg twice a day, Procardia 30 mg a day, Allegra 180 mg a day, Singulair. |

**Chief Complaint:** Pain.

**History:** This is a 33-year-old right-handed female who reports she has been going to doctors for several years. The problem actually started probably no later than 1996. She developed a sharp pain in the right scapula. It usually seemed to be precipitated by bending, turning, or prolonged standing, but it would occur at other times with no obvious precipitant. It would occasionally radiate down the upper extremity to the hand. Initially it was intermittent, but it has now become a rather continuous problem. The radiation down the upper extremity goes down the posterior arm, the medial forearm, and the ulnar hand including the fifth digit but occasionally goes to the index finger as well. The pain in the fingers can be relieved by applying pressure, effectively pinching the triceps from both sides in the upper arm. Subsequent to this she started getting pain down the right lower extremity that was very similar. It went down the lateral thigh, leg, and foot. The last three weeks she has occasionally gotten it on the left. She implied the left lower extremity. I was going to verify that, but she provided a lot of additional information in a rapid-fire fashion and this was one question I never got back to.

The patient also reports getting muscle spasms in the upper back. She started getting groin and hip burning on the right. From the right groin to the knee occasionally burns and rarely she has shooting pains there. She does report that for years when she first arises she cannot stand on the right lower extremity well until the hip "pops" back in place. There is an audible and palpable pop. She also gets lots of neck pain. The last few months she has also gotten numbness by which she means tingling followed by a feeling of heaviness and loss of sensation. It happens to the right lower extremity when she drives. The heaviness actually occurs on both right-sided extremities, and in the upper extremity it is mostly a feeling in the proximal arm. She is also having trouble at the office secondary to difficulty using the right hand because of numbness, heaviness, and weakness. She also drops things in the morning secondary to loss of sensation.

The patient's history is rather disjoint, disorganized, and she jumps around a lot. It is not inconsistent with the long duration of symptoms.

The patient does report a history of a fall in 1989 when she landed on her sacrum. She did damage to her knee but no obvious damage to the spine. She has had an MRI of the C-spine and the LS-spine. Both are read as showing disc herniations without neurological compromise. I reviewed the films briefly in the office and see nothing of neurological significance. She has been put on Neurontin for the pain but she felt drugged. She

V-0799

Daniela Valenote
02/05/03
Page 2

was changed to Topamax two days ago and she still feels a little drugged. She would like to stop the Topamax and in fact reports she would like to stop all of the medications. She does report that Dr. Orzechowski is supposed to be referring her to Dr. Beard for a nerve conduction study. We called Dr. Beard's office to see when it was scheduled so we would know when to see her back, but the referral has not yet been made.

Neurological review of systems shows she checked coordination problems, but by that she reports it is not really coordination, she just drops things which is discussed above. She did have headaches last year and she describes them as migraine. She was given Imitrex which worked. She had a lot of headache problems for a few weeks and then they resolved and she has had none in four months. Other than they were quite bad and sometimes sent her to bed she does not remember much about them.

## Past Medical History
   **Medical:** Hypertension and probably gastritis.
   **Surgical:** Tonsillectomy 1985.

**Family History:** Positive for heart disease in the father and both grandmothers, her mother has thyroid disease, and her father has spinal stenosis.

**Social History:** The patient and her husband are both architects. They live in Eagle River.

## Physical Examination
   **General:** This is a well-developed, well-nourished female appearing stated age, in no distress.

   **Trunk:** The patient indicates the pain is medially over the right scapula below the spine of the scapula. There is no tenderness to palpation there and in fact she reports palpation relieves the pain.

   **Gait/Station:** Normal, heel, toe and tandem walk disclosed no ataxia. Romberg was negative, and there was no drift.

   **Motor:** Bulk and tone were normal in all four extremities. There were no abnormal movements.

| Strength: | right | left | | right | left |
|---|---|---|---|---|---|
| deltoid | 5 | 5 | iliopsoas | 5 | 5 |
| biceps | 5 | 5 | knee ext. | 5 | 5 |
| triceps | 5 | 5 | knee flex. | 5 | 5 |
| wrist ext. | 5 | 5 | foot dorsiflex. | 5 | 5 |
| wrist flex. | 5 | 5 | foot plantar flex. | 5 | 5 |
| finger ext. | 5 | 5 | EHL | 5 | 5 |
| interossei | 5 | 5 | | | |
| opponens pollicis | 5 | 5 | | | |

Fine motor was intact, and there was no dyspraxia.

**Mental Status:** The patient is awake, alert and oriented x 3. Recent and remote memory were intact. Attention span and concentration were intact. Language was without evidence of an aphasia. Fund of

V-0800

Daniela Valenote
02/05/03
Page 3

knowledge was appropriate for age and educational level. Affect seemed to be somewhat flat and overall mood intermittently appeared to be a bit depressed.

**Cranial Nerves:** Visual fields full to confrontation. Discs sharp. Pupils equally round and reactive to light and accommodation. Extraocular movements full range and conjugate. Corneals intact. Facial sensation intact to pinprick and light touch. Masseter and temporalis muscles contract equally. Face moved strongly symmetrically. Hearing intact to finger tap and finger rub. Palate elevated in the midline, and gag was present bilaterally. SCM and trap were 5 bilaterally. Tongue protruded in the midline and was strong on lateral deviations.

**Sensation:** Tested in a great deal of detail in all four extremities. On the right hand she had decreased light touch on the ulna. On the right leg and foot she was decreased with respect to the left and decreased more laterally than medially. Elsewhere she was intact to light touch and she was intact throughout to pinprick.

Reflexes

|  | right | left |  | right | left |
|---|---|---|---|---|---|
| biceps | 3+ | 3+ | knee jerks | 3+ | 2+ |
| triceps | 3+ | 3+ | thigh adductors | 3+ | 2+ |
| brachioradialis | 3+ | 3+ | ankle jerks | 2+ | 2+ |
| finger jerks | 3+ | 3+ | Toes downgoing | | |

**Cerebellar:** Without dysmetria in all four extremities.

**Assessment/Plan:** The etiology of the patient's difficulties is unclear. She has had evolution, initially with just pain over the medial inferior right scapula but which has begun to radiate down the right upper extremity posteriorly in the arm and then in an ulnar distribution below that accompanied intermittently by tingling, numbness, and heaviness, and she has developed similar symptoms in the right lower extremity. Her examination is really remarkable only for loss of light touch in the fifth digit of the right hand and then in the right leg and foot, worse laterally than medially, as well as increased reflexes in the right knee and thigh adductor with respect to the left. It is difficult to put all of this together. Given what appears to be a fairly clear ulnar distribution of the findings in the right hand, I think we should proceed with a nerve conduction study first. We will schedule that and then see her back. If that is unrevealing, then we will need to look more centrally, although the distribution of the discomfort and the numbness is so restricted it is unlikely to be due to a central distribution. The pain in the scapula could be due to a thoracic disc, tumor, or something else, but it is difficult to suggest anything there that would explain any of the rest of her complaints. Certainly MS comes to mind, and she might warrant an MRI of the brain as well. This was discussed with her and her husband briefly, up to but not including the direction of future workups.

Wayne Downs, M.D.
WD:clb
Dictated but not read.

cc: Michael Orzechowski, M.D.
    Joella Beard, M.D.

MICHAEL W. ORZECHOWSKI, M.D., M.P.H., R.N.
FAMILY MEDICINE & SPORTS MEDICINE



**REQUEST FOR CONSULTATION**

3730 RHONE CIRCLE, SUITE 101
ANCHORAGE, AK 99508

TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

Date  1-29-03

Patient Name Daniela  Valenote          Date of Birth  2-17-69
Address  4515  Upper  Kogru  Dr. Eagle  River  99577
H Phone  622-1009              W Phone  258-7777

To Dr. Wayne  Downs
Adress  2741 Debarr  Rd  Ste  413
Phone  277-1623              Fax  277-1624

son for consultation:

33  yo  W ♀  with  neck + LBP. ℝ leg  sciatica/parathesia
(+ L5-S₁ HND MRI)  dispite  aggressive  Sport Med  treatment
LBP  is  improved  ℝ leg  sciatica  isn't  really
ℝ neck/ TOS - ℝ arm  pain X 8 yrs  ℝ thor  pain X 8 yrs
worsening  as  well. Also ℝ hip  bursitis
Cervical  MRI  ordered. small bony / DISI protrusions
Please  assist  with  eval/treatment.

Thank you,

Michael W Orzechowski, MD

FAXED
FEB  6  2003
BY: Jen

Who called to schedule  Tina
S    e with  Marilyn
A.   Date 2-5-03     Appt Time 2:00
Special instructions  pt  informed.
Send  chart  notes, + MRI

V-0802

# REHABILITATION & SPORTS MEDICINE, LLC

**Joella Beard, M.D., FAAPMR • Deborah Kiley, ANP**
4100 Lake Otis Parkway, Suite 312 • Anchorage, AK 99508
Phone (907) 677-7440 • Fax (907) 677-7441

October 2, 2003

Daniella Valenote
4514 Upper Kogru Drive
Eagle River, AK 99577

Dear Ms. Valenote:

Our medical assistant reports you had a question regarding your return to work status from May, 2003.

At your March 27 visit, the plan was for you to remain off work until May 1, 2003. A copy of this plan of care is enclosed. Following that visit, I completed a Disability form for MetLife at your request; this form confirmed the plan for return to work on May 1, 2003. On 6/10/03 the plan of care was to consider increasing time at work to 12-14 hours per week, which implies that you had returned to work.

So at the time you were being treated in this clinic, the recommendation clearly was that you would return to work. However, if you feel you are unable to work for whatever reason, there are still some options for you.

I recommend you ask the physicians who are currently treating you whether they feel you should work or not. Also, you should ask them what intensity of work is appropriate for you at this time. They can assist you with the appropriate paperwork. I see from the notes that you started treatment at APC. I am certain the doctors there or Dr. "Mike" can assist you.

I wish you well,

Joella Beard, MD

Enclosures:
   (1)  Return to Work Recommendations (03-27-03)
   (2)  Plan of Care (03-27-03)
   (3)  Plan of Care (06-10-03)

**V-0803**



## REHABILITATION & SPORTS MEDICINE, LLC

**Joella Beard, M.D., FAAPMR • Deborah Kiley, ANP**
4100 Lake Otis Parkway, Suite 218 • Anchorage, AK 99508
Phone (907) 677-7440 • Fax (907) 677-7441

### RETURN TO WORK RECOMMENDATIONS

Patient Name: _Daniela Valnote_ _____ Claim #: _____

I recommend:

☐ 1. Patient may return to work with no limitations on _____ (date).

☐ 2. Patient may return to work as of _____ (date) with the following
restrictions (checked below):
  ☐ No overhead lifting
  ☐ Lifting maximum _____ pounds frequently
  ☐ Lifting maximum _____ pounds occasionally
  ☐ Pushing/pulling maximum _____ pounds
  ☐ Sitting maximum _____ / up to 50 minutes at one time
  ☐ Standing maximum _____ / up to 8 hours per day
  ☐ Allow frequent changes in position
  ☐ Allow rest breaks at least every 15/ 50 minutes/ as needed

☑ 3. Other restrictions or limitations _Ms Valnote is_
_bene evaluated for persistent pain_
_and should not return to work_
_until at least May 1, 2003_

☐ 4. The above restrictions are in effect until patient is reevaluated
on _____.

☐ 5. Patient is totally incapacitated at this time for work. Patient will be
reevaluated on _____.

_____     _____
Joella Beard, MD, FAAPMR          Date

_Q Kiley ANP_                     _3-27-3_
Deborah Kiley, ANP                Date

**V-0804**

VALENOTE, Daniela C.
02-17-1969

Rehabilitation & Sports Medicine
4100 Lake Otis Parkway, Suite 218 ~ Anchorage, Alaska 99508
(907) 677-7440 phone ~ (907) 677-7441 facsimile

COPY

**PLAN OF CARE**

Patient

3-27-03
Date of Service

## Prescriptions

Prescription — ↑Neurontin – take 300mg in AM
Instructions                      600mg at bedtime

Prescription — Zanaflex 4mg 1 to 2 x/day as needed
Instructions

Prescription

Instructions

## Therapies

Rosemary Cody — Continue with accupuncture
Therapy Group          Instructions

Therapy Group

## Imaging Studies

Imaging Center          Instructions

Imaging Center

## Consultations

Jean Boza ANP — 344 2764
Physician / Clinic Name          Instructions

Physician / Clinic Name

## Return to Work Recommendations

☐ May Return to Work without Restrictions   ☐ May Return to Work with Restrictions   ☑ May Not Return to Work

Pt. Will remain off work til May 1 2003
Instructions

## ☑ Other Instructions

Bring copies of MRI films hip, neck & back

## ☑ Next Appointment  LMD.

☑ 4-29-03 @ 12:45
Date / time

☐ No Appointment is Needed

☐ Appointment will be considered after          V-0805

I understand this plan and will comply with its instructions.          _[signature]_
Patient's Signature

# Rehabilitation & Sports Medicine
4100 Lake Otis Parkway, Suite 218 ~ Anchorage, Alaska 99508
(907) 677-7440 phone  ~  (907) 677-7441 fascimile



VALENOTE, Daniela C.
02-17-1969

6-10-03

## PLAN OF CARE

*Client*                                                              *Date of Service*

☐ **Prescriptions**      *Stop Zanaflex (low)*

*Prescription* _____   *Instructions* _____

*Prescription* _____   *Instructions* _____

*Prescription* _____   *Instructions* _____

☐ **Therapies**      *Cont. with Chiropractic & massage*
*add. cardio - light aerobic 4-5d/wk*

*Therapy Group* _____   *Instructions* _____

*Therapy Group* _____

☐ **Imaging Studies**

*Imaging Center* _____   *Instructions* _____

*Imaging Center* _____

☐ **Consultations**      *Please send reports from*
*Lorenzo*
*Dering } to me*
*Vette*

*Physician / Clinic Name* _____   *Instructions* _____

*Physician / Clinic Name* _____

☐ **Return to Work Recommendations**

☐ May Return to Work **without** Restrictions   ☐ May Return to Work **with** Restrictions   ☐ May Not Return to Work

*Instructions* *Consider Perry time to 12-14 hrs/wk*

☐ **Other Instructions**

_____ **V-0806** _____

☑ **Next Appointment**                    ☐ **No Appointment is Needed**

☑ *07-24-03 / 2:15 p.m.*   *4-6wk with Dr Beard*
*Date / Time*

☐ Appointment will be considered after _____

I understand this plan and will comply with its instructions.

*Patient's Signature*

**Medicine, L.L.C.**  4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508   FAX: (907) 677-7441

*not using Flonase for allergies due to dryness/irritation*

## SUBSEQUENT FOLLOW-UP – CHRONIC PAIN

Pt: VALENOTE, Daniela    AGE: 34

DATE: 04-29-03

Dr's Seen: _Smith_  Treatment: _____  Response: _one year maint rx_
_PCP_
_Rosemary Cody_
_& her kids - obgyn_

**Check** Normals **Circle/Write** Positives **Backslash (\)** Negatives

CC/Reason For Visit: _flu on therapy / acupuncture, meds_

Last Seen: 3-27-03
Location: PT 3 m

Therapy: PT OT Manual Aquatics HEP FCE Work Hard
Location: _watsu_  _Heath southside_
_The Physical Therapy Place_  _Gary Copstru_

Hx/IMPAIRMENT: (2 = 1-3 elements / 3-5 = ≥4 or ≥3 chronic cond)
_acupuncture helping UB not LB –_
_saw womens health PT – gave new_   1x/wk
_exercise prog – for SI, abd, quads kaegl_

Injections: Date _____ Doctor: _____ Response: _____

Acupuncture: _Rosemary Cody – helping_
Chiropractor:

Duration/Onset: _8 yrs helpful/fail_

Context: (Began Gradually Over A Period Of)
Began Suddenly Following: Fall / Lifting / Bending / Twisting / MVA /
Other Trauma: _Some numbness when leg_
_improved w/ acupuncture_

Other: _____ Date: _____ Response: _____
Hypnosis
Relaxation

Hosp: _____ Date: _____ Reason: _____

☐ Addendum Dictated    ☐ See Attached Form For Additional Info

Location:
Shade or "X"



Quality: _n AM_
~~Dull~~
Sharp
Burning _leg_
~~Tingling~~
~~Itching~~
~~Muscle Tensing~~
Cramping
Stabbing
~~Throbbing~~
~~Aching~~
~~Numbness~~
Stiff

Level, Pain Scale: 0  1  2  3  4  (5)  6  7  (8)  9  10

Associated Signs/Symptoms:
~~Numbness / Tingling~~ _driving_
~~Muscle Weakness~~ / Atrophy _no injury_

ADL Dysfunction _improving_
Difficulty Walking _improving_

Exacerbating Factors:
Movement / Activity _bending_
~~Bending~~ / Exercise _twisting_
Sitting / Standing _lifting_
Coughing / Sneezing _w/ body_

Relieving Factors:
Medication:
~~Heat / Ice~~ _acupuncture_
Therapy / Rest _movement_
Nothing _standing_

ROS:  Cons
Weight / Appetite Change
Difficulty Sleeping / Fatigue
Musc
~~Joint / Muscle Pain~~
~~Tenderness / Stiffness~~
~~Muscular Weakness~~
↓ ROM / Atrophy / Swelling
Neuro / Psych
~~Tingling / Burning~~
~~Numbness / Headache~~
Falls / Unsteady Gait
Anxiety / Depression
Irritability / Mood Swings

Skin
Rash / Pallor / Erythema
Breakdown
Color / Temp Change
CVS / Pulm
Chest Pain / Palpitations
SOB / Cough / Wheezing
GI / GU
Bowel Incontinence
Diarrhea / Constipation
Bladder Incontinence
Sexual Dysfunction
All Other Systems Neg
All Other Systems 2nd to:

Eyes
Blurred Vision
Double Vision
Glasses
ENT
Hearing Diff
Prob w/Nose
Or Throat
Heme
Bruising
Bleeding

_Sleep light – wakes 3-4x due to meds in am_

☐ ROS filled out by ancillary staff, Reviewed by physician.

PAST MEDICAL HISTORY: ☐ Reviewed w/Patient, No Changes
Anxiety            Fracture
Arthritis          _in neck_ GERD
Prev Back Injury   Hypercholesterol
Cancer             ~~Hypertension~~
Chronic Back Pain  Obesity
Depression         PVD
Diabetes – I / II

Appendectomy
Cholecystectomy
C / T / L Discectomy
C / T / L Fusion
Hysterectomy
C / T / L Laminectomy
ORIF -

CURRENT MEDICATIONS:
Name, Dose, Sig
_Lexapro_         _Neurontin 300mg – AM_
_Flexeril_        _Naproxen – noon_
_Allegra_         _MVI_
_Singulair_       _Chanel Plus – PM_
                  _Cal Suppl._

ALLERGIES:   NKDA  _Norflex_

SOCIAL HISTORY:
☑ Reviewed with Patient, No Changes          _Overall – feels improving_
☐ Reviewed with Patient, No Changes Except: _____

Occupation: _____   Working  Lt Duty  Disabled  Retired
_Unable to Work Since: 2-21-02_  Return to Work: _____

FUNCT HX:  Current Status   When Last Seen
BADL's: _____  BADL's: _____
IADL's: _____  IADL's: _____
Mobility: _____  Mobility: _____
Comm Activ: ____  Comm Activ: ____

FAMILY HISTORY:
☑ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except: _____
☐ FSH filled out by ancillary staff, Reviewed by physician. _____

History Obtained From: Patient / Family / Caregiver /

**Medications Tried Since Last Visit**
Medication:           Response:
_Naproxen 1/pm_   Helped / No Help / Adv Reac-
_Neurontin_       Helped / No Help / Adv Reac-
                  Helped / No Help / Adv Reac-
                  Helped / No Help / Adv Reac-
                  Helped / No Help / Adv Reac-

☐ Addendum Dictated    ☐ See Attached Form For Additional Info

_in endometriosis – no endometriosis_
_rec womens health PT –_
_on internal exam palpated SI jt_
_& TrP symptoms into buttocks_
_stopped Procardia_

_Pain 5-7 w/ acupuncture_
_2-3 hr lower w/ finds very_
SN: _required for position – helpful_
_top so able to relieve when_

V-0807

Patient: VALENOTE Danilla  Date: 04-29-03

**PHYSICAL EXAM:** EP: (2=1-5 ele / 3=≥6 ele / 4=≥12 ele / 5=≥18 ele)
**NP:** (1=1-5 ele / 2=≥6 ele/3=≥12 ele (2+ sys)/4-5=≥18 ele (9+ sys))

T: ___  P: 74  R: 10  B/P: 122/108  Ht: ___  Wt: 145

.pp: ___ WDWN          Obese  Thin  Frail

**E/ENT:**
___ Pupils Equal
___ Conjunctivae Nl
___ Hearing WFL
✓ Oral Mucosa Moist

**CVS:♥**
___ S1, S2
___ No Edema BLE
___ BLE Pulses Intact

**Neck:**
___ Symmetrical
___ No Thyromegaly
___ ROM WFL
___ No Bruit♥
___ Nontender

**Musc:**
___ Gait/Station Nl
___ ROM ~ WFL x4
___ Tone Nl x4
___ Strength WFL x4
___ No Calf Tenderness

**GI:** ✓ Soft, Nontender
___ No Hernia
___ No Hepatosplenomeg

**Resp:** ___ CTA
___ Breathing Unlabored

**Skin:** ___ No Lesions or Rashes   ⊔ See Diagram Bottom Left
___ No Induration
Surgical Wnd: ___

**Psych:** ___ Oriented x3
___ Mood/Affect Nl
___ Recent & Remote Mem WNL
___ Judgment/Insight WNL
___ Speech Rate & Volume Nl
___ Thought Processes WNL
___ Attn Span/Concentration WNL

**Waddell's Sign** | Pos | Neg
---|---|---
Superficial/Non-Anatomical Tenderness | ⊔ | ⊔
Sham Pain Provocation (axial loading/sham rotation) | ⊔ | ⊔
Distraction (inconsistent SLR) | ⊔ | ⊔
Regional Weakness/Sensory Loss (give way weakness) | ⊔ | ⊔
Overreaction to Examination | ⊔ | ⊔

**RADIOLOGY REVIEWED:**  ☐ Film(s)  ☐ Report(s)
Date: ___

**LABS REVIEWED:**
Date: ___

**MEDICAL TESTS REVIEWED:**  ⊔ Therapy Notes Reviewed
Date: ___

⊔ Review Old Records & or Discuss w/Other Health Care Provider
Discussed w/ ___

**UE Strength:** Intact
| | Right | Left |
|---|---|---|
| Deltoids | | |
| Biceps | | |
| Wrist Exten | | |
| Triceps | | |
| FF | | |
| Intrinsics | | |

**LE Strength:** Intact
| | Right | Left |
|---|---|---|
| Hip Flexors | | |
| Quads | | |
| Dorsiflexors | | |
| EHL | | |
| Plantar Flex | | |

**ROM:**
| Shoulder | Right | Left |
|---|---|---|
| Elb | | |
| V | | |
| h | | |
| Hip | | |
| Knee | | |
| Ankle | | |

**TESTING** | Right | Left
---|---|---
SLR | |
Lasequé's | |
Patrick's | |
Gaenslen's | |
Homan's | |

**Tone:** | Right | Left
---|---|---
UE | |
LE | |

**Back ROM**
Flex
L Rot      R Rot
L Lat Bend   R Lat Bend
Ext

**Diagram Key**
T = Tenderness
Skin Lesions As Drawn
▨ =Altrd Sensation

**CLINICAL IMPRESSION:** (Stable / Improving / Worsening)
Chronic Neck / Back Pain    Peripheral Neuropathy
Fibromyalgia              RSD –
Mechanical Back Pain       Somatoform Pain Disorder
Myofascial Pain           Symptom Magnification
Neuropathic Pain

Other Cond: ___

**PLAN:**
Discussion/To Consider ___

*Records Ordered: ___
*Medication Trial: add 4mg zanaflex to ___
Neurontin 1X/d

*Refill / Continue Meds: Neurontin

*Therapy RX Continue PT OT  Aquatics  Manual ___

*Radiology/Labs/Tests: ___

Equipment Ordered: ___

Ref to Dr./FU with: ___ ⊔ Letter Dictated

Work Slip Given:  Off Work Thru ___  Light  Mod  Return

RTO: ___ Weeks / Months  PRN

Joella Beard, M.D. ___ ANP

⊔ Discussed Case w/Physician  ⊔ Pt Seen By Physician  ⊔ Addendum Dictated

**Visit Time:**  Time Began: ___  Time Finished: ___
⊔ >50% of Time Spent Counseling Pt on: Test Results / Therapy /
Meds / Activity / Diagnosis / Prognosis /

cc: ___

**Neuro:**
___ CN II – XII Intact
___ No Sensory Def Noted
___ Coordination WNL

Exc: ___
⊔ See Diagram Above
Coordination: Right ___ Left ___
UE ___
LE ___

**Reflexes**

© Z Form 1312-2  (PM&R Chronic Pain)  revised 6/10/02

V-0808

# PROGRESS NOTES

PAGE # 3

CLIENT NAME:          DOB:
Daniela Valnolte          2/17/69

3/28/03     Spoke with Meredith at Health South PT; Daniela has had 4 Wat Su sessions, and has reported decreased pain following these sessions. She had a PT evaluation, but canceled both appointments that were scheduled for home exercise instruction. Meredith will talk with Daniela about the importance of integrating this into her overall program.          DKiley ANP *DKiley ANP*

4/8/03 I received a call from pt questioning if Debbi Kiley, ANP had reviewed the MRI films that she dropped off. She questions for Debbi's recommendations on continuing PT. Pt reports increase in pain p PT sessions and afraid to drive home. Pt also reports increase in pain to her R hip, having difficulties going up and down stairs, numbness and tingling to legs and feet, difficulty sitting up from a flat position. Pt has relief with standing, but gets tired easily. Pt also gets relief from acupuncture, but relief stops p PT. Pt would like to d/c PT, and would like Debbi's recommendations. Pt's next PT appt is tomorrow morning.
J Feeny, LPN *J Feeny, LPN*

4/8/03 Spoke c Rosemary Cook - acupuncturist - last session, Daniela appeared more relaxed c Tension + pain. Has session this afternoon - I asked Rosemary to assess / give her impression regarding Daniela's status / progress - and to advise Daniela it would be fine for her to cancel PT exercise program - will talk c Rosemary p her session c Daniela.
          DKiley ANP

**V-0809**

**Medicine, L.L.C.**  4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508    FAX: (907) 677-7441

## SUBSEQUENT FOLLOW-UP – CHRONIC PAIN

NOTE, Daniela C.  AGE: 34
1969  DATE: 3-27-03

*Check* Normals  *Circle/Write* Positives  Backslash (\) Negatives

CC/Reason For Visit: All on therapy + Meds & acupunct.

HPI/IMPAIRMENT: (2 = 1-3 elements / 3-5 = ≥4 or ≥3 chronic cond)

Duration/Onset:

**Context:** Began Gradually Over A Period Of __
Began Suddenly Following: Fall / Lifting / Bending / Twisting / MVA /
Other Trauma: __

**Location:**
Shade or "X"



**Quality:**
Dull
Sharp
Burning
Tingling
Aching
Muscle Tensing
Cramping
Stabbing
Throbbing
Shooting
Sore
Stiff

**Severity/Pain Scale:** 0 1 2 3 4 5 6 7 8 (9) 10

**Associated Signs/Symptoms:**
Numbness / Tingling
Muscle Weakness / Atrophy
ADL Dysfunction
Difficulty Walking

**Exacerbating Factors:**
Movement / Activity
Bending / Exercise
Sitting / Standing
Coughing / Sneezing

**Relieving Factors:**
Medication:
Heat / Ice
Therapy / Rest
Nothing

| FUNCT HX: | Current Status | When Last Seen |
|---|---|---|
| BADL's: | | BADL's: |
| IADL's: | | IADL's: |
| Mobility: | | Mobility: |
| Comm Activ: | | Comm Activ: |

**Medications Tried Since Last Visit**
Medication: Response:
Zanaflex 4 mg — Helped / No Help / Adv Reac
Helped / No Help / Adv Reac
Helped / No Help / Adv Reac
Helped / No Help / Adv Reac
Helped / No Help / Adv Reac
Helped / No Help / Adv Reac

☐ Addendum Dictated  ☐ See Attached Form For Additional Info

Z  2-S (PM&R Chronic Pain) revised 10/10/01

---

**Treatments/Responses Since Last Seen:**
Dr.'s Seen: Date: Treatment: Response:
Dr Mike  PCP

Therapy: PT  OT  Manual  Aquatics  HEP  FCE  Work Hard
Location: Response:
HEALTHSOUTH – WATSU – relaxing

Injections: Date: Doctor: Response:

Acupuncture: 3-24  Rosemary Cody  uncertain
Chiropractor:

Other: Date: Response:
Hypnosis
Relaxation

Hosp: __  Date: __  Reason: __
☐ Addendum Dictated  ☐ See Attached Form For Additional Info

**ROS:**

Cons
Weight / Appetite Change
Difficulty Sleeping / Fatigue
Musc
Joint / Muscle Pain
Tenderness / Stiffness
Muscular Weakness
ROM / Atrophy / Swelling
Neuro / Psych
Tingling / Burning
Numbness / Headache
Falls / Unsteady Gait
Anxiety / Depression
Irritability / Mood Swings

Skin
Rash / Pallor / Erythema
Breakdown
Color / Temp Change
CVS / Pulm
Chest Pain / Palpitations
SOB / Cough / Wheezing
GI / GU
Bowel Incontinence
Diarrhea / Constipation
Bladder Incontinence
Sexual Dysfunction
__ All Other Systems Neg
__ Unable to Obtain 2nd to:

Eyes
Blurred Vision
Double Vision
Glasses
ENT
Hearing Diff
Prob w/Nose
Or Throat
Heme
Bruising
Bleeding

☐ ROS filled out by ancillary staff.  Reviewed by physician.

**PAST MEDICAL HISTORY:** ☐ Reviewed w/Patient, No Changes
Anxiety  Fracture
Arthritis  GERD  Appendectomy
Prev Back Injury  Hypercholesterol  Cholecystectomy
Cancer  Hypertension  C / T / L Discectomy
Chronic Back Pain  Obesity  C / T / L Fusion
Depression  PVD  Hysterectomy
Diabetes – 1/1  C / T / L Laminectomy
Lactose intol.  ORIF __

**CURRENT MEDICATIONS:** Tried __
Name, Dose, Sig  Name, Dose, Sig
Lexapro 10 mg BID  Neurontin
Paxil
Alesse
Singulair
**ALLERGIES:** NKDA  NoFlex  channel Flow

**SOCIAL HISTORY:**
☐ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except:

Occupation: __  Working  Lt Duty  Disabled  Retired
Unable to Work Since: 2-21-03  Return to Work: __

**FAMILY HISTORY:**
☐ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except: __
☐ PFSH filled out by ancillary staff.  Reviewed by physician.

**History Obtained From:** Patient / Family / Caregiver / __

---

V-0810