02-17-1969                    Date: 3-27-0's

**PHYSICAL EXAM:** EP: (2=1-5 ele / 3=>6 ele / 4=>12 ele / 5=>18 ele)
NP: (1=1-5 ele / 2= >6 ele/3= >12 ele (2+ sys)/4-5= >18 ele (9+ sys))
T: ____ P: 7ᴸ R: 16 B/P: 112/70 Ht: ____ Wt: ____

PP: ✓ WDWN          Obese  Thin  Frail

**E/ENT:**
___ Pupils Equal
___ Conjunctivae Nl
___ Hearing WFL
___ Oral Mucosa Moist

**GI:** ___ Soft, Nontender
___ No Hernia
___ No Hepatosplenomeg

**CVS:♥**
___ S1, S2
___ No Edema BLE
___ BLE Pulses Intact

**Resp:** ___ CTA
___ Breathing Unlabored

**Neck:**
___ Symmetrical
___ No Thyromegaly
___ ROM WFL₀
___ No Bruit♥
___ Nontender₀

Ext
RR      LR

RB ____ LB

**Musc:φ**
___ Gait/Station Nl          Flex
___ ROM – WFL x4      ∪ See Below
___ Tone Nl x4            ∪ See Below
___ Strength WFL x4    ∪ See Below
___ No Calf Tenderness

**UE Strength:** Intact
|  | Right | Left |
|---|---|---|
| Deltoids | ___ | ___ |
| Biceps | ___ | ___ |
| Wrist Exten | ___ | ___ |
| Triceps | ___ | ___ |
| FF | ___ | ___ |
| Intrinsics | ___ | ___ |

**LE Strength:** Intact
|  | Right | Left |
|---|---|---|
| Hip Flexors | ___ | ___ |
| Quads | ___ | ___ |
| Dorsiflexors | ___ | ___ |
| EHL | ___ | ___ |
| Plantar Flex | ___ | ___ |

**ROM:**
|  | Right | Left |
|---|---|---|
| Shoulder | ___ | ___ |
| Elᵇ | ___ | ___ |
| I | ___ | ___ |
| Hip | ___ | ___ |
| Knee | ___ | ___ |
| Ankle | ___ | ___ |

**TESTING**
|  | Right | Left |
|---|---|---|
| SLR | ___ | ___ |
| Lasegue's | ___ | ___ |
| Patrick's | ___ | ___ |
| Gaenslen's | ___ | ___ |
| Homan's | ___ | ___ |

**Tone:**
|  | Right | Left |
|---|---|---|
| UE | ___ | ___ |
| LE | ___ | ___ |

Back ROM
Flex
L Rot      R Rot

L. Lat Bend  R Lat Bend
Ext

**Diagram Key**
T = Tenderness
Skin Lesions As Drawn
▨ =Altrd Sensation

**Neuro:•**
___ CN II – XII Intact
___ No Sensory Def Noted
___ Coordination WNL

Exc:
∪ See Diagram Above
Coordination: Right ___ Left ___
UE ___
LE ___

**Reflexes•**
H   H
B   B

V-0811

---

**Skin:**
___ No Lesions or Rashes    ✓ See Diagram Bottom Left
___ No Induration
Surgical Wnd: ___

**Psych:**
___ Oriented x3
✓ Mood/Affect Nl
___ Recent & Remote Mem WNL
✓ Judgment/Insight WNL
___ Speech Rate & Volume Nl
✓ Thought Processes WNL
✓ Attn Span/Concentration WNL

| Waddell's Sign | Pos | Neg |
|---|---|---|
| Superficial/Non-Anatomical Tenderness | ∪ | ∪ |
| Sham Pain Provocation (axial loading/sham rotation) | ∪ | ∪ |
| Distraction (inconsistent SLR) | ∪ | ∪ |
| Regional Weakness/Sensory Loss (give way weakness) | ∪ | ∪ |
| Overreaction to Examination | ∪ | ∪ |

**RADIOLOGY REVIEWED:**   ∪ Film(s)  ∪ Report(s)
Date: ____

**LABS REVIEWED:**
Date: ____

**MEDICAL TESTS REVIEWED:**   ∪ Therapy Notes Reviewed
Date: ____

∪ Review Old Records & or Discuss w/Other Health Care Provider
Discussed w/ ____

**CLINICAL IMPRESSION:** (Stable) Improving / Worsening)
Chronic Neck / Back Pain        Peripheral Neuropathy
Fibromyalgia                    RSD –
Mechanical Back Pain            Somatoform Pain Disorder
(Myofascial Pain)               Symptom Magnification
Neuropathic Pain

Other Cond: ____

**PLAN:**
Discussion/To Consider: Continue ē acupuncture
Call R Sutin & Dolan re
re possible need to adjust
settings

*Records Ordered: ____

*Medication Trial: ↑ Zanaflex to 4mg BID

*Refill / Continue Meds: Neurontin ↑ 300mg/day - ē Am dose
can 600mg-ghs

*Therapy RX/Continue:  PT  OT  Aquatics  Manual
*Radiology/Labs/Tests: Will review MRIs of C spine, L spine
___ ē tenderness, has
Equipment Ordered: Will call Northern Hearing for
Ref to Dr./FU with: Jean Boga ANP          audiogram
                                            results
Work Slip Given:      Off Work Thru (May 1)   Light  Mod  Return
RTO:                    4                     (Weeks)  Months  PRN

Joella Beard, M.D.   [signature] ANP

✗ Discussed Case w/Physician  ∪ Pt Seen By Physician  ∪ Addendum Dictated

**Visit Time:**  Time Began: ____  Time Finished: ____
∪ >50% of Time Spent Counseling Pt on: Test Results / Therapy /
Meds / Activity / Diagnosis / Prognosis /

cc: ____

© Z Form 1312-2 (PM&R Chronic Pain) revised 6/10/02

# PROGRESS NOTES

PAGE # __2__

TIENT NAME: Valenote, Daniela                    DOB: 2/17/69

3/21/03 I called pt to f/u on Zanaflex increase.  Pt was instructed to take 2mg at noc for 3nocs and if needed could increase to 4mg at noc.  Pt informed me that she started out taking 4mg at noc.  It has not made her "comfortable enough to relax and be able to sleep."  Pt also informed me that she took 4mg in the afternoon for pain and it did help at that moment.  I informed pt that before she makes any changes in Rx, she needs to get clarification from the Rx'ing MD.  She clarified.  Pt informed that the NP is not in the office today and I will discuss c her on Monday.  Pt is going to stop by office to sign release to ObGyn on Monday. JF

-I also f/u c pt on SI joint injection done yesterday.  Pt states that the injection was painful; however, pain level is a little better today.  Injection site is sore, informed her that it is normal for soreness p injection. She states that the "pain is not where she would like it to be, but will take one step at a time." J Feeny, LPN

3/24/03 I received a call from pt stating that the Zanaflex is not working, she hasn't slept at all.  She also c/o pain when walking and going up stairs from the injection in the SI joint.  She was informed by the radiologist that the injection can be repeated up to 3x a year and she would be willing to have another injection to determine if it is the pain source.  Pt has a f/u appt c NP on 3/27/03, pt instructed to discuss possibility of another inj c NP. Pt informed that I will discuss medications and c/o walking c NP. JF

3/24/03 Per Debbie Kiley, ANP, normal response to injection, continue c PT.  Pt was to see accupuncterist last Sat.  Will discuss medications at f/u appt on Thurs. JF

3/24/03 left msg on pt's machine to call. JF

**V-0812**

# PROGRESS NOTES

CLIENT NAME: Valenote, Daniela          DOB: 2/17/69              PAGE #  1

3/7/03 Per Deborah Kiley, FNP, need to set up appt for pt to have a R Carotid Doppler, dx tinnitus, and carotidynia. JF

     -Appt made at HEALTHSOUTH Radiology for Tuesday 3/11/03 at 10am. Will fax down a Rx. JF

3/7/03 I left msg for pt to call reference appt. J Feeny, LPN

3/7/03 spoke c̄ pt informed her of above, she clarified + will be @ HS on Thurs. JF

3/11/03 left msg for pt to call. lab; Hep panel (-) JF

3/14/03 pt f/u @ 3/27/03 @ 1pm JF

3/14/03 I received a call from pt. She informs me that she had to reschedule appt for carotid dopplers because her car had broke down, R/S to 3/20/03. Pt informed that lab for Hep panel was neg.

    -Pt discusses concerns c me about medications that Dr. "Mike" Rx'd for her. The Zyprexa, she states JF concerns c me about medications that Dr. "Mike" Rx'd for her. The Zyprexa, she states makes her sleepy, however when she wakes up, she doesn't feel rested (noted in med book that this med can cause somnia.) Pt states that he gave her an Antibiotic for treatment of pain and Lexapro for depression. Pt is requesting pain medication/ muscle relaxer. Pt is not currently on any pain medications, and "doesn't feel Dr. "Mike" knows how to treat her symptoms." Pt has previously been on Vioxx for over a year and contributes to her GI problems/ HTN. Pt has trial Celebrex and Bextra with no pain relief. Pt also took Flexeril while doing a back treatment, and states that it helped, but Dr. "Mike" stopped medication and informed the pt she didn't need med p back tx was done. Pt infomed that I will discuss this info c Debbie Kiley, ANP and get back to her. J Feeny, LPN

3/14/03 Per Debbie Kiley, ANP. Pt has h/o medication reactions, she would like to see pt and discuss pain control before Rx'ing any medications. Pt to take Tylenol PRN and to concentrate on deep breathing and relaxation. JF

3/14/03 Informed pt of NP's recommendations. Pt clarified and appt moved up to 3/18/03 @ 10:30 am. JF

**V-0813**

**Medicine, L.L.C.**  4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508    FAX: (907) 677-7441

### FOLLOW-UP – CHRONIC PAIN

___NOTE, Daniela C.  **AGE:** 34
( ___69  **DATE:** 3-18-03

*Check Normals  Circle/Write Postives  Backslash (\) Negatives*

**CC/Reason For Visit:**  f/u visit - pt in pain  request pain mngmt

Last Seen: 3-6-03
Location: R+BM

**HPI/IMPAIRMENT:** (2 = 1-3 elements / 3-5 = ≥4 or ≥3 chronic cond)
aqol therapy - feels exhausted - took Zyprexa
for 3 nights did not like how she felt on it;
enjoyed relaxation while in the pool

**Duration/Onset:** 89

**Context:** Began Gradually Over A Period Of ___ fall ___
Began Suddenly Following: Fall / Lifting / Bending / Twisting / MVA /
Other Trauma:

**Location:**
Shade or "X"

**Quality:**
Dull
Sharp
Burning
Tingling
Muscle Tensing
Cramping
Stabbing
Throbbing
Shooting
Soreness
Stiff

**Severity/Pain Scale:** 0  1  2  3  4  5  6  7  (8)  9  10

**Associated Signs/Symptoms:**
Numbness / Tingling          ADL Dysfunction
Muscle Weakness / Atrophy    Difficulty Walking

**Exacerbating Factors:**
Movement / Activity
Bending / Exercise  cold/damp
Sitting / Standing  Twisting
Coughing / Sneezing

**Relieving Factors:**
Medication:
Heat / Ice
Therapy / Rest  massage
Nothing

**FUNCT HX:**

| | Current Status | When Last Seen |
|---|---|---|
| BADL's: | | |
| IADL's: | | |
| Mobility: | | |
| Comm Activ: | | |

**Medications Tried Since Last Visit**

| Medication: | Response: | |
|---|---|---|
| Zyprexa 6mg  for 2 nights  + 2½mg 3rd nite | sleep/depressed | Helped / No Help / Adv Reac___ |
| | | Helped / No Help / Adv Reac___ |
| | | Helped / No Help / Adv Reac___ |
| | | Helped / No Help / Adv Reac___ |
| | | Helped / No Help / Adv Reac___ |
| | | Helped / No Help / Adv Reac___ |

☐ Addendum Dictated   ☐ See Attached Form For Additional Info

Z F___ 2-S (PM&R Chronic Pain) revised 10/10/01

stopped OCPs because s/p T- 10/02
pt who ___ OCP? - using condoms for contsep. Zyprexa
Provera induced ___ Oct > Jan
Feb normal menses - heavy & painful

**Treatments/Responses Since Last Seen:**

| | Dr.'s Seen: | Treatment: | Response: |
|---|---|---|---|
| | Dr mix | Rx for Zyprexa | |

| | Therapy: | PT | OT  Manual  Aquatics  HEP  FCE  Work Hard |
|---|---|---|---|
| | Location: | Date: | Response: |
| | HS | | pool + Watsu |

| | Injections: | Date: | Doctor: | Response: |
|---|---|---|---|---|

| | Acupuncture: | | |
| | Chiropractor: | | |

| | Other: | Date: | Response: |
| | Hypnosis | | |
| | Relaxation | | |

| | Hosp: | Date: | Reason: |

☐ Addendum Dictated     ☐ See Attached Form For Additional Info

**ROS:**
**Cons**
Weight / Appetite Change
Difficulty Sleeping / Fatigue
**Musc**
Joint / Muscle Pain
Tenderness / Stiffness
Muscular Weakness
ROM / Swelling
**Neuro / Psych**
Tingling / Burning
Numbness / Headache
Falls / Unsteady Gait
Anxiety / Depression
Irritability / Mood Swings

**Skin**
Rash / Pallor / Erythema
Breakdown
Color / Temp Change
**CVS / Pulm**
Chest Pain / Palpitations
SOB / Cough / Wheezing
**GI / GU**
Bowel Incontinence
Diarrhea / Constipation
Bladder Incontinence
Sexual Dysfunction
All Other Systems Neg
Unable to Obtain 2nd to:

☑ ROS filled out by ancillary staff.  Reviewed by physician. ___

**Eyes**
Blurred Vision
Double Vision
Glasses reading
**ENT**
Hearing Diff  L ear
Prob w/Nose
Or Throat
**Heme**
Bruising
Bleeding

**PAST MEDICAL HISTORY:** ☐ Reviewed w/Patient, No Changes
Anxiety              Fracture
Arthritis            GERD
Prev Back Injury     Hypercholesterol
Cancer               Hypertension
Chronic Back Pain    Obesity
Depression           PVD
Diabetes - I / II    Lactose intol.

Appendectomy
Cholecystectomy
C / T / L Discectomy
C / T / L Fusion
Hysterectomy
C / T / L Laminectomy
ORIF -
tonsillectomy

**CURRENT MEDICATIONS**

| Name, Dose, Sig | |
|---|---|
| Lexapro 10mg BID | Neurontin 600mg HS |
| Noflu___ 400mg BID | prn sleep |
| Procardia 30 ___/d | |
| Allegra 180 ___/d | |
| Oxycodone 10mg/d | |

**ALLERGIES:** NKDA  Naproflex

**SOCIAL HISTORY:** stopped Zelnorm because of constipation
☑ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except:

Occupation: Architect   Working  Lt Duty  Disabled  Retired
Unable to Work Since: 2-21-03   Return to Work:

**FAMILY HISTORY:** Sister c endometriosis & fibromyalgia
☑ Reviewed with Patient, No Changes
☐ Reviewed with Patient, No Changes Except:

☐ PFSH filled out by ancillary staff.  Reviewed by physician. ___

**History Obtained From:** Patient / Family / Caregiver /
felt tense & depressed on ___. Zyprexa

**V-0814**

Pat: _____ Date: 03-18-03

**PHYSICAL EXAM:** EP: (2=1-5 ele / 3=≥6 ele / 4=≥12 ele / 5=≥18 ele)
NP: (1=1-5 ele / 2= ≥6 ele/3= ≥12 ele (2+ sys)/4-5= ≥18 ele (9+ sys))

T: ___ P: 72 R: 20 B/P: 120/70 Ht: ___ Wt: ___

pp: ___ WDWN    Obese ___ Thin ___ Frail ___

**E/ENT:**
___ Pupils Equal
___ Conjunctivae NI
___ Hearing WFL
___ Oral Mucosa Moist

**GI:** ___ Soft, Nontender
___ No Hernia
___ No Hepatosplenomeg

**CVS:♥**
___ S1, S2
___ No Edema BLE
___ BLE Pulses Intact

**Resp:** ___ CTA
___ Breathing Unlabored

**Neck:**
___ Symmetrical
___ No Thyromegaly
___ ROM WFL♀
___ No Bruit♥
___ Nontender♀

**Musc:♀**
___ Gait/Station NI
___ ROM – WFL x4
___ Tone NI x4
___ Strength WFL x4
___ No Calf Tenderness

U See Below
U See Below
U See Below

**UE Strength:** Intact

| Deltoids | Right | Left |
|----------|-------|------|
| Deltoids | | |
| Biceps | | |
| Wrist Exten | | |
| Triceps | | |
| FF | | |
| Intrinsics | | |

**LE Strength:** Intact

| | Right | Left |
|---|-------|------|
| Hip Flexors | | |
| Quads | | |
| Dorsiflexors | | |
| EHL | | |
| Plantar Flex | | |

**ROM:**

| Shoulder | Right | Left |
|----------|-------|------|
| Elbow | | |
| W | | |
| F | | |
| Hip | | |
| Knee | | |
| Ankle | | |

**TESTING**

| | Right | Left |
|---|-------|------|
| SLR | | |
| Lasegue's | | |
| Patrick's | | |
| Gaenslen's | | |
| Homan's | | |

**Tone:**

| | Right | Left |
|---|-------|------|
| UE | | |
| LE | | |

**Neuro:•**
___ CN II – XII Intact
___ No Sensory Def Noted
___ Coordination WNL

**Reflexes•**

Exc: ___
U See Diagram Above
Coordination: Right ___ Left ___
UE
LE

**Skin:** ___ No Lesions or Rashes    U See Diagram Bottom Left
___ No Induration
Surgical Wnd: _____

**Psych:**
___ Oriented x3
___ Mood/Affect NI
___ Recent & Remote Mem WNL
___ Judgment/Insight WNL
___ Speech Rate & Volume NI
___ Thought Processes WNL
___ Attn Span/Concentration WNL

| **Waddell's Sign** | Pos | Neg |
|---|---|---|
| Superficial/Non-Anatomical Tenderness | U | U |
| Sham Pain Provocation (axial loading/sham rotation) | U | U |
| Distraction (Inconsistent SLR) | U | U |
| Regional Weakness/Sensory Loss (give way weakness) | U | U |
| Overreaction to Examination | U | U |

**RADIOLOGY REVIEWED:** ☐ Film(s) ☐ Report(s)
Date: _____

**LABS REVIEWED:**
Date: _____

**MEDICAL TESTS REVIEWED:** U Therapy Notes Reviewed
Date: _____

U Review Old Records & or Discuss w/Other Health Care Provider
Discussed w/ _____

**CLINICAL IMPRESSION:** (Stable / Improving / Worsening)
Chronic Neck / Back Pain    Peripheral Neuropathy
Fibromyalgia    RSD –
Mechanical Back Pain    Somatoform Pain Disorder
Myofascial Pain    Symptom Magnification
Neuropathic Pain

Other Cond: SI joint dysfunction
**PLAN:**
Discussion/To Consider _____
_____
**Records Ordered:** _____
**Medication Trial:** Zanaflex
**Refill / Continue Meds:** _____
**Therapy RX:** (Continue) (PT) OT (Aquatics) Manual
**Radiology/Labs/Tests:** will have carotid doppler
Equipment Ordered: _____
Ref to Dr./FU with: McCormick – SI joint ___ U Letter Dictated
Work Slip Given: ___ Off Work Thru _____ Light Mod Return
RTO: _____ Weeks / Months PRN

Joella Beard, M.D. _____ ANP

U Discussed Case w/Physician  U Pt Seen By Physician  U Addendum Dictated

**Visit Time:** Time Began: _____ Time Finished: _____
U >50% of Time Spent Counseling Pt on: Test Results / Therapy /
Meds / Activity / Diagnosis / Prognosis /

cc: _____

© Z Form 1312-2 (PM&R Chronic Pain) revised 6/10/02

**Back ROM**
Flex
L Rot    R Rot
L Lat Bend    R Lat Bend
Ext

**Diagram Key**
T = Tenderness
Skin Lesions As Drawn
▨ =Altrd Sensation

3/6/03 12:20:04 PM

# REHABILITATION & SPORTS MEDICINE, LLC

4100 Lake Otis Pkwy, Ste 218
Anchorage, AK 99508
(907) 677-7440
(907) 677-7441 fax

| | | | |
|---|---|---|---|
| **Patient:** | Valenonte, Daniela | **DOB:** 2/17/69 | **Physician:** Beard |
| **ID#:** | | **SEX:** Female | **Ref. Phys:** Downs |

**Patient History:** 34 yo WF with h/o myalgias since 1996, progressively worsening. Referred for Electrodiagnostic Medicine Consultation by Dr. Downs (and eval/treat by Dr.O) for RUE and RLE testing. Discrete pattern of pain in RLE along L5/S1 pattern. Significant myalgias UE/LE. Tried some trigger point injections without relief, Dr. Mike's protocol, multiple NSAID trials, no relief. Fatigue and generalized weakness but primarily due to pain. MRIs reviewed on today's visit - C6 level irregularity but open image but not a significant neural compromise. T spine okay. L/S spine with L5/S1 small protrusion but no NF restriction.

**Medications: see chart.**
**PE: See chart.**

## ELECTRODIAGNOSTIC RESULTS:

F**G

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | ExtHallLong | Dp Br Peron | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Tensor Fascia Lata | SupGluteal | L5-S2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | LatGastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | L5 Parasp | Rami | L5 | Incr | Nml | Nml | | | 0 | | | slight incr |
| Right | Deltoid | Axillary | C5-6 | nl | nl | nl | nl | nl | 0 | nl | nl | 93 3/6/03 |

## Motor Nerves

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm Amp (mV) | Neg Dur (ms) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.13 | <4.5 | 8.72 | >6.0 | 5.00 | Elbow-Wrist | 3.83 | 21.5 | 56.14 | >50.0 |
| Elbow | | 6.95 | | 8.60 | | 5.08 | | | | | |
| **Right Ulnar (Abd Dig Min)** | | | | | | | | | | | |
| Wrist | | 2.73 | <4.0 | 11.79 | >6.0 | 5.78 | B Elbow-Wrist | 3.44 | 21 | 61.05 | >50.0 |
| B Elbow | | 6.17 | | 9.31 | | 5.70 | | | | | |
| **Right Peroneal (EDB)** | | | | | | | | | | | |
| A | | 4.84 | <5.0 | 3.86 | >4 | 5.86 | B Fib-Ankle | 6.17 | 30 | 48.62 | >40.0 |
| 1 | | 11.02 | | 3.82 | | 7.42 | | | | | |

V-0816

## Sensory Nerves

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm Amp (µV) | Segment Name | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|------|----|-----------|----------------|--------------|---------------|--------------|--------------|-----------|-----------|----------------|
| **Right Median Anti (3rd Digit)** | | | | | | | | | | |
| Wrist | | 3.16 | <3.6 | 61.87 | >20.0 | Wrist-3rd Digit | 3.16 | 14 | 44.30 | >39.0 |
| **Right Ulnar Anti (5th Digit)** | | | | | | | | | | |
| Wrist | | 3.22 | <3.7 | 50.56 | >15.0 | Wrist-5th Digit | 3.22 | | | |
| **Right Radial Anti1 (Base thumb)** | | | | | | | | | | |
| FA | | 2.78 | <3.5 | 21.67 | >10 | FA-Base thumb | 2.78 | | | |
| **Right Sural (Lat Mall)** | | | | | | | | | | |
| 14 cm | | 3.72 | <4.0 | 25.82 | >10.0 | 14 cm-Lat Mall | 3.72 | | | |

**Findings:** Normal NCS. Normal EMG although L5 paraspinal shows slight increased insertional activity, may be residual from prior injection in region or artifact from initial muscle activity.

**Conclusions:**
No evidence of Radiculopathy on RLE. The RUE was screened for pathology and negative.

**Plan/Recommendations:**
1. Pt will f/u with Dr. Downs for continued neurologic evaluation.
2. Will refer for pool therapy and include WatSu therapy if available.
3 PT needs to work on posture as has tight bands/trigger points and to initiate gentle aerobic work for le conditioning.
4. Hepatitis screen. Pt going to Dr. Schlosstein in spring for rheumatologic evaluation. Certainly this could be Fibromyalgia but Dr. Downs information will be helpful also.
5. Will follow up with us.

J Beard, M.D.

V-0817



V-0818

**Medicine, L.L.C.**    4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508    FAX: (907) 677-7441

/NCS

ENOTE, Daniela C.

-1969    AGE: 34    DATE: 03-06-03

**Check** Normals  **Circle/Write** Positives  **Backslash (\)** Negatives

CC/Indications: (R) L / B / UE / B / LE

3 sided pain

**Consult Req By:**  Dr Donna

HPI/IMPAIRMENT: (2 = 1-3 elements/3-5 = ≥ 4 ele or ≥ 3 chronic cond)

Chronic pain. (R) L5/S1 distribution and pain

Onset/Duration: 89    Context: Sudden / Gradual Onset    Fall / MVA

**Location:** Shade or "X"

**Quality:**
Dull / Sharp
Stiffness
Stabbing
Numbness
Throbbing
Tingling
Burning

**Hand Dom:** Right / Left

Severity/Pain Scale: 0 1 2 3 4 5 6 7 8 9 10    worse
Improving / Worsening / The Same

Assoc S/S: Neck Pain / Back Pain / Weakness / Numbness / Tingling / Night Awakening

**Exacer. Factors:** movement
Cold / Damp Weather
Exercise / Therapy / Walking
Standing / Sitting Long Periods
Nothing  walking writing

**Relieving Factors:**
Rest / Lying Down
Medication:
Therapy    heat
Nothing    massage

CHRONIC CONDITIONS: Asthma    stable/imp/worse
Refer to PMH    _____ stable/imp/worse
_____ stable/imp/worse

**Previous Treatments**
Dr's Seen:    Recommendations:
Dr Mike    PCP
Dr Donna    Advil
Dr Nome
Therapy:  PT  OT  Manual  Aquatics

Injections:    Date:    Response:
trigger pt
Steroidal / nonsteroidal
Other:

---

**ROS:**

**Constitutional**
Fever / Chills
Fatigue
Weight Change
Sleep Disturbance

**Musc**
Joint Pain
Joint Swelling
Muscle Pain
Muscle Weakness
Decreased ROM
Muscle Cramping
All Other Systems Negative
If ROS filled out by ancillary staff. Reviewed by physician.

**Neuro**
Spasms
Burning
Falls
↓ Sensation

**GI**
Diff Swallowing
Constipation
Incontinence
Abd Pain / BS

**GU**
Urinary Burning
Incontinence

**CVS**
Chest Pain
Palpitations
DOE
Resp
Cough / SOB

**Skin**
Rash / Sores
Varicose Veins
Wearing Lotion

**Heme**
Bruising
↑ Bleeding

**Eyes**
Glasses  reading
Blurred Vision
Double Vision
**ENT**
Recent Cold Sx
Sore Throat
**Psych**
Anxiety    irritable
Depression

**PAST MEDICAL HISTORY:**
Anemia
Angina
Arthritis
Asthma
Atrial Fib
CAD
Cancer
CHF
COPD
CVA / TIA
Depression
DM – I / II
DVT – RLE / LLE
ESRD    ulcer

Fracture
GERD
GI Bleed – Up / Low
Hypercholesterolemia
Hypertension
MI – _____
Obesity
Parkinson's Disease
Pneumonia
PVD
Renal Insuff
Seizure Disorder
Spinal Stenosis
lactose intol.

Appendectomy
CABG x _____
Carotid Endar – R/L/Bi
Cataract
Cath – PTCA/Stent
Cholecystectomy
Hysterectomy
ORIF _____
Pacemaker Insert
THR  R/L/Bi
TKR  R/L/Bi
tonsillectomy

**CURRENT MEDICATIONS:**

| Name, Dose, Sig | Name, Dose, Sig |
| --- | --- |
| Singulair | Zelnorm |
| Allegra | D/C taking anymore |
| Procardia | |
| Nexium | |
| Lexapro | multi vit |
| Prandin | calcium w vit D |

**ALLERGIES:** NKDA
Norflex

**SOCIAL HISTORY:**
Lives:  With Spouse   With Son / Daughter   Alone
In assisted living Facility   In Nursing Home
Level   House   Apartment   Townhouse   Mobile Home
Steps   Ramp   R / L / Bilateral Rails   Elevator   1st Floor Setup
Occupation Architecture walking   Light Duty   Retired   Disabled
Unable to Work since 2-2-02   Returned to Work:

Denies ETOH   Admits ETOH – Socially / daily   Stopped ETOH
Denies Tobacco   Admits Tobacco – _____ ppd x _____ years
Stopped Tobacco 3 years ago

**FAMILY HISTORY:** ☐ Negative For Neuromuscular Diseases

| Family Member | History Of |
| --- | --- |
| | Sister - fibromyal |
| | heart  CTS |
| Dad HTS | hyperthyroid & endometriosis |

If PFSH filled out by ancillary staff. Reviewed by physician.

*History Obtained From: Patient / Family / Caregiver / _____
© Z Form 1314-1 (PM&R/EMG) revised 10/10/01

V-0819

NP: (1=1-5 ele / 2=≥6 ele / 3=≥12 ele / 4-5=≥18 elements (9+ sys))

**Vitals:** T: _____ P: ___ 88 R: 20 B/P: 124/70

**Gen App:** ✓ WDWN    Obese  Thin  Frail _____

**ENT:** ✓ PERLA    **CVS:** ✓ S1, S2
    ___ Conjunctivae Nl    ___ No Murmurs
    ___ Oral Mucosa Moist    ___ BLE Pulses Intact
    ___ Hearing WFL    ___ No Edema BLE

**Neck:** ✓ Symmetrical
    ___ No Thyromegaly    **Neck ROM**         **Back ROM**
    ___ ROM WFL        Ext              Flex
    ___ No Bruit
    ___ Nontender

**Resp:** ___ CTA
    ✓ Breathing Unlab

**Musc:** ___ Gait/Station Nl
    ___ ROM = WFL x4    □ See Below
    ___ Tone – Nl x4    □ See Below
    ___ Strength = WFL x4    □ See Below
    ___ No Tenderness    ☑ See Diagram on Right
    ___ No Joint Effusion    □ See Diagram on Right
    ___ No Musc Atrophy Noted

**Skin:** ___ No Rash/Lesions
    ___ No Induration

**Psych:** ✓ Oriented x3
    ✓ Mood/Affect Nl
    ✓ Judgment/Insight Nl

| UE Strength: | Intact | □ | LE Strength: | Intact | □ |
| | Right | Left | | Right | Left |
| Deltoids | | | Hip Flexors | | |
| Biceps | | | Quads | | |
| Wrist Exten | | | Dorsiflexors | | |
| Triceps | | | EHL | | |
| FF | | | Plantar Flex | | |
| Median | | | | | |
| Ulnar | | | **TESTING** | Right | Left |
| Intrinsics | | | Phalen's | | |
| Median | | | Tinel's | | |
| Ulnar | | | Wrist | | |
| | | | Elbow | | |
| **P** | Right | Left | Fib Head | | |
| L | | | SLR | | |
| Wrist | | | | | |
| Hand | | | **Tone:** | Right | Left |
| Hip | | | UE | | |
| Knee | | | LE | | |
| Ankle | | | | | |

□ No Sens Deficit Noted    □ See Diagram Below

**RADIOLOGY REVIEWED**    ☑ Film  □ Report
Date: MRI C-T-LS
**LABS REVIEWED:**
Date: Dr Nikeb
**MEDICAL TESTS REVIEWED:**    ☑ Therapy Notes Reviewed
Date: _____

☑ Review Old Records &/or Discuss w/Other Health Care Provider
    Discussed w/ D. Kiley ANP

☑ See Attached NCS/EMG Data

**IMPRESSION:**

□ Abnormal Study -- Evidence of: _____

☑ Normal Study --
No Electrodiagnostic Evidence of: _radiculopathy, myopathy, neuropathy._

Clinical Impression:

Other Conditions: _Possibly fibromyalgia._

**RECOMMENDATIONS:** _See POC - F/u Dr Downs, Dr Schlosstein, Dr O._
    _Will start PT. + ✓ hep screen_

___03-06-03___
**Date Of Consult**

_Joella Beard_
Joella Beard, M.D.

cc: _____

© Z Form 1315-2  (PM&R EMG) revised 4/17/02

VALENOTE, Daniela C.
02-17-1969

V-0820

Addendum
Daniela Valnote
2/18/03

HPI: initial onset of pain 1989, when she believes she fell; she received minimal treatment, remained very active. In the mid 1990s she began graduate school (architecture), at this time her pain increased. In 2002, she had completed sufficient time working as an architect to begin the process of taking the 9 architecture board exams. In the past 5 months has had an "exponential" increase in pain, with decreasing ability to perform ADLs. She has decreased her workday to 4- 6 hours, with the result of having many of her projects transferred to other workers. She is unable to stand to cook, her husband washes her hair for her, and she is unable to adequately walk her dogs or care for her orchids. She fell 3-4 weeks ago, landing on her right side, and has had pain on her left side since that time.

In the past she has been very active, playing competitive softball, doing Yoga. She has two Alaskan malamute puppies that she would like to skijor with; has not attempted to do this.

She has tried a couple week course of Neurontin, which decreased her pain. She discontinued the Neurontin because it made her feel foggy. Pain increases with activity. She did a 7 day and 3 day course of circuits ordered by Dr Orzechowski (heat/cold, walking, stretching) in December. This improved the discomfort in her low back, but resulted in increased burning in her hip and groin. She feels her pain has worsened overall, especially her upper back.

Her current problems include ringing in her right ear, stomach pain which began while taking Vioxx, (this has been evaluated with some type of upper GI study (not endoscopy), and is being treated with Nexium. She is taking Procardia to control her blood pressure which increased while taking Vioxx. Her asthma is controlled with Singulair; she has inhalers that she has not used since last summer. She is allergic to dust and pollen; has stopped her Allegra to see if it is causing her pain. She has headaches in the parietal and temporal areas, also a couple lifetime episodes of migraine, associated with sensitivity to sound.

She feels that her life is out of her control, and this is very troubling to her. She is considering a Leave of Absence from work to be able to devote her energy to decreasing her pain, and improving her life.

Plan: EMG scheduled with Dr Beard, is seeing Dr Schlosstein In May.
    Need to consider possible neurological , vascular, inflammatory etiology
    Check for Hepatitis A,B,C
    If no inflammatory process is found, would require re-conditioning- would also benefit from instruction in relaxation techniques, including use of biofeedback.

We discussed the importance of information from Dr Beard and Dr Schlosstein's evaluations. In the interim, encouraged to use breathing techniques that she knows from yoga – 5 minutes each hour as possible- to begin incorporating relaxation into her daily activity. We discussed the Pain- Tension- Anxiety Cycle, and the importance of her taking control to break it.

ANP

**Rehabilitation & Sports Medicine, L.L.C.**
...ella Beard, M.D.
4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508

PH: (907) 677-7440
FAX: (907) 677-7441

## ...T – CHRONIC PAIN

V... ote, Daniela
...969

AGE: **33**
DATE: **2-18-03**

*Check* Normals *Circle/Write* Postives *Backslash* (\) Negatives

**CC/Reason For Visit:**
ek pain & arm neuropathy
BP, hip & leg pain LS & HNP of ...

Consult Req By: Dr "mike"

**HPI/IMPAIRMENT:** (2 = 1-3 elements / 3+ = 24 or 3 chronic cond)

**Duration/Onset:** 2    think fell 1989    since 94

**Context:** Began Gradually Over A Period Of
Began Suddenly Following: Fall / Lifting / Bending / Twisting / MVA /
Other Trauma:

**Location:**
Shade or "X"



**Quality:**
Dull
Sharp
Burning
Tingling
Aching
Muscle Tensing
Cramping
Gnawing
Throbbing
Shooting
Soreness
Stiff

**Sev:** Pain Scale: 0 1 2 3 4 5 6 (7) 8 9 (10)

**Associated Signs/Symptoms:**
Numbness / Tingling
Muscle Weakness / Atrophy

**ADL Dysfunction**
Difficulty Walking
fine motor skills

**Exacerbating Factors:**
Movement / Activity
Bending / Exercise
Sitting / Standing    walking
Coughing / Sneezing    writing

**Relieving Factors:**
Medication    some
Heat / Ice
Therapy / Rest    massage
Nothing
stretching

**FUNCT HX:**    Current Status    Prior To Impairment
**BADL's:** husband washed air
**IADL's:** can't cook
**Mobility:**

**Comm Activ:**

### Previous Medications Tried
| Medication: | Response: |
|---|---|
| | Helped / No Help / Adv Reac- |
| | Helped / No Help / Adv Reac- |
| | Helped / No Help / Adv Reac- |
| | Helped / No Help / Adv Reac- |
| | Helped / No Help / Adv Reac- |
| | Helped / No Help / Adv Reac- |

☐ Addendum Dictated    ☐ See Attached Form For Additional Info

Z Form 1312-N (PM&R Chronic Pain) revised 10/10/01

### Previous Treatments/Responses:
Dr.'s Seen:    Date:    Treatment:    Response:

**Therapy:** PT OT Manual Aquatics HEP FCE Work Hard
Location:    Response:

Injections:    Date:    Doctor:    Response:
trigger point "mike"

Acupuncture:
Chiropractor:
Other:
Hypnosis
Relaxation    yoga

Hosp:    Date:    Reason:
☐ Addendum Dictated    ☐ See Attached Form For Additional Info

**ROS:**

| Cons | Skin |
|---|---|
| Weight / Appetite Change | Rash / Pallor / Erythema |
| Difficulty Sleeping / Fatigue | Breakdown |
| | Color / Temp Change |

**Musc** Wake 2-3/night
Joint / Muscle Pain
Tenderness / Stiffness
Muscular Weakness
ROM / Atrophy / Swelling

**Neuro / Psych**
Tingling / Burning
Numbness / Headache
Palsy / Unsteady Gait
Anxiety / Depression
Irritability / Mood Swings

**CVS / Pulm**
Chest Pain / Palpitations
SOB / Cough / Wheezing

**GI / GU**
Bowel Incontinence    IBS
Diarrhea / Constipation
Bladder Incontinence
Sexual Dysfunction
All Other Systems Neg
Unable to Obtain 2nd to:

**Eyes**
Blurred Vision
Double Vision
Glasses – reading
**ENT**
Hearing Diff
Prob w/Nose
Or Throat – sore
**Heme**
↑ Bruising
↑ Bleeding

☐ ROS filled out by ancillary staff. Reviewed by physician.

### PAST MEDICAL HISTORY: Asthma
| | |
|---|---|
| Anxiety  Anemia | Fracture |
| Arthritis | GERD |
| Prev Back Injury | Hypercholesterol |
| Cancer | Hypertension |
| Chronic Back Pain | Obesity |
| Depression | PVD |
| Diabetes – I / II    ulcer | |

| | |
|---|---|
| Appendectomy | |
| Cholecystectomy | Tonsillectomy |
| C / T / L Discectomy | |
| C / T / L Fusion | |
| Hysterectomy | |
| C / T / L Laminectomy | |
| ORIF | |

### CURRENT MEDICATIONS:
| Name, Dose, Sig | Name, Dose, Sig |
|---|---|
| citalopram | Dalate (texapro) |
| nexium | |
| multivitamin | calcium |

**ALLERGIES: NKDA**    Orphenadrine (Norflex)

### SOCIAL HISTORY: 2 Alaska males
Lives:    With Spouse    With Son / Daughter    Alone
Level    House    Apartment    Townhome    Mobile Home
Steps    Ramp    R / L / Bi Rails    Elevator    1st Floor Setup
Occupation: architect    Working / Lt Duty / Disabled / Retired    part time 4-6/d
Unable to Work Since:    Return to Work:
Denies ETOH    Admits ETOH – Socially / Daily    Stopped ETOH    glass of
Denies Tobacco    Admits Tobacco –    ppd x    yrs Quit:    glass wine
Denies Illicit Substance Use    Admits Illicit Substance Use:

### FAMILY HISTORY: heart, CTS, hyperthyroid    endometriosis

☐ PFSH filled out by ancillary staff.  Reviewed by physician.

•History Obtained From:    *Patient* / Family / Caregiver /

**V-0822**

02-17-1969 _____ Date: 2-18-03

**PHYSICAL EXAM:** EP: (2=1-5 ele / 3=≥6 ele / 4=≥12 ele / 5=≥18 ele)
NP: (1=1-5 ele / 2 =≥6 ele/3= ≥12 ele (2+ sys)/4-5= ≥18 ele (9+ sys))
T: __ P: 72 R: 20 B/P: 120/80 Ht: 5'11" Wt: 145

☑ WDWN ☐ Obese ☑ Thin ☐ Frail

**E/ENT:** Tms clear
☑ Pupils Equal
☑ Conjunctivae NI
☑ Hearing WFL
☑ Oral Mucosa Moist
+ temporal tenderness R+L

**CVS:♥** ☑ S1, S2
☑ No Edema BLE
☑ BLE Pulses Intact

**Neck:** ☑ Symmetrical
☑ No Thyromegaly
☑ ROM WFL ↓ flat bend rest
☑ No Bruit♥
☑ Nontender

**Muscл:** ☑ Gait/Station NI
☑ ROM – WFL x4    ☐ See Below
☑ Tone NI x4    ☐ See Below
☑ Strength WFL x4    ☐ See Below
☑ No Calf Tenderness

**Skin:** ☑ No Lesions or Rashes  ☐ See Diagram Bottom Left
☑ No Induration
Surgical Wnd: Pedal pulse
2+ bil

**Psych:** ☑ Oriented x3
☑ Mood/Affect NI
☑ Recent & Remote Mem WNL
☑ Judgment/Insight WNL
☑ Speech Rate & Volume NI
☑ Thought Processes WNL
☑ Attn Span/Concentration WNL

**GI:** ☑ Soft, Nontender diffuse
☑ No Hernia    tenderness
☑ No Hepatosplenomegaly guarded
normo BS LUQ

**Resp:** ☑ CTA
☑ Breathing Unlabored

| Waddell's Sign | Pos | Neg |
|---|---|---|
| Superficial/Non-Anatomical Tenderness | ☐ | ☐ |
| Sham Pain Provocation (axial loading/sham rotation) | ☐ | ☐ |
| Distraction (inconsistent SLR) | ☐ | ☐ |
| Regional Weakness/Sensory Loss (give way weakness) | ☐ | ☐ |
| Overreaction to Examination | ☐ | ☐ |

**RADIOLOGY REVIEWED:**  ☐ Film(s)  ☑ Report(s)
Date: 1/15/03 MRI Cspine  12/11/02 MRI
12/11/02 2 hips  9/6/02 MRI Lspine
**LABS REVIEWED:** brain
Date: _____

**MEDICAL TESTS REVIEWED:**  ☐ Therapy Notes Reviewed
Date: _____

☐ Review Old Records & or Discuss w/Other Health Care Provider
Discussed w/ _____

**CLINICAL IMPRESSION:** (Stable / Improving / Worsening)
Chronic Neck / Back Pain    Peripheral Neuropathy
Fibromyalgia    RSD –
Mechanical Back Pain    Somatoform Pain Disorder
Myofascial Pain    Symptom Magnification
Neuropathic Pain    myalgia – worsening

**Other Cond:** _____

**PLAN:**
Discussion/To Consider: Rec She practice deep breathing
5'1 every hour
*Records Ordered: lay labs from Dr. ___ a/Onzecht
*Medication Trial: _____

*Refill / Continue Meds: Rec routine use of allegra

*Therapy RX/Continue: PT  OT  Aquatics  Manual
*Radiology/Labs/Tests: EMG – Dr. Beard 3/6/3
Equipment Ordered: _____
Ref to Dr./FU with: _____  ☐ Letter Dictated
Work Slip Given: ___ Off Work Thru ___  Light  Mod  Return
Dr. 3/6/03 – EMG    Weeks / Months    PRN

Deborah Kiley, ANP
☐ Discussed Case w/Physician  ☐ Pt Seen by Physician  ☐ Addendum Dictated

**Neuro:♦** ☑ CN II – XII Intact    Exc: _____
☑ No Sensory Def Noted    ☑ See Diagram Above
☑ Coordination WNL    Coordination: Right  Left
**Reflexes♦**    UE
LE    intact

Leg length 35" bil

Circumf 10cm ↑↓ patella
Rt 18½   13½
Lt 19    13½

**UE Strength:** Intact
| | Right | Left |
|---|---|---|
| Deltoids | | |
| Biceps | 5/5 | |
| Wrist Exten | | |
| Triceps | | |
| FF | | |
| Intrinsics | | |

**ROM:**
| | Right | Left |
|---|---|---|
| Shoulder | | |
| El♭ | | |
| \ | | |
| ↑ | | |
| Hip | | |
| Knee | | |
| Ankle | | |

**LE Strength:** Intact
| | Right | Left |
|---|---|---|
| Hip Flexors | | |
| Quads | 5/5 | |
| Dorsiflexors | | |
| EHL | | |
| Plantar Flex | | |

**TESTING**
| | Right | Left |
|---|---|---|
| SLR | 55 | 55 |
| Lasegue's | | |
| Patrick's | | |
| Gaenslen's | | |
| Homan's | | |

**Tone:**
| | Right | Left |
|---|---|---|
| UE | | |
| LE | | |

**Visit Time:** Time Began: ___  Time Finished: ___
☐ >50% of Time Spent Counseling Pt on: Test Results / Therapy /
Meds / Activity / Diagnosis / Prognosis /

cc: _____

Ø Z Form 1312-2 (PM&R Chronic Pain) revised 6/10/02

**Back ROM♦**
Flex
L Rot / | \ R Rot
L Lat Bend / R Lat Bend
Ext

**Diagram Key**
T = Tenderness
Skin Lesions As Drawn
▨ = Altrd Sensation

V-0823

Medicine, L.L.C.    4100 Lake Otis Parkway, Suite 218, Anchorage, AK 99508    FAX: (907) 677-7441

## MEDICATIONS

NAME: Daniela Valenote    PRIMARY PHYSICIAN: Deborah Kiley, ANP

SS#: _____    OTHER PHYSICIAN: Frella Beard, MD

PHARMACY: Carrs ER    PHARMACY PHONE: 696-9960 fax 696-9435

| DATE: | CURRENT PRESCRIPTIONS/REFILLS: |
|-------|-------------------------------|
| 3-18-03 | Zanaflex 4mg 1/2 tab PO 3 noes & 1 tot q noe |
| 3/27/03 | Zanaflex 4mg 1 BID PRN spasms #50 c 1 RF |
| 4-15-03 | Neurontin 300mg 1 AM 1 noon 4ii noe #120 c 1 RF |
| 6-4-03 | Zanaflex 4mg 1 PO BID PRN spasms #50 c 1 RF |

Θ Z Form 1121 (PM&R Med Sheet) revised 6/12/00

V-0824

## Rehabilitation & Sports Medicine
4100 Lake Otis Parkway, Suite 218 ~ Anchorage, Alaska 99508
(907) 677-7440 phone ~ (907) 677-7441 facsimile

Patient: VALENOTC, DANIELS

Date of Service: 04-2203

# PLAN OF CARE

## Prescriptions

Prescription: _____
Instructions: Add 4 mg Zanaflex to noon Neuronte

Prescription: _____
Instructions: Nasacort AQ 2spray each nostril 1x/day

Prescription: _____
Instructions: Use nasal saline at least 3-4x/day

## Therapies

Therapy Group: _____
Instructions: Cont ē Joy Backdrum — RPT
cont ē Rosemary

Therapy Group: _____

## Imaging Studies

Imaging Center: _____
Instructions: _____

Imaging Center: _____

## Consultations

Physician / Clinic Name: _____
Instructions: Schloosteen May 28
Downs    May 13

Physician / Clinic Name: _____

## Return to Work Recommendations

☐ May Return to Work without Restrictions    ☐ May Return to Work with Restrictions    ☐ May Not Return to Work

Instructions: _____

## Other Instructions

**V-0825**

☑ Next Appointment ρ Dr Schloosteen appt
☑ 06-10-03 / 12:45 p.m.
Date / Time

☐ No Appointment is Needed

☐ Appointment will be considered after _____

I understand this plan and will comply with its instructions.

X _____
Patient's Signature

~ **Rehabilitation & Sports Medicine** ~
4100 Lake Otis Parkway, Suite 218 ~ Anchorage, Alaska 99508
(907) 677-7440 phone ~ (907) 677-7441 facsimile

VALENOTE, Daniela C.
02-17-1969

*Patient*

6-10-03

**PLAN OF CARE**

*Date of Service*

☐ **Prescriptions**                    *Stop Zanaflex (dose)*

_____    _____
Prescription                        Instructions

_____    _____
Prescription                        Instructions

_____    _____
Prescription                        Instructions

☐ **Therapies**          *Cont with chiropractic & massage*
                         *Add cardio - light exertion 4-5d/wk*

_____    _____
Therapy Group                       Instructions

_____
Therapy Group

☐ **Imaging Studies**

_____    _____
Imaging Center                      Instructions

_____
Imaging Center

☐ **Consultations**      *Please send report from
                         Lorentzen &
                         Berry    to us
                         Voske*

_____    _____
Physician / Clinic Name             Instructions

_____
Physician / Clinic Name

☐ **Return to Work Recommendations**

☐ May Return to Work **without** Restrictions    ☐ May Return to Work **with** Restrictions    ☐ May Not Return to Work

*Consider incing time to 12-14 hr/wk*

Instructions

☐ **Other Instructions**

_____

**V-0826**

_____

☑ **Next Appointment**                    ☐ **No Appointment is Needed**

☑ 07-24-03 / 2:15 p.m.    *4-6wk with Dr. Beard*
Date / Time

☐ Appointment will be considered after _____

I understand this plan and will comply with its instructions.    _____
                                                                *Patient's Signature*

VALENOTE, Daniela C.
02-17-1969

Rehabilitation & Sports Medicine
4100 Lake Otis Parkway, Suite 218 ~ Anchorage, Alaska 99508
(907) 677-7440 phone  ~  (907) 677-7441 facsimile

Patient

**PLAN OF CARE**

7-24-07

Date of Service

## Prescriptions

| Prescription | Instructions |
| --- | --- |
| Prescription | Instructions |
| Prescription | Instructions |

## Therapies

| Therapy Group | Instructions |
| --- | --- |
| Therapy Group | |

## Imaging Studies

| Imaging Center | Instructions |
| --- | --- |
| Imaging Center | |

## Consultations

| Physician / Clinic Name | Instructions |
| --- | --- |
| Physician / Clinic Name | |

## Return to Work Recommendations

☐ May Return to Work without Restrictions     ☐ May Return to Work with Restrictions     ☐ May Not Return to Work

Instructions

## Other Instructions

☐ Follow Up w/ Referring Physician

### V-0827

## Next Appointment

☑ No Appointment is Needed

☐ _____
   Date / Time

☐ Appointment will be considered after _____

...erstand this plan and will comply with its instructions.

Patient's Signature

March 24, 2002

Dr. Joella Beard
Deb Kiley, A.N.P
Rehab and Sports Medicine
4100 Lake Otis Parkway, Suite 218
Anchorage, AK 99508

Dear Dr. Beard and Ms. Kiley,

Thank you for the referral of Daniela Valenote to my acupuncture practice. I had treated Daniela three times in February and March 2000 and thus had some familiarity with her complex health concerns. She updated me on the developments and events of the last three years. She seems hopeful now to have a team approach toward her recovery and appears committed to making lifestyle changes to benefit that goal. She signed a release authorizing me to communicate with you in reference to her condition.

At her appointment on March 22, 2003, Daniela presented with complaints of chronic exhaustion and generalized pain. Specifically she complained of pain around the right SI joint, sometimes traveling down the lateral aspect of her right leg. She also emphasized the pain in her hands, upper back and arms, as well as headaches.

Acupuncture treatment was directed at reducing her pain. A protocol which has been helpful in treating fibromyalgia-like pain was used, plus a more direct treatment at the right SI joint and the affected acupuncture meridian, with acupuncture points from the right hip, down the lateral aspect of the leg to the foot. I prescribed an herbal supplement called Channel Flow to assist with reducing her pain. If you are interested I would be glad to provide you with more information about this formula.

I suggested weekly treatments for 6 weeks. At the end of this treatment series I will reevaluate Daniela's progress to determine if further treatments would be advised.

Thanks again for suggesting acupuncture treatments for Daniela. I appreciate being a part of her health care team and will do my best to assist her on her healing path. Please feel free to call me anytime at 227-8647 or email at acupunct@alaska.net

Sincerely,

Rosemary Cody, L.Ac., M.T.O.M, Dipl.Ac.
4325 Laurel St, Ste.260
Anchorage, AK 99508

**V-0828**

RECEIVED

MAR 2 6 2003

# HEALTHSOUTH
### Rehabilitation Centers of Anchorage

## PHYSICAL THERAPY REFERRAL

Patient _Daniela Valente_    Date _3/6/05_

Diagnosis/Procedure _possible Fibromyalgia_

Contraindications _As tolerated_

Date of Patient's Recheck Appointment _____

**Instructions:** ☑ Evaluate & Treat    Reported by: ☐ Fax    ☐ Letter

**Modalities:** ☑ Heat    ☑ Cold    ☐ Phonophoresis
☐ Electrical Stim.    ☐ Ultrasound    ☐ Iontophoresis*
☑ TNS    ☐ Paraffin*

**Procedures:** ☐ Mobilization
☐ Soft Tissue    ☐ Joint Mobilization
☐ Therapeutic Exercise _gentle_    ☐ Traction
☐ Passive    ☑ Aerobic Conditioning    ☐ Manual Traction
☐ Isotonic    ☐ Proprioception    ☐ Mechanical Traction
☐ Isometric    ☐ Functional Drills    ☐ Home Traction Unit

☐ Work Conditioning    ☐ Hand Therapy*    ☑ Pool/Aquatic*
☐ Home Program    ☐ Back Education Program    ☐ Pre/Post Partum
☐ Functional Physical Capacities Evaluation*    ☐ Orthotic Program
☐ Pilates - Based Rehabilitation*
*Some services not available at every clinic*

**Treatment Plan:** ☐ Therapist's Discretion    ☑ Daily

Frequency/Duration:   1   2   3   4   5    Times Per Week For _____ Weeks

Additional Comments: _____

Physician's Signature: _____

*Thank you for this referral*

DR. JOELLA READ

**V-0829**

**HEALTHSOUTH**®

Alpine
4100 Lake Otis Pkwy, Suite 106
Anchorage, AK USA 99508
Phone: (907) 550-6180 Fax: (907) 550-6190

Acct #: 029003050204
Physician: Joella Beard
Clinician: Meredith Autrey

Visits:  1      Cxl/Ns:  0

Patient:  Daniela Valenote
Visit Date:  Mar 11, 2003
SSN:  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
FSC:  BCBS
Payer:  BCBS
Pol\Claim#: ZKC590167361
Employer:  Rim Architects
Case Mgr:  Tasha

# Initial Evaluation

## Diagnosis    Bilateral Spine    7291    Myalgia/Fibromyositis

## Subjective Examination

In 1989 fell causing right knee injury. Around 1993 notes onset of pain in right hip, thoracic and cervical spine. Pt also reports several yrs of right sided SI joint instability. **Recent diagnosis of fibromyalgia**
**ADL/Functional Status:**
• Premorbid WorkStatus: Full Time/Full Duty,  Current Work Status: Unable to Work Secondary to Dysfunction.
**Chief Complaint:**
• Loss of Function: Moderate Degree.  Pain:      location: right shoulder blade, thoracic/lumbar spine and right hip pain
**Client Knowledge/Awareness of:**
• Home Exercise Program: Lacks appropriate program.
**Functional Capability:**
• difficulty functioning at work, hobbies and sleep (interrupted due to pain), pt unable to wash her own hair, unable to cook meals. Standing, sitting more than 20 minutes increases pain
**Medical History:**
• Questionnaire completed, reviewed and on file.
**Rehabilitation Expectations/Goals:**
• learn how to manage pain with exercise

## jective Examination

  rvations:
• Significant muscular guarding noted around bilateral hips, pt's posture slightly kyphotic
**Range of Motion: Active Lumbosacral:**
• Extension                 50%
• Flexion                    50%
• Rotation Left              25%
• Rotation Right             50%
• Side Bending Left          50%
• Side Bending Right         25%
**Range of Motion: Active Cervical:**
• Extension                  50%
• Flexion                    100%
• Rotation Left              50%
• Rotation Right             75%
• Side Bending Left          100%
• Side Bending Right         50%

**Reflex/Sensory Integrity: Dermatomal Sensation: Upper**
**Quarter: Sharp Touch:**

|  | Left | Right |
|---|---|---|
| • C 03 | Normal | Normal |
| • C 04 | Normal | Diminished |
| • C 05 | Normal | Normal |
| • C 06 | Normal | Normal |
| • C 07 | Normal | Normal |

V-0830

Document ID: 48900674.001          Status: Signed off (secure electronic signature)          Page 1 of 2

**HEALTHSOUTH®**

Patient: **Daniela Valenote**
Visit Date: **Mar 11, 2003**

| | Normal | Normal |
| --- | --- | --- |
| · C 08 | Normal | Normal |
| · T 01 | Normal | Normal |
| flex/Sensory Integrity: Dermatomal Sensation: Lower | **Left** | **Right** |
| quarter: Light Touch: | | |
| · L 01 | Normal | Normal |
| · L 02 | Normal | Normal |
| · L 03 | Normal | Normal |
| · L 04 | Normal | Normal |
| · L 05 | Normal | Normal |
| · S 01 | Normal | Normal |
| | Normal | Normal |

## Treatments

**Treatment Guidelines:**
· !Precautions!                        : 1: None.

## Assessment

In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session. The client tolerated today's treatment/therapeutic activity with moderate complaints of pain and difficulty.
**Evaluation Components:**
· Expected Treatment Duration:    6-8 weeks  Social Services: Consult not needed.

## Problems & Goals

**Problem #1**        Chief Complaint: Loss of Function: Moderate Degree.
LTG: 2 Months    Symptomatic Improvements:
· Improving Functional Capacity: to Slight Deficits.
    em #2        Client Knowledge/Awareness of: Home Exercise Program: Lacks appropriate program.
LTG: 2 Months    Client Education:
· Independent Home Exercise/Self Care Program.

## Plan

The goals and plan were discussed with the client and/or family and they concur. Instructions included to call regarding problems or questions. It is recommended that the client attend rehabilitative therapy three times a week. Expected rehabilitative duration, under the current prescription, is eight weeks. Interventions during this course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.
**Therapeutic Contents:**
· Client Education. Home Exercise Program.  Resistive Activities: Aquatics/Pool.    Progress to manual interventions as able.  Also plan to instruct pt in basic home stretching program as tolerated.

_signature_

Meredith Autrey, PT(AK Lic: 1049)

V-0831

Status: Signed off (secure electronic signature)

Alpine
4100 Lake Otis Pkwy, Suite 106
Anchorage, AK USA 99508
ne: (907) 550-6180 Fax: (907) 550-6190

Acct #:    029003050204
Physician: Joella Beard
Clinician: Meredith Autrey

Visits:    1    Cxl/Ns:    0

Patient:    Daniela Valenote
Visit Date: Mar 11, 2003
SSN:    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
FSC:    BCBS
Payer:    BCBS
Pol\Claim#: ZKC590167361
Employer:   Rim Architects
Case Mgr:   Tasha

# Plan of Care

## Diagnosis    Bilateral Spine    7291    Myalgia/Fibromyositis

FAXED

## Assessment

In my professional opinion, this client requires skilled rehabilitative therapy in conjunction with a home exercise program to address the problems and achieve the goals outlined below. Overall rehabilitation potential is good. The patient and/or family were educated regarding their diagnosis, prognosis and related pathology. The client exhibits good understanding and performance of the therapeutic activity and instructions outlined in this skilled rehabilitation session. The client tolerated today's treatment/therapeutic activity with moderate complaints of pain and difficulty.
Evaluation Components:
• Expected Treatment Duration:    6-8 weeks  Social Services: Consult not needed.

## Problems & Goals

*Problem #1*    Chief Complaint: Loss of Function: Moderate Degree.
*LTG: 2 Months*    Symptomatic Improvements:
    • Improving Functional Capacity: to Slight Deficits.
*Problem #2*    Client Knowledge/Awareness of: Home Exercise Program: Lacks appropriate program.
*LTG: 2 Months*    Client Education:
    • Independent Home Exercise/Self Care Program.

## ...n

The goals and plan were discussed with the client and/or family and they concur. Instructions included to call regarding problems or questions. It is recommended that the client attend rehabilitative therapy three times a week. Expected rehabilitative duration, under the current prescription, is eight weeks. Interventions during this course of treatment will be directed toward addressing the problems and achieving the goals previously outlined.
Therapeutic Contents:
• Client Education. Home Exercise Program. Resistive Activities: Aquatics/Pool.    Progress to manual interventions as able. Also plan to instruct pt in basic home stretching program as tolerated.

Please sign and return
I certify that the above rehabilitation services are required and approved by me. This patient is under my care and this plan of care will be reviewed every 30 days.

_Calle NP_    _3/13/3_
Physician Signature    Date

_Meredith Autrey PT_
Meredith Autrey, PT(AK Lic: 1049)

# V-0832

MAR 1 2 2003

# HEALTHSOUTH®

Alpine
4100 Lake Otis Pkwy, Suite 106
· orage, AK USA 99508
: (907) 550-6180 Fax: (907) 550-6190

| | |
|---|---|
| Acct #: | 029003050204 |
| Physician: | Joella Beard |
| Clinician: | Meredith Autrey |
| Visits: | 2 |  Cxl/Ns: | 0 |

| | |
|---|---|
| Patient: | **Daniela Valenote** |
| Visit Date: | **Mar 18, 2003** |
| SSN: | 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 |
| FSC: | BCBS |
| Payer: | BCBS |
| Pol\Claim#: | ZKC590167361 |
| Employer: | Rim Architects |
| Case Mgr: | Tasha |

# Daily Note

**Diagnosis**    Bilateral Spine        7291      Myalgia/Fibromyositis

## Subjective Examination
Chief Complaint:
 · Loss of Function: Moderate Degree.
Client Knowledge/Awareness of:
 · Home Exercise Program: Lacks appropriate program.
Daily Comments:
 · Pt. complains of neck/thoracic pain and R hip pain.

## Objective Examination
Observations:
 · No abnormalities noted.

## Treatments
Exercise Activities: Aquatics: Lower Quadrant/Trunk:
 · Aquatic Activity 1          , Time Elapsed (Min): 20, Speed Movement: Slow, Description: Watsu.
 "  ~tment Guidelines:
      ;cautions!            1; None.

## Assessment
Tolerance:
 · Decreased pain complaints , improved relaxation after Watsu

## Plan
Daily Plan:
 · Continue w/ Current Rehabilitation Program.

_Jill Brekken signature_

Jill Brekken, PTA(AK Lic: 914)

_Meredith Autrey signature_

Meredith Autrey, PT(AK Lic: 1049)

## V-0833

MAR ? ? ?

**HEALTHSOUTH**®

Alpine

4100 Lake Otis Pkwy, Suite 106
Anchorage, AK USA 99508
(907) 550-6180 Fax: (907) 550-6190

Acct #:    029003050204
Physician: Joella Beard
Clinician: Meredith Autrey

Visits:    7    CxI/Ns:    2

Patient:    **Daniela Valenote**
Visit Date: **Apr 7, 2003**
SSN:    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
FSC:    BCBS
Payer:    BCBS
Pol\Claim#: ZKC590167361
Employer: Rim Architects
Case Mgr: Tasha

# Re-Evaluation *Progress Report (No Re-eval Charge)*

**Diagnosis**   Bilateral Spine    7291    Myalgia/Fibromyositis

## Subjective Examination

Pt feels that Watsu has helped improve relaxation. Pt experienced exacerbation of right sided pelvic/SI symptoms very sore and painful today, intermittent numbness radiating down right ant thigh.
Chief Complaint:
 • Loss of Function: Moderate Degree.
Client Knowledge/Awareness of:
 • Home Exercise Program: Lacks appropriate program.

## Objective Examination

see IE

## Treatments

Exercise Activities: Aquatics: Lower Quadrant/Trunk:
 • Walking - Backward         Did Not Perform: This visit
 • Walking - Forward          Did Not Perform: This visit
 • Walking - Sideways         Did Not Perform: This visit
   aquatic Activity 1         Did Not Perform: This visit
 cise Activities: Isometrics:
 • Exercise Activity 1        Time Elapsed (Min): 10, Repetitions: thoracic stretch-prayer in seated, Sets: 4/7 added 3 way row, Side: supine/ SL unload hip abd/add, Flex/ext, Description: instruct in sidelying scap PD, seated scap PD.

Manual Interventions: Lower Quarter Soft Tissue:
 • Iliacus                    Time Elapsed (Min): 5, Technique: Sustained Pressure, Assisting Technique: instruct pt in self sustained pressure.
 • Quadriceps                 Time Elapsed (Min): 8, Tx Depth: Superficial, Technique: cross fiber without motion.
Treatment Guidelines:
 • !Precautions!              1: None.

## Assessment

Pt does report a mild decrease in pain following Watsu. Gradually trying to progress water and land exercise as tolerated to address pain. Pt has been compliant with HEP to date.

## Problems & Goals

*Problem #1*     Chief Complaint: Loss of Function: Moderate Degree.
*LTG: 2 Months*  Symptomatic Improvements:
                  • Improving Functional Capacity: to Slight Deficits.

*Problem #2*     Client Knowledge/Awareness of: Home Exercise Program: Lacks appropriate program.
*LTG: 2 Months*  Client Education:
                  • Independent Home Exercise/Self Care Program.

**V-0834**

# HEALTHSOUTH.

Patient:     Daniela Valenote
Note Date:  May 12, 2003

PT at her facility.

## ₋roblems & Goals

*Problem #1*     **Chief Complaint: Loss of Function: Moderate Degree.**
*LTG: 2 Months*  **Symptomatic Improvements:**
    • Improving Functional Capacity: to Slight Deficits.

*Problem #2*     **Client Knowledge/Awareness of: Home Exercise Program: Lacks appropriate program.**
*LTG: Achieved* **Client Education:**
    • Independent Home Exercise/Self Care Program.

## Plan

**Discharge from Physical Therapy.**
**Discharge due to:**
 • Transferred to Other Program.

_Meredith Autrey, PT(AK Lic: 1049)_

V-0835

VALENOTE, Daniela                                    04/10/2003

SUBJECTIVE:   Patient is a 34-year-old G0-P0 patient who is known to me. She passed her architectural
board and comes in today for her annual exam. The patient has had an incredibly difficult
last year. After an unidentifiable incident the patient began having severe pain in her right leg
and hip in October of 2002. The pain became so crippling that she finds she cannot stand
and cannot sit. She is unable to work at this time because she cannot sit at a desk. She also
has been unable to have sexual relations. She has seen multiple physicians, neurologists,
sports injuries, physical therapists and is finding no relief. In fact as the patient relates this
history she is beginning to cry. She states she is so frustrated. She cannot stand the pain.
The etiology of the pain has not been determined and nothing seems to help it. She is here
for her annual and endometriosis seems to be a possibility for her pain.

PAST MEDICAL HISTORY: Positive for irritable bowel syndrome, asthma, and some
osteoarthritis secondary to past injuries, including a tailbone injury and torn muscles in the
right knee in 1989.

PAST SURGICAL HISTORY: T&A in 1986. She was hospitalized for chicken pox in 1997.
She has been seeing rehabilitation for musculoskeletal pain of the knee and sacrum
secondary to an injury in 1989.

GYNECOLOGICAL HISTORY: Last menstrual period 3/21/2003. She states they are
normal. She is using condoms for birth control.

ALLERGIES: **ENVIRONMENTAL** and **PINEAPPLE**.

CURRENT MEDICATIONS: Zanaflex 4 to 8 mg a day, Nexium 40 mg p.o. q.d., Allegra
180 mg p.o. q.d., baby aspirin, Singulair 10 mg p.o. q.d., Procardia 30 mg p.o. q.d., folate,
Lexapro 20 mg p.o. q.d., and Neurontin 900 mg q.d.

SOCIAL HISTORY/HABITS: Patient does not smoke, does not use recreational drugs. She
drinks occasionally. She is married. She is an architect. She is currently unable to work
secondary to severe right-sided hip and back pain.

FAMILY HISTORY: Mother has hypothyroidism, irritable bowel syndrome. Father with
coronary bypass. He got hepatitis C secondary to a blood transfusion and now has cirrhosis.
Maternal grandmother with coronary artery disease and myocardial infarctions. Maternal
grandfather with hypothyroidism. She has one sister who had endometriosis and a
hysterectomy.

OBJECTIVE:   Physical exam reveals a very anxious, frustrated woman in no apparent distress. Her weight
is 146 lb. She is 5 ft 4 in. Blood pressure is 120/70.
HEENT EXAM: Negative.
OROPHARYNX: In good repair.
NECK EXAM: No thyromegaly and no nodes. No masses palpated in her neck at all.
CHEST: Clear to auscultation and percussion.
COR: Regular rate and rhythm. Normal $S_1$, $S_2$. No $S_3$ or $S_4$. No murmurs.
BREAST EXAM: Her breasts are soft. There are no dominant masses, nodes, retractions or
nipple discharge.
ABDOMEN: Reveals a scaphoid abdomen with no hepatosplenomegaly. No rebound, no
guarding, and no suprapubic tenderness. The patient finds that she is unable to tolerate
moving or flexing the right hip. We were able to find a position for evaluation of her genitalia.
GYN EXAM: Reveals normal external genitalia, Bartholin, Skene, and urethra. The cervix
was visualized. A thin prep Pap smear was obtained. The uterus is retroverted and we
evaluated at this time for chronic pelvic pain, endometriosis which the patient has not given
us a history of. On evaluation the patient has no peritoneal signs. She has no cervical
motion tenderness. She has no central uterine tenderness. There are no adnexal masses
today. On palpation of the patient's right true pelvis the patient has referred pain which
causes her significant discomfort.

CONTINUED ....                        RHENE MERKOURIS, MD

V-0836

VALENOTE, Daniela
April 10, 2003
Page 2

ASSESSMENT/PLAN:

Patient with significant musculoskeletal pelvic pain. I would suggest for this patient pelvic physical therapy, possibly with the use of acupuncture to help her current pain control. She has an appointment in May to see Dr. Wayne Downs for another neurological evaluation, and I will give them a call just to describe what I have seen with the patient's significantly tender right pelvis, which I do not believe is due to endometriosis and/or organ dysfunction. I will send a copy Dr. Beard. I question if the patient has just symptomatic radiculopathy with referred musculoskeletal chronic pelvic fasciitis secondary to spasm.

Rhene Merkouris, MD

RM:jr

cc: Joella Beard, MD   mailed 5-1-03 ak

cc. Dr mary Downs  faxed 5-9-03 ak

**V-0837**

### Rhene Merkouris, M.D.

A Professional Corporation

**Obstetrics and Gynecology**

2841 DeBarr Road, Suite 43 Anchorage, Alaska 99508

Phone (907) 336-6375 * Fax (907) 336-7211

## Facsimile Transmittal

To: Dr. Ed Voke

Date: 6-16-03

From: Dr. Merkouris

Phone:

Re: Daniela Valenok

Fax: 263-3460

CC:

☐ Urgent!    ☐ Please Reply    ☒ Please Review    ☐ For Your Information

Number of Pages (Including Cover Sheet)  3

Pt called + had asked us to send
this to you prior to her appt w/ you.

**Notice of Confidentiality:** This facsimile transmission and the documents accompanying it contain confidential information belonging to the sender, which is protected by the doctor-patient privilege or other grounds for confidentiality or non-disclosure. This information is intended only for the use of the individuals name above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error please immediately notify us by telephone to arrange for the return of these documents.



V-0838

INTERNAL MEDICINE AND RHEUMATOLOGY

28 May 2003

Michael Orzechowski, M.D.

Re: VALENOTE, Daniela C.
D.O.B.: 02/17/69

Dear Dr. Orzechowski:

Thank you for asking me to see Ms. Valenote, a 34-year-old white married female architect, who has a long history of problems. About 14 years ago, she fell on her tailbone and injured her back and tore a muscle around her right knee. She has had pain ever since. About three years ago, the pain began to worsen and, by October of last year, it was unbearable.

She was having a feeling of her arms being very heavy, like muscles were burning, bones were hurting and were quite painful, and she had spasms in her arms, right arm greater than the left. She had pain felt in her lower back, particularly on the right, and then through her buttock down her leg, sometimes the inner portion of her thigh and sometimes circumferentially around the entire thigh, to the knee. On rare occasions, she would have pain all the way to her foot laterally.

She has been seen by Dr. Voke and Dr. Downs, after x-rays and MRIs showed herniated disc disease but without evidence of foraminal encroachment or spinal cord impingement. She has seen Dr. Joella Beard but I do not think that she has had an EMG. She has had some acupuncture treatment. She was noted, also on the MRI, to have facet joint arthritis and did have one injection into her right sacroiliac joint, which was not helpful and, in fact, seemed to worsen the problem.

She has had some sleep disturbance and somewhat poorly restorative sleep. She has a long history of pelvic pain and was considered to have endometriosis, although this was apparently not found by her gynecologist. She has also had a long history of irritable bowel syndrome and what sounds like, additionally, irritable bladder syndrome with frequent small urinations.

She has had a number of laboratory studies done, none of which are available at this time, although they are being sent for.

PAST MEDICAL HISTORY: Childhood Diseases – Usual. Allergies – No medication allergies. Operations – None.

V-0839

VALENOTE, Daniela C.
D.O.B.: 02/17/69
05/28/2003
Page 2

FAMILY HISTORY: Father, age 72, has spinal stenosis and heart disease. Mother has gastroesophageal reflux disease and thyroid disease. She has a sister, age 47, with fibromyalgia. Her other three sisters and one brother are in good health.

SOCIAL HISTORY: She is married. She has no children. She is an architect but not currently working, since February of this year.

HABITS: She does not smoke, drink, or use illicit drugs.

CURRENT MEDICATIONS: Zanaflex 2 mg generally at night but occasionally twice a day, Neurontin 300 mg in the morning and noon and 600 mg at night, Nexium 40 mg per day, Singulair 10 mg per day, and Lexapro 20 mg per day.

REVIEW OF SYSTEMS: HEENMT: Generally unremarkable. Respiratory: Denies chronic cough. She does have asthma and takes Singulair. She is not taking any inhaled medications. Denies pneumonias or pleurisy. Cardiovascular: No chest pain, orthopnea, PND, or ankle edema. Gastrointestinal: She has reflux symptoms, epigastric burning pain, and an upper GI was normal but she was placed on Nexium and this seems to be of some benefit. She also has intermittent loose and firm stools and the diagnosis of irritable bowel syndrome. She has had no blood in the stool and denies hepatitis. Genitourinary: She is having some pelvic pain and has some painful intercourse, but pelvic examination by her gynecologist apparently did not show any abnormalities, gynecologically. Metabolic: Unremarkable. Hematologic: Unremarkable. Neuropsychiatric: See present illness.

PHYSICAL EXAMINATION: Height is 65 inches; weight is 150 pounds. Blood pressure is 100/66 right arm sitting; heart rate is 80. She is a well-developed, well-nourished, pleasant, alert, cooperative female in no acute distress. Head: Normocephalic. Eyes: PERRLA. ENMT: Unremarkable. Neck: Supple. Carotids: Full, without bruits. Thyroid is slightly tender on the right but not enlarged and no nodules are felt. Lymph Nodes: There is no adenopathy in any region. Chest: Symmetrical. Lungs are clear. Heart: Regular, without murmurs. Abdomen: No organomegaly or masses. There is some tenderness, primarily in the right lower quadrant, without palpable mass in the area. Pelvic/Rectal: Deferred.

Extremities: She has very early Heberden's nodes in several of her DIP joints, particularly the 5th finger on the right and the 2nd finger on the right. There is no synovitis, nail bed capillaritis, or sclerodactyly. She has complaints of pain on abduction and adduction of the right hip and resists full range of motion. Her hip rotation is normal, however. There is some tenderness in both knees but without heat or swelling. There is tenderness in the lateral mid foot bilaterally and the MTP joints without swelling noted. There is no heel tenderness or Achilles insertion tenderness. Back: She has numerous tender points numbering six pair. She is particularly tender over the area of the right SI joint in an area where there appears to be some skin atrophy from the steroid injection in that area. There is full range of motion in the back with normal Schoerber measurement. She has some mild tenderness over the right trochanteric bursa region. Neurologic: Physiologic.



V-0840



VALENOTE, Daniela C.
D.O.B.: 02/17/69
05/28/2003
Page 3

IMPRESSION:
1. Early osteoarthritis.
2. Fibromyalgia.
3. Degenerative disc disease and facet joint arthritis but without evidence of radiculopathy.

DISPOSITION: Recommend followup with Dr. Voke and Dr. Mary Downs, who she is scheduled to see shortly. Final disposition regarding her back therapy can be made at that time. Generally, with facet joint arthritis, it may be useful to try facet joint injections; however, they are not, by any means, a panacea.

I believe that her primary problems are more related to fibromyalgia and she is currently already being treated with medications that should be of some benefit there. Additionally, she should begin an exercise program, which is designed to get her to 80% of her predicted maximum heart rate, approximately 150 for her age group, and maintain this for 40 minutes. She will, obviously, not be able to do this initially and will have to start at a lower level of exercise and for shorter periods of time and gradually increase this.

Thank you for allowing me to see your patient.

Sincerely,

LEE H. SCHLOSSTEIN, M.D.

LHS/kjo

ADDENDUM: Following the examination and dictation, her laboratory data arrived from your office, and indeed there is no significant abnormalities noted. The slightly low complement CH50 was probably explained on the basis of aging of the specimen.

V-0841



VALENOTE, Daniela C.
09 September 2003

This is a correction of the original dictation of May 28th, 2003. The patient requested correction as follows.

She had an injury about 14 years ago when she fell on her tailbone and injured or tore a muscle around her right knee. She did not, at that time apparently, injure her back. Subsequently, she was free of difficulty until about three years ago, when she noticed some pain in her right hip area while skate-skiing. In October or November of 2002, she noted a new pain in her lower back and, by December, the pain was unbearable.

She sometimes has a problem with pain in her arms and hands. She had fairly consistent pain felt in her right buttock and leg, especially the thigh, with occasional pain felt down the leg into the foot.

LEE H. SCHLOSSTEIN, M.D./kjo


cc: Michael Orzechowski, M.D.


V-0842

### NEUROLOGICAL CONSULTANTS OF ALASKA, LLC
2741 DeBarr Rd., Suite #413, Anchorage, AK 99508
Phone: (907) 277-1623   Fax: (907) 277-1624

**Daniela Valente**
6/3/03

**Dx:** Right-sided pain.          **Rx:** Neurontin 300 mg 1 in the morning and afternoon, 2 at night.
                                          Zanaflex 2-4 mg per day

**Subjective:** The patient indicates that she is here today for followup. She reports she has seen multiple specialists. She saw Dr. Schlosstein who told her she might have early degenerative disease such as osteoarthritis and told her to get more exercise. She has been trying to figure out what her problem might be, and she wonders if it is her SI joint. She presents this as if it is an actual diagnosis that has been reached, but in fact this started out apparently as a suggestion from the physical therapist and on conversation with her chiropractor, but Dr. Orzechowski has apparently noted some laxity in this joint as well.

Dr. Merkouris spoke with me, and unfortunately, I gave my notes from this conversation to the receptionist to have her change the appointment to my schedule, and the notes were apparently not kept. In any case, I believe that Dr. Merkouris stated that the patient has a lot of discomfort and perhaps some discomfort during the pelvic exam, but I am not really certain of this.

Her arms also continue to have pain with pain down the biceps region on the right into a radial distribution, and she first mentions it into the thumb and first finger but also at other times into the third and fourth digit, but never all four digits at the same time.

Sitting is quite painful. Standing is not so bad. These cause pelvic pain, and she reports that Dr. Merkouris mentioned that her pelvis is tilted.

She has seen Dr. Voke in the past and has another appointment with him in the next or two to evaluate her SI joint.

**Objective:** On examination today she has intact cranial nerves. Her strength is good. Reflexes are 2-3+ and symmetric. Babinskis are downgoing. Cerebellar shows good function.

The patient is tender toward the right of her spine all up and down the spine but especially over the lower lumbosacral region.

**Assessment / Plan:** The patient has chronic pain and discomfort primarily right-sided. Her neurological examination is unremarkable. She had an MRI of the lumbar spine apparently in December and an MRI of the cervical spine both showing some mild disk bulges but no neural compromise.

She has also had an NCV/EMG study that is unremarkable.

**V-0843**

Daniela Valenote
6/3/03
Page 2

The patient certainly may have a central etiology such as MS, but the description of her pain is somewhat unusual. Therefore, I am in favor of her keeping her appointment with Dr. Voke for evaluation of the SI joint where most of her complaints today seem to be centered. She also has had trigger point injections by Dr. Orzechowski with good relief with the upper trigger point injection, and further trigger point injections along her spine might be considered. She has had a deeper injection into the SI joint which apparently did not give her any benefit, therefore raising the possibility that there is actually nothing wrong with her SI joint.

I have not discovered on examination any actual indication of neurological dysfunction. However, in the future, an MRI of her head might screen for multiple sclerosis.

She is tolerating her Neurontin well at this time, although previously she stated it was quite sedating. She will try to go up on her dose to 600 mg t.i.d. I will see her back in the office in several weeks.

Mary Downs, M.D.
MD:clb

cc:  Rhene Merkouris, M.D. (Fax #336-7211)
     Michael Orzechowski, M.D. (Fax 563-0100)
     Edward Voke, M.D. (Fax #563-3460)

ADVANCED PAIN CENTERS OF ALASKA
ANCHORAGE

NAME:        VALENOTE, Daniela
DOB:         2-17-69
SSN:         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

CONSULTATION

CONSULTING PHYSICIAN:     Susan Anderson, M.D.
REFERRING PHYSICIAN:      Mike Orzechowski, M.D., Mary Downs, M.D.
                          Joella Beard, M.D.
DATE OF CONSULTATION:     7-21-2003

Dear Doctors,

Thank you very much for consulting Advanced Pain Centers of Alaska.

History is obtained from the patient and review of medical record.

**CHIEF COMPLAINT:**
Right buttock pain, secondary complaint is right arm and left arm pain.

**HISTORY OF PRESENT ILLNESS:**
34 -year-old female referred by Dr. Mary Downs. Patient reports that her right
buttock pain began approximately October 2002 and by December 2002, she
considered the pain unbearable. She is uncertain as to what caused her pain,
however, she theorizes that she fell in 1989 while waiting tables. She
landed on her tailbone and tore a muscle in her right knee. She reports that
she has not been as strong since that time. She feels she has been gradually
losing strength. Her current pain symptoms have been bothering her for
approximately 10 months. She has been to see a rheumatologist who diagnosed
her with fibromyalgia. She has seen Dr. Downs and Dr. Orzechowski. She has
also had a right SI joint injection performed at HealthSouth that gave her
approximately one day of relief. She reports that her pain is primarily
located all on the right side of the body in her SI joint, her hip, her groin
and inside and outside of her thigh. She says that sometimes the pain will
radiate down to her foot. She does have secondary complaints of shoulder
region pain that radiates into the arm and hand. She reports that her pain
mainly feels like mostly burning and shooting pain in her SI joint, hip, leg
and foot. She describes it as a heavy aching in her arm and hand. She
describes it as a stabbing pain in the shoulder. At the time of her exam her
NRS scale was 6/10, at it worse it was 9/10, at its best 4/10, on average
6/10. She uses the term horrible to describe her pain during the past week.

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

**V-0845**

She reports that inactivity, sitting, lying down or activity, bending, walking on uneven ground and hard surfaces or lack of sleep can cause her pain. Provocative factors

**Continued on the next page...**

7-21-03    (cont...page 2)                              VALENOTE, Daniela

include standing, sitting, lying down, walking, staying busy, moving around or bowel movements, sex, bending, lifting, pushing, tension or getting into a vehicle. Palliative factors include standing, walking, staying busy, moving around or alcohol. She reports the pain interferes with her daily activities all of the time and interferes with her sleep every night. She has a difficult time falling asleep and staying asleep. She reports before the pain starts she was able to fall asleep easily and slept 8-9 hours. She reports the pain does awaken her during the night. She feels extremely fatigued upon awakening in the morning. In the past she has tried nonsteroidal antiinflammatory medications, antidepressant medications, trigger point injections which did help, Tens unit which helped very briefly, physical therapy, which increased her pain, home exercise program which helped, chiropractic care which gave some relief and acupuncture from which she received the most benefit in addition to massage. Patient reports she has seen Dr. Orzechowski, Dr. Mckouris, gynecologist, Dr. Downs, Dr. Joella Beard, Dr. Joella Beard's nurse practitioner Deb Kiley, Dr. Voke, Dr. Lorentzen a chiropractor, she reports she sees Dr. _____ for her pain. She has not had any prior surgeries.

Diagnostic studies; she has an MRI dated 12/11/02, this shows up to 4 mm posterior disc protrusion at L5-S1 without demonstrable dural sac or nerve root compression. She has mild narrowing and disc dehydration changes. There is also a 3 mm anterior disc protrusion at L3-4 without evidence of posterior disc protrusion. She has an MRI of the hips without contrast that shows no demonstrable abnormality of hip joints. There is a 1.6 cm cyst on the left ovary which has been examined and addressed by her gynecologist. She has a thoracic MRI of the spine on 2/20/03 that is unremarkable. There is an MRI of the head without contrast from 9/6/02 which is normal without plaque. She has an upper GI series from 9/24/02 that is considered normal. A total body bone scan from 2/14/03 that is normal. She denies receiving disability compensation. She reports possible litigation regarding her employer.

**PAST MEDICAL HISTORY:**
Significant for asthma, allergies and irritable bowel syndrome.

**PAST SURGICAL HISTORY:**
Tonsillectomy in 1985.

**ALLERGIES TO MEDICATIONS:**
<u>Environmental such as pineapple, cats or Orphenadrine.  She is not to her knowledge allergic to iodine, tape or contrast dye.</u>

**CURRENT MEDICATIONS:**
Currently Gabitril 4 mg twice daily and Pamelor 30 mg once daily, these

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

medications were initiated by Dr. Downs approximately two weeks ago.  She is unsure of the benefit at this time.  In the past, she has tried Neurontin up to 1800 mg per day which caused her to feel dull and unable to process.  She has tried Lexapro 20 mg po q day with no benefit.  She has used Elavil 25 mg for which she reports "knocked her out cold" and caused daytime sleepiness.  She has used Flexeril in the past which she felt was one of the most effective that she has used.  Topamax up to 50 mg for five days, unsure why this was discontinued by the physician.  Zanaflex 8 mg which she reports did nothing to help.  Vioxx which was helpful but increased her blood pressure and Bextra

**Continued on the next page...**

7-21-03    (cont...page 3)                                VALENOTE, Daniela

which is not helpful.  In addition, she has taken Singulair 10 mg one per day, Zyrtec 10 mg one per day, Nexium 40 mg twice a day and Zovia for birth control once a day.

**SOCIAL HISTORY:**
Patient is married and lives with her husband and two dogs.  She denies tobacco and IV drug use, reports occasional use of wine.

**FAMILY HISTORY:**
Significant for congestive heart failure, heart disease, gallbladder disease, aneurysm, narrowing of the spinal canal for her father at L5-S1, arthritis, reflux, hypothyroidism, fibromyalgia, degenerative disc disease and endometriosis.

**REVIEW OF SYSTEMS:**
History of kidney infection in 1998.  Blood pressure that was elevated but decreased once cessation of the Vioxx.  History of pain in her joints and night sweats which are intermittent.

**PHYSICAL EXAMINATION:**

| | |
|---|---|
| VITALS SIGNS: | Temperature - 98.0.  Blood pressure - 129/94.  Pulse - 98.  Weight - 150 lbs. |
| GENERAL: | Pleasant female in no apparent distress. |
| HEENT: | Normocephalic, atraumatic. |
| NECK: | No lymphadenopathy, thyromegaly, or masses noted. |
| CHEST: | Clear to auscultation bilaterally. |
| CARDIOVASCULAR: | Regular rate and rhythm. |
| ABDOMEN: | Nondistended, nontender. |
| EXTREMITIES: | No clubbing, cyanosis or edema. |

MUSCULOSKELETAL/NEUROLOGIC:
Patient is nontender to palpation over the cervical, thoracic and lumbar spine.  She is very flexible with lumbar flexion, extension and side bending.  There is absolutely no pain with flexion, however, there is increased right sided pain right with extending into an upright position.  This causes pain into the right buttock and the back of the leg.  Ostgaard is positive on the right.  Flare is positive on the right.  Neurologic examination - her gait is normal.  Good heel and toe walking, negative Romberg, good finger to nose coordination, good heel to shin coordination, however, has pain with standing on one leg.  Motor strength in the lower extremities is 5/5 and without

Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

deficit.  Deep tendon reflexes are +2 and symmetrical.  On sensory exam there is increased sensation to sharp over the right anterior thigh and left dorsal foot, otherwise within normal limits.  On slump testing she is positive on the right with proximal initiation for low back pain and posterior leg pain that decreases with negative narrowing, she is negative on the left.  On straight leg raise, she is negative bilaterally.

ASSESSMENT:
1.    Right SI joint dysfunction.
2.    Hypermobility at L5-S1.
3.    History of fibromyalgia on previous diagnosis.

**Continued on the next page...**

7-21-03    (cont...page 4)

VALENOTE, Daniela

PLAN:
The following plan was discussed with the patient with verbal understanding:
1.    The patient will be scheduled for a right SI joint injection under fluoroscopic guidance.
2.    The patient will meet with physical therapy at Advance Physical Therapy of Alaska for evaluation and treatment, they will reevaluate her SI lock belt to determine effectiveness.
3.    Patient may be considered for right L5-S1 transforaminal epidural steroid injection in the future.
4.    The patient may be considered for a trial of Effexor in the future.
5.    Patient may be considered for a trial of Provigil in the future.

Time spent with this patient was approximately 35 minutes.


REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)


d:7-21-03
t:7-27-03/ks

cc:   Mike Orzechowski, M.D.
      Mary Downs, M.D.                  7/29
                                  Joella Beard, M.D.


Advanced Pain Centers of Alaska
3500 LaTouche St., Suite 310, Anchorage, AK 99508
Phone (907) 278-2741 - Fax (907) 743-8284

**V-0848**

Advanced Pain Centers of Alaska
Name:    Daniela Valenote
DOB:     2-17-69
SSN:     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

**PROGRESS NOTE** - ADVANCED PAIN CENTERS OF ALASKA - ANCHORAGE

**DATE:** 9-4-03

**SUBJECTIVE:** The patient returns to clinic for follow up. She is status post pubic symphysis injection and right-sided SI joint injection. She reports the pubic symphysis injection and SI joint injection provided significant decreased pain and she can now wear her brace after the injection. She report the pain is no longer continuous but now intermittent. She complains today basically of right-sided pain described as stabbing and shooting, right hip pain that is sharp and sensitive to touch and low back pain that is burning. She has 2 separate pain, 1 that radiates to the anterior leg and 1 that radiates posteriorly on the right leg to the toe.

**OBJECTIVE:** In general, a pleasant female in no apparent distress.

**PHYSICAL EXAMINATION**
**Blood Pressure:** 124/90 **Pulse:** 92 **Temp:** 97.9    **Respirations: Height: Weight:** 144 lb.

**MRI Review:** From December 12, 2002 MRI shows posterior disc protrusion at L5-S1 and an anterior disc protrusion at L3-4 without evidence of the posterior disc protrusion.

**ASSESSMENT:**
1. Discogenic low back pain at L3-4 with anterior thigh radiation to the right.
2. Discogenic low back pain at L5-S1 with posterior right leg pain radiating to the foot.
3. Right SI joint dysfunction to right pubic symphysis dysfunction.
4. Right gluteal bursitis.

**PLAN:** The following plan was discussed with the patient's verbal understanding:
1. The patient will be scheduled for an intralaminar L3-4 epidural steroid injection under fluoroscopic guidance.
2. The same day the patient will have a right gluteal bursal injection.
3. The patient will continue with physical therapy at Advanced Physical Therapy of Alaska.
4. The patient will continue to wear belt as noted in place today in the physical exam.

Time spent with this patient was approximately 15 minutes.

NOTE: Report dictated but not read.

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

tk



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS
Marti Vicars PT

**aptak**
PHYSICAL THERAPY

# advanced physical therapy of alaska
## physical therapy

3500 LaTouche, Suite 310
Anchorage, AK 99508
Phone: **(907) 279-4266**
Fax:    (907) 279-4272

506 Gaffney Rd., Suite 300
Fairbanks, AK 99701
**(907) 374- 0992**
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

**Note Paper:**

_due & St_

① SI Joint Irritation - Nerves - leg pain
② Pubic Symphysis Instability
③ Disc Irritation - middle LB



**V-0850**

Z:\aptak clinic documents\APTAK Documents\APT-AK Notepaper.dk