# Advanced Pain Therapeutics of Alaska

**aptak**

**Physical Therapy** Plan of Care/Progress/Discharge Note

Patient Name: _Daniela Valente_   DOB: _2/17/69_

1st Referring Physician: L Simeon, MD  G Roderer, MD  J Anderson, MD  G Polston, MD

ⁱosis: ① ⓈSI J  ② ⓇP  ⓇPubic symphysis  ③ L3-4 pLS-Si disc

2nd Referring Physician:

nt Frequency:

| Objective Findings | Goal / Achieved Within | ☒ Initial  ○ Progress  ○ Discharge<br>Date: 7/31/03 | ○ Initial  ☒ Progress  ○ Discharge<br>Date: 9/2/03 | ○ Initial  ○ Progress  ○ Discharge<br>Date: |
|---|---|---|---|---|
| **VAS** | | Pain /10   Fxn /10 | Pain /10   Fxn /10 | Pain /10   Fxn /10 |
| Active/Passive ROM | all movements = WNL ṗ no Δᴺ | ↑+ Aeri - groin ṗ<br>↓ - LB ṗ groin<br>← Ⓡ butt ṗ lat thigh<br>→ ± Ⓡ butt | ↑ - groin ṗ<br>↓ - LB ṗ groin ṗ<br>← Ⓡ butt<br>→ noΔ |
| Positive Pain Provocation Tests | ↓75% | slump < SLR + tension<br>r̄ add 45°<br>combined active SLR | Ⓛ active SLR ṗ r̄ add<br>+ gluteal bursa test<br>+ SLR + tension |
| Joint Dysfunction | stabilized c̄ belt | < + pubic symphysis | |
| Strength | WNL | ↗ Ḥ₊₊ | ↗ Ḥ₊ |

## Functional Activities

| | Goal/Achieved Within | Goal Met:  Yes No Partially | Goal Met:  Yes No Partially | Goal Met:  Yes No Partially |
|---|---|---|---|---|
| Standing | | Y N P | Y N P | Y N P |
| Sitting | 2 hours | 30 min  Y Ⓝ P | Ⓨ N P | Y N P |
| Walking | 30 min | 15 min  Y Ⓝ P | 25 min  Ⓨ N P | Y N P |
| Driving | | Y N P | Y N P | Y N P |
| Lifting | | Y N P | Y N P | Y N P |
| W: | Part time | Ⓨ N P | none  Y Ⓝ P | Y N P |
| s | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |

## Assessment

| Pain Generators | ① ⓈSIJ  ② ⓇP  Ⓒ | ① 'SS nerve root<br>② gluteal bursal<br>③ pubic symphysis |  |
| Joint Dysfunctions | ② pubic symphysis<br>③ L3-4 pLS-Si disc | ④ SIJ | |
| Comment | | Pt upsets<br>~60% ↓ᴺ<br>Pt fm ⚹ 10° c̄<br>injections | |

## Plan

| Plan of Care | | Continue PT _2_ x per week for _4_ weeks. Tx will include:<br>☒ Manual Therapy<br>☒ Therapeutic Exercise<br>☒ Neuro Re-education<br>☒ Home Exercise Program<br>☒ Patient Education<br>○ Traction<br>○ Per Protocol<br>○ Discharge | Continue PT _2_ x per week for _4_ weeks. Tx will include:<br>☒ Manual Therapy<br>☒ Therapeutic Exercise<br>☒ Neuro Re-education<br>☒ Home Exercise Program<br>☒ Patient Education<br>○ Traction<br>○ Per Protocol<br>○ Discharge | Continue PT ___ x per week for ___ weeks. Tx will include:<br>○ Manual Therapy<br>○ Therapeutic Exercise<br>○ Neuro Re-education<br>○ Home Exercise Program<br>○ Patient Education<br>○ Traction<br>○ Per Protocol<br>○ Discharge |

APTAK/EA 2002 ©     PT Signature     _Amy Hay PT_     _Amy Hay PT_

**V-0851**

# advanced physical therapy of alaska

**Basic Functional Exam:**  Lumbar Spine (L/S)   Examiner: _Amy Hoey_  Left    Right

**aptak** PHYSICAL THERAPY

**Patient Name:** _Daniela Valende_   **Date of Birth:** _2-17-69_   **Date of Service:** _7/3/03_

| Inspection | |
|---|---|

| Active Motions in Standing | Limitation | Pain Level | Location |
|---|---|---|---|
| 1 Forward Flexion | | ⊙ ± + ++ +++ | |
| 2 with cervical flexion (Neri) | | ↔ ⊙ ↓ | Groin √ |
| 3 Extension | | - ± + ++ (+++) | midline LBP @groin |
| 4 Left sidebend | | - ± + (++) +++ | ®butt+ lat thigh |
| 5 Right sidebend | | - (±) + ++ +++ | ® buttⓇ |

| Strength Tests in Standing | Strength | Pain Level | Location |
|---|---|---|---|
| 6 Unilateral Toe Raises | OK | N/H | |
| 7 Heel Walking | OK | N/H | |

| Neural Tests in Sitting | First Motion | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 8 Slump | DE + Knee Ext | Cervical Flexion | | changing pain | | |
| Left Distal Initiation | - ± ⊙ ++ +++ | - + (++) +++ | ① | ↔ ↑ ⊙ | | |
| Right Distal Initiation | - ± + (++) +++ | ± + + ++ (+++) | ®① ②  | ↔ ↑ ⊙ | | ①  ®② |
| 9 Slump | Cervical Flexion | DE + Knee Ext | | Braggard | Neri | Location |
| Left Proximal Initiation | - ± + ++ +++ | - ± + ++ +++ | | ↔ ↑ ↓ | | |
| Right Proximal Initiation | - ± + (++ +++) | - ± + ++ +++ | | ↔ ↑ ↓ | | |

| Passive Motions in Supine | Limitation | Pain Level | Location |
|---|---|---|---|
| Hip Flexion: Left | | ⊙ ± + ++ +++ | |
| Hip Flexion: Right | | ⊙ ± + ++ +++ | |
| 11 Hip Internal Rotation: Left | √ ®butt | - ± ⊙ ++ +++ | |
| Hip Internal Rotation: Right | √® butt/groin | ± + (++) +++ | |
| 12 Hip External Rotation: Left | √ ®butt | - ± ⊙ ++ +++ | |
| Hip External Rotation: Right | √® butt/groin | - ± + ++ +++ | |
| 13 SIJ Provocation Tests: Dorsolateral | | - ± + (++ +++) | ®PSIS |

| Resisted Testing (Ω): Supine | Strength | Pain Level | Location |
|---|---|---|---|
| 14 Ω Hip Flexion (L2,3) | OK | N/H | |
| 15 Ω Tibialis Anterior (L4) | | | |
| 16 Ω Great Toe Extension (L4,5) | | | |
| 17 Ω Peronei (L4,5,S1) | ↓ | √ | |

| Reflex Testing: | | | |
|---|---|---|---|
| 18 Patellar Reflex (L4,5) | OK | N/L | |
| 19 Babinski (Foot sole reflex) | + L | - R | |

| 20 Sensory Testing: | | | |
|---|---|---|---|
| Light Touch | Left | ↔ ↑ ↓ | L3 L4 L5 S1 S2 |
| Light Touch | Right | ↔ ↑ ↓ | L3 L4 L5 S1 S2 |
| Pin Prick | Left | ↔ ↑ ↓ | L3 L4 L5 S1 S2 |
| Pin Prick | Right | ↔ ↑ ↓ | L3 L4 L5 S1 S2 |

PT Name: _Amy Hoey_   PT Signature: _Amy Hoey PT_

D 2003

V-0852

advanced physical therapy of alaska

**Basic Functional Exam:**  Lumbar Spine (L/S)     Patient Name: _Daniela Valenti_  Date of Birth: _2-17-69_

| Neural Tests in Supine | First Motion | Location | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|---|
| **Straight Leg Raise** | DE + Knee Ext | | Cervical Flexion | | | | |
| 21  Right Distal Initiation | - ± + ++ +++ | | - ± + ++ +++ | R LE PLB | ↔ ↑ ↓ | | |
| Left Distal Initiation | - ± + ++ +++ | | - ± + ++ +++ | LB RBPS | ↔ ↑ ↓ | | |
| **Straight Leg Raise** | Cervical Flexion | | DE + Knee Ext | | | | |
| Right Proximal Initiation ✓ | - ± + ++ +++ | | - ± + ++ +++ | | ↔ ↑ ↓ | | |
| Left Proximal Initiation | - ± + ++ +++ | | - ± + ++ +++ | | ↔ ↑ ↓ | | |

| Neural Tests in Sidelying | First Motion | Location | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|---|
| 22  Femoral Nerve Stretch (L3) ✓ | Cervical Flexion | | Hip Extension | | Change in pain | | |
| Right | - ± + ++ +++ | | - ± + ++ +++ | | ↔ ↑ ↓ | | |
| Left | - ± + ++ +++ | | - ± + ++ +++ | | ↔ ↑ ↓ | | |

| Resisted Testing (Ω): Prone | Strength | | Pain Level | Location |
|---|---|---|---|---|
| 23  Ω Knee Extension (L3,4) | ✓ | | Nt | |
| 24  Ω Knee Flexion (S1,2) | ✓ | | Nt | |
| 25  Ω Gluteus Maximus (S1,2) | ✓ | | Nt | |

| Reflexes in Prone | | | | |
|---|---|---|---|---|
| 26  Achilles Tendon (L5,S1,2) | L | | R | |

| 27 Spring Testing: | T10 | T11 | T12 | L1 | L2 | L3 | L4 | L5 |
|---|---|---|---|---|---|---|---|---|

| Extra Tests: | L | R | Pain Level | Location |
|---|---|---|---|---|
| 28  Kemp Test (when LE Sx) | L | R | - ± + ++ +++ | |
| 29  Valsalva Test | | | - ± + ++ +++ | |
| 30 | | | - ± + ++ +++ | |
| 31 | | | - ± + ++ +++ | |

**Assessment:**

| | Based On #(s): |
|---|---|
| 1° Pain Generators | |
| 2° Pain Generators | |
| Local Joint Dysfunctions | |
| Neurological Signs | |

PT Name: _Amy Hay_          PT Signature: _Amy Hay_

**Symbol Key:**

| | | | | |
|---|---|---|---|---|
| √ = Not limited or Painful | ↰ = Left Rotation | E 0-33 = Soft Endfeel | | WNL = Within Normal Limits |
| ± = Very Minimal | ↱ = Right Rotation | E 34-66 = Firm Endfeel | | CVJ = Costovertebal Joint |
| + = Minimal | ← = Left Sidebend | E 67-100 = Hard Endfeel | | CTJI = Costotransverse Joint |
| ++ = Moderate | → = Right Sidebend | TXN = Traction | | CTJ = Cervicothoracic Junction |
| +++ = Severe | ↑ = Flexion | JSM = Joint Specific Mobilization | | ZAJ = Zygapophyseal (Facet) Joint |
| Ω = Resisted | ↓ = Extension | STM = Soft Tissue Mobilization | | UVJ = Uncovertebral Joint |
| F = Force | ⊢ = Hypomobile | LDM = Lymph Drainage Massage | | IDD = Internal Disc Disruption |
| E = Endfeel | ⊣ = Hypermobile | NMR = Neuromuscular ReEducation | | pp = Preposition |
| Tx = Treatment | ∧ = Pain | PCT = NMR = SMR = Sensorimotor ReEducation | | TS = Trunk Stabization |

V-0853

# Advanced Pain Therapeutics of Alaska

**Basic Functional Exam:**  Hip     Examiner: _Amy Hay_     aptak

Patient Name: _Daniela Chlouste_     Date of Birth: _2-17-69_     Date of Service: _7/31/03_

| Inspection/Palpation | |
|---|---|

| Active Motions in Standing | Limitation | Pain Level | Location |
|---|---|---|---|
| 1 Forward Flexion | | − ± + ++ +++ | |
| 2 with cervical flexion (Neri) | | ↔ ↑ ↓ | |
| 3 Extension | | − ± + ++ +++ | |
| 4 Right sidebend | | − ± + ++ +++ | |
| 5 Left sidebend | | − ± + ++ +++ | |
| 6 Trendelenberg | L    R | − ± + ++ +++ | |

| 7 Sacroiliac Joint Provocation | Limitation | Pain Level | Location |
|---|---|---|---|
| SIJ Provocation Tests: Dorsolateral | | − ± + ++ +++ | |

| Dural Tests in Supine | First Motion | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 8 Straight Leg Raise | DE + Hip Flexion | Cervical Flexion | | Change in Pain | | |
| Right Distal Initiation | − ± + ++ +++ | − ± + ++ +++ | | ↔ ↑ ↓ | ↔ ↑ ↓ | |
| Left  Distal Initiation | − ± + ++ +++ | − ± + ++ +++ | | ↔ ↑ ↓ | ↔ ↑ ↓ | |

| Passive Motions in Supine | Limitation | Pain Level | Location |
|---|---|---|---|
| 9 Hip Flexion: Left | | − ± + ++ +++ | |
| 10 Hip Flexion: Right | | − ± + ++ +++ | |
| 11 Hip Internal Rotatation:  Left | | − ± + ++ +++ | |
| Hip Internal Rotatation:  Right | | − ± + ++ +++ | |
| 12 Hip External Rotation:   Left | | − ± + ++ +++ | |
| 14 Hip External Rotation:   Right | | − ± + ++ +++ | |
| 15 Hip Abduction    Knee Extended | L    R | − ± + ++ +++ | |
| 16 Hip Abduction    Knee Flexed | L    R | − ± + ++ +++ | |
| 17 Hip Adduction | L    R | − ± + ++ +++ | |

| Resisted Testing (Ω): Supine | Strength | Pain Level | Location |
|---|---|---|---|
| 18 Ω Hip Flexion | | − ± + ++ +++ | |
| 19 Ω Hip Adduction    in 0° | L | − ± + ++ +++ | |
| 20 Ω Hip Adduction    in 45° | L | − ± + ++ +++ | |
| 21 Ω Hip Adduction    in 90° | | − ± + ++ +++ | |
| 22 Ω Hip Abduction | | − ± + ++ +++ | |

| Passive Motions in Prone | Limitation | Pain Level | Location |
|---|---|---|---|
| 23 Hip Extension | | − ± + ++ +++ | |
| 24 Bilateral Internal Rotation | | − ± + ++ +++ | |

| Resisted Testing (Ω): Prone | Strength | Pain Level | Location |
|---|---|---|---|
| 25 Ω Hip Extension | | − ± + ++ +++ | |
| 26 Ω Hip Internal Rotation | R | − ± + ++ +++ | |
| 27 Ω Hip External Roation | R | − ± + ++ +++ | |
| 28 Ω Knee Extensin | R | − ± + ++ +++ | |
| 29 Ω Knee Flexion | | − ± + ++ +++ | |

| Inspection/Palpation | |
|---|---|

PT Name: _Amy Hay_     PT Signature: _Amy Hay B_

© APTAK/EA 2002

# Advanced Pain Therapeutics of Alaska

Extra Tests:

| ...ural Tests in Sidelying | First Motion | Location | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|---|
| ...moral Nerve Stretch (L3) | Cervical Flexion | | Hip Extension | | Change in Pain | | |
| Right | - ± + ++ +++ | | - ± + ++ +++ | | ↔ ↑ ↓ | | |
| Left | - ± + ++ +++ | | - ± + ++ +++ | | ↔ ↑ ↓ | | |

| | | Performance | Pain Level | Location | | | |
|---|---|---|---|---|---|---|---|
| 31 | Östgaard | 90°, Hip Flexion, Axial compression l n | - ± + ++ +++ | ®ℝ groin, PSIS | | | |
| 32 | Circumduction Test | Full Hip Flexion, Adduction Lat to Med | - ± + ++ +++ | | | | |
| 33 | Labrum Test Axial Over Pressure | Hip Flexion, Adduction, and IR | - ± + ++ +++ | | | | |
| 34 | Labrum Test IR    Over Pressure | Hip Flexion, Adduction, and IR | - ± + ++ +++ | | | | |
| 35 | Iliopectineal Bursa Test | Hip Flexion, Adduction, and ER | - ± + ++ +++ | | | | |
| 36 | Gluteal Bursa Test | Hip Flexion, Adduction, and IR or ER | - ± + ++ +++ | | Pelvic Ring Stability Tes | | Location |
| 37 | Active Straight Leg Raise Left | Active Hip Flexion with Knee Extension | - ± + ++ +++ | | with SI Belt | ↔ ↑ ↓ | |
| 38 | Active Straight Leg Raise Right | Active Hip Flexion with Knee Extension | - ± + ++ (+++) | groin P PSIS | with SI Belt | ↔ ↑(↓) | |
| 39 | Resisted Adduction in 45o | Ω Hip Adduction with hips at 45° | - ± + ++ (+++) | | with SI Belt | ↔ ↑(↓) | |
| 40 | Fulcrum Test | For Stress Fx: Fulcrum Force to Femur | - ± + ++ +++ | | | | |
| 41 | Resisted Abdominals | Resisted Trunk Flexion from Supine | - ± + ++ +++ | | | | |

Assessment:

1° Pain Generators     ① ®SIJ > ©SIJ        Based On #(s):
                       ② ube symphysis
2° Pain Generators     ③ L34 P L5-S1 disc pain   Based On #(s):

...cal Joint Dysfunctions                        Based On #(s):

PT Name: Amy Hay        PT Signature: Amy Hay PT

Symbol Key:

| | | | |
|---|---|---|---|
| √ = Not limited or Painful | ↱ = Left Rotation | E 0-33 = Soft Endfeel | WNL = Within Normal Limits |
| ± = Very Minimal | ↰ = Right Rotation | E 34-66 = Firm Endfeel | CFJ = Coxafemoral Joint (Hip) |
| + = Minimal | ← = Left Sidebend | E 67-100 = Hard Endfeel | PR = Pelvic Ring |
| ++ = Moderate | → = Right Sidebend | TXN = Traction | HS = Hamstring Syndrome |
| +++ = Severe | ↑ = Flexion | JSM = Joint Specific Mobilization | TB = Trochanteric Bursitis |
| Ω = Resisted | ↓ = Extension | STM = Soft Tissue Mobilization | GB = Glueral Bursitis |
| F = Force | ←⊣ = Hypomobile | LDM = Lymph Drainage Massage | PS = Piriformis Syndrome |
| E = Endfeel | ⊢—— = Hypermobile | NMR = Neuromuscular ReEducation | CP = Capsular Pattern |
| Tx = Treatment | ∿ = Pain | PCT = NMR = SMR = Sensorimotor ReEducation TF = Transverse Friction | |

V-0855

**advanced** pain **therapeutics** of **alaska**  Physical Therapy Flowsheet

Patient Name _Daniela Valenote_  DOB: _9/17/69_  Diagnosis ① DJS ② pubic symplyss
③ L3-4 PLS Sidloc

Precautions

| | Date: 9/2/03  Visit #: 5 | Script Request ○  Date:  Visit #: | Script Request ○  Date:  Visit #: |
|---|---|---|---|
| **Subjective** | Pt reports SI J N gradually ↓ since injection. groin is ○ intermittent. Hip crack N is also ↓. Able to wean SI loc w/ athletene. (P) hip | | |
| **Objective** | buttock very sens this am? can not stand touch of seatbelt. Prolonged sitting groin pt↑↑ groin N. seen | | |
| **Treatment** | ○ See Progress Note ○ See Trunk Stab Form ○ See Soft Tissue Form ○ See Manual Therapy Form ○ See Work Related Skills Form | Time □ See Progress Note ○ See Trunk Stab Form ○ See Soft Tissue Form ○ See Manual Therapy Form ○ See Work Related Skills Form | Time □ See Progress Note ○ See Trunk Stab Form ○ See Soft Tissue Form ○ See Manual Therapy Form ○ See Work Related Skills Form | Time |
| | Flossing progressed to elbows | 30 min | |
| | TP intensity ↓ to not ↑ irritation | ↓ | |
| | | | |
| | | | |
| | | | |
| **Assessment** | see PN | | |
| **Plan of Care** | Continue | | |
| PT Signature | Amy Ray PT | | |

APTAK/EA 2002 ®

**V-0856**

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
907-622-1009

October 6, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:        870308078357
Employer:    Rim Architects

## JOB DESCRIPTION FOR AN ARCHITECT

In my experience as an Intern Architect, my duties have included:

- The hours for an Architect can vary from 8-24 hours per day depending on workload and deadlines.
    1. October 2002 I worked 8-17 hours per day.
    2. November 2002 I worked 8-11 hours per day.
    3. The following was taken from the U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook, **http://stats.bls.gov/**

*Architects may occasionally be under stress, working nights and weekends to meet deadlines. In 2000, almost half of all architects worked more than 40 hours a week, in contrast to about 1 in 4 workers in all occupations combined.*

   4. Part time employment (i.e. 4 or more hours/day) is virtually unheard of within the Architecture Profession. As a Project Architect the duties require constant management of a Project Team and Professional Consultants. This position makes it difficult to work part-time.

- Sitting for long hours at a desk, includes:
    1. Manual sketching over a flat surface.
    2. Drafting on the computer
    3. Leaning over the desk to draw -- looking down 4-6 hours/day
    4. Twisting while drafting – looking from the computer to your side desk for reference on printed drawings.
    5. Bending
    6. Numerous Project related telephone calls.

**V-0857**

**D-**

MICHAEL W. ORZECHOWSKI, M.D., M.P.H., R.N.



3730 RHONE CIRCLE, SUITE 103
ANCHORAGE, AK 99508
TELEPHONE: (907) 563-1600
FAX: (907) 563-0100

September 22, 2003

To Whom It May Concern:

My patient Daniela Valenote has low back pain with right leg sciatica.  She was first treated on November 5, 2002 for the low back pain with right leg sciatica.  The first day she stopped working for treatment was December 18, 2002.  If you have any questions please call my office.  Thank you.

Sincerely,

Michael W Orzechowski, MD
dl

V-0858

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

September 29, 2003

Therese Hunt
Senior Adjuster
Wilton Adjustment Service, Inc.
PO Box 92670
Anchorage, AK 99509-2670

Dear Ms. Hunt,

Per our conversation, I am requesting a date change for the "date of injury".  My initial injury occurred while on a business trip to Kotzebue, Alaska. The first time I felt pain in my low back was on October 31, 2002 while carrying luggage down the stairs at the Nullgavik Hotel. At the time, I assumed I just wrenched my back a little and it would work itself out.

In November the pain began to grow.  By December it became unbearable.  Dr. Mike Orzechowski, M.D. ordered an MRI of my lower lumbar.  This revealed herniated discs. I meet with Larry Cash President/CEO of RIM Architects, notified him of this and that I needed to take time off to try Dr. Orzechowski's Back Therapy. I then took vacation leave and leave without pay December 18, 2002 – January 5, 2003.  January 6, 2003 I returned to work out of financial necessity, under Dr. Orzechowski's supervision.  At this time the Doctor was not certain that the discs were causing the pain.  He then referred me to several specialists for evaluation.

January 6, 2003 – February 21, 2003 I worked 4-6 hours daily.  During this time my medical condition deteriorated; simple daily activities became increasingly more difficult to manage.  I continued to work out of financial need.  But the pain was significantly increasing; eventually I had to stop working.  I then took an unpaid leave of absence February 22 – April 30, 2003.  By the end of April my condition had not improved.  I still had not had the opportunity to see all the specialists referred by Dr. Orzechowski as it took several months to get in to see some of these Doctors.  Due to my medical condition, I felt pressured to resign my position with RIM Architects effective May 1, 2003.

May – July 2003 I continued to see several different specialists.  It was not until I saw Dr. Peter Lorenzten, Chiropractor, and Dr. Susan Anderson, M.D. along with the Pain Team of the Advanced Pain Centers of Alaska that I could state with certainty that the source of my pain is herniated discs and an unstable pelvic ring.  The pain team helped to

Therese Hunt
September 29, 2003                                                                2

trace my medical condition back to my last Kotzebue trip mentioned earlier. I discussed this with Matthew Vogel, one of the Partners of RIM Architects, initially in May and again in July 2003. Following this I immediately requested Worker's Compensation paperwork from RIM Architects July 28, 2003 and again on August 13, 2003 before finally receiving the documents on August 21, 2003.

From the onset of my pain RIM Architects neglected to communicate the availability of Disability Insurance. It was not until after my resignation that RIM Architects provided any documentation for the Short Term and Long Term Disability Policies. This prolonged my award of Short Term Benefits with the first disbursement being received on July 28, 2003. I have since been denied Long Term Disability Benefits and am in the process of appeal. I notified RIM Architects of the denial on August 25, 2003 in a teleconference with Penny Winchester and Mary Smieshek. I also spoke with Matthew Vogel regarding the denial of Long Term Disability on August 25, 2003.

I have never told anyone with RIM Architects that my pain "has been a reoccurring condition possibly brought on by an injury from early years". Prior to October 31, 2003 I had no reoccurring condition that has caused significant pain, or kept me from working, or made simple daily activities difficult to bear. Before this injury I was very active. I enjoyed cross-country skiing. I played softball with RIM Architects during the summer of 2000 and 2001. I played in several golf tournaments with RIM Architects during the summer of 2001 and 2002.

I have attached Dr. Mike Orzechowski's letter stating my first date of treatment for low back pain and sciatica was November 5, 2002. If I can provide any further clarification to the above events and time frames please give me a call at home, 622-1009.

Sincerely,

Daniela C. Valenote

Cc: Worker's Compensation Board, Juneau, AK
     RIM Architects

V-0860

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK  99577
907-622-1009

October 6, 2003

Dr. Susan Anderson. M.D.
Advanced Pain Centers of Alaska
3500 Latouche Street, Suite 310
Anchorage, AK  99508

Dr. Anderson:

I have attached the letter to Wilton Adjustment Service that describes the medical history behind my claim.  Please consider this information as a request for a work leave letter to MetLife.

If I can provide further clarification to the above, please give me a call at home, 622-1009.

Sincerely,

Daniela C. Valenote

Cc: Amy Azevedo, PT

V-0861

D·



Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
907-622-1009

September 26, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

| Post-it® Fax Note | 7671 | Date 9/26/03 | # of pages ► 24 |
|---|---|---|---|
| To ANDA PANASECU | | From DANIELA VALENOTE | |
| Co./Dept. MET LIFE | | Co. | |
| Phone # | | Phone # 907-622-1009 | |
| Fax # 866-690-1264 | | Fax # | |

Claim #:     870308078357
Employer:    Rim Architects

Dear Ms. Panasescu:

Attached you will find Dr. Orzechowski's letter (September 22, 2003), MRI Report of the Lumbar Spine (December 11, 2002), Procedure Reports (September 16, 2003 & August 5, 2003) and office visits (September 4, 2003 & July 21, 2003) from Dr. Susan Anderson with the Advanced Pain Centers of Alaska, Physical Therapy Notes from Amy Azevedo with Advanced Physical Therapy of Alaska, and Plan of Care Documents from Dr. Beard's Office (April 29, 2003 & June 10, 2003). Please note the Plan of Care Documents under "Return to Work Recommendations" on April 29, 2003 there is no indication that I was not released back to work and on June 10, 2003 the note states, "consider part-time to 12-14 hours/week"; I was unable to meet this goal.

In the past year I have seen for evaluation but not treatment: Dr. Edward Voke, Dr. Wayne Downs, Dr. Rhene Merkouris, Dr. Mary Downs and Dr. Lee Schlosstein. Dr. Mike Orzechowski and Deb Kiley, ANP, with Dr. Beard's office treated me until I began to see Dr. Peter Lorenzten and Dr. Susan Anderson for my primary care. In addition I have seen Terry Windecker, massage therapist and Rosemary Cody, Advanced Accupunturist.

As I explained to Tanya Chambers, I do not intend to stay disabled for the rest of my life. I have a Bachelor of Arts in Fine Arts, a Master of Architecture, and am short 2 semesters to complete a Master of Art Education this reflects 11 years of college education. I hope this demonstrates my commitment to hard work. Please believe me, I want to return to work as soon as possible.

I appreciate your review of my appeal. Please let Virginia Valenote know if there is anything else I can provide that may help in the review of my claim.

Sincerely,

Daniela C. Valenote

V-0862

Because your claim was denied in whole or in part, you may appeal this decision by sending a written request for appeal to:

> MetLife Disability
> P.O Box 14592
> Lexington, KY 40511-4592

The request must be sent no more than 180 days after you receive notice of denial of the claim. When requesting this review, please state the reason(s) you believe the claim was improperly denied, and submit any additional comments, documents, records, or other information relating to your claim that you deem appropriate for us to give your appeal proper consideration. Upon request, MetLife will provide you with a copy of the documents, records, or other information we have that are relevant to your claim and identify any medical or vocational expert(s) whose advise was obtained in connection with your claim.

MetLife Disability will evaluate all the information and advise you of our determination of your appeal within 45 days after we receive your written request for appeal. If there are special circumstances requiring additional time to complete our review, we may take up to an additional 45 days, but only after notifying you of the special circumstances in writing. In the event your appeal is denied in whole or in part, you will have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974.

*__Please be advised should this denial be overturned, we reserve the right to conduct a claim investigation.__*

We regret that our decision could not have been more favorable. If you have questions, please call our customer service unit at the toll-free number.

Sincerely,

*T. Chambers*

Tanya Chambers
LTD Case Manager

**V-0863**

# MetLife®

**MetLife Disability**
PO Box 14590
Lexington, KY 40511-4590

August 29, 2003

Daniela Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577

Claim #:    870308078357
Employer:   RiM Architects
Report #:   5562954

Dear Ms. Valenote:

We have completed our review of your claim for Long Term Disability benefits. For the following reasons, your claim is being denied.

Your employer's plan states the following:

" 'Disability' or 'Disabled' means that, due to an sickness, pregnancy, or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

1.  during your Elimination Period and the next 24 month period, you are unable to earn more than 80% of your Predisability Earnings or Indexed Predisability Earnings at your Own Occupation for any employer in your Local Economy; or

2.  after the 24 month period, you are unable to earn more than 80% of your Indexed Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonably qualified taking into account your training, education, experience, and Predisability Earnings."

" Your Elimination Period begins on the day you become Disabled. It is a period of time during which no benefits are payable. Your Elimination Period is shown in Plan Highlights. You must be under the continuous care of a Doctor during your Elimination Period. You may temporarily recover from your Disability during your Elimination Period. If you then become Disabled again due to the same or related condition, you may not have to begin a new elimination period."

We have completed our review of the medical information contained in your file. Your disability date was 02/22/2003 according to your employer's statement. Before you can receive LTD benefits, you must complete a 90-day elimination period. According to information recently reviewed, you were released to return to work as of 05/01/2003. This information was obtained from an Attending Physician's Statement completed by Dr. Beard. You were discharged from Physical Therapy as of 05/12/2003 per the physical therapy notes supplied by HealthSouth. In addition to this, your employer has informed us that you resigned from your position as of 05/0/12003. We have also received office notes from Dr. Beards office dated 06/10/2003 and 07/24/2003. The note dated 06/10/2003 states you were advised to continue with rehabilitation, breathing and adjust to chiropractic massage. The office note dated 07/24/2003 stated that there is no follow up needed with Dr. Beard's office. Based on your release to return to work from Dr. Beard and your discharge from physical therapy, you have not met the 90-day elimination period. The end of your 90-day elimination period is 05/23/2003. We have no medical documentation to support your inability to work after 05/12/2003. There fore we are denying liability and closing your claim.

## V-0864

**DYNACARE ✦ LABORATORIES**
Medical Tower
Jison Street, Suite 500
Seattle, Washington 98104
A Wholly Owned Subsidiary of Laboratory Corporation of America (206) 386-2672 (800) 458-6836
FAX (206) 386-6009

PAGE:
Final Report Printed: 03-08-03 091
Report Printed: 03-08-03 091

VALENOTE, DANIELA C

Coll: 03/06/03

| NEW | TEST NAME | ABNS | RESULTS | UNITS | REFERENCE RANGE/INTERPRETATION/COMMENTS/RESULTS | LOC |
|---|---|---|---|---|---|---|
| | Hep B Surf Ag | | Neg | | Neg | |
| => | Hep Bc AB,IgM | | Neg | | Neg | |
| => | Hep C Ab | | Neg | | Neg | |
| | | | | | No immunologic evidence of past Hep C infection. If acute HCV infection or Ab neg chronic HCV infection is suspected, consider HCV-RNA by PCR Qualitative. | |

V-0865

MAR 1 1 2003

7    TE,DANIELA C                F-34
5    361                        02/17/1969
Client PID: 590167361
Accession:   AK0114747
Requisition: 800015569
Coll: 03/06/03 Recv: 03/07/03
* FINAL REPORT **         900

Dynacare,Anchorage
4100 Lake Otis Parkway, Suite
Anchorage, AK 99508

T,M

# RADIOGRAPHIC INTERPRETATION

```
        Account #:    056727
      Patient Name:   VALENOTE, DANIELA    SSN:  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        FAXED
                      Home Phone: (907)622-1009
                      Work Phone: (907)258-7777
      Date of Birth:  2/17/69 Age: 34 Sex: F
Referring Physician:  JOELLA  BEARD MD 01135 (907)677-7440
                      4100 LAKE OTIS PKWAY,218 Fax: (907)677-7441
     DATE OF SERVICE:   3/20/03
                                                               388.30
============================================================================
```

**DUPLEX DOPPLER CAROTID SONOGRAPHY:**    Color-flow duplex Doppler carotid sonography is performed.   Both cervical common carotid arteries, their bifurcations, and both internal and external carotid arteries are evaluated. The vertebral arteries are also evaluated.

The real-time images show no evidence of atherosclerotic plaque formation. There is no evidence of dissection.   The vessels are straight and are not tortuous.   Both bifurcations are well defined and are within normal limits. There is no stenosis of the internal or external carotid arteries.   Flow through both vertebral arteries is antegrade.

**IMPRESSION:**    Normal duplex Doppler carotid sonography.   No evidence of stenosis.

JHN J. MCCORMICK, M.D./mh
D-03/20/03 & T-03/21/03

**V-0866**

RECEIVED
MAR 2 4 2003
BY:

HEALTHSOUTH   Diagnostic Center of Anchorage, LTD., * 4100 Lake Otis Parkway, #102 * Anchorage, AK 99508 * 907-550-6168

# RADIOGRAPHIC INTERPRETATION

Account #:   056727
Patient Name:   VALENOTE, DANIELA   SSN:  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
Home Phone: (907)622-1009
Work Phone: (907)258-7777
Date of Birth:   2/17/69  Age: 34  Sex: F
Referring Physician:   JOELLA  BEARD MD 01135 (907)677-7440
4100 LAKE OTIS PKWAY,218 Fax: (907)677-7441
DATE OF SERVICE:   3/20/03                                         799.9

=======================================================================

**RIGHT S.I. INJECTION:**  The patient was advised orally of the procedure along
with its attendant risks and benefits.  A consent form was signed.
Subsequently, the skin was prepped with Betadine and alcohol.  Local
anesthetics were administered for cutaneous anesthesia.

A 22-gauge needle was introduced into the right S.I. joint space.
Subsequently, approximately 3/10 cc of 1% Lidocaine was injected.  This
caused reproduction of the patient's symptoms.  Approximately a minute later
approximately 80 mg of DepoMedrol and 2 cc of 0.5% Marcaine were injected in
and around the S.I. joint.

The patient tolerated the procedure well and there were no immediate
complications.  She was instructed to follow-up with Dr. Joella Beard in
approximately two weeks time.

IN J. MCCORMICK, M.D./mh
D-03/20/03 & T-03/20/03

**V-0867**



ORZECHOWSKI MD, MIKE
3730 RHONE CIR STE 103
ANCHORAGE, AK 99508-5054


Quest
Diagnostics

MICROFILM# 02210390128

| Pat... Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| VALENOTE,DANIELA | | AB | 34 | F | ORZECHOWSKI,MICHAEL |

| Page | Requisition No. | Accession No. | Lab Ref. No. | Collection Date & Time | Login-in Date | Report Date & Time |
|---|---|---|---|---|---|---|
| 3 | 0463072 | NW7130361 | | 02192003 10:35 AM | 02192003 | 02232003  8:22AM |

Remarks

PACIFIC
TIME

SS#: 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                                                    FASTING: Y

| Report Status | Test | Result In Range | Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 02/17/1969
CANCER ANTIGEN 125 (II)                                                           NW
   (ABBOTT)                        <6                   UNITS/ML        <35

      BECAUSE THE CONCENTRATION OF CA 125 II IN ANY GIVEN SPECIMEN CAN
      VARY DUE TO DIFFERENCES IN ASSAY METHODS AND REAGENT SPECIFICITY,
      VALUES FROM DIFFERENT ASSAY METHODS CANNOT BE USED INTERCHANGEABLY.
      SERUM CA 125 II LEVELS, REGARDLESS OF VALUE, SHOULD NOT BE
      INTERPRETED AS ABSOLUTE EVIDENCE OF THE PRESENCE OR ABSENCE OF
      DISEASE. CA 125 II IS NOT INTENDED FOR USE AS A CANCER SCREENING
      TEST.
IMMUNOGLOBULIN E                   407 H       KU/L          <OR=114        WD


Performing Site Code Key (continued from the back):
EZ    QUEST DIAGNOSTICS - NICHOLS INSTITUTE
      33608 ORTEGA HWY
      SAN JUAN CAPISTRANO, CA  92690
      (800)553-5445
      Laboratory Director:  D.A. FISHER,MD; R.E. REITZ, MD
      CLIA: 05D0643352


      >> END OF REPORT - VALENOTE,DANIELA NW7130361 <<

V-0868

Quest, Quest Diagnostics and the associated logo are registered trademarks, and all other marks are trademarks, of Quest Diagnostics Incorporated. © 2000 Quest Diagnostics Incorporated. All rights reserved. 4754261-14, Revised 2/01, SC2K-10E238

ORZECHOWSKI MD, MIKE
3730 RHONE CIR STE 103
ANCHORAGE, AK 99508-5054


Quest
Diagnostics

MICROFILM# 02210390128

| P. Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| VALENOTE, DANIELA | | AB | 34 | F | ORZECHOWSKI,MICHAEL |

| Page | Requisition No. | Accession No. | Lab Ref. No. | Collection Date & Time | Login-in Date | Report Date & Time |
|---|---|---|---|---|---|---|
| 2 | 0463072 | NW713036I | | 02192003  10:35 AM | 02192003 | 02232003   8:22AM |

Remarks

PACIFIC
TIME

SS#: 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

FASTING: Y

| Report Status | Test | Result In Range | Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 02/17/1969
CBC (INCLUDES DIFF/PLT) (CONTINUED)

| | | |
|---|---|---|
| NEUTROPHILS | 60.4 | % |
| LYMPHOCYTES | 31.5 | % |
| MONOCYTES | 5.4 | % |
| EOSINOPHILS | 2.1 | % |
| BASOPHILS | 0.6 | % |

SED RATE BY MODIFIED                                                    AB
  WESTERGREN, MANUAL
  SED RATE BY MODIFIED
    WESTERGREN            3              MM/HR        < OR = 20

COMPLEMENT, TOTAL                                                       WD
  (CH50 UNITS)                     29 L   U/ML        31-66
  IO CRP                 0.8              MG/L        SEE BELOW          WD
1. ERPRETATION                           (CALC)

    Quintile 2    Low Risk       Range 0.7-1.1 mg/L

    This  result is associated with a low risk of coronary
    heart disease.

    Range for Quintile 1        Lowest Risk
    --------------------        ----------
    Cardio CRP              <0.7 mg/L

                                          **V-0869**

INSULIN                    5             MICRO IU/ML  LESS THAN 17      NW
CARCINOEMBRYONIC ANTIGEN                                                NW
  (CHIRON)               <0.4            NG/ML

                                         NON-SMOKER:   <2.5
                                           SMOKER:     <5.0
    BECAUSE THE CONCENTRATION OF CEA IN ANY GIVEN SPECIMEN CAN VARY DUE TO
    DIFFERENCES IN ASSAY METHODS AND REAGENT SPECIFICITY, VALUES FROM
    DIFFERENT ASSAY METHODS CANNOT BE USED INTERCHANGEABLY.   SERUM CEA
    LEVELS, REGARDLESS OF VALUE, SHOULD NOT BE INTERPRETED AS ABSOLUTE
    EVIDENCE OF THE PRESENCE OR ABSENCE OF DISEASE.   CEA IS NOT INTENDED
    FOR USE AS A CANCER SCREENING TEST.

        >> REPORT CONTINUED ON NEXT PAGE - VALENOTE,DANIELA NW713036I <<

#2L Quest Diagnostics and the associated logo are registered trademarks, and all other marks are trademarks, of Quest Diagnostics Incorporated. © 2000 Quest Diagnostics Incorporated. All rights reserved. 4754201-14. Revised 2/01. SCIX-108226.

ORZECHOWSKI MD, MIKE
3730 RHONE CIR STE 103
ANCHORAGE, AK 99508-5054


Quest
Diagnostics

MICROFILM# 02210390128

| atic Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| VALENOTE, DANIELA | | AB | 34 | F | ORZECHOWSKI, MICHAEL |

| age | Requisition No. | Accession No. | Lab Ref. No. | Collection Date & Time | Login-in Date | Report-Date & Time |
|---|---|---|---|---|---|---|
| 1 | 0463072 | NW7130361 | | 02192003 10:35 AM | 02192003 | 02232003  8:22AM |

emarks

PACIFIC
TIME

SS#: 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          *appt 2/26/03*          FASTING: Y

| eport tatus | Test | Result In Range | Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 02/17/1969                                                                    NW
COMPREHENSIVE METABOLIC
PANEL

| GLUCOSE | 87 | | MG/DL | 65-109 |
| | | | | FASTING REFERENCE INTERVAL |
| UREA NITROGEN (BUN) | 14 | | MG/DL | 7-25 |
| CREATININE | 0.5 | | MG/DL | 0.5-1.2 |
| BUN/CREATININE RATIO | | 28 H | (CALC) | 6-25 |
| SODIUM | 138 | | MMOL/L | 135-146 |
| POTASSIUM | 4.1 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 102 | | MMOL/L | 98-110 |
| CARBON DIOXIDE | 26 | | MMOL/L | 21-33 |
| CALCIUM | 9.7 | | MG/DL | 8.5-10.4 |
| OTEIN, TOTAL | 7.0 | | G/DL | 6.0-8.3 |
| BUMIN | 4.8 | | G/DL | 3.7-5.1 |
| GLOBULIN | 2.2 | | G/DL (CALC) | 2.2-4.2 |
| ALBUMIN/GLOBULIN RATIO | | 2.2 H | (CALC) | 0.8-2.0 |
| BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0.2-1.3 |
| ALKALINE PHOSPHATASE | 49 | | U/L | 20-125 |
| AST | 15 | | U/L | 2-35 |
| ALT | 18 | | U/L | 2-40 |
| CREATINE KINASE, TOTAL | 47 | | U/L | 0-165 | NW |

COLD HEMAGGLUTININS         NONE DETECTED   TITER                                            EZ
                                        Reference Range:
                                        NONE DETECTED        **V-0870**

                                                                                            NW
CBC (INCLUDES DIFF/PLT)

| WHITE BLOOD CELL COUNT | 5.0 | | THOUS/MCL | 3.8-10.8 |
| RED BLOOD CELL COUNT | 3.83 | | MILL/MCL | 3.80-5.10 |
| HEMOGLOBIN | 12.4 | | G/DL | 11.7-15.5 |
| HEMATOCRIT | 37.2 | | % | 35.0-45.0 |
| MCV | 97.1 | | FL | 80.0-100.0 |
| MCH | 32.5 | | PG | 27.0-33.0 |
| MCHC | 33.4 | | G/DL | 32.0-36.0 |
| RDW | 13.6 | | % | 11.0-15.0 |
| PLATELET COUNT | 299 | | THOUS/MCL | 140-400 |
| ABSOLUTE NEUTROPHILS | 3020 | | CELLS/MCL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | 1575 | | CELLS/MCL | 850-3900 |
| SOLUTE MONOCYTES | 270 | | CELLS/MCL | 200-950 |
| SOLUTE EOSINOPHILS | 105 | | CELLS/MCL | 15-500 |
| ABSOLUTE BASOPHILS | 30 | | CELLS/MCL | 0-200 |

>> REPORT CONTINUED ON NEXT PAGE — VALENOTE, DANIELA NW7130361 <<

antol, Quest Diagnostics and the associated logos are registered trademarks, and all other marks are trademarks, of Quest Diagnostics Incorporated. © 2000 Quest Diagnostics Incorporated. All rights reserved. 4754201-14. Revised 2001. SC2X-100238

VALENOTE, DANIELA C                                    Page 2
9419.0
02/20/03


Thank you for the privilege of participating in your patient's care.

ROBERT BRIDGES, M.D.
Radiologist/Nuclear Medicine Physician


cc:


RLB/amp
022003o/February 20, 2003


**V-0871**

# ALASKA OPEN IMAGING CENTER, LLC

## 6911 DEBARR ROAD
ANCHORAGE, AK 99504
(907) 330-1220

NAME: VALENOTE, DANIELA C                REPORT NO: 9419.0

DATE OF BIRTH: 02/17/69                  DATE OF EXAM: 02/20/03

REFERRING PHYSICIAN: MICHAEL ORZECHOWSKI, MD

**MRI OF THE THORACIC SPINE**

**HISTORY:**     Pain thoracic area and pain in the right shoulder blade.

**PROCEDURE:** Four sequences of the shoulder were obtained on the Hitachi AIRIS II 0.3 T open MRI scanner. A T1 weighted coronal localizing sequence was performed. This was followed by a T2* weighted gradient echo transaxial sequence, a dual echo oblique coronal sequence and a T1 weighted oblique sagittal sequence.

**FINDINGS:**     Overview: The cervical spine has satisfactory alignment on the localizer series. A small area of fatty change is noted within the marrow of the T2 vertebral body. Motion artifact due to the patient's pain level and discomfort, causes motion artifact particularly in the transaxial images.

On the sagittal sequences the thoracic vertebrae are normal in basic size, shape and signal. Disc spaces are preserved and the discs are normal in signal. The conus terminates in the area of D12-L1 with normal contour, size and signal. The spinal cord is satisfactory in basic size and signal for the thoracic area. No significant posterior disc disease is seen. The central canal is ample and the foramina are patent at all levels. The perivertebral soft tissue are unremarkable in basic appearance.

The transaxial images suffer from significant degradation of quality due to motion artifact. The basic soft tissue appearance in the perivertebral area is satisfactory in appearance. The chest wall is grossly unremarkable in presentation for the back.

**IMPRESSION:**     UNREMARKABLE MRI OF THE THORACIC SPINE, AND OF THE THORACOLUMBAR PORTIONS OF THE SPINAL CORD.

**V-0872**

# HEALTHSOUTH
Diagnostic Center of Anchorage

```
        Account #:   056727
     Patient Name:   VALENOTE, DANIELA   SSN:  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
                     Home Phone:  (907)622-1009
                     Work Phone:  (907)258-7777
    Date of Birth:   2/17/69 Age: 34 Sex: F
Referring Physician: MICHAEL ORZECHOWSKI M.D. 00282 (907)276-6453
                     3730 RHONE CIRCLE, #103 Fax: (907)563-0100
DATE OF SERVICE:     2/14/03
     CPT:  78306     Exam:  BONE SCAN, WHOLE BODY er 'Y'
```
=========================================================================

TOTAL BODY BONE SCAN:  There are no abnormalities.  Physiologic symmetric
distribution of tracer activity is seen throughout.  No focal lesions.

IMPRESSION:    Normal bone scan.


HAROLD F. CABLE, M.D./mh
D&T-02/17/03

**V-0873**

# ALASKA OPEN IMAGING CENTER, LLC

## 6911 DEBARR ROAD
## ANCHORAGE, AK 99504
## (907) 330-1220

NAME: VALENOTE, DANIELA C                    REPORT NO: 9419.0

DATE OF BIRTH: 02/17/69                    DATE OF EXAM: 01/15/03

REFERRING PHYSICIAN: MICHAEL ORZECHOWSKI, MD

MRI OF THE CERVICAL SPINE

HISTORY:            Neck pain.

PROCEDURE:      MRI examination was performed using a 0.3 tesla Hitachi AIRIS II scanner. Following localizer images, sagittal T1, proton, and T2 weighted images and transaxial GRE images were obtained.

FINDINGS:      The patient has a prominent reversal of the normally expected lordotic curvature of the upper cervical spine from approximately C6 superiorly. The vertebral bodies are appropriate in basic size, shape, and signal. Disc height and hydration is maintained. The spinal cord has normal contour, size, and signal.

C2-3 through C4-5: At these three levels, no significant posterior disc disease is seen. The central canal is ample. The foramina are patent. The facets are normal in appearance.

C5-6: A 1 mm annular disc bulge is present without compromise of the central canal or the neural foramina. The facets are satisfactory in appearance.

C6-7, C7-T1: No significant posterior disc disease is seen. The central canal is ample. The foramina are patent.

IMPRESSION:      1.      PROMINENT REVERSAL OF THE NORMALLY EXPECTED LORDOTIC CURVATURE OF THE UPPER CERVICAL SPINE.

                 2.      1 MM ANNULAR DISC BULGE CENTRALLY C5-6.

1/16/03

**V-0874**

# ALASKA OPEN IMAGING CENTER, LLC

## 1751 E GARDNER WAY
### WASILLA, AK 99654
### (907) 357-1220

NAME: VALENOTE, DANIELA C

REPORT NO: 9419.0

DATE OF BIRTH: 02/17/69

DATE OF EXAM: 12/11/02

REFERRING PHYSICIAN: MICHAEL ORZECHOWSKI, MD

## MRI OF THE HIPS WITHOUT CONTRAST:

**HISTORY:** Severe pain of the right hip and upper portion of the right lower extremity for several years.

**PROCEDURE:** Five sequences were performed using the 0.35 tesla Toshiba Opart unit. Coronal SET1, sagittal SET1, transaxial SET1, transaxial SET2, and coronal SET2 sequences were performed.

**FINDINGS:** The hip joints outline symmetrically. No gross effusion nor deformity is identified. The heads of the femurs outline normally and symmetrically. There is no sign of any narrowing, sclerosis, or lipping.

The surrounding soft tissues outline normally. The neurovascular structures appear intact.

The pelvic structures including the uterus, bladder, bowels, and adnexa are well delineated and appear normal, except for the presence of a 1.6 cm cyst of the left adnexa.

**IMPRESSION:**
1. NO DEMONSTRABLE ABNORMALITY OF THE HIP JOINTS.

2. 1.6 CM CYST OF THE LEFT OVARY.

Merkouris

**V-0875**

VALENOTE, DANIELA C                                        Page 2
9419.0
12/11/02

recesses and foramina appear patent.

IMPRESSION:    1.    UP TO 4 MM POSTERIOR DISC PROTRUSION L5-S1
                    WITHOUT DEMONSTRABLE DURAL SAC OR NERVE ROOT
                    COMPRESSION.    MILD    NARROWING    AND    DISC
                    DEHYDRATION CHANGES ARE NOTED.

              2.    3 MM ANTERIOR DISC PROTRUSION L3-4 WITHOUT
                    EVIDENCE OF POSTERIOR DISC PROTRUSION.

Thank you for the privilege of participating in your patient's care.

                                RAYMOND SAKOVER, M.D.
                                Radiologist

cc:

RPS/dcb
121102o/December 12, 2002

V-0876

# ALASKA OPEN IMAGING CENTER, LLC

### 1751 E GARDNER WAY
### WASILLA, AK 99654
### (907) 357-1220

NAME: VALENOTE, DANIELA C                REPORT NO: 9419.0

DATE OF BIRTH: 02/17/69                  DATE OF EXAM: 12/11/02

REFERRING PHYSICIAN: MICHAEL ORZECHOWSKI, MD

MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

HISTORY: Severe lower back radiating to the right lower extremity.

PROCEDURE: Evaluation of the lumbar spine was performed using the 0.35 T Toshiba OPART open MRI scanner. Following localizer images, sagittal and transaxial T1 and T2 weighted images were obtained.

FINDINGS: There is mild levoscoliosis. There is no demonstrable intrinsic abnormality related to the lower spinal cord and cauda equina.

L1-2: There is normal disc height and signal without evidence of bulging or protrusion. The spinal canal, lateral recesses and foramina appear patent. The vertebral body margins and facet joints outline normally.

L2-3: There is normal disc height and signal without evidence of bulging or protrusion. The spinal canal, lateral recesses and foramina appear patent. The vertebral body margins and facet joints outline normally.

L3-4: There is normal disc height with minimal loss of signal. Approximately anterior disc protrusion is noted but there is no sign of any posterior or posterolateral protrusion. Mild anterior hypertrophic lipping is noted. The vertebral body margins and facet joints otherwise appear normal. The spinal canal, lateral recesses and foramina appear patent.

L4-5: There is normal disc height and signal without evidence of bulging or protrusion. The spinal canal, lateral recesses and foramina appear patent. The vertebral body margins and facet joints outline normally.

L5-S1: There is mild loss of disc height and signal associated with up to 4 mm posterior disc protrusion. No dural sac nor nerve root compression is evident. There are mild hypertrophic changes of the facet joints. The vertebral body margins appear normal. The spinal canal, lateral

**V-0877**

HEALTHSOUTH Diagnostic Imaging
4100 Lake Otis Pkwy., Suite 102
Anchorage, AK. 99508

Patient Name: VALENOTE, DANIELA    Account #: 056727
Home Phone:(907)622-1009
Work Phone:(907)258-7777

Date of Birth: 2/17/69 Age: 33 Sex: F
Referring Physician: MICHAEL ORZECHOWSKI M.D. 00282
3730 RHONE CIRCLE, #103

Date of Service: 9/24/02
Exam: UPPER G.I. SERIES
- - - - - - - - - - - - - INTERPRETATION/RESULTS - - - - - - - - - -

CLINICAL HISTORY: Substernal burning and pain and discomfort.

UPPER G.I.: No comparison studies are available.

The patient swallowed barium without difficulty.

The esophagus is radiographically normal. There is no evidence of ulceration, inflammation, or stricture.

The gastric contour and rugal pattern are normal. Gastric mass lesions, focal inflammatory changes, and frank ulcerations are not defined. There is no delay in gastric emptying. The pyloric canal, duodenal bulb, th remainder of the duodenum, and proximal jejunum are within normal limits.

IMPRESSION: Normal upper G.I.


JOHN J. McCORMICK, M.D./bg
D: 9/24/02 & T: 9/25/02

V-0878

HEALTHSOUTH Diagnostic Imaging
4100 Lake Otis Pkwy., Suite 102
Anchorage, AK. 99508

Patient Name:    VALENOTE, DANIELA     Account #: 056727
                 Home Phone: (907) 622-1009
                 Work Phone: (907) 258-7777
Date of Birth:   2/17/69 Age: 33 Sex: F
Referring Physician:  MICHAEL  ORZECHOWSKI M.D. 00282
                 3730 RHONE CIRCLE, #103
Date of Service: 9/24/02
Exam:            UPPER G.I. SERIES
- - - - - - - -  INTERPRETATION/RESULTS  - - - - - - - - -

CLINICAL HISTORY:  Substernal burning and pain and discomfort.

UPPER G.I.:  No comparison studies are available.

The patient swallowed barium without difficulty.

The esophagus is radiographically normal.   There is no evidence of
ulceration, inflammation, or stricture.

The gastric contour and rugal pattern are normal.  Gastric mass lesions,
focal inflammatory changes, and frank ulcerations are not defined. There is
no delay in gastric emptying.   The pyloric canal, duodenal bulb, th
remainder of the duodenum, and proximal jejunum are within normal limits.

IMPRESSION:   Normal upper G.I.


JOHN J. McCORMICK, M.D./bg
D: 9/24/02 & T: 9/25/02


**V-0879**

# HEALTHSOUTH
Diagnostic Center of Anchorage

Patient Name:   VALENOTE, DANIELA      Account #: 056727
                Home Phone:(907)622-1009
                Work Phone:(907)258-7777
Date of Birth:  2/17/69 Age: 33 Sex: F
Referring Physician:  MICHAEL  ORZECHOWSKI M.D. 00282
                3730 RHONE CIRCLE, #103
Date of Service:  9/06/02
        Exam:  MRI BRAIN & BRAIN STEM W/WO C
- - - - - - - - - INTERPRETATION/RESULTS - - - - - -

CLINICAL HISTORY:  Atypical migraines.

MRI OF THE HEAD WITHOUT CONTRAST:  Fast spin echo T2 weighted images are
obtained in the sagittal plane.  FSE axial images are obtained with T1 and T2
weighting.   Axial FLAIR images also are obtained.   Further, coronal T2
weighted fast spin echo images also are acquired.  Axial diffusion weighted
images also are submitted.

The images show that the ventricular system is normal.   No congenital
anomalies are apparent.   There are no white or gray matter abnormalities.   No
vascular lesions are defined.   There are no focal areas suggestive of
infection or demyelinization.  No mass lesions are apparent.   There are no
ntra- or extra-axial pathologic fluid collections.

IMPRESSION:   Normal MRI of the brain.

JOHN J. McCORMICK, M.D./bg
D: 9/6/02  T: 9/9/02

V-0880

FAXED
FEB 1 2 2003
BY: _Jev Hann_

4003 Lake Otis Pkwy., Suite 101 • Anchorage, AK 99508 • Clinic 907 563-3493 • Fax 907 561-2596



07/31/02        79°F        22:21:49

NAME: Valnate, Daniela

ID# 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            AGE:   33
HEIGHT: 5'5"      WEIGHT: 150 lbs.
RACE:   100%      SEX:      FEMALE

EX-SMOKER,    10/DAY FOR 4 YEARS
              QUIT IN 1992

## SPIROMETRY RESULTS

|          | ACT  | PRED | %PR |
|----------|------|------|-----|
| FVC      | 3.74 | 3.80 | 98  |
| FEV1     | 3.19 | 3.23 | 99  |
| FEV1/FVC%| 85%  | 85%  | 100 |
| FEF25-75%| 3.76 | 3.71 | 101 |
| FEFmax   | 5.27 | 6.53 | 81  |
| FEF%     | 3.70 | 3.54 | 105 |
| F   5%   | 5.20 | 6.14 | 85  |
| F   0%   | 4.27 | 4.91 | 87  |
| FEF 75%  | 1.88 | 2.58 | 73  |
| MMET     | 0.50 | 0.51 | 97  |
| BEST FVC | 3.74 | 3.80 | 98  |
| BEST FEV1| 3.19 | 3.23 | 99  |

BTPS factor = 1.0282      VER 1.9
Last calibration:          08/09/
Normals from Crapo-Morris/Hsu.

BASE FVC:    1 TRY

BASELINE TEST QUALITY:
This maneuver was a weak effort.

SPIROMETRY WITHIN NORMAL LIMITS

COPD risk index:   1 (LOW)
Patient's lung age is 27 years.

Technician: _____

Physician: _____

**V-0881**

CLIN. DIAG.: _MBA_

ECG DESCRIPTION:                    **V-0882**

INTERPRETATION: _mild ns ST_
_wave 6_

NT: _Valnote, Daniela_

DIG ( )   QUIN. ( )  AGE _33_ SEX _♀_ B.P. _134/92_
ECG REQUEST BY _Q_
ATR. RATE _80_   VENTR. RATE _80_
INTERVALS: P-R _14_  QRS _08_  QTc _36_
AXIS: _DCO_
RHYTHM:

_sinus_

INTERPRETED BY: _B_
DATE: _7-31-02_

38007056 AREA/ROUTE/S.   : MAILOUT
ORZECHOWSKI MD, MIKE
3730 RHONE CIR STE 103
ANCHORAGE, AK 99508-5054

**SB** SmithKline Beecham
Clinical Laboratories

MICROFILM# 07200295265

| Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| VALENOTE, DANIELA | | QGEW | 33 | F | ORZECHOWSKI, MICHAEL |

| Page | Requisition No. | Accession No. | Lab Ref. No. | Collection Date & Time | Login In Date | Report Date & Time |
|---|---|---|---|---|---|---|
| 4 | 0112274 | NW718349H | | 07182002 9:18 AM | 07182002 | 07222002  8:51AM |

Remarks
PACIFIC TIME

FASTING: Y

SS#: 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

| Report Status | FINAL  Test | Result In Range   Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|

Date of Birth: 02/17/1969
INTERPRETATION                                    (CALC)

    CARDIOVASCULAR RISK          1.2          Rel.Risk

    The Relative Risk of 1.2 for cardiovascular disease
    is based on both Cardio CRP and Total Cholesterol/HDL
    Cholesterol results.  Individuals with the lowest
    risk have a relative risk of 1.0.  Other risk factors
    include age, gender, blood pressure, smoking and
    diabetes.

    This patient's Cardio CRP result alone is associated
    with a Low Risk of cardiovascular disease.  This
    patient's Total Cholesterol/HDL Cholesterol ratio
    alone is associated with the Lowest Risk of
    cardiovascular disease.  These risks estimate are
    based on population studies of adults 20 years
    and older.

REFLEXIVE URINE CULTURE          NO CULTURE INDICATED                          NW

                                                                              WD
HOMOCYSTEINE,                    7.2              MICROMOL/L   <10.4
    CARDIOVASCULAR
TSH                              1.51             MIU/L        0.40-5.50       NW


          >> END OF REPORT - VALENOTE, DANIELA NW718349H <<

                              7/22/02
                              ?


                    V-0883

Quest, Quest Diagnostics and the associated logo are registered trademarks, and all other marks are trademarks, of Quest Diagnostics Incorporated. © 2000 Quest Diagnostics Incorporated. All rights reserved. 4254201-1E, Revised 2/01.

38007056 AREA/ROUTE/S.. P: MAILOUT
ORZECHOWSKI MD, MIKE
3730 RHONE CIR STE 103
ANCHORAGE, AK 99508-5054



**SmithKline Beecham**
*Clinical Laboratories*

MICROFILM# 07200295265

| Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| VALENOTE, DANIELA | | QGEW | 33 | F | ORZECHOWSKI, MICHAEL |

| Page | Requisition No. | Accession No. | Lab Ref. No. | Collection Date & Time | Login in Date | Report Date & Time |
|---|---|---|---|---|---|---|
| 2 | 0112274 | NW718349H | | 07182002 9:18 AM | 07182002 | 07222002  8:51AM |

Remarks:

PACIFIC TIME

SS#: 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                                                FASTING: Y

| Report Status | Test | Result In Range | Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 02/17/1969
URINALYSIS, CULTURE IF
  INDICATED (CONTINUED)

| | | | | | |
|---|---|---|---|---|---|
| NITRITE | NEGATIVE | | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | | NEGATIVE | |
| WBC | NONE SEEN | | /HPF | < OR = 5 | |
| RBC | NONE SEEN | | /HPF | < OR = 3 | |
| SQUAMOUS EPITHELIAL CELLS | 0-5 | | /HPF | < OR = 5 | |

    THIS URINE WAS EXAMINED MICROSCOPICALLY FOR THE
    PRESENCE OF WBC, RBC, BACTERIA, CASTS AND OTHER
    FORMED ELEMENTS.  ONLY THOSE ELEMENTS SEEN WERE
    REPORTED.

C    INCLUDES DIFF/PLT)                                                      NW

| Test | Result | Units | Reference Range |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | 5.4 | THOUS/MCL | 3.8-10.8 |
| RED BLOOD CELL COUNT | 3.92 | MILL/MCL | 3.80-5.10 |
| HEMOGLOBIN | 12.6 | G/DL | 11.7-15.5 |
| HEMATOCRIT | 38.1 | % | 35.0-45.0 |
| MCV | 97.1 | FL | 80.0-100.0 |
| MCH | 32.1 | PG | 27.0-33.0 |
| MCHC | 33.0 | G/DL | 32.0-36.0 |
| RDW | 12.7 | % | 11.0-15.0 |
| PLATELET COUNT | 340 | THOUS/MCL | 140-400 |
| ABSOLUTE NEUTROPHILS | 3148 | CELLS/MCL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | 1814 | CELLS/MCL | 850-3900 |
| ABSOLUTE MONOCYTES | 275 | CELLS/MCL | 200-950 |
| ABSOLUTE EOSINOPHILS | 140 | CELLS/MCL | 50-550 |
| ABSOLUTE BASOPHILS | 22 | CELLS/MCL | 0-200 |
| NEUTROPHILS | 58.3 | % | |
| LYMPHOCYTES | 33.6 | % | |
| MONOCYTES | 5.1 | % | |
| EOSINOPHILS | 2.6 | % | |
| BASOPHILS | 0.4 | % | |

SED RATE BY MODIFIED                                                        NW
  WESTERGREN, MANUAL            1              MM/HR       < OR = 20

            >> REPORT CONTINUED ON NEXT PAGE - VALENOTE, DANIELA NW718349H <<

**V-0884**

SB, Quest Diagnostics and the associated logo are registered trademarks, and all other marks are trademarks, of Quest Diagnostics Incorporated. © 2000 Quest Diagnostics Incorporated. All rights reserved. 4754201-14 Revised 2/01.

LABORATORY REPORT

38007056 AREA/ROUTE/ :  :: MAILOUT
ORZECHOWSKI MD, MIKE
3730 RHONE CIR STE 103
ANCHORAGE, AK 99508-5054



**SmithKline Beecham**
Clinical Laboratories

MICROFILM# 07200295265

| Pat. Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| VALENOTE, DANIELA | | QGEW | 33 | F | ORZECHOWSKI, MICHAEL |

| Page | Requisition No. | Accession No. | Lab Ref. No. | Collection Date & Time | Login-in Date | Report Date & Time |
|---|---|---|---|---|---|---|
| 1 | 0112274 | NW718349H | | 07182002 9:18 AM | 07182002 | 07222002  8:51AM |

Remarks

PACIFIC TIME

FASTING: Y

SS#: 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

| Report Status | FINAL   Test | Result In Range | Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| | Date of Birth: 02/17/1969 | | | | | |
| | LIPID PANEL | | | | | |
| | TRIGLYCERIDES | 119 | | MG/DL | <150 | NW |
| | CHOLESTEROL, TOTAL | 178 | | MG/DL | <200 | NW |
| | HDL CHOLESTEROL | 66 | | MG/DL | >OR=40 | NW |
| | LDL-CHOLESTEROL | 88 | | MG/DL (CALC) | <130 | NW |
| | CHOL/HDLC RATIO | 2.7 | | (CALC) | <4.4 | NW |
| | GGT | 26 | | U/L | 2-60 | NW |
| | URIC ACID | 3.0 | | MG/DL | 1.7-7.5 | NW |
| | COMPREHENSIVE METABOLIC PANEL | | | | | NW |
| | GLUCOSE | 83 | | MG/DL | 65-109 | |
| | | | | | FASTING REFERENCE INTERVAL | |
| | A NITROGEN (BUN) | 15 | | MG/DL | 7-25 | |
| | CREATININE | 0.8 | | MG/DL | 0.5-1.2 | |
| | BUN/CREATININE RATIO | 19 | | (CALC) | 6-25 | |
| | SODIUM | 137 | | MMOL/L | 135-146 | |
| | POTASSIUM | 4.6 | | MMOL/L | 3.5-5.3 | |
| | CHLORIDE | 103 | | MMOL/L | 98-110 | |
| | CARBON DIOXIDE | 24 | | MMOL/L | 21-33 | |
| | CALCIUM | 9.4 | | MG/DL | 8.5-10.4 | |
| | PROTEIN, TOTAL | 7.2 | | G/DL | 6.0-8.3 | |
| | ALBUMIN | 4.4 | | G/DL | 3.7-5.1 | |
| | GLOBULIN | 2.8 | | G/DL (CALC) | 2.2-4.2 | |
| | ALBUMIN/GLOBULIN RATIO | 1.6 | | (CALC) | 0.8-2.0 | |
| | BILIRUBIN, TOTAL | 0.6 | | MG/DL | 0.2-1.3 | |
| | ALKALINE PHOSPHATASE | 51 | | U/L | 20-125 | |
| | AST | 17 | | U/L | 2-35 | |
| | ALT | 12 | | U/L | 2-40 | |
| | URINALYSIS, CULTURE IF INDICATED | | | | | NW |
| | COLOR | YELLOW | | | YELLOW | |
| | APPEARANCE | CLEAR | | | CLEAR | |
| | SPECIFIC GRAVITY | 1.008 | | | 1.001-1.035 | |
| | PH | 7.0 | | | 5.0-8.0 | |
| | GLUCOSE | NEGATIVE | | | NEGATIVE | |
| | BILIRUBIN | NEGATIVE | | | NEGATIVE | |
| | TONES | NEGATIVE | | | NEGATIVE | |
| | CULT BLOOD | NEGATIVE | | | NEGATIVE | |
| | PROTEIN | NEGATIVE | | | NEGATIVE | |

**V-0885**

>> REPORT CONTINUED ON NEXT PAGE   VALENOTE, DANIELA NW718349H <<

Quest, Quest Diagnostics and the associated logo are registered trademarks, and all other marks are trademarks, of Quest Diagnostics Incorporated. © 2000 Quest Diagnostics Incorporated. All rights reserved. 4754281-14, Revised 2/01.

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

An 18 gauge needle was used to pierce the skin. A 20 gauge Tuohy epidural needle was advanced through the skin wheal to the midline into the interspinous ligament as noted on the lateral view. The epidural space was entered using real time fluoroscopy and loss of resistance technique. The patient was then injected with 3 cc of 240 Omnipaque dye on AP and lateral views showing spread into the posterior epidural space and no vascular subarachnoid or subdural uptake.

The patient was then injected with 4 cc of 0.2% ropivacaine mixed with 1 cc of 40 mg per cc triamcinolone. The needle was removed. Site was covered with antibiotic ointment and Band-Aid.

The patient was then changed to the left lateral decubitus position. The right hip was prepped and draped in a sterile manner. The greater trochanter was identified under fluoroscopic guidance. A skin wheal was raised using 3 cc of 0.2% buffered lidocaine and a 27 gauge needle after being prepped in a sterile manner. A 25 gauge spine needle was advanced through the skin wheal touching the greater trochanter and into the right gluteal bursa. The patient was then injected with 4 cc of 0.2% ropivacaine mixed with 1 cc of 40 mg per cc triamcinolone without complication. The needle was removed. The site was covered with antibiotic ointment and Band-Aid. The patient will return to the clinic in 3-4 weeks.

REPORT DICTATED BUT NOT READ

Susan R. Anderson, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA
Diplomate American Board of Pain Medicine
Fellow of the Interventional Pain Practice (FIPP)

SRA/MEDQ
DD: 09/16/2003
DT: 09/16/2003
JOB #: 768450

V-0886

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB:
SSN: 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

**DATE:** 09/16/2003

**PERFORMED BY:** Susan R. Anderson, M.D.

**PREPROCEDURE DIAGNOSIS:**

**POSTPROCEDURE DIAGNOSIS:**

**PROCEDURE PERFORMED:** 1. L3-L4 intralaminar epidural steroid injection under fluoroscopic guidance with conscious sedation.
2. Right gluteal bursal injection.

**MEDICATION INJECTED:**

**ANESTHESIA:** Conscious sedation with Versed 1 mg IV and Fentanyl 50 mcg IV.

**COMPLICATIONS:** None.

**PREPROCEDURE DIAGNOSES:**
1. L3-L4 discogenic pain with radicular symptoms.
2. Right gluteal bursitis.

**POSTPROCEDURE DIAGNOSES:**
1. L3-L4 discogenic pain with radicular symptoms.
2. Right gluteal bursitis.

**SURGEON:** Susan R. Anderson, M.D.

**FLUIDS:** IV access.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**INDICATIONS:** As above.

**PROCEDURAL NOTE:** The patient was brought to the fluoroscopy suite after informed consent and IV access was obtained. Vital signs were found to be stable. No EKG, laboratory, or radiologic values contraindicated the procedure. The patient was placed in the prone position with all pressure points padded and monitoring applied. The lumbar area was prepped and draped in a sterile manner. Using direct AP fluoroscopy the L4 spinous process was identified. A skin wheal was raised left lateral to this using 3 cc of 2% buffered lidocaine, and a 27 gauge needle.

**V-0887**                    Page 1

8-12-03  PUBLIC SYMPHOSIS PROCEDURE



Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
907-622-1009

September 26, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

| Post-it® Fax Note | 7671 | Date 9/26/03 | # of pages ▸ 3 |
|---|---|---|---|
| To ANDA PANASECU | | From DANIELA VALENOTE | |
| Co./Dept. MET LIFE | | Co. | |
| Phone # | | Phone # 907-622-1009 | |
| Fax # 866-690-1264 | | Fax # | |

Claim #:      870308078357
Employer:    Rim Architects

Dear Ms. Panasescu:

Attached you will find Dr. Orzechowski's letter (September 22, 2003), MRI Report of the
Lumbar Spine (December 11, 2002), Procedure Reports (September 16, 2003 &
August 5, 2003) and office visits (September 4, 2003 & July 21, 2003) from Dr. Susan
Anderson with the Advanced Pain Centers of Alaska, Physical Therapy Notes from Amy
Azevedo with Advanced Physical Therapy of Alaska, and Plan of Care Documents from
Dr. Beard's Office (April 29, 2003 & June 10, 2003). Please note the Plan of Care
Documents under "Return to Work Recommendations" on April 29, 2003 there is no
indication that I was not released back to work and on June 10, 2003 the note states,
"consider part-time to 12-14 hours/week"; I was unable to meet this goal.

In the past year I have seen for evaluation but not treatment: Dr. Edward Voke, Dr.
Wayne Downs, Dr. Rhene Merkouris, Dr. Mary Downs and Dr. Lee Schlosstein. Dr.
Mike Orzechowski and Deb Kiley, ANP, with Dr. Beard's office treated me until I began
to see Dr. Peter Lorenzten and Dr. Susan Anderson for my primary care. In addition I
have seen Terry Windecker, massage therapist and Rosemary Cody, Advanced
Accupunturist.

As I explained to Tanya Chambers, I do not intend to stay disabled for the rest of my life.
I have a Bachelor of Arts in Fine Arts, a Master of Architecture, and am short 2 semesters
to complete a Master of Art Education this reflects 11 years of college education. I hope
this demonstrates my commitment to hard work. Please believe me, I want to return to
work as soon as possible.

I appreciate your review of my appeal. Please let Virginia Valenote know if there is
anything else I can provide that may help in the review of my claim.

Sincerely,

Daniela C. Valenote

V-0888

RT/DOCUMENTATION
MED IMAGES<sup>SM</sup>, INC.
(36LAEV)

**DATE:** August 12, 2003

**PATIENT:** #021769DV   Daniela Valenote
SSN: 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

**SURGEON:** Susan R. Anderson, M.D.

**FACILITY:** Advanced Pain Centers of Alaska - Anchorage

## OPERATIVE NOTE

**PREOPERATIVE DIAGNOSIS:** Pubic symphysis dysfunction.

**POSTOPERATIVE DIAGNOSIS:** Pubic symphysis dysfunction.


Photo 1.


Photo 2.

**PROCEDURE PERFORMED:** Pubic symphysis injection under fluoroscopic guidance with conscious sedation.

**ANESTHESIA:** Conscious sedation with Versed 2 mg IV and fentanyl 50 mcg IV.

**FLUIDS:** IV access.

**ESTIMATED BLOOD LOSS:** Less than 1 cc.

**COMPLICATIONS:** None.

**INDICATIONS:** As above.

**PROCEDURAL NOTE:** The patient was brought to the fluoroscopy suite where she was placed in the supine position. The pubic area was prepped and draped in a sterile manner. Using direct AP fluoroscopy, the pubic symphysis on the right was identified. On the lateral aspect of the

SA:hm

Page 1 of 2

V-0889

# BACKSTRUM – PHYSICAL THERAPIST

V-0890