
Joy Backstrum, Physical Therapist
The Physical Therapy Place
4050 Lake Otis Pkwy #111
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

Name: Daniela Valenote
Date: 4/21/03
Account Number:

| CODES | CHARGES | UNITS |
|---|---|---|
| 97001 | PT Evaluation | 1 |
| 97002 | PT Re-evaluation | |
| 97112 | Neuromuscular 15' | |
| 97140 | Manual Therapy 15' | |
| 97110 | Therapeutic Exercise 15' | 1 |
| 97530 | Therapeutic Activity 15' | |
| 97535 | ADL's 15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| 7116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

SUBJECTIVE: 719.45, 724.6
Many yrs (P) ® ant/lat pelvis/hip to ō thigh "burning" constant fell banado whitewater tubing 1989 - landed on tail bone. Since then slow ↑ in Sx

OBJECTIVE: Pre:
ags-s: sitting, static positioning
dyspareunia, bowel
hip abd, ER A ↑ Sx
Post: SET
AROM - flex guarded
ext limited
— OS/LS P ® RN
Manual Therapy:
Sensation - ↓ lat this [area]
® Pubic bone sup
↑↑ ® psoas

Neuromuscular Reeducation:

Therapeutic Exercise/Activity: Began ex
prog - see home aut

Postural/Body Mechanics instruction:
mae SI Belt

Modalities: MRI - L5S1, herN disc
L3-4 protrusion

ASSESMENT: Coxic(?) - very irritable
1. L SIJ dysfunction - hypermob
2. PFm spasm
3. Trip ps spasm

Total = 124.00

Manual Therapy &
Ther Ex

GOALS:
1. ↓ irritability [...]
2. ADLs sitting ↑ 2hr
3. amb ↑ 1/2 hr
4. [...]

PLAN:

Therapist: [signature]

1x/wk x 4wks, then ↓ to 1-2x/mo x 3 add mos

V-0891

'ATTACHMENT E'

Joy Backstrom, Physical Therapist
The Physical Therapy Place
4050 Lake Otis Pkwy #111
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

DX:

SUBJECTIVE: Same pain!

Name: Daniela Valenote
Date: 4/30/03
Account Number:

OBJECTIVE: Pre:

| CODES | CHARGES | UNITS |
|-------|---------|-------|
| 97001 | PT Evaluation | |
| 97002 | PT Re-evaluation | |
| 97112 | Neuromuscular 15' | |
| 97140 | Manual Therapy 15' | 1 |
| 97110 | Therapeutic Exercise 15' | 1 |
| 97530 | Therapeutic Activity 15' | |
| 97535 | ADL's 15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| 116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

Post:

Manual Therapy: Attempt STM - Piriformis
↓ Glut med - Piriform
2nd Vag PFM TP release

Neuromuscular Reeducation: V. V. painful

Therapeutic Exercise/Activity: add fine line
Bent knee fallout --- MTE

Postural/Body Mechanics instruction: JB house

Modalities:

ASSESMENT: trial SI Belt - then
AM
V. irritable still

Tone = 9uC

GOALS: ↑ ability to self Rx for pain
PLAN: reduction
cont next wk

Therapist: JBac PT

V-0892

The Physical Therapy Place
4050 Lake Otis Pkwy #111
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

Name: Daniela Valenote
Date: 5-6-03
Account Number:

| CODES | CHARGES | UNITS |
|---|---|---|
| 97001 | PT Evaluation | |
| 97002 | PT Re-evaluation | |
| 97112 | Neuromuscular 15' | |
| 97140 | Manual Therapy 15' | 1 |
| 97110 | Therapeutic Exercise 15' | 1 |
| 97530 | Therapeutic Activity 15' | |
| 97535 | ADL's 15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| 97116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

Total = 94.00

SUBJECTIVE: In tears — "always" in pain.

OBJECTIVE: Pre

Post:

Manual Therapy:

Neuromuscular Reeducation:

Therapeutic Exercise/Activity:

Postural/ Body Mechanics instruction:

Modalities:

ASSESMENT:

GOALS:

PLAN:

Therapist:

V-0893

Joy Backstrom, Physical Therapist
The Physical Therapy Place
4050 Lake Otis Pkwy #111
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

Name: Daniela Valenote
Date: 5-13-03
Account Number:

| CODES | CHARGES | UNITS |
|---|---|---|
| 97001 | PT Evaluation | |
| 97002 | PT Re-evaluation | |
| 97112 | Neuromuscular  15' | |
| 97140 | Manual Therapy  15' | 1 |
| 97110 | Therapeutic Exercise 15' | 1 |
| 97530 | Therapeutic Activity  15' | |
| 97535 | ADL's  15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| '116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

Total = 94.00

DX:
1. 45, 424.7

SUBJECTIVE:
- Cont's to be v. tearful
- Likes SI Belt
- V. Frustrated

OBJECTIVE: Pre:
Limited trunk flex [?]

Post: Sup. R LE long to shorten s.t.

Manual Therapy: M LE to L ant thx
for minn ford
Instruct in use of
towel rolls to self-correct (prone
Neuromuscular Reeducation:  m-e tech)

Therapeutic Exercise/Activity:
Emphasis — m t-h [?] [?] @
two points 2° ↓ tilt b
Postural/Body Mechanics Instruction: monitor,
independent

Modalities:

ASSESSMENT: Pain req mgm,
not ftd understanding
of problem

GOALS: Cont w/ st Goals

PLAN: Adv. HEP /self Rx
Strategies

Therapist: [signature]

V-0894

The Physical Therapy Place
Orthopedics & Women's Health

5/6/05

Joy Backstrum, PT

Katie Piraino, PT

1.

2. ½ Bridge
Lift right pelvis up - squeeze right gluteal to do so.
15-20x

3. "lunges"
- left foot up on stool
- lean forward a little
8-10x

4. V-0895
reverse curls - Seated curl back/Rotate to left as you do so.
10-15x

4050 Lake Otis Pkwy #111 • Anchorage, Alaska 99508 • (907) 569-5557 • Fax (907) 569-5552

The Physical Therapy Place
Orthopedics & Women's Health

Joy Backstrum, PT

Katie Piraino, PT

4/21/03

1. active diaphragmatic Breathing
   1-2 min

2. Relaxed Awareness (see hand out)
   - for pelvic floor muscles

   exhale
   tighten abs
   in different
   positions

3. "Bent knee fall outs"

   Lying with right
   knee near back of couch,
   let knee "fall out" - Rest it
   completely on back of couch.
   Bring it back to midline
   Repeat 50x.
   (No pain!)

V-0896

4. "Pelvic Floor release"
   Maintain
   pressure x 2 min
   → Pressure (light) over Pubic bone.
   Pillows under knees
   Towel under Sacrum

4050 Lake Otis Pkwy #111 • Anchorage, Alaska 99508 • (907) 569-5557 • Fax (907) 569-5562