CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB) |

**NOTICE BY PLAINTIFF OF CONTINUATION OF FILING OF ATTACHMENTS TO HER MOTION FOR SUMMARY JUDGMENT**

FOURTH NOTICE is hereby given by Plaintiff of the continuation of filing of attachments to Plaintiff Valenote's motion for summary judgment dated February 2, 2007.designated as Backstrum aat V890 – V896; Adv. Physical Therapy of Alaska at V897 – V939; Dr. Downs at V955-V985; Dr. Merkouris at V999 – V1021; Dr. Polston [1/06-8/06] at V1538-V1562A; and Attachments to Dr. Polston's notes [1/06-8/06] at V1563 – V1721.  DATED this 2nd day of February 2007.