# **BACKSTRUM – PHYSICAL THERAPIST**

V-0890

Joy Backstrom, Physical Therapist
The Physical Therapy Place
4050 Lake Otis Pkwy #111
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

Name: Daniela Valenote
Date: 4/21/03
Account Number:

| CODES | CHARGES | UNITS |
|---|---|---|
| 97001 | PT Evaluation | 1 |
| 97002 | PT Re-evaluation | |
| 97112 | Neuromuscular 15' | |
| 97140 | Manual Therapy 15' | |
| 97110 | Therapeutic Exercise 15' | 1 |
| 97530 | Therapeutic Activity 15' | |
| 97535 | ADL's 15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| 97116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

Total = 124.00

Manual Therapy &
Ther Ex

1x/wk x 4wks, then to 1-2x/mo x 3 add'l mos

DX: 71945
SUBJECTIVE: Many yrs (R) cont/lat pelvis/hip to thigh "burning" constant. Fell bwds while waterskiing 1989 - landed on tail bone. Since then slow ↑ in Sx.
OBJECTIVE: Pre:
AGS-5 sitting, static positioning dyspareunia level 3
hip abd ER A's Sx
Post: SET
ROM - flex guarded
ext limited
(L) SIB ε (R) KN
Manual Therapy:
Sensation - ↓ lat thigh
(R) pubic tuber sup
↑↑ (L) PSOAS
Neuromuscular Reeducation:

Therapeutic Exercise/Activity: Res-ex
prog - see handout
Postural/Body Mechanics instruction:
mod SI belt

Modalities: MRI - L 5-5 Lam disc
L3-4 protrusion

ASSESMENT: Coccyx - very irritable
LSIJ dysfunction - hypermob
2. PFM spasm
3. ILIOPSOAS spasm

GOALS: 1. ↓ irritability tissue
2. ADL's sitting 2hr
3. amb ½ hr
PLAN: 4. symbol test - muscle
Therapist: JBac

V-0891

'ATTACHMENT E'

Case 3:05-cv-00196-TMB   Document 44-2   Filed 02/02/2007   Page 3 of 7

The Physical Therapy Place
4050 Lake Otis Pkwy
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

**Name:** Daniela Valenote
**Date:** 4/30/03
**Account Number:**

| CODES | CHARGES | UNITS |
|---|---|---|
| 97001 | PT Evaluation | |
| 97002 | PT Re-evaluation | |
| 97112 | Neuromuscular 15' | |
| 97140 | Manual Therapy 15' | 1 |
| 97110 | Therapeutic Exercise 15' | 1 |
| 97530 | Therapeutic Activity 15' | |
| 97535 | ADL's 15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| 97116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

Dx: 714.45  724.6

**SUBJECTIVE:** Same pain!

**OBJECTIVE:** Pre:

Post:

**Manual Therapy:** Attempt STM – (R) pyriformis, Glut med – Piriformis 2°, Int Vag PFM – TrP release

**Neuromuscular Reeducation:** V.V. painful

**Therapeutic Exercise/Activity:** Add /Fine tune Beat tones fallout — MLE

**Postural/Body Mechanics instruction:**

**Modalities:**

Tone = 94°

**ASSESSMENT:** Trial SI Belt-like thin V. irritable still

**GOALS:** ↑ ability to self Rx for pain reduction

**PLAN:** cont next wk

**Therapist:** [signature] PT

V-0892

4050 Lake Otis Pkwy #111
Anchorage, AK 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

Name: Daniela Valenote
Date: 5-6-03
Account Number:

| CODES | CHARGES | UNITS |
|---|---|---|
| 97001 | PT Evaluation | |
| 97002 | PT Re-evaluation | |
| 97112 | Neuromuscular 15' | |
| 97140 | Manual Therapy 15' | 1 |
| 97110 | Therapeutic Exercise 15' | 1 |
| 97530 | Therapeutic Activity 15' | |
| 97535 | ADL's 15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| 97116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

Total = 94/08

SUBJECTIVE: In tears — "always" in pain.

OBJECTIVE: Pre: [illegible] posture, [illegible]
Post: (in seated) eased "somewhat"

Manual Therapy: MRE — [illegible]

Neuromuscular Reeducation: [illegible]

Therapeutic Exercise/Activity: pulleys for resistance, abdominis & [illegible]

Postural/Body Mechanics instruction:

Modalities:

ASSESMENT: [illegible]

GOALS: Ex — prog / disc

PLAN: [illegible] pain / [illegible]
[illegible] PT 1x/wk

Therapist: [signature] PT

V-0893

The Physical Therapy Place
4050 Lake Otis Pkwy #११०
Anchorage, Ak 99508
Ph: (907)569-5557  Fax: (907)569-5562

AK PT # 303

Name: Daniela Valenote
Date: 5-13-03
Account Number:

| CODES | CHARGES | UNITS |
|---|---|---|
| 97001 | PT Evaluation | |
| 97002 | PT Re-evaluation | |
| 97112 | Neuromuscular 15' | |
| 97140 | Manual Therapy 15' | / |
| 97110 | Therapeutic Exercise 15' | / |
| 97530 | Therapeutic Activity 15' | |
| 97535 | ADL's 15' | |
| 90901 | Biofeedback training | |
| 90911 | Biofeedback | |
| 97014 | Electrical Stim (Unattended) | |
| 97032 | Electrical Stim (Attended) | |
| 97033 | Ultrasound | |
| 97116 | Gait training | |
| | Supplies: | |
| 99070 | SEMG | |

Total = 94.00

SUBJECTIVE: 714.45, 724.6
- Cont's to be v. fearful.
- Likes SI Belt
- V. Frustrated

OBJECTIVE: Pre:
Limited trunk flex [ext]
Post: Sup. R LE long to shorten SL

Manual Therapy: M LE to L ant. thor.
rot. min fld ---
Instruct in use of
towel rolls to self-correct (prone
Neuromuscular Reeducation:                 m=each)

Therapeutic Exercise/Activity:
Emphasis M. trans. abd. &
tw point 2° ↓ til b
Postural/Body Mechanics Instruction:
monitor.
Independent

Modalities:

ASSESMENT: Pt's dec. m.gm,
not f/d understanding
of problem.

GOALS: Cont w/pt (goals)

PLAN: Adv HEP / self Rx
Strategies

Therapist: [signature]

Joy Backstrum, PT                                                    Katie Piraino, PT

5/6/05

1.

2.   ½ Bridge
     Lift right pelvis up - squeezing
     right gluteal to do so.
     15-20x

3.   "lunges" - left foot up on
                 stool
              - lean forward a little
     8-10x

4.   V-0895

     reverse curls - Seated curl
     back / Rotate to left as you do so.
     10-15x

4050 Lake Otis Pkwy #111 • Anchorage, Alaska 99508 • (907) 569-5557 • Fax (907) 569-5562

Joy Backstrum, PT　　　　　　　　　　　　　　　　　　　　　7/21/03　Katie Piraino, PT

1. Practice diaphragmatic breathing 1-2 min

2. Relaxed Awareness (see handout) — for pelvic floor muscles

   exhale tightens abs in different positions

3. "Bent knee fall outs"

   Lying with right knee near back of couch, let knee "fall out" — rest it completely on back of couch. Bring it back to midline. Repeat 50x. (No pain!)

V-0896

4. "Pelvic Floor release"

   Maintain pressure x 2 min

   Pressure (light) over pubic bone.
   Pillow under knees
   Towel under sacrum

4050 Lake Otis Pkwy #111 • Anchorage, Alaska 99508 • (907) 569-5557 • Fax (907) 569-5562