# ADVANCED PHYSICAL THERAPY OF ALASKA

V-0897

Valerie Phelps PT, MOMT    Deb Benson MEd, PT, COMT    Gail Apte PT, OCS, COMT

Chad Ross DPT, CSCS    Patty Nelson PT, OCS, COMT    Marty Vicars, PT    Zuzana Rogers, PT



# advanced physical therapy of alaska

## a physical therapist owned practice

1917 Abbott, Suite 200
Anchorage, AK 99507
Phone: **(907) 279-4266**
Fax:    (907) 279-4272
1-800-641-6940

3035 E. Palmer-Wasilla Hwy, Suite 401
Wasilla, AK 99654
**(907) 232-4260**
(907) 376-8584

Gaffney Rd., Suite 300
Fairbanks, AK 99701
**(907) 374- 0992**
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

**Date:**       2/14/05
**Patient:**    Daniela Valenote
**DOB:**        2/17/69
**Physician:**  Gregory Polston, MD

Dear Dr. Polston,

Daniela was seen for a Physical Work Performance Evaluation on 2/14/05 at our clinic, please see full report for details.

Included also in the report is the patient's current Visual Analog Scale, Pain Diagram, and the two provided Job Descriptions.

A brief review of Daniela's case; Work related injury in October of 2002, and patient has been off work since Feburary of 2003. Previous Medical treatments for this case include; Nucleoplasty procedure L5-S1, Lumbar, Cervical, and Thoracic Epidural Steroid injection, right bursal injection, pubic symphasis injection, occipital nerve block, stellate ganglion block, medial branch nerve block, and also Physical Therapy treatments.

Thanks for the referral and the opportunity to assist in the care of this patient.

Chad Ross DPT, CSCS

V-0898

## Physical Work Performance Evaluation Summary
### Advanced Physical Therapy of Alaska
1917 Abbott road suite 200, Anchorage, AK 99507
Phone (907)279-4266  Fax (907)279-4272



| | |
|---|---|
| **Name:** Valenote, Daniela | |
| **Social Security:** | |
| **Occupation:** Architect | |
| **Employer:** RIM Architects | |
| **Injury Date:** 10/31/2002 | |
| **Last Date of Work:** 2/21/2003 | |
| **Evaluation Date:** February 14, 2005 | |
| **Diagnosis:** Right SI joint dysfunction, L3-4, L5-S1 disc protrusion, S/P nucleoplasty L5-S1, Thoracic pain, neck pain, Cervicogenic headaches | |
| **Purpose of Evaluation:** Disability rating | |
| **Recommendations Request:** Work modification recommendations | |
| **Point in Client Care:** Prior to transitional duty, Case closure FCE | |
| **FCE Type:** Whole body | |

This report summarizes the results of the ErgoScience FCE **Physical Work Performance Evaluation**™. This evaluation is substantiated by reliability and validity research conducted at the University of Alabama at Birmimgham and reported in the *Journal of Occupational Medicine*, September 1994[1].

**Tolerance for the 8-Hour Day:** Based on this evaluation, the client is incapable of sustaining the Sedentary level of work for an 8-hour day. Unable to complete the evaluation due to fatigue level and onset of right lower extremity radicular symptoms in sitting, standing, and kneeling Position Tolerance testing.



**Overall Level of Work: Sedentary** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exist up to 1/3 or the time) and/or a negligible amount of force frequently (Frequently: activity or condition exist from 1/3 to 2/3 or the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may invoke walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

## V-0899

**Self Limiting Behavior:** Self-limiting behavior means that the patient stopped the task before a maximum effort was reached and typically is caused by either: 1) psychosocial issues such as fear of reinjury, pain, anxiety, depression and/or 2) attempts to manipulate test results. Although it is difficult to determine the causes of self-limiting behavior, our research indicates that motivated patients self-limit on no more than 20% of test items. If the patient's self-limiting exceeds 20%, then psychosocial and/or motivational factors are affecting test results. The patient's reason(s) for self-limiting behavior was/were pain, upper quarter weakness, poor trunk control, onset of posterolateral arm pain, weakness of right leg, set of right lower extremity radicular symptoms, onset of right foot ch sharp pain, progressive increase in headache symptoms.



[1] Lechner DE, et al. *Journal of Occupational Medicine.* September 1994 Volume 36, No. 9: pages 997-1004.

Copyright The UAB Research Foundation 1993.   All rights reserved.

FCE/PT Summary
Valenote, Daniela

V-0900

## MOTIVATION INVESTIGATION TRIGGERS

- Self Limiting < 20% of tasks = Within normal limits for motivated client
- **Self-Limiting 21% to 33% of tasks = Exceeds normal limits for motivated client**
- Self-Limiting > 33% of tasks = Significantly exceeds normal limits for motivated client

## JOB MATCH

The client's job match was based on a job demand description provided by both the employer and the client.



**Percent Tasks Matching Job Demands**

54%    46%

☐ No Match
■ Job Demands Match

**V-0901**



Unable= <1    Sedentary=10-1    Light=20-11    Medium=50-21    Heavy=100-51    V. Heavy: >100



0%=Never    1%-33%=Occasionally    34%-66%=Frequently    67%-100%=Constantly



0%=Never    1%-33%=Occasionally    34%-66%=Frequently    67%-100%=Constantly



Ergo Science

## TASKS PERFORMANCE

| Activity | Patient Abilities* | Job Demand Employer | Job Demand Patient | Match Employer | Match Patient |
|---|---|---|---|---|---|
| Floor to waist lift | 6 lb. | 10 lb. | 10 lb. | No | No |
| Waist to eye level lift | 4 lb. | 5 lb. | 5 lb. | No | No |
| Two handed carrying | 5 lb. | 20 lb. | 20 lb. | No | No |
| One handed carrying | L6  R0 lb. | 20 lb. | 20 lb. | No | No |
| Pushing | 5 lb.** | 5 lb.** | 5 lb.** | Yes | Yes |
| Pulling | 0 lb.** | 5 lb.** | 5 lb.** | No | No |
| Sitting | Occasionally | Constantly | Constantly | No | No |
| Standing | Occasionally | Occasionally | Occasionally | Yes | Yes |
| Work arms over head-standing | Constantly | Occasionally | Occasionally | Yes | Yes |
| Work bent over-standing/stooping | N.T. | Occasionally | Occasionally | | |
| Work kneeling | Occasionally | Frequently | Frequently | No | No |
| Work bent over-sitting | Never | Constantly | Constantly | No | No |
| Work squatting/crouching | N.T. | Occasionally | Occasionally | | |
| Work arms over head-supine | N.T. | Never | Never | | |
| Climbing stairs | Occasionally | Occasionally | Occasionally | Yes | Yes |
| Repetitive squatting | Occasionally | Never | Never | Yes | Yes |
| Walking | N.T. | Frequently | Frequently | | |
| Crawling | N.T. | Occasionally | Occasionally | | |
| Climbing a ladder | N.T. | Occasionally | Occasionally | | |
| Repetitive trunk rotation-sitting | N.T. | Constantly | Constantly | | |
| Repetitive trunk rotation-standing | N.T. | Occasionally | Occasionally | | |
| Balance on level surfaces | N.T. | | | | |
| Balance on uneven surfaces | N.T. | | | | |
| Balance on ladder | N.T. | | | | |
| Balance on beam/scaffold | N.T. | | | | |
| Manual Dexterity | N.T. | | | | |
| Finger Dexterity | N.T. | | | | |
| Grip Strength | L50  R35 lb. | | | | |

Note: N.T. indicates this task was not tested.

\* The Dictionary of Occupational Titles (D.O.T.) defines Occasionally as up to 1/3 of the day, Frequently 1/3 to 2/3 of the day, and Constantly as 2/3 to the full day. The weights reported above are for the Occasional category. The following algorithms, derived from unpublished research, are used by the D.O.T. to extrapolate Frequent or Constant lifting from Occasional lifting: Frequent lifting equals 50% (1/2) of Occasional and Constant lifting equals 20% (1/5) of Occasional. PLEASE NOTE: the D.O.T. extrapolations from Occasional to Frequent and Constant lifting were not studied in the research validating the Physical Work Performance Evaluation. The D.O.T. reports finger and manual dexterity scores as an aptitude. The aptitude scores translate as follows: 1 (90-100 percentile score), 2 (67-89 percentile score), 3 (34-66 percentile score), 4 (11-33 percentile score), 5 (0-10 percentile score).

\*\* Pounds of force is the amount of force the client exerted during the pushing and pulling tasks. If your client is required to push or pull for any work activities, the force required for the job task should be measured with a force gauge and compared to the abilities documented above.

## V-0903

## INTERPRETATION / CONCLUSION

...iela's current level of physical capacity does not match up with the provided Job Description.

Client's major areas of dysfunction are:

- Impaired Dynamic Trunk Strength/Stabilization which appeared to have limited her material handling capacities.
- Impaired Position Tolerance especially in sitting, sitting with lowered work and kneeling.
- Poor Endurance.
- Pain/dysfunction in multiple areas of her body.

The client was unable to perform either Fine Motor/Finger or Manual Dexterity testing today because the test was stopped prior to the testing of this area. It is in my opinion that further dexterity testing should be performed at another date, including the *Purdue Pegboard Test*, and the *Minnesota Dexterity Test*, although these test result will have no direct affect on the currently measured *Tolerance for the 8-Hour Day, Overall Level of Work, or Task Performance* results.

## RECOMMENDATIONS

Recommendations for Future Care:

- Continuation of Pain Management treatments.
- Participation in a Comprehensive Trunk Stabilization Program, or a Comprehensive Functional Restoration Program (FRP) that would also incorporate trunk stabilization training.
- If Daniela is able to return to work in the future, either at modified duty, at another type of work, or following an FRP, she would also benefit from a formal Ergonomic Work Site Assessment at that time which takes into account the limitations found during this test or a future similar test.
- Patient may also benefit from further Psychological testing and/or interventions.

Evaluator: Chad Ross DPT, CSCS
Phone:    907-279-4266

**V-0904**

**ErgoScience**

## PHYSICAL WORK PERFORMANCE EVALUATION
## JOB DESCRIPTION FORM

'ient's name: _Daniela Valente_          SS#: _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_

Company name: _FIM ARCHITECTS (former employer)_   Job Title: _Architect_

Job description provided by: _Daniela /_

| Job Activity | EMPLOYER REPORT | PATIENT REPORT | AGREE? Y/N | Description |
|---|---|---|---|---|
| Floor to Waist Lift | lbs | 1-10 lbs | | vertical ht = _____ equipment: books, files, construction |
| Waist to Eye Lift | lbs | 1-5 lbs | | vertical ht = _____ equipment: reference manuals on library she |
| Bilateral Carry | lbs | 15-20 lbs | | distance = 1/2 mile equipment: reference manuals & |
| Unilateral Carry | lbs | 20+ lbs | | distance = 1 mile + equipment: luggage, project materials |
| Pushing | lbs | 5 lbs | | distance = _____ equipment: force it takes to open |
| Pulling | lbs | 5 lbs | | distance = _____ equipment: & close doors |
| Sitting | | Constant | | |
| Standing | | Occas. | | |
| Over Head-Std | | Occas. | | office library, supplies & sample materials |
| Low Work-Std | | Occas. | | |
| Kneeling | | Frequent | | |
| Low Work-Sit | | Constant | | |
| Squat | | Occas. | | |
| Over Head-Sup | | Never | | Rarely we may have to crawl thru a space & |
| Climbing Stairs | | Occas. | | |
| Rep Squatting | | Never | | |
| Walking | | Frequent | | |
| Crawling | | Occas. | | Knee pads? y (n) Surface: can be hard floor or dirt |
| Ladder Climbing | | Occas. | | (Vertical) (Inclined) Max step height = varies but approx 12 |
| Rep Tr Rot-Std | | Occas. | | |
| Rep Tr Rot-Sit | | Constant | | |
| Manual Dexterity | na | na | | |
| Finger Dexterity | na | na | | |
| | | | | |
| | | | | **V-0905** |
| | | | | |
| | | | | |

Signature: _[signature]_          Date: _11/18/03_

portege\winword\ergoform\jobdesct.wrk

Copyright ErgoScience, 2000.
All rights reserved.

Constant = 67-100%   Frequent = 34-66%   Occasionally = 1-33%   Never = 0%
Std = standing   Supine = sup on back

→ samples, supplies stored under desk

—→ sample materials & specifications
→ large "stick" files carried through airports & towns on business trips.

→ lie on back to view a problem on a construction site.

**V-0906**

Amy,
these items were discussed w/ Matt Vogel, my former
Project Manager who is an architect and Principle
with RIM Architects. He is willing to verify these
items over the phone, 258-7777.

Sincerely, David Abbott

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
907-622-1009

October 6, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:        870308078357
Employer:     Rim Architects

## JOB DESCRIPTION FOR AN ARCHITECT

In my experience as an Intern Architect, my duties have included:

- The hours for an Architect can vary from 8-24 hours per day depending on workload and deadlines.
  1. October 2002 I worked 8-17 hours per day.
  2. November 2002 I worked 8-11 hours per day.
  3. The following was taken from the U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook, **http://stats.bls.gov/**

*Architects may occasionally be under stress, working nights and weekends to meet deadlines. In 2000, almost half of all architects worked more than 40 hours a week, in contrast to about 1 in 4 workers in all occupations combined.*

  4. Part time employment (i.e. 4 or more hours/day) is virtually unheard of within the Architecture Profession. As a Project Architect the duties require constant management of a Project Team and Professional Consultants. This position makes it difficult to work part-time.

- Sitting for long hours at a desk, includes:
  1. Manual sketching over a flat surface.
  2. Drafting on the computer
  3. Leaning over the desk to draw – looking down 4-6 hours/day
  4. Twisting while drafting – looking from the computer to your side desk for reference on printed drawings.
  5. Bending
  6. Numerous Project related telephone calls.

**V-0907**

JOB DESCRIPTION FOR AN ARCHITECT                                                    2
October 6, 2003

7. Going back and forth from the desk to printers, fax machine and copier numerous times a day.
8. Building scale models from drawings – requires use of an x-acto blade and constant leaning over the model while it's being built.

- Carrying reference manuals from the materials library and old drawing documents which can weigh 3-20 lbs. used for reference when researching precedent or working on an existing building)

- Meetings – sometimes requiring travel by car or plane
  1. During every phase of a project an Architect is on call for meetings both in and out of the office.

  2. Meetings can last from twenty minutes to numerous days.
  3. Meetings often require carrying heavy project documents and reference manuals.

Fieldwork/ Field Supervision is an essential part of the job even though the majority of our work is done in the office. Fieldwork includes:

- Business travel – includes carrying luggage and project documents combined can weigh in excess of 20 lbs.
  1. I have been flown to Louisville, KY and back to Alaska in less than 2 days for a 2-hour meeting.
  2. I have taken weekly flights to Kenai, AK to monitor a project under construction for 2 months.
  3. I have driven to a job site weekly for meetings 3+ months for design and construction.
  4. Drive back & forth from the office to multiple meetings weekly.

- Site visits on undeveloped land – walking on uneven ground

- Site visits to existing buildings for assessment of existing conditions can take hours and include:
  1. Carrying documents and camera
  2. Bending
  3. Climbing
  4. Crawling
  5. Walking
  6. Standing

- On-site inspection and review can last hours during the construction phase:
  1. Carrying documents and camera
  2. Walking on uneven ground
  3. Climbing ladders, scaffolding and unfinished stairs
  4. Crawling

**V-0908**

JOB DESCRIPTION FOR AN ARCHITECT                                               3
October 6, 2003

     5. Bending
     6. Standing

The job description for an Intern Architect is the same as for an Architect. The difference is an Intern has not completed the Internship Development Program and/or Architect Registration Exam. I have completed IDP and am in the process of completing the A.R.E.

Please include this supplement to the Long Term Disability Employer Statement dated by RIM Architects of June 12, 2003. I have reviewed this supplement with Matt Vogel, Architect and Principal with RIM Architects, and he takes no exceptions to the items listed. At Matt's request please contact him at 907-258-7777 to verify these items. If I can provide further clarification to the above, please give me a call at home, 907-622-1009.


Sincerely,

Daniela C. Valenote


Cc: Matthew Vogel
    Dr. Susan Anderson, M.D.
    Amy Azevedo, PT


**V-0909**

**advanced** pain **therapeutics** of **alaska**    PATIENT HISTORY FORM    *Eagle River —*

Patient Name DANIELA VALENTE Age 34 Date of Birth 2-17-69 Today's Date 7-31-03

1° Referring Physician DR. SUSAN ANDERSON    2° Referring Physician _____ Occupation ARCHITECT

1. What are your primary symptoms for which you are being seen in physical therapy? HIP, SI JOINT, LOW BACK & LEG PAIN   SECONDARY — SHOULDER, ARMS & HANDS

2. When and how did this problem begin? SUDDENLY, EXCRUCIATING PAIN IN NOV. '02 — HOWEVER NOTICED PAIN IN R. LEG WHILE SKATE SKIING NOT SURE IF IT'S RELATED

3. Is the cause of this condition work related? YES ~~NO~~    Is there an open work comp claim? YES (NO)
*incut* *let travel* Jill — Walsk    POSSIBLY — *backwards* *@* *sideways* *Lucy* *sharp* *carry lifting & also*
*x3 hrs*
*hip* 4. What treatments have you had for this condition? (Please include dates and whether or not the treatments helped)
*pelvis* P.T. W/ HEALTHSOUTH (INCLUDING POOL), P.T. W/ UNITED, P.T. W/ CHIRO, ALL SINCE DEC. ONLY MASSAGE, ACUPUNCTURE & CHIRO   THE PHYSICAL THERAPY PLACE, MASSAGE THERAPY, ACUPUNCTURE,

5. What medications are you taking? SINGULAR, ZYRTEC, NEXIUM, GABITRIL, PAMELOR, ZOVIA

6. What type of diagnostic testing have you had? (Circle)   X rays (MRI) CT Scan (Lab Tests) (EMG) (Bone Scan)
*L5 S. protrude*   *C3-4*

7. Please check if you have any of the following:

X *K "NO LONGER HAVE"* Heart Disease/High Blood Pressure    ___ Pacemaker    ___ Previous Surgeries
X Tendency to Bleed/Bruise Easily    ___ Diabetes    X Arthritis or Rheumatism
___ Metal Implants (Joint Replacement)    ___ Cancer    ___ Lyme's Disease
___ Pregnancy    ___ Latex Sensitivity    ___ Other

8. Please list 3 activities you are unable to do or have difficulty doing because of the problem stated in question #1.
*or on?* *N* *am*
*- am* *bed* *- get up 3 hrs* *get angry* *w N*

1. WALK MY DOGS
2. TAKE CARE OF MY PLANTS
3. SIT THROUGH A MOVIE    **V-0910**

9. Please rate your pain from 0-10 (0= No Pain, 10 = Emergency Room Pain):

Least Pain Rating 5    Occurs During THE MIDDLE OF DAY, LIKE I'VE "WARMED-UP"

Most Pain Rating 9    Occurs During AFTER PHYSICAL ACTIVITY

10. Do you exercise on a regular basis? (YES) NO If so, what type of exercise? _____
I TRY TO ~~STRETCH~~ DAILY, SOME DAYS IT'S JUST TOO PAINFUL

Page 2 of 2
Patient Name DANIELA VALENOTE    Date of Birth 2/17/69



Right    Left    Left    Right    Left Side    Right Side

ONLY
ON →
OCCASSION

11.  Please indicate as specific as you can on the body chart where you experience your symptoms.

12.  Please check the following symptoms or activities that increase your symptoms.

   X Sit    X Stand    X Rise from chair  X Overhead reach  X Walk (DEPENDS ON
   X Bend:    X Backward    ___ Forward    X Sleeping    GRADE &
                                                  ___ Constant  DISTANCE)
   X Rolling in bed    X Cooking (SOMETIMES)

13.  I feel best in the  AM (PM) (please circle).   I feel worst in the (AM) PM (please circle).

14.  Please describe your pain:

   ___ At rest    ___ Stays in one place  X Better with activity    X Worse with activity
                                          SOMETIMES         SOMETIMES
   ___ Occasional    ___ Sharp  X Throb    ___ Pins/Needles    X Ache
   X Tingling    ___ Pain moves around    ___ Giving way
    (IN FEET)
  — BURNS R. HIP, SI & GROIN

Therapist Name (Print) Amy Hay    Therapist Signature Amy Hay PT

V-0911

# advanced physical therapy of alaska

**Basic Functional Exam:**    Lumbar Spine (L/S)    Examiner: *Amy Hoy*    **aptak** PHYSICAL THERAPY

Patient Name: *Daniela Valenzela*    Date of Birth: *2-17-69*    Date of Service: *7/3/03*

| nspection | |
|---|---|

| Active Motions in Standing | Limitation | Pain Level | Location |
|---|---|---|---|
| 1 Forward Flexion | | (-) ± + ++ +++ | |
| 2 with cervical flexion (Neri) | | ↔ (↑) ↓ | Ramus N |
| 3 Extension | | - ± + ++ (+++) | midline LBP egion |
| 4 Left sidebend | | - ± + (++) +++ | (B) butt/ (at) thigh |
| 5 Right sidebend | | - (±) + ++ +++ | (R) butt/leg |

| Strength Tests in Standing | Strength | Pain Level | Location |
|---|---|---|---|
| 6 Unilateral Toe Raises | OK | N/H | |
| 7 Heel Walking | OK | N/H | |

| Neural Tests in Sitting | First Motion | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 8 Slump | DE + Knee Ext | Cervical Flexion | | Change in Pain | | |
| Left Distal Initiation | - ± (+) ++ +++ | - ± + ++ (+++) | (1) | ↔ ↑ (↓) | | |
| Right Distal Initiation | - ± (++) +++ | ± + ++ (+++) | (R)(1) @(2) | ↔ ↑ (↓) | | (R)@ |

| Slump | Cervical Flexion | DE + Knee Ext | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 9 Left Proximal Initiation | NT | - ± + ++ +++ | - ± + ++ +++ | | ↔ ↑ ↓ | |
| Right Proximal Initiation | | - ± (++ +++ | - ± + ++ +++ | | ↔ ↑ ↓ | |

| Passive Motions in Supine | Limitation | Pain Level | Location |
|---|---|---|---|
| p Flexion: Left | | (- ± + ++ +++ | |
| p Flexion: Right | | - ± + ++ +++ | |
| 11 Hip Internal Rotation: Left | N (R) butt | - ± (+) ++ +++ | |
| Hip Internal Rotation: Right | N (R) butt region | ± (++ +++ | |
| 12 Hip External Rotation: Left | N (R) butt | - ± (+) ++ +++ | |
| Hip External Rotation: Right | N (R) butt region | - ± + ++ +++ | |
| 13 SIJ Provocation Tests: Darsolateral | | - ± + (++ +++) | (R) PSIS |

| Resisted Testing (Ω): Supine | Strength | Pain Level | Location |
|---|---|---|---|
| 14 Ω Hip Flexion (L2,3) | OK | N/H | |
| 15 Ω Tibialis Anterior (L4) | | | |
| 16 Ω Great Toe Extension (L4,5) | | | |
| 17 Ω Peronei (L4,5,S1) | ↓ | ↓ | |

| Refex Testing: | | | |
|---|---|---|---|
| 18 Patellar Refex (L4,5) | OK | N/L | |
| 19 Babinski (Foot sole reflex) | ↓ | ↓ | |
| 20 Sensory Testing: | | | |
| Light Touch | Left | (↔) ↑ ↓ | L3 L4 L5 S1 S2 |
| Light Touch | Right | (↔) ↑ ↓ | L3 L4 L5 S1 S2 |
| Pin Prick | Left | (↔) ↑ ↓ | L3 L4 L5 S1 S2 |
| Pin Prick | Right | (↔) ↑ ↓ | L3 L4 L5 S1 S2 |

PT Name: *Amy Hoy*    PT Signature: *Amy Hoy*

© 2003

**V-0912**

# advanced physical therapy of alaska

**Basic Functional Exam:**   Lumbar Spine (L/S)     Patient Name: _Daniela Valenta_   Date of Birth: 2-17-69

| | Neural Tests in Supine | First Motion | Location | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|---|---|
| 21 | Straight Leg Raise | DE + Knee Ext | | Cervical Flexion | | Change in pain | | |
| | Right Distal Initiation | - ± + (++) +++ | | - ± + (++) +++ | R LE PLB | ↔ ↑ (↓) | | |
| | Left Distal Initiation | - ± +(++)+++ | | - ± + (++) +++ | LB (BPSS) | ↔ ↑ (↓) | | |
| | Straight Leg Raise | Cervical Flexion | | DE + Knee Ext | | | | |
| | Right Proximal Initiation ⌐↑↑ | - ± + ++ +++ | | - ± + ++ +++ | | | ↔ ↑ ↓ | |
| | Left Proximal Initiation ↓ | - ± + ++ +++ | | - ± + ++ +++ | | | ↔ ↑ ↓ | |

| | Neural Tests in Sidelying | First Motion | Location | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|---|---|
| 22 | Femoral Nerve Stretch (L3) ⌐↑↑ | Cervical Flexion | | Hip Extension | | Change in pain | | |
| | Right | - ± + ++ +++ | | - ± + ++ +++ | | | ↔ ↑ ↓ | |
| | Left | - ± + ++ +++ | | - ± + ++ +++ | | | ↔ ↑ ↓ | |

| | Resisted Testing (Ω): Prone | Strength | | Pain Level | Location |
|---|---|---|---|---|---|
| 23 | Ω Knee Extension (L3,4) | ⍉L | ⍉L Nↄ | | |
| 24 | Ω Knee Flexion(S1,2) | | Ⴎ Nↄ | | |
| 25 | Ω Gluteus Maximus (S1,2) | ↓ | Ⴎy Nↄↄ | | |

| | Reflexes in Prone | | | | |
|---|---|---|---|---|---|
| 26 | Achilles Tendon (L5,S1,2) | L | R | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | Spring Testing: | T 10    T11    T12    L1    L2    L3    L4    L5 | | | | | | |

| | Extra Tests: | L | R | Pain Level | Location |
|---|---|---|---|---|---|
| 28 | Kemp Test (when LE Sx) | L | R | - ± + ++ +++ | |
| 29 | Valsalva Test | | | - ± + ++ (+++) | |
| 30 | | | | - ± + ++ +++ | |
| 31 | | | | - ± + ++ +++ | |

**Assessment:**

| | | Based On #(s): |
|---|---|---|
| 1° Pain Generators | | |
| 2° Pain Generators | | |
| Local Joint Dysfunctions | | |
| Neurological Signs | | |

PT Name: _Amy Hay_     PT Signature: _Amy Hay_

**Symbol Key:**

| | | | |
|---|---|---|---|
| √ = Not limited or Painful | ↖ = Left Rotation | E 0-33  = Soft Endfeel | WNL = Within Normal Limits |
| ± = Very Minimal | ↗ = Right Rotation | E 34-66 = Firm Endfeel | CVJ = Costovertebal Joint |
| + = Minimal | ← = Left Sidebend | E 67-100 = Hard Endfeel | CTJt = Costotransverse Joint |
| ++ = Moderate | → = Right Sidebend | TXN = Traction | CTJ = Cervicothoracic Junction |
| +++ = Severe | ↑ = Flexion | JSM = Joint Specific Mobilization | ZAJ = Zygopophyseal (Facet) Joint |
| Ω = Resisted | ↓ = Extension | STM = Soft Tissue Mobilization | UVJ = Uncovertebal Joint |
| F = Force | ↔ = Hypomobile | LDM = Lymph Drainage Massage | IDD = Internal Disc Disruption |
| E = Endfeel | ↦ = Hypermobile | NMR = Neuromuscular ReEducation | pp = Preposition |
| Tx = Treatment | ∧ = Pain | PCT = NMR = SMR = Sensorimotor ReEducation | TS = Trunk Stabization |

V-0913

# Advanced Pain Therapeutics of Alaska



**Basic Functional Exam:**                Hip                    Examiner: _Amy Hay_

Patient Name: _Daniela Chlouote_        Date of Birth: _2-17-69_    Date of Service: _7/31/03_

| Inspection/Palpation | | | |
|---|---|---|---|
| | | | |

| Active Motions in Standing | Limitation | Pain Level | Location |
|---|---|---|---|
| 1 Forward Flexion | | - ± + ++ +++ | |
| 2 with cervical flexion (Neri) | | ↔ ↑ ↓ | |
| 3 Extension | | - ± + ++ +++ | |
| 4 Right sidebend | | - ± + ++ +++ | |
| 5 Left sidebend | | - ± + ++ +++ | |
| 6 Trendelenberg | L    R | - ± + ++ +++ | |

| 7 Sacroiliac Joint Provocation | Limitation | Pain Level | Location |
|---|---|---|---|
| SIJ Provocation Tests: Dorsolateral | | - ± + ++ +++ | |

| Dural Tests in Supine | First Motion | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 8 Straight Leg Raise | DE + Hip Flexion | Cervical Flexion | | Change in Pain | | |
| Right Distal Initiation | | - ± + ++ +++ | | ↔ ↑ ↓ | ↔ ↑ ↓ | |
| Left  Distal Initiation | - ± + ++ +++ | - ± + ++ +++ | | ↔ ↑ ↓ | ↔ ↑ ↓ | |

| Passive Motions in Supine | Limitation | Pain Level | Location |
|---|---|---|---|
| 9 Hip Flexion: Left | | - ± + ++ +++ | |
| 10 Hip Flexion: Right | | - ± + ++ +++ | |
| 11 Hip Internal Rotatation:  Left | | - ± + ++ +++ | |
|    Hip Internal Rotatation:  Right | | - ± + ++ +++ | |
|    Hip External Rotation:  Left | | - ± + ++ +++ | |
| 14 Hip External Rotation:   Right | | - ± + ++ +++ | |
| 15 Hip Abduction        Knee Extenteded | L    R | - ± + ++ +++ | |
| 16 Hip Abduction        Knee Flexed | L    R | - ± + ++ +++ | |
| 17 Hip Adduction | L    R | - ± + ++ +++ | |

| Resisted Testing (Ω): Supine | Strength | Pain Level | Location |
|---|---|---|---|
| 18 Ω Hip Flexion | | - ± + ++ +++ | |
| 19 Ω Hip Adduction        in 0° | L | - ± + ++ +++ | |
| 20 Ω Hip Adduction        in 45° | L | - ± + ++ +++ | |
| 21 Ω Hip Adduction        in 90° | | - ± + ++ +++ | |
| 22 Ω Hip Abduction | | - ± + ++ +++ | |

| Passive Motions in Prone | Limitation | Pain Level | Location |
|---|---|---|---|
| 23 Hip Extenstion | | - ± + ++ +++ | |
| 24 Bilateral Internal Rotation | | - ± + ++ +++ | |

| Resisted Testing (Ω): Prone | Strength | Pain Level | Location |
|---|---|---|---|
| 25 Ω Hip Extension | | - ± + ++ +++ | |
| 26 Ω Hip Internal Rotation | R | - ± + ++ +++ | |
| 27 Ω Hip External Roation | R | - ± + ++ +++ | |
| 28 Ω Knee Extensin | R | - ± + ++ +++ | |
| 29 Ω Knee Flexion | | - ± + ++ +++ | |

| Inspection/Palpation | |
|---|---|
| | |

PT Name: _Amy Hay_ _____   PT Signature: _Amy Hay_

© APTAK/EA 2002

# Advanced Pain Therapeutics of Alaska

**Extra Tests:**

| ...ral Tests in Sidelying | First Motion | Location | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|---|
| ...oral Nerve Stretch (L3) | Cervical Flexion | | Hip Extension | | Change in Pain | | |
| Right | - ± + ++ +++ | | - ± + ++ +++ | | ↔ ↑ ↓ | | |
| Left | - ± + ++ +++ | | - ± + ++ +++ | | ↔ ↑ ↓ | | |

|  | | Performance | Pain Level | Location | | | |
|---|---|---|---|---|---|---|---|
| 31 | Ostgaard | 90°, Hip Flexion, Axial compression 1 m | - ± + ++ +++ | (R) (L) groin, PSIS | | | |
| 32 | Circumduction Test | Full Hip Flexion, Adduction Lat to Med | - ± + ++ +++ | | | | |
| 33 | Labrum Test Axial Over Pressure | Hip Flexion, Adduction, and IR | - ± + ++ +++ | | | | |
| 34 | Labrum Test IR   Over Pressure | Hip Flexion, Adduction, and IR | - ± + ++ +++ | | | | |
| 35 | Iliopectineal Bursa Test | Hip Flexion, Adduction, and ER | - ± + ++ +++ | | | | |
| 36 | Gluteal Bursa Test | Hip Flexion, Adduction, and IR or ER | - ± + ++ +++ | | Pelvic Ring Stability Tes | | Location |
| 37 | Active Straight Leg Raise Left | Active Hip Flexion with Knee Extension | - ± + ++ +++ | | with SI Belt | ↔ ↑ ↓ | |
| 38 | Active Straight Leg Raise Right | Active Hip Flexion with Knee Extension | - ± + (+++) | groin PSIS | with SI Belt | ↔ ↑ (↓) | |
| 39 | Resisted Adduction in 45o | Ω Hip Adduction with hips at 45° | - ± + ++ (+++) | | with SI Belt | ↔ ↑ (↓) | |
| 40 | Fulcrum Test | For Stress Fx: Fulcrum Force to Femur | - ± + ++ +++ | | | | |
| 41 | Resisted Abdominals | Resisted Trunk Flexion from Supine | - ± + ++ +++ | | | | |

**Assessment:**

| | |
|---|---|
| 1° Pain Generators | ① (R)SIJ > (L)SIJ ② pubic symphysis | Based On #(s): | |
| 2° Pain Generators | ③ L3-4 ₹ L5-S1 disc pain | Based On #(s): | |
| ...al Joint Dysfunctions | | Based On #(s): | |

PT Name: _Amy Hay_     PT Signature: _Amy Hay PT_

**Symbol Key:**

| | | | | | |
|---|---|---|---|---|---|
| √ = Not limited or Painfu | ↱ = Left Rotation | E 0-33 = Soft Endfeel | | WNL = Within Normal Limits | |
| ± = Very Minimal | ↰ = Right Rotation | E 34-66 = Firm Endfeel | | CFJ = Coxafemoral Joint (Hip) | |
| + = Minimal | ← = Left Sidebend | E 67-100 = Hard Endfeel | | PR = Pelvic Ring | |
| ++ = Moderate | → = Right Sidebend | TXN = Traction | | HS = Hamstring Syndrome | |
| +++ = Severe | ↑ = Flexion | JSM = Joint Specific Mobilization | | TB = Trochanteric Bursitis | |
| Ω = Resisted | ↓ = Extension | STM = Soft Tissue Mobilization | | GB = Gluteal Bursitis | |
| F = Force | ←⊢ = Hypomobile | LDM = Lymph Drainage Massage | | PS = Piriformis Syndrome | |
| E = Endfeel | ⊢→ = Hypermobile | NMR = Neuromuscular ReEducation | | CP = Capsular Pattern | |
| Tx = Treatment | Ⳣ = Pain | PCT = NMR = SMR = Sensorimotor ReEducation TF = Transverse Friction | | | |

**V-0915**

advanced physical therapy of alaska

**Basic Functional Exam:**   General Cervical Spine   Examiner: _____ incapac...

Patient Name: Daniela Velanote   Date of Birth: 2/17/69   Date of Service: 7/29/04, 10/10—

aptak



**Inspection** → 5/10   1, 2, 4.

| Active Motions | Limitation | Pain Level | Location |
|---|---|---|---|
| 1 Flexion | | - ± + ++ +++ | 1 |
| 2 Extension | | - ± + ++ +++ | 2 |
| 3 Extension with Chin Tuck | | - ± + ++ +++ | 2,5 |
| 4 Right Axial Rotation | | - ± + ++ +++ | |
| 5 Left Axial Rotation | | - ± + ++ +++ | |
| 6 Right Sidebend | | - ± + ++ +++ | 6,3 |
| 7 Left Sidebend | | - ± + ++ +++ | 6→head |
| 8 Active Bilateral Arm Elevation | | - ± + ++ +++ | 1,7 |

| Resisted Testing (Ω) | Strength | Pain Level | Location |
|---|---|---|---|
| 15 Ω Flexion (C1,2) | 5 | - ± + ++ +++ | 3 |
| 16 Ω Extension (C1,2) | 4 | - ± + ++ +++ | 3 |
| 17 Ω Rotation (C1,2) | L R | - ± + ++ +++ | |
| 18 Ω Sidebend (C1,2) | Ω | - ± + ++ +++ | 4 |
| 19 Ω Shoulder Girdle Elevation (C2,3,4) | L R | - ± + ++ +++ | |
| 20 Ω Shoulder Abduction (C5) | L R | - ± + ++ +++ | |
| 21 Ω Shoulder Adduction (C7) | L 4R | - ± + ++ +++ | 6, |
| 22 Ω Shoulder Internal Rotation (C5,6) | L R | - ± + ++ +++ | |
| 23 Ω Shoulder External Rotation (C5,6) | L R | - ± + ++ +++ | |
| Elbow Flexion (C5,6) | L R | - ± + ++ +++ | |
| Elbow Extension (C7) | L R | - ± + ++ +++ | |
| 26 Ω Wrist Extension (C8) | L R | - ± + ++ +++ | |
| 27 Ω Wrist Flexion (C7) | L R | - ± + ++ +++ | |
| 28 Ω Thumb Extension (C8) | L 4R | - ± + ++ +++ | |
| 29 Ω Little Finger Adduction (T1) | L R | - ± + ++ +++ | |

| Sensory Testing | L | R | Light Touch | Pin Prick |
|---|---|---|---|---|
| 30 Upper Trapezius (C4) | L | R | ↔ ↑ ↓ | ↔ ↑ ↓ |
| 31 Deltoid (C5) | L | R | ↔ ↑ ↓ | ↔ ↑ ↓ |
| 32 Thumb (C6) | L | R | ↔ ↑ ↓ | ↔ ↑ ↓ |
| 33 Middle Finger (C7) | L | R | ↔ ↑ ↓ | ↔ ↑ ↓ |
| 34 Little Finger (C8) | L | R | ↔ ↑ ↓ | ↔ ↑ ↓ |
| 35 Medial Forearm (T1) | L | R | ↔ ↑ ↓ | ↔ ↑ ↓ |
| 36 Medial Upper Arm (T2) | L | R | ↔ ↑ ↓ | ↔ ↑ ↓ |

| Reflexes | L | R | Reflex | Comment |
|---|---|---|---|---|
| 37 Scapulohumeral (Shimitsu) (C0-C4) | L | R | - + | |
| 38 Biceps (C5,6) | L | R | ↔ ↓ | |
| 39 Brachioradialis (C5) | L | R | ↔ ↓ | |
| 40 Triceps (C7) | L | R | ↔ ↓ | |
| 41 Achilles Tendon (L5,S1,2) | L | R | ↔ ↓ | |
| 42 Patellar Tendon | L | R | ↔ ↓ | |
| 43 Foot Sole Reflex (Babinski) | L | R | - + | |

© 2003

Hoffman ? ⊕ on R.
Clonus (-).

V-0916

# advanced physical therapy of alaska

VALENOTE, DANIELA
3.- 2/17/69

Spine (L/S)

Examiner: _Carl Moss_

Date of Service: 2/17/69



aptak
PHYSICAL THERAPY

| Inspection | |
|---|---|

| Active Motions in Standing | Limitation | Pain Level | Location |
|---|---|---|---|
| 1 Forward Flexion | | - ± + ⊕ +++ | |
| 2 with cervical flexion (Neri) | | - ± ↑ ↓ | |
| 3 Extension | | - ± + ++⊕+++ | w/ cerv flp |
| 4 Left sidebend | | -⊕+ ++ | |
| 5 Right sidebend | ⊖+++ | - ± + ++⊕++ | 1,2,3 |

| Strength Tests in Standing | Strength | Pain Level | Location |
|---|---|---|---|
| 6 Unilateral Toe Raises | L | | |
| 7 Heel Walking | L    R | | |

| Neural Tests in Sitting | First Motion | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 8 Slump | DE + Knee Ext | Cervical Flexion | | Change in Pain | | |
| Left Distal Initiation | - ± + ++ +++ | - ± + ++ +++ | | ↔ ↑ ↓ | | |
| Right Distal Initiation | - ± + ++ +++ | - ± + ++ +++ | | ↔ ↑ ↓ | | |

| Slump | Cervical Flexion | DE + Knee Ext | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|
| 9 Left Proximal Initiation | - ± + ++ +++ | - ± + ++ +++ | | ↔ ↑ ↓ | | |
| Right Proximal Initiation | - ± + ++ +++ | - ± + ++ +++ | | ↔ ↑ ↓ | | |

| Passive Motions in Supine | Limitation | Pain Level | Location |
|---|---|---|---|
| Hip Flexion: Left | | - ± + ++ +++ | |
| 11 Hip Flexion: Right | | - ± + ++⊕+++ | 4 |
| Hip Internal Rotation: Left | | - ± + ++ +++ | |
| Hip Internal Rotation: Right | | - ± + ++ +⊕ | 4 sharp pain |
| 12 Hip External Rotation: Left | | - ± + ++ +++ | |
| Hip External Rotation: Right | | - ± + ⊕ +++ | 5 |
| 13 SIJ Provocation Tests: Dorsolateral | | - ± + ++⊕+++ | 7 |

| Resisted Testing (Ω): Supine | Strength | Pain Level | Location |
|---|---|---|---|
| 14 Ω Hip Flexion (L2,3) | L    R | | |
| 15 Ω Tibialis Anterior (L4) | L    R | | |
| 16 Ω Great Toe Extension (L4,5) | L    R | | |
| 17 Ω Peronei (L4,5,S1) | L    R | | |

| Reflex Testing: | | | |
|---|---|---|---|
| 18 Patellar Reflex (L4,5) | ++    ++ | | |
| 19 Babinski (Foot sole reflex) | ─ L    ─ R | | |
| 20 Sensory Testing: | ⊕ clonus ℞ | | |
| Light Touch | Left | ↔ ↑ ↓ | L3 L4 L5 S1 S2 |
| Light Touch | Right | ↔ ↑ ⊙ | L3 L4 L5 S1 S2 |
| Pin Prick | Left | ↔ ↑ ↓ | L3 L4 L5 S1 S2 |
| Pin Prick | Right | ↔ ↑ ⊙ | L3 L4 L5 S1 S2 |

PT Name: _____

PT Signature: _Carl Moss_

**V-0917**

CD 2003

occ. ↓

hip abduction test
2 S 8/10 in ℞
groin
c/o genital ↓s,
↔ c penetration
hx of constipation

hx of fall on coccyx @ age 20.
- Now has difficulty w/ walking 2°

VALENOTE, DANIELA
D.O.B.- 2/17/69



Lumbar Spine (L/S)    Patient Name:    Date of Birth:

| Neural Tests in Supine | First Motion | Location | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|---|
| Straight Leg Raise | DE + Knee Ext | | Cervical Flexion | | Change in Pain | | |
| Right Distal Initiation | - ± + ++ +++ | | - ± + ++ +++ | | | ↔ ↑ ↓ | |
| Left Distal Initiation | - ± + ++ +++ | | - ± + ++ +++ | | | ↔ ↑ ↓ | |
| Straight Leg Raise | Cervical Flexion | | DE + Knee Ext | | | | |
| Right Proximal Initiation | - ± + ++ +++ | | - ± + ++ +++ | | | ↔ ↑ ↓ | |
| Left Proximal Initiation | - ± + ++ +++ | | - ± + ++ +++ | | | ↔ ↑ ↓ | |

| Neural Tests in Sidelying | First Motion | Location | Second Motion | Location | Braggard | Neri | Location |
|---|---|---|---|---|---|---|---|
| 22 Femoral Nerve Stretch (L3) | Cervical Flexion | | Hip Extension | | Change in Pain | | |
| Right | - ± + ++ +++ | 7, 4, 6, | - ± + ++ +++ | same | | ↔ ↑ ↓ | strong |
| Left | - ± + ++ +++ | | - ± + ++ +++ | | | ↔ ↑ ↓ | |

| Resisted Testing (Ω): Prone | Strength | | Pain Level | Location |
|---|---|---|---|---|
| 23 Ω Knee Extension (L3,4) | L | R | | |
| 24 Ω Knee Flexion (S1,2) | L | R | | |
| 25 Ω Gluteus Maximus (S1,2) | L | 4 R | | |

| Reflexes in Prone | | | | |
|---|---|---|---|---|
| 26 Achilles Tendon (L5,S1,2) | ↑ L | ↑ R | | |

| 27 Spring Testing: | T 10 | T11 | T12 | (11) | (12) | L3 | L4 | L5 |
|---|---|---|---|---|---|---|---|---|

| Extra Tests: | L | R | Pain Level | Location |
|---|---|---|---|---|
| 28 Kemp Test (when LE Sx) | L | R | - ± + ++ +++ | |
| 29 Valsalva Test | | | - ± + ++ +++ | |
| 30 | | | - ± + ++ +++ | |
| | | | - ± + ++ +++ | |

| Assessment: | | |
|---|---|---|
| 1° Pain Generators | Obturator N, upper lumbar segments, pudendal N. hip labrum. | Based On #(s): |
| 2° Pain Generators | | Based On #(s): |
| Local Joint Dysfunctions | | Based On #(s): |
| Neurological Signs | ↓ sensation L5, S1 ⊘ clonus, hyperreflexive L3 | Based On #(s): |

PT Name: _____    PT Signature: _Gail Appt____

**Symbol Key:**

| | | | |
|---|---|---|---|
| √ = Not limited or Painful | ↖ = Left Rotation | E 0-33 = Soft Endfeel | WNL = Within Normal Limits |
| ± = Very Minimal | ↗ = Right Rotation | E 34-66 = Firm Endfeel | CVJ = Costovertebal Joint |
| + = Minimal | ← = Left Sidebend | E 67-100 = Hard Endfeel | CTJt = Costotransverse Joint |
| ++ = Moderate | → = Right Sidebend | TXN = Traction | CTJ = Cervicathoracic Junction |
| +++ = Severe | ↑ = Flexion | JSM = Joint Specific Mobilization | ZAJ = Zygapophyseal (Facet) Joint |
| Ω = Resisted | ↓ = Extension | STM = Soft Tissue Mobilization | UVJ = Uncovertebral Joint |
| F = Force | ⊢ = Hypomobile | LDM = Lymph Drainage Massage | IDD = Internal Disc Disruption |
| E = Endfeel | ⊣ = Hypermobile | NMR = Neuromuscular ReEducation | pp = Preposition |
| x = Treatment | /\/ = Pain | PCT = NMR = SMR = Sensorimotor ReEducation | TS = Trunk Stabization |

advanced physical therapy of alaska

aptak

Date of Birth: 2/17/69

**Basic Functional Exam:**  General Cervical Spine    Patient Name: Daniela Velarde

| Extra Tests: | Pain Level | | L | R | Location |
|---|---|---|---|---|---|
| 42 Foraminal Compression (Spurling) | - ± + ++ +++ | | | | |
| 43 Modified Foraminal Compression | - ± + ++ +++ | | | | |
| 44 Axial Separation Test | ↔ ↑ ↓ | | | | |
| 45 Alar Ligament Laxity Test | ○ + | | | | |
| 46 Transverse Ligament Laxity Test | ○ + | | | | |
| 47 Vertebral Artery Test | - + | | | | |

48 ~~Segmental Rating~~ C2-3 C3-4 C4-5 C5-6 w/ √ in all
49  (+) not ⊖ but 5, 6
50  Radial N. > Med, Ul N. ⊖
   Med > Rad, Ul N (R) stretch tests (+).

- ⇐ in 3 sec.
(+) Roos c̄ sx in 4th, 5th
  P & N @ wrist c̄
  heat.

(R) hand hx of
  feeling col

SCJ helfett test (+)
SCJ pressure causes
teeth to clean →

| Assessment: | | Based On #(s): | |
|---|---|---|---|
| 1° Pain Generators | Lower cervical / CTJ Discogenic, facet | Based On #(s): | |
| 2° Pain Generators | Ribs 1, 2 (R) | Based On #(s): | |
| Local Joint Dysfunctions | ⊢ (R) C2-3 → C5-6 ⊢ → (L). | Based On #(s): | |
| Neurological Signs | ↑ C4 sensation, (+) shinbg | Based On #(s): | |

PT Name: _____    PT Signature: Cecil Spicer

**Symbol Key:**

| | | | |
|---|---|---|---|
| √ = Not limited or Painful | = Left Rotation | E 0-33 = Soft Endfeel | WNL = Within Normal Limits |
| ± = Very Minimal | = Right Rotation | E 34-66 = Firm Endfeel | CVJ = Costovertebal Joint |
| + = Minimal | = Left Sidebend | E 67-100 = Hard Endfeel | CTJt = Costotransverse Joint |
| ++ = Moderate | = Right Sidebend | TXN = Traction | CTJ = Cervicothoracic Junction |
| +++ = Severe | = Flexion | JSM = Joint Specific Mobilization | ZAJ = Zygapophyseal (Facet) Joint |
| Ω = Resisted | = Extension | STM = Soft Tissue Mobilization | UVJ = Uncovertebral Joint |
| F = Force | = Hypomobile | LDM = Lymph Drainage Massage | IDD = Internal Disc Disruption |
| E = Endfeel | = Hypermobile | NMR = Neuromuscular ReEducation | pp = Preposition |
| Tx = Treatment | = Pain | PCT = NMR = SMR = Sensorimotor ReEducation | TS = Trunk Stabization |

OCD 2003

Advanced Pain Therapeutics of Alaska



**Physical Therapy** Plan of Care/Progress/Discharge Note

F VALENOTE, DANIELA

D C B - 2/17/69

1° Referring Physician: L Stinson, MD  G Roderer, MD  S Anderson, MD O (Polston, MD)

2° Referring Physician: _____

Treatment Frequency

| Objective Findings | Goal / Achieved Within | Date: 7/29/04. | Date: | Date: |
|---|---|---|---|---|
| VAS | Pain /10  Fxn /10 | Pain /10  Fxn /10 | Pain /10  Fxn /10 | Pain /10  Fxn /10 |
| Active/Passive ROM | N L motion | Cervical spine (4) Rot ↔ ++ (4) SB ↔ ++ (R) SB ↔ + | | |
| Positive Pain Provocation Tests | ↓ by 50-75% in 8-10 wks. | (4) Rot, (R) SB > (L) SB ++, Flex | | |
| Joint Dysfunction | NL c-sp motion | ext, chin tuck → +++. | | |
| Strength | NL strength. | C8 ↓ 4/5 | | |

**Functional Activities**

| | Goal / Achieved Within | Goal Met: Yes No Partially | Goal Met: Yes No Partially | Goal Met: Yes No Partially |
|---|---|---|---|---|
| Standing | | Y N P | Y N P | Y N P |
| Sitting | | Y N P | Y N P | Y N P |
| Walking | | Y N P | Y N P | Y N P |
| Driving | | Y N P | Y N P | Y N P |
| Lifting | | Y N P | Y N P | Y N P |
| Wod | 4hrs/day ~3mos. unable | Y N P | Y N P | Y N P |
| Sleeping | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |

**Assessment**

| Pain Generators | Cervical lower discogenic, CTJ discogenic, ScJ (R) | | |
|---|---|---|---|
| Joint Dysfunctions | Upper ribs, C2-3, 3-4, 4-5 (R), ScJ (R) Heffert | | |
| Comment | 1st, 2nd ribs (R) elevated multiple → generators complicated by hypermobility throughout body. | V-0920 | |

**Plan**

| Plan of Care | | Continue PT 1 x per week for 8 weeks. Tx will include: ☑ Manual Therapy ☑ Therapeutic Exercise ☑ Neuro Re-education ☑ Home Exercise Program ☑ Patient Education O Traction O Per Protocol ☑ Discharge | Continue PT ___ x per week for ___ weeks. Tx will include: O Manual Therapy O Therapeutic Exercise O Neuro Re-education O Home Exercise Program O Patient Education O Traction O Per Protocol O Discharge | Continue PT ___ x per week for ___ weeks. Tx will include: O Manual Therapy O Therapeutic Exercise O Neuro Re-education O Home Exercise Program O Patient Education O Traction O Per Protocol O Discharge |

APTAK/EA 2002 ©       PT Signature _____



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS
Marti Vicars PT

# advanced physical therapy of alaska
## physical therapy

3500 LaTouche, Suite 310
Anchorage, AK 99508
Phone: **(907) 279-4266**
Fax:    (907) 279-4272

506 Gaffney Rd., Suite 300
Fairbanks, AK 99701
**(907) 374- 0992**
(907) 374-0986

### DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

**Note Paper:**

_disc @ SI_

① SI Joint Irritation - Nerves - leg pain

② Pubic Symphysis Instability

③ Disc Irritation - middle LB

**V-0921**



# Advanced Pain Therapeutics of Alaska

**Physical Therapy** Plan of Care/Progress/Discharge Note

Patient Name _Daniela Valente_  DOB: _9/17/69_

1st Referring Physician: L Simson, MD; G Roderer, MD; ___ Anderson, MD G Politon, MD

Diagnosis ① DSI 1 ®>© ② pubic symphysis ③ 3-4 PLS Si disc

2nd Referring Physician: _____

| Objective Findings | Goal / Achieved Within | ☑ Initial ☐ Progress ☐ Discharge Date: 7/31/03 | ☐ Initial ☑ Progress ☐ Discharge Date: 9/3/03 | ☐ Initial ☐ Progress ☐ Discharge Date: |
|---|---|---|---|---|
| VAS | | Pain /10  Fxn /10 | Pain /10  Fxn /10 | Pain /10  Fxn /10 | Pain /10  Fxn /10 |
| Active/Passive ROM | all movements ē WNL p no Δ | ↑+ flexi – groin↓ ↓–LB p groin↓ ← ® butt + Lat thigh → ↑ ® butt | ↑ – groin ↓ ↓ – LB p groin ↓ ← ® butt → ↑ NS | |
| Positive Pain Provocation Tests | ↓ 75% | slump < SLR flexion p add 45° cassgaard active SLR | locked SLR p add + gluteal bursa test + SLR flexion | |
| Joint Dysfunction | stabilized ē belt | ↓+ pubic symphysis | | |
| Strength | WNL | ↑ ++ | ↑ + | |

## Functional Activities

| | Goal/Achieved Within | Goal Met:  Yes No Partially | Goal Met:  Yes No Partially | Goal Met:  Yes No Partially |
|---|---|---|---|---|
| Standing | | Y  N  P | Y  N  P | Y  N  P |
| Sitting | 3 hours | 30 min  Y ⓃP | Y  N  P | Y  N  P |
| Walking | 30 min | 15 min  Y Ⓝ P | 25 min  Ⓨ N  P | Y  N  P |
| Driving | | Y  N  P | Y  N  P | Y  N  P |
| Lifting | | Y  N  P | Y  N  P | Y  N  P |
| Work | Part time | Y Ⓝ | none  Y Ⓝ P | Y  N  P |
| Sit | | Y  N  P | Y  N  P | Y  N  P |
| | | Y  N  P | Y  N  P | Y  N  P |
| | | Y  N  P | Y  N  P | Y  N  P |
| | | Y  N  P | Y  N  P | Y  N  P |

## Assessment

| Pain Generators Joint Dysfunctions | ① ®SI ②>© ② pubic symphysis ③ L3-4 PLS Si disc | ① S-shape test ② gluteal bursal ③ pube sympysis ④ SI J |  |
|---|---|---|---|
| Comment | | Pt reports ~60% ↓ p Pt has s/o c injections | |

**V-0922**

## Plan

| Plan of Care | | Continue PT _2_ x per week for _4_ weeks. Tx will include: ☑ Manual Therapy ☑ Therapeutic Exercise ☑ Neuro Re-education ☑ Home Exercise Program ☑ Patient Education ☐ Traction ☐ Per Protocol ☐ Discharge | Continue PT _2_ x per week for _4_ weeks. Tx will include: ☑ Manual Therapy ☑ Therapeutic Exercise ☑ Neuro Re-education ☑ Home Exercise Program ☑ Patient Education ☐ Traction ☐ Per Protocol ☐ Discharge | Continue PT ___ x per week for ___ weeks. Tx will include: ☐ Manual Therapy ☐ Therapeutic Exercise ☐ Neuro Re-education ☐ Home Exercise Program ☐ Patient Education ☐ Traction ☐ Per Protocol ☐ Discharge |
|---|---|---|---|---|

APTA ___ 2002 ©

PT Signature _Amy Hay PT_   _Amy Hay PT_

**advanced** pain **therapeutics** of **alaska**    Physical Therapy Flowsheet

Patient Name _Daniela Valenote_    DOB: _2/17/69_    Diagnosis ① SI ② pubic symphysis
③ L3-4 pcs Si disc

aptak

Precautions

| | Date: 9/2/03  Visit #: 5 | Date: 9/25/03  Visit #: 6 | Date: 10/2/03  Visit #: 7 |
|---|---|---|---|
| | Script Request ○ | Script Request ○ | Script Request ○ |
| **Subjective** | Pt reports SI jn greatly ↓ since injection & groin is unremarkable. Hip crest is also ↓. Able to wear SI loc w/tolerence @ upp | Pt reports UE ↓ continued to. ⑧ shldr is gone & ⑧ elbow is gone. LE ↓ to legs since injection Sitting or standing | Pt reports overall SI is getting better. ⑧ thigh hypersensitivity ↓. Some hypersensitivity returning to ⑧ glutes ③ to wear SI belt. Having occasional shooting |
| **Objective** | buttock very sensitized cannot stand touch of seatbelt. Prolonged sitting ↑ groin pt↑↑ groin ↓.    see PN | c̄ working 30 min before needs to move.  3 mon late c̄ Dr Trombley | to wear SI belt. Having occasional shooting in @ X E. |
| **Treatment** | ○ See Progress Note<br>○ See Trunk Stab Form<br>○ See Soft Tissue Form<br>○ See Manual Therapy Form<br>○ See Work Related Skills Form | Time<br>○ See Progress Note<br>○ See Trunk Stab Form<br>○ See Soft Tissue Form<br>○ See Manual Therapy Form<br>○ See Work Related Skills Form | Time<br>○ See Progress Note<br>○ See Trunk Stab Form<br>○ See Soft Tissue Form<br>○ See Manual Therapy Form<br>○ See Work Related Skills Form<br>32 min |
| | Flossing progressed to elbows | Dead bracing x10<br>○ Lat Pulldown | ○ Reviewed HEP set/reps kept same<br>○ Bridges  x10 |
| | TA intensity ↑ to non irritation  ↓ | ○ Pushoff x10 | notified Dr for add |
| | | | ○ Had door vs ⑧ handles ↓ squat |
| | | ○ Discussed TA p̄ LE c̄ ex's | ○ Both ex's daily to every other day |
| | | Review HEP | ○ sleeping position c̄ body pillow on side |
| **Assessment** | see PN | Pt unable to do squat c̄ ↑ buttock ↓ today. Did well c̄ all other ex's. | Pt did well c̄ ex's, she had some ↑ sciatic & SI irritation, but understands she needs to do less MVT. |
| **Plan of Care** | continue | Continue to progress ex's | Continue f Ses c̄ Dr. Anderson. |
| **PT Signature** | Amy Day PT | Amy Day PT | Amy Day PT |

APTAK/EA 2002 ©

**V-0923**

**advanced pain therapeutics of alaska** Physical Therapy Flowsheet

Patient Name: Daniela Valenote    DOB: 2/17/69    Diagnosis: (1)(3)SI J
(2) pubic symp
(3) L3-4 pt s S1

Precautions:

aptak
PHYSICAL THERAPY

| | Date: 8/4/03 Visit #: 2 | Date: 8/11/03 Visit #: 3 | Date: 8/18/03 Visit #: 4 |
|---|---|---|---|
| **Subjective** | Pt reports she cannot tolerate belt ↑ LE N | Pt reports ® SI J ↓ greatly ↓ pain. Still has groin pt EE. PS injection tomorrow | Pt reports groin N since injection (no lesion constant. She is able to wear SI belt ® hip trochanter region sore. UE |
| **Objective** | | | doing better |
| **Treatment** | ☐ See Progress Note<br>☐ See Trunk Stab Form<br>☐ See Soft Tissue Form<br>☐ See Manual Therapy Form<br>☐ See Work Related Skills Form | Time<br>☐ See Progress Note<br>☐ See Trunk Stab Form<br>☐ See Soft Tissue Form<br>☐ See Manual Therapy Form<br>☐ See Work Related Skills Form | Time<br>☐ See Progress Note<br>☐ See Trunk Stab Form<br>☐ See Soft Tissue Form<br>☐ See Manual Therapy Form<br>☐ See Work Related Skills Form | Time |
| | TENS + training LB pt neck | ─── | • Cyriax Release 30 min prior to treat | |
| | | 30 min | | 32 min | | 15 min |
| | • HEP<br>○ pec stretch towel<br>○ TOS flossing<br>○ TA<br>○ posture<br>• turn neck no SB ē pull | HEP<br>• 1st rib mob ē thera cane<br>• 2nd ē 3rd ant rib mobs<br>• TENS interscap region<br>• review HEP<br>Thera cane instruction<br>Txn - ē pillow ē spray | • HEP review<br>• TENS elbows | |
| **Assessment** | Pt did well ē today's session. Understands concepts | Pt did well ē today's session. She is much less sensitive today/R ® LB. | ® gluteal bursitis<br>® L5 nerve irritation<br>↓ greatly ↓ ē injection. She has some neural tension signs ® r bursal ir. |
| **Plan of Care** | Continue | Continue | Continue |

PT Signature    Amy Hay PT    Amy Hay PT    Amy Hay PT

AMA/EA 2002 ©

**V-0924**

**advanced** pain **therapeutics** of alaska   Physical Therapy Flowsheet

Patient Name _Daniela Valenote_   DOB: _9/17/69_   Diagnosis _DJD's Opubic symphysis_   **aptak**

_(3) L3-4 PCS Sidisc_

Precautions

| | Date: 8/2/03   Visit #: 5 | Date:   Visit #: | Date:   Visit #: |
|---|---|---|---|
| **Subjective** | Pt reports SI Jn greatly L since injection. Groin n is intermittent. Hip crest n is also L. Able to wrap SI loc w/ difference. (L) upp | | |
| **Objective** | buttock very sensitive, cannot stand touch of seatbelt. Prolonged sitting groin n PT↑↑ groin n.  see PN | | |
| **Treatment** | ○ See Progress Note  ○ See Trunk Stab Form  ○ See Soft Tissue Form  ○ See Manual Therapy Form  ○ See Work Related Skills Form   [Time] | ○ See Progress Note  ○ See Trunk Stab Form  ○ See Soft Tissue Form  ○ See Manual Therapy Form  ○ See Work Related Skills Form   [Time] | ○ See Progress Note  ○ See Trunk Stab Form  ○ See Soft Tissue Form  ○ See Manual Therapy Form  ○ See Work Related Skills Form   [Time] |
| | Flossing progressed  +es elbows   30 min | | |
| | TP intensity ↓L  to no irritation   ✓ | | |
| | | | |
| | | | |
| | | | |
| **Assessment** | see PN | | |
| **Plan of Care** | Continue | | |

PT Signature _Amy Ray PT_

APTAK/EA 2002 ©

**V-0925**

Advanced Pain Therapeutics of Alaska    **aptak**    Physical Therapy Plan of Care/Progress/Discharge Note

Patient Name _Daniela Valenote_    DOB _2/17/69_    1st Referring Physician: L Srinson, MD G Roderer, MD A Anderson, MD C Polston, MD

is  ① DSE ② 2x0 ② pubic symphysis ③ L3-4 L5-S1 disc    2nd Referring Physician: _____

Treatment Frequency

| Objective Findings | Goal / Achieved Within | ○ Initial ○ Progress ○ Discharge Date: 7/31/03 | ○ Initial ☒ Progress ○ Discharge Date: 9/2/03 | ○ Initial ☒ Progress ○ Discharge Date: 1/21/04 |
|---|---|---|---|---|
| **VAS** | Pain /10    Fxn /10 | Pain /10    Fxn /10 | Pain /10    Fxn /10 | Pain /10    Fxn /10 |
| **Active/Passive ROM** | all movements ⬇ WNL p no Δ ↗ | ↑ ↑ Aeri - groin ↘ ↓ - LB p groin ↓ - ⓡ butt r lat thigh ↔ ± ⓡ butt | ↑ - p groin ↘ ↓ - LB p groin ↘ ← ⓡ butt ↔ no Δ | ↑ - LB p groin ↓ - LB p ⓡ LE ← ⓡ LE → LB |
| **Positive Pain Provocation Tests** | ↓ 75% | Slump < SLR + tension r add 45° r sbload active SLR | ↓ active SLR r add +gluteal bursa test + SLR + tension | + SLR |
| **Joint Dysfunction** | stabilized c belt | ↓ ↑ pubic symphysis | NT | NT |
| **Strength** | WNL | ↗ ↑ ↑ | ↗ ↑ ↑ | ↗ · ↑ ↑ |

**Functional Activities**

| | Goal/Achieved Within | Goal Met: Yes No Partially | Goal Met: Yes No Partially | Goal Met: Yes No Partially |
|---|---|---|---|---|
| Standing | 2hrs    12 wks | 30min Y Ⓝ P | 20min Y Ⓝ P | 20min Y Ⓝ P |
| Sitting | 2 hours | 30min Y Ⓝ P | Ⓨ N P | 30min Y Ⓝ P |
| Walking | 30min | 15min Y Ⓝ P | 25min Ⓨ N P | 15min Y Ⓝ P |
| Driving | 15min | Y N P | Y N P | 15min Y Ⓝ P |
| Lift | | Y N P | Y N P | Y N P |
| Wk | Part time | Y Ⓝ P | None Y Ⓝ P | Y Ⓝ P |
| Sleeping | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |
| | | Y N P | Y N P | Y N P |

**Assessment**

| Pain Generators | ①③SIJ ②>ⓡ | ① L5-S1 nerve root ② Gluteal bursa | ① L5-S1 nerve root |
|---|---|---|---|
| | | ③ Pubic symphysis | ② pubic symphysis |
| Joint Dysfunctions | ②pubic symphysis ③L3-4 ↓L5-S1 disc | ④ SIJ | |
| Comment | | Pt reports ~60% ↓ ↘ PT prn ↓ 100% c injections | Pt had great relief of symptoms x2 days c ESI. Needs progressive strengthening to ↑ strength, endurance, + function. |

**Plan**

| Plan of Care | V-0926 | Continue PT ② x per week for 4 weeks. Tx will include: ☒ Manual Therapy ☒ Therapeutic Exercise ○ Neuro Re-education ○ Home Exercise Program ☒ Patient Education ○ Traction ○ Per Protocol ○ Discharge | Continue PT ② x per week for 3 weeks. Tx will include: ☒ Manual Therapy ☒ Therapeutic Exercise ○ Neuro Re-education ○ Home Exercise Program ☒ Patient Education ○ Traction ○ Per Protocol ○ Discharge | Continue PT 1 x per week for 4 weeks. Tx will include: ☒ Manual Therapy ☒ Therapeutic Exercise ☒ Neuro Re-education ○ Home Exercise Program ☒ Patient Education ○ Traction ○ Per Protocol ○ Discharge |

APTAK/EA 2002 ©    PT Signature    _Amy Hay PT_    _Amy Hay PT_    _Amy Hay PT_

advanced pain therapeutics of alaska · Physical Therapy Flowsheet



P    SS# 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        DOB: 02/17/69        Diagnosis
Pt   VALENOTE, DANIELA

| | | Date: 1/21/04 Visit #: PT | Date: 7/29/04 Visit #: 1 | Date: 8/11/0? Visit #: |
|---|---|---|---|---|
| **Subjective** | | Pt reports she has had B LE "b" severity since procedure. Had B sided LE "p" ng for 4 days. Now "p". Went shopping yesterday + LE hurting a lot. | See previously. Also c/o fairly severe constant c-sp → 5/10 @ rest. | c/o B abdominal → groins → top of leg → medial thigh + knee area during intercourse yesterday. |
| **Objective** | | | See c-sp eval. | C2-3 → 5-6 (R) C2-3 (L) ↔ C0-1 ↔ Ventral dorsal (R) ↔ Ribs 1/ (R) |
| **Treatment** | ○ See Progress Note ○ See Trunk Stab Form ○ See Soft Tissue Form ○ See Manual Therapy Form ○ See Work Related Skills Form | [Time] | ○ See Progress Note ○ See Trunk Stab Form ○ See Soft Tissue Form ○ See Manual Therapy Form ○ See Work Related Skills Form | [Time] | ○ See Progress Note ○ See Trunk Stab Form ○ See Soft Tissue Form ○ See Manual Therapy Form ○ See Work Related Skills Form | [Time] |
| | | Pool = • Nancy & needle 30 min | 30 min | | Rib 1, 2 mobs in supine |
| | | • Walk s-lonwn • arms B's 1 ↑ ↑ in alt ↑ ↑ | | | C2-3 Jenkner C2-3 Rotn (R) mob + NMReed |
| | | Nerve root inflamm → strategies to open space | | | C4-5 flex rot (L) + NMReed |
| | | in standing · massage to ↑ circulation | ✓ | | C0-1 Ventral (R) mobs + NMReed |
| | | ↓ brace wear c standing + handler activities. (cut ↑ ce radic) | | Generalized → syndrome. | |
| **Assessment** | | Pt had SPS consistent c R L5-S. radiculitis. She understood today's concepts | Needs: SCJ injection C3-4 injection Local cervical exam, upc-sp exam. JSM @ c-sp Rib mobs 1, 2 + wrist eval | Possible Obturator N. entrapment + eye chopping to tx @. Improved segmental mobility to tx. Need to look @ R arm numb/prickly. |
| **Plan of Care** | | Discuss c Dr. Anderson | Discuss w/ Dr. Anderson re inject & poc | Rx C-sp 1st then Rib/TOS - eval c-sp ? |
| PT Signature | | Amy Hay P? | Carol Notaro? | Carol Note ? |

APTAK/EA 2002 ®

advanced physical therapy of alaska     Physical Therapy Flowsheet


aptak

VALENOTE, DANIELA
D.O.B.- 2/17/69

Diagnosis

C4-5-6 discogenic Fink [illegible]
strength [illegible]
LSS, discogenic
[illegible]

| | Date: 8/18/06 Visit #: 4 | Date: 8/25/06 Visit #: 5 | Date: 9/15/06 Visit #: 6 |
|---|---|---|---|
| **Subjective** | See L-speval. | Facet RFA have helped somewhat most helpful procedure so far has been LESI SIJ injections have also been helpful. | Returns from visit to Dr. Mason she reports she's not satisfied w/ her visit to him. Feels that to T |
| **Objective** | | (+) Fitzgerald test<br>(+) upslip test for SIJ<br>(+) pudendal N. | exm she needs her neck worked on / her LB @ this time.<br>(+) CTJ disc signs |
| **Treatment** | ○ See Progress Note<br>○ See Trunk Stab Form<br>○ See Soft Tissue Form<br>○ See Manual Therapy Form<br>○ See Work Related Skills Form | ○ See Progress Note<br>○ See Trunk Stab Form<br>○ See Soft Tissue Form<br>○ See Manual Therapy Form<br>○ See Work Related Skills Form   Time | ○ See Progress Note<br>○ See Soft Tissue Form<br>○ See Manual Therapy Form<br>○ See Work Related Skills Form   Time | c/o HA<br>(R) parietal area. |
| | | Trial hip txn. - did not help. | STM supine C-T spine hypersensitive in mid/up +sp.<br>T₁ →34 HS Prone. |
| | | | Attempted 1st rib gentle moss out |
| | | | Pt had Tc/o HA. |
| | **V-0928** | | Attempted seated CTJ axial sep [illegible] |
| **Assessment** | Pt. needs flu w/ MD re Obturator N/up lumbar segment discogenic pudendal N. | Pt. may benefit from hip jt injections 1st, then SIJ then LESI for LS. C-sp needs further tx Jenl. | Discussed pt w/ Dr. Polston. Recommend CTJ ESI. Needs desensitz. @ T4 |
| **Plan of Care** | Discuss w/ Dr. Polston. | Cont @ next visit w/ L-sp Jenl. | Cont @ next visit w/ C-T tx serpine or ext moss / PU glides. |
| **PT Signature** | [signature] | [signature] | [signature] |

APTAK/EA 2002 ©

**Physical Therapy Flowsheet**

advanced

VALENOTE, DANIELA
D.O.B.- 2/17/69

Diagnosis _____

aptak

| | Date: 9/29/0( Visit #: | Date: 10/1/( (IV Visit #: 1 | Date: Visit #: |
|---|---|---|---|
| **Subjective** | Felt <80% improvement in C & J → @ CTJ. ESI 2 days ago. Dr. Byrond give her ® @ 2 Ⓛ occipital N. blocks. | e ST. C-sp. was helpful int up & anesthetics but needs continues. | |
| **Objective** | HA have ↑ since Mon. HA ↑ w/ ext > chin tuck. ® Rotn ® side > ⦻. ↑ HA ⟨S not retained ® S I ⟩ | | |
| **Treatment** | ☐ See Progress Note  Chin thrust ☐ See Trunk Stab Form  C2-3 > REx ☐ See Soft Tissue Form ☑ See Manual Therapy Form  Post + ℞ ☑ See Work Related Skills Form  Time | Time ☐ See Progress Note ☐ See Trunk Stab Form ☐ See Soft Tissue Form ☐ See Manual Therapy Form ☐ See Work Related Skills Form | Time | Time |
| | Ret. + @®® 2 Ⓛ not as much as wl Post. | STM C-sp supine - emphasis 2nd | |
| | Ret ℞ Ⓛ Ret → ® not as intense as ℞ Post. | on subocciptals | |
| | ® Ret > SOD ⟲. | CO-1 Jam 2nd tx inexpire. | |
| | STM supine 2D 4 b C-sp - ↑ ® @ C2-3 S/ | | |
| | ↑ HA. attempted PIV @ C2-3 — very hard practical | V-0929 | |
| **Assessment** | Discussed ex total 1x/day x3 days then taper off it & start @ 50% that sint to not symp activation. Pt. needs discussion w/ Dr. B re C2-3 ® injection | Pt. reported good results c CO-1 tx today. Pt. needs intervention @ C2-3 to allow further C-sp Jam. | |
| **Plan of Care** | Cont to tx C-sp - discuss w/ Dr. B letter. | Cont when pt. returns from FL. for family emergency | |
| PT Signature | Gail Apt PT | Gail Apt PT | |

APTAK/EA 2002 ©



Daniela Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
907-622-1009

September 23, 2003

RE: Patient Advocate

To Whom It May Concern:

I Daniela C. Valenote do hereby give my permission to Virginia Valenote to review, and handle any and all medical, health and disability insurance issues that have arisen and will arise in the days ahead. I give the power the power to review any such papers as medical statements, medical records and files that have been generated as a result of my illness. Virginia Valenote (813-230-8033) will act as my spokesperson and insurance advocate from this day forward.

Sincerely,

Daniela C. Valenote



advanced pain therapeutics of alaska

aptak
PHYSICAL THERAPY

Amy Azevedo
PT

EMAIL amy.aptak@gci.net
PHONE 907.279.4266
FAX 907.279.4272

3500 latouche street, suite 310 anchorage, alaska 99508

po box 140995 anchorage, alaska 995140995

V-0930



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS

SS#: 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     DOB: 02/17/69
VALENOTE, DANIELA

# advanced pain therapeutics of alaska
## physical therapy

| 3500 LaTouche, Suite 310 | 3300 Providence Dr., Suite 309 B | 506 Gaffney Rd., Suite 300 |
|---|---|---|
| Anchorage, AK 99508 | Anchorage, AK 99508 | Fairbanks, AK 99701 |
| Phone: (907) 279-4266 | (907) 561-3724 | (907) 374-0992 |
| Fax: (907) 279-4272 | (907) 561-3746 | (907) 374-0986 |
| 1-800-641-6940 | | |

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

## Physical Therapy Referral

Patient Name _____ Date of Birth _____

Diagnosis (R) SI joint dysfin (Has abelt)
L3-4  L-5,  Disc R

Precautions

- O **Evaluate and Treat**     O **Continue PT**
  - o   Pre/Post Procedure/Surgery Protocol _____
  - o   Functional Capacity Evaluation (FCE)
  - o   Functional Restoration Program (FRP)
  - o   Pelvic Pain
  - o   Headache Program
  - o   Supply Durable Medical Equipment:

      ▪ Lumbar Brace ____  SIJ Brace ____  Wrist Brace ____  Home E-Stim Unit ____

Frequency of visits ☑ 1-2x/week    ☐ 2-3x/weeks   ☐ 3-5x/week    ☐ Other _____

Duration of visits   ☐ 2 weeks    ☐ 3 weeks   ☐ 4 weeks    ☐ Other _____

Report by          ☐ Phone    ☐ Letter    ☐ None required

Referring Physician ☑ S. Anderson, M.D.    ☐ G. Polston, M.D.    ☐ G. Roderer, M.D.   ☐ L. Stinson, M.D.

Referring Physician (signature) _____ Date 7/21/03

## V-0931

(For PT office only) PT start Date _____        ICD-9 Codes _____



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS
Marti Vicars, PT

# advanced physical therapy of alaska

3500 LaTouche, Suite 310
Anchorage, AK 99508
**Phone:** (907) 279-4266
Fax:   (907) 279-4272
1-800-641-6940

506 Gaffney Rd., Suite 300
Fairbanks, AK 99701
(907) 374- 0992
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

## Physical Therapy Referral

Patient Name _Daniela Valenote_     Date of Birth _02-17-69_

Diagnosis _③ SIJ pathology, pubic symphysis_

Precautions _____

○ **Evaluate and Treat**          ☒ **Continue PT**

- o   Pre/Post Procedure/Surgery Protocol _____
- o   Functional/Physical Capacity Evaluation (FCE/PCE)
- o   Functional Restoration Program (FRP)
- o   Pre-placement Screening
- o   Job-site Analysis
- o   Headache Program
- o   Stabilization Program
- o   Pelvic Pain
- o   Other: _____
- o   Supply patient with Durable Medical Equipment:
  - o   Lumbar Brace ____ SIJ Brace ____ Wrist Brace ____ Home E-Stim Unit ____

**Frequency of visits:** ☒ 1-2x/week   ○ 2-3x/weeks   ○ 3-5x/week   ○ Other _____

**Duration of visits:**   ○ 2 weeks   ○ 1 month   ☒ 6 weeks   ○ Other _____

**Report by:**   ○ Phone   ○ Letter   ○ None required

Referring Physician ☒ S. Anderson, M.D.  ○ G. Polston, M.D.  ○ G. Roderer, M.D.  ○ L. Stinson, M.D.  ○ N. Cross, M.D.

Referring Physician (signature) _____   Date: _9/2/03_

Phone Number _____     Fax Number _____

[For PT office only] PT start Date _____     ICD-9 Codes _718.85   724.6_

**V-0932**



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS
Marti Vicars, PT

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

# advanced physical therapy of alaska

3500 LaTouche, Suite 310
Anchorage, AK 99508
**Phone:** (907) 279-4266
Fax:   (907) 279-4272
1-800-641-6940

506 Gaffney Rd., Suite 300
Fairbanks, AK 99701
(907) 374-0992
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

## Physical Therapy Referral

Patient Name _____    Date of Birth _____

Diagnosis _____

Precautions  L3-4  Disc Pei  to L5-S, Disc

O **Evaluate and Treat**          O **Continue PT**

- o  Pre/Post Procedure/Surgery Protocol _____
- ✗  Functional/Physical Capacity Evaluation (FCE/PCE)
- o  Functional Restoration Program (FRP)
- o  Pre-placement Screening
- o  Job-site Analysis
- o  Headache Program
- o  Stabilization Program
- o  Pelvic Pain
- o  Other: _____
- o  Supply patient with Durable Medical Equipment:
  - o  Lumbar Brace ____ SIJ Brace ____ Wrist Brace ____ Home E-Stim Unit ____

Frequency of visits:  O 1-2x/week    O 2-3x/weeks    O 3-5x/week    O Other _____
Duration of visits:   O 2 weeks      O 1 month       O 6 weeks      O Other _____
Report by:            O Phone        O Letter        O None required

Referring Physician ⊘ S. Anderson, M.D.  O G. Polston, M.D.  O G. Roderer, M.D.  O L. Stinson, M.D.  O N. Cross, M.D.

Referring Physician (signature) _____    Date: 10-6-20

Phone Number _____    Fax Number _____

(For PT office only) PT start Date _____    ICD-9 Codes _____

## V-0933

Daniela C. Valenote
4514 Upper Kogru Dr
Eagle River, AK  99577
907-622-1009

October 6, 2003

Dr. Susan Anderson. M.D.
Advanced Pain Centers of Alaska
3500 Latouche Street, Suite 310
Anchorage, AK  99508

Dr. Anderson:

I have attached the letter to Wilton Adjustment Service that describes the medical history
behind my claim.  Please consider this information as a request for a work leave letter to
MetLife.

If I can provide further clarification to the above, please give me a call at home,
622-1009.

Sincerely,

Daniela C. Valenote

Cc: Amy Azevedo, PT

**V-0934**

**D**

Daniela C. Valenote
4814 Upper Kogru Dr
Eagle River, AK 99577
907-622-1909

September 29, 2003

Therese Hunt
Senior Adjuster
Wilton Adjustment Service, Inc.
PO Box 92670
Anchorage, AK 99509-2670

Dear Ms. Hunt,

Per our conversation, I am requesting a date change for the "date of injury". My initial injury occurred while on a business trip to Kotzebue, Alaska. The first time I felt pain in my low back was on October 31, 2002 while carrying luggage down the stairs at the Nullgavik Hotel. At the time, I assumed I just wrenched my back a little and it would work itself out.

In November the pain began to grow. By December it became unbearable. Dr. Mike Orzechowski, M.D. ordered an MRI of my lower lumbar. This revealed herniated discs. I meet with Larry Cash President/CEO of RIM Architects, notified him of this and that I needed to take time off to try Dr. Orzechowski's Back Therapy. I then took vacation leave and leave without pay December 18, 2002 – January 5, 2003. January 6, 2003 I returned to work out of financial necessity, under Dr. Orzechowski's supervision. At this time the Doctor was not certain that the discs were causing the pain. He then referred me to several specialists for evaluation.

January 6, 2003 – February 21, 2003 I worked 4-6 hours daily. During this time my medical condition deteriorated; simple daily activities became increasingly more difficult to manage. I continued to work out of financial need. But the pain was significantly increasing; eventually I had to stop working. I then took an unpaid leave of absence February 22 – April 30, 2003. By the end of April my condition had not improved. I still had not had the opportunity to see all the specialists referred by Dr. Orzechowski as it took several months to get in to see some of these Doctors. Due to my medical condition, I felt pressured to resign my position with RJM Architects effective May 1, 2003.

May – July 2003 I continued to see several different specialists. It was not until I saw Dr. Peter Lorenzten. Chiropractor, and Dr. Susan Anderson, M.D. along with the Pain Team of the Advanced Pain Centers of Alaska that I could state with certainty that the source of my pain is herniated discs and an unstable pelvic ring. The pain team helped to

**V-0935**

Therese Hunt                                                                 2
September 29, 2003

trace my medical condition back to my last Kotzebue trip mentioned earlier. I discussed
this with Matthew Vogel, one of the Partners of RIM Architects, initially in May and
again in July 2003. Following this I immediately requested Worker's Compensation
paperwork from RIM Architects July 28, 2003 and again on August 13, 2003 before
finally receiving the documents on August 21, 2003.

From the onset of my pain RIM Architects neglected to communicate the availability of
Disability Insurance. It was not until after my resignation that RIM Architects provided
any documentation for the Short Term and Long Term Disability Policies. This
prolonged my award of Short Term Benefits with the first disbursement being received
on July 28, 2003. I have since been denied Long Term Disability Benefits and am in the
process of appeal. I notified RIM Architects of the denial on August 25, 2003 in a
teleconference with Penny Winchester and Mary Smieshek. I also spoke with Matthew
Vogel regarding the denial of Long Term Disability on August 25, 2003.

I have never told anyone with RIM Architects that my pain "has been a reoccurring
condition possibly brought on by an injury from early years". Prior to October 31, 2003
I had no reoccurring condition that has caused significant pain, or kept me from working,
or made simple daily activities difficult to bear. Before this injury I was very active. I
enjoyed cross-country skiing. I played softball with RIM Architects during the summer
of 2000 and 2001. I played in several golf tournaments with RIM Architects during the
summer of 2001 and 2002.

I have attached Dr. Mike Orzechowski's letter stating my first date of treatment for low
back pain and sciatica was November 5, 2002. If I can provide any further clarification
to the above events and time frames please give me a call at home, 622-1009.

Sincerely,

Daniela C. Valenote


Cc: Worker's Compensation Board, Juneau, AK
    RIM Architects



Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS
Marty Vicars, PT

# advanced pain therapeutics of alaska
## physical therapy

3500 LaTouche, Suite 310
Anchorage, AK 99508
**Phone: (907) 279-4266**
Fax:    (907) 279-4272
1-800-641-6940

506 Gaffney Rd., Suite 300
Fairbanks, AK 99701
**(907) 374- 0992**
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

## Physical Therapy Referral

Patient Name _Daniold Valenote_    Date of Birth _2/17/69_

Diagnosis _Lumbar disc pain_

Precautions _____

O **Evaluate and Treat**         ☒ **Continue PT**

- o   Pre/Post Procedure/Surgery Protocol _____
- o   Functional/Physical Capacity Evaluation (FCE/PCE)
- o   Functional Restoration Program (FRP)
- o   Pre-placement Screening
- o   Job-site Analysis
- o   Headache Program
- o   Stabilization Program
- o   Pelvic Pain                                    **V-0937**
- o   Other: _____
- o   Supply patient with Durable Medical Equipment:
    - o   Lumbar Brace ___ SIJ Brace ___ Wrist Brace ___ Home E-Stim Unit ___

Frequency of visits: ☒ 1-2x/week   ☐ 2-3x/weeks   ☐ 3-5x/week   ☐ Other ___
Duration of visits:  ☐ 2 weeks    ☐ 3 weeks    ☒ 4 weeks    ☐ Other ___
Report by:           ☐ Phone      ☐ Letter     ☐ None required

Referring Physician ☒ S. Anderson, M.D. ☐ G. Polston, M.D.   ☐ G. Roderer, M.D. ☐ L. Stinson, M.D

Referring Physician (signature) _____    Date: _1/21/04_

Phone Number _____        Fax Number _____

(For PT office only) PT start Date _____    ICD-9 Codes _____

D:\Esteban\My Documents\advanced pain therapeutics\APTAK Documents\APTAK Forms March 2003\APTAK Script APCA black and white.doc





Valerie Phelps PT, MOMT
Ed Ash PT, ATC, CSCS
Deb Benson MEd, PT, COMT
Kathy Jones, PT
Amy Azevedo PT, CSCS
Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT, CSCS
Marti Vicars, PT

# advanced physical therapy of alaska

3500 LaTouche, Suite 310
Anchorage, AK 99508
**Phone: (907) 279-4266**
Fax:    (907) 279-4272
1-800-641-6940

506 Gaffney Rd., Suite 300
Fairbanks, AK 99701
**(907) 374-0992**
(907) 374-0986

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

## Physical Therapy Referral

SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

Patient Name _____

Diagnosis (R) L5-S, Radic          S1p Nucleoplasty

Precautions _____ continued pc
c̄ sitting
+ ↓function

O **Evaluate and Treat**          O  **Continue PT**

     O  Pre/Post Procedure/Surgery Protocol _____
     O  Functional/Physical Capacity Evaluation (FCE/PCE)
     O  Functional Restoration Program (FRP)
     O  Pre-placement Screening
     O  Job-site Analysis
     O  Headache Program
     O  Stabilization Program
     O  Pelvic Pain
     O  Other: _____
     O  Supply patient with Durable Medical Equipment:

        O  Lumbar Brace ___ SIJ Brace ___ Wrist Brace ___ Home E-Stim Unit ___

Frequency of visits: ☐ 1-2x/week    ☐ 2-3x/weeks    ☐ 3-5x/week    ☐ Other _____
Duration of visits: ☐ 2 weeks    ☐ 3 weeks    ☐ 4 weeks    ☐ Other _____
Report by:    ☐ Phone    ☐ Letter    ☐ None required

Referring Physician ☐ S. Anderson, M.D. ☐ G. Polston, M.D.    ☐ G. Roderer, M.D.  ☐ L. Stinson, M.D.  ☐ N. Cross, M.D.

Referring Physician (signature) _____    Date: 2.22.04

Phone Number _____        Fax Number _____

(For PT office only) PT start Date _____    ICD-9 Codes _____

**V-0938**

Case 3:05-cv-00196-TMB    Document 44-3    Filed 02/02/2007    Page 43 of 43

Valerie Phelps PT, MOMT, OCS
Ed Ash PT, ATC, CSCS, OCS
Deb Benson MED, PT, COMT
Amy Azevedo PT

Esteban Azevedo PT, COMT
Gail Apte PT, OCS, COMT
Marti Vicars, PT

# Advanced Physical Therapy of Alaska

3500 Latouche, Suite 310
Anchorage, Alaska 99508

**Phone: (907) 279-4266**

Fax: (907) 279-4272   1-800-641-6940

506 Gaffney Road, Suite 300
Fairbanks, Alaska 99701

**(907) 374-0992**

(907) 374-0986

## DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT

## Physical Therapy Referral

Patient's Name: <u>VALENOTE, DANIELA</u>        Date of Birth: <u>02/17/1969</u>

Diagnosis: <u>Other joint derangement, pelvic region and thigh</u>   <u>Disorders of sacrum</u>

Precautions:_____

○ **Evaluate and Treat**                  ● **Continue Physical Therapy**

    ○ Pre/Post Procedure/Surgery Protocol _____

    ○ Functional/Physical Capacity Evaluation (FCE/PCE)

    ○ Functional Restoration Program (FRP)

    ○ Pre-Placement Screening

    ○ Job-site Analysis

    ○ Headache Program                    **V-0939**

    ○ Stabilization Program

    ○ Pelvic Pain

    ○ Other: _____

    ○ Supply patient with Durable Medical Equipment:

      ○ Lumbar Brace_____ SIJ Brace_____ Wrist Brace_____ Home E-Stim Unit_____

**Frequency of visits:**  ⊘ 1-2x/week    ○ 2-3x/week    ○ 3-5x/week    ○ Other:_____

**Duration of visits:**    ○ 2 weeks    ○ 1 month    ○ 6 weeks    ○ Other:_____

GREG AULSTON.

Referring Physician: ~~SUSAN R. ANDERSON MD~~        UPIN #: ~~G97561~~

Referring Physician (Signature):_____        Date: 8-25-09

Phone Number:                          Fax Number: (907)279-4272

ICD-9 Codes: 1.) <u>718.85</u>    2.) <u>724.6</u>    3.)        4.)

For Office Use Only: