# NEUROLOGICAL CONSULTATANTS OF ALASKA, LLC

## [DR. DOWNS]

V-0955

NEUROLOGICAL CONSULTANTS, LLC

2741 DeBarr, Rd., Suite 413, Anchorage, AK 99508

(907) 277-1623

| | |
|---|---|
| **Name:** | **Daniela Valenote** |
| **DOB:** | 2/17/69 |
| **Date:** | 02/05/03 |
| **Referred by:** | Michael Orzechowski, M.D. |
| **Referred for:** | Right-sided pain and numbness. |

| | |
|---|---|
| **Tobacco:** | One to 1½ packs a day for 10 years, ending three years ago. |
| **Alcohol:** | One to two glasses of wine a day. |
| **IVDA:** | None. |
| **Allergies:** | Orphenadrine caused an asthma attack. |
| **Medications:** | Topamax 25 mg twice a day, Bextra 10 mg a day, Nexium 40 mg twice a day, Procardia 30 mg a day, Allegra 180 mg a day, Singulair. |

**Chief Complaint:** Pain.

**History:** This is a 33-year-old right-handed female who reports she has been going to doctors for several years. The problem actually started probably no later than 1996. She developed a sharp pain in the right scapula. It usually seemed to be precipitated by bending, turning, or prolonged standing, but it would occur at other times with no obvious precipitant. It would occasionally radiate down the upper extremity to the hand. Initially it was intermittent, but it has now become a rather continuous problem. The radiation down the upper extremity goes down the posterior arm, the medial forearm, and the ulnar hand including the fifth digit but occasionally goes to the index finger as well. The pain in the fingers can be relieved by applying pressure, effectively pinching the triceps from both sides in the upper arm. Subsequent to this she started getting pain down the right lower extremity that was very similar. It went down the lateral thigh, leg, and foot. The last three weeks she has occasionally gotten it on the left. She implied the left lower extremity. I was going to verify that, but she provided a lot of additional information in a rapid-fire fashion and this was one question I never got back to.

The patient also reports getting muscle spasms in the upper back. She started getting groin and hip burning on the right. From the right groin to the knee occasionally burns and rarely she has shooting pains there. She does report that for years when she first arises she cannot stand on the right lower extremity well until the hip "pops" back in place. There is an audible and palpable pop. She also gets lots of neck pain. The last few months she has also gotten numbness by which she means tingling followed by a feeling of heaviness and loss of sensation. It happens to the right lower extremity when she drives. The heaviness actually occurs on both right-sided extremities, and in the upper extremity it is mostly a feeling in the proximal arm. She is also having trouble at the office secondary to difficulty using the right hand because of numbness, heaviness, and weakness. She also drops things in the morning secondary to loss of sensation.

The patient's history is rather disjoint, disorganized, and she jumps around a lot. It is not inconsistent with the long duration of symptoms.

The patient does report a history of a fall in 1989 when she landed on her sacrum. She did damage to her knee but no obvious damage to the spine. She has had an MRI of the C-spine and the LS-spine. Both are read as showing disc herniations without neurological compromise. I reviewed the films briefly in the office and see nothing of neurological significance. She has been put on Neurontin for the pain but she felt drugged. She

was changed to Topamax two days ago and she still feels a little drugged. She would like to stop the Topamax and in fact reports she would like to stop all of the medications. She does report that Dr. Orzechowski is supposed to be referring her to Dr. Beard for a nerve conduction study. We called Dr. Beard's office to see when it was scheduled so we would know when to see her back, but the referral has not yet been made.

Neurological review of systems shows she checked coordination problems, but by that she reports it is not really coordination, she just drops things which is discussed above. She did have headaches last year and she describes them as migraine. She was given Imitrex which worked. She had a lot of headache problems for a few weeks and then they resolved and she has had none in four months. Other than they were quite bad and sometimes sent her to bed she does not remember much about them.

**Past Medical History**
    **Medical:** Hypertension and probably gastritis.
    **Surgical:** Tonsillectomy 1985.

**Family History:** Positive for heart disease in the father and both grandmothers, her mother has thyroid disease, and her father has spinal stenosis.

**Social History:** The patient and her husband are both architects. They live in Eagle River.

**Physical Examination**
    **General:** This is a well-developed, well-nourished female appearing stated age, in no distress.

    **Trunk:** The patient indicates the pain is medially over the right scapula below the spine of the scapula. There is no tenderness to palpation there and in fact she reports palpation relieves the pain.

    **Gait/Station:** Normal, heel, toe and tandem walk disclosed no ataxia. Romberg was negative, and there was no drift.

    **Motor:** Bulk and tone were normal in all four extremities. There were no abnormal movements.

| Strength: | right | left | | right | left |
|---|---|---|---|---|---|
| deltoid | 5 | 5 | iliopsoas | 5 | 5 |
| biceps | 5 | 5 | knee ext. | 5 | 5 |
| triceps | 5 | 5 | knee flex. | 5 | 5 |
| wrist ext. | 5 | 5 | foot dorsiflex. | 5 | 5 |
| wrist flex. | 5 | 5 | foot plantar flex. | 5 | 5 |
| finger ext. | 5 | 5 | EHL | 5 | 5 |
| interossei | 5 | 5 | | | |
| opponens pollicis | 5 | 5 | | | |

Fine motor was intact, and there was no dyspraxia.

**Mental Status:** The patient is awake, alert and oriented x 3. Recent and remote memory were intact. Attention span and concentration were intact. Language was without evidence of an aphasia. Fund of

Daniela Valenote
02/05/03
Page 3

knowledge was appropriate for age and educational level. Affect seemed to be somewhat flat and overall mood intermittently appeared to be a bit depressed.

**Cranial Nerves:** Visual fields full to confrontation. Discs sharp. Pupils equally round and reactive to light and accommodation. Extraocular movements full range and conjugate. Corneals intact. Facial sensation intact to pinprick and light touch. Masseter and temporalis muscles contract equally. Face moved strongly symmetrically. Hearing intact to finger tap and finger rub. Palate elevated in the midline, and gag was present bilaterally. SCM and trap were 5 bilaterally. Tongue protruded in the midline and was strong on lateral deviations.

**Sensation:** Tested in a great deal of detail in all four extremities. On the right hand she had decreased light touch on the ulna. On the right leg and foot she was decreased with respect to the left and decreased more laterally than medially. Elsewhere she was intact to light touch and she was intact throughout to pinprick.

**Reflexes**

|  | right | left |  | right | left |
|---|---|---|---|---|---|
| biceps | 3+ | 3+ | knee jerks | 3+ | 2+ |
| triceps | 3+ | 3+ | thigh adductors | 3+ | 2+ |
| brachioradialis | 3+ | 3+ | ankle jerks | 2+ | 2+ |
| finger jerks | 3+ | 3+ | Toes downgoing | | |

**Cerebellar:** Without dysmetria in all four extremities.

**Assessment/Plan:** The etiology of the patient's difficulties is unclear. She has had evolution, initially with just pain over the medial inferior right scapula but which has begun to radiate down the right upper extremity posteriorly in the arm and then in an ulnar distribution below that accompanied intermittently by tingling, numbness, and heaviness, and she has developed similar symptoms in the right lower extremity. Her examination is really remarkable only for loss of light touch in the fifth digit of the right hand and then in the right leg and foot, worse laterally than medially, as well as increased reflexes in the right knee and thigh adductor with respect to the left. It is difficult to put all of this together. Given what appears to be a fairly clear ulnar distribution of the findings in the right hand, I think we should proceed with a nerve conduction study first. We will schedule that and then see her back. If that is unrevealing, then we will need to look more centrally, although the distribution of the discomfort and the numbness is so restricted it is unlikely to be due to a central distribution. The pain in the scapula could be due to a thoracic disc, tumor, or something else, but it is difficult to suggest anything there that would explain any of the rest of her complaints. Certainly MS comes to mind, and she might warrant an MRI of the brain as well. This was discussed with her and her husband briefly, up to but not including the direction of future workups.

Wayne Downs, M.D.
WD:clb
Dictated but not read.

cc: Michael Orzechowski, M.D.
    Joella Beard, M.D.

# REHABILITATION & SPORTS MEDICINE, LLC

**Joella Beard, M.D., FAAPMR** • **Deborah Kiley, ANP**
4100 Lake Otis Parkway, Suite 218 • Anchorage, AK 99508
Phone (907) 677-7440 • Fax (907) 677-7441

03-06-2003

Wayne Downs, M.D.
Neurological Consultants of Alaska
2741 DeBarr Rd., Ste 417
Anchorage, AK 99508

**RE:    VALENOTE, Daniela C.**
**DOB:  02-17-1969**

Dear Dr. Downs,

This patient was seen today for an Electrodiagnostic Medicine consultation (EMG/NCS).
Enclosed is a copy of the report for your records. If you have any questions, please contact
me at your convenience.

Thank you for your continued interest in the well-being of this patient.

Cordially yours,
Joella Beard, M.D., FAAPMR

JB:ld
Enclosure:     Electrodiagnostic Medicine Report

cc:    Michael Orzechowski M. D.

**V-0959**

# REHABILITATION & SPORTS MEDICINE, LLC

**4100 Lake Otis Pkwy, Ste 218**
**Anchorage, AK  99508**
**(907) 677-7440**
**(907) 677-7441 fax**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Valenonte, Daniela | **DOB:** | 2/17/69 | **Physician:** | Beard |
| **ID#:** | | **SEX:** | Female | **Ref. Phys:** | Downs |

**Patient History:** 34 yo WF with h/o myalgias since 1996, progressively worsening. Referred for Electrodiagnostic Medicine Consultation by Dr. Downs (and eval/treat by Dr.O) for RUE and RLE testing.  Discrete pattern of pain in RLE along L5/S1 pattern. Significant myalgias UE/LE. Tried some trigger point injections without relief, Dr. Mike's protocol, multiple NSAID trials, no relief.  Fatigue and generalized weakness but primarily due to pain. MRIs reviewed on today's visit - C6 level irregularity but open image but not a significant neural compromise. T spine okay. L/S spine with L5/S1 small protrusion but no NF restriction.

**Medications:** see chart.
**PE:** See chart.

## ELECTRODIAGNOSTIC RESULTS:

G

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|------|--------|-------|------|---------|------|-----|-----|-----|------|-------|---------|---------|
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | ExtHallLong | Dp Br Peron | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Tensor Fascia Lata | SupGluteal | L5-S2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | LatGastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | L5 Parasp | Rami | L5 | Incr | Nml | Nml | | | 0 | | | slight incr |
| Right | Deltoid | Axillary | C5-6 | nl | nl | nl | nl | nl | 0 | nl | nl | 9?3/6/03 |

## Motor Nerves

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm Amp (mV) | Neg Dur (ms) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|------|----|-----------|-----------------|--------------|---------------|--------------|--------------|--------------|-----------|-----------|----------------|
| **Right Median (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.13 | <4.5 | 8.72 | >6.0 | 5.00 | Elbow-Wrist | 3.83 | 21.5 | 56.14 | >50.0 |
| Elbow | | 6.95 | | 8.60 | | 5.08 | | | | | |
| **Right Ulnar (Abd Dig Min)** | | | | | | | | | | | |
| Wrist | | 2.73 | <4.0 | 11.79 | >6.0 | 5.78 | B Elbow-Wrist | 3.44 | 21 | 61.05 | >50.0 |
| B Elbow | | 6.17 | | 9.31 | | 5.70 | | | | | |
| **Right Peroneal (EDB)** | | | | | | | | | | | |
| ie | | 4.84 | <5.0 | 3.86 | >4 | 5.86 | B Fib-Ankle | 6.17 | 30 | 48.62 | >40.0 |
| B Fib | | 11.02 | | 3.82 | | 7.42 | | | | | |

**V-0960**

## Sensory Nerves

| NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm Amp (µV) | Segment Name | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|
| **Right Median Anti (3rd Digit)** | | | | | | | | | |
| Wrist | 3.16 | <3.6 | 61.87 | >20.0 | Wrist-3rd Digit | 3.16 | 14 | 44.30 | >39.0 |
| **Right Ulnar Anti (5th Digit)** | | | | | | | | | |
| Wrist | 3.22 | <3.7 | 50.56 | >15.0 | Wrist-5th Digit | 3.22 | | | |
| **Right Radial Anti1 (Base thumb)** | | | | | | | | | |
| FA | 2.78 | <3.5 | 21.67 | >10 | FA-Base thumb | 2.78 | | | |
| **Right Sural (Lat Mall)** | | | | | | | | | |
| 14 cm | 3.72 | <4.0 | 25.82 | >10.0 | 14 cm-Lat Mall | 3.72 | | | |

**Findings:** Normal NCS. Normal EMG although L5 paraspinal shows slight increased insertional activity, may be residual from prior injection in region or artifact from initial muscle activity.

**Conclusions:**
No evidence of Radiculopathy on RLE. The RUE was screened for pathology and negative.

**Plan/Recommendations:**
1. Pt will f/u with Dr. Downs for continued neurologic evaluation.
2. Will refer for pool therapy and include WatSu therapy if available.
    T needs to work on posture as has tight bands/trigger points and to initiate gentle aerobic work for ..scle conditioning.
4. Hepatitis screen. Pt going to Dr. Schlosstein in spring for rheumatologic evaluation. Certainly this could be Fibromyalgia but Dr. Downs information will be helpful also.
5. Will follow up with us.

J Beard, M.D.

V-0961



V-0962

**Daniela Valenote**
6/3/03

**Dx:** Right-sided pain.

**Rx:** Neurontin 300 mg 1 in the morning and afternoon, 2 at night.
Zanaflex 2-4 mg per day

**Subjective:** The patient indicates that she is here today for followup. She reports she has seen multiple specialists. She saw Dr. Schlosstein who told her she might have early degenerative disease such as osteoarthritis and told her to get more exercise. She has been trying to figure out what her problem might be, and she wonders if it is her SI joint. She presents this as if it is an actual diagnosis that has been reached, but in fact this started out apparently as a suggestion from the physical therapist and on conversation with her chiropractor, but Dr. Orzechowski has apparently noted some laxity in this joint as well.

Dr. Merkouris spoke with me, and unfortunately, I gave my notes from this conversation to the receptionist to have her change the appointment to my schedule, and the notes were apparently not kept. In any case, I believe that Dr. Merkouris stated that the patient has a lot of discomfort and perhaps some discomfort during the pelvic exam, but I am not really certain of this.

Her arms also continue to have pain with pain down the biceps region on the right into a radial distribution, and she first mentions it into the thumb and first finger but also at other times into the third and fourth digit, but never all four digits at the same time.

Sitting is quite painful. Standing is not so bad. These cause pelvic pain, and she reports that Dr. Merkouris mentioned that her pelvis is tilted.

She has seen Dr. Voke in the past and has another appointment with him in the next or two to evaluate her SI joint.

**Objective:** On examination today she has intact cranial nerves. Her strength is good. Reflexes are 2-3+ and symmetric. Babinskis are downgoing. Cerebellar shows good function.

The patient is tender toward the right of her spine all up and down the spine but especially over the lower lumbosacral region.

**Assessment / Plan:** The patient has chronic pain and discomfort primarily right-sided. Her neurological examination is unremarkable. She had an MRI of the lumbar spine apparently in December and an MRI of the cervical spine both showing some mild disk bulges but no neural compromise.

She has also had an NCV/EMG study that is unremarkable.

**V-0963**

The patient certainly may have a central etiology such as MS, but the description of her pain is somewhat unusual. Therefore, I am in favor of her keeping her appointment with Dr. Voke for evaluation of the SI joint where most of her complaints today seem to be centered. She also has had trigger point injections by Dr. Orzechowski with good relief with the upper trigger point injection, and further trigger point injections along her spine might be considered. She has had a deeper injection into the SI joint which apparently did not give her any benefit, therefore raising the possibility that there is actually nothing wrong with her SI joint.

I have not discovered on examination any actual indication of neurological dysfunction. However, in the future, an MRI of her head might screen for multiple sclerosis.

She is tolerating her Neurontin well at this time, although previously she stated it was quite sedating. She will try to go up on her dose to 600 mg t.i.d. I will see her back in the office in several weeks.

*M Downs*
Mary Downs, M.D.
MD:clb

cc:  Rhene Merkouris, M.D. (Fax #336-7211)
     Michael Orzechowski, M.D. (Fax 563-0100)
     Edward Voke, M.D. (Fax #563-3460)

**V-0964**

**Daniela Valenote**
7/7/03

**Dx:** Continued right hip pain.
Headaches.

**Rx:** Neurontin has made her somewhat groggy.
Zanaflex was stopped by Dr. Beard.
She could not tolerate the Elavil although it helped her sleep.

**Subjective:** The patient was actually doing a bit better for several weeks, but the last week has been doing worse. Yesterday she had a fall. She was holding her own two dogs. There were other dogs, and things were getting a bit excited, and her dogs pulled her down two steps. She fell and has had increased pain in her hips since that time. She again locates the pain as over the right SI joint and hip. In addition she has been having bad headaches, but these are not new.

**Objective:** On examination she continues to have good strength and intact reflexes. However, she is quite frustrated today even becoming tearful, apologizing for this.

She has gone to graduate school and feels very frustrated that she is now unable to work at her chosen profession due to her pain. She has been through many tests and has seen many physicians without any diagnosis being reached. She has had an MRI scan of her head, entire spine, a bone scan, various x-rays and now an NCV/EMG study with no diagnosis being reached. Dr. Merkouris has done a thorough evaluation. She saw Dr. Voke for a thorough SI joint evaluation. He could assess her if she had a fracture or something such as this and suggested she go Outside. There is a monetary problem in her going Outside for an evaluation.

The Neurontin makes her somewhat cognitively impaired. The Elavil helped her sleep, but she slept excessively the next day and felt very groggy. She then cut the dose in half, but this did not help her sleep, although she still felt somewhat groggy. I do know that I started her at 25 mg instead of the usual 10-mg dose.

**Assessment:** Continued pain. She asks again about the possibility about fibromyalgia. However, her pain remains fairly localized. I told her this certainly was a possibility but that I was somewhat uncomfortable with the diagnosis and that I felt further attempts at treating her hip or SI joint pain or pelvic pain could certainly be continued prior to giving her the diagnosis of fibromyalgia. This did seem to relieve her somewhat.

**Plan:** Since she doesn't feel that going Outside for an evaluation is doable at this point, I will next refer her to the pain clinic to see if they have any suggestions as far as further evaluation or specific treatments for this pain. I will also change her from Neurontin to Gabitril to see if she tolerates it better and will try Pamelor in place of the Elavil to see if we can achieve a dose without helping her sleep without making her groggy the next day. She will return to see me in a month or two after she has tried the new medications and after she has been evaluated at the pain clinic.

*M Downs*
Mary Downs, M.D.
MD:clb

**V-0965**

cc:   Michael Orzechowski, M.D. (Fax 563-0100)
Rhene Merkouris, M.D. (Fax #336-7211)
Advanced Pain Center of AK (Fax #743-8284)

7-14-03 sm

Wayne Downs, M.D. • Mary Downs, M.D.
2741 DeBarr Road, Suite 413
Anchorage, AK 99508
Phone: (907) 277-1623
Fax: (907) 277-1624

## Neurological Consultants of Alaska, LLC

**To:** Dr. Roderer                **Fax:** 743-8284

**From:** Dr. Mary Downs           **Phone:** (907) 265-1841

**Re:** New Patient                **Date:** 7-8-03

**CC:**                            **Pages:** 2

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Notes:** We are referring Daniela Valenote to you. I am just faxing the referral because we do not have the Dictation back yet

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or protected. Of the reader of this message is not the intended recipient, you are notified that any disclosure, distribution, or copying of this information is prohibited. IF YOU HAVE RECEIVED THIS TRANSMITION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY CALLING US AT 277-1623 and return the original documents to us at the above address attention Risk Management via the United States Postal Service. Thank You.

V-0966

### Mary Du____, M.D.

| Phone 276-3727 | Fax 276-3622 | BD2700602 DEA |
|---|---|---|

NAME _Daniela Valerio_____     DATE _7/7/03_

ADDRESS_____     DOB _____

Rx  Refer to Dr Rodeier or associate

~~Chronic~~   Hip pain a several months

Negative work-up

Fax 743-8284

REFILL 0 1 2 3 4 5 6 PRN _____                               DX ____

☐ BRAND NAME MEDICALLY NECESSARY     _MDowns_____ M.D.

V-0967

Neurological Consultants of Alaska, LLC
Mary Downs, M.D. • Wayne Downs, M.D.

2741 DeBarr Road, Suite 413
Anchorage, AK 99508
(907) 277-1623 Fax (907) 277-1624

☐ NP   ☐ WC   ☐ VA   ☐ Medicare   ☒ Insurance   ☐ Medicaid   ☐ MVA   ☐ DDU   ☐ Self Pay

Today's Date: __02/05/03__

## NEW PATIENT INFORMATION RECORD
(Please Print)

Patient's Name: __DANIELA CARADORI VALENOTE__   Date of Birth: __2/17/1969__

Marital Status: S Ⓜ D W SEP   Age: __33__   Sex: _M_ / Ⓕ   SSN: __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__

Street Address: __4514 UPPER KOGRU DR.__   Temporary: _____   Permanent: __X__

City, State, Zip: __EAGLE RIVER, AK 99577__   Driver's Licence # __698 4679__

Home Phone: __907-622-1009__   Message Phone: __622-1009__

Mailing Address (if different from above): _____

## INSURANCE INFORMATION
NOTE: ALL CHARGES ARE DUE AT THE TIME OF SERVICE IF INSURANCE IS NOT PROVIDED.
(We would rather control our billing costs than be forced to raise our fees.)

Primary Insurance Carrier: __BC/BS OF AK__

Address: __P.O. BOX 327 SEATTLE, WA 98111-0327__   Phone: __800-345-6784__

Group ID # __78962__   Medicaid/ Medicare # _____

Insured's Name: __DANIELA C. VALENOTE__   Insured's ID #: __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__

Patient's Relationship to Insured (self, spouse, child, other): __SELF__

Secondary Insurance Carrier: __N/A__

Address: _____   Phone: _____

Group ID # _____   Medicaid/ Medicare # _____

Insured's Name: _____   Insured's ID #: _____

Patient's Relationship to Insured (self, spouse, child, other): _____

Are you being seen for an accident related injury? _____

Were you injured on the job?   ☐ Yes ☒ No   Date of Injury: _____

Employer Name & Address at time of accident: _____

Workman's Compensation Carrier & Address: _____

**V-0968**

Claim #: _____   Adjuster's Name & Phone # _____

Is a motor vehicle accident?:   ☐ Yes ☒ No   Date of Accident: _____

Auto Insurance Carrier & Address: _____

Name & phone number of Attorney ( if above injury is involving any type of litigation): _____

Who referred you to this practice? (Physician or Agency): __DR. MIKE ORZECHOWSKI__

**Daniela Valenote**
8/19/03

**Dx:** Pelvic pain and hip pain.          **Rx:** Gabitril, probably at 4 mg 2 p.o. b.i.d.
                                                Pamelor 10 mg 5 p.o. q.h.s.

**Subjective:** The Pamelor and Gabitril are not causing any side effects. The Pamelor is not really helping her sleep. She has been seen at the pain clinic and has had injections. She reports she had an injection into the right SI joint and into the pubic symphysis. The pain is no longer constant and severe. She still has pain, and further injections are being considered. She is grateful that she was referred to the pain clinic where she feels they are working to get to the bottom of her pain and treating her appropriately and with compassion.

**Objective:** On examination she has good strength in her lower extremities and intact reflexes. She is able to stand on her heels and toes, although this causes her discomfort.

**Assessment:** Continuing hip and pelvic pain, being helped by the pain clinic.

**Plan:**  I will change her from Pamelor to trazodone 50 mg increasing as able and needed to 150 mg p.o. q.h.s. to see if this helps her sleep patterns. She will return to see me in two to three months.

Mary Downs, M.D.
MD:clb

cc:  Susan Anderson, M.D. (Fax #743-8284)
     Rhene Merkouris, M.D. (Fax #336-7211)
     Michael Orzechowski, M.D. (Fax 563-0100)
                         8-25-03 dn

**V-0969**

2741 DeBarr Rd., Suite #413, Anchorage, AK 99508
Phone: (907) 277-1623   Fax: (907) 277-1624

**Daniela Valenote**
10/31/03

| | |
|---|---|
| **Dx:** Pelvic pain. | **Rx:** Gabitril 4 mg 2 p.o. b.i.d. |
| Hip pain. | Trazodone 50 mg 1-2 p.o. q.h.s. |
| Migraines. | Imitrex from another physician which she no longer has. |

**Subjective:** The patient continues to have some improvement through her therapies with the pain clinic. She has had injections into the pubic symphysis, and SI joint injection, and an L3-4 disk injection per her report. These procedures led to mild improvement. Her symptoms come and go, but now she is having more pain into the hips and into the thighs primarily on the right.

Dr. Anderson, per her report, has done a diskography, and she has torn L5-S1 disk and there may have been several procedures done. She also is set up to see Dr. Shirey to help with the emotional aspects of her chronic pain.

The trazodone works well. She varies her dose depending on how she is sleeping. Sometimes the two seem a bit too much for her.

She is not sure if the Gabitril is helping.

She has been getting some headaches. These are infrequent. They are severe and are associated with mostly with phonophobia. She has had Imitrex in the past 100 mg which she cuts in half, and this is helpful.

**Assessment:**
1. Chronic pain, with mild improvement in symptoms and continued therapy through the pain clinic.
2. Vascular headaches.

**Plan:** I will leave her on her trazodone. She may try to taper off her Gabitril. I have recommended she decrease by one pill every couple weeks and wait and see what happens with her pain. If the pain worsens, then she can increase her dose back to her current 4 mg p.o. b.i.d. If it has no effect on her pain, then she might be able to taper and completely discontinue it.

I am happy to refill her Imitrex for her. Her headaches are infrequent, and she does well with the Imitrex.

A prescription for Imitrex was written. She will follow up with the pain clinic. I will see her back in about six months.

Mary Downs, M.D.
MD:clb

**V-0970**

cc: Susan Anderson, M.D. (Fax #743-8284)
    Rhene Merkouris, M.D. (Fax #336-7211)
    Michael Orzechowski, M.D. (Fax 563-0100)

DEC 0 1 2003

# MERIDIAN PSYCHIATRIC
# CONSULTING GROUP

CLEVE R. SHIREY, M.D.        ANNE MARIE ZACK, A.N.P.

| | |
|---|---|
| **TO:** M. Downs, MD | **FROM:** D. James |
| **ORGANIZATION:** | **DATE:** 12/01/03 |
| **FAX NUMBER:** 907-277-1623 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 (Three) |
| **PHONE NUMBER:** 907-277-1624 | **OFFICE TELEPHONE NUMBER:** 907.677.6063 |
| **RE:** D. Valenote | **OFFICE FAX NUMBER:** 907.677.9265 |

☐ URGENT      ☒ PLEASE REVIEW      ☐ PLEASE REPLY      ☐ PLEASE DISTRIBUTE

CONFIDENTIAL AND LEGALLY-PRIVILEGED INFORMATION FOLLOWS, UNLESS THE "PLEASE DISTRIBUTE" BOX IS MARKED. IF YOU OR YOUR ORGANIZATION ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY OUR OFFICE BY TELEPHONE OR FAX, AND DESTROY THE DOCUMENT. THANK YOU VERY MUCH.

Dear Dr. Downs,

Thank you for the referral of this client. The following is the diagnostic and treatment recommendation part of our evaluation for your review. If you would like to receive a copy of the entire evaluation, please inform us.

Feel free to contact us regarding Ms. Valenote's care speaking to our administrative assistant. We can arrange a telephone conference with the interviewing clinician, Dr. C. Shirey.

We are available for future referrals and appreciate your consideration.

Thank you.

Cleve R. Shirey, M.D.

**V-0971**

P.O. BOX 141222
ANCHORAGE, ALASKA 99514-1222 • USA

2741 DeBarr Rd., Suite #413, Anchorage, AK 99508
Phone: (907) 277-1623    Fax: (907) 277-1624

**Daniela Valenote**
4/26/04

**Dx:** Pelvic pain.          **Rx:** Gabitril now at 4 mg 3 per day
    Hip pain.          Trazodone 50 mg 2 p.o. q.h.s.
    Headaches.          Imitrex 100 mg of which she takes half at a time, 1-2 times per week.

**Subjective:** The patient comes in today with a new complaint. She had a nucleoplasty in December and was in bed for awhile, and her headaches worsened. She now has a headache pretty much every day but she often doesn't take medication. As mentioned, she uses Imitrex once or two or perhaps 3 times per week.

Her Gabitril is being tapered, but her pain increased, so she has gone back on the 3 per day as a compromise.

The headaches are primarily in the right occipital region going up to the right vertex, to the right orbit and also along the right side of the face.

The headache is described as constant. There is more pain as she puts pressure on the occipital region.

The headaches are now the most pressing issue that she has.

She saw Dr. Anderson who didn't want to assess her headaches until the pain in her lower body was under control.

**Objective:** On examination she has tenderness to touch and tapping over the right occipital region, not anywhere else over the scalp and not over the left occipital region.

**Assessment:** Increasing headaches. There may be a component of occipital neuralgia.

**Plan:** She will come in tomorrow for an occipital nerve block before we decide if we need to make any medication changes.

*Mary Downs*
Mary Downs, M.D.
MD:clb

cc:  Susan Anderson, M.D. (Fax #743-8284) ✓P 4·30·04
    Rhene Merkouris, M.D. (Fax #336-7211) ✓P 4·30·04
    Michael Orzechowski, M.D. (Fax 563-0100) ✓P 4·30·04

2741 DeBarr Rd., Suite #413, Anchorage, AK 99508
Phone: (907) 277-1623    Fax: (907) 277-1624

**Daniela Valenote**
4/27/04

**PROCEDURE NOTE**

**Procedure:** Occipital Nerve Block

**Indication:** Occipital Neuralgia

**Description:** Bilateral occipital nerve blocks were obtained. The patient was placed in a seated position beside the exam table with her head resting on the examination table. Local anesthesia was obtained with a small skin wheal of 1% lidocaine. A solution of 2 cc of 1% lidocaine and 1 cc of 40 mg/cc of Depo-Medrol was then injected into each occipital region.

The patient experienced some mild numbness on the right side where most of her pain was located. She also had a decreased sensation along her jaw and decreased pain in her eye. On the left side she had more numbness and a decrease in her pain. Her head felt "lighter," and she had what she reported as good relief from her discomfort. There were no complications.

*M Downs D*
Mary Downs, M.D.
MD:clb

**V-0973**

NEUROLOGICAL CONSULTANTS OF ALASKA
2741 DeBarr Rd., Suite #413, Anchorage, AK 99508
Phone: (907) 277-1623   Fax: (907) 277-1624

**Daniela Valenote**
5/7/04

## PROCEDURE NOTE

**Procedure:** Occipital Nerve Block

**Indication:** Occipital Neuralgia

**Description:** The right occipital region was cleansed with an alcohol wipe. Local anesthesia was obtained with a skin wheal of 1% lidocaine. An injection of 1 cc 40 mg/cc Depo-Medrol mixed with 2 cc of 1% lidocaine was then carried out into the occipital region. The patient did experience numbness after the injection with no complications.

She had improved after her previous bilateral injections with good resolution of symptoms on the left and partial resolution of symptoms on the right, so only a unilateral injection was done today.

Mary Downs, M.D.
MD:clb

**V-0974**

# Neurological
## Consultants
### of
## Alaska, LLC

**Mary Downs, MD**
*Board Certified Neurology*

**Wayne Downs, MD**
*Board Certified Neurology*

July 5, 2004

**RE:   Daniela Valenote**
Group ID# 78962EE
ID # ZKC590167361

To Whom It May Concern:

Daniela Valenote is followed in my office for migraines. She reports that her insurance company has limited her to nine Imitrex per month. This is an unreasonable limitation based on financial considerations and not patient safety. She may safely take up to 18 tablets per month. I would ask that she review this decision and allow the patient to be appropriately treated.

Sincerely,

Mary Downs, M.D.
MD:clb

**V-0975**

*2741 DeBarr Road, Suite 413  Anchorage, AK 99508*
*Phone: (907) 277-1623   Fax: (907) 277-1624*

Patient Name: Valenote, Dulileva   DOB: 2/  /04   Date: 1/2/04

Dx:   Meds:

Chronic pain -   Celebrex 4m, po → qid
  Tizanidine 50 ∏ qhr
  Imitrex 100 1/2 occasionally

Allergo.   Bal
Sulpedra   Prevental

**Subjective:**

Went back to pain center   R felt
C5-6 + C6-7 facet joint injection   Helped x 4 days
also in physical therapy & some exercises seem to increase pain

Lots of pain coming up on R into head   Most pain is in R temple

Lots of neck pain,   Pain between shoulders - husband brushes her hair
& pain goes to keep.

Letter to insurance company for Imitrex limitation

muscle stimulation - helped at first then ↑ pain

☐ Previous x-rays and lab studies reviewed.
☐ Comprehensive History Form reviewed and updated.
☐ Medication, problem, and allergy lists were reviewed.

ROS:  Circle present symptoms, line through if absent

Const:   Fatigue   · Weight change
Eyes:   Blurred vision  · Vision loss
ENT:   Veretigo  ·  Dizziness
Resp:   Cough
Card:   Chest pain · Palpitations
GI:   Abd pain   ·  Nausea · Vomiting
GU:   Frequency · Incontinence
MS:   Back pain · Neck pain · Stiffness
H-L:   Bruising
Endo:   Cold/heat intolerance · Excessive thirst
Skin:   Rash
Psyc:   Depression · Anxiety · Sleep disturbance
Neuro:   Headache · Numbness/tingling · Weakness · Memory loss · Confusion

**V-0976**

Name: Valenote, Lumela    DCE: 2/17/69    Date: 7/5/04

Exam:

Wt _____ Pulse 100   BP 115/70   Resp_____   Temp_____

| | |
|---|---|
| Const: | ☑ Well developed, well nourished, no acute distress |
| Eyes: | ☐ Discs flat, no hemorrhage or exudate noted |
| Card: | ☐ No peripheral edema, skin warm |
| Musculo: | ☑ Muscle strength with full resistance in upper and lower extremities |
| | ☑ Normal tone without spasticity, atrophy, or abnormal movements |
| | ☑ Gait coordinated and smooth |
| Neurological: | ☑ Alert and oriented |
| | ☐ Not easily distracted, concentrates well |
| | ☑ Aware of current events |
| | ☑ Speech smooth and clear |
| | ☑ PERRL EOMI |
| CN: | ☐ VF full to confrontation |
| | ☑ Face symmetrical, with good movement bilaterally |
| | ☑ Hearing intact to conversation |
| | ☐ Tongue midline, without atrophy or fasciculations |
| | ☐ Palate elevates in midline |
| | ☐ SCM and trapezius of normal strength |
| Sensory: | ☐ Intact to LT, PP, JPS, Vib |
| Reflexes: | ☑ 2+ and symetrical upper and lower extremities |
| Cerebellar: | ☐ Normal FNF, RAM. Heel/shin |

| Problem List: | Assessment: | Plan: |
|---|---|---|
| Chronic pain | spreading | cont F/U c pain clinic |
| | | "Cont'd to 4mg  π qid as |
| | | able + tolerated |
| HTN | | better b/c measure b allow |
| | | 18 train/month if needed |

V-0977

2741 DeBarr Rd., Suite #413, Anchorage, AK  99508
Phone: (907) 277-1623    Fax: (907) 277-1624

**Daniela Valenote**
9/8/04

**PROCEDURE NOTE**

**Procedure:** Occipital Nerve Block and Trigger Point Injection

**Indication:** Occipital Neuralgia and Cervical Pain

**Description:** The patient sat beside the examination table with her head resting on the exam table. The occipital regions were cleansed bilaterally with alcohol and a local skin wheal using 1% lidocaine was given. Each side was injected with 1 cc of Depo-Medrol 40 mg per cc mixed with 2 cc of 1% lidocaine. An area to the right of the cervical spine at about the C2 or 3 level was injected 1 cc of a solution of 40 mg/cc of Depo-Medrol 1 cc mixed with 2 cc of lidocaine giving her a dose of approximately 13.3 mg of Depo-Medrol. Two sites were injected at about the C7 level, one on each side of the spine again with a dose of about 13.3 mg of Depo-Medrol on each side.

The patient tolerated the procedure well. She had numbness over the scalp and along the neck after the procedures were performed.

Mary Downs, M.D.
MD:clb

Patient Name: _Valenote, Daniela_     DOB: _2 / 17 / 69_     Date: _9 , 8 , 04_

| Chronic pain syndrome | Meds: | Gabitril · 4 coweboul tabs 8/day |
| this | | on 6/day |
| | | Tramadol sc ī̄ 4hs |

**Subjective:**

Headaches - getting them really bad again. Starts in neck in occipital region + R > L comes up over temple to behind eye. Same type of pain she had before

Has had previous occipital nerve block before
R x 2          5/7/04          4/27/04
L x 1                          4/27/04

Pain control did me since last here + has been worse on C5·6·7
Doesn't like Narcotics

                    psychologist
Met c the pain psychiatrist before + wasn't impressed - she has done
a lot of reading. Also saw Dr. Steven + found that more helpful
But she has a 45 min drive to get

Will being seeing Dr Mann for hip - Degenerative on RH cartilage
Also discussing pudendal in sciatrah nerve entrapment

☐ Previous x-rays and lab studies reviewed.
☐ Comprehensive History Form reviewed and updated.
☐ Medication, problem, and allergy lists were reviewed.

ROS: Circle present symptoms, line through if absent

| | |
|---|---|
| Const: | Fatigue · Weight change |
| Eyes: | Blurred vision · Vision loss |
| ENT: | Veretigo · Dizziness |
| Resp: | Cough |
| Card: | Chest pain · Palpitations |
| GI: | Abd pain · Nausea · Vomiting |
| GU: | Frequency · Incontinence |
| MS: | Back pain · Neck pain · Stiffness |
| H-L: | Bruising |
| Endo: | Cold/heat intolerance · Excessive thirst |
| Skin: | Rash |
| | Depression · Anxiety · Sleep disturbance |
| | Headache · Numbness/tingling · Weakness · Memory loss · Confusion |

**V-0979**

Name: _Valenote, Daniela_    DOB: _2 , 17 , 69_    Date: _9 , 8 , 04_

Exam:

Wt_____  Pulse _100_   BP _129 , 92_   Resp_____   Temp_____

| | | |
|---|---|---|
| Const: | □ Well developed, well nourished, no acute distress | _Tearful_ |
| Eyes: | □ Discs flat, no hemorrhage or exudate noted | |
| Card: | □ No peripheral edema, skin warm | |
| Musculo: | □ Muscle strength with full resistance in upper and lower extremities | |
| | □ Normal tone without spasticity, atrophy, or abnormal movements | |
| | □ Gait coordinated and smooth | |
| Neurological: | □ Alert and oriented | |
| | □ Not easily distracted, concentrates well | |
| | □ Aware of current events | |
| | □ Speech smooth and clear | |
| | □ PERRL EOMI | |
| CN: | □ VF full to confrontation | |
| | □ Face symmetrical, with good movement bilaterally | |
| | □ Hearing intact to conversation | |
| | □ Tongue midline, without atrophy or fasciculations | |
| | □ Palate elevates in midline | |
| | □ SCM and trapezius of normal strength | |
| ...ry: | □ Intact to LT, PP, JPS, Vib | |
| ...xes: | □ 2+ and symetrical upper and lower extremities | |
| Cerebellar: | □ Normal FNF, RAM, Heel/shin | |

| Problem List: | Assessment: | Plan: |
|---|---|---|
| Chronic pain – ① various types | Seen in pain clinic | Suggested she return to see Dr Sheiry |
| ② incl HA's | occipital neuralgia + probably migraines | Repeat blocks x 1 more time + do trigger point injection in Rt cervical region - Can do tomorrow |

**V-0980**

MDrum J

Patient Name: _Valencia, Daniela_    DOB: _2 / 17 / 69_    Date: _10 / 14 / 04_

Meds: _see medication lists_

_chronic pain_
_chronic headaches_

**Subjective:**

_had C2-3 epidural (done ___ ___ steroid ___ ___ _____ ___ with higher dosage_

_occipital nerve block — only helps 2 wks_

_continuous (c painful headache_

_a stellate ganglion block is planned_

☐ Previous x-rays and lab studies reviewed.
☐ Comprehensive History Form reviewed and updated.
☐ Medication, problem, and allergy lists were reviewed.

ROS:  Circle present symptoms, line through if absent

| | |
|---|---|
| Const: | Fatigue  -  Weight change |
| Eyes: | Blurred vision  -  Vision loss |
| ENT: | Veretigo  -  Dizziness |
| Resp: | Cough |
| Card: | Chest pain  -  Paipitations |
| GI: | Abd pain  -  Nausea  -  Vomiting |
| GU: | Frequency  -  Incontinence |
| MS: | Back pain  -  Neck pain  -  Stiffness |
| H-L: | Bruising |
| Endo: | Cold/heat intolerance  -  Excessive thirst |
| Skin: | Rash |
| | Depression  -  Anxiety  -  Sleep disturbance |
| | Headache  -  Numbness/tingling  -  Weakness  -  Memory loss  -  Confusion |

**V-0981**

Name: _Valenote, Daniela_    DOB: _2/17/69_    Date: _10/19/04_

Exam:

Wt_____ Pulse _105_ BP _148/70_ Resp_____ Temp_____

| | | |
|---|---|---|
| Const: | ☐ Well developed, well nourished, no acute distress | _distressed - feels is dying_ |
| Eyes: | ☐ Discs flat, no hemorrhage or exudate noted | |
| Card: | ☐ No peripheral edema, skin warm | |
| Musculo: | ☑ Muscle strength with full resistance in upper and lower extremities | |
| | ☐ Normal tone without spasticity, atrophy, or abnormal movements | |
| | ☐ Gait coordinated and smooth | |
| Neurological: | ☑ Alert and oriented | |
| | ☐ Not easily distracted, concentrates well | |
| | ☐ Aware of current events | |
| | ☑ Speech smooth and clear | |
| | ☐ PERRL EOMI | |
| CN: | ☑ VF full to confrontation | |
| | ☑ Face symmetrical, with good movement bilaterally | |
| | ☑ Hearing intact to conversation | |
| | ☐ Tongue midline, without atrophy or fasciculations | |
| | ☐ Palate elevates in midline | |
| | ☐ SCM and trapezius of normal strength | |
| ...ry: | ☐ Intact to LT, PP, JPS, Vib | |
| ...es: | ☑ 2+ and symetrical upper and lower extremities | |
| Cerebellar: | ☐ Normal FNF, RAM. Heel/shin | |

Problem List: | Assessment: | Plan:
---|---|---
_Chronic Pain_ | _headache and nausea_ | _MRI head - anemia_
| _history, fen_ | _consider Bone injection_

_rec after MRI_

_Mixed_

**V-0982**

Ak Regional Diagnostic Imaging
2751 Debarr Road Ste# 350
Anchorage, Ak  99508
`EST CAMPUS)
ione #: (907)2641244
  Fax #: (907)264-1641

Name: VALENOTE,DANIELA CARADORI
Phys: Downs,Mary K  MD
Dob: 02/17/1969   Age: 34      Sex: F
Acct: L00263008697 Loc: L.RAD
Exam Date: 07/07/2003 Status: REG CLI
Radiology No: 144592
Unit No: L000322368        JUL 15 2003

Mary K Downs MD
2741 Debarr Rd Ste 413
Anchorage, AK 99508
277-1623

Exams:                      Reason For Exam:          CPT:
000396967 PELVIS 1-2 VIEWS    S/P FALL; PAIN           72170

TWO-VIEW PELVIS - July 7, 2003

CLINICAL INDICATION:  Trauma and pain.

FINDINGS:  Femoral heads and necks appear intact and unremarkable. Hip
joints themselves appear normal. Lower lumbar spine and SI joints
appear normal. Visualized portions of the sacrum are intact as are the
pubic rami.

*MPRESSION:  No fracture.*

DICTATED:  07/09/03

          ** Electronically Signed by LAWRENCE P WOOD M.D. **
          **          on 07/10/2003 at 0749               **
              Reported and Signed by: LAWRENCE P WOOD, M.D.

CC: Mary K Downs MD

Technologist: COMPTON, PAULETTE
Transcribed Date/Time: 07/09/2003 (1603)
Transcriptionist: LMRIFBT
Printed Date/Time: 07/10/2003 (0820)   Batch No: 847

  3E 1            Mary K Downs MD

**V-0983**

Ak Regional Diagnostic Imaging
2751 Debarr Road Ste# 350
Anchorage, Ak  99508
'EST CAMPUS)
.one #: (907)2641244
  Fax #: (907)264-1641

Name: VALENOTE,DANIELA CARADORI
Phys: Downs,Mary K  MD
Dob: 02/17/1969  Age: 34    Sex: F
Acct: L00263008697 Loc: L.RAD
Exam Date: 07/07/2003 Status: REG CLI
Radiology No: 144592
Unit No: L000322368


Mary K Downs MD
2741 Debarr Rd Ste 413
Anchorage, AK 99508
277-1623


Exams:                        Reason For Exam:           CPT:
000396966 LUMBAR SPINE COMPLETE-5    S/P FALL; PAIN        72110

  EXAM:  LUMBAR SPINE SERIES, COMPLETE    DATE:  JULY 07, 2003 @

  CLINICAL INDICATION:   Status post fall with pain.

  FINDINGS:  There are five lumbar type vertebral bodies.  The alignment
  is normal.  No significant degenerative changes are present.  No
  fracture is seen.  Transverse processes appear intact.  Oblique films
  demonstrate intact pedicles and posterior facets.  No spondylitic
  'efects are identified.  The sacroiliac joints appear normal.

  *IMPRESSION:   Unremarkable lumbar spine.  No evidence of acute*
  *fracture, erosion or malalignment.*


  DICTATED: 7/9/2003


            ** Electronically Signed by LAWRENCE P WOOD M.D. **
            **            on 07/10/2003 at 0749            **
              Reported and Signed by: LAWRENCE P WOOD, M.D.


CC: Mary K Downs MD

Technologist: COMPTON, PAULETTE
Transcribed Date/Time: 07/09/2003 (1604)
Transcriptionist: LMRICD
Printed Date/Time: 07/10/2003 (0820)   Batch No: 847

  :E 1            Mary K Downs MD

```
Ak Regional Diagnostic Imaging        Name: VALENOTE,DANIELA CARADORI
2751 Debarr Road Ste# 350             Phys: Downs,Mary K  MD
Anchorage, Ak  99508                  Dob: 02/17/1969   Age: 34     Sex: F
 EST CAMPUS)                          Acct: L00263008697 Loc: L.RAD
 one #: (907)2641244                  Exam Date: 07/07/2003 Status: REG CLI
 Fax #: (907)264-1641                 Radiology No: 144592
                                      Unit No: L000322368
```

Mary K Downs MD
2741 Debarr Rd Ste 413
Anchorage, AK 99508
277-1623

| Exams: | Reason For Exam: | CPT: |
|---|---|---|
| 000396968 SACRUM/COCCYX | S/P FALL; PAIN | 72220 |

SACRUM/COCCYX - JULY 7, 2003

CLINICAL INDICATION:  Trauma, pain.

FINDINGS:  Very minimal degenerative changes are noted at the L4-L5
disk.  The SI joints are intact and unremarkable.  The sacral ala
appear intact as well.  Lateral film shows no definite fracture or
separation.

*MPRESSION: No evidence of sacral or coccygeal fracture.*

DICTATED:  07/09/03

```
            ** Electronically Signed by LAWRENCE P WOOD M.D. **
      **                on 07/10/2003 at 0749                **
                Reported and Signed by: LAWRENCE P WOOD, M.D.
```

CC: Mary K Downs MD

Technologist: COMPTON, PAULETTE
Transcribed Date/Time: 07/09/2003 (1604)
Transcriptionist: LMRIMRW
Printed Date/Time: 07/10/2003 (0820)   Batch No: 847

  GE 1              Mary K Downs MD

**V-0985**