# DR. MERKOURIS

**V-0999**

VALENOTE, Daniela                                  03/13/2001

SUBJECTIVE:   Patient is a 32-year-old G0 female who presents today for her annual exam.

*lactose intolerant*

REVIEW OF SYSTEMS:  Positive for asthma, irritable bowel disease, anemia, and joint pain and arthritis.

PAST SURGICAL HISTORY:  Tonsillectomy in 1986 and hospitalized for chicken pox in 1997.  Patient's past injuries is fall on tailbone with twisted and torn muscles in the right knee in 1989.  She states that after she fell she seemed to have problems that developed with the right side of the body feeling like it is tense and jumping.  She has seen multiple rehabilitation physicians.  Right knee seeing Alaska Rehab and she has been taking muscle relaxants, but she does not like the way they feel and she does not know where to go from here.

*ovarian cysts*

GYNECOLOGICAL HISTORY:  Her last annual was 6/15/2000 of last year.  At that time, Pap smear was obtained which showed no endocervical cells.  She had a repeat Pap smear in 8/23/2000 which was within normal limits.  Her last menstrual period was 2/19/2001.  She is on Zovia 1/35 and currently is having no problems with her menses.  She has problems with Norflex.

MEDICATIONS:  Her medications at this time are Zovia 1/35 and Vioxx.

FAMILY HISTORY:  Significant for mother with hypothyroidism, irritable bowel disease, and hemorrhoids.  Her father has cirrhosis, hepatitis C secondary to coronary bypass.  He also has pulmonary edema secondary to heart disease.  Her maternal grandmother had coronary artery disease and a heart attack from which she died.  Maternal grandfather had hypothyroidism.  Paternal grandfather died of appendicitis.  Paternal grandmother died of myocardial infarction.  She has one sister who has had endometriosis and a hysterectomy.

SOCIAL HISTORY:  The patient is married.  She wears her seatbelt and exercises regularly.  She does not feel that she at risk from others and she has a regular sexual partner with no concerns regarding her sexuality.

HABITS:  She does not smoke.  She occasionally drinks.  She does not use recreational drugs.

OBJECTIVE:   Physical exam revealed a very pleasant, well-developed female in no apparent distress.  She is 150 lb.  She is 5 ft 5 in.  Blood pressure is 110/80.

*Breasts with Dominant mass - IT - nodes or nipple d/c*

HEENT EXAM:  OROPHARYNX:  In good repair.  No thyromegaly.  No nodes.
CHEST:  Clear to auscultation and percussion.
COR:  Regular rate and rhythm.  Normal $S_1$, $S_2$.  No $S_3$ or $S_4$.  No murmurs.
GI:  Revealed no hepatosplenomegaly.  No palpable masses.  No suprapubic tenderness.  She has normal groin nodes.
GYN EXAM:  She had normal external genitalia, Bartholin, Skene, and urethra.  Vagina had thick white discharge.  Pap smear was obtained.  The uterus is anteflexed, 4 x 6 cm, nontender.  There was a 3 cm left fullness with possibility of left ovarian cyst; although, patient does have irritable bowel and this could be her colon.

ASSESSMENT/PLAN:
1.  Patient with right-sided body tensing spasmodically.  Referred patient to neurologist for rule out of some type of seizure activity versus long tract symptom.
2.  Also given her a name for an allergist since patient feels she has allergies.
3.  Her irritable bowel syndrome a this time is doing well.  Will also have patient return to clinic in approximately 6 weeks to see if this cyst disappears.  Will treat her for a yeast infection with Terazol 7 vaginal cream with positive yeast on KOH.

Rhene Merkouris, MD

RM:jr
D: 03/13/2001
T: 03/15/2001

VALENOTE, Daniela                                           04/23/2001

**SUBJECTIVE:** Patient is a 32-year-old G0 woman whose last menstrual period was 4/11/2001, who is taking Zovia 1/35 and Vioxx. She is here today to reevaluate her left ovarian cyst. She was having significant pain when she saw us on 3/13/2001, especially to the left, and we decided to be conservative since she did feel like she had a fullness on the left that appeared to be approximately 3 to 4 cm. She had her period on 4/11/2001 and returns for evaluation. She states the pain is much better. She felt some very sharp twinges around the time of her menses but those have since gone away, and her period is basically over and ended this last weekend.

**OBJECTIVE:** Her exam reveals no abdominal masses. She does have a slightly full bladder and on palpation of the upper part of the bladder she had 3 out of 4 tenderness. There was also a bowel that could be appreciated and this was very painful to evaluation. The uterus itself was retroflexed. There was no cervical motion tenderness. There were no peritoneal signs or peritoneal tenderness on the right. No adnexal masses on the left. I still palpated 3 x 4 cm fullness that is 3 out 4 tender to palpation.

**ASSESSMENT/PLAN:**

Patient with continued left adnexal fullness. Will get sonogram to rule out persistent ovarian cyst versus dilated loop of bowel that is probably irritable bowel syndrome. The patient did cut out milks and cheeses from her diet. She has dropped her weight in the last month from 150 lb to 146 lb and is feeling better with her bowels.

Rhene Merkouris, MD

RM:jr
D: 04/23/2001
T: 04/27/2001

1-01-02 T/c from pt. stopped OCP x 2wks. Now having numerous migraines. dizzy. ? diabetic screening due to pt's c/o. appt made for 2-5-02 c̄ Dr merkouris MD cl

**V-1001**

ic 2101 clark chack done wk

VALENOTE, Daniela                                                02/05/2002

**SUBJECTIVE:** Patient is a 32-year-old G0 woman who comes in today with complaints of mood swings, feeling abnormality, severe headaches with nausea and dizziness, and stating that she is binge eating and certain foods are making her feel terrible. A friend of hers told her she is acting like a diabetic, so she stopped her birth control pills 2 weeks ago.

ALLERGIES: <u>**ENVIRONMENTAL ALLERGIES**</u> and <u>**NORFLEX**</u>.

CURRENT MEDICATIONS: Vioxx, Allegra and Singulair.

Her last menstrual period was 1/17/2002. The patient states that when she initially saw us with this left-sided pain the pain is resolved with decreasing milk. Now, she states she is having severe headaches, waking up with them, and sometimes she wakes up with them with the nausea. She states the nausea is from, she believes, the pain. She states she had stopped dairy with resolution of a lot of her irritable bowel syndrome but currently she does not eat very well. She has been eating a ton of sugar for her headaches, along with lots of bananas, apples, and caffeine. She would like to discuss how to help herself.

**OBJECTIVE:** Her exam today reveals her weight to be 144 lb. She is 5 ft 4 in and her blood pressure is 110/70. No exam was performed today.

**ASSESSMENT/PLAN:**

We talked for approximately 20 minutes. We discussed since she wakes up with these headaches whether they are migraine-type versus tension. The patient states her head hurts on the frontal part of her skull in the back. In fact this was palpated and she did have tenderness to where her eyebrows are, in the frontal part of her head, and then on the right spinous insertion of the rectus muscles into the back of the skull. I cautioned her about pillows and an old mattress. She has no idea how old her mattress is and I discussed with her a healthy diet, carbohydrate craving and how that leads to premenstrual dysphoric syndrome. The patient is not eating any protein whatsoever, that was what was in her milk and she gave the milk up. I discussed hypoglycemia and significant headaches. The patient will try to change her diet to increase her protein. She will evaluate her pillow. She stopped her birth control pills. I recommend that she go back on them. She has her final architectural test to get her diploma and she does want to have kids, but I have recommended she go back on the pill because it is during this time of significant stress that people do get pregnant. I have given her Allegra for her headaches to see if we can help to evaluate them. She states the headaches are not just during menstruation but throughout. She will attempt to change her lifestyle a bit and go back on the pills. She will change her diet and her sleeping, including her mattress and her pillow, and will see if this can help resolve her problem.


Rhene Merkouris, MD

RM:jr
D: 02/08/2002
T: 02/11/2002

VALENOTE, Daniela                                    03/08/2002

SUBJECTIVE:  Daniela is a 33-year-old G0-P0 female that comes today for her annual exam.

REVIEW OF SYSTEMS:  Positive for asthma, irritable bowel syndrome, anemia, joint pain and arthritis.

PAST SURGICAL HISTORY:  Remains unchanged.

GYNECOLOGICAL HISTORY:  Unchanged.  Her last menstrual period was 2/24/2002 and again on 3/5/2002.  She stopped Zovia 1/35 for about 3 months thinking that she would try to get pregnant, and decided that she would restart her pills thus the second menses has been since starting the Zovia.

CURRENT MEDICATIONS:  Zovia 1/35, Vioxx, Allegra and Singulair which she takes for allergies.

SOCIAL HISTORY:  Patient is married.  She continues to wear her seatbelt.  She is in a happy relationship with her husband and reports no abuse.

FAMILY HISTORY:  Remains unchanged.

HABITS:  She does not smoke.  She drinks wine with dinner and she does not use any recreational drugs.

OBJECTIVE:  On her physical examination she is a very pleasant lady of 147 lb, 5 ft 4 in, blood pressure 112/86.
HEENT EXAM:  EARS:  Her right ear canal is curved more than normal.  The TM appears gray and pearly.  The patient does report that she has some difficulty hearing out of the right ear.  Her left ear is normal with gray pearly TM.
OROPHARYNX:  In good repair.
NECK EXAM:  No thyromegaly or nodes palpated.
CHEST:  Clear to auscultation and percussion.
HEART:  Normal rate and rhythm with no murmurs.
BREAST EXAM:  Reveals fibrous breast tissue with no dominant masses.  Nodes are negative in axillae.
ABDOMEN:  Reveals no hepatosplenomegaly.  No palpable masses.  Some slight tenderness in the upper right quadrant that is often related to the lactose intolerance that she suffers from.
GYN EXAM:  Normal external genitalia with slight redness and fissures at the introitus.  She has a whitish discharge.  A thin prep Pap smear was obtained.  The uterus was nontender.  No masses palpated.  Slight tenderness in the right lower quadrant area which is related to the irritable bowel syndrome.

LABORATORY DATA:  A wet prep was done.  There is hyphae yeast present.  No clue cells and no *Trichomonas*.

ASSESSMENT/PLAN:
The plan for this patient is to prescribe Diflucan 150 mg tablet 1, a refill on the Zovia 1/35 for 1 year for family planning.  We will see this patient p.r.n.

Leeanne Mercier, ANP

LM:jr
D: 03/08/2002
T: 03/12/2002

V-1003

5·3·02 reminder card mailed for June Repeat Pap —— MJenNCHA

VALENOTE, Daniela                                    06/21/2002

SUBJECTIVE:  Patient is a 33-year-old G0-P0 woman who comes in today for a repeat Pap smear.  Her last Pap smear on 3/5/2002 revealed benign cellular changes, parakeratosis.  She is currently studying for her architect exam and feels slightly stressed.

ALLERGIES:  **ENVIRONMENTAL** and to **NORFLEX**.

CURRENT MEDICATIONS:  Vioxx, Singulair, Allegra, Zovia, and Nasacort.

GYNECOLOGICAL HISTORY:  Current birth control pills are Zovia.  Patient is not interested in getting pregnant until after she gets her architect degree.

OBJECTIVE:  Her exam was problem oriented today.  Very intelligent, thin woman in no apparent distress.  Her weight is 150 lb.  She is 5 ft 4 in.  Her blood pressure is 130/74.
ABDOMEN:  Reveals no hepatosplenomegaly.
GYN EXAM:  She has normal external genitalia, Bartholin, Skene, and urethra.  The vagina appeared normal with no evidence of abnormal discharge.  The cervix was visualized and a thin prep Pap smear was obtained.

ASSESSMENT/PLAN:
If the patient has a negative Pap smear will revert back to yearly.  If she has an abnormal Pap smear will take care of it as indicated.

Rhene Merkouris, MD

RM:jr
R:  07/03/2002
T:  07/03/2002

V-1004

VALENOTE, Daniela                                    04/10/2003

SUBJECTIVE:   Patient is a 34-year-old G0-P0 patient who is known to me.  She passed her architectural board and comes in today for her annual exam.  The patient has had an incredibly difficult last year.  After an unidentifiable incident the patient began having severe pain in her right leg and hip in October of 2002.  The pain became so crippling that she finds she cannot stand and cannot sit.  She is unable to work at this time because she cannot sit at a desk.  She also has been unable to have sexual relations.  She has seen multiple physicians, neurologists, sports injuries, physical therapists and is finding no relief.  In fact as the patient relates this history she is beginning to cry.  She states she is so frustrated.  She cannot stand the pain.  The etiology of the pain has not been determined and nothing seems to help it.  She is here for her annual and endometriosis seems to be a possibility for her pain.

PAST MEDICAL HISTORY:  Positive for irritable bowel syndrome, asthma, and some osteoarthritis secondary to past injuries, including a tailbone injury and torn muscles in the right knee in 1989.

PAST SURGICAL HISTORY:  T&A in 1986.  She was hospitalized for chicken pox in 1997.  She has been seeing rehabilitation for musculoskeletal pain of the knee and sacrum secondary to an injury in 1989.

GYNECOLOGICAL HISTORY:  Last menstrual period 3/21/2003.  She states they are normal.  She is using condoms for birth control.

ALLERGIES:  **ENVIRONMENTAL** and **PINEAPPLE**.

CURRENT MEDICATIONS:  Zanaflex 4 to 8 mg a day, Nexium 40 mg p.o. q.d., Allegra 180 mg p.o. q.d., baby aspirin, Singulair 10 mg p.o. q.d., Procardia 30 mg p.o. q.d., folate, Lexapro 20 mg p.o. q.d., and Neurontin 900 mg q.d.

SOCIAL HISTORY/HABITS:  Patient does not smoke, does not use recreational drugs.  She drinks occasionally.  She is married.  She is an architect.  She is currently unable to work secondary to severe right-sided hip and back pain.

FAMILY HISTORY:  Mother has hypothyroidism, irritable bowel syndrome.  Father with coronary bypass.  He got hepatitis C secondary to a blood transfusion and now has cirrhosis.  Maternal grandmother with coronary artery disease and myocardial infarctions.  Maternal grandfather with hypothyroidism.  She has one sister who had endometriosis and a hysterectomy.

OBJECTIVE:   Physical exam reveals a very anxious, frustrated woman in no apparent distress.  Her weight is 146 lb.  She is 5 ft 4 in.  Blood pressure is 120/70.
HEENT EXAM:  Negative.
OROPHARYNX:  In good repair.
NECK EXAM:  No thyromegaly and no nodes.  No masses palpated in her neck at all.
CHEST:  Clear to auscultation and percussion.
COR:  Regular rate and rhythm.  Normal $S_1$, $S_2$.  No $S_3$ or $S_4$.  No murmurs.
BREAST EXAM:  Her breasts are soft.  There are no dominant masses, nodes, retractions or nipple discharge.
ABDOMEN:  Reveals a scaphoid abdomen with no hepatosplenomegaly.  No rebound, no guarding, and no suprapubic tenderness.  The patient finds that she is unable to tolerate moving or flexing the right hip.  We were able to find a position for evaluation of her genitalia.
GYN EXAM:  Reveals normal external genitalia, Bartholin, Skene, and urethra.  The cervix was visualized.  A thin prep Pap smear was obtained.  The uterus is retroverted and we evaluated at this time for chronic pelvic pain, endometriosis which the patient has not given us a history of.  On evaluation the patient has no peritoneal signs.  She has no cervical motion tenderness.  She has no central uterine tenderness.  There are no adnexal masses today.  On palpation of the patient's right true pelvis the patient has referred pain which causes her significant discomfort.

**V-1005**

CONTINUED ....                          RHENE MERKOURIS, MD

VALENOTE, Daniela
April 10, 2003
Page 2

ASSESSMENT/PLAN:

Patient with significant musculoskeletal pelvic pain. I would suggest for this patient pelvic physical therapy, possibly with the use of acupuncture to help her current pain control. She has an appointment in May to see Dr. Wayne Downs for another neurological evaluation, and I will give them a call just to describe what I have seen with the patient's significantly tender right pelvis, which I do not believe is due to endometriosis and/or organ dysfunction. I will send a copy Dr. Beard. I question if the patient has just symptomatic radiculopathy with referred musculoskeletal chronic pelvic fasciitis secondary to spasm.

Rhene Merkouris, MD

RM:jr

cc: Joella Beard, MD    mailed 5-1-03 ak

cc. Dr Mary Downs    faxed 5-9-03 al

refaxed to both drs on 6-26-03 per pt's request al

**V-1006**

Patient Addressograph

NAME _Valenote Daniela_
LAST          FIRST          MIDDLE

ID # _____

### Progress Notes

7/9/02 C/o BTB c̄ Zovia, this has been a chronic problem since menses began @ age 15. Started OCPs @ 16 for this reason. Has tried many OCB. They work just 2 mos then start BTB. Also c/o breast tenderness. Denies missing pill or taking late. Info given on new BCMs, is interested in the nuva ring. Planning a preg in next 1yr. Encouraged to take home preg test before starting new BCB — Cyclessa c̄ 3d x 1 mo will call when nuva ring are available Ⓢ Mercur trip

7/9/02 chart check ✓

9-23-02 T/c from pt requesting refill of Cyclessa. Pt seeing Dr Orzechowski M.D. for HTN. Ⓢ smoker. B/P started creeping up per pt. currently on HCTZ. Dr Merkouris aware Ⓢ Ⓢ OCP until cause of B/P ↑ determined. Pt offered diaphragm. APPT made for 9/23/02 AKuestra R

9/24/02 T/c cm on v. mail — will not give OC's if having HTN probs — other forms BC are avail please call us. ✓

9/24/02 T/c discussed @ length issues of O.C & HTN c̄ Dr Orzechowski 563-1000. Will needs to use other form of O.C & when gets preg needs to be off HCTZ & on B-blocker, other Nephodipine or Aldomet ✓

9-24-02 1330 Pt to use condoms, to use Prometrium 400mg q hs x 7 nights x 3 months, starting Oct 20-27, Nov 17-24, Dec 16-23. Presc faxed to Carrs @ Eagle River. AKuestra R

10/24/02 T/c Has been on prometrium for several days Ⓢ menses. Review may not get period for 2-3 wks of finishing meds Mercur

PROVIDER SIGNATURE (AS REQUIRED) _____

The American College of Obstetricians and Gynecologists, 409 12th Street, SW, PO Box 96920, Washington, DC 20090-6920

V-1007

Copyright © 1997 (Version 4)

ACOG ANTEPARTUM RECORD (FORM F)

NAME: Daniela Valente          ALLERGIES: _____

Date 11/30/02          Initials MJ
Re: Dec. Rpt Pap
☐ phone call
☑ first  ☐ second reminder mailed
☐ certified letter  ☐ certified discharge letter

**V-1008**

| DATE | NAME | | AGE | | ALLERGIES environmental |
|---|---|---|---|---|---|
| G | P | A | LMP | MEDS | |
| BP | HT | WT | PAP | MMG | BCM |

12-16-02 – LMTC ( ____ ) Meeber Nena

12-17-02 T/C from pt. Pt will have ordering doctors office send over MRI results for Dr. Minkowis to review. ( ____ ) Meeber NCMA

1-8-03 Received copy of MRI of hips done 12-11-02 → Dr Meikouris reviewed. 1.6 cm cyst of (L)ovary – WNL → follicular cyst. If pt wants may repeat sono pelvis around 1/11/03 to reassure pt cyst has resolved. T/c to pt - pt aware & reassured ar —

Date 2/11/03    Initials MJ

Re: 3/03 Ann. Exam

☐ phone call _____

☒ first   ☐ second reminder mailed

☐ certified letter   ☐ certified discharge letter

V-1009

Patient Addressograph

NAME ___Valente_____Daniela_____
            LAST.                    FIRST.                    MIDDLE.

ID # _____

### Progress Notes

4-7-03 - TC from pt. Pt doing "ok." Has questions about appt
w/ Dr. Down's office. Dr. Merkouris has left a message for
Dr. H. Downs to call so they can discuss Daniela's case.
Pt aware                                   Mopra NCMA

6-18-03  1003  Lm returning pt call. from 6-16-03 a kuestrahl—

6-24-03  Pt desiring birth control. pt on zyrtex, singular
nexxium, neurontin, lexapro and just added elavil. reviewed c
Dr markouris → okay to trial pt on patch ortho evra. (1mo)
to see y she likes it instead of pill. reviewed instructions on
using patch. presc faxed to FM-ER a kuestrahl —

7-17-03  T/c from pt having severe nausea from zevia 1/35
atch ortho evra. just started patch this past sunday (four days ago)
does not want to continue patch. stopped patch last night. Pt
requesting to go back on zovia 1/35. Use back up birth control
for rest of cycle. till pt gets period. Do sunday start c zovia
1/35. Pt to do weekly B/P checks and call them into me
once she starts zovia. presc faxed to FM. Eagle River a kuestrahl

10-8-03 pt going to pain clinic q week. Not p 12/8k, generally,
lower, per pt.——————— J. Harrington NCMA

tc
11-20-03 Pt tried requesting refill on Zovia 1/35. discussed BP - pt sees
pain specialist q week. ∅ probs c BP (only when on Vioxx) - pt requests
pills until 4/04 when next annual will be. script faxed to FM-E.River B\
11-24-03 Release of records obtained e records were mailed to
meridian psychiatric consulting group.

Date 3-22-04     Initials SB
~ Va Ann due
phone call _____

☑ first  ☐ second reminder mailed       **V-1010**

PROVIDENS ALASKA MEDICAL certified discharge letter

The American College of Obstetricians and Gynecologists, 409 12th Street, SW, PO Box 96920, Washington, DC 20090-6920

Copyright © 1997 (Version 4)

ACOG ANTEPARTUM RECORD (FORM F)

NAME: Danula Valenote                    NKDA
                        ALLERGIES: environmental, pineapples

5-27-04 · TC to pt re: pregnancy possibilities · dlw em · would
wait at least 1 yr + then we would want an ok
from orthopedist · Pt understands · will call if questions· BS

**V-1011**

DYNACARE LABORATORIES

SKAGIT PATHOLOGY                    DYNACARE NORTHWEST
13101 E. Division, Mount Vernon, WA 98274
Phone: (800) 367-5997  Fax: (360) 416-2222

Laurence R. Peterson, M.D.    Daryl G. Vogel, M.D.,Ph.D.
Scott M.Chatterley, M.D.       James L. Biesecker, M.D., Ph.D.

Patient Name: **VALENOLE, DANIELA**

## GYNECOLOGICAL CYTOLOGY REPORT

### SOURCE OF SPECIMEN:
Screening Ectocervical/Endocervical Thin Prep Pap

### CLINICAL HISTORY
Date of Last Menstrual Period:        2/19/01
Contraceptive History:                Oral Contraceptives

### FINAL CYTOLOGIC DIAGNOSIS:
### WITHIN NORMAL LIMITS

### HORMONAL EVALUATION: CONSISTENT WITH AGE
### AND/OR HISTORY.

SCREENING ECTOCERVICAL/ENDOCERVICAL THIN PREP PAP:

### STATEMENT OF ADEQUACY:
SATISFACTORY FOR EVALUATION BUT LIMITED BY THE ABSENCE OF ENDOCERVICAL/TRANSFORMATION
ZONE COMPONENT. MAY NOT BE REPRESENTATIVE OF THE SQUAMOCOLUMNAR JUNCTION.

Nancy E. Sayer, CT(ASCP)
(Electronically Signed)

MAR 2 1 REC'D

3-26-01 initials  CL
Card ☐   letter ☒   Phone ☐   ☒ pap tracking
Reminder File
☒ Yes  ☐ No  ☐ 6Wks
☒ 1 Yr  ☐ 6 Mos  ☐ 3 Mo

## V-1012

| | | |
|---|---|---|
| Patient Name: | **VALENOLE, DANIELA** | Accession:  BC01-19053 |
| Patient ID #: | 590167361 | Physician(s):  Rhene Merkouris, MD | Collected:  3/13/01 |
| ?/Gender: | 2/17/1969 (Age: 32) | Pt. Phone #: | Received:  3/15/01 |
| ?tion: | Rhene Merkouris Clinic | | Reported:  3/20/01 |

*Merkouris,Rhene/DY1

**Alaska Family Sonograms, Inc.**
3600 Lake Otis Parkway, Suite 101
Anchorage, Alaska 99508

Thank you
for your referral.

(907) 561-3601
Fax: 561-3900
www.aksonogram.com

### PELVIC ULTRASOUND REPORT

**PATIENT NAME:** Valenote, Daniela
**PATIENT ID#:** 000-8139          **DATE OF BIRTH:** 2/17/69
**REFERRING PHYSICIAN:**   Rhene Merkouris, M.D.
**INDICATION:** Left pelvic fullness ; tenderness
**LAST MENSTRUAL PERIOD:** 4/12/01          **GRAVIDA:** 0     **PARA:**
**METHOD OF BIRTH CONTROL USED:** Birth control pills
**PELVIC PAIN:** Left Adnexa          **IRREGULAR BLEEDING:** Irregular menses
**MEDICAL HISTORY:**

**PREVIOUS PELVIC SURGERY:**

**STUDY DATE:** 04/26/01

**AGE:** 32

**MISC/AB:**

| MEASUREMENTS | |
|---|---|
| **UTERUS:** (Including Cervix) 7.5 x 3.5 x 4.4 cm | **LEFT OVARY:** 3.2 x 2.1 x 3.2 cm = 11.2 cm³ |
| **ENDOMETRIUM:** 3 mm | **RIGHT OVARY:** 3.0 x 2.0 x 3.6 cm = 11.0 cm³ |

| ANATOMY | |
|---|---|
| SAGITTAL | Rt.          TRANSVERSE          Lt. |

Left ovarian follicle/cyst
14 x 12 x 8mm




☒ TVS

---

Ultrasound scanning of the pelvis shows no significant abnormalities of the uterus, ovaries, or adnexa.

IMPRESSION:

1.  Negative pelvic ultrasound.

Radiologist:  Colin J. Wells, M.D.
Electronically Signed

**V-1013**

APR 2 7 2001

*Scott*
Sonographer: Scott Pickett, R.D.M.S.

D.
suspect Sx IBD

normal letter mailed 4-30-01

☐ Call Physician          ☐ Fax Physician          ☐ Report sent w/pt.

SKAGIT PATHOLOGY, INC./YNACARE NORTHWEST
1310 E. Division, Mount Vernon, WA 98274
Phone: (800) 367-5997  Fax: (360) 416-2222
Laurence R. Peterson, M.D.   Daryl G. Vogel, M.D.,Ph.D.
Scott M.Chatterley, M.D.      James L. Biesecker, M.D., Ph.D.

Patient Name: **VALENOTE, DANIELA C.**

## GYNECOLOGICAL CYTOLOGY REPORT

**SOURCE OF SPECIMEN:**
Cervical/Endocervical Thin Prep Pap

**CLINICAL HISTORY**
Date of Last Menstrual Period:        3-5-02
Contraceptive History:               Hormones

### FINAL CYTOLOGIC DIAGNOSIS:
**BENIGN CELLULAR CHANGES
PARAKERATOSIS PRESENT.
HORMONAL EVALUATION: CONSISTENT WITH AGE
AND/OR HISTORY.**

CERVICAL/ENDOCERVICAL THIN PREP PAP:

**STATEMENT OF ADEQUACY:**
SATISFACTORY FOR EVALUATION.
ENDOCERVICAL/TRANSFORMATION ZONE COMPONENT NOTED.

David S. Hersh, CT(ASCP)
(Electronically Signed)

*annual - yeast given diflucan monilia
3·14·02 — a X ☒ paptracking*

*X
June 02 reminder card completed a*

Patient Name:   **VALENOTE, DANIELA C.**
Patient ID #:   590167361
Gender:         2/17/1969 (Age: 33)      Physician(s):   Leanne Mercier,ANP
                Rhene Merkouris Clinic   Pt. Phone #:

Accession:  BC02-19670
Collected:  3/8/02
Received:   3/11/02
Reported:   3/13/02

*Mercier,Leanne/DY1    *pt aware 3-14-02*          V-1014

SKAGIT PATHOLOGY / DYNACARE NORTHWEST
1316 E. Division, Mount Vernon, WA 98274
Phone: (800) 367-6997  Fax: (360) 416-2222

Laurence R. Peterson, M.D.    Daryl G. Vogel, M.D.,Ph.D.
Scott M.Chatterley, M.D.     James L. Biesecker, M.D., Ph.D.

Patient Name: **VALENOTE, DANIELA C.**

## GYNECOLOGICAL CYTOLOGY REPORT

**SOURCE OF SPECIMEN:**
Cervical/Endocervical Autocyte Pap

**CLINICAL HISTORY**
Date of Last Menstrual Period:        5/20/02
Contraceptive History:                Hormones

### FINAL CYTOLOGIC DIAGNOSIS:
### NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.
### FUNGAL ORGANISMS MORPHOLOGICALLY CONSISTENT WITH CANDIDA SP.
### HORMONAL EVALUATION: CONSISTENT WITH AGE
### AND/OR HISTORY.

CERVICAL/ENDOCERVICAL AUTOCYTE PAP:

**STATEMENT OF ADEQUACY:**
SATISFACTORY FOR EVALUATION BUT LIMITED BY THE ABSENCE OF ENDOCERVICAL/TRANSFORMATION
ZONE COMPONENT. MAY NOT BE REPRESENTATIVE OF THE SQUAMOCOLUMNAR JUNCTION.

*3-8-02*
*annual pap*
*BCC - parakeratosis*
*3/13/01 Oendocervical*

Jay R. Wright, CT(ASCP)
(Electronically Signed)

*"The pap smear is a screening test used as an aid in detecting cervical cancer and its precursors. Published data indicates that pap smear testing is subject to false negative and false positive results. For this reason, periodic testing and follow-up of unexplained signs and symptoms are recommended."*

*rpt pap*
*7-3-02* Initials *al*
☐ Card    ☐ Phone
Reminder File
☐ Yes  ☐ No  ☐ 6Wks
☐ 1 Yr  ☒ 6 Mon

*☒ pap tracking*
*Rx Diflucan*
*6mo up pAP?*

JUN

Patient Name: **VALENOTE, DANIELA C.**
Patient ID #:    590167361
DOB/Gender:    2/17/1969 (Age: 33)
Location:       Rhene Merkouris Clinic
Copy To:

Physician(s):  Rhene Merkouris, MD
Pt. Phone #:

Accession:   **BC02-52665**
Collected:   6/21/02
Received:    6/25/02
Reported:    6/26/02

*Merkouris,Rhene/DY1

*7-3-02 LMTC*        *7-9-02 pt aware. al*        **V-1015**

VALENOTE, DANIELA C
Pt. Phone: 278-1009
'dstrom Medical Tower
9 Madison Street, Suite 500
Washington
(206) 386-2672 (800) 458-6836
FAX (206) 386-6009

Coll: 03/08/02

Final Report Printed: 03-11-02 0741
Report Printed: 03-11-02 0741
PAGE: 1



| NEW | TEST NAME | ABNS | RESULTS | UNITS | REFERENCE RANGE/INTERPRETATION/COMMENTS/RESULTS | LOC |
|---|---|---|---|---|---|---|
| => | Source Chlamydia DNA Prb | | CERVIX Neg | | DNA Probe Assay approved for Genital and Ocular specimens | |
| => | Source GC DNA Probe | | CERVIX Neg | | DNA Probe Assay approved for Genital and Ocular specimens | |

V-1016

MAR 11 2002

NOT    NIELA C
nt PID: 590167361
ssion:  A03312173
isition: 631071526
: 03/08/02 Recv: 03/10/02
INAL REPORT **

F-33
02/17/1969

900

Leanne Mercier, ANP
2841 DeBarr Rd, Suite 45
Anchorage, AK  99508

M/AD

SKAGIT PATHOLOGY DYNACARE NORTHWEST
1310 E. Division, Mount Vernon, WA 98274
Phone: (800) 367-5997   Fax: (360) 416-2222

Daryl G. Vogel, M.D.,Ph.D.          Scott M. Chatterley, M.D.
James L. Biesecker, M.D., Ph.D.     Allen D. Morris, M.D.

Patient Name: **VALENOTE, DANIELA C.**

## GYNECOLOGICAL CYTOLOGY REPORT

### SOURCE OF SPECIMEN:
Cervical/Endocervical Autocyte Pap

### CLINICAL HISTORY
Date of Last Menstrual Period:          11-22-02

### FINAL CYTOLOGIC DIAGNOSIS:
**NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.
HORMONAL EVALUATION: CONSISTENT WITH AGE
AND/OR HISTORY.**

CERVICAL/ENDOCERVICAL AUTOCYTE PAP:

### STATEMENT OF ADEQUACY:
SATISFACTORY FOR EVALUATION.
ENDOCERVICAL COMPONENT NOT IDENTIFIED.

 R. Wright, CT(ASCP)
 ectronically Signed)

"The pap smear is a screening test used as an aid in detecting cervical cancer and its precursors. Published data indicates that pap smear testing is subject to false negative and false positive results. For this reason, periodic testing and follow-up of unexplained signs and symptoms are recommended."

*6-21-02 fungal organisms
consist c̄
candida
∅ endocervical*

*3-8-02 annual BCC
parakeratosis*

*repeat Pap   33 y.o. G0P0
12-19-02   at
Letter ☒   ☒ paptracking*

*march 2003*

| | |
|---|---|
| **Patient Name:** | **VALENOTE, DANIELA C.** |
| Patient ID #: | 590167361 |
| Age/Gender: | 2/17/1969 (Age: 33) |
| Location: | Rhene Merkouris Clinic |
| Physician(s): | Rhene Merkouris, MD |
| Pt. Phone #: | |

Accession:  BC02-109056
Collected:  12/10/02
Received:   12/12/02
Reported:   12/17/02

*Merkouris,Rhene/DY1

**V-1017**

**DYNACARE LABORATORIES**
A Wholly Owned Subsidiary of Laboratory Corporation of America

SKAGIT PATHOLOGY, INC.
1800 Division, Mount Vernon, WA 98274
Phone: (800) 367-5997  Fax: (360) 416-2287

DYNACARE NORTHWEST

Daryl G. Vogel, M.D.,Ph.D.       Scott M. Chatterley, M.D.
James L. Biesecker, M.D., Ph.D.  Allen D. Morris, M.D.

Patient Name: **VALENOTE, DANIELA C.**

## GYNECOLOGICAL CYTOLOGY REPORT

**SOURCE OF SPECIMEN:**
Screening Cervical/Endocervical Autocyte Pap

**CLINICAL HISTORY**
Date of Last Menstrual Period:        3/21/03

### FINAL CYTOLOGIC DIAGNOSIS:
NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.
FUNGAL ORGANISMS MORPHOLOGICALLY CONSISTENT WITH CANDIDA SP.
HORMONAL EVALUATION:ACCURATE EVALUATION
NOT POSSIBLE.

SCREENING CERVICAL/ENDOCERVICAL AUTOCYTE PAP:

**STATEMENT OF ADEQUACY:**
SATISFACTORY FOR EVALUATION.
ENDOCERVICAL/TRANSFORMATION ZONE COMPONENT NOTED.

_aine Ng, CT(ASCP)
(Electronically Signed)

*The pap smear is a screening test used as an aid in detecting cervical cancer and its precursors.  Published data indicates that pap smear testing is subject to false negative and false positive results.  For this reason, periodic testing and follow-up of unexplained signs and symptoms are recommended."

annual 34y.o GoA0
_ate 5.14.03 Initials  al
Card ☐   Letter ☒   Phone ☐   ☒ pap-tracking
Reminder File
☒ Yes  ☐ No  ☐ 6Wks
☒ 1 Yr  ☐ 6 Mos  ☐ 3 M

APR 1 6 2003

Patient Name:  **VALENOTE, DANIELA C.**
Patient ID #:     590167361
DOB/Gender:     2/17/1969 (Age: 34)
n:                    Rhene Merkouris Clinic
o:

Physician(s):   Rhene Merkouris, MD
Pt. Phone #:

Accession:   BC03-30126
Collected:   4/10/03
Received:   4/14/03
Reported:   4/15/03

*Merkouris,Rhene/DY1

V-1018

**DYNACARE LABORATORIES**
A Wholly Owned Subsidiary of Laboratory Corporation of America

SKAGIT PATHOLOGY - DYNACARE NORTHWEST
1510 E. Division — Mount Vernon, WA 98274
Phone: (800) 367-5997   Fax: (360) 416-2287

Daryl G. Vogel, M.D.,Ph.D.                Scott M. Chatterley, M.D.
James L. Biesecker, M.D., Ph.D.           Allen D. Morris, M.D.

Patient Name:  VALENOTE, DANIELA C.

## GYNECOLOGICAL CYTOLOGY REPORT

### SOURCE OF SPECIMEN:
Screening Ectocervical/Endocervical SurePath (Autocyte) Pap

### CLINICAL HISTORY
Date of Last Menstrual Period:        5-4-04
Contraceptive History:                Hormones
Other Clinical Conditions:            Pap collected by: SEVERIN

### FINAL CYTOLOGIC DIAGNOSIS:
**NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.** ✓
**HORMONAL EVALUATION: CONSISTENT WITH AGE**
**AND/OR HISTORY.**

SCREENING ECTOCERVICAL/ENDOCERVICAL SUREPATH (AUTOCYTE) PAP:

### STATEMENT OF ADEQUACY:
SATISFACTORY FOR EVALUATION.
   ENDOCERVICAL/TRANSFORMATION ZONE COMPONENT PRESENT. ✓

Judith L. Bedard, CT(ASCP)
(Electronically Signed)

### PRIOR PAP SMEAR RESULTS:
BC03-30126        04/10/2003        Screening Cervical/Endocervical Autocyte Pap
DESCRIPTIVE DIAGNOSIS: Negative

BC02-109056       12/10/2002        Cervical/Endocervical Autocyte Pap
DESCRIPTIVE DIAGNOSIS: Negative

BC02-52665        06/21/2002        Cervical/Endocervical Autocyte Pap
DESCRIPTIVE DIAGNOSIS: Negative

*5/27/04 · 3540*
*Zovia*
*☐ tracking*
*☐ letter*

"THE PAP SMEAR IS A SCREENING TEST USED AS AN AID IN DETECTING CERVICAL CANCER AND ITS PRECURSORS. PUBLISHED DATA INDICATES THAT PAP SMEAR TESTING IS SUBJECT TO FALSE NEGATIVE AND FALSE POSITIVE RESULTS. FOR THIS REASON, PERIODIC REPEAT TESTING AND FOLLOW-UP OF UNEXPLAINED SIGNS AND SYMPTOMS ARE RECOMMENDED."

Patient Name:    **VALENOTE, DANIELA C.**
Patient ID #:    590167361                Physician(s):   Rhene Merkouris, MD
DOB/Gender:      2/17/1969 (Age: 35)      Pt. Phone #:
Location:        Rhene Merkouris Clinic
Copy To:

Accession:   **BC04-16159**
Collected:   5/17/04
Received:    5/18/04
Reported:    5/24/04

*Merkouris,Rhene/DY1

V-1019

**CONSTITUTIONAL**
- Vital signs on Reverse
- General appearance (Note all that apply)
  - ✓ Well-developed   ___ Other ___
  - ✓ Well-nourished   ___ Other ___
  - ✓ Normal Habitus   ___ Obese ___ Other ___
  - ✓ No deformities   ___ Other ___
  - ✓ Well-groomed   ___ Other ___

**NECK**
- Neck   ✓ Normal   ___ Abnormal ___
- Thyroid   ✓ Normal   ___ Abnormal ___

**RESPIRATORY**
- Resp. Effort   ✓ Normal   ___ Abnormal ___
- Ausc. Lungs   ✓ Normal   ___ Abnormal ___

**CARDIOVASCULAR**
- Ausculation of Heart
  - Sounds   ✓ Normal   ___ Abnormal ___
  - Murmurs   ✓ Normal   ___ Abnormal ___
  - Periph. Vasc   ✓ Normal   ___ Abnormal ___

**GASTROINTESTINAL**
- Abdomen   ✓ Normal   ___ Abnormal ___
- Hernia   ✓ None   ___ Present ___
- Liver / Spleen
  - Liver   ✓ Normal   ___ Abnormal ___
  - Spleen   ___ Normal   ___ Abnormal ___
- Stool Guaiac if indicated

**LYMPHATIC**
- Palpation of nodes (choose all that are applicable)
  - Neck   ___ Normal   ___ Abnormal ___
  - Axilla   ✓ Normal   ___ Abnormal ___
  - Groin   ✓ Normal   ___ Abnormal ___
  - Other Site   ___ Normal   ___ Abnormal ___

**SKIN**
- Inspect / palp   ✓ Normal   ___ Abnormal ___

**NEUROLOGICAL / PSYCH.**
- Orientation:   ✓ Time   ✓ Place   ✓ Person   ___ Comments ___
- Mood and Affect:   ✓ Normal   ___ Depressed   ___ Anxious   ___ Agitated   ___ Other ___

**(FEMALE) GYNECOLOGIC   (At Least 7)**
- Breasts   ✓ Normal   ___ Abnormal ___
- Rectal   ✓ Normal   ___ Abnormal ___
- Ext. Genitalia   ✓ Normal   ___ Abnormal ___
- Ureth. Meatus   ✓ Normal   ___ Abnormal ___
- Urethra   ✓ Normal   ___ Abnormal ___
- Bladder   ✓ Normal   ___ Abnormal ___
- Vagina / pelv. Supp   ✓ Normal   ___ Abnormal ___
- Cervix   ✓ Normal   ___ Abnormal ___
- Uterus   ✓ Normal   ___ Abnormal ___
- Adnexa / param   ___ Normal   ✓ Abnormal   ℞ 3 cm ago ¾ tender
- Anus / perin.   ✓ Normal   ___ Abnormal ___

V-1020

IMPRESSION _Menses - due_
_RTC p minses to eval ℞ p_

SPEC. INSTRUCTIONS: Refer to: _____ Sch Surgery ___ To: Lab  U/S  Xray  Pap  Mam  EMB  Bx
Ge___ ds from _____ Sch Next Appt ___
PRO___DERS SIGNATURE _____

Total Number of bullet elements examined _____
Problem Focused = one to five elements
Expanded Problem Focused = At least 6 elements
Detailed = At least 12 elements
Comprehensive = All elements  and document every element in Cons/Gast/Gyn and one in each of the other

NAME: Valenote, Daniela        AGE: 35    DATE: 5/17/04

REFERRING M.D. / PCP: Orzechowski

LAST PAP: 4/10/03    LAST MAM: _/_/_

LMP: ? 5-4-04    GYN SURG: _____

G: 0    P: 0

**MEDS:** preventil - prn
Prilosec OTC - 2 ml
Zovia
Gabatril 12 mg qd
trazadone 50 - 100 mg hs
Allegra 180 mg
Singular 10 mg

**VITAL SIGNS:**

WT 146  HT 5'4"  BP 131/94  T _____

P 96  R _____

**ALLERGIES:**
environmental & pineapples.

**SOC. HIST/ HABITS:**
⊕ Smoker, occasional ATO #
⊖ rec. drugs.

**CHRONIC ILLNESSES:**
IBS, asthma, osteoarthritis 1989

**PAST SURGERIES:**
TPA 1986.
hospitalized 1992 for chicken pox.
rehab for musculoskeletal pain →
knee & sacrum from injury in 1989

nucleoplasty L5-S1 in Dec. 03
- post tear of disc (Dr. Anderson)
X preg test - negative

**CHIEF COMPLAINT:**
- sm amt of spotting 3rd wk of pills
- Ø bleeding c inactive pills (5/4 - beginning of inactive pills)
gets HA -

**PHYSICAL EXAM:**

ENT PERRL
throat - Ø exudate/erythema

VAGINA nl BSU
pink, good E₂

NECK Ø adenopathy
Ø thyromegally

CERVIX nl in appearance
nontender - pap done

BREASTS
nipples/inverted?
Ø dom. masses/lesions
discharge noted
? smaller
in size
vs eczema

UTERUS small, firm

CHEST
CTA Ⓑ

ADNEXAL Ø masses/fullness noted

RECTUM def.

HEART
RRR s Ⓜ

EXT Ø cc €

ABDOMEN soft, tender to psoas area

**IMPRESSION:**
Stable exam
tinea

**RECOMMENDATION:**    **V-1021**
- mammogram
- Zovia refill
- OTC antifungal
- ? sm preg p procedure 12/03
- will let pt know what RM thinks

BS