# ADVANCED PAIN CENTERS OF ALASKA
# [DR. POLSTON] [1/06 – 8-06]

V-1538

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 01/09/2006

**SUBJECTIVE:** The patient returns. She states that her pain has increased predominantly in the thoracic area. She says that this had been with relieved with a prior thoracic epidural steroid injection approximately six months ago and is asking for a repeat procedure at this level. She states she is continuing to have difficulty receiving her Maxalt. She states that she is continuing to have significant migraines. The patient has been referred to Mayo Clinic Internal Medicine for a complete workup and consideration with a referral to the inpatient pain program. The patient states that she is having difficulty with that. She is still on the waiting list. It may be another additional 6-9 months and has asked if I can renew this. The patient was offered referrals to other tertiary care Medical Centers, but wishes to remain at the Mayo Clinic. She has been offered the option of the traveling to Rochester and waiting for a follow-up appointment in the clinic but has declined this option. The patient reports the Kadian is helping somewhat. There is concern of some tolerance. I would like to stop her Norco. She is asking for a refill of her Singulair. She is unable to get this. I will provide this for one month.

**OBJECTIVE:** VITAL SIGNS: Blood pressure is 134/82, pulse is 88, temperature is 98.5, respirations are 20 and she weighs 140 pounds.
MUSCULOSKELETAL: She rates her cervical pain at 10/10, mid-back pain at 8/10 and arm pain at 10/10. Palpation of the neck and thoracic spine is tender. She is most tender in the thoracic spine at approximately T6-T7 and T7-T8. Sensation is intact.

**ASSESSMENT:**
1.  Chronic pain syndrome.
2.  Degenerative cervical lumbar and thoracic spine.
3.  Migraine headaches.
4.  Season allergic rhinitis.

**PLAN:** The patient had her Kadian 20 mg, one p.o. b.i.d. a 28-day supply and Vicodin 7.5 one p.o. t.i.d. p.r.n. and she was asked to attempt to decrease this by either take 1/2 tablets or skipping doses. The patient's Maxalt 10 mg was provided, a total of 15 for the month and this was renewed. Singulair 4 mg tablets was renewed. The patient will undergo a thoracic epidural steroid injection at that T6-T7.

I spent approximately 15 minutes with the patient.

**V-1539**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 01/10/2006
DT: 01/10/2006
JOB #: 964933

cc:    Peter Lorenzen

**V-1540**

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



V-1541

Name: Daniela C Valenote    Date: JAN 0 9 2006

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**

Valenote Daniela

Date _JAN 0 9 2006_

**If patient is from out of Anchorage, local or cell-phone number** _____

| Vital Signs: | B/P 134/82 | Pulse 88 | Temp 98.5 | Resp 20 |
| | Ht (Initial visit)_____ | Wt (Every visit) 190 | | |

Reason for Visit: _BU_

**Allergies**_____  **Medications** _____  **Other Physicians:** _____
_____          _____
_____          _____

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)

1 2 3 4 5 6 7 8 9 10   _ears_    1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10

| Location: _Cervical_ | _Mid back_ | ⓡ _Arms_ |
| Type: _pins needles, aching_ | _stabbing, pinching_ | _numb, related_ |
| Radiation: _Thoracic_ | _UB ⓡ hip_ | _to K_ |
| Continuous or | C | C | C |
| Intermittent: | | | |

What makes pain worse? _Unknown, turning_ Better? _lying & leaning up, injections_ _RFA_
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____  Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _A. Lauderon_

**Physician Notes:**
Gen

969933

MS:    Palpation:        Spring:
          ROM:
OS+gaard:        Flare:

Neuro:  Gait                               (✓ SCOTTSATTE)
                                              - elevated
         Motor power – UE        LE
                                              thoracic esi
         Sensory – LT        PP        vib
                                              T6-7
         Slump testing  R        L        SLR    R        L

         Impression

Notes:                    MAYfer 10mg

                             #11

**Procedure To Be Scheduled:**_____  PT/Trombley:_____
**Diagnostic Studies** _____  Pt to return _____
**MD signature** _____  Dictated? ____ Date _____ Time _____

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 01/17/2006

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** 1. Thoracic degenerative disk disease.
2. Greater occipital neuritis on the right.

**POSTPROCEDURE DIAGNOSIS:** 1. Thoracic degenerative disk disease.
2. Greater occipital neuritis on the right.

**PROCEDURE PERFORMED:** 1. T5-6 interlaminar epidural steroid injection.
2. Right greater occipital nerve block.

**MEDICATION INJECTED:**

**ANESTHESIA:** Versed 1 mg, fentanyl 50 mcg.

**COMPLICATIONS:** None.

**PERFORMED BY:** Gregory R. Polston, M.D.                    **V-1542**

**INDICATIONS FOR PROCEDURE:** This patient has had significant thoracic pain. She has had a thoracic epidural steroid injection last year and would like this repeated. She says she had obtained significant pain relief with this. She also complains of significant headache which has been relieved with prior right greater occipital nerve blocks and would like this repeated.

**PROCEDURE IN DETAIL:** The procedure, risks, benefits, and alternatives of both procedures were discussed. The patient had a recent bout of otitis externa. She was placed on Cipro and this has cleared. She has had no fevers. She feels much improved. She is scheduled to finish antibiotics in three days. We discussed of proceeding with a history of infection. She is adamant that we proceed today and given that she is not having fever, vital signs are stable, and she has no discharge or other evidence of infection, I will proceed. The patient had an IV started and was brought back the procedure room and placed in a prone position with a pillow under her chest. Her thoracic area was prepped with Betadine x3. Sterile drapes were applied. Vital signs were stable. She was given 1 mg Versed and 50 mcg of fentanyl.

At the T6-7 space, a 1% lidocaine skin wheal was raised. A #20-gauge, 3-1/2-inch spinal needle was passed into the midline via the interlaminar approach into the T5-6 epidural space. There was loss resistance to normal saline. There was negative paresthesia, heme or cerebrospinal fluid (CSF) aspirated from the needle. A total of 3 mL Omnipaque 240 showed spread of dye into the epidural space on the PA and lateral views. There was no evidence of intrathecal or

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

intravascular spread. Then 1 mL of 1% lidocaine was injected. One minutes passed without any significant changes. Then a total of 4 mL of solution were injected with 12 mg of betamethasone and 2 mL of 0.2% ropivacaine. The needle was removed. The patient tolerated the procedure.

Next, the patient was placed in a sitting position. The skin over the right greater occipital nerve root was prepped with alcohol. A #27-gauge, 1-1/4-inch needle was used to inject 6 mL of 2% lidocaine and 20 mg of triamcinolone. The needle was removed.

The patient tolerated the procedure. The patient noted significant reduction of headache after approximately 15 minutes. Discharge instructions were reviewed. There was no neurologic or hemodynamic difficulties. The patient will follow-up in one month.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 01/19/2006
DT: 01/20/2006
JOB #: 501492

**V-1543**

### ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 07/17/1969
SSN: 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

**DATE:** 02/08/2006

**SUBJECTIVE:** This patient reports 80% pain relief with her thoracic epidural. She continues have significant pain in the neck and the low back. She says her low back is worse and predominantly down the right leg. She says she feels weak, has had no give-way.

**OBJECTIVE:** VITAL SIGNS: Blood pressure is 120/80, pulse is 80, temperature is 98.1, respirations are 16. She weighs 141 pounds. Rates her cervical pain at 7/10, low back pain at 6/10, mid back pain at 3/10. She is tender to palpation in the L4-5, L5-S1 area with palpation. Has a positive slump test on the right. Sensation is intact.

**ASSESSMENT:** Degenerative disk disease of the lumbar spine.

**PLAN:** I would like to perform a right L5 transforaminal epidural steroid injection. Risks, benefits and alternatives were discussed. The patient voiced understanding and wished to proceed. The patient will remain on her Kadian which was renewed. Last, the patient will have a referral to Mayo Clinic of eternal medicine for evaluation in the chronic pain program. The patient has been on a waiting list for 90 days and we will renew this which was performed. The patient will follow up in one month.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 02/09/2006
DT: 02/10/2006
JOB #: 485382

**V-1544**

Advanced Medical Centers of Alaska
1917 Abbott Road, Suite 100
Anchorage, AK 99507
Patient Visit Form

Valenote, Daniela

Date FEB 0 8 2006

If patient is from out of Anchorage, local or cell-phone number

Vital Signs:      B/P 120/80 Pulse 80  Temp 98.1 Resp 16
                  Ht (Initial visit)      Wt (Every visit) 141

Reason    for   Visit: _____ RV p procedure _____

Allergies _____  Medications _____  Other Physicians: _____

Medication Refill Request: _____
Pharmacy Patient uses (place on care record also) _____
Today's Pain Intensity Scale (Circle pain scale #)

| | 1 2 3 4 5 6⑦8 9 10 | 1 2 3 4 5 6⑦8 9 10 | 1 ②③4 5 6 7 8 9 10 |
|---|---|---|---|
| Location: | Cervical | LBP | Mid Back |
| Type: | | sore | achy |
| Radiation: | ↑ head ↓ arms | ↓ ® leg to feet | |
| Continuous or Intermittent: | C | C | C |

What makes pain worse? _____  Better? _____
Any procedure since last visit, and what was it? Thoracic
% Relief from that procedure   80%   Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _____

Physician Notes:
Gen                    465342

                                            - Call Mayo
                                              clinic

MS:    Palpation:          Spring:
       ROM:
OS+gaard:          Flare:

Neuro:  Gait

         Motor power – UE        LE

         Sensory – LT            PP            vib

         Slump testing  R     L     SLR    R     L     ® Cx TP en'

         Impression

Notes:

**V-1545**

Procedure To Be Scheduled: _____  PT/Trombley: _____
Diagnostic Studies _____  Pt to return _____
MD signature _____  Dictated? ____ Date ____ Time ____

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

**DATE:** 03/06/2006

**SUBJECTIVE:**  This patient continues to complain of, predominantly, thoracic pain.  The patient underwent a transforaminal epidural steroid injection.  She says that this relieved some of the posterior leg pain, but she still has significant anterior leg pain.  She states that she was attempting to do more work with making bread crumbs at home and said that that caused significant pain.  She reports her migraines have been stable and is doing better that way.  She continues taking the Kadian 20 mg b.i.d. and Gabitril, Lunesta, Maxalt, and the Vicodin for pain with limited success.  She has still been unable to schedule an appointment for internal medicine at the Mayo clinic.  This was done last fall and still unscheduled.

**OBJECTIVE:**  VITAL SIGNS:  Blood pressure is 122/88.  Pulse is 68.  Temperature is 98.4.  Respirations 16.  She weighs 138 pounds.
PAIN:  Rates her cervical pain at 8 out of 10, low back pain at 8 out of 10, thoracic pain at 9 out of 10.  She is tender to palpation approximately T4 through T6 in the midline.
MUSCULOSKELETAL:  Sensation is intact.  With patient side bending the thoracic spine, it causes exquisite pain.  Palpation of the low back continues to be painful.  Light touch to the leg continues to show burning and allodynia.

**ASSESSMENT:**
1.  Myofascial pain.
2.  Chronic long-standing pain.
3.  Thoracic degenerative disc disease.

**PLAN:**  The patient is showing significant pain in the thoracic area.  The patient has not had a thoracic MRI in approximately two to three years.  This seems to be increasing more significantly, and I would like to see if there is any pathology to document this level of pain.  I

**V-1546**

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE**
**PROGRESS NOTE**

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

will keep her on her same pain medications. I would like to see if we can still attempt to refer the patient to an inpatient pain program.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 03/07/2006
DT: 03/07/2006
JOB #: 84346

**V-1547**

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



V-1548

Name: _Daniela C. Valenote_    Date: _MAR 0 6 2006_

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**

Valenote, Daniela

Date _MAR 0 6 2006_

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P 122/88 | Pulse 68 | Temp 98.4 | Resp 16 |
| --- | --- | --- | --- | --- |
| | Ht (Initial visit) | | Wt (Every visit) 238.4 | |

Reason for Visit: Rx ✓

Allergies _NKDA_   Medications _Maxalt_   Other Physicians:
_Vicodin_
_Kadian_

Medication Refill Request: _ALL_
Pharmacy Patient uses (place on care record also) _____
Today's Pain Intensity Scale (Circle pain scale #)

1 2 3 4 5 6 7 (8) 9 10        1 2 3 4 5 6 7 (8) 9 10        1 2 3 4 5 6 7 8 9 10

| Location: Cervical | L/3 | |
| --- | --- | --- |
| Type: stabbing, aching, adont | burns, crampy | |
| Radiation: Thoracic | + R Leg | |
| Continuous or | | |
| Intermittent: C | C | |

What makes pain worse? _everything_   Better? _nothing_
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____   Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _S. Winberg mp_

–? MAYO –

**Physician Notes:**
Gen

MS:    Palpation:        Spring:        (R) L4.3
        ROM:
OS+gaard:        Flare:

Neuro:  Gait

        Motor power – UE        LE        (↑ Thoracic MS ) +
                                                      4-5
        Sensory – LT        PP        vib

        Slump testing  R    L    SLR    R    L

        Impression

Notes:        8434C        **V-1549**

Procedure To Be Scheduled: _____   PT/Trombley: _____
Diagnostic Studies _____   Pt to return _____
MD signature _____   Dictated? _____ Date _____ Time _____

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

**DATE:** 02/21/2006

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** Lumbar discogenic pain.

**POSTPROCEDURE DIAGNOSIS:** Lumbar discogenic pain.

**PROCEDURE PERFORMED:** Right L5 transforaminal epidural steroid injection.

**ANESTHESIA:** 1 mg Versed, 50 mcg fentanyl.

**COMPLICATIONS:** None.

**INDICATIONS FOR PROCEDURE:** This patient complains of low back pain and pain radiating down her right leg. She has had prior Annuloplasty of the low back. She says this pain has gradually returned.

**DESCRIPTION OF PROCEDURE:** Risks, benefits, and alternatives were reviewed. The patient voiced understanding and wished to proceed. The patient was otherwise in good health. There were no contraindications to performing the procedure. The patient had an IV started. The back was prepped with Betadine times three. Sterile drapes were applied. She was given 1 mg Versed, 50 mcg fentanyl, remained awake and conversant throughout the procedure. A 1% lidocaine skin wheal was raised over the right L5 neural foramen. From oblique view, a 25 gauge 3.5 inch spinal needle was directed down under fluoroscopic guidance into the anterior epidural space without paresthesias, heme, or CSF aspirated from the needle. A total of 3 mL of Omnipaque 240 showed spread of dye along the nerve root and into the anterior epidural space in the PA and lateral views under live fluoroscopy. Then a total of 80 mg of triamcinolone and 2 mL of 0.2% ropivacaine were injected. The needle was removed. The patient tolerated the procedure. The patient was taken back to the recovery room in stable condition. There was no neurologic or hemodynamic difficulties. Discharge instructions were reviewed. The patient will follow up in approximately three weeks.

**V-1550**

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE**
**PROCEDURE NOTE**

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  02/21/2006
DT:  02/21/2006
JOB #:  625098

**V-1551**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 06/01/2006

**SUBJECTIVE:** This patient has just returned from the Mayo Clinic where she underwent a complete workup for urology, physical medicine and rehab, neurology and Orthopedics. The patient's long history of chronic pain was reviewed. Their recommendations include consideration of evaluating her hip and consider injections of the left hip or a referral for surgical intervention. They also considered recommending re-evaluating her lumbar disk pain with a diskography and potential nucleoplasty. The patient also had consultation with the outpatient pain program. At this time they are not recommending that she proceed with this. The patient reports that she has had increase in her headache since coming back. She attributes this to the extensive trip but it is now predominantly on the right side radiating up over the top of the head which has been relieved with prior greater occipital nerve blocks. The patient continues complaining predominantly of right arm pain, right leg pain and the left leg pain.

**OBJECTIVE:** Blood pressure is 112/74, pulse 84, temperature 98, respirations are 20. She rates his cervical pain at 6/10, mid back pain at 2/10 and low back pain at 8/10. The patient is accompanied by her husband. She has tenderness to palpation over the right greater occipital nerve which worsened her headaches and caused pain radiating over the top the head and the patient has pain at with palpation of the hip. She has signs of snapping hip syndrome.

**PLAN:**
1.  I would like to perform a right greater occipital nerve block. The risks, benefits, and alternatives were discussed. The patient voiced understanding and wished to proceed. The patient was placed in a sitting position. The skin was prepped with alcohol. A 27-gauge 1-1/4 needle was used. A total of 8 cc of 2% lidocaine and 20 mg of triamcinolone were injected in a fan-like manner over the right greater occipital nerve block. The needle was removed. The patient tolerated the procedure. The patient had no neurologic or hemodynamic difficulties. All vital signs were within normal limits. The patient reported significant reduction in pain.
2.  I will renew her Vicodin 7.5, one p.o. t.i.d. and Kadian 30 mg in the morning and 20 mg at night.
3.  I would like to consider an iliopectineal bursa injection. The risks, benefits, and alternatives were discussed. The patient voiced understanding and wished to proceed. The patient will also consider an injection of the subacromial bursa at the same time. The risks, benefits, and alternatives were discussed. We will evaluate the hip pain at that time. I have reviewed the extensive records from the VA Medical Center with the patient and discussed options.

The appointment was approximately 1/2 hour.

REPORT SENT PRIOR TO REVIEW

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

**V-1552**

GRP/MEDQ
DD: 06/06/2006
DT: 06/06/2006
JOB #: 427931

NOTHING HAS CHANGED

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



Numbness    Pins & Needles    Aching    Cramping    Burning    Stabbing

STABBING

STABBING & PINCHING

SNAPSD POPS

PRESSURE PAIN

PINCHING

HANDS SAME AS NAILS

DEEP BURNING PAIN ID HIP

R  THIGH FEELS BRUISED & CRAMPS

BUNION VERY PAINFUL TO TOUCH

SKEWER STARTS HERE GOES THRU TO VAH

OCCIPITAL HEADACHE EXCRUCIATING STARTS HERE & POPS OUT OF THE EYE

V-1553

Name: DANIELA C. VALENOTO    Date: 6/1/06

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**

| Valenote, Daniela |
|---|

Date ___JUN 0 1 2006___

**If patient is from out of Anchorage, local or cell-phone number** _____

Vital Signs: B/P _112/74_ Pulse _84_ Temp _98.0_ Resp _80_
Ht (Initial visit)_____ Wt (Every visit)_____

Reason    for    Visit: _RV_

Allergies_____    Medications_____    Other Physicians:
_____    _____    _____

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)
1 2 3 4 5 (6) 7 8 9 10        1 (2) 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 (8) 9 10

| Location: _cervical_ | _mid back_ | _LB_ |
|---|---|---|
| Type: _stabbing, pinching_ | _pressure_ | _burning, pain, cramps_ |
| Radiation: _head, ® shoulder_ | | _® leg, ® hip_ |
| Continuous or Intermittent: _C_ | _C_ | _C_ |

_sitting_ **What makes pain worse?** _lyins & movement,_    **Better?** _directed ® lyins & hot whirlpool_
_& bone_ **Any procedure since last visit, and what was it?** _____
_in my_ **% Relief from that procedure** _____    **Any neg side effects?** _____

**Other  pertinent  information/education  needs** _____

**Signature** (all clinical care providers) _S. Whitney MD_

**Physician Notes:**
Gen                    _2nd set of vitals_

MS:    Palpation:        Spring:    _T  98.7_
       ROM:                         _BP 118/74_
OS+gaard:        Flare:            _P  76_
                                   _R  80_        _427931_
Neuro:   Gait

       Motor power – UE        LE

       Sensory – LT        PP        vib

       Slump testing  R    L    SLR    R    L

       Impression

Notes:                                    **V-1554**

**Procedure To Be Scheduled:**_____    **PT/Trombley:**_____
**Diagnostic Studies** _____    **Pt to return** _____
**MD signature** _____    **Dictated?** ___ **Date** ___ **Time** ___

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 06/06/2006

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** Snapping hip syndrome.

**POSTPROCEDURE DIAGNOSIS:**

**PROCEDURE PERFORMED:**

**MEDICATION INJECTED:**

**ANESTHESIA:** 1 mg Versed with 50 mcg of fentanyl.

**COMPLICATIONS:** None.

**PROCEDURE:**
1. Iliopectineal bursa and iliopsoas muscle injection.
2. Trochanteric bursa injection.

**INDICATIONS:** This patient has been diagnosed snapping syndrome and has had chronic hip pain. She is here for injection of the iliopectineal bursa and the trochanteric bursa.

**PROCEDURE IN DETAIL:** The risks, benefits, and alternatives were discussed. The patient voiced understanding and wished to proceed. The patient was otherwise in good health. There are no contraindications to performing the procedure. The patient was placed in a supine position. and an IV was started. Vital signs were stable. She was given 1 mg of Versed and 50 mcg of fentanyl and remained awake and conversant throughout the procedure. Vital signs remained stable. The patient's skin was prepped with Betadine x3. Sterile drapes were applied. A 0.1% lidocaine skin wheal was raised approximately 5 cm below the pectineal along the midline just approximately 2 cm lateral to the femoral artery pulse in the direction of the iliopsoas muscle approximately to the mid inguinal of point. Position was confirmed in the PA and lateral views. A total of 9 cc of 2% lidocaine and 40 mg of triamcinolone were injected into the iliopsoas muscle and the iliopectineal bursa. The needle was removed. The patient tolerated the procedure. The point of maximal tenderness was then identified over the trochanteric bursa and a 25-gauge 3-1/2-inch spinal needle was placed into the bursa. A total of 9 cc of 2% lidocaine and 40 mg of triamcinolone were injected in this area. The needle was removed. The patient initially had increased pain in the bottom of her foot but her hip felt better. After approximately 15 minutes her pain was improved. The patient was discharged. Discharge instructions were reviewed. The patient will follow up in one month. We asked her to fill out a pain log to evaluate the effectiveness of the injections.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

**V-1555**

GRP/MEDQ
DD: 06/08/2006
DT: 06/08/2006
JOB #: 508477



**ALASKA**

Patient Name: Valenote Daniela

Date of Birth:

Physician Name: Polson

Procedure:

Procedure Date: 6-6-6

Procedure Time:

Please circle your pain level for each are using a 0-10 scale-- with 0 being no pain, and 10 being servere pain, bad enough to send you to the emergency room.

Draw all your areas of pain your physician is currently treating for this procedure. Label them A, B, C, D.

**Prior to procedure**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**30 minutes after**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | (10) |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | (10) |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**1 hour after**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (9.5) | 9 | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (9.5) | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**4 hours after**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | (10) |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | (10) |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | (10) |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**1 day after**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (9.5) | 9 | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (9.5) | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**2 days after**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**1 week after**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | (5) | 6 | 7 | 8 | 9 | 10 |
| B | 0 | 1 | 2 | 3 | 4 | (5) | 6 | 7 | 8 | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

A

(B) KNEE HAS INCREASED PAIN FROM DAY 1 TO PRESENT

B

Right    Left

V-1556

© OEA 2005

✳ MY HIP STILL BURNS & IS TERRIBLY PAINFUL WHEN IT POPS & DISLOCATES. THIS PROCEDURE HAS REDUCED THE PAIN ONLY WHEN AT REST. IT IS STILL PAINFUL TO TOUCH.

ADVANCED PAIN CENTERS OF ALASKA -- ANCHORAGE
PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 06/26/2006

**SUBJECTIVE:** This patient is status post hip bursa injections. She says that the pain was shortly improved, although she says that her back pain increased and is uncertain as to whether this was improved with the injection. She has some decreased pain in the hip after approximately ten days. She says he is having pain in the back of the knee and the leg. She is requesting a refill of her Maxalt. She reports that she is seeing Robert Hall, M.D. at Orthopedic Physicians Group of Alaska to evaluate her problems. She continues on Vicodin and Kadian without difficulty. She says this is helping some somewhat. The patient continues to have significant neck pain and mid-back pain.

**OBJECTIVE:** VITAL SIGNS: Blood pressure 128/70, pulse 88, temperature 98.8, respirations 20. She weighs 140 pounds.
MUSCULOSKELETAL: She rates the cervical pain at 8-out-of-10; low back pain at 8-out-of-10; mid-back pain at 8-out-of-10. She walks in without difficulty is sitting comfortably. She has pain with internal-external rotation of the hip. She is tender over the hip bursas. She has a normal sensation in the low back.

**ASSESSMENT:**
1. Degenerative disk disease of the lumbar spine.
2. Snapping hip syndrome.
3. Cervical degenerative disk disease.
4. Cervical facet arthropathy.
5. Chronic pain syndrome.
6. Migraine headaches.

**PLAN:** The patient will undergo consultation with Robert Hall, M.D. She has asked already for a second opinion before seeing Dr. Hall. I would like to have that completed before considering options for this. The patient was given back her CD from her Mayo Clinic consultation. The patient had her work student loan from completed. The patient had her Maxalt renewed. Also, Kadian and Vicodin renewed. I will see her back after the consultation with Dr. Hall.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

**V-1557**

GRP/MEDQ
DD: 07/04/2006
DT: 07/04/2006
JOB #: 22781

**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**


Valenote Daniela

Date _6-26-6_

If patient is from out of Anchorage, local or cell-phone number

| Vital Signs: | B/P _98/70_  Pulse _83_  Temp _98.8_ Resp _20_ |
|---|---|
| | Ht (Initial visit) _____  Wt (Every visit) _139_ |

Reason  for  Visit: _PV_
_____
_____

Allergies _Norflex_     Medications _Maxalt_     Other Physicians:
_____          _vicodin_
                         _Valium_

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)

1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 10

| Location: _Cervical_ | _LB_ | _low back_ |
|---|---|---|
| Type: _stabbing, pinchy_ | _burning_ | _stabbing_ |
| Radiation: _L shoulder, hand_ | _both legs, hips_ | |
| Continuous or | | |
| Intermittent: _C_ | _C_ | _C_ |

What makes pain worse? _movement_     Better? _resting_
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____ Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _____

**Physician Notes:**
Gen                              ∴ more LBP
                                 - pain good for short
MS:   Palpation:   Spring:       _ pain bad by time
      ROM:                       home
OS+gaard:   Flare:
                                 — Back some decr.
Neuro:  Gait                     after ≈ ? day
        Motor power – UE _r 4/4_   LE          now back of knee
        Sensory – LT    PP    vib   and leg
        Slump testing R   L   SLR  R   L
        Impression  _Maxalt_
                    _for refill_   July 15th    30 4 w/c s
Notes:
                                   Vicodin  56

**Procedure To Be Scheduled:** _____  PT/Trombley: _____
**Diagnostic Studies** _____  Pt to return _____
**MD signature** _____  Dictated? _____ Date _____ Time _____

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.

Numbness ▪ ▪ ▪   Pins & Needles oooo oooo oooo   Aching ✓✓✓✓ ✓✓✓✓ ✓✓✓✓   Cramping ●●●● ●●●● ●●●●   Burning xxxx xxxx xxxx   Stabbing //// //// ////



STABBING
HANDS HURT
THE SAME
AS ALWAYS

VEINS
ARE MORE
VISIBLE
HERE,
ESPECIALLY MORNING

Stabbing

BURNS,
DOES,
IS

MORE
BACK
PAIN
SINCE
TENDON
INJECTIONS

THIGH
HYPERSENSITIVE

KNEE,
INSIDE
LEG TO
ARCH OF
FOOT
& TOE

ENTER
SCREWDRIVER
EXIT EYE

BAD
PINCHING

V-1558

Name: Daniela C. Valenote          Date: 06/26/06

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
## PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 07/17/2006

**SUBJECTIVE:** This patient returns with numerous complaints. The patient states that her migraines have been worse over the past week. She is requesting a refill on her Maxalt. She says that this helps occasionally. She would like a three-month refill, which was provided for a mail order. The patient states that the increase in the Kadian to 60 mg per day has made things worse and would like to return back to 50 mg per day. She also would like to continue taking her Vicodin 7.5-500, 1 p.o. t.i.d.. The patient was seen by orthopedics. The patient was seen by Dr. Hall and had the case reviewed by Dr. Mills. I have not seen a copy of this referral. She apparently states that he has sent her to Dr. Towers, another orthopedic specialist, to consider the hip surgery. The patient also had been recommended to consider going back to Mayo Clinic. The patient continues to complain of pain over the right side. She also had complaints about her physical therapy appointment. Apparently she thought she was being seen by another physical therapist. She did not feel that she had a very good appointment with the therapist and has asked me to discuss this with the therapist tomorrow at rounds.

**OBJECTIVE:** VITAL SIGNS: Blood pressure 120/80, pulse 72, temperature is 97.3, respirations 16. She weighs 140 pounds.
GENERAL: She is very nauseous. She is well dressed, articulate, sitting on exam chair. She is a writing down her notes. The exam is difficult due to the migraine headache.

**ASSESSMENT:**
1.   Chronic migraines.
2.   Cervical facet pain.
3.   Lumbar degenerative disk disease.
4.   Left hip arthropathy.

**PLAN:** The patient will call back next week when she will be changed to the new dose of the Vicodin and Kadian as above. The patient was given a prescription of the Maxalt. The patient states that she will be seen by Valerie Phelps in physical therapy.

REPORT SENT PRIOR TO REVIEW


Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 07/18/2006
DT: 07/19/2006
JOB #: 642516

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



✳ SAME PAIN PATTERNS—
·SAME QUALITY OF PAIN—
·ALWAYS CONSTANT

**V-1559**

Name: _Daniela C. Valenote_          Date: _07-17-06_

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 08/08/2006

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**POSTPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**PROCEDURE PERFORMED:** Medial branch block at C5, C6 and C7.

**MEDICATION INJECTED:**

**ANESTHESIA:** None.

**COMPLICATIONS:** None.

**PERFORMED BY:** Gregory R. Polston, M.D.

**INDICATIONS:** This patient complains of continued neck pain radiating over the scapula on the right. She has had prior relief with radiofrequency blocks in the past and is here for consideration of a repeat procedure.

**PROCEDURE IN DETAIL:** The procedure, risks, benefits, and alternatives were discussed. The patient voiced understanding and wished to proceed. The patient was otherwise in good health. There were no contraindications to performing the procedure. The patient was placed in the left lateral decubitus position. Skin was prepped with Betadine x3. Sterile drapes were applied.

A 1% lidocaine skin was raised over the C5 lateral mass. Then a #25-gauge, 3-1/2-inch spinal needle was directed down to contact the bone. Position was confirmed in the PA and lateral views. There was negative paresthesia, heme or cerebrospinal fluid (CSF) aspirated from the needle. Then a 1% lidocaine skin wheal was raised over the C6 lateral mass and a #25-gauge, 3-1/2-inch spinal needle was directed down to contact the lateral mass at C6. Then a 1% lidocaine skin wheal was raised over the C7 vertebral body. Again a #25-gauge, 3-1/2-inch spinal needle was directed down to contact bone. Position was confirmed in the PA and lateral views. There was negative paresthesia or CSF aspirated from the needle. Then 0.5 mL of Omnipaque 240 was injected in the C5 needle showing spread of dye over the lateral mass. Then 1 mL of Omnipaque 240 showed spread of dye over the lateral mass at C6 and 1 mL of Omnipaque 240 showed spread of dye over the lateral mass at C7. Positions were confirmed with this dye in the PA and lateral views. Then 1 mL of 2% lidocaine was injected in the C5 needle, 1 mL of 2% lidocaine

**V-1560**

## ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
### PROCEDURE NOTE

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

was injected in the C6 needle and 1 mL of 2% lidocaine was injected in the C7 needle.  All needles were removed.

The patient tolerated the procedure.  The patient noted significant reduction of pain.  Discharge instructions were reviewed.  The patient will follow up for consideration of radiofrequency ablation.

REPORT SENT PRIOR TO REVIEW

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  08/13/2006
DT:  08/14/2006
JOB #:  161440

**V-1561**

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROCEDURE NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 08/29/2006

**PERFORMED BY:** Gregory R. Polston, M.D.

**PREPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**POSTPROCEDURE DIAGNOSIS:** Cervical facet arthropathy.

**PROCEDURE PERFORMED:** Radiofrequency ablation of the medial branches at C5, C6 and C7 on the right side.

**MEDICATION INJECTED:**

**ANESTHESIA:** Versed 1 mg, fentanyl 50 mcg.

**COMPLICATIONS:** None.

**INDICATIONS FOR PROCEDURE:** This patient has undergone diagnostic medial branch blocks with excellent relief of pain. The patient has had a radiofrequency in the past and she is here for a repeat of the procedure.

**PROCEDURE IN DETAIL:** The procedure, risks, benefits, and alternatives were discussed. The patient voiced understanding and wished to proceed. The patient was in good health with no contraindications to performing the procedure. The patient was placed in a prone position after an IV was started. She was given 1 mg Versed and 50 mcg of fentanyl and remained awake and conversant throughout the procedure. The back of the neck was prepped with Betadine x3. Sterile drapes were applied.

A 1% lidocaine skin wheal was raised over the C6 lateral mass. From a posterior approach a 10-cm, 10-mm RFA needle was placed in the center of the lateral mass. Position was confirmed on PA and lateral views. Motor stimulation was negative at 1.5 volts. Then after negative aspiration 1 mL of 2% lidocaine with 2 mg of betamethasone were injected. The needle was then heated for 60 seconds at 80 degrees Celsius. The needle was moved cephalad approximately one needle breath. Again position was confirmed on the PA and lateral views. This was then heated for 60 seconds at 80 degrees Celsius. Then the needle was brought two needle breadths more caudal on the lateral mass again without difficulty. This needle was then heated for 60 seconds at 80 degrees Celsius.

Then a 1% lidocaine skin wheal was raised over the C5 lateral mass. Then a 10-cm, 10-mm RFA needle was directed down to place in approximately the center of the lateral mass. Position was confirmed on PA and lateral views. Motor stimulation was negative at 1.5 volts. This

**V-1562**

**ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE**
**PROCEDURE NOTE**

Name:  VALENOTE, DANIELA
DOB:  02/17/1969
SSN:  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

needle was then heated for 60 seconds at 80 degrees Celsius.  The needle was then moved
cephalad one needle breath and again heated for 60 seconds at 80 degrees Celsius.  It was then
moved caudally two needle breadths; again, heated for 60 seconds at 82 degrees Celsius after
confirming position in the PA and lateral views.

Finally, at the C7 lateral mass slightly more cephalad in the lateral mass.  Position was confirmed
on the PA and lateral views.  This was heated for 60 seconds at 80 degrees Celsius after negative
motor stimulation to 1.5 volts and after 1 mL of 2% lidocaine with 2 mg of the betamethasone.
The needle was then moved cephalad one needle breath, heated for 60 seconds at 80 degrees
Celsius, again confirming on the PA and lateral views.  It was moved two needle breadths more
caudal and heated again after confirmation on the PA and lateral views 60 seconds at 80 degrees
Celsius.  The needle was removed.

The patient tolerated the procedure.  The patient was taken back to the recovery room in stable
condition.  There was no neurologic or hemodynamic difficulties.  Discharge instructions were
reviewed.

REPORT SENT PRIOR TO REVIEW

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD:  08/31/2006
DT:  09/01/2006
JOB #:  801778

V- 1562 A