# ATTACHMENTS TO DR. POLSTON'S NOTES 1/06 – 8-06

V-1563



**Acute Family Medicine Clinic**

AFMC

acutefamilymedicine.com

## FAX COVER SHEET

**Date:** _12|18|05_

**To:** _Dr. Polston_

**From:** _____

Daniel J. Coverdell, MD, AAFP
Jyll Lamar Green, FNP
Lubov M. Coverdell, MD, AAFP
Violet F. Rice, FNP

**Company:** _____

**Phone #:** _____    **Phone:** (907) 622-4325

**FAX #:** _743-8284_    **FAX:** (907) 622-4326

**Re:** _Pt. lab results_

**Message:** _____

_____

_____

_____

_____

_____

Total pages sent (including cover): _____    Please call if you do not receive all the pages.

This facsimile transmission and the documents accompanying it contain confidential information belonging to the sender, which is protected by the doctor-patient privilege or other grounds for confidentiality or non-disclosure. This information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing or taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone or arrange for the return of the documents.

**Acute Family Medicine Clinic, Inc**
11470 Business Blvd. Suite 100
Eagle River, AK 99577
(907) 622-4325    FAX (907) 622-4326

V-1564



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**VALENOTE, DANIELA C**

REPORT STATUS **Partial**

DOB: 02/17/1969  Age: 36
GENDER: F
SS: 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
ID: 1-0000007743
PHONE: 9076221009

ORDERING PHYSICIAN
**COVERDELL, DANIEL J**

CLIENT INFORMATION
99577300
ACUTE FAMILY MEDICINE CLINIC
11470 BUSINESS BLVD
EAGLE RIVER, AK 99577-7721

SPECIMEN INFORMATION
SPECIMEN:      OW915605R
REQUISITION: 0004060
LAB REF NO:

COLLECTED:  12/09/2005    09:48
RECEIVED:   12/10/2005    07:58
REPORTED:   12/14/2005    15:05

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| IRON AND TOTAL IRON BINDING CAPACITY | | | | |
| IRON, TOTAL | 124 | | 35-175 MCG/DL | NW |
| IRON BINDING CAPACITY | 319 | | 250-400 MCG/DL | |
| % SATURATION | 39 | | 15-50 % (CALC) | |
| DHEA - DEHYDROEPIANDROSTERONE | | | | |
| DHEA, UNCONJUGATED | 387 | | ng/dL | EZ |

Reference Range:
130-980
PREGNANCY: 135-810

Adult Reference Ranges for DHEA, Serum

| | | |
|---|---|---|
| Males | 180-1250 ng/dL | |
| Females | 130-980 ng/dL | |
| Females, Pregnancy | 135-810 ng/dL | |

Post-ACTH Stimulation       60 Minutes

Males and Females       545-1845 ng/dL

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| VITAMIN D, 1,25-DIHYDROXY | Pending | | | |
| HOMOCYSTEINE, CARDIOVASCULAR | 5.8 | | <10.4 MICROMOL/L | NW |
| FERRITIN | | 190 H | 10-154 NG/ML | NW |
| T-4, FREE | 1.0 | | 0.8-1.8 NG/DL | NW |
| TESTOSTERONE, TOTAL | 38 | | NG/DL | NW |

REFERENCE RANGE
ADULT FEMALE:       20-76
TESTOSTERONE, TOTAL (WOMEN AND CHILDREN), LC/MS/MS
(TEST CODE 15983; COLLECT IN RED-TOP TUBE NO GEL) IS
THE ASSAY RECOMMENDED FOR WOMEN AND FOR CHILDREN LESS
THAN 20 YEARS OF AGE (PERFORMED AT QUEST DIAGNOSTICS
NICHOLS INSTITUTE)

**V-1565**

E, DANIELA C - OW915605R

Page 1 - Continued on Page 2

Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated 2005.



Quest Diagnostics

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**VALENOTE, DANIELA C**

REPORT STATUS **Partial**

RTED:   12/14/2005   15:05

DOB: 02/17/1969   Age: 36
GENDER: F
ID: 1-0000007743

ORDERING PHYSICIAN
**COVERDELL, DANIEL J**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | 0.82 | | MIU/L | NW |
| | | | > 20 YEARS:          0.40-5.50 | |
| | | | FOR PREGNANT PATIENTS: | |
| | | | FIRST TRIMESTER      0.30-4.50 | |
| | | | SECOND TRIMESTER     0.50-4.60 | |
| | | | THIRD TRIMESTER      0.80-5.20 | |
| VITAMIN B12/FOLATE, SERUM PANEL | | | | |
| FOLATE, SERUM | | >24.0 | NG/ML | NW |
| | | | REFERENCE RANGE: | |
| | | | LOW:         < 3.4 | |
| | | | BORDERLINE:  3.4-5.4 | |
| | | | NORMAL:      > 5.4 | |
| VITAMIN B12 | | 994 | 200-1100 PG/ML | |
| T3, FREE | | 343 | 230-420 PG/DL | NW |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Performing Laboratory Information:

E?
NW

ST DIAGNOSTICS/NICHOLS 33608 ORTEGA HWY SAN JUAN CAPISTRANO CA  92675 Laboratory Director: R.E. REITZ,MD

QUEST DIAGNOSTICS-SEATTLE 1737 AIRPORT WAY, S. SUITE 200 SEATTLE WA  98134-1616 Laboratory Director: MICHAEL RALNOSKI, MD

**V-1566**

ALB     ,DANIELA C - OW915605R

Page 2 - End of Report

© Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. DOT990AY71 Revised 104 SC16 - 116576



**Quest Diagnostics**

DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**VALENOTE, DANIELA C**

DOB: 02/17/1969  Age: 36
GENDER: F
SS: 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
ID: 1-0000007743
PHONE: 9076221009

REPORT STATUS  **Final**

ORDERING PHYSICIAN
**COVERDELL, DANIEL J**

CLIENT INFORMATION
99577300
ACUTE FAMILY MEDICINE CLINIC
11470 BUSINESS BLVD
EAGLE RIVER, AK 99577-7721

SPECIMEN INFORMATION
SPECIMEN:      OW915605R
REQUISITION: 0004060
LAB REF NO:

COLLECTED: 12/09/2005    09:48
RECEIVED:  12/10/2005    07:58
REPORTED:  12/16/2005    09:17

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| IRON AND TOTAL IRON BINDING CAPACITY | | | | NW |
| IRON, TOTAL | 124 | | 35-175 MCG/DL | |
| IRON BINDING CAPACITY | 319 | | 250-400 MCG/DL | |
| % SATURATION | 39 | | 15-50 % (CALC) | |
| DHEA - DEHYDROEPIANDROSTERONE | | | | EZ |
| DHEA, UNCONJUGATED | 387 | | ng/dL | |

Reference Range:
130-980
PREGNANCY: 135-810

Adult Reference Ranges for DHEA, Serum

| | | |
|---|---|---|
| Males | 180-1250 ng/dL | |
| Females | 130-980 ng/dL | |
| Females, Pregnancy | 135-810 ng/dL | |

Post-ACTH Stimulation     60 Minutes

Males and Females     545-1845 ng/dL

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| VITAMIN D, 1,25-DIHYDROXY | 55 | | pg/mL | EZ |

Reference Range:
15-60

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HOMOCYSTEINE, CARDIOVASCULAR | 5.8 | | <10.4 MICROMOL/L | NW |
| FERRITIN | | 190 H | 10-154 NG/ML | NW |
| T-4, FREE | 1.0 | | 0.8-1.8 NG/DL | NW |
| TESTOSTERONE, TOTAL | 38 | | NG/DL | NW |

REFERENCE RANGE
ADULT FEMALE:     20-76
TESTOSTERONE, TOTAL (WOMEN AND CHILDREN), LC/MS/MS
(TEST CODE 15983; COLLECT IN RED-TOP TUBE NO GEL) IS
THE ASSAY RECOMMENDED FOR WOMEN AND FOR CHILDREN LESS
THAN 20 YEARS OF AGE (PERFORMED AT QUEST DIAGNOSTICS
NICHOLS INSTITUTE)

**V-1567**

VALENOTE, DANIELA C - OW915605R

Page 1 - Continued on Page 2

 **Quest**
**Diagnostics** 

C      IAGNOSTICS INCORPORATED

REPORTED:    12/16/2005    09:17

PATIENT INFORMATION
**VALENOTE,DANIELA C**

DOB: 02/17/1969  Age: 36
GENDER: F
ID: 1-0000007743

REPORT STATUS  **Final**

ORDERING PHYSICIAN
**COVERDELL,DANIEL J**

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | 0.82 | | MIU/L | NW |
| | | | > 20 YEARS:           0.40-5.50 | |
| | | | FOR PREGNANT PATIENTS: | |
| | | | FIRST TRIMESTER     0.30-4.50 | |
| | | | SECOND TRIMESTER    0.50-4.60 | |
| | | | THIRD TRIMESTER     0.80-5.20 | |
| VITAMIN B12/FOLATE, SERUM PANEL | | | | NW |
| FOLATE, SERUM | >24.0 | | NG/ML | |
| | | | REFERENCE RANGE: | |
| | | | LOW:        < 3.4 | |
| | | | BORDERLINE:  3.4-5.4 | |
| | | | NORMAL:     > 5.4 | |
| VITAMIN B12 | 994 | | 200-1100 PG/ML | |
| T3, FREE | 343 | | 230-420 PG/DL | NW |

---------------------------------------------------------------------

    wing Laboratory Information:

E&     QUEST DIAGNOSTICS/NICHOLS 33608 ORTEGA HWY SAN JUAN CAPISTRANO CA  92675 Laboratory Director: R.R. BRITZ,MD
NW     QUEST DIAGNOSTICS-SEATTLE 1737 AIRPORT WAY, S. SUITE 200 SEATTLE WA  98134-1636 Laboratory Director: MICHAEL KALWORKI, MD

**V-1568**

VALENOTE,DANIELA C - OW915605R                              Page 2 - End of Report



# Acute Family Medicine Clinic

AFMC

acutefamilymedicine.com

## FAX COVER SHEET

Date: _12-14-05_

To: _Dr. Polston_

From: _Sharrie_

Daniel J. Coverdell, MD, AAFP
Jyll Lamar Green, FNP
Lubov M. Coverdell, MD, AAFP
Violet F. Rice, FNP

Company: _____

Phone #: _____    Phone:    (907) 622-4325

FAX #: _743-8284_    FAX:    (907) 622-4326

Re: _Daniela Valeante_

Message: _lab results_

_Final report pending_

Total pages sent (including cover): _3_    Please call if you do not receive all the pages.

This facsimile transmission and the documents accompanying it contain confidential information belonging to the sender, which is protected by the doctor-patient privilege or other grounds for confidentiality or non-disclosure. This information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing or taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone or arrange for the return of the documents.

**Acute Family Medicine Clinic, Inc**
11470 Business Blvd. Suite 100
Eagle River, AK 99577
(907) 622-4325    FAX (907) 622-4326

V-1569



**ADVANCED PAIN CENTERS OF**
**A L A S K A**

A MULTIDISCIPLINARY PAIN CENTER
Grant T. Roderer, M.D.
Lawrence W. Stinson, M.D.
Susan R. Anderson, M.D.
Gregory R. Polston, M.D.
Robert P. Trombley, Ph.D.

3500 LaTouche, Suite 310, Anchorage, Alaska 99508
(907) 278-2741 phone • (907) 743-8284 fax

## CONSULTATION REQUEST

For Physician: _____ O. M. Smith _____

Patient Name: _____ SS#: 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   DOB: 02-17-1969
                    VALENOTE. DANIELA

Patient DOB: _____

Reason for Consult:

_____ Typ f c long hx of migraine HA, compare HA chronic _____
_____ pain. Pt has used imitrex and other prophylactic _____
_____ medication c limited relief. Imitrex help 1 yr _____
_____ then stopped. Just started Maxalt. Some relief _____
_____ c cervical ti. Pt also on Xyrem, Norco. Please _____
_____ assist c evaluation of HA. _____

Pt Appointment Date/Time: _____

Pt Notified: _____ By: _____

Medical Records Faxed/mailed: 8/25/05 _____ By: Adria

_____ Polston _____
Physician Signature

**V-1570**

ALASKA PRINTING, INC. • (907) 563-1989

08/25/2005 THU 09:13  FAX 907 770 3283    ADVANCED PAIN CENTERS    ☑001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

TRANSMISSION OK

JOB NO.            3107              FAXED
DESTINATION ADDRESS 92774844
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME           08/25 09:11          AC ✓
USAGE T            01'18
PGS.               4
RESULT             OK
```



### ADVANCED MEDICAL CENTERS OF
# ALASKA

**1917 Abbott Road, Suite 100
Anchorage, Alaska 99507
(907) 278-2741 phone
(907) 743-8284 fax**

Grant T. Roderer, M.D.  •  Lawrence W. Stinson, M.D.
Gregory R. Polston, M.D.  •  Nancy E. Cross, M.D.
Rafael L. Prieto, M.D.  •  Robert P. Trombley, Ph.D.
Lois Michaud, Ph.D.  •  Connie Judd, ANP  •  Deborah Kiley, ANP

## FACSIMILE TRANSMITTAL

**V-1571**

To: Marjorie Smith M.D.        Fax: 277-4844

Company: _____      Phone: 345-1918

From: Adrian A. Polston       Date: 8/25/05

Re: Daniela Valenote          Pages: 3
                              (including cover sheet)

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please call to confirm receipt   ☐ Please reply



## ADVANCED MEDICAL CENTERS OF
# A L A S K A

1917 Abbott Road, Suite 100
Anchorage, Alaska 99507
(907) 278-2741 phone
(907) 743-8284 fax

Grant T. Roderer, M.D.  •  Lawrence W. Stinson, M.D.
Gregory R. Polston, M.D.  •  Nancy E. Cross, M.D.
Rafael L. Prieto, M.D.  •  Robert P. Trombley, Ph.D.
Lois Michaud, Ph.D.  •  Connie Judd, ANP  •  Deborah Kiley, ANP

## FACSIMILE TRANSMITTAL

To: _Marjorie Smith M.D._    Fax: _277-4844_

Company: _____    Phone: _345-1718_

From: _Adrian D. Polston_    Date: _8/25/05_

Re: _Daniela Valenote_    Pages: _3_
                              (including cover sheet)

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please call to confirm receipt    ☐ Please reply

_Please contact pt. to schedule appt._
_@ 622-1009_
_Thank you_

V-1572

**Confidentiality Notice**
This communication may contain privileged and/or confidential information subject to the restrictions of the HIPPA standards. You may not directly or indirectly reuse or redisclose such information for any purpose other than to provide the services for which you are receiving this information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distribution or using any of this information. If you have received this in error, please contact the sender immediately and destroy the material in its entirety.

2/2/05

# ADVANCED SPORTS MEDICINE & REHAB

1917 Abbott Road, Suite 100 • Anchorage, AK 99507-3448 • Phone (907) 677-7440 • Fax (907) 677-7441

Joella Beard, MD, FAAPMR, CIME • Rafael L. Prieto, MD, FAAPMR, CIME

## Referral Form

3 - 15

SS# 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   DOB: 02-17-69

Patient Name   VALENOTE, DANIELA

Phone # (home) _____ (work) _____ (cell) _____

Address: 4514 Upper Kogru

Eagle River   AK   99577

Insurance: BC / BS _____

☐ W/C  ☐ MVA                    Date of Injury: _____

Representative: _____   Phone #: _____

Claim #: _____

Reason for Referral: ☐ EMG/NCV  ☐ Evaluate/Treat  ☐ 2nd Opinion/Consult
                     ☐ PPI       ☐ IME

long standing with neurotic
support and assistance
c disability

Available studies: ☐MRI  ☐X-Rays  ☐CT  ☐Other_____

Request:  ☐ Dr. Beard  ☒ Dr. Prieto  ☐ First Physician Available

Referring Practitioner: G. Polston

Phone #: 278-2744        Fax #: 770-3283

Form completed by: Admi        (please send most recent chart notes)

## CONFIDENTIALITY AND DISCLOSURE WARNING:

This transmission contains PRIVILEGED AND CONFIDENTIAL information intended for use by a physician or physician designee.   Use, copying or distributing by any other person is strictly prohibited.   If you received this transmittal in error, please notify us by telephone at the above number and return the misdirected transmittal by U.S. mail.

Please call if any pages are illegible or if transmission is incomplete.

V-1573


ADVANCED PAIN CENTERS OF
A L A S K A

OK TO SCHEDULE: _____

DO NOT SCHEDULE: _____

X _____ (w)

NAME: *Valenote, Daniela*     REF. DOCTOR: *Dr. Downs*

SOCIAL SECURITY#: *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*     D.O.B.: *2-17-69*

PHONE# HOME: *907/622-1009*     CELL / MSG.: _____

1st CONTACT: *Lm w/ mother? 7-11-03 (JAR)*

2nd CONTACT: _____

3rd CONTACT: _____

MRI'S_____ X-RAY_____ CT_____ HAND CARRY_____

OTHER PAIN SPECIALISTS_____ WHO IS PCP_____

AVE YOU SEEN ONE OF OUR DOCTORS IN ANCHORAGE OR FAIRBANKS: _____

PAIN LOCATED: *Hip*

REF. DOCTOR RECOMMENDATION: _____

MAILING ADDRESS: *4514 Upper Kogru Dr.*
*Eagle River, AK 99577*

EMPLOYER NAME: _____     PHONE: _____

ADDRESS: _____

OCCUPATION: _____

INSURANCE: *BC/BS of AK*

INSURANCE PHONE#: *800-345-6784*     INSURANCE VERIFIED: *78962 EE*

ACCIDENT RELATED: _____     MVA: _____     WK COMP: _____     OTHER: _____

DATE OF RELATED: _____     CLAIM / CASE #: _____

APPT. DATE: *7-21-03*     APPT. TIME: *9:00*     INITIALS: *JAR*

(ANDERSON)     POLSTON     RODERER     STINSON

QUESTIONAIRE SENT: *will pick up p/w*

V-1574

Wayne Downs, M.D. • Mary Downs, M.D.
2741 DeBarr Road, Suite 413
Anchorage, AK 99508
Phone: (907) 277-1623
Fax: (907) 277-1624

# Neurological Consultants of Alaska, LLC

**To:** Dr. Roderer    **Fax:** 743-8284

**From:** Dr. Mary Downs    **Phone:** (907) 265-1841

**Re:** New Patient    **Date:** 7-8-03

**CC:**    **Pages:** 2

☐ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**Notes:** We are referring Daniela Valenote to you. I am just Faxing the referral because we do not have the Dictation back yet

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or protected. Of the reader of this message is not the intended recipient, you are notified that any disclosure, distribution, or copying of this information is prohibited. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY CALLING US AT 277-1623 and return the original documents to us at the above address attention Risk Management via the United States Postal Service. Thank You.

V-1575

**Mary Downs, M.D.**

Phone 276-3727          Fax 276-3622          BD2700602 DEA

NAME _Daniela Valenci_____ DATE _7/2/03_____

ADDRESS_____ DOB _____

R℞ _Refer to Dr Roderer in associate_

~~Chronic~~  _Hip pain x several months_

_negative work-up_

_Fax 743-8284_

REFILL 0 1 2 3 4 5 6 PRN_____                    DX _____

☐ BRAND NAME MEDICALLY NECESSARY   _MDowns_____ M.D.

V-1576

JUL-08-2003 TUE 08:53 AM NEUROLOGICAL CONSULTANTS    FAX NO. 9072771624    P. 03




Neurological Consultants of Alaska, LLC

Mary Downs, M.D.  •  Wayne Downs, M.D.

2741 DeBarr Road, Suite 413
Anchorage, AK 99508
(907) 277-1623 Fax (907) 277-1624

☐ NP  ☐ WC  ☐ VA  ☐ Medicare  ☒ Insurance  ☐ Medicaid  ☐ MVA  ☐ DDU  ☐ Self Pay

Today's Date: __02__/__05__/__03__

## NEW PATIENT INFORMATION RECORD
(Please Print)

Patient's Name: __DANIELA CARADORI VALENOTE__  Date of Birth: __2-117-1969__

Marital Status: S ⓂD W SEP  Age: __33__  Sex: __M / Ⓕ__  SSN: __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__

Street Address: __4514 UPPER KOGRU DR.__  Temporary: ____  Permanent: __X__

City, State, Zip: __EAGLE RIVER, AK 99577__  Driver's Licence # __690+679__

Home Phone: __907-622-1009__  Message Phone: __622-1009__

Mailing Address (if different from above): _____

## INSURANCE INFORMATION
NOTE: ALL CHARGES ARE DUE AT THE TIME OF SERVICE IF INSURANCE IS NOT PROVIDED.
(We would rather control our billing costs than be forced to raise our fees.)

Primary Insurance Carrier: __BC/BS OF AK__

Address: __P.O. BOX 327   SEATTLE, WA 98111-0727__  Phone: __800-345-6784__

Group ID # __78962__  Medicaid/ Medicare # _____

Insured's Name: __DANIELA C. VALENOTE__  Insured's ID #: __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__

Patient's Relationship to Insured (self, spouse, child, other): __SELF__

Secondary Insurance Carrier: __N/A__

Address: _____  Phone: _____

Group ID # _____  Medicaid/ Medicare # _____

Insured's Name: _____  Insured's ID #: _____

Patient's Relationship to Insured (self, spouse, child, other): _____

Are you being seen for an accident related injury? _____

Were you injured on the job?  ☐ Yes  ☒ No  Date of Injury: _____

Employer Name & Address at time of accident: _____

Workman's Compensation Carrier & Address: _____

Claim #: _____  Adjuster's Name & Phone # _____

Was this a motor vehicle accident?:  ☐ Yes  ☒ No  Date of Accident: _____    **V-1577**

Auto Insurance Carrier & Address: _____

Name & phone number of Attorney (if above injury is involving any type of litigation): _____

Who referred you to this practice? (Physician or Agency): __DR. MIKE ORZECHOWSKI__

# Providence Imaging Center
www.provimaging.com

Today's Date _____  Ex. _____

2240 Providence Drive  **MRI, CT, PET-CT Scheduling:** (907) 261-3146
~rage, AK 99508  **All Other Scheduling:** (907) 261-3151
(907) 261-3151  **Fileroom:** (907) 261-3144
.~ree: (888) 458-3151  *Fax numbers for each service*
Billing: (907) 565-8001  *under bold headings below.*

**REPORTING INSTRUCTIONS**
☐ Routine report  ☐ Call report
☐ Call report, patient wait
☐ Phone # _____
☐ Fax # _____
☐ Patient to return with films
☐ Patient to return with CD

**Patients: Please pre-register prior to your appointment.**
MRI, CT, PET-CT patients call (907) 261-3156.
For all other exams, call (907) 261-3151.
Toll-free (888) 458-3151
If unable to pre-register, please arrive at PIC 15 minutes early.

| PATIENT LAST NAME | FIRST | M | PT. PHONE NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| | | | 622-1009 | 02/17/09 |

ORDERING CLINICIAN

CLINICIAN SIGNATURE

SEND ADDITIONAL COPIES OF REPORT TO

PREGNANT? ☐ Yes ☐ No

CLINICAL DATA INDICATING MEDICAL NECESSITY

---

## CT
### FAX (907) 261-5803

BUN/Creatine _____
☐ With IV Contrast  ☐ Without IV Contrast
☐ With & Without IV Contrast
☐ Head  ☐ Abdomen
☐ Neck  ☐ CT Renal Stone Study
☐ Chest  ☐ Pelvis
☐ Chest High Resolution
  (interstitial lung disease)
☐ PE Study  ☐ Abdomen and Pelvis
☐ Extremity _____
☐ CT IVP (CT urogram)
☐ Maxillo Facial
☐ Sinus Complete  ☐ Sinus Limited
  (With high resolution coronal reformats)
  ˙ACs/Temporal Bone/Pituitary
  Orbits
☐ C-Spine  ☐ T-Spine  ☐ L-Spine
**CT Angiogram**
☐ Carotids (aortic arch to Circle of Willis)
☐ Intracranial/Circle of Willis
☐ Thoracic Angiogram
☐ Renal Angio
☐ ABD Aortogram & Lower Extremity Runoff
☐ ABD Aorto (for aortic aneurysm)
**Other CT (not specified above)**
☐ _____

## ULTRASOUND
### FAX (907) 261-5828

☐ Abdominal (GB, Liver, Pancreas, Spleen, Kidneys, Aorta)
☐ Aorta  ☐ Biophysical Profile
☐ Cranial
☐ Hysterosonogram
☐ Obstetric  EDC _____  LMP _____
☐ Pelvic w/Transvaginal
☐ Renal/Bladder  ☐ Testicular
☐ Thyroid  ☐ Thyroid Biopsy
☐ Abdominal Duplex
  ☐ Mesenteric ☐ Porta-hepatic ☐ Renal Arterial
☐ Venous Doppler
  UE ☐ R ☐ L    LE ☐ R ☐ L
☐ Carotid Duplex  ☐ Liver Transplant
☐ Renal Transplant  ☐ Transcranial Doppler
☐ Ankle Brachial Index (ABIs)  ☐ Resting
  ☐ Segmental  ☐ Exercise
  Non-Invasive Arterial Testing Arms
  Groin Duplex (Post Heart Cath)
☐ Vein Mapping
  UE ☐ R ☐ L    LE ☐ R ☐ L
Other _____

---

## PET – CT
### FAX (907) 261-5803

Special order form required, please call 261-3146.

## BONE DENSITOMETRY
### FAX (907) 261-5828

☐ DXA L-Spine & Hip
☐ Body Fat Analysis

## MRI
### FAX (907) 261-5803

**Neurologic/Spine**
☐ Brain With and Without Contrast
☐ Brain Without Contrast
☐ Orbits
☐ Pituitary
☐ Internal Auditory Canal
☐ Treatment Planning Stealth Brain
☐ Metastatic Spine Survey
☐ Soft Tissue Neck
☐ Brachial Plexus
☐ C-Spine  ☐ T-Spine  ☐ L-Spine*
  *History of prior lumbar surgery? ☐ Yes ☐ No
**Musculoskeletal**
☐ Shoulder  ☐ R ☐ L
☐ Shoulder with Arthrogram  ☐ R ☐ L
☐ Wrist  ☐ R ☐ L
☐ Hip  ☐ R ☐ L
☐ Knee  ☐ R ☐ L
☐ Ankle  ☐ R ☐ L
**Body**
☐ Abdominal/Pelvic Survey
☐ Routine Liver with Gadolinium
☐ Liver with Feridex
☐ MRCP
☐ Renal  ☐ Adrenal  ☐ Pancreas
☐ Pelvis
**MR Angiogram**
☐ Carotids (from aortic arch to Circle of Willis)
☐ Intracranial/Circle of Willis
☐ Thoracic Aortogram
☐ Renal MRA
☐ Abdominal Aortogram &
  Lower Extremity Runoff
**Other MRI (not specified above)**
☐ _____

---

## BREAST
### FAX (907) 261-5828

Indicate location of abnormality



**Mammography**
☐ Screening
☐ Diagnostic Bilateral Mammogram
☐ Diagnostic Unilateral Mammogram  ☐ R ☐ L
☐ Cone/Magnification Views, if needed  ☐ R ☐ L
☐ Mammogram/Augmentation
☐ Needle Placement  ☐ Ductogram
☐ Stereotactic Biopsy
☐ Other _____
**Ultrasound**
☐ Breast Ultrasound  ☐ R ☐ L
  ☐ if needed
☐ Breast Ultrasound Aspiration  ☐ R ☐ L
☐ Breast Ultrasound Biopsy  ☐ R ☐ L
☐ Needle Placement  ☐ R ☐ L

## DIAGNOSTIC RADIOLOGY
### FAX (907) 261-5828

☐ Sinus Series  ☐ Skull
☐ Sinus/Waters only  ☐ Facial Bones
☐ Chest _____
☐ Abdomen (KUB)
**Spine**
☐ Cervical  ☐ Thoracic  ☐ Lumbar

| Extremity | #Views | Right | Left |
|---|---|---|---|
| ☐ Hand | _____ | ☐ | ☐ |
| ☐ Finger | _____ | ☐ | ☐ |
| ☐ Wrist | _____ | ☐ | ☐ |
| ☐ Forearm | _____ | ☐ | ☐ |
| ☐ Hip | _____ | ☐ | ☐ |
| ☐ Humerus | _____ | ☐ | ☐ |
| ☐ Shoulder | _____ | ☐ | ☐ |
| ☐ Foot | _____ | ☐ | ☐ |
| ☐ Ankle | _____ | ☐ | ☐ |
| ☐ Knee | _____ | ☐ | ☐ |
| ☐ Tib-Fib | _____ | ☐ | ☐ |
| ☐ Femur | _____ | ☐ | ☐ |
| ☐ Standing Knees AP | | | |

**Gastrointestinal**
☐ Barium Swallow (Esophagram) ☐ Upper GI
☐ Small Bowel Series ☐ Barium Enema
☐ Barium Enema Air Contrast
☐ Hysterosalpingogram
**Other Diagnostic Radiology (not specified above)**
☐ _____

V-1578

**PREP INSTRUCTIONS ON BACK**  Rev 8/05

**Providence Imaging Center**
www.providimaging.com

~~4~~0 Providence Drive
~~orage~~, AK 99508
: (907) 261-3151
~~l-free~~: (888) 458-3151
Billing: (907) 565-8001

MRI, CT, PET-CT Scheduling: (907) 261-3146
All Other Scheduling: (907) 261-3151
Fileroom: (907) 261-3144
(907) 261-3119 Fax

Today's Date _____    Ex_____n: _____

**REPORTING INSTRUCTIONS**
☐ Routine report    ☐ Call report
☐ Call report, patient wait
☐ Phone # _____
☐ Fax # _____
☑ Patient to return with films
☐ Patient to return with CD

**Patients: Please pre-register prior to your appointment.**
MRI, CT, PET-CT patients call (907) 261-3156.
For all other exams, call (907) 261-3151.
Toll-free (888) 458-3151
If unable to pre-register, please arrive at PIC 15 minutes early.

PATIENT LAST NAME: Vanlola    FIRST: Valenote    M    PT. PHONE NUMBER: _____    DATE OF BIRTH: 2-17-69

ORDERING CLINICIAN: Poitron

CLINICIAN SIGNATURE: _____

SEND ADDITIONAL COPIES OF REPORT TO: _____

PREGNANT? ☐ Yes ☑ No

CLINICAL DATA INDICATING MEDICAL NECESSITY: Co-7 pm , (R) i, hi

## CT
### FAX (907) 261-5803
BUN/Creatine _____
☐ With IV Contrast  ☐ Without IV Contrast
☐ With & Without IV Contrast
☐ Head        ☐ Abdomen
☐ Neck        ☐ CT Renal Stone Study
☐ Chest       ☐ Pelvis
☐ PE Study    ☐ Abdomen and Pelvis
☐ Extremity _____
☐ CT IVP (CT urogram)
☐ Maxillo Facial
☐ Sinus Complete   ☐ Sinus Limited
   (With high resolution coronal reformats)
☐ IACs/Temporal Bone
   ) Orbits
   C-Spine  ☐ T-Spine  ☐ L-Spine
☐ CT Angiogram
☐ Carotids (aortic arch to Circle of Willis)
☐ Intracranial/Circle of Willis
☐ Thoracic Angiogram
☐ Renal Angio
☐ ABD Aortagram & Lower Extremity Runoff
**Other CT (not specified above)**
☐ _____

## ULTRASOUND
### FAX (907) 261-5828
☐ Abdominal (GB, Liver, Pancreas, Spleen, Kidneys, Aorta)
☐ Aorta        ☐ Biophysical Profile
☐ Cranial
☐ Amniocentesis  ☐ Hysterosonogram
☐ Obstetric  EDC _____ LMP _____
☐ Pelvic w/Transvaginal
☐ Renal/Bladder  ☐ Testicular
☐ Thyroid        ☐ Thyroid Biopsy
☐ Abdominal Duplex
   ☐ Mesenteric ☐ Porta-hepatic ☐ Renal Arterial
☐ Venous Doppler
   UE ☐R ☐L      LE ☐R ☐L
☐ Carotid Duplex  ☐ Liver Transplant
☐ Renal Transplant ☐ Transcranial Doppler
☐ Ankle Brachial Index (ABIs)  ☐ Resting
   ☐ Segmental              ☐ Exercise
☐ Non-Invasive Arterial Testing Arms
☐ ) Groin Duplex (Post Heart Cath)
   ) Non-Invasive Venous Testing Legs
   (Reflux/Insufficiency)
☐ Vein Mapping
   UE ☐R ☐L      LE ☐R ☐L
Other _____

## PET – CT
### FAX (907) 261-5803
Special order form required, please call 261-3146.

## BONE DENSITOMETRY
### FAX (907) 261-5828
☐ DXA L-Spine & Hip
☐ Body Fat Analysis

## MRI
### FAX (907) 261-5803
**Neurologic/Spine**
☐ Brain With and Without Contrast
☐ Brain Without Contrast
☐ Orbits
☐ Pituitary
☐ Internal Auditory Canal
☐ Treatment Planning Stealth Brain
☐ Metastatic Spine Survey
☐ Soft Tissue Neck
☐ Brachial Plexus
☐ C-Spine  ☐ T-Spine  ☐ L-Spine*
   *History of prior lumbar surgery? ☐ Yes ☐ No
**Musculoskeletal**
☐ Shoulder                    ☐ Right ☐ Left
☐ Shoulder with Arthrogram    ☐ Right ☐ Left
☐ Wrist                       ☐ Right ☐ Left
☐ Hip                         ☐ Right ☐ Left
☐ Knee                        ☐ Right ☐ Left
☐ Ankle                       ☐ Right ☐ Left
**Body**
☐ Abdominal/Pelvic Survey
☐ Routine Liver with Gadolinium
☐ Liver with Feridex
☐ MRCP
☐ Renal  ☐ Adrenal  ☐ Pancreas
☐ Pelvis
**MR Angiogram**
☐ Carotids (from aortic arch to Circle of Willis)
☐ Intracranial/Circle of Willis
☐ Thoracic Aortogram
☐ Renal MRA
☐ Abdominal Aortogram &
   Lower Extremity Runoff
**Other MRI (not specified above)**
☐ _____

## BREAST
### FAX (907) 261-5828
Indicate location of abnormality



**Mammography**
☐ Screening
☐ Diagnostic Bilateral Mammogram
☐ Diagnostic Unilateral Mammogram ☐R ☐L
☐ Cone/Magnification Views, if needed ☐R ☐L
☐ Mammogram/Augmentation
☐ Needle Placement    ☐ Ductogram
☐ Stereotactic Biopsy
☐ Other _____
**Ultrasound**
☐ Breast Ultrasound              ☐R ☐L
   ☐ if needed
☐ Breast Ultrasound Aspiration  ☐R ☐L
☐ Breast Ultrasound Biopsy      ☐R ☐L
☐ Needle Placement              ☐R ☐L

## DIAGNOSTIC RADIOLOGY
### FAX (907) 261-5828
☐ Sinus Series      ☐ Skull
☐ Sinus/Waters only ☐ Facial Bones
☐ Chest _____
☐ Abdomen (KUB)
**Spine**
☑ Cervical  ☐ Thoracic  ☐ Lumbar

| Extremity | #Views | Right | Left |
|---|---|---|---|
| ☐ Hand | _____ | ☐ | ☐ |
| ☐ Finger | _____ | ☐ | ☐ |
| ☐ Wrist | _____ | ☐ | ☐ |
| ☐ Forearm | _____ | ☐ | ☐ |
| ☑ Hip | _____ | ☒ | ☒ |
| ☐ Humerus | _____ | ☐ | ☐ |
| ☐ Shoulder | _____ | ☐ | ☐ |
| ☐ Foot | _____ | ☐ | ☐ |
| ☐ Ankle | _____ | ☐ | ☐ |
| ☐ Knee | _____ | ☐ | ☐ |
| ☐ Tib-Fib | _____ | ☐ | ☐ |
| ☐ Femur | _____ | ☐ | ☐ |

**Gastrointestinal**
☐ Barium Swallow (Esophagram) ☐ Upper GI
☐ Small Bowel Series  ☐ Barium Enema
☐ Barium Enema Air Contrast

☐ Hysterosalpingogram

**Other Diagnostic Radiology (not specified above)**
☐ _____

**PREP INSTRUCTIONS ON BACK**

Providence Imaging Center (PIC) is an independent diagnostic testing facility located on the east side of the Providence Alaska Medical Center campus. PIC is dedicated to providing clients with high quality imaging exams in a caring, comfortable and convenient environment.

Rev 2/05

V-1579

**PROVIDENCE IMAGING CENTER**
3340 Providence Drive
Anchorage, AK 99508
Scheduling 261-3151 (MRI, PET-CT, CT 261-3146)
Billing 565-8001
...istration 261-3151 (MRI, PET-CT, CT 261-3156)
..m 261-3144 / 261-3119 Fax
...x Orders 261-5828 (MRI, PET-CT, CT Fax Orders 261-5803)
www.proimaging.com

Today's Date _1 . 18_    Exam Date: _____

**REPORTING INSTRUCTIONS**
☐ Routine report    ☐ Call report    ☐ Call report, patient wait
☐ Phone # _____    ☐ Fax # _____
☒ Patient to return with films    ☐ Patient to return with films and written report
☐ Patient to return with CD    ☐ Other _____

| PATIENT LAST NAME | FIRST | M | PT. PHONE NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| Ra_ Daniela | Valenote | | | 2-17-69 |

ORDERING CLINICIAN _____    CLINICIAN SIGNATURE _____

SEND ADDITIONAL COPIES OF REPORT TO _____

CLINICAL DATA INDICATING MEDICAL NECESSITY _Lumbar Myogram per Dr. S, please do flex/ext routine f/u_

## CT

BUN/Creatine _____
☐ With Contrast    ☐ Without Contrast
☐ With & Without Contrast
☐ Neck
☐ Thorax/Chest
☐ Abdomen
☐ Pelvis
☐ Abdomen and Pelvis
☐ Extremity
☐ CT IVP (CT urogram)
☐ Maxillo Facial
☐ Sinus Complete
   (With high resolution coronal reformats)
   ..inus Limited
   (With high resolution coronal reformats)
☐ IACs/Temporal Bone
☐ CT Renal Stone Study
☐ PE Study
☐ Orbits
☐ C-Spine    ☐ T-Spine    ☐ L-Spine
☐ Other _____
*Note: CT head and direct coronals are NOT yet available at PIC.*

### BONE DENSITOMETRY
☐ DEXA L-Spine & Hip    ☐ Body Fat Analysis

### PET - CT
Special order form required, please call 261-3146.

### ULTRASOUND - GENERAL
☐ Abdominal
   (GB, Liver, Pancreas, Spleen, Kidneys, Aorta)
☐ Aorta
☐ Biophysical Profile
☐ Cranial
☐ Amniocentesis    ☐ Hysterosonogram
☐ Obstetric    EDC_____
                  LMP_____
..elvic w/Transvaginal
.. Renal/Bladder    ☐ Testicular
☐ Thyroid    ☐ Thyroid Biopsy
☐ Other _____

## MRI

**Neurologic/Spine**
☐ Brain With and Without Contrast
☐ Brain Without Contrast
☐ Orbits ☐ Pituitary ☐ Internal Auditory Canal
☐ Treatment Planning Stealth Brain
☐ C-Spine    ☐ T-Spine    ☐ L-Spine
☐ Metastatic Spine Survey
☐ Soft Tissue Neck

**Musculoskeletal**
☐ Shoulder           ☐ Right ☐ Left ☐ Both
☐ Shoulder Arthrogram ☐ Right ☐ Left ☐ Both
☐ Wrist              ☐ Right ☐ Left ☐ Both
☐ Hip                ☐ Right ☐ Left ☐ Both
☐ Knee               ☐ Right ☐ Left ☐ Both
☐ Ankle              ☐ Right ☐ Left ☐ Both

**Body**
☐ Abdomen    ☐ MRCP
☐ Pelvis    ☐ Female Pelvis for Fibroids

**MR Angiogram**
☐ Carotids (from aortic arch to Circle of Willis)
☐ Intracranial/Circle of Willis
☐ Thoracic Aortogram
☐ Renal MRA    ☐ Visceral MRA
☐ Abdominal Aortogram &
   Lower Extremity Runoff
☐ Other _____

## ULTRASOUND - VASCULAR
☐ Abdominal Duplex
   ☐ Mesenteric ☐ Porta-hepatic ☐ Renal Arterial
☐ Venous Duplex Lower Extremity
   ☐ Right ☐ Left ☐ Both
☐ Venous Duplex Upper Extremity
   ☐ Right ☐ Left ☐ Both
☐ Carotid Duplex    ☐ Liver Transplant
☐ Renal Transplant    ☐ Transcranial Doppler
☐ Other _____

## BREAST

Indicate location of abnormality

**Mammography**
☐ Screening    ☐ Diagnostic Mammogram
☐ Diagnostic Unilateral Mammogram ☐ R ☐ L
☐ Cone/Magnification Views, if needed ☐ R ☐ L
☐ Mammogram/Augmentation
☐ Needle Placement    ☐ Ductogram
☐ Stereotactic Biopsy
☐ Other _____

**Ultrasound**
☐ Breast Ultrasound                ☐ R ☐ L
   ☐ if needed
☐ Breast Ultrasound Aspiration     ☐ R ☐ L
☐ Breast Ultrasound Biopsy         ☐ R ☐ L
☐ Needle Placement                 ☐ R ☐ L

## DIAGNOSTIC RADIOLOGY
Pregnant? ☐ Yes ☒ No
☐ Sinus Series    ☐ Skull/Facial Bones
☐ Chest
☐ Abdomen
**Spine**
☐ Cervical    ☐ Thoracic ☒ Lumbar
☐ Other _Neutral/flex/ext_

| Extremity | #Views | Right | Left |
|---|---|---|---|
| ☐ Hand | ____ | ☐ | ☐ |
| ☐ Wrist | ____ | ☐ | ☐ |
| ☐ Forearm | ____ | ☐ | ☐ |
| ☐ Elbow | ____ | ☐ | ☐ |
| ☐ Humerus | ____ | ☐ | ☐ |
| ☐ Shoulder | ____ | ☐ | ☐ |
| ☐ Foot | ____ | ☐ | ☐ |
| ☐ Ankle | ____ | ☐ | ☐ |
| ☐ Knee | ____ | ☐ | ☐ |
| ☐ Femur | ____ | ☐ | ☐ |
| ☐ Other | | | |

☐ **Tomography** Area _____
**Gastrointestinal**
☐ Barium Swallow (Esophagram) ☐ Upper GI
☐ Small Bowel Series ☐ Barium Enema
☐ Barium Enema Air Contrast
☐ Other _____

V-1580

FEB-17-2004(TUE) 20:03    ALASKA OPEN IMAGING CENTER    (FAX)1 907 330 1222    P. 002/002

 

# ALASKA OPEN IMAGING CENTER, LLC

## 6911 DEBARR ROAD
## ANCHORAGE, AK 99504
## (907) 330-1220

NAME: DANIELA C VALENOTE                MED REC: 6100.0

DATE OF BIRTH: 02/17/1969              DATE OF EXAM: 02/17/2004

REFERRING PHYSICIAN: SUSAN R ANDERSON, MD

STUDY: MRI LUMBAR SPINE WITH/WITHOUT CONTRAST

HISTORY: Low back pain down right leg to foot

TECHNIQUE: MRI examination of the lumbar spine was performed using the
Hitachi 0.3 Tesla open MRI scanner. Following localizer images sagittal T2,
sagittal T1, transaxial T2, and transaxial T1 weighted images were obtained.
Following infusion of 0.1 mmol per kilogram Optimark contrast T1 weighted
sagittal and transaxial images were obtained.

L1-2 through the L4-5: At these four levels is no significant posterior disc
disease is present. The center canal to sample at all levels and the neural
foramina are also patent. The facets are normal in appearance.

L5-S1: A 3 mm central, right and left paracentral disc protrusion is
accompanied by focal alteration of signal of the right paracentral annulus.
The disc has a mild decrease in signal secondary to dessication changes. The
center canal and neural foramina are patent. No significant degenerative
changes are present for the facets. As with the other levels, no abnormal
enhancement is present post contrast.

IMPRESSION:

1.  Radial tear right paracentral annulus L5-S1.

2.  Mild broad based 3 mm disc protrusion L5-S1.

Thank you for the privilege of participating in your patient's care.

ROBERT L BRIDGES,M.D.

CC:

**V-1581**

This document has been electronically signed and approved by ROBERT L BRIDGES,M.D.

NAME: DANIELA C VALENOTE                1 of 1                MED REC: 6100.0

830-1222

# Alaska Open Imaging Center, LLC

Patient Name: _____ SS#: 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    DOB: 02/17/69
VALENOTE, DANIELA

Patient Phone: Home _____ Work/Cell _____ DOB: _____

Exam Date: _____ Exam Time: _____

| | | | | | |
|---|---|---|---|---|---|
| **Wasilla**<br>Bogard Professional Plaza<br>1751 East Gardner Way<br>Wasilla, Alaska 99654<br>**Phone** 907-357-1220<br>**Fax** 907-357-1222 | ☐ Open MRI<br>☐ CT<br>☐ Nuclear Medicine<br>☐ Ultrasound<br>☐ X-Ray<br>☐ Bone Density | | **Anchorage**<br>6911 DeBarr Road<br>Anchorage, Alaska 99504<br>**Phone** 907-330-1220<br>**Fax** 907-330-1222 | ☒ Open MRI<br>☐ Ultrasound<br>☐ PET<br>☐ CT | |

Exam Requested: _Lumbar spine with + without contrast_

DX Codes: _722.10_ _____ Creatinine Level (for CT): _____ Date Drawn: _____

Symptoms: _LBP c̄ (R) leg pain. Continued p̄_
_radioplasty_

_[signature]_
_____    _____    _____
Referring Physician         Physician Phone         Physician Fax

*Medical Imaging with Heart*

V-1582



SS# 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  DOB: 02-17-69
VALENOTE, DANIELA

# LAB ORDERS

**ADVANCED PAIN CENTERS OF ALASKA**
**1917 ABBOTT ROAD, SUITE 100**
**ANCHORAGE, AK 99507**
**(907) 278-2741**

DATE: _'4·0y·0r_

DIAGNOSIS: _____

_____ PT/PTT

_____ PLATELET FUNCTION TEST

_____ UA W/ MICRO

_____ CBC W/DIFF

_____ OTHER:

# PLEASE FAX RESULTS TO: (907) 743-8284

_____ Grant T. Roderer, M.D.

_____ Lawrence W. Stinson, M.D.

_____ Gregory R. Polston, M.D.

_____ Nancy E. Cross, M.D.

_____ Deborah Kiley, ANP

*V-1583*

3/29/2005

Donna Valande                                          Dr. Polani

## PROCEDURE REMINDER
## ADVANCED PAIN CENTERS OF ALASKA

**Procedure:** Thoracic ESI

**Date/Time:** 1/17/06 @ 9:00   **Pt. Appt.:**_____ @ _____

**Pre-Op Visit:**_____ @ _____   **Allergies:** Norflex _____

**Contact Phone Number on Procedure Date:**_____

**Interpreter Scheduled, if Needed:**   Yes   (No)   **Language:** English/_____

___Nothing to eat or drink after **6 HOURS** prior to procedure.
DCV
**Arrive at**   APCA / PROV / ARH / HEALTHSOUTH   @_____ am/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication:_____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.
DCV
___If you take daily medications, take with small sips of water.

– Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.
N
Lab work needed  (No)  Yes   If **Yes**, if testing required:_____

**Additional Information:**
- Call your insurance company and obtain pre-certification for your procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi or Anchor Ride.
- DCV. A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- DCV. **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- DCV. If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- DCV. **If there is a chance you could be pregnant, inform the doctor or nurse.**
- DCV. Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- DCV. Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.
- Other Instructions:_____

**Reviewed by:** _____   **Patient:** _____   **Date:** 01/09/06

2/18/2005                                                **V-1584**





Daniela Valenote

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 1-9-06          TIME: 1245          A.M.    P.M.

1.    I hereby authorize Dr._____
      to perform the following operation or procedure, known as

> Thoracic Epidural Steroid Injection, intralaminar approach with possible moderate sedation

upon myself or _____.
                      (NAME OF PATIENT)

2.    The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

> Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction, bowel / bladder dysfunction, numbness of legs, sexual dysfunction, difficulty breathing

I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.    I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.    I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.    I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____              _____        V-1585
Patient's Signature                    Witness Signature

_____              _____
Signature of Relative Responsible for Patient    Relationship to Patient

> I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, implications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).
>
> _____
>                      Physician's Signature

**Patient Registration Form: PLEASE PRINT**

Patient Name VALENOTE DANIELA C     SS# 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     Birth date 02-17-69
(last)          (first)     (Middle Int.)

iling Address #1A UPPER KOCRU DR.     EAGLERIVER     AK     99577
(street)          (city)          (state)     (zip)

Home Phone 622-1009     Cell Phone # _____

Employer _____     Business phone # _____     Marital Status: Married Single Other     Gender
(circle one)          M F

Employer Address _____     Occupation ARCHITECT

Spouse VICTOR V. VALENOTE Spouse's Employer BDS ARCHITECTS     Work # 562-6076

Emergency Contact Name AMANDA ROTHEARTH     Relationship FRIEND
(other than spouse)

Emergency Contact home phone _____     Work phone HOME 688-6875

Primary Care Physician ACUTE FAMILY MEDICINE IN EAGLE RIVER     Who referred you to us? DR. DOWNS

How did you hear about Advanced Pain Centers of Alaska: (circle one)     Referring Physician     Yellow Pages     Radio     TV     Other

**PRIMARY INSURANCE INFORMATION:** Insurance Co. Name BC/BS

Ins. Co. Address P.O. BOX 240609     ANCHORAGE     99524-0609

Ins. Co. Phone # 800-508-4722     Relationship to patient HUSBAND

Policy Holder Name VICTOR V. VALENOTE Policy Holder SS# _____     Policy Holder Birth Date 12-21-63

~~XXX XXXXX XXXX~~     Identification # ZKK 100887626 02
100882.0

**WORKER'S COMP INFORMATION:** Worker's Comp Insurance Co. Name _____
W/C Co. Address _____

W/C Claim# _____     Date of Injury _____     Employer at time of injury _____

Name of Adjustor _____     Adjustor Phone # _____

Site of Injury _____

**SECONDARY INSURANCE INFORMATION:** Insurance Co. Name _____

Ins. Co. Address _____

Ins. Co. Phone # _____

Policy Holder Name _____     Policy Holder SS# _____     Policy Holder Birth Date _____

Group # _____     Identification # _____

V-1586

I understand that I am fully responsible for any and all charges for services rendered by the Advanced Pain Centers of Alaska. If insurance information is provided , my insurance company will be billed as a courtesy to me. I am responsible for my portion of the bill at the time that services are rendered. I hereby authorize payment under my insurance to be paid directly to Advanced Pain Centers of Alaska providers and I further authorize release of any information necessary to my insurance company for payment of claims. I understand a finance charge of 1.5% will be applied to any outstanding balance due after insurance payment or denial after a 90-day grace period.

Date 01/09/04     Patient Signature _____

I, the undersigned, hereby authorize Advanced Pain Centers of Alaska providers to examine me, to administer such treatment as is necessary and to perform such procedures a     sidered therapeutically or diagnostically necessary.

Da 01/09/04     Patient Signature _____

Patient Registration 1/4/2006

## ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD                                    DEA # 6460144847

Patient Name  DANIELA C VALENOTE                        Rx Date  February 6, 2006

Address  4514 Upper Kogru Eagle River, AK 99577         Phone  (907) 622-1009

Gender  F     DOB  02-         Insurance Plan  Premera Blu

**Rx**

VICODIN                                                 20995

THREE TIMES A DAY

Quantity  Eighty-four (84)    Units not specified  Days Supplies  28    Refills  0    Generic Allowed  YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature _____

Printed Name  VICTOR VALENOTE          ID Checked  

Relationship to Patient  SPOUSE        Date  2/7/06

V-1587

**Valley**
3035 E. Palmer-Wasilla Hwy, Unit 501
Wasilla, AK 99654
(907) 357-8330 telephone
(907) 357-8377 facsimile

**Anchorage**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
(907) 278-2741 telephone
(907) 743-8284 facsimile

**Fairbanks**
506 Gaffney Road, Suite 200
Fairbanks, AK 99701
(907) 374-6602 telephone
(907) 374-6604 facsimile

## ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD                                                                DEA # _____

Patient Name  DANIELA C VALENOTE                                    Rx Date  February 6, 2006

Address  4514 Upper Kogru, Eagle River, AK 99577                Phone  (907) 622-1009

Gender  F          DOB _____          Insurance Plan  Premera Blue Cross

# Rx



KADIAN 20 MG 0624                                                                        20994

1 TABLET TWICE A DAY

Quantity  Fifty-eight (58)              Date not specified  Days Supplied  28    Refills  0    Generic Allowed  YES

Signature of Prescriber _____

                                                                     (Do not fill unless signed by Prescriber)

Signature _____

Printed Name  VICTOR VALENOTE        ID Checked _____

Relationship to Patient  SPOUSE        Date  2/5/06

V-1588

**Valley**
35 E. Palmer-Wasilla Hwy, Unit 501
Wasilla, AK 99654
(907) 357-8330 telephone
(907) 357-8377 facsimile

**Anchorage**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
(907) 278-2741 telephone
(907) 743-8284 facsimile

**Fairbanks**
506 Gaffney Road, Suite 200
Fairbanks, AK 99701
(907) 374-6602 telephone
(907) 374-6604 facsimile



*A L A S K A*

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS AND THE RENDERING OF OTHER MEDICAL SERVICES

Valenote, Daniela

DATE: 1/17/06       TIME: 0935       A.M. / P.M.

1.  I hereby authorize Dr. Rolston
    to perform the following operation or procedure, known as

    > Greater Occipital Nerve Injection with local anesthetic and/or steroid with possible sedation.

    upon myself or **Daniela C. Valenote**
    (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

    > Bleeding, numbness, bruising, worsening of pain, no pain relief, drug reaction, transient headache, dizziness.

    I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.  I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.  I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____          _____
Patient's Signature                                         Witness Signature

_____          _____
Signature of Relative Responsible for Patient        Relationship to Patient

**V-1589**

hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature





Daniela Valenote

# CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

**DATE:** 1-9-06          **TIME:** 1245          **A.M.    P.M.**

1.  I hereby authorize Dr._____
    to perform the following operation or procedure, known as

    > Thoracic Epidural Steroid Injection, intralaminar approach with possible moderate sedation

    upon myself or _____
    (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

    > Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction, bowel / bladder dysfunction, numbness of legs, sexual dysfunction, difficulty breathing

3.  I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.  I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.  I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED IN AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____          _____          **V-1590**
Patient's Signature                         Witness Signature

_____          _____
Signature of Relative Responsible for Patient          Relationship to Patient

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature



Valerrote, Daniela

## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?                    Yes        ( No )

I, _Daniela C. Valerote_, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I have had a tubal ligation.

☐ I verify that I have had a hysterectomy.

☒ I verify that I am NOT pregnant.

_____          ___01/14/05___
Patient Signature                              Date

**V-1591**

**ADVANCED MEDICAL CENTERS OF ALASKA**
**CONSCIOUS SEDATION / NURSING RECORD**

_Valenote Daniela_

## PRE-PROCEDURE

DATE: **JAN 1 7 2006**  TIME: 9⁰⁵ (AM) / PM  NPO STATUS: + 6 hour

☑ Consent Stating "Procedure w / conscious Sedation" Signed   ☐ H&P Reviewed

Allergies:  _Charted_  1/17/06
Current Medications:

Previous Complications from Surgery/Anesthesia: ☑ None Reported

| Comfort: No Pain / Pain  Location:  Intensity: | Review of Diagnostic Data: (Yes) ☐ No |
|---|---|
| | Patient Appropriate Candidate: (Yes) ☐ No |

| Time | IV TYPE |
|---|---|
| 915 | 22 HL (R) hand |

ASA Classification: (1) 2 3 4 5 E

Anesthesia Plan: ☐ Sedation (IV) PO / IM
☐ Local  ☐ No Sedation

## PROCEDURE

Procedure: Thoracic ESI
GDNB  Holston

|  | READY TIME: 920 | START: 950 | END: 1000 |
|---|---|---|---|

MD:
NIBP: R (L) (Arm) Leg  Pulse Oximeter: (R) L (Hand) Foot   Grounding Pad Site:
Pt. Pos: R / L  Lateral  Supine  (Prone)  Other   Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | Activity | Administered by: |
|---|---|---|---|---|---|---|
| 0 | Fentanyl | 50 mcg | IV | 1 | A | Greiboon |
| 10 | Versed | 1 mg | IV | 1 | A | |

### Baseline  Vital Statistics Q 5 min

| V I T A L S | Time | 91p | 950 | 955 | 1000 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | B/P | 115/73 | 136/70 | 116/75 | 118/82 | | | | |
| | P | 76 | 73 | 80 | 79 | | | | |
| | EKG | | | | | | | | |
| | *Resp. Rate/Qual | 12 | 16/N | 16/N | 16/N | / | | / | / |
| | Sat% | | 100 | 99 | 99 | | | | |

| A L D R E T E | **Activity | 2 | 2 | 2 | 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Resp. | 2 | 2 | 2 | 2 | | | | |
| | **Circ. | 2 | 2 | 2 | 2 | | | | |
| | **L.O.C. | 2 | 2 | 2 | 2 | | | | |
| | **Oxygenation | 2 | 2 | 2 | 2 | | | | |
| | O2/NC | ∅ | 2p | ∅ | ∅ | | | | |

☐ Key on back   ☐ Vital signs continue on page #2

Protective Reflexes:  ■ Yes  ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used:  ☐ Yes  ■ No  If yes, why?   Photos Taken:  ■ Yes  ☐ No
Other Complications:

Post-Procedure Report Given to: _____  By: Greiboon  (Procedure RN)  Time

V-1592

## ADVANCED MEDICAL CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

Valenote Daniela

**DATE:** JAN 1 7 2006

### Vital Statistics / Monitor

| | Time | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **V** | B/P | | | | | | | |
| **I** | P | | | | | | | |
| **T** | EKG | | | | | | | |
| **A** | *Resp. Rate/Qual | / | / | / | / | / | / | / |
| **L** | Sat% | | | | | | | |
| **S** | | | | | | | | |
| **A** | **Activity | | | | | | | |
| **L** | **Resp. | | | | | | | |
| **D** | **Circ. | | | | | | | |
| **R** | **L.O.C. | | | | | | | |
| **E** | **Oxygenation | | | | | | | |
| **T** | O2/NC | | | | | | | |
| **E** | | | | | | | | |

Admission Temperature: 99.0   Discharge Temperature: 98.7

### ALDRETE SCORING

| Pre Procedure BP: 115/73 | | Post | 30' | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | | Ⓧ | | | | |
| Can move 2 Extremities | =1 | 2 | | | | | |
| Can move 0 Extremities | =0 | | | | | | |
| Able to DB&C | =2 | | Ⓧ | | | | |
| Dyspnea/Limited | =1 | 2 | | | | | |
| APNEA | =0 | | | | | | |
| BP+/-20 Baseline | =2 | | Ⓧ | | | | |
| BP+/-20-50 Baseline | =1 | 2 | | | | | |
| BP+/-50 Baseline | =0 | | | | | | |
| Fully Awake | =2 | | Ⓧ | | | | |
| Arousable | =1 | 2 | | | | | |
| Not Responding | =0 | | | | | | |
| Able to Maintain O2 Saturation > 92% on room air | =2 | | Ⓧ | | | | |
| Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | 2 | | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| **Totals:** | | 10 | 1 | | | | |

### VITAL SIGNS @ 15 MIN.

| TIME | 10:20 | 10:25 | 10:30 |
|---|---|---|---|
| B/P | 139/80 | 140/82 | 144/81 |
| P | 88 | 68 | 77 |
| Resp. Rate | 18 | 18 | 18 |
| Resp. Qual | ∿ | ∿ | ∿ |
| Sat% | 98 | 100 | 100 |
| CO2% | | | |
| L.O.C. | Ⓧ | Ⓧ | Ⓧ |
| O2 | Ⓧ | Ⓧ | Ⓧ |

I.V. (Type/Amt)   Site: Ⓡ hand
Appear: ☐ Patent ☐ Infiltrated ☐ Red
Comfort: No Pain / Pain   Location:   Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

Discharge criteria met at (Aldrete Score of 8 or Above) Time: 1030
RN Signature: C Tilbury

### DISCHARGE PLANNING

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | ✓ | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents. ☐ N/A | | |
| 2. Vital signs stable including temperature. | ✓ | | 7. Alert & oriented with adequate muscular strength. | ✓ | |
| 3. Absence of respiratory distress. | ✓ | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | ✓ | |
| 4. ...allow, cough, and gag reflex present. | ✓ | | | | |
| ...imal nausea and vomiting. | | | | | |
| Transported via wheelchair, ambulatory to awaiting vehicle with staff.   Time: 1035 | | | | | |

V-1593



ADVANCED MEDICAL CENTERS OF
*A L A S K A*

Valenote Daniela

JAN 1 7 2006

Date: _____

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of town, local or cell phone number: _____
Patient accompanied by _____ in wait area? (LL) Phone # (if not) _____
Vital Signs  B/P 115/73  Pulse 76  Temp 99.0  Resp 12  O2 Sat _____
NPO? + 6 hours  Pain Level 7 /10  Location of pain _____
Allergies  non/lex

Current Medications and time taken : tradian · vicoden · allegra · singulair ·
prilosec · lunesta · trazadone · gabatril · albuterol (prn)

Time medication last taken: _____

Nursing Comments: pt has been on cipro for past week for ear infection

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review:  yes  H & P and Systems Review: yes
Time: 10:06  Preoperative Diagnosis: Thornz doc on
Any changes in medical status: no

MD Signature

Post Procedure Note:  Postoperative diagnosis: SMT
Procedure performed: (L) T₀₋₆ Test (L)(R) 9 mg
Complications: 0

Sedation given: Fentanyl 50 mcg  Versed 1 mg
Dictation (if not today, give date) _____

501992

MD Signature

6/22/05

**V-1594**



WORLD MEDICAL CENTERS OF

# A L A S K A

Valenote Daniela

DATE: __1-17-6__

## DISCHARGE INSTRUCTIONS

The following discharge instructions are given for your care at home. Please follow the checked instructions.

### Procedure

☐ Discogram     ☐ Selective Nerve Root Block     ☐ Lumbar Sympathetic Block
☒ Epidural Steroids *Thoracic*     ☐ Stellate Ganglion Block     ☐ SI Joint Injection
☐ Facet Blocks     ☐ Trigger Point Injections     ☐ Other

### Diet

☒ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☒ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☒ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☒ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:_____

### Medications

☐ Take prescriptions as ordered     ☐ Prescription/Medication given to patient or responsible person
   a. _____     ☒ Resume medicine as taken at home
   b. _____
   c. _____

### Additional Information

☒ Remove Band-Aids today.
☒ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☒ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

**V-1595**

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:   ☐ Cold Packs    ☐ Hot Packs    ☐ Massage
   ☐ Position changes    ☐ Distraction    ☐ Breakthrough pain interventions    ☐ Relaxation    ☐ Guided imagery

Reviewed with Patient by: _____     Date: __1/16/06__
Patient Signature: _____     Physician Signature: _____
4/12/2005

Valende Daniela

OST PROCEDURAL QUESTIONNAIRE

Advanced Medical Centers of Alaska will call the patient 3-5 working days following the procedure. They will make 2 attempts to contact the patient.

They will call the patient's home phone number: ___622.1009___

If the patient is not available they will leave a message on an answering machine asking them to call Advanced Medical Centers of Alaska, EXT _____.    NA    MESS: _____ _____ _____
                                                                                            Time    Date    Signature

                                                                            NA    MESS: _____ _____ _____
                                                                                            Time    Date    Signature

The conversation goes something like this:
    May I speak with (patient's name)
    This is Advanced Medical Centers of Alaska calling to see how you are feeling after your procedure on (date)__ **JAN 17 2006** ___. Procedure: ___Thoracic oⓈ_____

1. How are you feeling? _Sick c̄ asthma for week. Trouble c̄ breathing and her chest hurts____

2. On a scale of 0-10, with 0 being no pain and 10 being the worst pain you can imagine, what is your pain level when you take you pain medication? _____ / 10.
    If the level is above 4, the patient is asked if they are taking their pain medication. Yes   No:

3. Where is your pain? Injection    Surgical    Other site: _____

4. Have you had any nausea or vomiting since your procedure? No   Yes: If yes, has it subsided? Yes   No

5. Have you urinated in the past 8 hours? Yes   No: _____

6. Is your IV site swollen, red or painful? No   Yes: _____

7. Did you sleep OK last night? Yes   No: _____

8. Did your physician talk to you after your procedure? Yes   No: _____

9. Have you been following your discharge instructions? Yes   No: _____

10. Do you have a follow up appointment? (Yes)   No: _____

11. Do you have any questions or concerns? No   Yes: _____

**V-1596**

___CFeilboory___                    ___1-20 06___
signature                              date



Grant T. Roderer, M.D.
Lawrence W. Stinson, M.D.
Gregory R. Polston, M.D.
Nancy E. Cross, M.D.
Mo Hillstrand, M.D.
Marc Slominski, M.D.

Rafael L. Prieto, M.D.
Lois Michaud, Ph.D.
Deborah Kiley, ANP
Connie Judd, ANP
Jimmy Cobden, M.D.
Catherine Barrett, M.D.

February 16, 2006

Law Offices of Seaver and Wagner, LLC
Attn: Timothy W. Seaver
421 West First Street
Suite 250
Anchorage, Alaska 99501

**RE: VALENOTE, DANIELA**
**DOB: 02-17-1969**
**SS#: 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**

Dear Mr. Seaver;

This letter is in regards to your request for a medical opinion on Daniela Valenote versus MetLife Insurance Company and Rim Architectures. You have asked if Ms. Valenote meets the definition of disability within the meaning of part 1 of MetLife Longterm Disability Policy definition of disabled. It is my opinion that Ms. Valenote does meet the definition of disability and disabled and is incapable of working as an architect for 80% of an 8 hour day, 5 days a week during a 24 month period starting in March of 2003. Dr. Susan Anderson and myself provided appropriate medical care in attempts to return Ms. Valenote back to work. Dr. Anderson began her care primarily with some medications and an annuloplasty of her lumbar spine. I assumed care after Dr. Anderson's departure from the practice and return to the lower 48. During my care Ms. Valenote has undergone extensive medications, physical therapies, injections with limited success. The patient underwent a functional capacity evaluation at Advanced Physical Therapies of Alaska on February 14, 2005. The patient was found to be incapable of sustaining a sedentary level of work for an 8 hour day. In review of Ms. Valenote's job description of an architect dated October 6, 2003 taken from U.S. Department of Labor Occupational Outlook Handbook it appears that this is at a minimum a light duty to medium level of work as classified by the Department of Labor. Based on her clinical presentation, diagnoses and objective findings on the physical capacity evaluation I feel that Ms. Valenote does meet the definition of disability and disabled. If there are further questions I would certainly be able to be available and to provide any assistance that would be required.

**V-1597**

| Valley | Anchorage | Fairbanks |
| --- | --- | --- |
| 3035 E. Palmer-Wasilla Hwy, Unit 501 | 1917 Abbott Road, Suite 100 | 506 Gaffney Road, Suite 200 |
| Wasilla, AK 99654 | Anchorage, AK 99507 | Fairbanks, AK 99701 |
| (907) 357-8330 telephone | (907) 278-2741 telephone | (907) 374-6602 telephone |
| (907) 357-8377 facsimile | (907) 743-8284 facsimile | (907) 374-6604 facsimile |

RE: VALENOTE, DANIELA
Page 2

Sincerely,

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD 02/16/2006
DT 02/16/2006
JOB # 610575

cc:    Timothy W. Seaver Law Offices of Seaver and Wagner, LLC
       421 West First Street, Suite 250
       Anchorage, Alaska
       Phone #907-646-9033
       Fax #907-276-8238 99501

V-1598

LAW OFFICES OF
# SEAVER & WAGNER, LLC

TIMOTHY W. SEAVER
JENNIFER A. WAGNER

OF COUNSEL TO
MIDDLETON & TIMME, P.C.

421 WEST 1ST AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 646-9033
FAX (907) 278-8238

February 10, 2006

HAND DELIVERED

Dr. Gregory Polston, M.D.
Advanced Pain Centers of Alaska
1917 Abbott Road, Suite 100
Anchorage, Alaska 99507

Re:   Daniela Valenote v. MetLife Insurance Company and Rim Architects
      Request for a Medical Opinion Report

Dear Dr. Polston:

I, along with George Freeman, represent Daniela Valenote in an action seeking to obtain disability benefits for Ms. Valenote under her prior employer's disability benefit plan. Although Mr. Freeman and I had initially hoped to meet with you in person to discuss this matter, Ms. Valenote's very difficult financial circumstances requires us to minimize her costs as much as possible. As a result, we are seeking a report from you at the rate indicated in your "price list."

Specifically, we are requesting a report of your medical opinion on whether Ms. Daniela Valenote is disabled within the term "disability" in the MetLife long term insurance policy at issue in Ms. Valenote's case and on her medical condition. We understand that you have been treating Ms. Valenote from June 18, 2004 until the present.

Dr. Susan Anderson of your clinic also treated Ms. Valenote from July 16, 2003 until you became her treating physician. Prior to this, Ms. Valenote was treated by other medical doctors and licensed medical practitioners after Dr. Michael Orechowski released her from work at Rim Architects starting in late 2002 or early 2003.

To facilitate our request, I am providing you with the following documents:

(1)    Pages 6 and 7 of the MetLife long term disability insurance
       policy setting forth MetLife's "Definition of Disability" [Def 0017-18];

(2)    Ms. Valenote's "Job Description of an Architect" dated October 6, 2003 taken
       from the U.S. Dept. of Labor Occupational Outlook Handbook [V-0026-28];

**V-1599**

Dr. Gregory Polston, M.D.
February 10, 2006
Page 2

(3)    Your March 15, 2005 Progress Note referencing the "functional capacity evaluation" undergone by Ms. Valenote on February 14, 2005 [V-0016].

In the event that you need to consult the FCE again, it should be in Ms. Valenote's medical records at your clinic. If you need another copy of the FCE, please contact me.

Of course, your clinic has your medical records on Ms. Valenote and we assume that Ms. Valenote's prior medical treatment records are included in these records.

**In sum, we are requesting a report stating your opinion on Ms. Valenote's medical condition _and_ stating your opinion whether Ms. Valenote meets the definition of "disability" within the meaning of Part "1" of the MetLife long term disability policy definition of "disabled," i.e., could Ms. Valenote regularly perform her activities in her "Own Occupation" as an architect for 80% of an eight hour day five days a week during the 24 month period that started in March 2003.**

We assume that the 24 month period started in March 2003 and the "elimination period" mentioned in the policy ended when Ms. Valenote started receiving short term disability payments from MetLife in March 2003. Metlife may contend that the 24 month period started on May 2003.

We expect you can also indicate that Dr. Anderson and you are "Doctor[s]" within the meaning of the policy and that both Dr. Anderson and you have been "providing appropriate care and treatment" for Ms. Valenote since she began her treatment at your clinic in July 2003.

If possible, we want to provide this report to the defendants by February 18, 2006.
Finally, would you be so kind as to provide a copy of your curriculum vitae along with the report.

We understand that the cost for this report is $275.00. Please send me a bill and I will ensure prompt payment. We will contact you if we require further assistance on this matter.

Very truly yours,

Timothy W. Seaver

Enclosures

**V-1600**

**Temporary Recovery During Your Elimination Period**

If you return to work for 30 days or less during your Elimination Period, those days will count towards your Elimination Period. However, if you return to work for more than 30 days before satisfying your Elimination Period, you will have to begin a new Elimination Period.

Temporary Recovery means you cease to be Disabled. During a period of Temporary Recovery you will not qualify for any change in coverage caused by a change in any of the following:

1.    the rate of earnings used to determine your Predisability Earnings; or

2.    the terms, provisions, or conditions shown in your Certificate of Insurance.

**Definition of Disability**

"Disabled" or "Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

1.    during your Elimination Period and the next 24 month period, you are unable to earn more than 80% of your Predisability Earnings or Indexed Predisability Earnings at your Own Occupation for any employer in your Local Economy; or

2.    after the 24 month period, you are unable to earn more than 80% of your Indexed Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonably qualified taking into account your training, education, experience and Predisability Earnings.

Your loss of earnings must be a direct result of your sickness, pregnancy or accidental injury. Economic factors such as, but not limited to, recession, job obsolescence, paycuts and job-sharing will not be considered in determining whether you meet the loss of earnings test.

For an employee whose occupation requires a license, "loss of license" for any reason does not, in itself, constitute Disability.

"Appropriate Care and Treatment" means medical care and treatment that meet all of the following:

1.    it is received from a Doctor whose medical training and clinical experience are suitable for treating your Disability;

2.    it is necessary to meet your basic health needs and is of demonstrable medical value;

3.    it is consistent in type, frequency and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies;

4.    it is consistent with the diagnosis of your condition; and

5.    its purpose is maximizing your medical improvement.

"Doctor" means a person who: (i) is legally licensed to practice medicine; and (ii) is not related to you. A licensed medical practitioner will be considered a Doctor:

1.    if applicable state law requires that such practitioners be recognized for the purposes of certification of disability; and

2.    the care and treatment provided by the practitioner is within the scope of his or her license.

V-1601

ML 00016

DEF 00017
*Valenote v. Met. Life*

"Own Occupation" means the activity that you regularly perform and that serves as your source of income. It is not limited to the specific position you held with your Employer. It may be a similar activity that could be performed with your Employer or any other employer.

"Local Economy" means the geographic area surrounding your place of residence which offers reasonable employment opportunities. It is an area within which it would not be unreasonable for you to travel to secure employment. If you move from the place you resided on the date you became Disabled, we may look at both that former place of residence and your current place of residence to determine local economy.

Work Incentive

While you are Disabled, you are encouraged to work or participate in a Rehabilitation Program during your Elimination Period or while Monthly Benefits are being paid to you. Reimbursement for Eligible Family Care Expenses may also be available when you work or participate in an approved Rehabilitation Program while Disabled.

When you work while Disabled, you will receive the sum of the following amounts:

1. your Monthly Benefit (including your Rehabilitation Incentive when applicable);

2. the amount of your earnings for working while Disabled; and

3. the amount of Family Care Expenses for which you are eligible.

During the 24 month period following your Elimination Period, your Monthly Benefit will be reduced if the total amount you receive from the above sources and Other Income Benefits exceeds 100% of your Predisability Earnings or Indexed Predisability Earnings. Your Monthly Benefit will be reduced by that portion of the amount you receive which exceeds 100% of your Predisability Earnings or Indexed Predisability Earnings.

After the 24 month period described above, your Monthly Benefit will be reduced by 50% of your earnings from working while Disabled. Your Monthly Benefit will be further reduced if the total amount you receive from the above sources and Other Income Benefits exceeds 100% of your Indexed Predisability Earnings. Your Monthly Benefit will be reduced by that portion of the amount you receive which exceeds 100% of your Indexed Predisability Earnings.

If your Monthly Benefit is reduced as a result of your receiving earnings from any work or service while Disabled, the Minimum Monthly Benefit will not apply.

Monthly Benefit payments will cease on the date you refuse to participate in a Rehabilitation Program in which we determine you are able to participate.

"Rehabilitation Program" means:

1. a return to active employment by you on either a part-time or full-time basis in an attempt to enable you to resume gainful employment or service in an occupation for which you are reasonably qualified taking into account your training, education, experience and past earnings; or

2. participating in vocational training or physical therapy. This must be deemed by one of our rehabilitation coordinators to be appropriate.

Rehabilitation Incentive

While Disabled, your Monthly Benefit, before reduction for Other Income Benefits, is increased by 10% when you participate in a Rehabilitation Program approved by us.

**V-1602**

7

ML 00017

DEF 00018
Valenote v. Met. Life