ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

DATE: 03/15/2005

**SUBJECTIVE:** The patient reports that the Kadian is helping with her pain. She is taking 20 mg twice a day. She reports the Vicodin also is being used three times per day. She says she is increasing her activities but continues to have significant pain in the neck at 7/10, low back at 6/10 and low back at 6/10. She is requesting assistance with nutrition and other supplements. The patient his undergone a functional capacity evaluation which showed limited function and very light duty. The patient has a number of concerns about the report and is discussing with the tester about that. The patient is also requesting massage therapy. She is having difficulty getting into physical therapy due to the great distance. In the remote area that she lives there is a massage therapist in her area which she feels would help with her myofascial pain.

**OBJECTIVE:** Blood pressure is 130/100, pulse is 80, temperature is 99, respirations are 16. She is awake, alert, shows no sedation, continues the patient have tenderness with palpation in the upper neck, low back and the legs with pain in the posterior occiput radiating over the top of the head. Otherwise the rest of exam is unchanged.

**ASSESSMENT:**
1. Chronic pain.
2. Chronic cervical degenerative disk disease.
3. Lumbar degenerative disk disease.
4. Muscle spasm and spasticity.
5. Right trochanteric bursitis.
6. Chronic headache.

**PLAN:** I would like her to do massage therapy two times per week for six weeks to evaluate the effectiveness of this. I referred the patient to physical medicine rehabilitation, Dr. Prieto, for consideration of nutritional support and assistance with disability. She had her Kadian reviewed 20 mg, one p.o. b.i.d. and Vicodin 7.5/500, one p.o. t.i.d.

REPORT SENT PRIOR TO REVIEW

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 03/21/2005
DT: 03/22/2005
JOB #: 260763

V-1603

V-0016 COPY

Daniela C. Valenote
4514 Upper Kogru Dr
Eagle River, AK  99577
907-622-1009

October 6, 2003

Anda Panasescu
LTD Appeals
MetLife Disability
Po Box 14590
Lexington, KY 40511-4590

Claim #:    870308078357
Employer:   Rim Architects

<u>JOB DESCRIPTION FOR AN ARCHITECT</u>

In my experience as an Intern Architect, my duties have included:

- The hours for an Architect can vary from 8-24 hours per day depending on workload and deadlines.
    1. October 2002 I worked 8-17 hours per day.
    2. November 2002 I worked 8-11 hours per day.
    3. The following was taken from the U.S. Department of Labor, Bureau of Labor Statistics, Occupational Outlook Handbook, <u>http://stats.bls.gov/</u>

*Architects may occasionally be under stress, working nights and weekends to meet deadlines. In 2000, almost half of all architects worked more than 40 hours a week, in contrast to about 1 in 4 workers in all occupations combined.*

    4. Part time employment (i.e. 4 or more hours/day) is virtually unheard of within the Architecture Profession. As a Project Architect the duties require constant management of a Project Team and Professional Consultants. This position makes it difficult to work part-time.

- Sitting for long hours at a desk, includes:
    1. Manual sketching over a flat surface.
    2. Drafting on the computer
    3. Leaning over the desk to draw -- looking down 4-6 hours/day
    4. Twisting while drafting -- looking from the computer to your side desk for reference on printed drawings.
    5. Bending
    6. Numerous Project related telephone calls.

**V-1604**

**V-0026**

JOB DESCRIPTIO.. FOR AN ARCHITECT                                    2
October 6, 2003

  7. Going back and forth from the desk to printers, fax machine and copier
     numerous times a day.
  8. Building scale models from drawings – requires use of an x-acto blade and
     constant leaning over the model while it's being built.

- Carrying reference manuals from the materials library and old drawing documents
  which can weigh 3-20 lbs. used for reference when researching precedent or
  working on an existing building)

- Meetings – sometimes requiring travel by car or plane
  1. During every phase of a project an Architect is on call for meetings both
     in and out of the office.

  2. Meetings can last from twenty minutes to numerous days.
  3. Meetings often require carrying heavy project documents and reference
     manuals.

Fieldwork/ Field Supervision is an essential part of the job even though the majority of
our work is done in the office. Fieldwork includes:

- Business travel – includes carrying luggage and project documents combined can
  weigh in excess of 20 lbs.
  1. I have been flown to Louisville, KY and back to Alaska in less than 2 days
     for a 2-hour meeting.
  2. I have taken weekly flights to Kenai, AK to monitor a project under
     construction for 2 months.
  3. I have driven to a job site weekly for meetings 3+ months for design and
     construction.
  4. Drive back & forth from the office to multiple meetings weekly.

- Site visits on undeveloped land – walking on uneven ground

- Site visits to existing buildings for assessment of existing conditions can take
  hours and include:
  1. Carrying documents and camera
  2. Bending
  3. Climbing
  4. Crawling
  5. Walking
  6. Standing

- On-site inspection and review can last hours during the construction phase:
  1. Carrying documents and camera
  2. Walking on uneven ground
  3. Climbing ladders, scaffolding and unfinished stairs
  4. Crawling

**V-1605**

**V-0027**

JOB DESCRIPTION FOR AN ARCHITECT                                      3
October 6, 2003

      5. Bending
      6. Standing

The job description for an Intern Architect is the same as for an Architect. The difference is an Intern has not completed the Internship Development Program and/or Architect Registration Exam. I have completed IDP and am in the process of completing the A.R.E.

Please include this supplement to the Long Term Disability Employer Statement dated by RIM Architects of June 12, 2003. I have reviewed this supplement with Matt Vogel, Architect and Principal with RIM Architects, and he takes no exceptions to the items listed. At Matt's request please contact him at 907-258-7777 to verify these items. If I can provide further clarification to the above, please give me a call at home, 907-622-1009.

Sincerely,

Daniela C. Valenote

Cc: Matthew Vogel
    Dr. Susan Anderson, M.D.
    Amy Azevedo, PT

V-1606

V-0028

20 CFR 404.1567

Previous Section:          Next Section:

## §404.1567 Physical exertion requirements.

To determine the physical exertion requirements of work in the national economy, we classify jobs as *sedentary, light, medium, heavy,* and *very heavy.* These terms have the same meaning as they have in the *Dictionary of Occupational Titles,* published by the Department of Labor. In making disability determinations under this subpart, we use the following definitions:

(a) *Sedentary work.* Sedentary work involves lifting no more than 10 pounds at a time and occasionally lifting or carrying articles like docket files, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required occasionally and other sedentary criteria are met.

(b) *Light work.* Light work involves lifting no more than 20 pounds at a time with frequent lifting or carrying of objects weighing up to 10 pounds. Even though the weight lifted may be very little, a job is in this category when it requires a good deal of walking or standing, or when it involves sitting most of the time with some pushing and pulling of arm or leg controls. To be considered capable of performing a full or wide range of light work, you must have the ability to do substantially all of these activities. If someone can do light work, we determine that he or she can also do sedentary work, unless there are additional limiting factors such as loss of fine dexterity or inability to sit for long periods of time.

(c) *Medium work.* Medium work involves lifting no more than 50 pounds at a time with frequent lifting or carrying of objects weighing up to 25 pounds. If someone can do medium work, we determine that he or she can also do sedentary and light work.

(d) *Heavy work.* Heavy work involves lifting no more than 100 pounds at a time with frequent lifting or carrying of objects weighing up to 50 pounds. If someone can do heavy work, we determine that he or she can also do medium, light, and sedentary work.

(e) *Very heavy work.* Very heavy work involves lifting objects weighing more than 100 pounds at a time with frequent lifting or carrying of objects weighing 50 pounds or more. If someone can do very heavy work, we determine that he or she can also do heavy, medium, light and sedentary work.

V—1606 A



PWPE Summary

## Physical Work Performance Evaluation Summary
### Advanced Physical Therapy of Alaska
1917 Abbott road suite 200, Anchorage, AK 99507
Phone (907)279-4266  Fax (907)279-4272

| | |
|---|---|
| **Name:** Valenote, Daniela | |
| **Social Security:** | |
| **Occupation:** Architect | |
| **Employer:** RIM Architects | |
| **Injury Date:** 10/31/2002 | |
| **Last Date of Work:** 2/21/2003 | |
| **Evaluation Date:** February 14, 2005 | |
| **Diagnosis:** Right SI joint dysfunction, L3-4, L5-S1 disc protrusion, S/P nucleoplasty L5-S1, Thoracic pain, neck pain, Cervicogenic headaches | |
| **Purpose of Evaluation:** Disability rating | |
| **Recommendations Request:** Work modification recommendations | |
| **Point in Client Care:** Prior to transitional duty, Case closure FCE | |
| **FCE Type:** Whole body | |



This report summarizes the results of the ErgoScience FCE **Physical Work Performance Evaluation**™. This evaluation is substantiated by reliability and validity research conducted at the University of Alabama at Birmingham and reported in the *Journal of Occupational Medicine*, September 1994[1].

**Tolerance for the 8-Hour Day:** Based on this evaluation, the client is incapable of sustaining the Sedentary level of work for an 8-hour day. Unable to complete the evaluation due to fatigue level and onset of right lower extremity radicular symptoms in sitting, standing, and kneeling Position Tolerance testing.



**Overall Level of Work: Sedentary** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exist up to 1/3 or the time) and/or a negligible amount of force frequently (Frequently: activity or condition exist from 1/3 to 2/3 or the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may invoke walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

**Self Limiting Behavior:** Self-limiting behavior means that the patient stopped the task before a maximum effort was reached and typically is caused by either: 1) psychosocial issues such as fear of reinjury, pain, anxiety, depression and/or 2) attempts to manipulate test results. Although it is difficult to determine the causes of self-limiting behavior, our research indicates that motivated patients self-limit on no more than 20% of test items. If the patient's self-limiting exceeds 20%, then psychosocial and/or motivational factors are affecting test results. The patient's reason(s) for self-limiting behavior was/were pain, upper quarter weakness, poor trunk control, onset of posterolateral arm pain, weakness of right leg, onset of right lower extremity radicular symptoms, onset of right foot arch sharp pain, progressive increase in headache symptoms.



[1] Lechner DE, et al. *Journal of Occupational Medicine*. September 1994 Volume 36, No. 9: pages 997-1004

Copyright The UAB Research Foundation 1993.  All rights reserved.

V-1607

 **Ergo**Science™

PWPE Summary
Valenote, Daniela

## MOTIVATION INVESTIGATION TRIGGERS

- Self Limiting < 20% of tasks = Within normal limits for motivated client
- **Self-Limiting 21% to 33% of tasks = Exceeds normal limits for motivated client**
- Self-Limiting > 33% of tasks = Significantly exceeds normal limits for motivated client

## JOB MATCH

The client's job match was based on a job demand description provided by both the employer and the client.



Percent Tasks Matching Job Demands



54%    46%

☐ No Match
■ Job Demands Match

V-1608



Unable= <1    Sedentary=10-1    Light=20-11    Medium=50-21    Heavy=100-51    V. Heavy= >100



0%=Never    1%-33%=Occasionally    34%-66%=Frequently    67%-100%=Constantly



0%=Never    1%-33%=Occasionally    34%-66%=Frequently    67%-100%=Constantly





## TASKS PERFORMANCE

| Activity | Patient Abilities* | Job Demand Employer | Job Demand Patient | Match Employer | Match Patient |
|---|---|---|---|---|---|
| Floor to waist lift | 6 lb. | 10 lb. | 10 lb. | No | No |
| Waist to eye level lift | 4 lb. | 5 lb. | 5 lb. | No | No |
| Two handed carrying | 5 lb. | 20 lb. | 20 lb. | No | No |
| One handed carrying | L6  R0 lb. | 20 lb. | 20 lb. | No | No |
| Pushing | 5 lb.** | 5 lb.** | 5 lb.** | Yes | Yes |
| Pulling | 0 lb.** | 5 lb.** | 5 lb.** | No | No |
| Sitting | Occasionally | Constantly | Constantly | No | No |
| Standing | Occasionally | Occasionally | Occasionally | Yes | Yes |
| Work arms over head-standing | Constantly | Occasionally | Occasionally | Yes | Yes |
| Work bent over-standing/stooping | N.T. | Occasionally | Occasionally | | |
| Work kneeling | Occasionally | Frequently | Frequently | No | No |
| Work bent over-sitting | Never | Constantly | Constantly | No | No |
| Work squatting/crouching | N.T. | Occasionally | Occasionally | | |
| Work arms over head-supine | N.T. | Never | Never | | |
| Climbing stairs | Occasionally | Occasionally | Occasionally | Yes | Yes |
| Repetitive squatting | Occasionally | Never | Never | Yes | Yes |
| Walking | N.T. | Frequently | Frequently | | |
| Crawling | N.T. | Occasionally | Occasionally | | |
| Climbing a ladder | N.T. | Occasionally | Occasionally | | |
| Repetitive trunk rotation-sitting | N.T. | Constantly | Constantly | | |
| Repetitive trunk rotation-standing | N.T. | Occasionally | Occasionally | | |
| Balance on level surfaces | N.T. | | | | |
| Balance on uneven surfaces | N.T. | | | | |
| Balance on ladder | N.T. | | | | |
| Balance on beam/scaffold | N.T. | | | | |
| Manual Dexterity | N.T. | | | | |
| Finger Dexterity | N.T. | | | | |
| Grip Strength | L50  R35 lb. | | | | |

Note: N.T. indicates this task was not tested.

\* The Dictionary of Occupational Titles (D.O.T.) defines Occasionally as up to 1/3 of the day, Frequently 1/3 to 2/3 of the day, and Constantly as 2/3 to the full day. The weights reported above are for the Occasional category. The following algorithms, derived from unpublished research, are used by the D.O.T. to extrapolate Frequent or Constant lifting from Occasional lifting: Frequent lifting equals 50% (1/2) of Occasional and Constant lifting equals 20% (1/5) of Occasional. PLEASE NOTE: the D.O.T. extrapolations from Occasional to Frequent and Constant lifting were not studied in the research validating the Physical Work Performance Evaluation. The D.O.T. reports finger and manual dexterity scores as an aptitude. The aptitude scores translate as follows:  1 (90-100 percentile score), 2 (67-89 percentile score), 3 (34-66 percentile score), 4 (11-33 percentile score), 5 (0-10 percentile score).

\*\* Pounds of force is the amount of force the client exerted during the pushing and pulling tasks. If your client is required to push or pull for any work activities, the force required for the job task should be measured with a force gauge and compared to the abilities documented above.

V-1610



## INTERPRETATION / CONCLUSION

**Daniela's current level of physical capacity does not match up with the provided Job Description.**

**Client's major areas of dysfunction are:**

- Impaired Dynamic Trunk Strength/Stabilization which appeared to have limited her material handling capacities.
- Impaired Position Tolerance especially in sitting, sitting with lowered work and kneeling.
- Poor Endurance.
- Pain/dysfunction in multiple areas of her body.

The client was unable to perform either Fine Motor/Finger or Manual Dexterity testing today because the test was stopped prior to the testing of this area. It is in my opinion that further dexterity testing should be performed at another date, including the *Purdue Pegboard Test*, and the *Minnesota Dexterity Test*, although these test result will have no direct affect on the currently measured *Tolerance for the 8-Hour Day*, *Overall Level of Work*, or *Task Performance* results.

## RECOMMENDATIONS

**Recommendations for Future Care:**

- Continuation of Pain Management treatments.
- Participation in a Comprehensive Trunk Stabilization Program, or a Comprehensive Functional Restoration Program (FRP) that would also incorporate trunk stabilization training.
- If Daniela is able to return to work in the future, either at modified duty, at another type of work, or following an FRP, she would also benefit from a formal Ergonomic Work Site Assessment at that time which takes into account the limitations found during this test or a future similar test.
- Patient may also benefit from further Psychological testing and/or interventions.

Evaluator: Chad Ross DPT, CSCS
Phone:    907-279-4266

**V-1611**

Valente, Daniel—                                    Dr. Polston

# PROCEDURE REMINDER
## ADVANCED PAIN CENTERS OF ALASKA

Procedure: ___ (R) Lumbar TFESI L5 _____

Date/Time: __2-14__ @ __9:00__ Pt.Appt.: _____ @ __ _____

Pre-Op Visit: _____ @ _____ Allergies: __NKDA_____

Contact Phone Number on Procedure Date: _____

Interpreter Scheduled, if Needed:    Yes    No    Language: English/ _____

✓ Nothing to eat or drink after 6 HOURS prior to procedure.

Arrive at    APCA / PROV / ARH / HEALTHSOUTH    @ __9:00__ am/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____ _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications, take with small sips of water.

✓ Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed    No    Yes    If Yes, if testing required: _____

**Additional Information:**
- Call your insurance company and obtain pre-certification for your procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi or Anchor Ride.
- ✓ A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- ✓ **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- ✓ If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- ✓ **If there is a chance you could be pregnant, inform the doctor or nurse.**
- ✓ Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- ✓ Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.
- Other Instructions: _____ _ _____

Reviewed by _____    Patient _____ Date: 02-08-06

 MAYO CLINIC

200 First Street SW
Rochester, Minnesota 55905

February 8, 2006

Gregory R. Polston, M.D.
Advanced Pain Center of Alaska
1917 Abbott Road, Suite 100
Anchorage, AK 99507

RE: Mrs. Daniela Valenote
MC#: 93-179-500

RECEIVED
FEB 13 2006

Dear Doctor Polston:

Thank you for requesting an appointment for your patient, Mrs. Daniela Valenote with the Division of General Internal Medicine. Due to the high number of appointment requests for this medical concern, we are unable to schedule an appointment for your patient within a reasonable time.

If you have additional concerns about your patient and you would like to discuss your patient's case with a physican here at Mayo Clinic, please call the Referring Physicians Service at (800)533-1564.

Sincerely,

J. Taylor Hays, M.D.
Chair, General Internal Medicine

pcc





## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

**DATE:** 2-8-06        **TIME:** 4:12        A.M.    (P.M.)

1.   I hereby authorize Dr. P Sl-ta
     to perform the following operation or procedure, known as

> Left Transforaminal Epidural Steroid injection at the lumbar five levels, with local anesthetic and
> or steroid with moderate sedation

upon myself or _____
                        (NAME OF PATIENT)

2.   The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and
     benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results
     or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

> Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction,
> bowel/bladder dysfunction, numbness of legs, sexual dysfunction,

     I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem
     necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance
     of services involving pathology and radiology and I hereby consent thereto.

4.   I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or
     different procedures than those in paragraph one. I therefore further authorize and request that the above named physician
     perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this
     paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.   I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.   I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced
     Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use
     the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND
THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR
POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE
PROCEDURE.**

_____          _____
Patient's Signature                              Witness Signature

                                                                    **V-1613**

_____          _____
Signature of Relative Responsible for Patient        Relationship to Patient

> I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards,
> complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).
>
>                              _____
>                              Physician's Signature



**ADVANCED PAIN CENTERS OF ALASKA**
Health Psychology –Health Behavior Assessment
Center: Anchorage, Alaska

Name; Daniela Valenote        Date:  07-21-2003        Time:  in 0935   out 1005
Procedure: 2 units (30 min) 96150; Health/Behavior Assessment

Referral information: Age: 34        Gender: female        Race: White
APCA Physician: Dr. Susan Anderson                    WC?:  ☐ y  ☒ n
Referring MD: Dr. Mike Orzechowski                    Patient lives in: Eagle River, Alaska

## PRESENTING PROBLEMS

Health Problem(s): This patient reports that she has begun to have pain since October of
    2002. She reports that by December of 2002 that the pain was unbearable. She was
    an architect working 40 plus hours per week. She states that her husband has had to
    have her help her wash her hair at times. She understands the relationship between
    pain and stress. She is currently looking at litigation with her former employer.
Length of problem: 8 months
Previous treatments: chiropractor, massage, pain medication
Functional limitations: She is unable to work. She was forced to resign her job. She took time
    off for three weeks. She took a leave of absence due to her pain disorder.
Disability level:  moderate impairment

Pain (0-10; with 0 = no pain and 10 = worst imaginable pain):
Average last month:  6
Low:  4
Predictors for lower pain levels:        shifting positions, alcohol
High:  9
Predictors for higher pain levels:        inactivity, sitting, lying down, activity, bending, walking on
    unlevel ground and hard surfaces, lack of sleep, and position intolerance

Irritability problems associated with pain: acknowledged
Pain affected by stress: yes

## MEDICAL HISTORY

Health as a child and adolescent: healthy until time of puberty; began having allergies and
    asthma at about age 15. She began to miss a great deal of school.
Health as an adult: asthma, allergies, and IBS
Rx (optional - will be reviewed by MD): Gabitril, Pamelor, Singular, Zyrtec, Nexium, and Zovia
Prior Mental Health History:  no        description:
Psych Rx:
Sleep: initiation and maintenance problems

## SOCIAL HISTORY

Marital status:  Married
Living arrangement:  living with significant other
Education:  Master degree
Occupation: Architect        Working status:  unemployed

**V-1614**

Drug/ETOH use and history of problems:
Personal History (use)        ☐ No ☒ Yes description: She reports that alcohol helps with
   pain. She reports moderate use of alcohol. She denies use of tobacco and illicit drugs.

## BEHAVIORAL OBSERVATIONS

Affective Tone a mixture of significant anxiety and depression
Pain Behavior Level: ☐ None ☐ Mild ☒ Moderate ☐ Severe
Description:

## SUMMARY

Significant stressors: loss of job; functional limits
Depression component: Significant component – difficulty in adjusting to her functional limits
Anxiety component: Significant component
Social support; good support, not often utilizing
Coping skills: distraction and suppression

Problems Identified: 1) chronic pain; 2) functional limits; 3) anxiety and depression; 4)
   significant stress component to pain; 5) frustration; 6) sleep disturbance
Assets/Strengths: 1) independent focus; 2) understands stress component to pain
Comments (optional): This patient is frustrated about her employer not making her aware of
   disability options until after she was terminated. She has always stayed very active
   and busy with her work. Her functional limits have significantly affected her.

Recommendations for Team: The patient will begin a course of health behavior interventions.
   She has a significant stress component to her pain condition.

Treatment Plan: Begin a course of treatment with 8 to 12 sessions.

*Robert R. Trombley, Ph.D*
Robert P. Trombley, Ph.D.
Clinical Health Psychologist
Pain Psychology Specialist

CC:    Dr. Mike Orzechowski
       Dr. Susan Anderson

V-1615




ADVANCED PAIN CENTERS OF
**A L A S K A**

3500 LaTouche, Suite 310
Anchorage, Alaska 99508
(907) 278-2741 phone
(907) 743-8284 fax

# ADVANCED HEALTH PSYCHOLOGY
### Referral Form

*this my hand*

Robert B. Hand, Ph.D.
Clinical Health Psychologist
Pain Psychology Sub-Specialty

Patient Name: _____

Patient DOB: _____

Patient Contact Number: _____

## REFERRAL INFORMATION:

36 yo ♂ c chronic pain, please
do psychi

## SERVICES:
### [ ] Evaluate and Treat

[ ] Health Behavior Assessment        [ ] Psychological Testing

[ ] Pain Management                   [ ] Stress Management

[ ] Stress Inoculation Training       [ ] Autonomic Regulation

[ ] Biofeedback Training              [ ] Smoking Cessation

_____
**Physician Signature**

Sch @ 7/29  10:00 NT

**V-1616**

ALASKA PRINTING, INC. • (907) 563-1989



**ADVANCED PAIN CENTERS OF**
*A L A S K A*

3500 LaTouche, Suite 310
Anchorage, Alaska 99508
(907) 278-2741 phone
(907) 743-8284 fax

## ~~ADVANCED HEALTH PSYCHOLOGY~~

### Referral Form

~~Robert P. Trombley, Ph.D.~~
~~Clinical Health Psychologist~~
~~Pain Psychology Sub-Specialty~~

Dr. Cleve
Shiring
@ Meridian

Patient Name: __

SS# 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        DOB: 02/17/69

Patient DOB: __       VALNOTE, DANIELA

Patient Contact Number: _U V V 1009_

## REFERRAL INFORMATION:

*Pt. c/o fibromyalgia and*
*[LBP] c leg AP pain. Signs*
*of disability issues anxiety*
*and depression. Considered as candidate*
*for nucleoplasty. Seeing Dr Trombley*

## SERVICES:

☒**Evaluate and Treat**

☐ Health Behavior Assessment          ☐ Psychological Testing

☐ Pain Management                    ☐ Stress Management

☐ Stress Inoculation Training         ☐ Autonomic Regulation

☐ Biofeedback Training                ☐ Smoking Cessation

_____
Physician Signature

**V-1617**

9/29/2003

ALASKA PRINTING, INC. • (907) 563-1989

## Providence Imaging Center
www.provimaging.com

3340 Providence Drive
nrage, AK 99508
(907) 261-3151
er: (888) 458-3151
tilling: (907) 565-8001

MRI, CT, PET-CT Scheduling: (907) 261-3146
All Other Scheduling: (907) 261-3151
Fileroom: (907) 261-3144
Fax numbers for each service
under bold headings below.

Today's Date 3/6/06    Exam Date: _____

**REPORTING INSTRUCTIONS**
- ☐ Routine report    ☐ Call report
- ☐ Call report, patient wait
- ☐ Phone # _____
- ☐ Fax #
- ☑ Patient to return with films
- ☐ Patient to return with CD

**Patients: Please pre-register prior to your appointment.**
MRI, CT, PET-CT patients call (907) 261-3156.
For all other exams, call (907) 261-3151.
Toll-free (888) 458-3151
If unable to pre-register, please arrive at PIC 15 minutes early.

| PATIENT LAST NAME | FIRST | M | PT. PHONE NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| DANICA | Valcaste | | 622-1009 | 3-17-'69 |

ORDERING CLINICIAN
Dr. B__

CLINICIAN SIGNATURE

SEND ADDITIONAL COPIES OF REPORT TO

PREGNANT? ☐ Yes  ☐ No

CLINICAL DATA INDICATING MEDICAL NECESSITY
t y-s d__ p__

## CT
**FAX (907) 261-5803**

BUN/Creatine _____
- ☐ With IV Contrast  ☐ Without IV Contrast
- ☐ With & Without IV Contrast
- ☐ Head          ☐ Abdomen
- ☐ Neck          ☐ CT Renal Stone Study
- ☐ Chest         ☐ Pelvis
- ☐ Chest High Resolution
  (interstitial lung disease)
- ☐ PE Study      ☐ Abdomen and Pelvis
- ☐ Extremity _____
- ☐ CT IVP (CT urogram)
- ☐ Maxillo Facial
- ☐ Sinus Complete  ☐ Sinus Limited
  (With high resolution coronal reformats)
- ☐ ACs/Temporal Bone/Pituitary
- ☐ Orbits
- ☐ C-Spine  ☐ T-Spine  ☐ L-Spine

**CT Angiogram**
- ☐ Carotids (aortic arch to Circle of Willis)
- ☐ Intracranial/Circle of Willis
- ☐ Thoracic Angiogram
- ☐ Renal Angio
- ☐ ABD Aortogram & Lower Extremity Runoff
- ☐ ABD Angio (for aortic aneurysm)

**Other CT (not specified above)**
- ☐ _____

## ULTRASOUND
**FAX (907) 261-5828**

- ☐ Abdominal (GB, Liver, Pancreas, Spleen, Kidneys, Aorta)
- ☐ Aorta          ☐ Biophysical Profile
- ☐ Cranial
- ☐ Hysterosonogram
- ☐ Obstetric  EDC _____ LMP _____
- ☐ Pelvic w/Transvaginal
- ☐ Renal/Bladder  ☐ Testicular
- ☐ Thyroid        ☐ Thyroid Biopsy
- ☐ Abdominal Duplex
  - ☐ Mesenteric  ☐ Porta-hepatic  ☐ Renal Arterial
- ☐ Venous Doppler
  - UE ☐R ☐L    LE ☐R ☐L
- ☐ Carotid Duplex  ☐ Liver Transplant
- ☐ Renal Transplant  ☐ Transcranial Doppler
- ☐ Ankle Brachial Index (ABIs)  ☐ Resting
  - ☐ Segmental        ☐ Exercise
  - ☐ Non-Invasive Arterial Testing Arms
  - ☐ Vein Duplex (Post Heart Cath)
  - ☐ Vein Mapping
    - UE ☐R ☐L    LE ☐R ☐L
- Other _____

## PET – CT
**FAX (907) 261-5803**

Special order form required, please call 261-3146.

## BONE DENSITOMETRY
**FAX (907) 261-5828**

- ☐ DXA L-Spine & Hip
- ☐ Body Fat Analysis

## MRI
**FAX (907) 261-5803**

**Neurologic/Spine**
- ☐ Brain With and Without Contrast
- ☐ Brain Without Contrast
- ☐ Orbits
- ☐ Pituitary
- ☐ Internal Auditory Canal
- ☐ Treatment Planning Stealth Brain
- ☐ Metastatic Spine Survey
- ☐ Soft Tissue Neck
- ☐ Brachial Plexus
- ☐ C-Spine  ☑ T-Spine  ☐ L-Spine*
  *History of prior lumbar surgery? ☐ Yes  ☑ No

**Musculoskeletal**
- ☐ Shoulder                    ☐R ☐L
- ☐ Shoulder with Arthrogram    ☐R ☐L
- ☐ Wrist                       ☐R ☐L
- ☐ Hip                         ☐R ☐L
- ☐ Knee                        ☐R ☐L
- ☐ Ankle                       ☐R ☐L

**Body**
- ☐ Abdominal/Pelvic Survey
- ☐ Routine Liver with Gadolinium
- ☐ Liver with Feridex
- ☐ MRCP
- ☐ Renal  ☐ Adrenal  ☐ Pancreas
- ☐ Pelvis

**MR Angiogram**
- ☐ Carotids (from aortic arch to Circle of Willis)
- ☐ Intracranial/Circle of Willis
- ☐ Thoracic Aortogram
- ☐ Renal MHA
- ☐ Abdominal Aortogram & Lower Extremity Runoff

**Other MRI (not specified above)**
- ☐ _____

## BREAST
**FAX (907) 261-5828**

Indicate location of abnormality



**Mammography**
- ☐ Screening
- ☐ Diagnostic Bilateral Mammogram
- ☐ Diagnostic Unilateral Mammogram  ☐R ☐L
- ☐ Cone/Magnification Views, if needed  ☐R ☐L
- ☐ Mammogram/Augmentation
- ☐ Needle Placement    ☐ Ductogram
- ☐ Stereotactic Biopsy
- ☐ Other _____

**Ultrasound**
- ☐ Breast Ultrasound        ☐R ☐L
  - ☐ if needed
- ☐ Breast Ultrasound Aspiration  ☐R ☐L
- ☐ Breast Ultrasound Biopsy      ☐R ☐L
- ☐ Needle Placement              ☐R ☐L

## DIAGNOSTIC RADIOLOGY
**FAX (907) 261-5828**

- ☐ Sinus Series          ☐ Skull
- ☐ Sinus/Waters only     ☐ Facial Bones
- ☐ Chest _____
- ☐ Abdomen (KUB)

**Spine**
- ☐ Cervical  ☐ Thoracic  ☐ Lumbar

| Extremity | #Views | Right | Left |
|---|---|---|---|
| ☐ Hand | | ☐ | ☐ |
| ☐ Finger | | ☐ | ☐ |
| ☐ Wrist | | ☐ | ☐ |
| ☐ Forearm | | ☐ | ☐ |
| ☐ Hip | | ☐ | ☐ |
| ☐ Humerus | | ☐ | ☐ |
| ☐ Shoulder | | ☐ | ☐ |
| ☐ Foot | | ☐ | ☐ |
| ☐ Ankle | | ☐ | ☐ |
| ☐ Knee | | ☐ | ☐ |
| ☐ Tib-Fib | | ☐ | ☐ |
| ☐ Femur | | ☐ | ☐ |
| ☐ Standing Knees AP | | | |

**Gastrointestinal**
- ☐ Barium Swallow (Esophagram)  ☐ Upper GI
- ☐ Small Bowel Series  ☐ Barium Enema
- ☐ Barium Enema Air Contrast
- ☐ Hysterosalpingogram

**Other Diagnostic Radiology (not specified above)**
- ☐ _____

**PREP INSTRUCTIONS ON BACK**

Providence Imaging Center (PIC) is an independent diagnostic testing facility located on the east side of the Providence Alaska Medical Center campus.
PIC is dedicated to providing clients with high quality imaging exams in a caring, comfortable and convenient environment.

Rev 8/05

V-1618





_A L A S K A_

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 2-8-06          TIME: 4:12          A.M.  **P.M.**

1. I hereby authorize Dr. _____
to perform the following operation or procedure, known as _____

Right

> Left Transforaminal Epidural Steroid injection at the lumbar five levels, with local anesthetic and or steroid with moderate sedation

upon myself or _____
(NAME OF PATIENT)

2. The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

> Local bruising, infection, numbness, swelling, nerve damage, paralysis, worse pain, drug reaction, bowel/bladder dysfunction, numbness of legs, sexual dysfunction,

3. I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4. I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5. I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6. I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____          _____
Patient's Signature          Witness Signature

_____          _____
Signature of Relative Responsible for Patient          Relationship to Patient

> I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).
>
> _____
> Physician's Signature

V-1619



## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?                Yes            No

I, _Daniela C. Valenote_ , have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I have had a tubal ligation.

☐ I verify that I have had a hysterectomy.

☐ I verify that I am NOT pregnant.

_____          _02-21-04_____
Patient Signature                                    Date

V-1620

| ADVANCED MEDICAL CENTERS OF ALASKA CONSCIOUS SEDATION / NURSING RECORD | Valenote Daniela |
|---|---|

## PRE-PROCEDURE

DATE: FEB 2 1 2006   TIME: 910 (AM) PM   NPO STATUS: + 6 Hours

☑ Consent Stating "Procedure w / conscious Sedation" Signed   ☐ H&P Reviewed

Allergies: Norflex

Current Medications: chanted 9/21/06

Previous Complications from Surgery/Anesthesia: ☑ None Reported

| Comfort: No Pain / Pain  Location:  Intensity: 7/10 | Review of Diagnostic Data: ☑ Yes |
|---|---|
| Time 930 | IV TYPE 22 HL @ hand | Patient Appropriate Candidate: ☑ Yes  ☐ No |
| | | ASA Classification: (1) 2  3  4  5  E |

Anesthesia Plan: ☑ Sedation ☑ IV / PO / IM   ☐ Local   ☐ No Sedation

## PROCEDURE

Procedure: Left / Right   LS   TF   ESI   (Ry) L4

MD: Polston

| | READY TIME: 925 | START: 930 | END: 935 |
|---|---|---|---|

NIBP: R (L) Arm, Leg   Pulse Oximeter: (R) L (Hand) Foot   Grounding Pad Site:

Pt. Pos: R / L   Lateral   Supine (Prone) Other   Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: | | |
|---|---|---|---|---|---|---|---|---|
| 930 | Fentanyl | 50 mcg | IV | 1 | A | GTeilbon | | |
| 930 | Versed | 5 mg | IV | 1 | A | | | |

| | | Baseline | Vital Statistics Q 5 min | | | | | |
|---|---|---|---|---|---|---|---|---|
| **V** | Time | 925 | 930 | 935 | | | | |
| **I** | B/P | 124/76 | 135/89 | 136/88 | | | | |
| **T** | P | 74 | 88 | 87 | | | | |
| **A** | EKG | | | | | | | |
| **L** | *Resp. Rate/Qual | 16 | 16/N | 16/N | / | / | / | / |
| **S** | Sat% | | 100 | 100 | | | | |
| **A** | **Activity | 2 | 2 | 2 | | | | |
| **L** | **Resp. | 2 | 2 | 2 | | | | |
| **D** | **Circ. | 2 | 2 | 2 | | | | |
| **R** | **L.O.C. | 2 | 2 | 2 | | | | |
| **E** | **Oxygenation | 2 | 2 | 2 | | | | |
| **T** | O2/NC | ∅ | ∅ | ∅ | | | | |
| **E** | | | | | | | | |

V-1621

Key on back   ☐ Vital signs continue on page #2

Protective Reflexes: ☑ Yes   ☐ N/A (Topical Anesthetic Used)

Reversal Agent Used: ☐ Yes  ☑ No   If yes, why?   Photos Taken: ☑ Yes  ☐ No

Complications:

Post-Procedure Report Given to: _____   By: GTeilbon   (Procedure RN)   Time:

# ADVANCED MEDICAL CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

Valenote Daniela

### DATE: FEB 2 1 2006

| VITALS | Time | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | B/P | | | | | | | |
| | P | | | | | | | |
| | EKG | | | | | | | |
| | *Resp. Rate/Qual | / | / | / | / | / | / | / |
| | Sat% | | | | | | | |

| ALDRETE | **Activity | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Resp. | | | | | | | |
| | **Circ. | | | | | | | |
| | **L.O.C. | | | | | | | |
| | **Oxygenation | | | | | | | |
| | O2/NC | | | | | | | |

Admission Temperature: 99.4    Discharge Temperature: 93.4

### ALDRETE SCORING

Pre Procedure BP: 134/72

| | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | | 30 | | | | |
| Can move 2 Extremities | =1 | 2 | 2 | | | | |
| Can move 0 Extremities | =0 | | | | | | |
| Able to DB&C | =2 | | | | | | |
| Dyspnea/Limited | =1 | 2 | 2 | | | | |
| APNEA | =0 | | | | | | |
| BP+/-20 Baseline | =2 | | | | | | |
| BP+/-20-50 Baseline | =1 | 2 | 2 | | | | |
| BP+/-50 Baseline | =0 | | | | | | |
| Fully Awake | =2 | | | | | | |
| Arousable | =1 | 2 | 2 | | | | |
| Not Responding | =0 | | | | | | |
| Able to Maintain O2 Saturation ≥ 92% on room air | =2 | | 2 | | | | |
| Needs O2 Inhalation to Maintain O2 Saturation ≥ 90% | =1 | 2 | | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | 10 | 12 | | | | |

Discharge criteria met at (Aldrete Score of 8 or Above) Time:

RN Signature: _Ceilbore_

### VITAL SIGNS Q 15 MIN

| TIME | 940 | 950 | 1000 | | | |
|---|---|---|---|---|---|---|
| B/P | 146 78 | 110 77 | 116 82 | | | |
| P | 94 | 68 | 64 | | | |
| Resp. Rate | 10 | 12 | 12 | | | |
| Resp. Qual | ∨ | — | — | | | |
| Sat% | 99 | 100 | 100 | | | |
| CO2% | | | | | | |
| L.O.C. | 2 | 2 | 2 | | | |
| O2 | ∅ | ∅ | ∅ | | | |

I.V.: (Type/Amt)                Site: _Ehan_
Appear: ☐ Patent  ☐ Infiltrated  ☐ Red
Comfort: No Pain Pain  Location:           Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

V-1622

### DISCHARGE PLANNING

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents. ☐ N/A | | |
| 2. Vital signs stable including temperature. | | | 7. Alert & oriented with adequate muscular strength. | | |
| 3. Absence of respiratory distress. | | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | | |
| 4. Swallow, cough, and gag reflex present. | | | | | |
| 5. _____ nausea and vomiting. | | | | | |
| _____ ansported via wheelchair, ambulatory to awaiting vehicle with staff.   Time: | | | | | |



Valenote Daniela

Date: _____ FEB 2 1 2006 _____

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of town, local or cell phone number: _____
Patient accompanied by: _____ husband _____ in wait area? _↓_ Phone # (if not)_____
Vital Signs  B/P _124/76_  Pulse _74_  Temp _98.4_  Resp _16_  O2 Sat _____
NPO? _+ 6 hours_  Pain Level _7_ /10  Location of pain _____
Allergies _____ Morflex _____

Current Medications and time taken : _kadian · vicoden · allegra · singulair_
_____ prilosec · lunesta · trazadone · gabitril
_____ albuterol

Time medication last taken: _____

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____ yes _____  H & P and Systems Review: __✓P7__
Time: _9:38_  Preoperative Diagnosis: ___ lumbar disc ___
Any changes in medical status: _____ no _____

625098

|                |
|----------------|
| MD Signature   |

Post Procedure Note:  Postoperative diagnosis: ____ same ____
Procedure performed: ____ M(?) of IF end ____
Complications: _____

Sedation given: _Fentanyl 50 mcg  Versed 1 mg_
Dictation (if not today, give date)_____

|                |
|----------------|
| MD Signature   |

5/22/05

**V-1623**



*A L A S K A*

**DISCHARGE INSTRUCTIONS**

Valenote Daniela

DATE: _2-21-6_

| The following discharge instructions are given for your care at home. Please follow the checked instructions. |
| --- |

### Procedure

☐ Discogram
☒ Epidural Steroids    Lumbar
☐ Facet Blocks

☐ Selective Nerve Root Block
☐ Stellate Ganglion Block
☐ Trigger Point Injections

☐ Lumbar Sympathetic Block
☐ ISI Joint Injection
☐ Other

### Diet

☒ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☒ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☒ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☒ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:_____

### Medications

☐ Take prescriptions as ordered
  a. _____
  b. _____
  c. _____

☐ Prescription/Medication given to patient or responsible person
☒ Resume medicine as taken at home

### Additional Information

☐ Remove Band Aids today.
☒ Please call our office for any unusual effects such as fever, redness, warmth, purulent drainage at the injection site, urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over 18 hours, notify physician.
☒ Numbness or tingling in extremity/extremities.
☒ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:   ☐ Cold Packs   ☐ Hot Packs   ☐ Massage
  ☐ Position changes   ☐ Distraction   ☐ Breakthrough pain interventions   ☐ Relaxation   ☐ Guided imagery

Reviewed with Patient by: _____   Date: _8/21/06_

Patient Signature: _____   Physician Signature: _____

4/12/2005

V-1624

POST PROCEDURAL QUESTIONNAIRE

Valenote Daniela

Advanced Medical Centers of Alaska will call the patient 3-5 working days following the procedure. They will make 2 attempts to contact the patient.

They will call the patient's home phone number: ___ 622-1009 ___
If the patient is not available they will leave a message on an answering machine asking them to call Advanced Medical Centers of Alaska, EXT _____.    NA   (MESS:)  9:02   3-2-06   C Telbo
                                                                Time    Date      Signature

                         NA      MESS: _____ _____ _____
                                        Time    Date      Signature

The conversation goes something like this:
       May I speak with (patient's name)
       This is Advanced Medical Centers of Alaska calling to see how you are feeling after your procedure
       on (date) FEB 2 1 2006 _____. Procedure: _____ Lum ll es _____

1. How are you feeling? _____
_____

2. On a scale of 0-10, with 0 being no pain and 10 being the worst pain you can imagine, what is your pain level when you take you pain medication?    ____/ 10.
       If the level is above 4, the patient is asked if they are taking their pain medication.  Yes   No:
_____

3. Where is your pain?  Injection    Surgical    Other site: _____

4. Have you had any nausea or vomiting since your procedure?  No    Yes:  If yes, has it subsided?  Yes   No
_____

5. Have you urinated in the past 8 hours?  Yes   No: _____

6. Is your IV site swollen, red or painful?  No    Yes: _____

7. Did you sleep OK last night?  Yes   No: _____

8. Did your physician talk to you after your procedure?  Yes   No: _____

9. Have you been following your discharge instructions?  Yes   No: _____
_____

10. Do you have a follow up appointment?  Yes    No: _____

11. Do you have any questions or concerns?  No    Yes: _____
_____

**V-1625**

_____                      _____
signature                                 date



ADVANCED PAIN CENTERS OF
**A L A S K A**

Patient Name: Valenote Daniela
Date of Birth: Polston
Physician Name:

Procedure: Lumbar esi
Procedure Date: FEB 2 1 2006
Procedure Time:

Please circle your pain level for each area using a 0-10 scale--with 0 being no pain, and 10 being severe pain, bad enough to send you to the emergency room.

Draw all your areas of pain your physician is currently treating for this procedure. Label them A, B, C, D.

**Prior to procedure**
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**30 minutes after**
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9) | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**1 hour after**
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9) | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**4 hours after**
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9) | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**1 day after**
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**2 days after**
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**1 week after**
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |
| B | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| C | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| D | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

© OEA 2005



A EPIDURAL

EXCRUCIATING HYPER SENSITIVITY AFTER EPIDURAL

HYPER SENSITIVE BEFORE EPIDURAL

Right     Left

V-1626

* THE PAIN IN RIGHT LEG HAS INCREASED SINCE THE EPIDURAL BUT IT IS IN A DIFFERENT LOCATION / PAIN PATTERN.

 **MAYO CLINIC**

200 First Street SW
Rochester, Minnesota 55905
507-284-2511

**RECEIVED**

May 22, 2006

Gregory Robert Polston, M.D.
Advanced Pain Center of Alaska
1917 Abbott Road, Suite 100
Anchorage, AK 99507

Mark Friedrich B. Hurdle, M.D.
Department of Spine Center

RE:  Mrs. Daniela C. Valenote
MC#:  6-333-515
DOB:  1969-2-17

Dear Dr. Polston:

Thank you for the opportunity to see your patient, Mrs. Daniela C. Valenote, who was recently evaluated in the Mayo Spine Center.

Our final diagnoses were:

• Chronic low back pain
• Frequent migraine without aura
• Chronic neck pain
• Right hip pain
• Currently on disability

Attached is the clinical documentation which summarizes our impressions and recommendations (Mark Friedrich B. Hurdle, M.D.: May-19-2006, May-10-2006; J. D. Bartleson, M.D.: May-19-2006; Shawn C. Oxentenko, M.D.: May-18-2006, May-15-2006; Evan L. Nelson, Jr., MD: May-17-2006).  I have also included the most recent laboratory results report.

We appreciate having the opportunity to see your patient.  If I can be of any further assistance in Mrs. Valenote's care, please contact me.

Sincerely,

Mark Friedrich B. Hurdle, M.D.

MBH:ayf
Enclosures

cc:    Daniel J. Coverdell, M.D.
       Mrs. Daniela C. Valenote

**V-1627**

Clinical documents for Mrs. Daniela Caradori Valenote (6-333-515)                                    -1-

**May-19-2006 -Subsequent Visit, Mark Friedrich B. Hurdle, M.D., Spine Center**

**REFERRAL:**
Gregory Robert Polston, M.D. , Advanced Pain Center of Alaska, 1917 Abbott Road, Suite 100, Anchorage, AK 99507

**IMPRESSION/REPORT/PLAN:**
#1 Chronic low back pain
#2 Frequent migraine without aura
#3 Chronic neck pain
#4 Right hip pain
#5 Currently on disability
PLAN
1) I have reviewed multiple suggestions in the notes of Dr. Shawn Oxentenko and Dr. J. D. Bartleson as well as Dr. Evan Nelson in ENT. With regard to Mrs. Valenote's significant right hip pain, Dr. Oxentenko has recommended the patient proceed with an orthopedic consultation to see if any intervention is warranted with regard to her snapping hip which she regards as significantly painful. This could be discussed here in Rochester; however, the patient is planning to return to Alaska within the next 24 hours, so this may be pursued by an orthopedist in the Anchorage area as well. I recommended pursuing options with hip interventions since outcomes appear to be quite satisfactory.
2) With regard to her chronic neck pain, repeat radiofrequency ablation would be an option if again medial branch blocks provided her with significant relief. This would have to be weighed carefully against the risk of the procedure. I recommend that the patient have at least nine to ten months of relief to consider this procedure worthwhile pursuing on an ongoing basis. She is quite young, and there is no long-term data on repeat deinnervation of some of the posterior neck stabilizers.
3) With regards to her lumbar spine, she does have evidence of significant and degeneration specifically at the L5-S1 disk level where she has had a nucleoplasty in the past. I am not sure if there is any overwhelming evidence with regards to interventions that would help relieve her symptoms. We discussed various procedures such as disk replacement and fusion, but I feel these are quite aggressive interventions considering the chronic nature of her pain and her rather young age.
4) With regards to the Pain Rehabilitation Program, I recommend that she consider contacting Dr. W. Michael Hooten to review options. The patient is adamant that she would not be able to tolerate a full day of therapy. I recommended she discuss this with Dr. Hooten who sees patients in her condition on a regular basis and somehow manages to treat patients effectively in an all-day program. We also had a frank and lengthy discussion about central pain and windup theory as well as potential hypersensitization with chronic exposure to opioids.

Follow-up will be p.r.n.

**DIAGNOSES:**
#1 Chronic low back pain
#2 Frequent migraine without aura
#3 Chronic neck pain
#4 Right hip pain
#5 Currently on disability

MBH:ayf

**May-19-2006 -Consult, J. D. Bartleson, M.D., Spine Center**

**REVISION HISTORY:**
May-20-2006 10:34:26 - Modification to HISTORY OF PRESENT ILLNESS

**V-1628**

This is a printout from the electronic medical record and is the most current version as of the date and time printed.

Clinical documents for Mrs. Daniela Caradori Valenote (6-333-515)                    -2-

**REFERRAL:**
Mark Hurdle, M.D. Pager: 4-6984

**CHIEF COMPLAINT/PURPOSE OF VISIT:**
Headaches.

**HISTORY OF PRESENT ILLNESS:**
This 37-year-old, right-handed woman is accompanied by her husband. She is referred by Dr. Hurdle for her daily headaches which have been a problem for about four years. She also asked me to address her right-sided neck pain.

She reports two types of headaches. She has what she correctly calls migraine (without aura). These consistent of right-sided headache which occasionally affects the right greater than left side and rarely affects the left side alone. The pain can be steady or throbbing and is accompanied by nausea and sometimes vomiting and noise more than light sensitivity. She can have them daily or go a month without one. They can last a half a day after treatment with Maxalt 10 mg tablets or one headache can last two weeks. If they are not caught early, they typically last days. She is only allowed to have 15 Maxalt tablets per month and she usually uses all of them. I will take this to mean that she has on average one migraine headache every other day. In the past, she took oral Imitrex but then she lost responsiveness to this medication. Her insurance company will not authorize use of Botox injections. She had some sort of adverse reaction to a tricyclic antidepressant (but she is on trazodone). She cannot take Neurontin either. She has been tried on Topamax. She has a history of asthma and probably should not be tried on a beta blocker. I do not think that she has been tried on verapamil as a preventive.

The second type of headache is right or right greater than left-sided occipital and suboccipital headache. She cannot lay down on her side without an increase in her pain and in fact laying down will increase this type of pain. This pain began after a December 2003 "nucleoplasty" (an IDET type of procedure) at L5-S1. This pain is steady. She is sensitive to touch in the areas of pain. She feels that her neck "moves a lot." I think that she hears and feels a grating in her neck when she moves it. Sometimes it feels like her neck gets stuck in one position. She sometimes cracks her neck which does help her pain. This pain is steady in character and present continuously. This pain is associated with pain in her right greater than left scapulae and into her arms and sometimes forearms and into the first three fingers (thumb, fore, and long fingers) of both sides all right worse than left. She did have radiofrequency lesioning of the medial branches serving the facet joints on the right side only at C5, 6, and 7 which gave her six months of "a lot" of relief (65 to 70 percent) of her neck and right scapular and arm pain. It did not take care of the pain into her forearm and fingers. Unfortunately, associated with the improvement in the right-sided pain following the RF lesioning, she had an increase in the same pain that she has on the left side. She has not had repeat radiofrequency lesioning.

Sometimes her fingers become numb. She gets hot easily and her fingers sometimes turn red and swell. The same thing happens to her feet to a lesser extent.

As noted, she has several other pains. There is a positive family history of migraine headache and other pain problems, especially in an older sister who has complaints very similar to the patient as well as in their father and their paternal grandmother.

The patient reports that she is good at biofeedback and was told that she did not need any training in this, although I am not sure that she has learned biofeedback specifically for help with pain and specifically headache control.

I have reviewed the patient's Mayo and laboratory imaging results and the review of her outside MRI scan of the brain from less than two months ago. Our radiologist's do note some fluid or inflammation in the left mastoid which does not correlate with her right-sided head and neck ache. She has been seen by ENT. The few blood tests that we obtained are normal. The patient reports that she has never had much in the way of blood testing and has never seen an internist. After discussion we decide to obtain a few additional blood tests which I have ordered (sedimentation rate, creatine kinase, ACE level, antinuclear body, and thyroid function test - all were normal).

**V-1629**

I note that she started Singular in about 1999 and this has been of help for her asthma. I note that she is on Gabitril but has not noticed too much in the way of benefit from this. The Kadian has been of help for her pain. She also reports some restless leg type of symptoms with difficulty getting to sleep at night for which she is taking both trazodone and clonazepam.

REVIEWED INFORMATION WITH PATIENT AS NOTED ON THE CURRENT VISIT INFORMATION FORM, DATED 10-MAY-2006.

**PHYSICAL EXAMINATION:**
Neuro:
    Memory is normal. Level of alertness is normal. Speech is normal. Language is normal. (II) Vision is normal. Visual fields are normal. Fundus exam is normal. (III,IV, VI) Ocular motions are full. Pupils are round, equal, and reactive. (V) Facial sensation is normal. (VII) Facial strength is normal. (VIII) There is moderate left-sided hearing loss which the patient attributes to drops that she has placed in her left ear. (IX) Palate movement is normal. (XI) Sterno-mastoid strength is normal. (XII) Tongue strength is normal. Extremity coordination is normal except that right foot tap is reduced. Rapid alternating movements are normal. Station is normal standing and sitting. Romberg sign is negative.

    The patient moves cautiously due to pain. Her gait is probably best described as antalgic. She reports that she is unable to walk on her heels and toes. Tandem gait is mildly impaired probably in part due to her pain. Deep tendon reflexes are somewhat increased and symmetric. Pathologic reflexes are absent. She is tender in multiple areas or reported pain. Sensory examination is normal.

**IMPRESSION/REPORT/PLAN:**
    #1 Frequent migraine without aura
    #2 Chronic daily chiefly right-sided occipital and suboccipital headache
    #3 Multiple other pains
    #4 History of bronchial asthma under treatment

    DISCUSSION/RECOMMENDATIONS
    I have given the patient some information about diagnosis and treatment of mostly migraine headaches. I have suggested that she be on the lookout for actionable migraine triggers and avoid any and all that she can recognize. This is not usually a big winner as it relates to the treatment of migraine type headaches. She should continue using Maxalt as soon as possible in the course of her individual headaches while being on the lookout for rebound withdrawal phenomenon. It seems as though she is not in rebound withdrawal at this time but she is at risk for developing this problem. She might benefit from a preventative type of anti-migraine medication. In this regard, I note that she has not been tried on verapamil SR 240 mg one a day. The dose could later be increased to one twice a day, if needed and tolerated. Even though she has bronchial asthma, one could even consider treatment with a selective beta blocker such as atenolol while monitoring her respiratory function. Botox injections would be a good option for the patient but she reports that her insurance company will not approve coverage for them and she cannot afford them. I also mentioned some alternative medications such as Feverfew, butterbur root, large doses of vitamin B-2, and large doses of oral magnesium which have been reported to help reduce the frequency, severity, and duration of migraine headaches. Perhaps the best option for treating her manifold pains and helping to prevent her migraine headaches and treat her suboccipital headache would be the use of a tricyclic agent. She reports that she had side effects from this type of medication in the past and could not tolerate them (? and anxiety and nausea). Nonetheless, I suggest that she and her local doctors re-visit which tricyclic agent she tried in the past in what dose and for what duration. One could start with a tricyclic agent with less side effects such as nortriptyline or perhaps even desipramine and started on the lowest dose and very gradually increase the dose if needed and tolerate. A tricyclic agent could replace both the patient's trazodone and clonazepam. With regard to her continuous mostly right occipital headache, on the chance that she has hemicrania continua or some other indomethacin responsive headache syndrome, I would suggest that consideration be given to a trial of indomethacin 25 mg three times a day with meals increased to 50 mg three times a day with meals for a week or so; if the pain is spectacularly better she can continue the medication, but otherwise she should stop it.

    Finally, the patient's initial inquiry came to Dr. Hooten regarding enrollment in the Pain Rehabilitation

Clinical documents for Mrs. Daniela Caradori Valenote (6-333-515)                                        -4-

Center here at Mayo. I think that she would be a good candidate for this program but she reports that she would not be able to stay for three weeks on her own and stay in a motel at night without assistance while attending this day program.

JDB:mme by jdb
Electronically signed May-20-2006 10:35 by J.D. Bartleson, M.D.

## May-18-2006 -Subsequent Visit, Shawn C. Oxentenko, M.D., Physical Medicine & Rehabilitation

### CHIEF COMPLAINT/PURPOSE OF VISIT:
Follow-up.

### HISTORY OF PRESENT ILLNESS:
Mrs. Valenote returns to review her MRI of her right hip. She is scheduled to see Dr. M. Hurdle back tomorrow in follow up. She sees Dr. Bartleson in Neurology regarding her headaches.

She tells me in the past she had an L3-4 epidural steroid injection which helped her anterior thigh pain significantly, but this has returned. She has a diagnosis of restless leg syndrome which is helped by clonazepam.

I reviewed her MRI of her right hip dated 5-16-06. This is unremarkable.

### PHYSICAL EXAMINATION:
GENERAL: On exam today, she can volitionally cause snapping over the right greater trochanter. This is painful for her. She does this by flexing and extending of the thigh as well as internally and externally rotating it while standing. She tells me she can do this also in the groin which is also painful for her. She looks fatigued.

### IMPRESSION/REPORT/PLAN:
#1 Right hip pain
She has a normal MRI scan of her right hip. She clinically looks to have a snapping hip syndrome both internal and external type. External hip syndrome usually involves the iliotibial band or, at times, the gluteus maximus. Internal snapping hip syndrome usually involves the tendon of the iliopsoas over the pelvic rim. She has failed multiple rounds of conservative care including physical therapy and injections. I am not certain if she has ever had her iliopsoas tendon injected in the past. She sees Dr. Hurdle back tomorrow; he will review her other studies with her as well as other consultations. If he feels there is no other cause to her diffuse pain in particularly the right leg pain, it may be worth having her see one of our orthopedic surgeons to talk about potential surgical intervention.

### DIAGNOSES:
#1 Right hip pain

SCO:cab

## May-17-2006 -Consult, Evan L. Nelson, Jr., MD, Otorhinolaryngology

### REFERRAL:
Dr. Shawn C. Oxentenko (5-3945).

### CHIEF COMPLAINT/PURPOSE OF VISIT:
Recurring ear infections.

### HISTORY OF PRESENT ILLNESS:
This 37-year-old female referred by Dr. Oxentenko presents accompanied by her husband with a history over the last two or three years of recurring ear infections. In December of 2005, she actually had some apparent

This is a printout from the electronic medical record and is the most current version as of the date and time printed.

V-1631

erythema and swelling around the left pinna and was treated subsequently with drops and antibiotics. The patient subsequently has been using some Vosol HC or generic equivalent a couple of times weekly as well as some Nystatin cream and triamcinolone cram 0.1% a couple of times weekly and visits her local ENT for cleaning of the ears. She has some apprehension because she had an MRI of her head which was reviewed here at the clinic (that study being dated March 28, 2006) and it described a small amount of fluid or inflammatory tissue within the left mastoid. The patient has seen a couple of ENT physicians in Alaska, and one said that she might need mastoid surgery but was reluctant to do surgery and the other apparently said that surgery was not indicated. She feels her hearing presently is satisfactory. She is not having otorrhea at the present time. She tries to keep water out of her ears and refrain from instrumenting the ears with Q-tips or other objects. She does have a history of allergies and apparently has chronic pain syndrome.

## PHYSICAL EXAMINATION:
ENT:

Ears: Tympanic membranes are intact. There is no evidence of middle ear effusion or erythema. Negligible debris in the canals, and the canals are not swollen or erythematous. Both pinna are negative. No mastoid tenderness bilaterally.

Data: The patient has had an audiologic evaluation dated May 15, 2006, which shows normal hearing in both ears through all frequencies. Speech reception threshold is 15 dB right and 20 dB left. Excellent word recognition scores at 100% at 40 dB sensation level bilaterally. Tympanograms are normal bilaterally.

## IMPRESSION/REPORT/PLAN:
#1 Chronic external otitis with presently normal hearing and no evidence of acute infection

PLAN/DISPOSITION

We discussed all the foregoing with the patient. I think she could use her Vosol HC or generic equivalent three times a week rather then twice. She should continue to keep water out of the ears, and she can use her triamcinolone ointment particularly for itching once or twice daily as needed. I emphasized that I feel the findings relating to the left mastoid area on MRI are incidental and not at all related to this ongoing problem. Periodic visits to her local ENT for cleaning of the external canals would also be appropriate.

PATIENT EDUCATION

Ready to learn, no apparent learning barriers were identified; learning preferences include listening. Explained diagnosis and treatment plan. Those present expressed understanding of the content.

## DIAGNOSES:
#1 Chronic external otitis with presently normal hearing and no evidence of acute infection

ELN:eab
Electronically signed May-17-2006 11:46 by E.L. Nelson, Jr., MD

May-15-2006 -Consult, Shawn C. Oxentenko, M.D., Musculoskeletal Clinic

## REFERRAL:
Dr. Mark F. Hurdle (4-6984)

## CHIEF COMPLAINT/PURPOSE OF VISIT:
Right greater than left hip pain.

## HISTORY OF PRESENT ILLNESS:
Mrs. Valenote has a diffuse chronic pain syndrome. She saw Doctor Hurdle in the Spine Center regarding this on 5/10/2006. I have reviewed Doctor Hurdle's note for accuracy.

She has multiple areas of chronic pain, including the low back, the hips, the neck, arm and shoulder pain. She has migraines. Doctor Hurdle had noticed pain with internal and external rotation of her right hip; the patient tells me that the left hip pain is over the greater trochanter and the right hip primarily bothers her. She has a

This is a printout from the electronic medical record and is the most current version as of the date and time printed.

history of feeling decreased stability in the right hip with prolonged sitting while a grad student. She was able to play softball and ski with really no symptoms at that time. She has developed right greater trochanteric and groin pain that seemed to come on when she started cross-country skate skiing when she went to return to classical cross country skiing she could tolerate this fine. The symptoms have progressed over time. She has done a lot of physical therapy and her pain has progressed, despite this. She has had at least 4-5 right greater trochanteric injections which provide temporary benefit for a few months. She has constant greater trochanteric and groin pain. She has some pain into the right medial thigh. She tore her right hamstring at age 20 and occasionally has a clicking behind the right knee. She will have clicking in the right lateral greater trochanter and over the groin at times. She can reproduce this clicking whenever she wants. She has no left groin pain.

She denies significant prior oral prednisone usage, but has used multiple inhalers of steroids for her asthma. She denies significant alcohol abuse but drinks 1-2 alcoholic drinks a day (primarily wine). She has not done any scuba diving. She denies history of a blood dyscrasia. She has no hip fracture that she is aware of.

She has been seen in a pain clinic in Alaska (per Doctor Hurdle's note) with multiple injections of multiple areas; she still struggles with chronic pain. She is considering the Pain Rehabilitation Center intervention.

REVIEWED INFORMATION WITH PATIENT AS NOTED ON THE CURRENT VISIT INFORMATION FORM, DATED 10-MAY-2006; AND ON THE PATIENT FAMILY HISTORY FORM, DATED 10-MAY-2006.

CURRENT MEDICATIONS:
Hydrocodone and acetaminophen 7.5/500 three pills three times a day.
Kadian 50 mg one tablet once a day.
Gabitril 4 mg four times a day.
Maxalt 10 mg as needed.
Trazodone 100 mg one tablet once a day.
Clonazepam 0.5 mg two to four doses per day.
Allegra 180 mg once a day.
Singulair 10 mg once a day.
Albuterol inhaler as needed every four hours.
Prilosec 20 mg once a day.
Triamcinolone 0.1 mg as needed.
Nystatin 100,000 units as needed.
Acetasol HC otic drops two in each ear twice a week.
Senna capsules 470 three to five tablets per day.
Multivitamin D 400 international units once a day.
Osteo BiFlex glucosamine three tablets a day.
Digestive advantage--lactose intolerance one tablet once a day.

ALLERGIES:
Medication :

Non-Medication / Food :
    PINEAPPLE - Asthma and vomiting
    CAT HAIR - Asthma, runny nose, and itchy eyes
    DUST - Asthma, runny nose, and itchy eyes
    POLLEN - Asthma, runny nose, and itchy eyes
Radiology :

Allergies above current as of Monday, May 15, 2006 at 03:05 PM

SYSTEMS REVIEW:
Other than as described above, ten-organ system review of systems is negative.

SOCIAL HISTORY:
She is an architect and five years of postgraduate study. She is married and denies use of alcohol or other

This is a printout from the electronic medical record and is the most current version as of the date and time printed.

V-1633

recreational pharmaceuticals but does have significant difficulty caring for herself including preparing meals, dressing climbing stairs, and walking.

**FAMILY HISTORY:**
The patient notes that there is a history of chronic pain in her family including her 50-year-old sister and her father.

**PHYSICAL EXAMINATION:**
Musculoskeletal: No lower extremity weakness. Reverse right straight leg raise causes right greater trochanteric and groin pain as well as low back pain. She is very tender over the right greater trochanter and left greater trochanter. She has a superficial tenderness to palpation over the right greater trochanter but no allodynia. Range of motion of both hips are excellent and cause no pain on the left side. Right hip hyperflexion, internal rotation and the Fair position cause right groin pain. She also complains of right groin pain with Stinchfield's maneuver. FABER maneuver on the right causes right greater trochanteric pain.

**IMPRESSION/REPORT/PLAN:**
IMPRESSION
#1 Right hip pain
#2 Chronic pain syndrome, as above

PATIENT EDUCATION
Patient was ready to learn, no apparent learning barriers were identified. Learning preferences include listening. Education provided on diagnosis and treatment plan using verbal instruction; patient expressed acceptance of this and understanding of the content.
The diagnosis, anatomy, basic pathophysiology, and management plan of the disorder were discussed with the patient.

PLAN
She has groin pain with hip provocative maneuvers. We will get an MRI scan and I will see her again for follow-up. She sees Doctor Hurdle again on 5/19/2006 to discuss her chronic pain syndrome.

She was requesting an ENT consultation for her recurrent ear infections, I have put through an order for this today.

**DIAGNOSES:**
#1 Right hip pain
#2 Chronic pain syndrome, as above

SCO:tny

---

**May-10-2006 -Specialty Evaluation, Mark Friedrich B. Hurdle, M.D., Spine Center**

**REFERRAL:**
Gregory Robert Polston, M.D. , Advanced Pain Center of Alaska , 1917 Abbott Road, Suite 100   , Anchorage, AK 99507

**CHIEF COMPLAINT/PURPOSE OF VISIT:**
Diffuse pain syndrome.

**HISTORY OF PRESENT ILLNESS:**
Mrs. Valenote is a 37-year-old architect from Alaska who presents with a greater than two-year history of chronic pain that began October 31, 2001, when she was lifting luggage. She felt something "give" in her back and developed acute low back pain and right lower extremity pain that has subsequently become chronic. She also has developed chronic pain involving her neck, right arm, thoracic spine, and head. With regards to her lumbar spine, she has pain of variable intensity that she describes as a deep ache in both anterior thighs. She

---

This is a printout from the electronic medical record and is the most current version as of the date and time printed.

also complains of allodynia in her right thigh. In addition, she complains of stabbing pain radiating down the medial aspect of her right foot and burning sensation in her medial right lower extremity toes. She has had multiple procedures involving her lumbar spine including epidural corticosteroid injections without resolution of her symptoms. She has also had extensive physical therapy treatment in Alaska as well. Despite of all of these interventions, she has had no resolution of her symptoms. She has also had nucleoplasty for a disk in her lumbar spine.

She has also developed a chronic neck pain that is worse on the right and debilitating right shoulder and right arm pain. This pain can be worse with movement but can also start spontaneously. She describes a stabbing pain in a posterior and anterior shoulder as well as the lateral aspect of her arm. She at times she has episodic paraesthesias in her hands as well as burning and swelling sensation. With regards to her neck, she has had epidural steroid injections. She has had a Rach's procedure, six occipital nerve blocks on the right, three on the left, radiofrequency ablation as well as what appears to be selective nerve root blocks. Again, she has had no resolution of symptoms and continues to be debilitating. She has not worked since 2003.

With regards to her headaches, she appears to have a history of what she calls migraines. She had an MRI completed in February of this year with no obvious pathology localized. She describes her pain as being worse in the occipital region on the right as well as involving the right periorbital area.

The patient also complains of tenderness along her thoracic spine and along her right scapula. It is worse when she attempts to be involved in increased activity. She is seeing multiple specialists in the Alaska area and was most recently treated in a pain rehab type setting.

The patient was brought to my attention by Dr. Michael Hooten. According to the patient, she wants a thorough review before being considered for the Pain Rehab Clinic here in Generose. I reviewed roughly one hundred pages of outside medical records

REVIEWED INFORMATION WITH PATIENT AS NOTED ON THE CURRENT VISIT INFORMATION FORM, DATED 10-MAY-2006; AND ON THE PATIENT FAMILY HISTORY FORM, DATED 10-MAY-2006.

**CURRENT MEDICATIONS:**
Hydrocodone and acetaminophen 7.5/500 three pills three times a day.
Kadian 50 mg one tablet once a day.
Gabitril 4 mg four times a day.
Maxalt 10 mg as needed.
Trazodone 100 mg one tablet once a day.
Clonazepam 0.5 mg two to four doses per day.
Allegra 180 mg once a day.
Singulair 10 mg once a day.
Albuterol inhaler as needed every four hours.
Prilosec 20 mg once a day.
Triamcinolone 0.1 mg as needed.
Nystatin 100,000 units as needed.
Acetasol HC otic drops two in each ear twice a week.
Senna capsules 470 three to five tablets per day.
Multivitamin D 400 international units once a day.
Osteo BiFlex glucosamine three tablets a day.
Digestive advantage--lactose intolerance one tablet once a day.

**ALLERGIES:**
Medication :

Non-Medication / Food :
   PINEAPPLE - Asthma and vomiting
   CAT HAIR - Asthma, runny nose, and itchy eyes
   DUST - Asthma, runny nose, and itchy eyes

This is a printout from the electronic medical record and is the most current version as of the date and time printed.

V-1634

POLLEN - Asthma, runny nose, and itchy eyes
Radiology :

Allergies above current as of Wednesday, May 10, 2006  at 02:26 PM

**SYSTEMS REVIEW:**
Complains of headaches, intermittent double vision, hearing loss, swelling of the legs, heartburn, nausea, constipation, abdominal pain, joint, swelling, and stiffness, back pain, weakness in the legs, numbness, shooting pains in the hands, as well as greater than ten pounds of weight loss and heavy snoring.

**SOCIAL HISTORY:**
She is an architect and five years of postgraduate study.  She is married and denies use of alcohol or other recreational pharmaceuticals but does have significant difficulty caring for herself including preparing meals, dressing climbing stairs, and walking.

**FAMILY HISTORY:**
The patient notes that there is a history of chronic pain in her family including her 50-year-old sister and her father.

**PHYSICAL EXAMINATION:**
Spine:
GENERAL DESCRIPTORS: The patient arrives in a wheelchair, moves with significant difficulty secondary to pain, ambulates with a cane in either hand.
MENTAL STATUS: Oriented to person, place and time.  Displays appropriate mood and affect.
GAIT: Bilaterally antalgic.
GROSS MOTOR: Able to heel walk, unable to toe walk secondary to pain.  Has a decreased stride length and slow cadence.  There is no evidence of a spastic gait.
SENSATION: Intact to light touch in all four extremities.
NEURO: She had brisk symmetric upper and lower extremity reflexes and her plantar reflex was downgoing. She did have a slightly positive Hoffman's in her right upper extremity.
SPINE RANGE OF MOTION: She had excellent flexibility in her lower lumbar spine with flexion but was unable to extend her neck or lumbar spine secondary to pain.
PERIPHERAL JOINT RANGE OF MOTION: Significant increase in pain with internal and external rotation of her right hip.
PROVOCATIVE MANEUVERS: Grossly positive.
STRAIGHT LEG RAISING AND/OR FORAMINAL COMPRESSION MANEUVERS: Straight leg raising exacerbated her low back pain.
PALPATION: She was diffusely tender in nearly all fibro points as well as along her thoracic spine.
PERIPHERAL VASCULAR: Pedal pulses are intact. No obvious extremity swelling in all four extremities.
APPEARANCE OF SKIN: She has multiple tattoos; otherwise skin inspection of the trunk, bilateral upper and lower extremities is unremarkable.

**IMPRESSION/REPORT/PLAN:**
#1 Diffuse myofascial pain
#2 Chronic low back and right lower extremity pain
#3 Chronic neck pain and right upper extremity pain
#4 Chronic headaches
I personally reviewed her thoracic MRI as well as her head MRI completed earlier this year.  I did not find any pathology that could account for all of her symptoms. I will have her images reviewed by our radiologist.  With regards to potential pain generators, though she has been imaged in the past, there are no recent images of her cervical or lumbar spine, and she does not recall having her hips looked at in detail as well.

With regards to her chronic headaches, I recommended she be seen by one of our neurologists who is a headache expert to see if there is any intervention warranted other than our chronic pain rehab program.

**V-1635**

This is a printout from the electronic medical record and is the most current version as of the date and time printed.

For her neck pain and low back pain, I have ordered an MRI of both her cervical spine and her lumbar spine to see if there is any anatomical explanation for her current symptoms. I will also obtain en EMG to see if there is any electrophysiologic evidence of chronic or acute peripheral nerve damage. With regards to her right hip, I have ordered films and asked for a consultation in the Musculoskeletal clinic. I will see her back in follow up to review if there are any interventions warranted. She has had a multitude of interventions in her cervical and lumbar spine without resolution of hip symptoms. Her head MRI did show evidence of left-sided mastoiditis but this was in the contralateral side of her chronic pain. I will defer to our headache specialist whether further work up is warranted.

PATIENT EDUCATION: Ready to learn, no apparent learning barriers. Education provided on management options according to patient's preferred learning style. The patient verbalizes an understanding of the information.

MBH:sab by mbh

**V-1636**

This is a printout from the electronic medical record and is the most current version as of the date and time printed.

6 333 515  VALENOTE, Daniela                **Mayo Clinic Results Summary**                Page 1 (more)

Report ID:ALL REPORTS & LABS
ID : W170128  Run Date/Time: 22May2006  9:30am
period = 23Mar2006 thru 22May2006 Requested by: MAB7715

| Age in years | : 37 | Date of Birth | : 1969-02-17 | Gender | : F |
|---|---|---|---|---|---|
| Location | : Unknown | | | | |

LABORATORY

Lab Ag Print

| | | | 19May2006 | 10May2006 |
|---|---|---|---|---|
| **HEMATOLOGY AG** | Reference Range | | 10:13 | 11:46 |
| **HEMATOLOGY I AG** | | | MCR - RO | MCR - RO |
| Hemoglobin..............12.0-15.5 | g/dL | | | 12.2 |
| Hematocrit..............34.9-44.5 | % | | | 36.5 |
| Erythrocytes............3.90-5.03 | x10(12)/L | | | 3.83 |
| MCV.....................81.6-98.3 | fL | | | 95.5 |
| RBC Distrib Width.......11.9-15.5 | % | | | 13.2 |
| Leukocytes..............3.5-10.5 | x10(9)/L | | | 5.4 |
| Platelet Count..........150-450 | x10(9)/L | | | 289 |
| Sed Rate(B).............0-29 | mm/1 h | | 2 | |

| | | | 10May2006 |
|---|---|---|---|
| **SPECIAL HEMATOLOGY AG** | Reference Range | | 11:46 |
| **VITAMINS AG** | | | MCR - RO |
| 25-Hydroxy D2........... | ng/mL | | <4.0 |
| 25-Hydroxy D3........... | ng/mL | | 41 |
| 25-Hydroxy D Total...... | ng/mL | | 41 @a1 |

COMMENTS

a1= 25-HYDROXY D TOTAL (D2+D3)
    Optimum levels in the normal
    population are 25-80

| | | | 19May2006 |
|---|---|---|---|
| **CHEMISTRY AG** | Reference Range | | 10:13 |
| **CARDIAC CHEMISTRY AG** | | | MCR - RO |
| Creatine Kinase(S).......38-176 | U/L | | 48 |

| | | | 19May2006 |
|---|---|---|---|
| **ES AG** | Reference Range | | 10:13 |
| **ENZYMES II AG** | | | MCR - RO |
| A.C.E.(S)...............7-46 | U/L | | 15 |

| | | | 19May2006 |
|---|---|---|---|
| **ENDOCRINE AG** | Reference Range | | 10:13 |
| **ENDOCRINE I AG** | | | MCR - RO |
| TSH, Sensitive, S........0.3-5.0 | mIU/L | | 1.0 |

| | | | 19May2006 |
|---|---|---|---|
| **IMMUNOLOGY AG** | Reference Range | | 10:13 |
| **ANA2 CASCADE AG** | | | MCR - RO |
| Antinuclear Ab..........<=1.0 | U | | 0.5 |

| | | | 10May2006 |
|---|---|---|---|
| **Microbiology** | Reference Range | | 11:46 |
| **Hepatitis** | | | MCR - RO |
| Hepatitis Be Ab (HBeAb).. | | | Neg |

ECG

ECG Reports
No Matching Data Found

MICROBIOLOGY

Microbiology by Specimen Source
No Matching Data Found

RADIOLOGY

Radiology Reports

16May2006 2:49PM  Exam: R MRI LE JOINT wo
Indications: mri rt hip - hip pain^
ORIGINAL REPORT - 16 May 2006  3:49PM   RMH
M___ of the right hip. There are a few low-intensity masses within the
    trium of the uterus, likely representing uterine fibroids. The
    . hip is negative.

V-1637

6 333 515 VALENOTE, Daniela          **Mayo Clinic Results Summary**          Page 2 (more)
Report ID: ALL REPORTS & LABS
Terminal ID : W170128   Run Date/Time: 22May2006  9:30am
    ↑ period = 23Mar2006 thru 22May2006  Requested by: MRB7715

- ..ay2006 2:49PM  Exam: R MRI LE JOINT wo (Continued)

B. Laundre MD 127-10224 (R138)  M. Frick MD. 4-7469


12May2006 12:17PM  Exam: MRI CSP & LMB wo
Indications: mri csp/lsp - neck pain^djd lumbar spine
ORIGINAL REPORT - 12 May 2006  1:52PM   RMH
MRI cervical and lumbar spine without intravenous contrast. The
cervical spine examination covers from the skull base through mid T4
and the lumbar spine examination covers from T10 to mid S2.
In the cervical spine, there is straightening of the cervical
lordosis. Otherwise, unremarkable. No evidence for spinal cord or
nerve root compromise.
At L5-S1, there is desiccation and a small annular tear without
evidence of nerve root compromise. The patient's history of L5-S1
nucleoplasty 3 years ago is noted. The remainder of the examination is
unremarkable. The tip of the conus is at mid L1, within normal limits.
Ativan  1 mg sublingual administer per protocol.
M. Bahn M.D. 5-3922


10May2006 2:00PM  Exam: OS MR Head
Indications:
ORIGINAL REPORT - 11 May 2006  5:17PM   GONDA
Outside MRI head 3-28-06.
The sagittal T1 weighted images appear to be obtained after gadolinium
administration, as the nasal mucosa is moderately bright. However, I
cannot find any annotation indicating contrast administration and the
timing of contrast relative to the exam is unclear.
Nonetheless, the examination demonstrates a small amount of fluid or
    ·mmatory tissue within the left mastoid. The examination including
      cranial contents is otherwise negative.
    ·-06)
P. H. Luetmer MD.  4-6180


10May2006 1:25PM  Exam: Sp Cerv 4vw AP/Lat/Flex/Ext
Indications: djd lumbar spine
ORIGINAL REPORT - 10 May 2006  1:39PM   ROMAYO
Cervical spine including flexion and extension is negative.
M.C. Adkins MD.  4-6041


10May2006 1:25PM  Exam: Sp Lmb 5vw AP/Lat/Spt/Fl/Ex
Indications: djd lumbar spine
ORIGINAL REPORT - 10 May 2006  1:40PM   ROMAYO
Lumbar spine including flexion and extension is negative.
M.C. Adkins MD.  4-6041


10May2006 1:25PM  Exam: R Hip 2vw AP/Obl
Indications: pain
ORIGINAL REPORT - 10 May 2006  1:41PM   ROMAYO
Negative right hip.
M.C. Adkins MD.  4-6041


04May2006 11:17AM  Exam: OS MR Spine
Indications:
ORIGINAL REPORT - 05 May 2006 11:21AM   GONDA
Outside MRI thoracic spine without gadolinium 3-28-06, is of good
quality and is negative.
      `5-06)
      Luetmer MD.  4-6180

V-1638

6 333 515  VALENOTE, Daniela                    **Mayo Clinic Results Summary**                    Page 3 (more)

Report ID:ALL REPORTS & LABS
  ID # W170128  Run Date/Time: 22May2006  9:30am
  period = 23Mar2006 thru 22May2006  Requested by: MR87715

04May2006 11:17AM  Exam: OS MR Spine (Continued)

---

PATHOLOGY

Pathology Reports
No Matching Data Found

---

AUTONOMIC

Autonomic Lab Reports
No Matching Data Found

---

EEG

EEG Reports
No Matching Data Found

---

EMG

EMG Reports

**11 May 2006**                    Electromyography                    **Final Report**
Study Number:  1
EMG Consultant:  E.J. Sorenson 47667        Referring Physician:  Hurdle  4 6984
Referred for:   Radic                       Referral Code:        019    022
                                            Referral Diagnosis:   001

SUMMARY:  Prior to starting the procedure, the patient's identity was verified, all available records were reviewed,
the nature of the procedure was explained, the appropriate sites of the exam were confirmed directly with the patient,
and a pre-procedure pause was performed for final verification of all of the above.

The nerve conduction studies and the needle examination are normal.

   PRETATION:  The study is normal.  There is no evidence of a right lumbosacral or cervical radiculopathy.

                                            E.J. Sorenson                                              cls

### NERVE CONDUCTIONS

* = Repetitive Stim.  NR = No Response.

| Stimulate | (Record) | AMPLITUDE (milli/micro)volts | | | VELOCITY meters/sec. | | | DISTAL LATENCY milliseconds | | | F-WAVE LATENCY milliseconds | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | right | left | normal | right | left | normal | right | left | normal | right | left |
| Median, motor | (Abductor pollicis br) | 11.5 | - | (>4.0) | 57 | - | (>48) | 2.9 | - | (<4.5) | 24.9 | - |
| Median, sensory | (Palm) | 107 | - | (>50) | 66 | - | (>55) | 1.8 | - | (<3.3) | | - |
| Ulnar, motor | (Abductor digiti mini) | 10.8 | - | (>6.0) | 57 | - | (>51) | 2.5 | - | (<3.6) | 26.2 | - |
| Ulnar, sensory | (Palm) | 48 | - | (>15) | 60 | - | (>54) | 1.9 | - | (<2.3) | | - |
| Peroneal, motor | (Extensor digitorum b) | 3.1 | - | (>2.0) | 48 | - | (>41) | 5.5 | - | (<6.6) | 52.5 | - |
| Sural, sensory | (Ankle) | 24 | - | (>6) | | - | | 3.5 | - | (<4.5) | | |
| Tibial, motor | (Abductor hallucis) | 12.9 | - | (>4.0) | 47 | - | (>40) | 3.7 | - | (<6.1) | 53.9 | - |

### VOLUNTARY MOTOR UNIT POTENTIALS

| MUSCLE | INSERT. ACTIVITY | SPONTANEOUS Fib. Fasc. | | MUP NORMAL | RECRUITMENT Act. Reduced Rapid | | DURATION LONG SHORT | | AMPLITUDE HIGH LOW | | PHASES % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TURNS | | | | | | | | | | | |
| R. Biceps brachii | Normal | 0 | 0 | Normal | | | | | | | |
| R. Deltoid | Normal | 0 | 0 | Normal | | | | | | | |
| R. First dorsal interosseous | Normal | 0 | 0 | Normal | | | | | | | |
| R. Triceps brachii | Normal | 0 | 0 | Normal | | | | | | | |
| R. Abductor hallucis | Normal | 0 | 0 | ------ | | | | | | | |
| R. Medial gastroc. | Normal | 0 | 0 | Normal | | | | | | | |
| R. Peroneus tertius | Normal | 0 | 0 | Normal | Poor | | | | | | |
| R. Tibialis anterior | Normal | 0 | 0 | Normal | Poor | | | | | | |
| R. Vastus medialis | Normal | 0 | 0 | Normal | Poor | | | | | | |
| Thoracic paraspinals | Normal | 0 | 0 | Normal | | | | | | | |

V-1639