6 333 515  VALENOTE, Daniela                    Mayo Clinic Results Summary                    Page  4 (last)
Report ID: ALL REPORTS & LABS
Terminal ID : W170128   Run Date/Time: 22May2006  9:30am
\g period = 23Mar2006 thru 22May2006  Requested by: MRB7715

---

MOVEMENT DISORDERS

Movement Disorders Reports
No Matching Data Found

---

NEUROSENSORY (QST)

Neurosensory (QST) Reports
No Matching Data Found

---

CATH

Cath Reports
No Matching Data Found

---

ECHO

ECHO Reports
No Matching Data Found

---

SURGERY

Surgical Reports
No Matching Data Found

---

TRANSFUSION MEDICINE

Tx Med Reports
No Matching Data Found

---

GENETICS

Genetics Reports
No Matching Data Found

---

PENDING RESULTS

Pending Results
Description                    Status        Service Date / Time
      \ding Data Found

---

LEGENDS

MCR = RO, KC, Laboratory Director
Mayo Clinic Rochester, 200 SW First Street, Rochester, MN, 55905

---

PERFORMING LEGENDS

RO = Paula J Santrach, MD, Laboratory Director
Dept Lab Med Path, 200 1ST ST SW, ROCHESTER, MN, 55905

---

    *** End of data ***

V-1640

**ADVANCED PAIN CENTERS OF ALASKA**
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD

DEA #    BP6044488

Patient Name  DANIELA C VALENOTE

Rx Date  May 26, 2006

Address  4514 Upper Kogru, Eagle River, AK 99577

Phone  (907) 622-1009

Gender  F    DOB  02/17/1969    Insurance Plan  Premera Blue Cross

# Rx

KADIAN 30MG CP24

Rx #  35149

ONCE A DAY

Quantity  Thirty (30)    Units not specifie  Days Supplied  30  Refills  0    Generic Allowed  YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature

Victor V. Valenote
Printed Name

ID Checked

Spouse
Relationship to Patient

5/26/06
Date

V-1641

# ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD

DEA #   BP6044488

Patient Name   DANIELA C VALENOTE                         Rx Date   May 26, 2006

Address   4514 Upper Kogru, Eagle River, AK 99577

Phone   (907) 622-1009

Gender   F     DOB   02/17/1969          Insurance Plan   Premera Blue Cross

# Rx

VICODIN 7.5/500 TABS

Rx #   35150

THREE TIMES A DAY

Quantity   Eighty-four (84)                     Units   not specifie   Days Supplied   28   Refills   0   Generic Allowed   YES

Signature of Prescriber   _____

(Do not fill unless signed by Prescriber)

Signature

VICTOR V. VALENOTE
Printed Name

SPOUSE
Relationship to Patient

ID Checked

5/26/06
Date



V-1642

## ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD

DEA #   8P6044488

Patient Name   DANIELA C VALENOTE

Rx Date   May 26, 2006

Address   4514 Upper Kogru, Eagle River, AK 99577

Phone   (907) 622-1009

Gender   F      DOB   02/17/1969      Insurance Plan   Premera Blue Cross

# Rx

KADIAN 20MG CP24

Rx #   35151

ONCE A DAY

Quantity   Twenty-eight (28)          Units   not specifie   Days Supplied   28   Refills   0      Generic Allowed   YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature

Printed Name   VICTOR V VALENOTE

Relationship to Patient   SPOUSE

ID Checked

Date   5/26/06

V-1643

# ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD

DEA #    BP6044488

Patient Name  **DANIELA C VALENOTE**

Rx Date  May 1, 2006

Address   4514 Upper Kogru, Eagle River, AK 99577

Phone   (907) 622-1009

Gender   F      DOB  02/17/1969      Insurance Plan  Premera Blue Cross

## Rx

KADIAN 20MG CP24

Rx #    32862

ONCE A DAY

Quantity  Twenty-eight (28)                    Units not specifie  Days Supplied  28  Refills  0    Generic Allowed  YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature

_VICTOR VALENOTE_
Printed Name

_SPOUSE_
Relationship to Patient

5/1/06

**V-1644**

## ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD                                    DEA #   BP6044488

Patient Name  DANIELA C VALENOTE                        Rx Date   May 1, 2006

Address   4514 Upper Kogru, Eagle River, AK 99577       Phone   (907) 622-1009

Gender   F     DOB  02/17/1969     Insurance Plan   Premera Blue Cross

# Rx

VICODIN 7.5/500 TABS                                    Rx #   32866

THREE TIMES A DAY

Quantity  Eighty-four (84)          Units not specifie  Days Supplied   28   Refills  0   Generic Allowed  YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature

VICTOR VALONVOTE
Printed Name                    ID Checked

SPOUSE                          5/1/06
Relationship to Patient         Date

V-1645

# ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD

DEA #   BP6044488

Patient Name   DANIELA C VALENOTE     Rx Date   May 1, 2006

Address   4514 Upper Kogru, Eagle River, AK 99577     Phone   (907) 622-1009

Gender   F    DOB   02/17/1969    Insurance Plan   Premera Blue Cross

## Rx

KADIAN 30MG CP24        Rx #   32863

ONCE A DAY

Quantity   Thirty (30)     Units not specifie   Days Supplied   30   Refills   0   Generic Allowed   YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

ignature

VICTOR VALENOTE
rinted Name

SPOUSO

.elationship to Patient

ID Checked

5/1/06
Date

V-1646

## William R. Fell MD, FAAO-HNS

### PREMIER EAR, NOSE & THROAT
4100 Lake Otis Parkway, Suite 218
Anchorage, Alaska 99508
907 563- 6673 • Fax 907 563-6681
Wasilla 907 373-1426

## HISTORY AND PHYSICAL

PATIENT NAME: Valenote, Daniela                                          DATE: 04/17/06
DATE OF BIRTH: 02/17/69

**HISTORY OF PRESENT ILLNESS:**
The patient is a 37-year-old female who is with very complex pain syndrome. She has regular appointments with pain specialists to address disease involving the cervical, thoracic, and lumbar spine. She comes in to the office ambulating with a cane. She has a history of migraine headaches, which primarily are localized to the right side. They are noted along the occipital and parietal scalp regions. The patient is on multiple medications for her chronic pain problems. She is scheduled to undergo an evaluation at the Mayo Clinic later this month. She has been on a waiting list for seven months. As part of her chronic pain evaluation, a recent brain MRI was obtained. This was normal except for some opacification of the left mastoid air cell system. This is along the periphery of the mastoid air cells. It is hyperintense compliant with mastoid air cell obstruction/mucosal hypertrophy. The entire mastoid air cell system is not opacified. It appears to be normal along with central aspect and along the region of the aditus ad antrum. There is no middle ear opacification. The majority of the opacified air cells are along the tip of the mastoid. The patient does not have pain that is particularly localized to the left postauricular region. She clearly has more pain problems associated with the right occipital and postauricular area. She has previously undergone evaluation by another ear, nose, and throat physician in town. This has been primarily to evaluate a problem with left external otitis. A number of months ago, she developed severe pain and drainage in and from the left ear canal. This developed into some facial soft tissue swelling. She was treated with antibiotics and topical ear medications. She has been diagnosed with a fungal external otitis and has utilized medications for this. She has been using a 2% acetic acid solution in the left ear canal. Her other health care providers are interested in a second opinion regarding the mastoid abnormalities noted on the MRI scan. The patient also complains of some balance disturbance issues. She does not describe true violent rotational environmental motion compliant with vertigo. She may notice some slow/mild rotational environmental motion. This can occur primarily with changes in position such as going from sit to stand. She has never had prolonged episodes of vertigo. She has had some problem with nausea that she has attributed to the mild sense of environmental motion. She has not had brief violent episodes of vertigo that would support a diagnosis of benign paroxysmal positional vertigo. She has not been bedridden with prolonged episodes of true vertigo. She has not had unilateral complaints of hearing loss, oral fullness, or tinnitus.

V-1647

... ...... ....      __   _  _____  __ ___ ___.  I do not think

Valenote, Daniela
Page 3

The patient has had some problems with external otitis involving the left ear. I believe this is separate from the mastoid abnormalities. Her ear canals have a shape that could create trapping of water in the ear canals and resulting inflammation. She should follow strict dry ear precautions. I recommended that she obtain custom-fit earplugs. I removed some keratin debris today and filled up the left ear canal with the Lotrisone lotion. This will hopefully provide long-term benefit. The patient's balance problems are not likely related to a peripheral vestibular etiology. She is not having prolonged violent episodes of vertigo compliant with Meniere's disease or recurrent vestibular neuronitis. Her history is not compliant with benign paroxysmal positional vertigo. Additionally, Dix-Hallpike testing would be difficult because of her spinal disease problems. The balance disturbance problems are likely a manifestation of vestibular migraine. Additional treatment with prophylactic migraine medications may be an option. The patient will follow up with me as needed.


William R. Fell, M.D.
WRF/KRT/MDD

cc:    Dr. Larry Levine

       Dr. Peter Lorentzen

       Dr. Gregory Polston

V-1648



### William R. Fell MD, FAAO-HNS
#### PREMIER EAR, NOSE & THROAT

4100 Lake Otis Parkway, Suite 216
Anchorage, Alaska 99508
907 563-8673 • Fax 907 563-6881
Wasilla 907 373-1426

# FAX

To: Dr Gregory Polston   From: Ada

Fax #: 743-8284   Date: 4-19-2006

Phone #: _____   Pages: _____

Re: Daniela Valenote   CC: _____

Comments:

## THIS FAX CONTAINS CONFIDENTIAL INFORMATION



V-1649

Apr 13 06 12:27p     Daniela C. Valenote                         907-622-1009                     p.1

*TO: ADRIAN*
*FROM: DANIELA VALENOTE*
*PHONE & FAX: 622-1009*

Page 1 of 1


alaska
spine
institute
imaging center

**ALASKA SPINE INSTITUTE**
3801 University Lake Drive
Anchorage, AK 99508

This professional radiology report provided by:
Diagnostic Imaging of Alaska; 4100 Lake Otis Parkway ste. 309, Anchorage, AK 99508

**Clinic Name:** ALASKA SPINE INSTITUTE          **Fax #**

**Requesting Physician:** L. Levine
**Radiologist:** Harold Cable M.D.
**Date Of Exam:** 03/28/2006
**Exam Requested:** MRI Brain

**Patient Name:** Valenote, Daniela
**Date Of Birth:** 02/17/1969
**Film Number:** 46199
**Units:** 1

**Transcription:**
CLINICAL INFORMATION: Blurred vision.

MRI OF THE HEAD WITHOUT CONTRAST: Fast spin echo T1 weighted images are obtained in the sagittal plane. FSE axial images are obtained with T1 and T2 weighting. Axial FLAIR images also are obtained. Further, coronal T2 gradient images also are acquired. Axial diffusion weighted images also are submitted.

ote is made of marked increased signal intensity throughout the left mastoid complex. This probably represents fluid and mastoiditis within the mastoid air cells. This is quite extensive. The right mastoid complex appears normal. The disease in the left mastoid extends down even into the tip of the mastoid process.

The intracranial study is normal. The T2-weighted sagittal images show no abnormal areas of increased signal intensity. No evidence of any cortical infarct or white matter disease. The ventricles and sulci are normal for the patient's age. The posterior fossa is unremarkable except for the aforementioned changes in the mastoids. Brain stem appears normal. Skull base appears intact otherwise.

IMPRESSION: Evidence of mucosal disease throughout much of the left mastoid complex. No intracranial abnormality is seen.

DIAGNOSTIC IMAGING OF ALASKA
Harold Cable M.D. /
ELECTRONIC SIGNATURE
D-03/29/2006 & T-03/30/2006

# 46199 - 7

MAR 3 0 2006

UOOS: 31500

**V-1650**

Grant T. Roderer, M.D.
Lawrence W. Stinson, M.D.
Gregory R. Polston, M.D.
Nancy E. Cross, M.D.
Rafael L. Prieto, M.D.



ADVANCED MEDICAL CENTERS OF
*A L A S K A*

Jimmy M. Tamai, M.D.
Robert P. Trombley, Ph.D.
Lois Michaud, Ph.D.
Connie Judd, ANP
Deborah Kiley, ANP

Date: 4/17/06

I, _VICTOR VALONOTO_ acknowledge that I have
(print patient name)
received my radiology films from Advanced Medical Centers of Alaska.

MRIS

_____
Signature of Patient

Daniela Valenote

V-1651

Valley
3035 E. Palmer-Wasilla Hwy, Unit 501
Wasilla, AK 99654
(907) 357-8330 telephone
(907) 357-8377 facsimile

Anchorage
1917 Abbott Road, Suite 100
Anchorage, AK 99507
(907) 278-2741 telephone
(907) 743-8284 facsimile

Fairbanks
506 Gaffney Road, Suite 200
Fairbanks, AK 99701
(907) 374-6602 telephone
(907) 374-6604 facsimile

  MAYO CLINIC

200 First Street SW
Rochester, Minnesota 55905

March 30, 2006

*RECEIVED*

Gregory R. Polston, M.D.
Advanced Pain Center of Alaska
1917 Abbott Road, Suite 100
Anchorage, AK 99507

RE: Mrs. Daniela Valenote
MC#: 93-179-500

Dear Doctor Polston:

Thank you for the confidence you have expressed in the Mayo Clinic by referring your
patient, Mrs. Daniela Valenote.

Enclosed is a copy of the correspondence mailed to Mrs. Valenote.

Sincerely,

Ms. Sandy Young

sky
Enclosure

**V-1652**

 MAYO CLINIC

Mayo Clinic Copy

200 First Street SW
Rochester, Minnesota 55905

March 30, 2006

Mrs. Daniela Valenote                                    MC#: 93-179-500
4514 Upper Kogru Drive
Eagle River, AK 99577

Dear Mrs. Valenote:

We are pleased to confirm that an appointment has been scheduled for you on <u>Wednesday, May 10, 2006</u>. Your examination will be conducted in the Spine Center. This is our first available appointment.

This appointment is for a focused evaluation of your spine-related problems only. Your appointment may involve diagnostic tests, as advised by our physicians, but usually will not include a general physical examination.

Before your appointment, we encourage you to review your personal health insurance coverage. If you are a Medicare patient, be aware that Medicare does not pay for routine (preventive) physical exams. In addition, Medicare and some other insurers have policies that limit payment on other medical services, as well. Due to these limitations, there may be instances when you are personally responsible for the cost of some medical services. If you have questions about your health coverage, please contact your insurance provider.

Please complete and/or verify the information on the enclosed form(s) prior to your appointment at Mayo Clinic. This information is an important part of your Mayo Clinic medical record and is required for proper handling of insurance and financial arrangements.

Please complete the following steps:
1. Verify or complete the information on the form(s).
2. Sign the form(s).
3. Make a photocopy of both sides of your insurance card.
4. Return the form(s) and the photocopy of your insurance card in the
   enclosed envelope as soon as possible.                    **V-1653**

**If the form(s) is not completed and returned prior to your appointment date, you may experience appointment delays.**

If your appointment is with regard to workers compensation or medicolegal issues that require preauthorization for your consultation and tests in the Spine Center, you must obtain authorization prior to your appointment. If you arrive for your appointment without the necessary approval, your appointment will be rescheduled to a later date and you will not be seen by a physician at that time.

Mrs. Daniela Valenote                   -2-                        March 30, 2006
(93-179-500)

An estimated length of time for your outpatient evaluation is <u>a few days to a week or longer</u>. Mayo is closed on Saturdays and Sundays. The evaluation may even require that you return at a later date to complete further testing and treatment recommendations. Please do not schedule other Clinic appointments during your evaluation period.

If you are currently taking a prescription pain medication provided by your local physician, please be certain to bring a sufficient supply with you. In general, Mayo Spine Center physicians will not provide prescription pain medications to patients during their evaluation in Rochester.

It would be helpful to the physician conducting the examination to have for review a list of the names and dosages of any medications currently being used and a brief summary of the medical history. Please bring this with you and have it available at the time of your appointment.

It is essential that we receive your most recent x-rays with regard to your spine problem. These may be MRI, CT, myelogram or spine films. Please have them sent two weeks prior to your scheduled appointment date to: Mayo Clinic; c/o Spine Center; 200 First Street, SW; Rochester, MN 55905. We recommend you call our Spine Center Appointment Office at (507)284-5044 one week prior to your appointment to assure your films have been received, as a delay in your appointment schedule may occur if your films are not available. Imaging studies may be reviewed by one of our radiologists one to two weeks prior to your appointment, so we ask that you notify us in the event you need to cancel your appointment to avoid a charge for the film interpretation. All imaging studies will be returned upon completion of your appointments.

Please hand carry any spine-related paper medical records to your appointment. It is not our policy to have those reviewed by your physician prior to your appointment. Please note that it is the Spine Center's policy to keep only paper medical records generated by Mayo Clinic. Upon completion of your appointments, we will destroy all paper medical records provided by you or your physician, unless you specifically notify us that you would like them returned to you.

Please present the enclosed appointment card as indicated. **If you are unable to keep this appointment, please notify us as soon as possible so we can make this time available to another patient.**

If you have any questions concerning this appointment, please contact us at (507) 284-5044.

Sincerely,

Ms. Sandy Young

sky
Enclosure(s)
cc: Gregory R. Polston, M.D.

**V-1654**

ADVANCED PAIN CENTERS OF ALASKA – ANCHORAGE
PROGRESS NOTE

Name: VALENOTE, DANIELA
DOB: 02/17/1969
SSN: 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

**DATE:** 04/05/2006

**SUBJECTIVE:** This patient has been referred to the inpatient pain clinic. The patient expresses a great concern that she would not be able to complete this task. The patient has questions for the inpatient director and has not been able to speak with him.

**OBJECTIVE:** VITAL SIGNS: Blood pressure 120/74, pulse 100, temperature 97.8, respirations 20. She weighs 133 pounds.
GENERAL: She is sitting comfortably.
MUSCULOSKELETAL: She continues to have tenderness to palpation in the low back, mid-back and neck.

**ASSESSMENT:**
1.  Myofascial pain.
2.  Diskogenic lumbar pain
3.  Cervical facet arthropathy.

**PLAN:** The patient will continue her Kadian 30 mg one p.o. every morning and 20 mg one p.o. every evening, which is a 10 mg increase. The patient has the remainder of her medications. I have strongly encouraged her to consider participating in this program. She realizes this will be a difficult task, but that it will help her significantly. Last, the patient has asked me to complete forms for a student loan forgiveness plan. The patient is currently receiving disability from her profession; I would like to review this before signing this.

REPORT SENT PRIOR TO REVIEW

*Gregory R. Polston*

Gregory R. Polston, M.D.
Diplomate American Board of Anesthesiologists, ABA
Diplomate Subspecialty Pain Medicine, ABA

GRP/MEDQ
DD: 04/08/2006
DT: 04/10/2006
JOB #: 223185

**V-1655**

Mark the areas on your body where you feel the described sensations.
Use the appropriate symbol. Include all affected areas.



V-1656

Name: _____    Date: _____



**Advanced Medical Centers of Alaska**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
**Patient Visit Form**

Date APR 0 5 2006

If patient is from out of Anchorage, local or cell-phone number _____

| Vital Signs: | B/P _102/74_ Pulse _100_ Temp _97.8_ Resp _20_ |
| | Ht (Initial visit)_____ Wt (Every visit) _133.2_ |

**Reason for Visit:** _RV_

_____

Allergies_____ Medications _____ Other Physicians: _____

**Medication Refill Request:** _____
**Pharmacy Patient uses** (place on care record also) _____
**Today's Pain Intensity Scale** (Circle pain scale #)
1 2 3 4 5 6 7 8 9 10        1 2 3 4 5 6 7 8 9 (10)        1 2 3 4 5 6 7 8 9 10

| Location: _Cervical_ | _LB_ | _Pelvis_ |
| Type: _stabbing_ | _stabbing, burning_ | _Stabbing, aching, burning_ |
| Radiation: _Brain, thoracic/head_ | _Gluteous, R hip_ | _groin_ |
| Continuous or Intermittent: _C_ | _C_ | _C_ |

_wailing_

What makes pain worse? _pressure, activity, sitting_ Better? _meds, no turg, injections_
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____ Any neg side effects? _____

Other pertinent information/education needs _____

_____ Signature (all clinical care providers) _____

**Physician Notes:**
Gen

MS:      Palpation:       Spring:
         ROM:
OS+gaard:           Flare:

Neuro: Gait
        Motor power – UE        LE
        Sensory – LT        PP        vib
        Slump testing  R     L     SLR   R     L
        Impression

Notes:        _223/86_

**Procedure To Be Scheduled:** _____ PT/Trombley: _____
**Diagnostic Studies** _____ Pt to return _____
**MD signature** _____ Dictated? _____ Date _____ Time _____

V-1657

Transcription                                                          Page 1 of 1


alaska
spine
institute
imaging center

**ALASKA SPINE INSTITUTE**
3801 University Lake Drive
Anchorage, AK 99508

This professional radiology report provided by:
Diagnostic Imaging of Alaska; 4100 Lake Otis Parkway ste. 309, Anchorage, AK 99508

**Clinic Name:** ALASKA SPINE INSTITUTE        **Fax #**

**Requesting Physician:** G. Polston          **Patient Name:** Valenote, Daniela
**Radiologist:** Harold Cable M.D.             **Date Of Birth:** 02/17/1969
**Date Of Exam:** 03/28/2006                   **Film Number:** 46199
**Exam Requested:** MRI T-Spine                **Units:** 1

**Transcription:**
CLINICAL INFORMATION: None provided.

MRI OF THE THORACIC SPINE: Sagittal and axial fast spin echo images are acquired. The axial
images are obtained with proton weighting. The sagittal images are acquired with T1 proton, and T2
weighting.

The images show that the thoracic vertebral bodies are intact. No congenital anomalies are defined. The
disc spaces are preserved. There are no protrusions or frank herniations of disc material. The cord is
intrinsically normal. There is no evidence of central or foraminal spinal stenosis. No paravertebral soft
tissue abnormalities are apparent.

IMPRESSION: Normal MRI of the thoracic spine.

DIAGNOSTIC IMAGING OF ALASKA
Harold Cable M.D. /
ELECTRONIC SIGNATURE
D-03/29/2006 & T-03/30/2006

RECEIVED
APR 5 3 2006

**V-1658**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipien or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have recieved this communication in error, please notify us immediately by telephone (collect, if necessary), and return the original message to us at the above address via the U.S. Postal Service. Thank you.

[IMAGE]

**ALASKA SPINE INSTITUTE**
3801 University Lake Drive
Anchorage, AK 99508

This professional radiology report provided by:

Diagnostic Imaging of Alaska; 4100 Lake Otis Parkway ste. 309, Anchorage, AK 99508

**Clinic Name:**    ALASKA SPINE INSTITUTE        Fax #

---

**Requesting Physician:** G. Polston

**Radiologist:** Harold Cable M.D.

**Date Of Exam:** 03/28/2006

**Exam Requested:** MRI T-Spine

**Patient Name:** Valenote, Daniela

**Date Of Birth:** 02/17/1969

**Film Number:** 46199

**Units:** 1

**Transcription:**

CLINICAL INFORMATION: None provided.

MRI OF THE THORACIC SPINE: Sagittal and axial fast spin echo images are acquired. The axial images are obtained wit    on weighting. The sagittal images are acquired with T1 proton, and T2 weighting.

The images show that the thoracic vertebral bodies are intact. No congenital anomalies are defined. The disc spaces are preserved. There are no protrusions or frank herniations of disc material. The cord is intrinsically normal. There is no evidence of central or foraminal spinal stenosis. No paravertebral soft tissue abnormalities are apparent.

IMPRESSION: Normal MRI of the thoracic spine.

DIAGNOSTIC IMAGING OF ALASKA
Harold Cable M.D. /
ELECTRONIC SIGNATURE
D-03/29/2006 & T-03/30/2006

**V-1659**

# ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD                                       DEA #    BP6044488

Patient Name   **DANIELA C VALENOTE**

Address   4514 Upper Kogru, Eagle River, AK 99577

Rx Date   March 30, 2006

Phone   (907) 622-1009

Gender   F         DOB   02/17/1969         Insurance Plan   Premera Blue Cross

## Rx

KADIAN 20MG CP24                                                           Rx #    30311

1 TABLET TWICE A DAY

Quantity  Fifty-eight (58)          Units  not specifie  Days Supplied  28  Refills  0   Generic Allowed  YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature

*Victor Valonote*

Printed Name                                    ID Checked

*Spouse*                                        3/30/06

Relationship to Patient                          Date

V-1660

# ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

REGORY R POLSTON MD

DEA #   BP6044488

ient Name   DANIELA C VALENOTE

Address   4514 Upper Kogru, Eagle River, AK 99577                    Rx Date   March 30, 2006

Gender   F          DOB   02/17/1969                                 Phone   (907) 622-1009
                                        Insurance Plan   Premera Blue Cross

## Rx

VICODIN 7.5/500 TABS

THREE TIMES A DAY                                                    Rx #   30312

Quantity   Eighty-four (84)

                              Units not specifie   Days Supplied   28   Refills   0   Generic Allowed   YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature

Printed Name   VICTOR VALENOTE          ID Checked

Relationship to Patient   SPOUSE        Date   3/30/06



V-1661

03/29/2006 WED 08:42 FAX 907 770 3283    ADVANCED PAIN CENTERS    ☑001

```
        **********************
        ***   TX REPORT   ***
        **********************

        TRANSMISSION OK

        JOB NO.              0078
        DESTINATION ADDRESS 96969435
        PSWD/SUBADDRESS
        DESTINATION ID      CAR EAGLE
        ST. TIME            03/29 08:42
        USAGE T             00'18
        PGS.                   2
        RESULT              OK
```

## ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 276-2741

GREGORY R POLSTON MD                          DEA #   BP6044488

Patient Name   DANIELA C VALENOTE                          Rx Date   March 28, 2006

Address   4514 Upper Kogru, Eagle River, AK 99577          Phone   (907) 622-1009

dor   F       DOB   02/17/1969       Insurance Plan   Premera Blue Cross

# Rx

LIDODERM 5% PTCH                                          Rx #   30062

APPLY TO AFFECTED AREA 12 HR ON 12 HR OFF

Quantity   One (1)            Units   box   Days Supplied   30   Refills   3   Generic Allowed   YES

Signature of Prescriber  _____

                                        (Do not fill unless signed by Prescriber)

## V-1662

# ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD                                    DEA # BP6044488

Patient Name  DANIELA C VALENOTE                    Rx Date  March 28, 2006

Address  4514 Upper Kogru, Eagle River, AK 99577          Phone  (907) 622-1009

Gender  F    DOB  02/17/1969          Insurance Plan  Premera Blue Cross

## Rx

LIDODERM 5% PTCH                                    Rx #    30062

APPLY TO AFFECTED AREA 12 HR ON 12 HR OFF

Quantity One (1)                    Units  box    Days Supplied  30   Refills  3    Generic Allowed  YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

V-1663

**ADVANCED PAIN CENTERS OF ALASKA**
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD

DEA # BP6044488

Patient Name  DANIELA C VALENOTE

Rx Date  March 28, 2006

Address  4514 Upper Kogru, Eagle River, AK 99577

Phone  (907) 622-1009

Gender  F      DOB  02/17/1969

Insurance Plan  Premera Blue Cross

# Rx

MAXALT 10MG TABS

Rx #   30064

AS NEEDED

Quantity Fifteen (15)                Units    count    Days Supplied  30    Refills  0    Generic Allowed  YES

not to take more than 15/month
1 per day prn

Signature of Prescriber

(Do not fill unless signed by Prescriber)

V-1664

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mayo Clinic
Attn: Pain Management Clinic
200 First St. SW
Rochester, MN 55905

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3·20·06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 1350 0003 2748 1500

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.05 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

UNIT ID: 0533

Postmark
Here

Clerk: KH91DW

03/15/06

Sent To  Mayo Clinic    Attn: Pain Management Clinic
Street, Apt. No.; or PO Box No.  200 First St SW
City, State, ZIP+4  Rochester, MN 55905

PS Form 3800, June 2002     See Reverse for Instructions

7004 1350 0003 2748 1500

V-1665

4514 Upper Kogru Dr.
Eagle River, AK 99577
Phone: 907-622-1009
Fax: 907-622-1009



# Fax

| **To:** | Dr. Gregory Polston | **From:** | Daniela C. Valenote |
|---|---|---|---|
| **Fax:** | 743-8284 | **Date:** | March 14, 2006 |
| **Phone:** | 278-2741 | **Pages:** | 2 |
| **Re:** | Mayo Clinic Rochester | **CC:** | |

☐ **Urgent**    X **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments:**

Dr. Polston,

Attached is the letter I received from Mayo, dated February 8, 2006. It appears one of their Doctor's may be available for a phone conference to discuss my medical condition. Perhaps a conversation will enable a visit to Mayo sooner than later.

Per our last discussion, you were looking into alternate facilities. I would like to include Mayo, Phoenix. I have family and friends to stay with in the greater Phoenix area. We may be able to look into going to their Clinic as a walk-in patient.

Any help you may be able to provide is greatly appreciated.

Sincerely,

Daniela

*[signature]*

V-1666

4514 Upper Kogru Dr.
Eagle River, AK  99577
Phone: 907-622-1009
Fax: 907-622-1009



# Fax

| **To:** | Dr. Gregory Polston | **From:** | Daniela C. Valenote |
|---|---|---|---|
| **Fax:** | 743-8284 | **Date:** | March 14, 2006 |
| **Phone:** | 278-2741 | **Pages:** | 2 |
| **Re:** | Mayo Clinic Rochester | **CC:** | |

☐ **Urgent**    X **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments:**

Dr. Polston,

Attached is the letter I received from Mayo, dated February 8, 2006.  It appears one of their Doctor's may be available for a phone conference to discuss my medical condition.  Perhaps a conversation will enable a visit to Mayo sooner than later.

Per our last discussion, you were looking into alternate facilities.  I would like to include Mayo, Phoenix. I have family and friends to stay with in the greater Phoenix area.  We may be able to look into going to their Clinic as a walk-in patient.

Any help you may be able to provide is greatly appreciated.

Sincerely,

Daniela

V-1667

# MAYO CLINIC

200 First Street SW
Rochester, Minnesota 55905

February 8, 2006

Mrs. Daniela Valenote                         MC#: 93-179-500
4514 Upper Kogru
Eagle River, AK 99577

Dear Mrs. Valenote:

Thank you for having your local physician request an appointment with the Mayo Clinic
Division of General Internal Medicine. Due to the high number of appointment requests for
this medical concern, we are unable to schedule an appointment for you at this time.

If you have additional medical concerns, please discuss them with your physician. He or she
can request a telephone consultation with a Mayo Clinic physician to discuss your health
concerns.

Sincerely,

Department of General Internal Medicine

pcc

V-1668

03/09/2006 THU 14:04  FAX 907 770 3283     ADVANCED PAIN CENTERS                    ☑001

```
                    **********************
             ***    TX REPORT    ***
                    **********************

        TRANSMISSION OK

        JOB NO.              4794
        DESTINATION ADDRESS  96894027
        PSWD/SUBADDRESS
        DESTINATION ID       F\M EAGLE RIVER
        ST. TIME             03/09 14:04
        USAGE T              00'13
        PGS.                    1
        RESULT               OK
```

## ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 276-2741

**GREGORY R POLSTON MD**                                          DEA #    BP6044488

Patient Name  **DANIELA C VALENOTE**                          Rx Date   March 7, 2006

Address   4514 Upper Kogru, Eagle River, AK 99577            Phone   (907) 622-1009

ıder   F      DOB   02/17/1969        Insurance Plan   Premera Blue Cross

# Rx

ATIVAN 0.5MG TABS                                               Rx #    24753

AS DIRECTED

Quantity Two (2)                    Units **not specifie**  Days Supplied   1  Refills  0   Generic Allowed YES

1 po 1 hr before procedure. may repeat x1

Signature of Prescriber _____           (Do not fill unless signed by Prescriber)

**V-1669**

# ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD                                    DEA # BP6044488

Patient Name  **DANIELA C VALENOTE**

Address  4514 Upper Kogru, Eagle River, AK 99577

Gender  F    DOB  02/17/1969    Insurance Plan  Premera Blue Cross

Rx Date  March 7, 2006

Phone  (907) 622-1009

## Rx

ATIVAN 0.5MG TABS                                       Rx #  24753

AS DIRECTED

Quantity  Two (2)    Units  not specified  Days Supplied  1  Refills  0    Generic Allowed  YES

1 po 1 hr before procedure. may repeat x1

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

V-1670

Valerate, Daniela                                    Poloton

## PROCEDURE REMINDER
## ADVANCED MEDICAL CENTERS OF ALASKA

Procedure: (R) hip tendon Trigger Point inj.

Date/Time: 6-6-06 @ 3:00    Pt.Appt.:_____ @_____

Pre-Op Visit:_____ @_____    Allergies: norflex

Contact Phone Number on Procedure Date:_____

Interpreter Scheduled, if Needed:    Yes  (No)  Language: English/_____

DCV  Nothing to eat or drink after 6 HOURS prior to procedure.

Arrive at  (AMCA) / PROV / ARH / HEALTHSOUTH    @ 3:00 _____ am/(pm.)

**If you are scheduled for a Discogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication:_____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

DCV  If you take daily medications, take with small sips of water.

DCV  Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed  (No)  Yes    If Yes, testing required:_____

**Additional Information:**

DCV    Call your insurance company and obtain pre-certification for your procedure.
DCV    Arrange for someone to transport you to and from the procedure. You cannot take a taxi or Anchor Ride.
DCV    A responsible adult will need to escort you home. **There are no exceptions to this policy.**
DCV    **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
DCV    If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
       **If there is a chance you could be pregnant, inform the doctor or nurse.**
DCV    Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
•      Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
•      If you have been provided with a back brace for surgery, bring it to the hospital with you.
•      If you are having surgery, take all paperwork provided to you to the procedure.
       Other Instructions:_____

**V-1671**

_____ I understand that there is a deposit of $ _____ due on or before the day of my procedure.

Reviewed by:_____ RN    Patient:_____    Date: 06/01/06

4/20/2006



advanced
physical
therapy

*creating an environment for wellness and healing*

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT
## Physical Therapy Referral

Patient Name _*Valente, Daniella*_ Date of Birth _____

Diagnosis _*Snapping Hip Syndrome*_

Precautions _*For Valerie*_

O **Evaluate and Treat**          O **Continue PT**

- o  Pre/Post Procedure/Surgery Protocol _____
- o  Functional Capacity Evaluation (FCE)
- o  Functional Restoration Program (FRP)
- o  Pre-placement Screening
- o  Job-site Analysis
- o  Headache Program
- o  Stabilization Program
- o  Pelvic Pain
- o  Other: _____
- o  Supply patient with Durable Medical Equipment:
  - o  Lumbar Brace __ SIJ Brace __ Wrist Brace __ Home E-Stim Unit __

Frequency of visits:  O 1-2x/week O 2-3x/weeks O 3-5x/week    O Other _____

Duration of visits:   O 2 weeks   O 3 weeks   O 4 weeks    O Other

_____

Report by:      O Phone      O Letter     O None required

Referring Physician:      O D. Kiley ANP    O G. Polston, MD    O G. Roderer, MD
                          O L. Stinson, MD  O N. Cross, MD      O M. Hillstrand, ANP

Referring Physician (signature) _____ Date _*6-6-06*_

Phone Number _____     Fax Number _____

**V-1672**



advanced
physical
therapy
creating an environment for wellness and healing

DIAGNOSIS SPECIFIC ORTHOPEDIC MANAGEMENT
## Physical Therapy Referral

Patient Name _Valente, Daniella_   Date of Birth _____

Diagnosis _Snapping Hip Syndrome_

Precautions _For Valerie_

O **Evaluate and Treat**          O **Continue PT**

- Pre/Post Procedure/Surgery Protocol _____
- Functional Capacity Evaluation (FCE)
- Functional Restoration Program (FRP)
- Pre-placement Screening
- Job-site Analysis
- Headache Program
- Stabilization Program
- Pelvic Pain
- Other: _____
- Supply patient with Durable Medical Equipment:
  - Lumbar Brace __ SIJ Brace __ Wrist Brace __ Home E-Stim Unit __

Frequency of visits: O 1-2x/week O 2-3x/weeks O 3-5x/week   O Other _____
Duration of visits:  O 2 weeks   O 3 weeks   O 4 weeks   O Other _____

Report by:   O Phone   O Letter   O None required
Referring Physician:   O D. Kiley ANP   O G. Polston, MD   O G. Roderer, MD
                       O L. Stinson, MD   O N. Cross, MD   O M. Hillstrand, ANP

Referring Physician (signature) _____   Date _4-6-06_

Phone Number _____   Fax Number _____

### V-1673

1917 Abbott Rd, Suite 200, Anchorage, AK 99507 www.aptak.com Phone (907) 279-4266 Fax (907) 279-4272 1-800-641-6940



Valenote, Daniela

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 06/01/06          TIME: 3:43          A.M.  (P.M.)

1.  I hereby authorize Dr. Polston
    to perform the following operation or procedure, known as

    > Right side Greater Occipital Nerve Injection with local anesthetic and/or steroid with possible
    > sedation.

    upon myself or *[signature]*          DANIELA C. VALENOTE
                        (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me.  I have been informed of the usual attendant risks and
    benefits, as well as the alternative treatments.  I acknowledge that no guarantee or assurance has been made as to the results
    or cure that may be obtained from this operation.  I understand and accept the possibility of risks and complications

    > Bleeding, numbness, bruising, worsening of pain, no pain relief, drug reaction, transient headache,
    > dizziness.

    I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem
    necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance
    of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or
    different procedures than those in paragraph one.  I therefore further authorize and request that the above named physician
    perform such procedures as are in his/her professional judgment, necessary and desirable.  The authority granted under this
    paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.  I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.  I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced
    Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use
    the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

    **I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND
    THE WORDS.  I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR
    POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE
    PROCEDURE.**

    _____          _____
    Patient's Signature                 Witness Signature

    _____          _____          V-1674
    Signature of Relative Responsible for Patient      Relationship to Patient

    I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards,
    complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

    _____
    Physician's Signature



*A L A S K A*

Valenote, Daniela

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
### AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 06/01/06        TIME: 4:16        A.M.   (P.M.)

1. I hereby authorize Dr. Polston
to perform the following operation or procedure, known as

> Right side Hip Tendon Trigger point injection with anesthetic and/or steroid with possible/ moderate sedation.

upon myself or Daniela C Valenote .
(NAME OF PATIENT)

2. The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

> Bleeding, Worse pain, Numbness, Bruising, Infection, Weakness, Nausea/vomiting,

3. I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4. I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5. I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6. I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

Patient's Signature                    Witness Signature

Signature of Relative Responsible for Patient      Relationship to Patient      **V-1675**

> I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).
>
> Physician's Signature

Valenote, Daniela

**Advanced Pain Centers of Alaska**

## Contract for Controlled Substance Medication Prescriptions

Both myself (patient) and Advanced Pain Centers of Alaska (APCA) staff (the physicians and staff) have a common treatment goal to improve my ability to function and/or work. In consideration of that goal, I may be treated with potent medications. Some of them are narcotics, tranquilizers and/or barbiturates. These medications are considered controlled substance medications and their use is closely controlled and monitored by the local, state and federal agencies. These medications are highly effective when taken as directed under medical supervision, but they also have a potential for misuse and abuse.

I therefore agree to abide by the following conditions:

1) The medication I may be prescribed for my pain will be discussed with my physician at the time of my office visit.

2) I agree that **ONLY** one Physician, __Dr. Polston__ ,at APCA shall prescribe all controlled substance medications and prescriptions until referred back to my Primary Care physician.

3) I will not ask for nor accept controlled substance medications or prescriptions from any other individual or physician while I am receiving such medication from my physician at APCA. Besides being illegal to do so, it may endanger my health.

4) I will take my prescribed medications as directed, no more and no less. I will not tamper with prescribed medications by cutting, crushing or by any other means altering the intended dose of medication. I will not take the medications by any other than the directed route of administration (oral, Trans-dermal, or rectal).

5) If I use up my medications sooner than prescribed, I understand that they will **not** be replaced. I will not take prescribed medications in combination with alcohol or illegal drugs.

6) I have been fully informed by my physician and/or staff about psychological dependence (addiction) to controlled substances. If this happens, I will follow my physician's guidance and participate in any treatment program prescribed, which may include detoxification, psychological counseling and medical treatment.

7) I will not adjust the medications by myself. I will inform my physician of any change in dosage I feel I need. Some patients may develop tolerance, which is the need to increase the dose of the medication to achieve the same effect in terms of pain relief. As a result of other treatment modalities or the natural course of my disease process, my pain may decrease. My medication doses will have to be adjusted (increased or decreased) by my APCA physician.

8) At each visit my physician will evaluate me for pain relief, side effects, function, and abnormal behavior (anything indicating addiction). I must keep my physician fully informed of any changes, Emergency Room visits, lost or stolen medications or any other circumstance affecting me.

9) I understand that to stop taking the medications abruptly may be dangerous and lead to withdrawal symptoms. If medications need to be discontinued, I will do so gradually and only under medical supervision.

10) I am responsible for my controlled substance medications. **If the medications or the prescriptions are lost, misplaced, stolen or disappear for any reason, they will not be replaced under any circumstances.**

11) I will not hoard my medications. If I am able to control my pain with fewer narcotics, I will inform my physician.

Narcotics Contract

**V-1676**

*Valenote, Daniela*

Advanced Pain Centers of Alaska
Contract for Controlled Substance Medication Prescriptions
Page 2 of 2

*DCV*  12) I will select one pharmacy where I will get all of my medications filled.
My Pharmacy is: ~~FRED MEYER~~          Phone Number: _____
Address: ~~EAGLE RIVER~~ _____

*DCV* 13) I understand I may be asked for a urine or blood drug screen at any time. I understand I will be financially
responsible for testing.

*DCV* 14)

*I am responsible for keeping track of the amount of medications left and will plan ahead for*
*arrangements to refill my prescriptions in a timely manner so I will not run out of medications.*

**Five (5) working days are required as advance notice for all refills.**

Request for refills must be telephoned to the refill request line during regular office
hours (8:30 am to 4:30 pm Monday through Friday).  **Refills will not be made at night,**
~~Fridays, weekends or holidays.~~

**ANCHORAGE OFFICE**          **FAIRBANKS OFFICE**

**(907) 770-3250**          **(907) 374-6602 EXT 208**

*DCV* 15) I agree to help myself by trying to change my behavior towards a healthier life-style, including stopping
smoking, using alcohol only in moderation as permitted by my physician, dieting, weight control, and
exercise.  I understand that only through following a healthier life-style can I hope to have the most
successful outcome to my treatment.

*DCV* 16) I understand that if I violate any of the above conditions, my controlled substance prescriptions and/or
treatment at APCA may be ended immediately.  If the violation involves obtaining controlled substances
from another individual as described above, the incident may also be reported to my primary physician, local
medical facilities, local pharmacies and other state/federal authorities.

*DCV* 17) My signature authorizes permission for APCA to obtain information from any pharmacy or physician that I
utilize to obtain medications.

*DCV* 18) I will provide APCA with an official picture ID to keep on file. This picture ID will need to be shown at
every pick up of prescription(s).

19) I will personally pick up my prescription(s). **NO EXCEPTIONS.**
*OR MY HUSBAND WILL PICK UP PRESCRIPTIONS - I LIVE ONE HOUR, ONE WAY,*
*TO APCA & SOMETIMES CANNOT MAKE THE DRIVE.*

*Daniela C. Votts* _____          *06/01/06*
Patient Signature                         Date

*S. Whitney MA* _____          *06/01/06*
Witness Signature                         Date

*Gregory R. Polston* _____          *06/01/06*
Physician Signature                       Date

**V-1677**

Prescription Request for: Dr. GREGG FOLSTON        DEA: BP6044488
Voice Line: (907) 278-2741                          Fax Line: (907) 743-8284
3500 LATOUCHE SUITE 310, ANCHORAGE,   99501

This request is from:                               Date: 06/13/2006   Time: 2:40 PM
FRED MEYER #00668 # 00668                           **Fax Line: (907) 689-4027**
13401 OLD GLENN HIGHWAY                             **Voice Line: (907) 689-4033**
EAGLE RIVER, AK 99577

Rx Number: 6657856   Last Date Dispensed: 03/06/2006    Original Date Written: 03/06/2006
Patient: **DANIELA C VALENOTE**                     Date of Birth: 02/17/1969
Address: 4514 UPPER KOGRU DRIVE EAGLE RIVER, AK 99577                    (907) 622-1009
Drug Written For:
Drug Dispensed: MAXALT 10MG   | TAB MERC           NDC: 00006-0267-09
Written For Quantity: 15      Dispense Quantity: 15
Directions:   TAKE ONE TABLET BY MOUTH DAILY AS NEEDED, NOT TO TAKE MORE
              THAN 15 TABLETS PER MONTH

Original refills authorized:          0  refills
Authorized:                           Once _____ plus additional refills authorized  1 2 3 4 5 6 ____
Denied:                               _____
Message to Patient:                   _____
Comments:                             _____
Print name if authorized by a different Prescriber: _____
DEA# if authorized by a different Prescriber: _____
Authorized by:
Please note: Unless DAW is written on this prescription request, a generic drug may be used.

Signature: _____          Signature: _____
              DAW                                     May Substitute

6.13.06
1445

Patient's requested pickup time:

After completing the above form, please fax back to:    Fax Line: (907) 689-4027
FRED MEYER #00668 # 00668                               Voice Line: (907) 689-4033
EAGLE RIVER, AK 99577

**Confidentiality notice:**

This message is intended only for the use of the individual or entity to which it is addressed and contains
information that is legally privileged and confidential. If the reader of this message is not the intended recipient
or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified
that any use, dissemination, disclosure, or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by telephone at the number listed above.

Med reviewed
6-14-06

**V-1678**

06/14/2006 WED 14:04  FAX 907 770 3283      ADVANCED PAIN CENTERS                    @001

```
                    ***********************
               ***     TX REPORT     ***
                    ***********************

         TRANSMISSION OK

         JOB NO.              1112
         DESTINATION ADDRESS  96969435
         PSWD/SUBADDRESS
         DESTINATION ID       CAR EAGLE
         ST. TIME             06/14 14:03
         USAGE T              00'21
         PGS.                    1
         RESULT               OK
```



**ADVANCED PAIN CENTERS OF ALASKA**
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

**GREGORY R POLSTON MD**                         DEA #   BP6044488

Patient Name  **DANIELA C VALENOTE**                        Rx Date  June 14, 2006

Address  4514 Upper Kogru, Eagle River AK 99577           Phone  (907) 622-1009

Gender  F        DOB  02/17/1991        Insurance Plan  Premera Blue Cross

**Rx**

MAXALT 10MG/TABS                                            39024

AS NEEDED

Quantity  Fifteen (15)        Units    count   Days Supplied  30   Refills 0   Generic Allowed  YES

not to take more than 15/month
1 per day prn

**Signature of Prescriber** _____

(Do not fill unless signed by Prescriber)

V-1679