

## ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

GREGORY R POLSTON MD

DEA #  BP6044488

Patient Name  **DANIELA C VALENOTE**

Rx Date  June 14, 2006

Address   4514 Upper Kogru E_____ AK 99___7

Phone   (907) 622-1009

Gender   _F_     DOB  0_____ Insurance Plan   Premera B_____

## Rx

MAXA_____  ___ # 39024

AS NEEDED

Quantity  **Fifteen** (15)_____ count   Days Supplied  30   Refills  0   Generic Allowed  YES

not to take more than 15/month
1 per day prn

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

V-1680

**Valley**
3035 E. Palmer-Wasilla Hwy, Unit 501
Wasilla, AK 99654
(907) 357-8330 telephone
(907) 357-8377 facsimile

**Anchorage**
1917 Abbott Road, Suite 100
Anchorage, AK 99507
(907) 278-2741 telephone
(907) 743-8284 facsimile

**Fairbanks**
506 Gaffney Road, Suite 200
Fairbanks, AK 99701
(907) 374-6602 telephone
(907) 374-6604 facsimile

**ADVANCED MEDICAL CENTERS OF ALASKA**
**CONSCIOUS SEDATION / NURSING RECORD**

Valenote Daniela

## PRE-PROCEDURE

DATE: 6-6-6   TIME: 15⁴⁰  AM (PM)   NPO STATUS: + 6°

☒ Consent Stating "Procedure w / conscious Sedation" Signed   ☐ H&P Reviewed

Allergies: norflex
Current Medications: United 6/6/06

Previous Complications from Surgery/Anesthesia: ☒ None Reported

Comfort: No Pain / Pain  Location: _____  Intensity: 10
Review of Diagnostic Data: ☒ Yes
Patient Appropriate Candidate: ☒ Yes   ☐ No

| Time | IV TYPE |
|------|---------|
| 1525 | 2-HL (L) |

ASA Classification: ① 2  3  4  5  E

Anesthesia Plan: ☒ Sedation ☒ IV ☐ PO / IM
☐ Local   ☐ No Sedation

Assessment Reviewed and all meds given by anesthesia or MD

PHYSICIAN SIGNATURE: _____

## PROCEDURE

Procedure: Right hip tendon inj

| | READY TIME: | START: | END: |
|---|---|---|---|
| | 1520 | 1533 | 1543 |

MD: Polston

NIBP: R (L) Arm / Leg   Pulse Oximeter (R) L (Hand) / Foot   Grounding Pad Site:

Pt. Pos: R / L   Lateral  (Supine)  Prone  Other _____   Notes:

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|------|------|------|-------|-----|----------|------------------|
| 1533 | Fentanyl | 50 mcg | IV | 1 | A | Grillon |
| 33 | Versed | 7 mg | IV | 1 | A | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Baseline  Vital Statistics Q 5 min

|   |   | Baseline | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **V I T A L S** | Time | 1515 | 1530 | 1535 | 1540 | | | |
| | B/P | 134/80 | 152/93 | 146/83 | 142/66 | | | |
| | P | 88 | 80 | 85 | 73 | | | |
| | EKG | | | | | | | |
| | *Resp. Rate/Qual | 16 | 16/m | 16/m | 16/m | / | / | / |
| | Sat% | | 100 | 100 | 100 | | | |
| **A L D R E T E** | **Activity | 2 | 2 | 2 | 2 | | | |
| | **Resp. | 2 | 2 | 2 | 2 | | | |
| | **Circ. | 2 | 2 | 2 | 2 | | | |
| | **L.O.C. | 2 | 2 | 2 | 2 | | | |
| | **Oxygenation | 2 | 2 | 2 | 2 | | | |
| | O2/NC | ∅ | ∅ | ∅ | ∅ | | | |
| | Key on back | ☐ Vital signs continue on page #2 | | | | | | |

V-1681

Protective Reflexes: ☒ Yes   ☐ N/A (Topical Anesthetic Used)

Reversal Agent Used: ☐ Yes  ☒ No   If yes, why? _____   Photos Taken: ☒ Yes   ☐ No

Other Complications: NO

Post-Procedure Report Given to: _____   By: Grillon (Procedure RN)  Time _____

**ADVANCED MEDICAL CENTERS OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD**

Valenole Daniela

**DATE:** 6-6-6

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **V I T A L S** | Time | | | | | | | | |
| | B/P | | | | | | | | |
| | P | | | | | | | | |
| | EKG | | | | | | | | |
| | *Resp. Rate/Qual | / | | / | | / | | / | / |
| | Sat% | | | | | | | | |
| **A L D R E T E** | **Activity | | | | | | | | |
| | **Resp. | | | | | | | | |
| | **Circ. | | | | | | | | |
| | **L.O.C. | | | | | | | | |
| | **Oxygenation | | | | | | | | |
| | O2/NC | | | | | | | | |

Admission Temperature: 99.0    Discharge Temperature: 98.8

**ALDRETE SCORING**

| | | Post | 30" | 60" | 90" | 2' | Out | | **VITAL SIGNS Q 15 MIN** |
|---|---|---|---|---|---|---|---|---|---|
| Pre Procedure BP: 134/80 | | | | | | | | | |

| | | Post | 30" (15) | 60" | 90" | 2' | Out | TIME | 1650 | 1655 | 1700 | 1705 | 1710 | 1715 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | | | | | | | | | | | | | |
| Can move 2 Extremities | =1 | 2 | 2 | / | | | 2 | B/P | 169/80 | 138/82 | 154/101 | 148/93 | 148/96 | 151/96 |
| Can move 0 Extremities | =0 | | | | | | | | | | | | | |
| Able to DB&C | =2 | | | | | | | | | | | | | |
| Dyspnea/Limited | =1 | 2 | 2 | | | | 2 | P | 93 | 80 | 77 | 80 | 70 | 77 |
| APNEA | =0 | | | | | | | | | | | | | |
| BP+/-20 Baseline | =2 | | | | | | | Resp. Rate | 16 | 16 | 16 | 16 | 16 | 16 |
| BP+/-20-50 Baseline | =1 | 2 | 2 | | | | 2 | Resp. Qual | n | n | n | n | n | n |
| BP+/-50 Baseline | =0 | | | | | | | | | | | | | |
| Fully Awake | =2 | | | | | | | Sat% | 99 | 98 | 99 | 100 | 100 | 100 |
| Arousable | =1 | 2 | 2 | | | | 2 | CO2% | | | | | | |
| Not Responding | =0 | | | | | | | L.O.C. | 2 | 2 | 2 | 2 | 2 | 2 |
| Able to Mainain O2 Saturation > 92% on room air | =2 | | | | | | | O2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | 2 | 2 | | | | 2 | | | | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | | | | | | | | |

I.V.: (Type/Amt)                    Site:
Appear:  ☐ Patent    ☐ Infiltrated  ☒ Red
Comfort:    No Pain / Pain    Location:    Intensity:
I.V. DC'D Intact:

| Totals: | 10 | 10 | | | | 10 |
|---|---|---|---|---|---|---|

Variances or Other Problems:

**Discharge criteria met at** (Aldrete Score of 8 or Above) **Time:** 1715
**RN Signature:** Jeivoo

**DISCHARGE PLANNING**

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents.  ☐ N/A | | |
| 2. Vital signs stable including temperature. | | | | | |
| 3. Absence of respiratory distress. | | | 7. Alert & oriented with adequate muscular strength. | | |
| 4. Swallow, cough, and gag reflex present. | | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | | |
| Minimal nausea and vomiting. | | | | | |
| 5. Transported via wheelchair, ambulatory to awaiting vehicle with staff.    Time: 1730 | | | | | |

V-1682



*A L A S K A*

Valenote Daniela

Date: 6-6-6

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of town, local or cell phone number: _____
Patient accompanied by: _____ in wait area? Yes / No  Phone # (if not)_____
Vital Signs  B/P 134/80  Pulse 88  Temp 99.0  Resp 16  O2 Sat_____
NPO? +60°  Pain Level 8 /10  Location of pain (R)
Allergies _____ norflex

Current Medications and time taken : Kadian · Vicoden · allegra · singulair
prilosec · Lunesta, trazadone , gabitril
albuterol

Time medication last taken: _____

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____  H & P and Systems Review: Yes
Time: 1547  Preoperative Diagnosis: (R) hip Slap
Any changes in medical status: _____ no

| MD Signature |

Post Procedure Note:  Postoperative diagnosis: _____
Procedure performed: (1) (R) throuberz bursa, (R) iliopectind bursa
Complications: _____

Sedation given: Fentanyl 50 mcg  Versed 1 mg
Dictation (if not today, give date) _____

508477

| MD Signature |

**V-1683**



ANCED MEDICAL CENTERS OF
*A L A S K A*

Valenote Daniela

DATE: _____ 6-6-6

## DISCHARGE INSTRUCTIONS

**The following discharge instructions are given for your care at home. Please follow the checked instructions.**

### Procedure

☐ Discogram     ☐ Selective Nerve Root Block     ☐ Lumbar Sympathetic Block
☐ Epidural Steroids     ☐ Stellate Ganglion Block     ☐ SI Joint Injection
☐ Facet Blocks     ☐ Trigger Point Injections     ☐ Other ℞ hip tendon inj

### Diet

☑ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:
☑ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☑ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☑ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:

### Medications

☐ Take prescriptions as ordered     ☐ Prescription/Medication given to patient or responsible person
    a. _____     ☑ Resume medicine as taken at home
    b. _____
    c. _____

### Additional Information

☑ Remove Band-Aids today.
☐ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over 18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☐ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:     ☐ Cold Packs     ☐ Hot Packs     ☐ Massage
    ☐ Position changes     ☐ Distraction     ☐ Breakthrough pain interventions     ☐ Relaxation     ☐ Guided imagery

Reviewed with Patient by: _____     Date: 6/6/06

Patient Signature: _____     Physician Signature: _____     **V-1684**

4/12/2005





### Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes          No

I, __DANIELA C. VALENOTE__ , have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I have had a tubal ligation.

☐ I verify that I have had a hysterectomy.

☒ I verify that I am NOT pregnant.

_____          _____
Patient Signature                              Date

**V-1685**

Valenote Daniela

POST PROCEDURAL QUESTIONNAIRE

Advanced Medical Centers of Alaska will call the patient 3-5 working days following the procedure. They will make 2 attempts to contact the patient.

They will call the patient's home phone number: _628 o 1009_

If the patient is not available they will leave a message on an answering machine asking them to call Advanced Medical Centers of Alaska, EXT _____.    NA    MESS: _____ _____ _____ _____

|  | Time | Date | Signature |

NA    MESS: _____ _____ _____ _____

|  | Time | Date | Signature |

The conversation goes something like this:

May I speak with (patient's name)

This is Advanced Medical Centers of Alaska calling to see how you are feeling after your procedure on (date) _6-0-6_ . Procedure: _(R) hip injection (fenton)_

1. How are you feeling? _getting better_

2. On a scale of 0-10, with 0 being no pain and 10 being the worst pain you can imagine, what is your pain level when you take you pain medication? _____ / 10.

If the level is above 4, the patient is asked if they are taking their pain medication.   Yes    No:

3. Where is your pain?   Injection    Surgical    Other site: _____

4. Have you had any nausea or vomiting since your procedure?   No   Yes: If yes, has it subsided?   Yes    No

5. Have you urinated in the past 8 hours?   Yes   No: _____

6. Is your IV site swollen, red or painful?   No   Yes: _____

7. Did you sleep OK last night?   Yes   No: _____

8. Did your physician talk to you after your procedure?   Yes   No: _____

9. Have you been following your discharge instructions?   Yes   No: _____

10. Do you have a follow up appointment?   Yes    No: _____

11. Do you have any questions or concerns?   No   Yes: _____

_____ signature

_6/9/06_ date

**V-1686**

**Advanced Medical Centers of Alaska**
**1917 Abbott Road, Suite 100**
**Anchorage, AK 99507**
**Patient Visit Form**

Valenote Daniela

Date _7-17-6_

**If patient is from out of Anchorage, local or cell-phone number**

| Vital Signs: | B/P _120/80_ Pulse _72_ Temp _97³_ Resp _16_ |
| --- | --- |
| | Ht (Initial visit) _____ Wt (Every visit) _139.2_ |

Reason    for    Visit: _RV + refill_

Allergies _____    Medications _____    Other Physicians:

Medication Refill Request: _____
Pharmacy Patient uses (place on care record also) _____
Today's Pain Intensity Scale (Circle pain scale #)

1 2 3 4 5 6 (7) 8 9 10    1 2 3 4 5 6 (7) 8 9 10    1 2 3 4 5 6 (7) 8 9 10

| Location: | Cervical | Thoracic Back | LBP |
| --- | --- | --- | --- |
| Type: | Stabbing | Stabbing | Stabbing |
| Radiation: | ↑ head ↓ arm | | ↓ legs |
| Continuous or Intermittent: | C | C | C |

What makes pain worse? _everything_    Better? _nothing_
Any procedure since last visit, and what was it? _____
% Relief from that procedure _____    Any neg side effects? _____

Other pertinent information/education needs _____

Signature (all clinical care providers) _____

**Physician Notes:**
Gen                    (Dr. Towens).

MS:    Palpation:    Spring:    no f (Hx / meds)
        ROM:
OS+gaard:    Flare:

Neuro:    Gait    6496(6)    Return to Kodiak

        Motor power – UE        LE        (coule be

        Sensory – LT        PP    vib    (

        Slump testing  R    L    SLR  R   L

        Impression    AAS dt ovary    **V-1687**

Notes:
                call    Emily    refill meds )
                                            Wellnem 20, 30
Procedure To Be Scheduled: _____    PT/Trombley: _Weds 7.5/7.0_
Diagnostic Studies _____    Pt to return _____
MD signature _____    Dictated? _____ Date _____ Time _____

# MERIDIAN CONSULTING GROUP

### CLEVE R. SHIREY, M.D.       BRIAN BEN-ISRAEL, RNC

May 05, 2006

Re: Daniela Valenote
    DOB 02/17/1969

To Ms. Valenote's Consulting Physicians at Mayo Clinic:

I have worked with Ms. Valenote for two and one-half years since her referral to me by her pain management physician.  Initially, I saw her for assessment and treatment of her depressive and anxiety symptoms.  My role has expanded to include adjuvant pain management and treatment of her likely Restless Legs Syndrome (RLS).

Antidepressants prescribed by me in hopes of addressing Ms. Valenote's mood symptoms and pain have included Effexor XR and Cymbalta.  She did not tolerate either particularly well, and did not experience significant improvements in her mood or pain symptoms.  She had previously been prescribed Lexapro and Zoloft by other clinicians with no therapeutic benefit for her depressive symptoms.  At Daniela's request, we've been focusing recently on addressing her insomnia and what I believe to be RLS, as outlined in my progress notes.  Her current combination of Clonazepam, Trazadone, and Gabitril has provided substantial relief of her sleep disturbance.  She is also taking Vitamin D 800 IU prophylactically to address her chronic pain, reduced energy level, and mood symptoms.  Her mood has improved somewhat with this regimen as well.

As of Ms. Valenote's 04/25/2006 appointment, she is describing five mood problem areas:
* Headaches (from what she describes, there are three different types)
* Neck, back, arm, and leg pain
* Recent hearing loss
* Mild depressive symptoms
* Insomnia (which appears to be due to RLS and pain, and not her mild depressive symptoms)

Of potential great significance, with reference to Ms. Valenote's chronic pain problems, is her recent discovery of a strong family history (sister, father, paternal uncle, and paternal grandmother) of headache symptoms and chronic neck, back, arm, and leg pain very similar to that of Ms. Valenote.  Onset of her father's and sister's non-headache pain occurred after each of them sustained a traumatic injury.

Another area of concern that I request be evaluated while Ms. Valenote is at Mayo is her recently-found left mastoiditis.  She has received conflicting assessment and treatment recommendations by two Anchorage otolaryngologists.  Given her reports of hearing loss and the distribution of some of her headache symptoms, it seems important to me that her mastoiditis is fully and definitively addressed.

**V-1688**

Cleve Shirey, M.D.                  Page 2                          5/5/2006

In summary, Ms. Valenote is a bright, articulate, previously high-functioning architect who presents with a complex pain history. She has received various diagnoses which do not appear to encompass all of her pain symptoms. Recently, strong family history of many of her symptoms has been discovered. She has been actively involved in her treatment, asks very appropriate questions about her treatment options.

I do **not** believe that Ms. Valenote's symptoms are reflective of an underlying somatoform disorder.

Please feel free to contact me if I can be of any assistance in her consultations at Mayo.

Sincerely,

Cleve R. Shirey, MD

**V-1689**

Jul 06 06 02:22p     Daniela C. Valenote                    907-622-1009               p.1

Daniela C. Valenote
4514 Upper Kogru Dr.
Eagle River, AK 99577
Phone: 907-622-1009
Fax: 907-622-1009



# Fax

| To: | Dr. Gregory Polston | From: | Daniela C. Valenote |
|-----|---------------------|-------|---------------------|
| Fax: | 770-3290 | Date: | July 6, 2006 |
| Phone: | 278-2741 | Pages: | 3 |
| Re: | Record sent to Mayo | CC: | Dr. Peter Lorentzen |

☐ Urgent     X For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

•Comments:

Dr. Polston,

Attached is the letter Dr. Shirey sent to Mayo Clinic prior to my evaluation. I felt you might want it for your records.

Sincerely,

Daniela

V-1690

**SallieMae**
WWW.SallieMae.com

P.O. BOX 9500
WILKES BARRE PA 18773-9500

(888) 272-5543

## LOAN DISCHARGE APPLICATION:
## TOTAL AND PERMANENT DISABILITY

OMB No. 1845-0065
Form Approved
Exp. Date 12/31/2005

Federal Family Education Loan Program /Federal Perkins Loan Program/William D. Ford Federal Direct Loan Program
**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying documents
will be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: BORROWER IDENTIFICATION

908 85 7375 7

DANIELA C VALENOTE
4514 UPPER KOGRU DR
EAGLE RIVER          AK   99577-9744

Please enter or correct the following information.

SSN 9_0_1_-_1_6_-_7_3_6_1

Name DANIELA CAZADORI VALENOTE

Address 4514 UPPER KOGRU DR.

City, State, Zip EAGLE RIVER, AK 99577

Telephone - Home (907) 622-1009

Telephone - Other ( ) #N/A

E-mail address (optional) DANIELA@MTAONLINE.NET

### SECTION 2: BORROWER DISCHARGE REQUEST

Before signing, carefully read the entire form, including the instructions and other information on the following pages.

**Borrower Request, Authorization, Understandings, and Certifications**

I request that the U.S. Department of Education (ED) discharge my loan(s) made under the Federal Family Education Loan (FFEL) Program, the Federal Perkins Loan (Perkins Loan) Program, and/or the William D. Ford Federal Direct Loan (Direct Loan) Program.

I authorize any physician, hospital, or other institution having records about the disability that is the basis for my request for a loan discharge to make information from these records available to the holder(s) of my loan(s).

I understand that I must submit a separate discharge application to each holder of the loan(s) that I want to have discharged. I further understand that I am not eligible to receive a final discharge of my loan(s) unless I meet certain requirements during and at the end of a conditional discharge period, as explained in Sections 6 and 7. If I am a veteran, I understand that the certification by a physician on this form is only for the purposes of establishing my eligibility to receive a discharge of a FFEL Program, Perkins Loan Program, or Direct Loan Program loan and is not for purposes of determining my eligibility for or the extent of my eligibility for Department of Veterans Affairs benefits.

I certify that I have a total and permanent disability, as defined in Section 5. In addition, I certify that I have read and understand the information on the loan discharge process, the terms and conditions for discharge, the eligibility requirements for loan discharge, and the eligibility requirements to receive future loans as explained in Sections 6, 7, and 8.

| | | |
|---|---|---|
| Signature of Borrower or Borrower's Representative | Date | Printed Name of Borrower's Representative (if applicable) |
| Address of Borrower's Representative (if applicable) | | Representative's Relationship to Borrower (if applicable) |

### SECTION 3: PHYSICIAN'S CERTIFICATION

**Instructions for Physician:** The borrower identified above is applying for discharge of his/her federal education loan(s) based on total and permanent disability. You should complete and sign the certification below only if you are a doctor of medicine or osteopathy legally authorized to practice in a state (see definition in Section 5) and if the borrower's condition meets the definition of total and permanent disability in Section 5. Provide all requested information and attach additional pages if necessary. Type or print in dark ink. Please return the completed form to the borrower or the borrower's representative. The holder(s) of the borrower's loan(s) (see definition in Section 5) may contact you for additional information or documentation.

*Note: The standard for determining disability for discharge of the borrower's loan(s) may be different from standards used under other programs in connection with occupational disability, or eligibility for social service or veterans benefits.*

1. Diagnosis/explanation of borrower's present medical condition (identify the borrower's condition and explain how it prevents the borrower from working and earning money in any capacity). Do not use abbreviations or insurance codes.

   Lumbar discogenic pain, migraine, cervical facet
   Right snapping hip, chronic pain syndrome

2. When did the borrower's medical condition begin? (MM-DD-YYYY) 1_01_-___-_2_0_0_2

3. a. Does this medical condition prevent the borrower from being able to work and earn money in any capacity ☒ Yes ☐ No

   b. If Yes, when did the borrower become unable to work and earn money (MM-DD-YYYY) ___-___-____

I certify that, in my best professional judgment, the borrower identified above is unable to work and earn money because of an injury or illness that is expected to continue indefinitely or result in death. I understand that a borrower who is currently able or who is expected to be able to work and earn money, even on a limited basis, is not considered to have a total and permanent disability.

I am a doctor of (check one) ☒ medicine ☐ osteopathy legally authorized to practice in the state of _____.

My professional license no. is __4669__
(Subject to verification through State records.)

| | | |
|---|---|---|
| Physician's Signature (a signature stamp is not acceptable) | Date 6-30-06 | Printed Name of Physician Gregory R. Polston |
| Address 1917 Abbott Suite 100 | City, State, Zip Anchorage AK 99507 | |
| Telephone (907) 278-2741 | Fax (optional) ( ) | E-mail address (optional) |

Page 1 of 3
Loan Discharge Application: Total and Permanent Disability

9088573757146124493

V-1691

1.080   LBJXX0 1565

* 9 0 8 8 5 7 3 7 5 7 1 4 6 1 2 4 4 9 3 *

SallieMae
WWW.SallieMae.com

---

**SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORM**

Type or print using dark ink.   A representative may sign on your behalf in Section 2 if you are unable to do so because of your disability.  Have Section 3 completed and signed by a doctor of medicine or osteopathy.   If you are applying for discharge of more than one loan and your loans are held by more than one loan holder, you must submit a separate discharge application (original or copy) with any accompanying attachments to each holder.  A "copy" means a photocopy of the original form completed by you (or your representative) and your physician.  If you submit copies, each copy must include an original signature from you or your representative.

---

**SECTION 5: DEFINITIONS**

- The Federal Family Education Loan (FFEL) Program  includes Federal Stafford Loans (both subsidized and unsubsidized), Federal Supplemental Loans for Students (SLS), Federal PLUS Loans, and Federal Consolidation Loans.
- The Federal Perkins Loan (Perkins Loan) Program includes Federal Perkins Loans, National Direct Student Loans (NDSL), and National Defense Student Loans (NDSL).
- The William D. Ford Federal Direct Loan (Direct Loan) Program includes Federal Direct Stafford/Ford Loans (Direct Subsidized Loans), Federal Direct Unsubsidized Stafford/Ford Loans (Direct Unsubsidized Loans), Federal Direct PLUS Loans (Direct PLUS Loans), and Federal Direct Consolidation Loans (Direct Consolidation Loans).
- A conditional discharge due to a total and permanent disability allows you (and, if applicable, any endorser) to stop making payments on your loan(s) during the conditional discharge period (see definition) while ED evaluates your eligibility for a final discharge. A conditional discharge is granted when ED makes an initial determination that you have a total and permanent disability as defined in this section. See also Sections 6 and 7.
- The conditional discharge period begins on the date that you became totally and permanently disabled, as certified by the physician who completes Section 3, and lasts for up to three years. The conditional discharge period ends when ED either grants a final discharge or determines that you do not qualify for a final discharge. During the conditional discharge period, ED will monitor your eligibility for a final discharge. See also Sections 6 and 7.
- A final discharge due to a total and permanent disability condition cancels your obligation (and, if applicable, any endorser's obligation) to repay the remaining balance on your FFEL Program, Perkins Loan Program, and/or Direct Loan Program loan.  ED grants a final discharge if you meet certain conditions during and at the end of the conditional discharge period. See Section 7.
- The holder of your FFEL Program loan(s) may be a lender, a guaranty agency, or the U.S. Department of Education (ED). The holder of your Perkins Loan Program loan(s) may be a school you attended or ED. The holder of your Direct Loan Program loan(s) is ED.
- State includes the 50 States, the District of Columbia, American Samoa, the Commonwealth of Puerto Rico, Guam, the Virgin Islands, the Commonwealth of the Northern Mariana Islands, the Republic of the Marshall Islands, the Federated States of Micronesia, and the Republic of Palau.
- If you have a total and permanent disability this means that you are unable to work and earn money because of an injury or illness that is expected to continue indefinitely or result in death.  Note: (1) This standard may be different from standards used under other programs in connection with occupational disability or eligibility for social service benefits.  (2) You cannot be considered to have a total and permanent disability if your condition existed at the time your loan(s) was made, unless your condition has substantially deteriorated so that you are now totally and permanently disabled.

---

**SECTION 6: LOAN DISCHARGE PROCESS | TERMS AND CONDITIONS FOR LOAN DISCHARGE**

1. If your loan holder (other than ED) determines, based on a review of your loan discharge application, that you appear to meet the eligibility requirements for a loan discharge based on total and permanent disability, your loan(s) will be assigned to ED.  For FFEL Program loans currently held by a lender, this determination will be made by both your lender and guaranty agency.  ED will be your new loan holder.
2. After receiving your loan(s), ED will review the physician's certification in Section 3 and other information relating to your application for loan discharge.  Based on the results of this review, ED will make an initial determination on your application.  If ED determines that you have a total and permanent disability, you will be notified that a conditional discharge has been granted for a period of up to three years from the date that you became totally and permanently disabled.  If ED determines that you do not have a total and permanent disability, you will be notified of that determination and you must resume repayment of your loan(s).
   During the conditional discharge period:  (A) you are not required to make any payments on your loan(s);  (B) you are not considered to be delinquent or in default on your loan(s), unless you were delinquent or in default at the time the conditional discharge was granted;  (C) you must promptly notify ED if your annual earnings from employment exceed the poverty line amount for a family of two;  (D) you must promptly notify ED of any changes in your address or telephone number; and  (E) if requested, you must provide ED with additional documentation or information related to your eligibility for loan discharge.  This may include, but is not limited to, documentation of your annual earnings from employment.
3. If you continue to meet the conditions described in Section 7, Item 4, during and at the end of the conditional discharge period, ED will grant a final discharge of your loan(s) at the end of the conditional discharge period.  The discharge will be reported to credit bureaus, and any payments you made after the date you became totally and permanently disabled will be returned to you.
4. If you do not meet the conditions described in Section 7, Item 4, at any time during or at the end of the conditional discharge period, the conditional period will end and you will not receive a final discharge.  This means that you will be responsible for repaying your loan(s) in accordance with the terms of your promissory note(s).  However, you will not be required to pay interest that accrued on your loan(s) from the date ED made an initial determination that you were totally and permanently disabled until the date the conditional discharge period ended.  ED will continue to be your loan holder.

---

**SECTION 7: ELIGIBILITY REQUIREMENTS FOR LOAN DISCHARGE**

1. Your condition must not have existed at the time your loan(s) was made, unless your condition has since substantially deteriorated so that you are now totally and permanently disabled.
2. If you are applying for discharge of a consolidation loan, your condition must not have existed at the time any of the loan(s) you consolidated were made, unless your condition has substantially deteriorated so that you are now totally and permanently disabled.  If requested, you must provide the holder of your consolidation loan(s) or ED with the disbursement dates of the loan(s) you consolidated.
3. To qualify for a conditional discharge, you must have a total and permanent disability, as defined in Section 5.  This must be certified by a physician in Section 3.
4. To qualify for a final discharge, you must meet the following conditions during and at the end of the conditional discharge period described in Section 6:  (A) your annual earnings from employment must not exceed the poverty line amount (see NOTE below) for a family of two in your state (regardless of your actual family size), and  (B) you must not receive a new loan under the FFEL Program, the Perkins Loan Program, or the Direct Loan Program.
   NOTE: A physician cannot certify that you have a total and permanent disability if, at the time of the physician's certification, you are able to work and earn money in any capacity. However, if you attempt to work during the conditional discharge period, you may earn up to the poverty line amount each year during that period. This standard allows you to try to work without being disqualified from receiving a final discharge. The poverty line amounts are updated annually. ED will notify you of the current poverty line amounts during each year of the conditional discharge period.

---

**SECTION 8: WHERE TO SEND THE COMPLETED LOAN DISCHARGE APPLICATION**

| Send the completed loan discharge application and any attachments to: (If no address is shown, return to your loan holder) | If you need help completing this form, call: |
|---|---|
| P.O. BOX 9500<br>WILKES BARRE PA 18773-9500 | (888) 272-5543 |

Page 2 of 3
Loan Discharge Application: Total and Permanent Disability

9088573735746124493

L080    LHJXX0  1565

V-1692


WWW.SallieMae.com

---

**SECTION 9: ELIGIBILITY REQUIREMENTS TO RECEIVE FUTURE LOANS**

1. If you are granted a final discharge due to total and permanent disability, you are not eligible to receive future loans under the FFEL, Perkins Loan, or Direct Loan programs unless: (A) you obtain a certification from a physician that you are able to engage in substantial gainful activity, and (B) you sign a statement acknowledging that the new loan you receive cannot be discharged in the future on the basis of any injury or illness present at the time the new loan is made, unless your condition substantially deteriorates so that you are again totally and permanently disabled.

2. If you are granted a conditional discharge of your loan(s) based on a total and permanent disability and you request a new FFEL, Perkins Loan, or Direct Loan Program loan during the conditional discharge period, you are not eligible to receive the new loan unless: (A) you obtain a certification from a physician that you are able to engage in substantial gainful activity; (B) you sign a statement acknowledging that neither the previous conditionally discharged loan(s) nor the new loan you receive can be discharged in the future on the basis of any injury or illness present when you applied for a total and permanent disability discharge or at the time the new loan was made, unless your condition substantially deteriorates so that you are again totally and permanently disabled; (C) you sign a statement acknowledging that the conditionally discharged loan(s) will be removed from conditional discharge status; and (D) ED has removed the conditionally discharged loan(s) from conditional discharge status (see Section 6, Item 5).

---

**SECTION 10: IMPORTANT NOTICES**

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are Section 428(b)(2)(A) et seq., Section 451 et seq., and Section 461 et seq., of the Higher Education Act of 1965, as amended (20 U.S.C. 1078(b)(2)(A) et seq., 20 U.S.C. 1087a et seq., and 20 U.S.C. 1087 aa et seq.) and the authority for collecting and using your Social Security Number (SSN) is Section 484(a)(4) of the HEA (20 U.S.C. 1091(a)(4)). Participating in the Federal Family Education Loan (FFEL) Program, the William D. Ford Federal Direct Loan (Direct Loan) Program, or the Federal Perkins Loan (Perkins) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the FFEL, Direct Loan and/or Perkins Programs, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect on your loan(s) if your loan(s) become delinquent or in default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed to third parties as authorized under routine uses in the appropriate systems of records. The routine uses of this information include its disclosure to federal, state, or local agencies, to other federal agencies under computer matching programs, to agencies that we authorize to assist us in administering our loan programs, to private parties such as relatives, present and former employers, business and personal associates, to credit bureau organizations, to educational institutions, and to contractors in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to counsel you in repayment efforts, to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default, to provide default rate calculations, to provide financial aid history information, to assist program administrators with tracking refunds and cancellations, or to provide a standardized method for educational institutions efficiently to submit student enrollment status.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice:** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. The valid OMB control number for this information collection is 1845-0065. The time required to complete this information collection is estimated to average 0.5 hours (30 minutes) per response, including the time to review instructions, search existing data resources, gather and maintain the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: U.S. Department of Education, Washington, DC 20202-4651. *Do not send the completed loan discharge application to this address.*

If you have any comments or concerns regarding the status of your *individual submission* of this form, contact your loan holder (see Section 8).

90885737574612493

# V-1693

L080    LBJXX0  1565

# CONSENT FOR INVOLVEMENT IN CARE

### Advanced Medical Centers of Alaska

In order to comply with specific rules regarding HIPAA, we ask that our patients complete and sign this privacy and security of health information. _Unless this form is completed, we cannot talk to anyone but you._

**BILLING AND PAYMENT INFORMATION**

I, _Daniela C. Valenote_ , hereby authorize Advanced Medical Centers of Alaska's billing department to speak to the person(s) listed below regarding my billing and payment information.

1. _VICTOR VALENOTE_ relationship to patient _HUSBAND_

2. _____ relationship to patient _____

**MEDICATION INFORMATION**

I, _Daniela C. Valenote_ , hereby authorize Advanced Medical Centers of Alaska to release prescriptions that need to be picked up on my behalf to the person(s) listed.

1. _VICTOR VALENOTE_ relationship to patient _HUSBAND_

2. _AMANDA ROTHBARTH_ relationship to patient _FRIEND_

**APPOINTMENT REMINDERS**

I, _Daniela C. Valenote_ , hereby authorize Advanced Medical Centers of Alaska and staff to leave appointment reminders by the following methods.

|   |   |   | Yes | No | N/A |
|---|---|---|-----|-----|-----|
| 1. | Home Telephone | _907-622-1009_ | ✓ | | |
| 2. | Work Telephone | _N/A_ | | | |
| 3. | Cellular Phone | _N/A_ | | | |
| 4. | Home Fax | _SAME_ | ✓ | | |
| 5. | Voice Mail | _SAME_ | ✓ | | |

I understand and assume responsibility of notifying AMCA whenever the listed information changes. I understand this release **excludes;** insurance companies, attorneys and other health care providers.

_Daniela C. Valenote_ _____  _06/26/06_
Patient Signature                               Date

_Jeex Blackard_ _____  _6/26/06_
Withess / Staff Signature                     Date

**V-1694**

DANIELA C. VALENOTE      MC#93-179-500
JUNE 27, 2006

HYDROC/APAP    7.5/500  X  3/DAY  x
KADIAN         50 MG    X  1/DAY
GABITRIL       4 MG     X  8/DAY  1233
MAXALT         10 MG    AS NEEDED
TRAZODONE      100 MG X  1/DAY
CLONAZEPAM     0.5 MG X  2-4/DAY
ALLEGRA        180 MG X  1/DAY
SINGULAR       10 MG  X  1/DAY
XOPENEX HFA - INHALER AS NEEDED
PRILOSEC       40 MG  X  1/DAY

ACETASOL - HC OTIC  2 DROPS/EAR X 2/WEEK
TRIAMCINOLONE 0.1%   AS NEEDED W/INFECTION
NYSTATIN       100,000U  AS NEEDED W/INFECTION

DIGESTIVE ADVANTAGE - LACTOSE INTOLERANCE X
               1/DAY

MSM  w/ GS-500  X 1/DAY
SENNA          470   X  3-5/DAY + TEA
ONESOURCE WOMEN'S MULTIVITAMIN X 2/DAY
VITAMIN D      400 IU X 1/DAY
H.A. JOINT FORMULA  X 3/DAY
    INCLUDES: HYDROLYZED COLLAGEN TYPE II
              CHONDROITIN SULFATE
              HYALURONIC ACID
              BIOCELL COLLAGEN II

ATROVENT NASAL SPRAY - 2 SPRAYS X 2/DAY
QVAR  INHALER      2 SPRAYS X 2/DAY

V-1695

Valente, Daniela                                                        Polston

## PROCEDURE REMINDER
### ADVANCED MEDICAL CENTERS OF ALASKA

Procedure: (R) Cervical 5,6,7 w BB

Date/Time: 8/8/06 @ 8:30    Pt.Appt.:_____ @_____

Pre-Op Visit:_____ @_____    Allergies: Norflex

Contact Phone Number on Procedure Date:_____

Interpreter Scheduled, if Needed:    Yes  (No)  Language: English/_____

DCV Nothing to eat or drink after 6 HOURS prior to procedure.

Arrive at    (AMCA) / PROV / ARH / HEALTHSOUTH    @_____ am/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to
your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication:_____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

DCV If you take daily medications, take with small sips of water.

DCV Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.

Lab work needed  (No)  Yes    If Yes, if testing required:_____

Additional Information:

DCV   Call your insurance company and obtain pre-certification for your procedure.
      Arrange for someone to transport you to and from the procedure. You cannot take a taxi or
      Anchor Ride.
DCV   A responsible adult will need to escort you home. **There are no exceptions to this policy.**
DCV   **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
DCV   If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
DCV   **If there is a chance you could be pregnant, inform the doctor or nurse.**
      Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or
      perfumes.
DCV   Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
      If you have been provided with a back brace for surgery, bring it to the hospital with you.
      If you are having surgery, take all paperwork provided to you to the procedure.

Other Instructions:_____

Reviewed by:_____    Patient:_____    Date: 07-11-06

12/02/2005

**V-1696**

# ADVANCED PAIN CENTERS OF ALASKA
### 1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

DEBORAH KILEY ANP                                    DEA #   MK0194631

Patient Name  __DANIELA C VALENOTE__                     Rx Date  __July 20, 2006__

Address  __4514 Upper Kogru, Eagle River, AK 99577__          Phone  __(907) 622-1009__

Gender  __F__    DOB __02/17/1969__    Insurance Plan  __Premera Blue Cross__

## Rx

__VICODIN 7.5/500 TABS__                                 Rx #   __44523__

__THREE TIMES A DAY__

Quantity __Eighty-four (84)__          Units __not specifie__  Days Supplied __28__  Refills __0__  Generic Allowed __YES__

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature _____

Printed Name  _VICTOR VALENOTE_          ID Checked

Relationship to Patient  _SPOUSE_          Date  _7/29/06_

**V-1697**

## ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

DEBORAH KILEY ANP

DEA #    MK0194631

Patient Name  DANIELA C VALENOTE                     Rx Date  July 20, 2006

Address   4514 Upper Kogru, Eagle River, AK 99577              Phone   (907) 622-1009

Gender   F      DOB  02/17/1969      Insurance Plan  Premera Blue Cross

# Rx

KADIAN 30MG CP24                                    Rx #    44525

ONCE A DAY

Quantity  Twenty-eight (28)          Units not specifie  Days Supplied   28   Refills 0   Generic Allowed  YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature

Printed Name  VICTOR VALENOTE

SPOUSE                                    ID Checked  7/24/06

Relationship to Patient                   Date

V-1698

## ADVANCED PAIN CENTERS OF ALASKA
1917 Abbott Road Anchorage, AK 99507 (907) 278-2741

DEBORAH KILEY ANP

DEA #   MK0194631

Patient Name   DANIELA C VALENOTE                                    Rx Date   July 20, 2006

Address   4514 Upper Kogru, Eagle River, AK 99577

Phone   (907) 622-1009

Gender   F        DOB   02/17/1969        Insurance Plan   Premera Blue Cross

## Rx

KADIAN 20MG CP24                                                      Rx #   44527

ONCE A DAY

Quantity  Twenty-eight (28)              Units  not specifie   Days Supplied   28   Refills   0    Generic Allowed   YES

Signature of Prescriber _____

(Do not fill unless signed by Prescriber)

Signature _____

Printed Name   VICTOR VALENOTE              ID Checked

Relationship to Patient   SPOUSE            Date   7/27/06

V-1699



*Valenote, Danrela*

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
## AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 07/17/06          TIME: 3:38          A.M.  (P.M)

1.  I hereby authorize Dr. *Polston*
    to perform the following operation or procedure, known as

    > Medial Branch Block Injection of Local Anesthetic and/or Steroid at Cervical levels five, six, and
    > seven, of local anesthetic and/or steriod with moderate sedation

    upon myself or *Daniela C. Valenote*
    (NAME OF PATIENT)

2.  The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

    > Local bruising, infection, , swelling, worse pain, drug reaction bleeding.

3.  I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.  I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.  I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.  I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND
THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR
POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE
PROCEDURE.**

_____          _____
Patient's Signature               Witness Signature

_____          _____
Signature of Relative Responsible for Patient     Relationship to Patient

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

**V-1700**



**ADVANCED MEDICAL CENTERS OF ALASKA**
Multi-disciplinary Rounds: Date: _8/29/06_

Physician: (Polston)   Roderer   Stinson

**Psychology:**

_____
SIGNATURE

**THERAPY:**

Hip Spica support for ® hip
TENS to Ⓛ side
will see us she tolerates with home program emphasis

_____
SIGNATURE

**MEDICAL:**

- will see in clinic

_____
SIGNATURE

**Plan/Goals:**

1.) _____

2.) _____

3.) _____

**V-1701**

ALASKA PRINTING, INC. • (907) 563-1989

## Advanced Medical Centers of Alaska
## Procedure Precertification/Authorization

PROCEDURE DATE: 8-29-06

Patient is established at location: Anch

Date Today: 8-23-06    Initials: EOR

Procedure to be performed at: Anch

Patient
Name: Valenote, Daniela

Patient
SSN: 590 / 16 / 7361

Subscriber
Name: Valenote, Victor

Subscriber
SSN: 590- / 07 / 2167

GRP or
Claim#: 1005225          ID#: ZKR 16037626 DOI: / /     Site of Injury:

Insurance Name: Blue Cross Blue Shield          Workmans Comp.

Phone: 1-800-345-6784          Fax:

Rep. Name: Dasia          Diagnosis Code: 721.0

Deductible:$ 3,000     Deductible Met: Yes / No   If yes, how much is met:$ 3,000

Coins/
ploss:$ 1,000

Coins/
Stoploss Met: Yes / No   If yes, how much is met:$ 1,000

Percentage:_____ /MET:_____ /PAY AFTER:_____     CPT Code:_____

Procedure:_____

Pre-Auth: APPROVED - DENIED - OPEN - W/C DO NOT AUTHORIZE - O.I. NO AUTHORIZATION NEEDED  or

Authorization #_____

Comments: Didn't get any codes regarding procedure (Dr. to decide)
Procedure in office; pre cert needed = not required
the out of pocket & deductible has been meet

CHECK LIST:
_____ FACESHEET INFORMATION
_____ INSURANCE CARD

_____ ARE ALL CHART NOTES ATTACHED (Discography Notes, F/U notes)
_____ WHAT PROCEDURE IS BEING DONE? (SPECIFY exactly)

3/7/2006

V-1702

Signature **VK** (signature)

Printed Name: Victor Valentine

Relationship to Patient: Spouse

ID Checked: **BB**

Date: 8/18/06

V-1703



---

Lawrence W. Stinson, M.D.
Gregory P. Polston, M.D.
Deborah Kiley, ANP
Connie Judd, ANP

Grant T. Roderer, M.D.
Nancy E. Cross, M.D.
Connie Judd, ANP

1917 Abbott Rd. Ste. 100 · Anchorage, AK 99507
PH: 907-276-2741 · FX: 907-770-3283

PATIENT'S FULL NAME: Valentte     Phone Number ____     Age ____   Sex ____

ADDRESS ____

**Rx**   Vicodin 7.5/500   (# 84)
Sig: i po q4H   (eighty four)

Dr. _____ (signature)      Dr. _____ (signature)

☐ Refills   1   2   3   4   ____

☑ No Refills     Void After ____

DISPENSE ONLY AS WRITTEN        PRODUCT SELECTION PERMITTED

DEA # BV74424

**VALID FOR CONTROLLED SUBSTANCES**

0708

---

Lawrence W. Stinson, M.D.
Gregory P. Polston, M.D.
Deborah Kiley, ANP

Grant T. Roderer, M.D.
Nancy E. Cross, M.D.
Connie Judd, ANP

1917 Abbott Rd. Ste. 100 · Anchorage, AK 99507
PH: 907-276-2741 · FX: 907-770-3283

PATIENT'S FULL NAME: Patricia Valente   Phone Number ____   Age 28   Sex ____

ADDRESS ____

**Rx**   Kadian 20 mg   (# 28) (twenty eight)
Sig: i po qd

Kadian 30 mg   # 28
Sig: i po qd   (twenty eight)

Dr. _____ (signature)     Dr. _____ (signature)

Refills   1   2   3   4   ____

☑ No Refills     Void After ____    Date   6-18-06

DISPENSE ONLY AS WRITTEN        PRODUCT SELECTION PERMITTED

DEA # BP0698

**VALID FOR CONTROLLED SUBSTANCES**

0707

Valenote, Daniela                                          Dr. Holston

## PROCEDURE REMINDER
### ADVANCED MEDICAL CENTERS OF ALASKA

**Procedure:** Other — (possible RFA) Dr. to decide

**Date/Time:** _____ @ 8:45 _____    **Pt.Appt.:** _____ @ _____

**Pre-Op Visit:** _____ @ _____    **Allergies:** _____

**Contact Phone Number on Procedure Date:** _____

**Interpreter Scheduled, if Needed:**    Yes    (No)    **Language:** English/ _____

~~Nothing to eat or drink after **6 HOURS** prior to procedure.~~

**Arrive at**    (AMCA) / PROV / ARH / HEALTHSOUTH    @ _____ am/pm.

**If you are scheduled for a Discogram, please arrive one hour prior to**
**your scheduled appointment time for preparation.**

If Diabetic, Instructions for Medication: _____
Check your blood sugar the morning of the procedure. Bring your blood sugar monitoring equipment with you.

If you take daily medications, take with small sips of water.

✓ ~~Stop NSAID's, aspirin and aspirin-containing compounds one week prior to procedure.~~

Lab work needed    (No)    Yes    If **Yes**, testing required: _____

**Additional Information:**
- Call your insurance company and obtain pre-certification for your procedure.
- Arrange for someone to transport you to and from the procedure. You cannot take a taxi or Anchor Ride.
- A responsible adult will need to escort you home. **There are no exceptions to this policy.**
- **No dental work, body piercing, or tattoos two weeks prior to any procedure.**
- If you have a burn, cut, rash or open sore or injury of any kind, inform the doctor or nurse.
- **If there is a chance you could be pregnant, inform the doctor or nurse.**
- Wear comfortable clothing to the procedure. Do not bring/wear jewelry or apply lotions or perfumes.
- Bathe thoroughly with soap and water the *evening before* and the *morning of* your procedure.
- If you have been provided with a back brace for surgery, bring it to the hospital with you.
- If you are having surgery, take all paperwork provided to you to the procedure.
- Other Instructions: _____
  _____

_____ I understand that there is a deposit of $ _____ due on or before the day of my procedure.
**Reviewed by:** _____    **Patient:** _____    **Date:** 8/15/06

4/20/2006

**V-1704**

ADVANCED MEDICAL CENTERS OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD

*Valenote Daniela*

## PRE-PROCEDURE

DATE: 8-8-6     TIME: 830 (AM)/ PM     NPO STATUS: + 6⁰

☒ Consent Stating "Procedure w / conscious Sedation" Signed     ☐ H&P Reviewed

Allergies: Norflex     Charted  8/8/06

Current Medications:

Previous Complications from Surgery/Anesthesia: ☑ None Reported

| Comfort: No Pain (Pain) Location: | Intensity: | Review of Diagnostic Data: | ☑ Yes |
| --- | --- | --- | --- |

| Time | IV TYPE | Patient Appropriate Candidate: | ☑ Yes | ☐ No |
| --- | --- | --- | --- | --- |
| 840 | 22HL (R) hand | ASA Classification: (1) 2 3 4 5 E | | |

Anesthesia Plan: ☒ Sedation IV/ PO / IM
☐ Local     ☐ No Sedation

PHYSICIAN SIGNATURE:

## PROCEDURE

| Procedure: Right C 5, 6, 7     MBB | READY TIME: 845 | START: 900 | END: 915 |
| --- | --- | --- | --- |

MD: Holston

Grounding Pad Site:

NIBP: R (L) Arm) Leg   Pulse Oximeter (R) L (Hand) Foot

Pt. Pos: R / L   Lateral   Supine (Prone) Other

Notes:

| TIME | MEDS | DOSE | ROUTE | "Response" Loc | Activity | Administered by: |
| --- | --- | --- | --- | --- | --- | --- |
| | no Sedation | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Baseline   Vital Statistics Q 5 min

| | | Baseline | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **V** | Time | 855 | 900 | 905 | 910 | 915 | | |
| **I** | B/P | 115/74 | 128/86 | 129/85 | 128/83 | 130/88 | | |
| **T** | P | 74 | 76 | 92 | 82 | 86 | | |
| **A** | EKG | | | | | | | |
| **L** | *Resp. Rate/Qual | 16 | 16/N | 16/N | 16/N | 16/N | / | / |
| **S** | Sat% | — | 100 | 99 | 100 | 100 | | |
| **A** | **Activity | 2 | 2 | 2 | 2 | 2 | | |
| **L** | **Resp. | 2 | 2 | 2 | 2 | 2 | | |
| **D** | **Circ. | 2 | 2 | 2 | 2 | 2 | | |
| **R** | *L.O.C. | 2 | 2 | 2 | 2 | 2 | | |
| **E** | **Oxygenation | 2 | 2 | 2 | 2 | 2 | | |
| **T E** | O2/NC | ∅ | ∅ | ∅ | ∅ | ∅ | | |

| Key on back | ☐ Vital signs continue on page #2 |
| --- | --- |

Protective Reflexes: ☑ Yes   ☐ N/A (Topical Anesthetic Used)

Reversal Agent Used: ☐ Yes  ☑ No  If yes, why?     Photos Taken: ☑ Yes  ☐ No

Other Complications:

Post-Procedure Report Given to:     By: CTeilton (Procedure RN) Time

**V-1705**

ADVANCED MEDICAL CENTERS OF ALASKA
CONSCIOUS SEDATION / NURSING RECORD

Valenote Daniela

DATE: 8-8-6

| VITALS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V I T A L S | Time | | | | | | | | |
| | B/P | | | | | | | | |
| | P | | | | | | | | |
| | EKG | | | | | | | | |
| | *Resp. Rate/Qual | / | | / | | / | | / | / |
| | Sat% | | | | | | | | |
| A L D R E T E | **Activity | | | | | | | | |
| | **Resp. | | | | | | | | |
| | **Circ. | | | | | | | | |
| | **L.O.C. | | | | | | | | |
| | **Oxygenation | | | | | | | | |
| | O2/NC | | | | | | | | |

Admission Temperature: 98.9     Discharge Temperature: 98.4

**ALDRETE SCORING**

| Pre Procedure BP: 115/74 | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | 2 | (15) | | | | |
| Can move 2 Extremities | =1 | | | | | | |
| Can move 0 Extremities | =0 | | | | | | |
| Able to DB&C | =2 | 2 | 2 | | | | |
| Dyspnea/Limited | =1 | | | | | | |
| APNEA | =0 | | | | | | |
| BP+/-20 Baseline | =2 | 2 | 2 | | | | |
| BP+/-20-50 Baseline | =1 | | | | | | |
| BP+/-50 Baseline | =0 | | | | | | |
| Fully Awake | =2 | 2 | 2 | | | | |
| Arousable | =1 | | | | | | |
| Not Responding | =0 | | | | | | |
| Able to Maintain O2 Saturation > 92% on room air | =2 | 2 | 2 | | | | |
| Needs O2 Inhalation to Maintain O2 Saturation > 90% | =1 | | | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | 10 | W | | | | |

Discharge criteria met at (Aldrete Score of 8 or Above) Time: 925
RN Signature: Geiboory

**VITAL SIGNS Q 15 MIN.**

| TIME | 915 | 920 | 925 | | |
|---|---|---|---|---|---|
| B/P | 137 68 | 144 66 | 146 67 | | |
| P | 67 | 72 | 72 | | |
| Resp. Rate | 16 | 16 | 16 | | |
| Resp. Qual | n | n | n | | |
| Sat% | 98 | 98 | 98 | | |
| CO2% | | | | | |
| L.O.C. | 8 | 8 | 8 | | |
| O2 | | | | | |

I.V.: (Type/Amt)                        Site D/losed
Appear:  ☐ Patent   ☐ Infiltrated  ☐ Red
Comfort:  No Pain / Pain   Location:        Intensity:
I.V. DC'D Intact:

Variances or Other Problems:

**DISCHARGE PLANNING**

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | ✓ | | 6. Minimum of 2 hours has elapsed after last administration of reversal agents ✓ N/A | | |
| 2. Vital signs stable including temperature. | ✓ | | | | |
| 3. Absence of respiratory distress. | ✓ | | 7. Alert & oriented with adequate muscular strength. | ✓ | |
| 4. Swallow, cough, and gag reflex present. | | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | ✓ | |
| minimal nausea and vomiting. | | | | | |
| Transported via wheelchair, ambulatory to awaiting vehicle with staff. Time: 930 | | | | | |

V-1706



ADVANCED MEDICAL CENTERS OF
*A L A S K A*

Valenote Daniela

Date: _____8-8-6_____

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of town, local or cell phone number: _____
Patient accompanied by: _____ in wait area? (Y) Phone # (if not) _____
Vital Signs  B/P 115 / 74  Pulse 74  Temp 98.0  Resp 16  O2 Sat _____
NPO? + 6 °  Pain Level 7 /10  Location of pain neck
Allergies _____ nortflex _____

Current Medications and time taken : Kadian · vicodin · allegra · singulair
_____ prilosec · lunesta · trazadone · gabitril
_____ albuterol

Time medication last taken: _____

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____ H & P and Systems Review: _____
Time: 9:11  Preoperative Diagnosis: cervical facet
Any changes in medical status: _____

161440

[ ] MD Signature

Post Procedure Note:  Postoperative diagnosis: _____
Procedure performed: (L) Supp 7 · Mbb
Complications: _____

Sedation given: no Sedation
Dictation (if not today, give date) _____

[ ] MD Signature

06/22/05

**V-1707**





Valenote, Daniela

### Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes          No

I, *Daniela C. Valenote*, have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I have had a tubal ligation.

☐ I verify that I have had a hysterectomy.

☒ I verify that I am NOT pregnant.

Patient Signature _____

Date  08-08-06

V-1708

POST PROCEDURAL QUESTIONNAIRE

Valenote Daniela

Advanced Medical Centers of Alaska will call the patient 3-5 working days following the procedure. They will make 2 attempts to contact the patient.

They will call the patient's home phone number: ___ 622 · 1009 ___
If the patient is not available they will leave a message on an answering machine asking them to call Advanced Medical Centers of Alaska, EXT _____.    NA    MESS: _____ _____ _____ _____
                                                                        Time      Date     Signature

                                            NA    MESS: _____ _____ _____ _____
                                                          Time      Date     Signature

The conversation goes something like this:
        May I speak with (patient's name)
        This is Advanced Medical Centers of Alaska calling to see how you are feeling after your procedure
        on (date) 8-8-6 _____. Procedure: ___ Cervical Medial branch block ___

1. How are you feeling? ___ would for a couple of hours ___

2. On a scale of 0-10, with 0 being no pain and 10 being the worst pain you can imagine, what is your pain level when you take you pain medication? _____ / 10.
        If the level is above 4, the patient is asked if they are taking their pain medication. Yes    No:

3. Where is your pain? Injection    Surgical    Other site: _____

4. Have you had any nausea or vomiting since your procedure?  No    Yes:  If yes, has it subsided?  Yes    No

5. Have you urinated in the past 8 hours?  Yes    No: _____

6. Is your IV site swollen, red or painful?  No    Yes: _____

7. Did you sleep OK last night?  Yes    No: _____

8. Did your physician talk to you after your procedure?  Yes    No: _____

9. Have you been following your discharge instructions?  Yes    No: _____

10. Do you have a follow up appointment? (Yes)  No: RFA  8·29·06

11. Do you have any questions or concerns?  No    Yes: _____

___ CTeilbor ___                    ___ 8·22·06 ___
signature                              date

**V-1709**

```
                    ************************
                    ***   TX REPORT   ***
                    ************************

TRANSMISSION OK

JOB NO.              2379
DESTINATION ADDRESS  918004503593pp3390
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME             09/06 16:11
USAGE T              00'19
PGS.                 1
RESULT               OK
```

Sep 05, 14:53  CDT  by: BRAD LEWIS            (14:54)  Page 2 of 2

---

**Ɛmpi.**   Empi
         599 Cardigan Road
         St. Paul, Minnesota 55126-4099
         651-415-9000; 800-328-2536

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 1626499

*Dear Physician:*
*In order to ensure accurate claims submission and the continued usage of your patient's Empi*
*device, we must have documentation to support the medical necessity of the product and any*
*related supplies.* **Please provide the information requested below.**

## PHYSICIAN'S STATEMENT OF MEDICAL NECESSITY/PRESCRIPTION

PLEASE COMPLETE, SIGN, DATE AND RETURN IN THE ENCLOSED ENVELOPE,
OR FAX TO 800-450-3593

Account #          2749832
Patient Name       VALENOTE DANIELA
Address            4514 UPPER KOGRU DR

City/State/Zip     EAGLE RIVER, AK 89577
Social Security #

Patient Requires:  EMPI TENS UNIT SUPPLIES

Date of Issue: 09-05-2006 _____     Date of Onset/Injury: _____

ICD-9 Code(s):  722.32

Previous Treatment(s)/Medication(s):  _Injections, opioids, NSAID_
_muscle rxn_ _____

Estimated Length of Need:   ☐ Lifetime, (Purchase)

                            ☑ 6 - 9 Months, (Long-term Need)

                            ☐ _____ Months (Please Enter # of Months)

 **COPY**

**V-1710**

I certify that the medical necessity information noted above is true, accurate and complete
to the best of my knowledge.

 **Empi**

Empi
599 Cardigan Road
St. Paul, Minnesota 55126-4099
651-415-9000; 800-328-2536

 1626499

*Dear Physician:*
*In order to ensure accurate claims submission and the continued usage of your patient's Empi*
*device, we must have documentation to support the medical necessity of the product and any*
*related supplies.  Please provide the information requested below.*

## PHYSICIAN'S STATEMENT OF MEDICAL NECESSITY/PRESCRIPTION

PLEASE COMPLETE, SIGN, DATE AND RETURN IN THE ENCLOSED ENVELOPE,
OR FAX TO 800-450-3593

Account #          2749832
Patient Name       VALENOTE DANIELA
Address            4514 UPPER KOGRU DR

City/State/Zip     EAGLE RIVER, AK 99577
Social Security #

Patient Requires:  EMPI TENS UNIT SUPPLIES

Date of Issue:  09-05-2006          Date of Onset/Injury: _____

ICD-9 Code(s):  _722.$32_ _____

Previous Treatment(s)/Medication(s): _injections, april, NSAID_
_muscle rxn_

Estimated Length of Need:   ☐  Lifetime, (Purchase)

                            ☑  6 - 9 Months, (Long-term Need)

                            ☐ ____ Months (Please Enter # of Months)

I certify that the medical necessity information noted-above is true, accurate and complete
to the best of my knowledge.

Physician's Signature:     Date: _9-6 - 06_


POLSTON GREGORY MD              UPIN#                    **V-1711**
1917 ABBOTT RD                  907/278-2741
STE 100                         REF# 302144
ANCHORAGE, AK 99507             Ret to: BRAD LEWIS

801008 Rev. U, ©1995, 2002 Empi 6/02

 COPY

Sep 05, 14:53  CDT  by: BRAD LEWIS               (14:54)  Page 1 of 2



599 Cardigan Road
St. Paul, MN  55126
800-328-2536
**800-450-3593 FAX**

Date:  09-05-2006                    Total Pages:  2    (including cover)

Fax:  907-770-3290

To: DR                               Company:  GREGORY POLSTON MD

From:  BRAD LEWIS                    Telephone:  800-328-2536 ext.   8356

Subject:  DANIELA VALENOTE

CONFIDENTIAL

The document(s) accompanying this transmission contain confidential information that is property of the sender and
is considered privileged.  This information is intended only for the individual(s) named above.  If you are not the
intended recipient, please note that any duplication, distribution, disclosure or action taken of the contents of this
transmission is prohibited.  If you receive this documentation in error please contact me immediately.

Comments:

PLEASE FILL OUT COMPLETELY SO THAT PATIENT CAN REC REQUESTED TENS
SUPPLIES. THANK YOU, BRAD LEWIS (800)453-9066

**V-1712**



*ALASKA*



## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS
### AND THE RENDERING OF OTHER MEDICAL SERVICES

DATE: 8/29/06        TIME: 0920        (A.M.) P.M.

1.   I hereby authorize Dr. _Polston_
     to perform the following operation or procedure, known as

> Cervical Radiofrequency rhizotomy of the medial branch nerve at cervical five, cervical six, and cervical seven on the right side with possible moderate sedation.

upon myself or _Daniela C Valenote_
                    (NAME OF PATIENT)

2.   The nature of the operation or procedure has been explained to me. I have been informed of the usual attendant risks and benefits, as well as the alternative treatments. I acknowledge that no guarantee or assurance has been made as to the results or cure that may be obtained from this operation. I understand and accept the possibility of risks and complications

> Local bruising, infection, numbness, swelling, nerve damage, worse pain, drug reaction, bleeding.

3.   I hereby authorize and direct the above named physician to provide such additional services for me as he/she may deem necessary and reasonable, including but not limited to the administration and maintenance of anesthesia and the performance of services involving pathology and radiology and I hereby consent thereto.

4.   I recognize that, during the course of the procedure or operation, unforeseen conditions may necessitate additional or different procedures than those in paragraph one. I therefore further authorize and request that the above named physician perform such procedures as are in his/her professional judgment, necessary and desirable. The authority granted under this paragraph shall extend to remedying conditions that are not known at the time of the beginning of the procedure/operation.

5.   I hereby authorize the clinical physician to use his/her discretion in the disposal of any tissue removed.

6.   I hereby authorize the above named physician or designate to photograph and/or videotape while under the care of Advanced Pain Centers of Alaska and agree that the facility where my procedure is performed may use or permit others persons to use the negatives, prints or videotape prepared for such purposes and in such manner as may be deemed necessary.

**I HAVE READ THE ABOVE AND ALL THE BLANKS ARE FILLED AND I UNDERSTAND THE WORDS. I DO NOT REQUIRE ANY FURTHER EXPLANATION OF THE RISKS OR POTENTIAL COMPLICATIONS OF THIS OPERATION OR OTHER INVASIVE PROCEDURE.**

_____            _____
Patient's Signature                         Witness Signature

_____            _____
Signature of Relative Responsible for Patient        Relationship to Patient

I hereby acknowledge that I have explained to the patient or responsible representative the material risks, hazards, complications, and consequences which are, or may be, associated with the above stated operation(s) or procedure(s).

_____
Physician's Signature

**V-1713**

# ADVANCED MEDICAL CENTERS OF ALASKA

## PATIENT INFORMATION

PATIENT NAME: Daniela C Valenote

ADDRESS: 4514 Upper Kogru

CITY: Eagle River                STATE: AK

SOCIAL SECURITY #: 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

EMPLOYER:

REFERRING PHYSICIAN: DR. LORENTZEN &
DR. MARY DOWNS

DATE OF BIRTH: 02/17/1969

HOME PHONE: (907) 622-1009

ZIP: 99577

WORK:

EMPLOYER #:

PHONE:

## EMERGENCY CONTACT

NAME: Matt  Vogel            RELATIONSHIP:

PHONE: (907) 696-0980

## INSURANCE INFORMATION

### ****PLEASE HAVE YOUR INSURANCE CARDS READY FOR PHOTOCOPYING***

PRIMARY INS: Premera Blue Cross

Victor                  DOB: 12/21/1968         NAME OF INSURED: Valenote,

POLICY #: ZKR100387626-02

SEC INS:            NAME OF INSURED:           GROUP #: 1008225

POLICY #:                                       DOB:

GROUP #:

****IF YOUR INSURANCE REQUIRES A REFERRAL FOR YOU TO SEE ADVANCED MEDICAL CENTERS OF AK, IT IS YOUR RESPONSIBILITY TO PROVIDE OUR OFFICE WITH THE REFERRAL.  IF YOUR INSURANCE COMPANY DENIES PAYMENT-DUE TO NO REFERRAL-YOU THE PATIENT AGREE TO PAY ADVANCED MEDICAL CENTERS OF AK IN FULL FOR ANY CHARGES INCURRED DURING YOUR VISIT.

PATIENT SIGNATURE: _____   DATE: 08-29-06

## INSURANCE RELEASE OF INFORMATION

I HEREBY AUTHORIZE ADVANCED MEDICAL CENTERS OF AK TO RELEASE TO MY INSURANCE COMPANY ANY NECESSARY INFORMATION NEEDED TO FILE AND EXPEDITE PAYMENT ON MY CLAIM.  I FURTHER ASSIGN ANY BENEFITS PAYABLE ON MY BEHALF TO ADVANCED MEDICAL CENTERS OF AK.  I UNDERSTAND I AM FINANCIALLY RESPONSIBLE FOR ANY BALANCE NOT COVERED BY MY INSURANCE CARRIER.

PATIENT SIGNATURE: _____   DATE: 08-29-06

## CONSENT TO TREAT

I, THE UNDERSIGNED, HEREBY AUTHORIZE ADVANCED MEDICAL CENTERS OF ALASKA PROVIDERS TO EXAMINE ME, TO ADMINISTER SUCH TREATMENT AS IS NECESSARY AND TO PERFORM SUCH PROCEDURES AS CONSIDERED THERAPEUTICALLY OR DIAGNOSTICALLY NECESSARY.

PATIENT SIGNATURE: _____   DATE: 08-29-06

V-1714

| ADVANCED MEDICAL CENTERS OF ALASKA CONSCIOUS SEDATION / NURSING RECORD | Valenote Daniela |
|---|---|

## PRE-PROCEDURE

DATE: 8-29-6    TIME: 0850 AM / PM    NPO STATUS: + 6°

☑ Consent Stating "Procedure w / conscious Sedation" Signed    ☐ H&P Reviewed

Allergies: norflux    Charted 8/29/06

Current Medications:

Previous Complications from Surgery/Anesthesia: ☑ None Reported

Comfort: No Pain / Pain  Location:  Intensity:

| Time | IV TYPE |
|---|---|
| 900 | IV (Phant) |

Review of Diagnostic Data: ☑ Yes
Patient Appropriate Candidate: ☑ Yes   ☐ No
ASA Classification: ① 2 3 4 5 E

Anesthesia Plan: ☐ Sedation ☑ IV ☐ PO / IM    ☐ Local    ☐ No Sedation

## PROCEDURE

Procedure: Right RFACS C6, C7

MD: Polston

NIBP: R / L (Arm) Leg   Pulse Oximeter R / L Hand / Foot
Pt. Pos: R / L   Lateral   Supine (Prone)  Other

READY TIME: 905   START: 930   END: 1002

Grounding Pad Site: L post trip

| TIME | MEDS | DOSE | ROUTE | *Response* Loc | *Response* Activity | Administered by: |
|---|---|---|---|---|---|---|
| 930 | Fentany | 50 mcg | IV | 1 | A | Gritty |
| ~30 | Versed | 1 mg | IV | 1 | A | |

Notes:

### Baseline  Vital Statistics Q 5 min.

| | | Baseline | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **V** | Time | 0855 | 930 | 935 | 940 | 945 | 950 | 955 |
| **I** | B/P | 104/63 | 117/77 | 117/82 | 110/79 | 112/78 | 109/78 | 120/85 |
| **T** | P | 77 | 80 | 86 | 82 | 84 | 88 | 91 |
| **A** | EKG | — | | | | | | |
| **L** | *Resp. Rate/Qual | 16 | 16/N | 16/N | 16/N | 16/N | 16/N | 16/N |
| **S** | Sat% | — | 100 | 100 | 98 | 99 | 99 | 99 |
| **A** | **Activity | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **L** | **Resp. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **D** | **Circ. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **R** | **L.O.C. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **E** | **Oxygenation | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **T** | O2/NC | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ |

Key on back    ☐ Vital signs continue on page #2

Protective Reflexes: ☑ Yes   ☐ N/A (Topical Anesthetic Used)
Reversal Agent Used: ☐ Yes   ☑ No   If yes, why?    Photos Taken: ☑ Yes   ☐ No
Complications:

Post-Procedure Report Given to:    By: Gritty    (Procedure

V-1715

# ADVANCED MEDICAL CENTERS OF ALASKA
## CONSCIOUS SEDATION / NURSING RECORD

Valenote Daniela

**DATE:** 8-29-6

## VITALS

| Vital signs Q 5 min | | | | | | |
|---|---|---|---|---|---|---|
| Time | 1000 | | | | | |
| B/P | 122/84 | | | | | |
| P | 75 | | | | | |
| EKG | | | | | | |
| *Resp. Rate/Qual | 16/70 | / | / | / | / | / |
| Sat% | 100 | | | | | |

## ALDRETE

| | | |
|---|---|---|
| **Activity | 2 | |
| **Resp. | 2 | |
| **Circ. | 2 | |
| **L.O.C. | 2 | |
| **Oxygenation | 2 | |
| O2/NC | ∅ | |

**Admission Temperature:** 98.9    **Discharge Temperature:** 98.7

## ALDRETE SCORING

| Pre Procedure BP: 104/63 | | Post | 30" | 60" | 90" | 2' | Out |
|---|---|---|---|---|---|---|---|
| Can move 4 Extremities | =2 | 2 | 15 2 | | | | |
| Can move 2 Extremities | =1 | | | | | | |
| Can move 0 Extremities | =0 | | | | | | |
| Able to DB&C | =2 | 2 | 2 | | | | |
| Dyspnea/Limited | =1 | | | | | | |
| APNEA | =0 | | | | | | |
| BP+/-20 Baseline | =2 | 2 | 2 | | | | |
| BP+/-20-50 Baseline | =1 | | | | | | |
| BP+/-50 Baseline | =0 | | | | | | |
| Fully Awake | =2 | 2 | 2 | | | | |
| Arousable | =1 | | | | | | |
| Not Responding | =0 | | | | | | |
| Able to Mainain O2 Saturation > 92% on room air | =2 | 2 | 2 | | | | |
| Needs O2 inhalation to Maintain O2 Saturation > 90% | =1 | | | | | | |
| O2 Saturation < 90% even w/O2 Supplement | =0 | | | | | | |
| Totals: | | 10 | 10 | | | | |

**Discharge criteria met at** (Aldrete Score of 8 or Above) **Time:** 1020

**RN Signature:** _Teri Wilson_

## VITAL SIGNS Q 15 MIN

| TIME | 1005 | 1010 | 1015 | 1020 |
|---|---|---|---|---|
| B/P | 142/61 | 120/83 | 120/76 | 118/75 |
| P | 62 | 84 | 59 | 66 |
| Resp. Rate | 12 | 12 | 12 | 12 |
| Resp. Qual | ~ | ~ | ~ | ~ |
| Sat% | 98 | 99 | 99 | 99 |
| CO2% | | | | |
| L.O.C. | 2 | 2 | 2 | 2 |
| O2 | 2 | 2 | 2 | 2 |

**I.V.** (Type/Amt) _____ **Site** R Hand

**Appear:** ☐ Patent  ☐ Infiltrated  ☐ Red
**Comfort:** No Pain / Pain  **Location:** _____  **Intensity:** _____
**I.V. DC'D Intact:** _____

**Variances or Other Problems:** _____

## DISCHARGE PLANNING

| OUTPATIENT: | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. Aldrete's score of 8 or above. | X | | | | |
| 2. Vital signs stable including temperature. | X | | 6. Minimum of 2 hours has elapsed after last administration of reversal agent. ☐ N/A | | |
| 3. Absence of respiratory distress. | X | | 7. Alert & oriented with adequate muscular strength. | X | |
| 4. Swallow, cough, and gag reflex present. | X | | 8. Minimum of 1/2 hr has elapsed since administration of conscious sedation. | X | |
| 5. Minimal nausea and vomiting. | X | | | | |

Transported via wheelchair, ambulatory to awaiting vehicle with staff.  **Time:** 1025

V-1716



ADVANCED MEDICAL CENTERS OF
**tLASKA**

Valenote Daniela

Date: _____ 8 29-6 _____

## Patient Procedure Visit

Referring Doctor: _____

If patient is from out of town, local or cell phone number: _____
Patient accompanied by: _____ in wait area? ___ Phone # (if not) _____
Vital Signs   B/P _104/63_ Pulse ___71___ Temp _98.9_ Room __ O2 Sat _____
NPO? _+60°_ _____ Pain Level ____/10   Location of pain _____
Allergies _____Morflex_____

Current Medications and time taken : Kadian· vicodin · allegra · singulair
prilosec· lunesta· trazadone· gabatril
albuterol

Time medication last taken: _____

Nursing Comments: _____

Signatures (all nursing care providers) _____

## Physician Notes:

Pre-Procedure Review: _____   H & P and Systems Review: _____
Time: ____10 06____ Preoperative Diagnosis: _____
Any changes in medical status: ____no_____  SM

MD Signature

Post Procedure Note:   Postoperative diagnosis: _____SM_____
                       Procedure performed: __R c5,6,7  mb RIT__
                       Complications: _____9_____

Sedation given: Fentanyl 50 mcg      Versal T mg
Dictation (if not today, give date)_____

MD Signature

801178

6/22/05

**V-1717**



~~NCED MEDICAL CENTERS OF~~

*αLASKA*

## DISCHARGE INSTRUCTIONS

Valenote Daniela

DATE: _8-29-6_

The following discharge instructions are given for your care at home. Please follow the checked instructions.

### Procedure

| | | |
|---|---|---|
| ☐ Discogram | ☐ Selective Nerve Root Block | ☐ Lumbar Sympathetic Block |
| ☐ Epidural Steroids | ☐ Stellate Ganglion Block | ☐ SI Joint Injection |
| ☐ Facet Blocks | ☐ Trigger Point Injections | ☒ Other |

### Diet

Cervical RFA (R)
C5, 6, 7

☒ Resume Normal Diet
☐ Restrict solid food intake and take only small sips of clear liquids until hoarseness is gone and normal swallowing returns.
☐ Other:_____

### Activity

☐ Resume normal activity.
☐ Resume normal activity when full movement and sensation has returned. Be careful on steps, curbs, rugs or other uneven surfaces until normal strength and sensation have returned.
☐ Exercises as instructed:_____
☒ Do Not drive yourself home. May resume driving when full movement and sensation has returned the following day.
☒ May shower or bathe.
☐ May apply moist heat to back (twice daily for 20 minutes is encouraged).
☒ May apply ice to injected areas for the first 24 hours, as needed then moist heat at least twice daily for 20 minutes.
☐ Other:_____

### Medications

☐ Take prescriptions as ordered
  a. _____
  b. _____
  c. _____

☐ Prescription/Medication given to patient or responsible person
☒ Resume medicine as taken at home

### Additional Information

☒ Remove Band-Aids today.
☒ Please call our office for any unusual effects such as fever; redness, warmth, purulent drainage at the injection site; urinary retention or headache.
☐ If you have not heard from our office within 4 working days from follow up, please call the Pain Management Center at 278-2741.

### Possible Side Effects from Procedure

☐ Drooping eye on injected side, nasal congestion, hoarseness, difficulty swallowing, bruising at injection site, numbness/tingling, heaviness of arm/leg on injected side, headache. If they persist over18 hours, notify physician.
☐ Numbness or tingling in extremity/extremities.
☒ Soreness at puncture site, muscle soreness and stiffness may be present for 2-4 days after the procedure.
☐ The day following your block, you may have a return or an increase in the amount of pain and may not experience the full effect of the anti-inflammatory medication, which was injected. You may wish to take pain medications.

### Pain Management

☐ No Pain
☐ Patient/family instructed to take pain medication when intensity of pain is @ _____.
☐ Patient/family instructed to call MD if pain location or intensity of pain changes, or pain intervention does not relieve pain.
☐ Patient/family instructed in alternative measures to relieve pain:    ☐ Cold Packs    ☐ Hot Packs    ☐ Massage
  ☐ Position changes    ☐ Distraction    ☐ Breakthrough pain interventions    ☒ Relaxation    ☐ Guided imagery

**V-1718**

Reviewed with Patient by _____

Patient Signature: _____     Date: _____   08-29-06

4/12/2005     Physician Signature: _____





## Day of Procedure Pregnancy Questionnaire

Are you currently pregnant?          Yes          (No)

I, _Daniela C. Valenote_ , have been informed that there could be serious risks to an unborn child if I were to be exposed to fluoroscopy.

☐ I verify that I have had a tubal ligation.

☐ I verify that I have had a hysterectomy.

☒ I verify that I am NOT pregnant.

_____
Patient Signature

_08-29-06_
Date



V-1719