Lawrence W. Stinson, M.D.  Grant T. Roderer, M.D.
Gregory R. Polston, M.D.  Nancy E. Cross, M.D.
Deborah Kiley, ANP  Connie Judd, ANP

1917 Abbott Rd. Ste. 100 • Anchorage, AK 99507
PH: 907-278-2741 • FX: 907-770-3283

0878

PATIENT'S FULL NAME: Daniella Valentine
Phone Number: 
Age: 
Sex: 
ADDRESS: 
Date: 8-25-05

℞ Tens supplies x 6 month
 [illegible] lumbar DPD
 cervical DPD

Dr. _____  Dr. _____
DISPENSE ONLY AS WRITTEN  PRODUCT SELECTION PERMITTED

DEA # _____

☐ Refills  1  2  3  4 _____
☒ No Refills   Void After _____

**VALID FOR CONTROLLED SUBSTANCES**

V-1720

POST PROCEDURAL QUESTIONNAIRE                    | Valenote Daniela |

Advanced Medical Centers of Alaska will call the patient 3-5 working days following the procedure. They will make 2 attempts to contact the patient.

They will call the patient's home phone number: __622 1009__
If the patient is not available they will leave a message on an answering machine asking them to call Advanced Medical Centers of Alaska, EXT _____.    NA    MESS: _____
                                                          Time        Date        Signature

                              NA    MESS: _____
                                                          Time        Date        Signature

The conversation goes something like this:
    May I speak with (patient's name)
    This is Advanced Medical Centers of Alaska calling to see how you are feeling after your procedure on (date) __8-29-6__. Procedure: _____

1. How are you feeling? __doing OK. Saturday muscle spasms started. Shooting pains in legs. Fell twice on Friday. Locked up feeling in shoulder. Seeing Patty in PT.__

2. On a scale of 0-10, with 0 being no pain and 10 being the worst pain you can imagine, what is your pain level when you take you pain medication? ____ / 10.
    If the level is above 4, the patient is asked if they are taking their pain medication. Yes  No:

3. Where is your pain? Injection    Surgical    Other site: _____

4. Have you had any nausea or vomiting since your procedure? No    Yes:    If yes, has it subsided? Yes    No

5. Have you urinated in the past 8 hours? Yes    No:

6. Is your IV site swollen, red or painful? No    Yes:

7. Did you sleep OK last night? Yes    No:

8. Did your physician talk to you after your procedure? Yes    No:

9. Have you been following your discharge instructions? Yes    No:

10. Do you have a follow up appointment? (Yes)    No:

11. Do you have any questions or concerns? No    Yes: __Numbness still in neck__

__CTrilby__                              __9·5·06__
signature                                   date

V-1721