# INDEX OF METLIFE RECORD

| | |
|---|---|
| MR2 | MetLife LTD Policy |
| MR37 | MetLife STD Policy |
| MR68 | May 15, 2003 LTD claim/Disability Statement |
| MR73 | June 5 Disability Claim Attending Physician Statement |
| MR77 | June 12 RIM LTD Claim Form |
| MR80 | June 16 RIM Employer Statement re LTD Claim |
| MR84 | June 25 MetLife Letter to Ms. Valenote |
| MR88 | July 2 Dr. Beard fax to MetLife with attachments<br>MR89   June 25 MetLife letter with handwritten notation<br>MR90   June 10 progress note<br>MR92   April 29 progress note<br>MR94   March 27 progress note<br>MR96   March 20 HealthSouth record<br>MR97   March 20 HealthSouth record<br>MR98   May 12 HealthSouth record |
| MR101 | August 1 RIM fax to MetLife attaching August 1 letter |
| MR105 | August 8 Dr. Beard fax to MetLife with attachments<br>MR106  July 24 progress note<br>MR108  June 10 progress note |
| MR111 | August 18 Dr. Down's fax to MetLife with attachments<br>MR112   July 7 progress note<br>MR113   June 3 progress note<br>MR115   February 5 progress note |
| MR119 | August 20 Dr. Beard fax to MetLife with attachments<br>MR120   June 5 Attending Physician Statement<br>MR123   March 27 nurse document |
| MR125 | August 20 Dr. Orzechowski fax to MetLife with progress notes |

| | |
|---|---|
| MR142 | August 25 Dr. Orzechowski fax to MetLife with progress notes |
| MR162B | August 29 MetLife Denial |
| MR164 | September 3 Appeal by Ms. Valenote |
| MR166 | September 3 Valenote letter to MetLife re patient advocate |
| MR168 | Repeat of September 3 appeal letter |
| MR171 | September 11 MetLife letter re independent review |
| MR173 | September 26 Valenote letter to MetLife with attachments |
| | MR174  September 22 letter from Dr. Orzechowski |
| | MR175  December 11, 2002 Alaska Opening Imaging MRI record |
| | MR177  September 16 Dr. Anderson procedure record |
| | MR179  August 5 Dr. Anderson procedure record |
| | MR181  September 4 Dr. Anderson progress note |
| | MR182  August 12 Dr. Anderson procedure record |
| | MR183  July 183 Dr. Anderson consultation record |
| | MR187  Undated Adv Phys. Therapy of AK record |
| | MR188  7/31 & 9/2 Adv Phys. Therapy of AK record |
| | MR189  July 3 Basic Function Exam by Adv Phys. Therapy of AK |
| | MR193  9/2 Adv Phys. Therapy of AK record |
| | MR194  8/4, 8/11, 8/19 Adv Phys. Therapy of AK record |
| | MR195  April 4 Dr. Beard Plan of Care record |
| | MR196  June 10 Dr. Beard Plan of Care record |
| MR198 | [Partial repeat of above] |
| MR202 | October 8 Valenote fax to MetLife of Architect Job Description |
| MR206 | October 15 Valenote letter to MetLife re Oct. 14 discography and attaching MR207 Valenote October 8 letter to Dr. Beard w/ attch. |
| MR220 | October 22 Dr. Beard letter to MetLife with attachment |

| | |
|---|---|
| MR225 | October 27 Dr. Anderson fax to MetLife with attachments |
| | MR226   Valenote medical records release |
| | MR227   October 14 Dr. Anderson procedure note |
| | MR229   October 6 Dr. Anderson progress note |
| | |
| MR232 | October 28 RIM letter to MetLife |
| | |
| MR234 | November 3 Worker Comp carrier letter to MetLife |
| | |
| MR237 | November 4 Valenote letter to MetLife |
| | (and attaching Dr. Beard's October 22 letter to MetLife) |
| | |
| MR243 | November 20 MetLife consultant report |
| | |
| MR248 | November 26 MetLife Denial |

## **2004**

| | |
|---|---|
| MR255 | March 5, 2004 Dr. Lorentzen letter to MetLife |
| | |
| MR258 | March 19, 2004 MetLife letter to Valenote |
| | |
| MR261 | May 4, 2004 Valenote appeal to MetLife with attachments |
| | MR266   April 29, 2003 Dr. Beard Plan of Care document |
| | MR267   September 22, 2003 Dr. Orzechowski letter |
| | MR268   December 11, 2003 Dr. Orzechowski |
| | MR270   August 1, 2003 RIM letter to MetLife |
| | MR271   April 21, 2003 Joy Backstrum record |
| | MR272   April 30, 2003 Joy Backstrum record |
| | MR273   May 6, 2003 Joy Backstrum record |
| | MR274   May 13, 2003 Joy Backstrum record |
| | MR275   May 8, 2004 Bearfoot Wellness record |
| | MR277   December 3, 2003 Dr. Anderson operation record |
| | MR280   December 10, 2003 RIM letter re employment dates |
| | MR281   March 5, 2004 Dr. Lorentzen letter to MetLife |
| | MR283   October 6, 2003 Job Description of an Architect to MetLife |
| | |
| MR287 | [Repeat of above] |

MR314   May 20, 2004 Patient Advocate fax and letter to MetLife

MR318   June 15, 2004 Second consultant report to MetLife

MR321   June 22, 2004 MetLife Denial