Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                                  Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>                                  Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**UNOPPOSED MOTION FOR**<br>**VARIANCE OF THE BRIEFING SCHEDULE** |

Defendants, by and through counsel, move this court for a variance of the briefing schedule as follows:

Defendants file Opposition Brief and Cross Summary Judgment Motion.... March 2, 2007

Plaintiff files Reply and Opposition Briefs................................................ March 12, 2007

Further, defendants may move the court for leave to file a further brief on issues raised for the first time by plaintiff in her Opposition Brief. This schedule allows for briefing to be completed within the timeframe set by the court in its Order at Docket No. 34, unless defendants move for leave to file a further brief.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

This variance of the briefing schedule is required due to medical issues involving defendants' counsel's spouse and a further illness of defendant's counsel. Counsel for plaintiff have graciously agreed to this slight variance of the briefing schedule.

DATED this 21st day of February, 2007.

                                                LANE POWELL LLC
                                                Attorneys for Defendants

By   s/ Brewster H. Jamieson
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska 99503-2648
   Tel: 907-277-9511
   Fax: 907-276-2631
   Email: jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on February 21, 2007, a copy of the foregoing was served by ECF on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

  s/ Brewster H. Jamieson
105460.0011/159006.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631