Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                     Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>                     Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**ERRATA** |

Defendants, by and through counsel, inadvertently filed an incorrect [proposed] Order to its Unopposed Motion for Variance of the Briefing Schedule at Docket No. 47. Attached hereto is the correct [proposed] Order.

DATED this 21st day of February, 2007.

　　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants


By  s/ Brewster H. Jamieson
　　301 West Northern Lights Boulevard, Suite 301
　　Anchorage, Alaska  99503-2648
　　Tel: 907-277-9511
　　Fax: 907-276-2631
　　Email: jamiesonb@lanepowell.com
　　ASBA No. 8411122

I certify that on February 21, 2007, a copy of the foregoing was served by ECF on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

  s/ Brewster H. Jamieson
105460.0011/159006.1