IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>        Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**ORDER** |

  THIS COURT, having considered the defendants' Unopposed Motion for Variance of the Briefing Schedule;

  IT IS HEREBY ORDERED that the motion is GRANTED. The briefing schedule is as follows:

  a) Plaintiff shall file her summary judgment motion on or before February 2, 2007;

  b) Defendants shall file their opposition brief and cross summary judgment motion on or before February 23, 2007;

  c) Plaintiff shall file her separate reply and opposition briefs on or before March 5, 2007

  d) Defendants shall file any motion for leave to file a reply brief by March 12, 2007.

ORDERED this 22nd day of February, 2007.

                /s/ Timothy M. Burgess
                The Honorable Timothy M. Burgess
                United States District Court Judge