Diary Review - Report

Claim #: 870308078357    Name: DANIELA VALENOTE    Aug 11, 2005
Status: Declined    Page 1 of 13

| Clm #: | 870308078357 | Owner Id: | 2SBC | Report #: | 556295 | Plan: | 000 | Subpoint: | 0001 |
|---|---|---|---|---|---|---|---|---|---|
| SSN: | 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 | Dt Last Wrk: | | Cov: | 8000 | Subcode: | 0001 | GM Plant: | |

[G350] - On 08/07/2003 13:17 - For 870308078357
Call-Up For: [G068] - On 08/07/20    Call-Up Complete: [G068] - On 08/12/2003
NEW CLAIM SENT TO T.CHAMBERS/

[ACS1] - On 08/11/2003 10:17 - For 870308078357
Call-Up For: [G068] - On 08/11/20    Call-Up Complete: [G068] - On 08/12/2003
MED/VOC INDEX DCN 030808030072

[G068] - On 08/12/2003 11:17 - For 870308078357
Call-Up For: [G068] - On 08/12/20    Call-Up Complete: [G068] - On 08/13/2003
CLAIM IN REVIEW

[6TKL] - On 08/13/2003 09:46 - For 870308078357
Call-Up For: [G068] - On 09/23/20    Call-Up Complete: [G068] - On 08/29/2003
REVIEW FOR CHANGE DEF DISAB

[6TKL] - On 08/13/2003 09:46 - For 870308078357
Call-Up For: [G068] - On 01/19/20    Call-Up Complete: [G068] - On 08/29/2003
AGE 65 NEXT MONTH - CHECK PLAN

[G068] - On 08/13/2003 15:00 - For 870308078357

CM CALLED THE EE
PER THE EE SHE TURNED IN HER LETTER OF RESIGNATION ON 04/18/2003
EFFECTIVE 05/01/2003. THE EE STATES THAT SHE REQUESTED HER AP
COMPLETE THE RETURN TO WORK REQUEST AS OF 05/01/2003 BECAUSE SHE HAD
PLAN OF RETURNING TO WORK, HOWEVER HER RESIGNATION LETTER WAS DATED
04/18/2003. THE APS THE CM WAS PROVIDED IS DATED 06/05/2003. THE
EE STATES THAT SHE IS NO LONGER SEEING AP BEARD WHO RELEASED HER
OR DOING PT. THE EE STATES THAT SHE HAS LIMITED ABILITY TO STAND AND
WALK AND HAS SEVERE AND CHRONIC PAIN. THE CM ADVISED THE EE THAT
BASED ON THE MEDICAL IN THE FILE, THERE IS NOT ENOUGH MEDICAL
DOCUMENTATION TO SUPPORT THE EXTENSION OF THIS CLAIM TO LTD, IN FACT
THIS CLAIM SHOULD NOT HAVE BEEN MAXED OUT INSTEAD IT SHOULD HAVE
BEEN PAID TO 05/12 AS INDICATED BY N/C( DISCHARGEFROM PT).

[G068] - On 08/13/2003 15:05 - For 870308078357

CM CALLED THE ER
PER THE ER THE EE DID RESIGN AS OF 05/01/2003. THE ER NOTES THAT
THEY DID RECEIVE A EST. RETURN TO WORK NOTE FROM THE AP OFFICE
AS OF 05/01/2003.

[UZ59] - On 08/15/2003 16:06 - For 870308078357
Call-Up For: [ARCQ] - On 08/15/20    Call-Up Complete: [G068] - On 08/18/2003
CRC:TRANSFERED TO ***G068****

[G258] - On 08/19/2003 12:11 - For 870308078357
Call-Up For: [G068] - On 08/19/20    Call-Up Complete: [G068] - On 08/21/2003
RETURN CALL TO KERRY (SALES REP)
REGARDING STATUS OF CLAIM I EXPLAINED WE ARE CURRENTLY REVIEWING THE
CLAIM AND INVESTIGATING SPECIFIC ISSUES AND CONCERNS.

[G068] - On 08/21/2003 09:39 - For 870308078357
Call-Up For: [G258] - On 08/21/20    Call-Up Complete: [G258] - On 08/22/2003
REF.TO UM FOR DENIAL:
THIS IS A 34 YEAR OLD FEMALE INTERN ARCHITECT WHO HAS BEEN TAKEN
OUT OF WORK DUE TO CHRONIC PAIN, MYALGIAS AND PAIN IN LIMBS. THE EE
WENT OUT OF WORK AS OF 02/21/2003 AND REMAINED UNDER THE CARE A
TREATMENT OF AP BEARD UNTIL HE RELEASED HER TO RETURN TO WORK AS OF
05/01/2003. THE EE REMAINED IN PT UNTIL 05/12/2003, AT WHICH POINT

ML 00065

EXHIBIT A
Page 1 of 22

## Diary Review - Report

Claim #: 870308078357   Name: DANIELA VALENOTE

Status: Declined

Aug 11, 2005
Page 2 of 13

---

**[G068] - On 08/21/2003 09:39 - For 870308078357**
Call-Up For: [G258] - On 08/21/20   Call-Up Complete: [G258] - On 08/22/2003

THE EE WAS DISCHARGED FORM PT AS WELL. THE ER STATED THAT ON
04/18/2003 (LETTER PROVIDED) THE EE TURNED IN HER LETTER OF
RESIGNATION EFFECTIVE 05/01/2003. AS STATED ABOVE THE AP ALSO
RELEASED THE EE TO RETUN TO WORK AS OF 05/01/2003. THIS EE DID
NOTE MET THE EP OF 05/23/20003, THEREFORE THIS CLAIM IS DENIED.

**[G258] - On 08/22/2003 15:01 - For 870308078357**
Call-Up For: [G068] - On 08/22/20   Call-Up Complete: [G068] - On 08/25/2003

UM REVIEW
I AGREE WITH DENIAL HOWEVER WE NEED TO ADDRESS MEDICAL TREATMENT
NOTES OF 6/10 AND 7/24 IN DENIAL LETTER. WE SHOULD RUN BY NC TO
ASSESS NOTES AND CONFIRM THERE ARE NO ISSUES AND INCLUDE THIS
INFORMATION IN DENIAL LETTER. ANY QUESTIONS, SEE ME.

**[U967] - On 08/25/2003 14:10 - For 870308078357**
Call-Up For: [G068] - On 08/25/20   Call-Up Complete: [G068] - On 08/25/2003

CRC: CALL BACK REQUEST***G068***

STATES WANTS ANOTHER WAY TO CONNECT W/CM, STATES CM DOES NOT
CALLBACK. ADVSD CALL CENTER DOES NOT HAVE ACCESS TO DIRECT LINE,
GAVE TL NAME

**[G068] - On 08/25/2003 14:48 - For 870308078357**

CM RETURNED THE CALL TO THE EE
THE CM ADVISED THE EE OF THE DENIAL OF HER CLAIM. ADVISED THAT
LETTER IS IN ROUTE TO HER.

**[G258] - On 08/26/2003 11:34 - For 870308078357**

REC'D CALL FROM SALES OFFICE
I EXPLAINED CLAIM WAS DENIED DUE MEDICAL NOT CERTIFYING A DISABILITY
NOT BECAUSE OF PRE X. SALES OFFICE ASK IF I WOULD BE AVAILABLE FOR
CONFERENCE CALL IF NECESSARY.

**[G068] - On 08/29/2003 14:10 - For 870308078357**

DENIAL LETTER MAILED TO EE

**[G068] - On 08/29/2003 14:37 - For 870308078357**

CM RETURNED THE CALL TO EE
THE LINE RANG CONT. NO ANSWER NO MACHINE

**[U875] - On 09/02/2003 19:26 - For 870308078357**
Call-Up For: [G020] - On 09/20/20   Call-Up Complete: [G100] - On 09/17/2003

CRC: MEDICAL UPDATE

SHANNON FROM DR DOWNS OFFICE CALLED PH # 907-277-1623
SHE STATED THAT THEY WIL NOT BE KEEPING CLMNT OUT OF WORK

**[ACS1] - On 09/05/2003 07:12 - For 870308078357**
Call-Up For: [G020] - On 09/05/20   Call-Up Complete: [G100] - On 09/17/2003
MED/VOC INDEX DCN 030904025348

**[ACS1] - On 09/09/2003 10:34 - For 870308078357**
Call-Up For: [G020] - On 09/09/20   Call-Up Complete: [U026] - On 09/11/2003
OTHER INDEX DCN 030908025935

**[G100] - On 09/17/2003 15:44 - For 870308078357**

MAIL REC'D 9/4/03 & 9/9/03=APPEAL REQ.  DUP COPY SUBMITTED 9/9/03

EE STATES SHE HAS CONTINUED TO PURSUE MED TREATMT.  SHE STATES DR
BEARD DID NOT ADVISE EE SHE WAS RELEASING EE TO RTW.  EE STATES SHE

ML 00066

EXHIBIT A
Page 2 of 22

Claim #:870308078357   Name: DANIELA VALENOTE                                                       Aug 11, 2005
Status: Declined                                                                                    Page 3 of 13

**[G100] - On 09/17/2003 15:44 - For 870308078357**

RESIGNED BECAUSE SHE FELT SHE WAS UNABLE TO PERFORM HER JOB. EE
STATES SHE WAS NOT ADVISED SHE EVEN HAD STD UNTIL AFTER SHE
RESIGNED. EE STATES SHE STOPPED GOING TO HEALTH SOUTH BECAUSE IT
MADE HER CONDITION WORSE. EE CONTINUED TO SEE PHYSICIAN'S.

**[G100] - On 09/17/2003 16:16 - For 870308078357**
Call-Up For: [G020] - On 09/17/20   Call-Up Complete: [G020] - On 09/19/2003

APPEAL REVIEW DECISION/
RETRND TO CM TO MAKE CLAIM DETERMINATION ON THE BASIS OF DISABILITY.

EE YO INTERN ARCHITECT OUT OF WORK BEGINNING 12/02 SECOND TO DIFFUSE
CHRONIC PAIN. EE'S DLW WAS 2/21/03, AND PLAN'S ELIMINATION PERIOD
IS 90 DAYS. EE WAS RELEASED BY DR BEARD TO RTW 5/1/03. EE DID NOT
RTW, BUT RATHER RESIGNED FROM WORK. EE CONTINUED TO UNDERGO
PHYSICAL THERAPY WHICH SHE STATES DID NOT HELP AND SEEK OTHER
PHYSICIAN'S TO EVAL. EE SEEN BY NEUROLOGIST (DR DOWNS) ON 6/3/03
WHO STATES HER NEURO EXAM IS UNREMARKABLE. RECENT CALL FROM THIS
DOCTOR'S OFFICE STATES THEY DID NOT KEEP EE OUT OF WORK. CLM WAS
DENIED AS NOT MEETING THE 90 DAY ELIM PERIOD FOR BENEFITS TO BE
PAYABLE. EE CONTINUED TO BE SEEN BY TREATING DOCTORS AND PHYSICAL
THERAPIST DURING AND AFTER ELIMINATION PERIOD. SHE SOUGHT ANOTHER
AP. EE CLAIMS SHE HAS REMAINED UNABLE TO WORK. BASED ON THIS INFO,
THE DENIAL ON THE BASIS OF NOT MEETING THE ELIMINATION PERIOD IS
NULL. CLAIM NEEDS TO BE EVAL ON THE BASIS OF THE DEFINITION OF
DISABILITY. CM SHOULD MAKE THIS DETERMINATION AND NOTIFY EE IN
WRITING.

**[G068] - On 09/19/2003 14:37 - For 870308078357**
Call-Up For: [G068] - On 09/22/20   Call-Up Complete: [G068] - On 09/25/2003

CM CALLED AP MARY DOWN AND AP ORZECHOWSKI:
THE CM WAS ABLE TO LEAVE MESSAGES WITH THE OFFICE STAFF INQUIRING
AS TO THE INITIAL DATES OF TREATMENT FOR THIS EE AND THE DATE THE
AP'S ADVISED THE EE TO CEASE WORK. THE CM ALSO IS QUESTIONING IF
THE AP'S CONTINUE TO KEEP THE EE OUT OF WORK DUE TO DISABILITY.
CM IS ATTEMOTING TO ADDRESS WHO IS CERTIFYING THE EE DISABILITY
AFTER 05/01/2003 WHEN RELEASED BY AP BEARD.

**[G068] - On 09/25/2003 14:15 - For 870308078357**

CM SPOKE WITH AP DOWNS OFFICE
PER SHANNON, THE AP INITIAL SAW THE EE ON 02/05/2003. SHANNON
NOTES THAT THE EE WAS NEVER ADVISED PER THAT OFFICE TO CEASE WORK.
NOR IS THE AP OFFICE KEEPING THE EE OUT OF WORK CURRENTLY.

**[G068] - On 09/25/2003 14:18 - For 870308078357**
Call-Up For: [G068] - On 09/29/20   Call-Up Complete: [G068] - On 10/02/2003

CM CALLED AP ORZECHOWSKI'S OFFICE
CM WAS ABLE TO BOTH LEAVE MESSAGES FOR LIBBY AND FINALLY SPEAK WITH
LIBBY TO DAY IN REGARDS TO THIS EE. PER LIBBY THE EE WAS SEEN ON
02/03/2003 IN REGARDS TO THIS DISABILITY. LIBBY STATES THAT SHE
NEEDS TO SPEAK WITH THE AP DIRECTLY TO SEE IF THE EE WAS ADVISED TO
CEASE WORK OR IF THE AP CONTINUES TO KEEP THE EE OUT OF WORK.

**[ACS1] - On 09/29/2003 07:50 - For 870308078357**
Call-Up For: [G020] - On 09/29/20   Call-Up Complete: [G020] - On 10/07/2003
MED/VOC INDEX DCN 030926020811

**[ACS1] - On 09/29/2003 08:00 - For 870308078357**
Call-Up For: [G020] - On 09/29/20   Call-Up Complete: [G020] - On 10/07/2003
MED/VOC INDEX DCN 030926029687

**[ACS1] - On 09/29/2003 17:08 - For 870308078357**

OGC INDEX DCN 030928006630

ML 00067

**EXHIBIT A
Page 3 of 22**

Diary Review - Report

Claim #:870308078357   Name: DANIELA VALENOTE   Aug 11, 2005
Status: Declined   Page 4 of 13

**[GO68] - On 10/02/2003 10:07 - For 870308078357**
CM SPOKE WITH LIBBY FORM AP ORZECHOWSKI'S OFFICE
PER LIBBY THE EE WAS INITALLY SEEN ON 12/18/2002. SHE NOTES THAT
THE EE WAS NOT ADVISED TO CEASE WORK UNTIL RECENTLY ON 09/23/2003.

**[GO20] - On 10/07/2003 14:20 - For 870308078357**
DCNS: 030926020811 & 030926029687=MEDICAL INFO FROM EE

**[GO20] - On 10/07/2003 14:21 - For 870308078357**
ACTION PLAN
PER UM RECOMMENDATIONS, CM WILL REFER TO NC FOR FULL FILE REVIEW OF
MEDICAL INFORMATION IN FILE

**[GO20] - On 10/07/2003 14:21 - For 870308078357**
Call-Up For: [GO20] - On 10/08/20   Call-Up Complete: [GO68] - On 10/09/2003
REFER TO NC FOR FULL FILE REVIEW

**[ACS1] - On 10/08/2003 15:17 - For 870308078357**
Call-Up For: [GO20] - On 10/08/20   Call-Up Complete: [GO20] - On 10/13/2003
MED/VOC INDEX DCN 031008026551

**[GO68] - On 10/09/2003 13:57 - For 870308078357**
Call-Up For: [G274] - On 10/09/20   Call-Up Complete: [G274] - On 10/22/2003
REF TO N/C FOR FILE REVIEW AND IPC REF.:
37 YO INTERN ARCHITECT OUT OF WORK BEGINNING 12/02 SECOND TO DIFFUSE
CHRONIC PAIN.  EE'S DLW WAS 2/21/03, AND PLAN'S ELIMINATION PERIOD
IS 90 DAYS.  EE WAS RELEASED BY DR BEARD TO RTW 5/1/03. EE DID NOT
RTW, BUT RATHER RESIGNED FROM WORK.  EE CONTINUED TO UNDERGO
PHYSICAL THERAPY WHICH SHE STATES DID NOT HELP  SHE WAS RELEASED
FROM THERAPY AS OF 05/11/2003 THEEE WAS SEEN BY HER NEUROLOGIST 3/03
AP DOWNS HOWEVER SP DOWN OFFICE STATES THAT SHE DID CONTINUES TO
TREAT THE EE HOWEVER SHE WAS NO KEEPING HER FROM WORKING. THE EE
WAS REFERED TO A PIAM MANAGEMENT AP, DR.'ORENCHWICZ' WHO CONTINUED
TO TREAT THE EE HOWEVER DID NOT TAKE THE EE OUT OF WORK UNTIL
09/23/2003. THE CM IS REQUESTING THAT THE N/C PLEASE CONDUCT A FILE
REVIEW AS PER UM AND APPEAL RECOMMENDATIONS. WE ALSO REQUEST THAT
IPC CONDUCT REVIEW AS WELL.
THE CM NEEDS TO KNOW IF THE MEDICAL SUPPORTS THE EE'S DISABILITY
AT ANY POINT?

**[GO20] - On 10/13/2003 11:02 - For 870308078357**
DCN 031008026551: JOB DESCRIPTION BY EE-3 PAGES LONG

**[GO20] - On 10/13/2003 12:14 - For 870308078357**
OUTGOING CORRESPONDENCE: COPIES OF THE MEDICAL INFORMATION SUBMITTED
ALONG W/ CLAIM FORMS SENT TO EE PER HER REQUEST;

**[ACS1] - On 10/16/2003 14:49 - For 870308078357**
Call-Up For: [GO20] - On 10/16/20   Call-Up Complete: [G216] - On 10/24/2003
MED/VOC INDEX DCN 031016018733

**[G274] - On 10/22/2003 16:36 - For 870308078357**
Call-Up For: [G274] - On 10/23/20   Call-Up Complete: [G274] - On 10/23/2003
NC FILE REVIEW UNDERWAY

**[G274] - On 10/23/2003 10:23 - For 870308078357**
Call-Up For: [G218] - On 10/23/20   Call-Up Complete: [GO20] - On 11/18/2003
NC INITIAL REVIEW ASSESSMENT
RECEIVED THIS FILE OF 34 Y/O FEMALE WHO WORKED AS AN INTERN
ARCHITECT. THE DLW 2/21/03, DDC 2/22/03, AND DCG OF 4/17/03. THE DX
OF MYALGIA AND PAIN IN LIMB WAS GIVEN BY PMR, DR. BEARD. THE APS

ML 00068

EXHIBIT A
Page 4 of 22

Diary Review - Report

Claim #: 870308078357   Name: DANIELA VALENOTE                    Aug 11, 2005
Status: Declined                                                   Page 5 of 13

---

**[G274] - On 10/23/2003 10:23 - For 870308078357**
Call-Up For: [G218] - On 10/23/20   Call-Up Complete: [G020] - On 11/18/2003

PROVIDED BY DR. BEARD INDICATES C/O MYALGIAS. THE TX PLAN INCLUDED
ACUPUNCTURE AND RHEUMATOLOGY EVALUATION. EE WAS TAKING Z
ANAFLEX AND NEURONTIN. THE INITIAL DATE OF TREATMENT WAS 2/18/03,
ADVISED TO NOT WORK FROM 3/27/03 - 5/1/03 WHEN A RELEASE TO RTW WAS
GIVEN. THERE WERE NO R+L'S PROVIDED (6/5/03 APS).
THE RTW RECOMMENDATIONS PER DEBORAH KILEY, ANP INDICATED THAT EE WAS
BEING EVALUATED FOR PERSISTENT PAIN AND SHOULD NOT RTW UNTIL 5/1/03.
THE 6/10/03 PLAN OF CARE INDICATED EE RTW PT 12-14 HRS A WEEK. THE
RECOMMENDATIONS WERE TO CONTINUE WITH CHIROPRACTIC CARE AND MASSAGE
THERAPY. THE ZANAFLEX WAS DISCONTINUED.
3/20/03:
THERE WAS NO EVIDENCE OF STENOSIS, NORMAL DUPLEX DOPLER CAROTID
SONOGRAPHY.
7/21/03 PAIN MGMT. CONSULTATION:
THE EE C/O R. BUTTOCK PAIN, SECONDARY COMPLAINT IS R. AND L. ARM
PAIN. THE DIAGNOSTIC STUDIES: MRI 12.11.02 SHOWS 4 MM POSTERIOR DISC
PROTRUSION @ L5-S1 W/O DEMONSTRABLE DURAL SAC OR NERVE ROOT
COMPRESSION. SHE HAS MILD NARROWING AND DOSC DEHYDRATION CHANGES.
THERE IS ALSO A 3 MM ANTERIOR DISC PROTRUSIN OF L3-4 W/O EVIDENCE OF
DISC PROTRUSION. ALL OTHER TESTS WERE WNL. THE ASSESSMENT, R. S1
JOINT DYSFUNCTION, HYPERMOBILITY @ L5-S1, H/O FIBROMYALGIA ON
PREVIOUS DX. THE TX PLAN INCLUDED R. S1 JOINT INJECTIONUNDER
FLUROSCOPIC GUIDANCE, PT TO RE-EVALUATE HER S1 LOCK BELT TO
DETERMINE ITS EFFECTIVENESS, CONSIDERATION FOR R. L5 S1 EPIDURAL
INJECTION, EFFEXOR AND PROVIGIL TRIALS. THE CURRENT MEDS ARE
GABITRIL AND PAMELOR. SHE HAS TRIED MULTIPLE OTHER DRUGS THAT PROVED
TO HAVE SIDE EFFECTS OR MINIMAL BENEFIT.
8/5/03:
PROCEDURE PERFORMED, R. SIDED S1 JOINT INTRA-ARTICULAR INJECTION
UNDER FLUROSCOPIC GUIDANCE WITH CONSCIOUS SEDATION.
9/4/03:
EE WAS SEEN FOR F/U CARE. THE INJECTION HAS PROVIDED SIGNIFICANT
IMPROVEMENT WITH DECREASING PAIN. SHE WAS ABLE TO WEAR BRACE AFTER
THE INJECTION. SHE C/O R. SIDED PAIN DESCRIBED AS STABBING AND
SHOOTING. THERE ARE 2 AREAS OF PAIN DESCRIBED.
9/16/03:
EPIDURAL INJECTION GIVEN. THE DX L3L4 DISCOGENIC PAIN WITH RADICULAR
SX AND R. GLUTEAL BURSITIS.

NC OPINED THAT THE MEDICAL INFORMATION PROVIDED DOES INDICATE EE HAS
C/O PAIN FOR AN EXTENDED PERIOD OF TIME. THE EE REPORTS THAT THE
PAIN BECAME SO UNBEARABLE THAT SHE WAS NOT ABLE TO PERFORM HER
ADL'S. THE EE'S FUNCTIONAL ABILITY IS QUESTIONABLE CONSIDERING THE
SUBJECTIVE COMPLAINTS PRESENTED AND THE OBJECTIVE FINDINGS.
QUESTION: DOES THE MEDICAL SUPPORT A SEVERE FUNCTIONAL IMPAIRMENT
THAT WOULD PRECLUDE EE FROM PERFORMING A SEDENTARY OCCUPATION?

---

**[G274] - On 10/23/2003 10:24 - For 870308078357**
Call-Up For: [G274] - On 10/23/20   Call-Up Complete: [G274] - On 10/30/2003

NC ACTION PLAN / OPEN FOR CO-MANAGEMENT
NC TO CONTACT EE, AP FOR INTERVIEW.
NC TO REFER TO IPC FOR CONSULTATION.

---

**[G274] - On 10/23/2003 10:42 - For 870308078357**
Call-Up For: [G274] - On 10/23/20   Call-Up Complete: [G274] - On 10/23/2003

NC CALL TO EE
A MESSAGE WAS LEFT ON A/M FOR NP TCB.

---

**[G274] - On 10/23/2003 11:26 - For 870308078357**
Call-Up For: [G274] - On 10/25/20   Call-Up Complete: [G274] - On 10/30/2003

NC CALL TO AP OFFICE
A MESSAGE WAS LEFT FOR NP TCB.

---

**[G274] - On 10/23/2003 11:44 - For 870308078357**

NC CALL TO EE
NC SPOKE WITH EE BRIEFLY ABOUT HER CURRENT CONDITION. EE CONTINUES

ML 00069

EXHIBIT A
Page 5 of 22

**[G274] - On 10/23/2003 11:44 - For 870308078357**

TO BE UNABLE TO RTW. SHE HAD A DISCOGRAPHY DONE LAST WEEK AND WILL
F/U WITH DR. ANDERSON (PAIN MGMT.) ON 10/27/03. SHE THINKS SHE MAY
HAVE TORN DISCS. SHE WAS DX WITH FIBROMYALGIA, EE SAID THE DR. DID
NOT PERFORM THE TRIGGER POINT TEST ON HER AND GAVE HER THAT
DIAGNOSIS. SHE WAS NOT AGREEABLE WITH THE DIAGNOSIS. EE WENT ON TO
MENTION THAT SHE HAS BEEN IN PAIN FOR A LONG PERIOD OF TIME AND
CONSTANTLY COMPLAINED ABOUT IT. SHE SEES A PSYCHOLOGIST AT THE
PAIN CLINIC AS RECOMMENDED BY DR. ANDERSON. NC INQUIRED ABOUT WHO
ACTUALLY TOOK HER OUT OF WORK AND SHE INDICATED THAT DR. ORZECHOWSKI
TOOK HER OUT FOR 1 WEEK. EE WAS SEEING NURSE PRACTITIONER IN DR.
BEARD'S OFFICE WHO TOOK HER OFF WORK FROM 3/27/03- 5/1/03. EE SAID
SHE IS FRUSTRATED WITH THE MEDICAL SITUATION BECAUSE IT TOOK FOR
ANYONE TO FIND OUT WHAT THE PROBLEM WAS. SHE SAID IT WAS THE DISCS
IN HER BACK THAT HAVE BEEN GIVING HER ALL OF THE PROBLEMS. SHE WILL
FIND OUT WHAT TREATMENT INTERVENTIONS WILL BE RECOMMENDED NEXT
WEEK. SHE WANTS TO GO BACK TO WORK AND MENTIONED THAT SHE HAS 11
YEARS OF EDUCATION THAT SHE WORKED HARD FOR. SHE WAS WORKING ON A
PROJECT AT WORK THAT MAY BE OA ONCE IN A LIFETIME OPPORTUNITY. EE
SOUNDED AS IF SHE GOT SOMEWHAT TEARFUL. NC INFORMED EE TO SIGN A
RELEASE SO THAT THE PSYCHOLOGICAL INFORMATION CAN BE OBTAINED. EE
AGREED TO DO SO ON MONDAY AND THE CALL ENDED.

**[UZ86] - On 10/23/2003 14:02 - For 870308078357**
Call-Up For: [ARCQ] - On 10/23/20   Call-Up Complete: [G208] - On 10/23/2003

CRC: CALL BACK REQUEST TO: G208

VIRGINIA VALENOTE, HER PERSONAL INSURANCE ADVOCATE, P: 727-578-3677.
ONLY WOULD SPEAK TO CM.

**[G208] - On 10/23/2003 14:18 - For 870308078357**

OUTGOING CALL TO VIRGINIA...
ADV CM IS OUT ON FMLA. I ADV NC IS GATHERING INFO. I ALSO ADV NC
LFT MESS FOR C/B FROM APO.

**[G274] - On 10/24/2003 08:45 - For 870308078357**
Call-Up For: [G208] - On 10/24/20   Call-Up Complete: [G208] - On 10/31/2003

NC RECEIVED CALL FROM AP OFFICE
LATE ENTRY NOTE FOR 10/23/03:
A V/M MESSAGE WAS RECEIVED FROM RAY WHO WORKS WITH D. KILEY, ANP. A
REQUEST NEEDS TO BE IN WRITING AS WELL AS A RELEASE NEEDS TO BE
SIGNED BY EE.

**[G216] - On 10/24/2003 15:10 - For 870308078357**

DCN 031016018733: EE LTR, JD AND MEDICAL WHICH HAS ALREADY
BEEN REVIEWED AND FORWARDED TO IPC FOR RECOMMENDATION

**[ACS1] - On 10/28/2003 13:51 - For 870308078357**
Call-Up For: [G020] - On 10/28/20   Call-Up Complete: [G063] - On 11/17/2003

MED/VOC INDEX DCN 031028000095

**[G208] - On 10/28/2003 14:29 - For 870308078357**

INCOMING CALL FROM VIRGINIA...
WANTING TO KNOW THE STATUS OF CLM. I ADV HER THAT THE APO REQ A REL
BEFORE THEY REL ANY INFO. I ADV ONCE NC REC AND REVIEW THE MED INFO
WE CAN PROCEED W/CLM.

**[ACS1] - On 10/29/2003 11:51 - For 870308078357**
Call-Up For: [G020] - On 10/29/20   Call-Up Complete: [G068] - On 11/04/2003

OTHER INDEX DCN 031028042228

**[G274] - On 10/30/2003 13:54 - For 870308078357**
Call-Up For: [G274] - On 11/07/20   Call-Up Complete: [G274] - On 11/12/2003

NC UPDATED ACTION PLAN

Claim #:870308078357   Name: DANIELA VALENOTE                              Aug 11, 2005
Status: Declined                                                            Page 7 of 13

---

[G274] - On 10/30/2003 13:54 - For 870308078357
Call-Up For: [G274] - On 11/07/20   Call-Up Complete: [G274] - On 11/12/2003
NC AWAITING RESULTS OF IPC REPORT.

[G208] - On 10/31/2003 09:18 - For 870308078357

WALK-UP WITH NC.
NC ADV FILE HAS BEEN REFERRED TO IPC FOR REVIEW. NC ALSO ADV THAT EE
WAS ADVISED TO SIGN REL AT APO.

[G274] - On 10/31/2003 14:18 - For 870308078357
Call-Up For: [G274] - On 11/10/20   Call-Up Complete: [G274] - On 11/12/2003
NC UPDATED ACTION PLAN
NC TO SEND RTW LETTER TO NP.

[G274] - On 10/31/2003 15:05 - For 870308078357

NC CALL TO EE
A MESSAGE WAS LEFT ON A/M FOR EE TCB WITH INFORMATION RE: DR.
ANDERSON.

[UZ24] - On 10/31/2003 16:07 - For 870308078357
Call-Up For: [ARCQ] - On 10/31/20   Call-Up Complete: [G274] - On 11/03/2003
CRC: CALL BACK REQUEST TO:G274

EE RTN'ING NC CL. CRC TRX CL.

EE REQ THAT EE IS FROM ALASKA AND EE IS 4 HRS. BEHIND (TIME ZONE)

[G274] - On 11/03/2003 13:26 - For 870308078357

NC RECEIVED CALL FROM EE
A MESSAGE WAS LEFT ON V/M BY EE. EE ADVISED TO CONTACT HER PATIENT
ADVOCATE, VIRGINIA VALENOTE FOR ANY INFORMATION BECAUSE SHE WAS ON
EAST COAST. EE WENT TO MENTION THAT BECAUSE SHE WAS IN ALASKA IT MAY
BE DIFFICULT TO CONNECT DUE TO 4 HRS TIME DIFFERENCE.

[G274] - On 11/03/2003 13:31 - For 870308078357

NC CALL TO EE
NC ATTEMPTED TO RETURN TELEPHONE CALL TO EE, THE PHONE RANG WITH NO
ANSWER X3.

[G274] - On 11/03/2003 13:42 - For 870308078357

NC CALL TO ADVOCATE
NC SPOKE WITH EE ADVOCATE WHO IS ALSO A RELATIVE. NC INFORMED HER
THAT DR. ANDERSON'S TEL.# IS NEEDED. AND NC WAS UNABLE TO REACH EE
THIS P.M.

[U802] - On 11/03/2003 14:33 - For 870308078357
Call-Up For: [ARCQ] - On 11/03/20   Call-Up Complete: [G274] - On 11/03/2003
CRC: CALL BACK REQUEST TO: G274

PATIENT ADVOCATE VIRGINIA REQ TRX TO G274, DECLINED CSC HELP

PH: 727-578-3677

[G274] - On 11/03/2003 15:17 - For 870308078357

NC CALL FROM ADVOCATE
A MESSAGE WAS LEFT ON V/M THAT DR. ANDERSON'S TEL.# IS 907/278-2741.
THE ADVOCATES TEL. #'S ARE 727/578-3677, 813/230-8033.

ML 00071

EXHIBIT A
Page 7 of 22

## Diary Review - Report

Claim #: 870308078357    Name: DANIELA VALENOTE    Aug 11, 2005
Status: Declined    Page 8 of 13

---

**[G274] - On 11/03/2003 15:21 - For 870308078357**

NC CALL TO ADVOCATE
NC SPOKE WITH ADVOCATE WHO INFORMED NC THAT MEDICAL RECORDS WERE
SENT IN THAT INCLUDED 10/27/03 OV. NC INFORMED HER THAT HER MESSAGE
WAS RECEIVED. THE CALL THEN ENDED.

**[G068] - On 11/04/2003 10:00 - For 870308078357**

LETTER FROM RIM HAS BEEN RECEIVED

**[G274] - On 11/04/2003 12:10 - For 870308078357**

NC FOLLOW UP
THE MEDICAL DOCUMENTATION FROM DR. S. ANDERSON WAS RECEIVED FOR OV'S
10/6/03 AND 10/14/03. THE 10/6/03 NOTE INDICATES THE EE WAS SEEN FOR
F/U AFTER SHE HAD RECEIVED EPIDURAL STEROID INJECTION UNDER
FLUOROSCOPIC GUIDANCE. THE MAIN COMPLAINT PRESENTED INCLUDED
BILATERAL BUTTOCK PAIN THAT RADIATES TO THE LATERAL ASPECT OF THE
THIGH AND KNEE. EE DESCRIBED IT AS SHOOTING AND SHARP, CONTINUOUS.
EE FEELS OVERALL SHE IS IMPROVING, BUT IS UNABLE TO WALK ON UNEVEN
SURFACES OR SIT FOR LONG PERIODS OF TIME. THE EE'S ASSESSMENT
INCLUDES L3-4 DISCOGENIC PAIN, R. SIDED SACROILIAC (SI) JOINT
ARTHROPATHY, AND HYPERMOBILITY @ L5-S1. THE TX PLAN INCLUDES A
4-LEVEL LUMBAR DISCOGRAPHY, A FCE TO DETERMINE LIMITATIONS REGARDING
HER JOB DESCRIPTION SUBMITTED. THE NOTE MENTIONS THAT SHE IS NOT
MEDICALLY STABLE.

ON 10/14/03 LUMBAR DISKOGRAPHY WAS PERFORMED @ LEVELS L2-3, L3-4,
L4-5 AND L5-S1.

**[G274] - On 11/04/2003 12:29 - For 870308078357**
Call-Up For: [G020] - On 11/04/20   Call-Up Complete: [G020] - On 11/18/2003

NC UPDATED ACTION PLAN
FILE REFERRED TO IPC FOR REVIEW.

**[UZ39] - On 11/06/2003 16:05 - For 870308078357**
Call-Up For: [ARCQ] - On 11/06/20   Call-Up Complete: [G274] - On 11/06/2003

CRC: CALL BACK REQUEST TO:G274

VIRGINIA VALLENOTE (PATIENT ADVOCATE) CALLED

REQ TO SPEAK TO NC

CSC TRANS TO NC

**[G274] - On 11/10/2003 10:12 - For 870308078357**

NC CALL TO ADVOCATE
NC SPOKE SPOKE BRIEFLY WITH ADVOCATE REGARDING STATUS OF CLAIM.

**[G274] - On 11/10/2003 10:25 - For 870308078357**

NC FAX FROM FNP
RECEIVED LETTER FROM DEBORAH KILEY, FNP WHO INDICATED THAT EE WAS
NOT EXTENDED BEYOND 5/1/03 TO BE OFF FROM WORK. EE RESIGNED FROM HER
POSITION, WITH THE DOOR OPEN TO RETURN WHEN SHE FELT BETTER.

**[UZ27] - On 11/10/2003 17:21 - For 870308078357**
Call-Up For: [ARCQ] - On 11/10/20   Call-Up Complete: [G274] - On 11/11/2003

CRC: CALL BACK REQUEST TO:G274

VIRGINIA 727-578-3777 CALLED TO SPEAK WITH NC ONLY. ASSISTANCE WAS
DECLINED. CALL TRX

ML 00072

EXHIBIT A
Page 8 of 22

Diary Review - Report

Claim #:870308078357    Name: DANIELA VALENOTE    Aug 11, 2005
Status: Declined    Page 9 of 13

[G274] - On 11/11/2003 11:34 - For 870308078357

NC RETURNED CALL
A MESSAGE WAS LEFT ON 727-578-3677 A/M TCB.

[U895] - On 11/11/2003 16:19 - For 870308078357
Call-Up For: [ARCQ] - On 11/11/20    Call-Up Complete: [G208] - On 11/11/2003

CRC: CALL BACK REQUEST TO:G020
PLEASE RTN CALL TO VIRGINIA
@727..578.3677

[G208] - On 11/11/2003 18:00 - For 870308078357

VOICE MAIL LEFT FOR VIRGINIA...
CLD VIRGINIA TO SEE IF I COULD BE OF ASSISTANCE. I ADV CM IS STILL
OUT-OF-THE OFFC AND NC HAS LFT FOR TODAY. I ADV CLM IS STILL BEING
REVIEW BY IPC. IF ANY QUESTIONS FOR THE NC C/B TOMORROW MORNING.

[G274] - On 11/12/2003 10:01 - For 870308078357
Call-Up For: [G274] - On 11/14/20    Call-Up Complete: [G274] - On 11/14/2003

NC UPDATED ACTION PLAN
AWAITING IPC REPORT TO BE FINALIZED. IPC AWAITING RESPONSE BACK FROM
INITIAL DR.

[G274] - On 11/13/2003 12:12 - For 870308078357

NC CALL RETURNED TO ADVOCATE
NC SPOKE WITH MS. VALENOTE AND INFORMED HER THAT WE ARE AWAITING A
CB FROM CLINICIAN. SEVERAL ATTEMPTS HAVE BEEN MADE BY IPC.

[G274] - On 11/14/2003 15:00 - For 870308078357
Call-Up For: [G020] - On 11/17/20    Call-Up Complete: [G020] - On 11/18/2003

NC REVIEW OF PFR / RECOMMENDATION
RECEIVED REPORT BACK FROM IPC. THE IPC ATTEMPTED ON MULTIPLE
OCASIONS TO SPEAK WITH DR. BEARD. THE MEDICAL DOCUMENTATION WAS
REVIEWED IN ITS ENTIRETY. THE INFORMATION IN FILE INDICATED THAT EE
C/O PAIN PREDOMINANTLY IN THE RIGHT-BUTTOCK REGION. THE EE RECEIVED
INJECTIONS AND MEDICATIONS. THESE MEDS INCLUDED NEURONTIN, GABATRIL,
BEXTRA, VIOXX, AND TOPAMAX.
THE FINDINGS ON THE MRI SCAN DONE 12/02 OF THE LUMBAR SPINE ARE NOT
LIKELY TO BE CLINICALLY SIGNIFICANT IN VIEW OF NO DISK EXTRUSION,
NERVE ROOT COMPRESSION, SPINAL CORD COMPRESSION,ETC. THE POSITIVE
DISKOGRAM @ L-5 S1 MAY EXPLAIN SOME OF THE EE'S PAIN. THE INTENSITY
OF SERVICE IMPLIES THAT THE EE'S PAIN IS SEVERE. DESPITE THE PAIN,
THE EE WAS ALLEGEDLY WORKING 20 HRS PER WEEK IN 6/03. EVALUATION OF
THE PAIN CONTINUED AT LEAST UNTIL 10/03.

[G274] - On 11/14/2003 15:05 - For 870308078357
Call-Up For: [G274] - On 11/25/20    Call-Up Complete: [G274] - On 12/31/2003

NC UPDATED ACTION PLAN
NC TO DISCUSS IPC REPORT AND FILE DIRECTION WITH C/M.

[G063] - On 11/17/2003 06:53 - For 870308078357

REVIEW MED DCN: 031028000095
RESULTS OF 10/14/03 DISKOGRAPHY

[UZ62] - On 11/18/2003 09:42 - For 870308078357
Call-Up For: [ARCQ] - On 11/18/20    Call-Up Complete: [G274] - On 11/18/2003

CRC: CALL BACK REQUEST TO:G274

CALLER: VIRGINIA VALENOTE
PHONE: 727-578-3677

CALLER STATED THAT SHE WAS PATIENT ADVOCATE.

ML 00073

EXHIBIT A
Page 9 of 22

Diary Review - Report

Claim #: 870308078357    Name: DANIELA VALENOTE    Aug 11, 2005
Status: Declined    Page 10 of 13

---

**[UZ62] - On 11/18/2003 09:42 - For 870308078357**
Call-Up For: [ARCO] - On 11/18/20    Call-Up Complete: [G274] - On 11/18/2003
CALLED DECLINED ASSISTANCE, WANTED TO SPEAK WITH NC ONLY

**[G274] - On 11/18/2003 11:39 - For 870308078357**
NC CALL RETURNED TO ADVOCATE
A DETAILED MESSAGE WAS LEFT ON A/M FOR VIRGINIA VALENOTE.

**[G020] - On 11/18/2003 13:39 - For 870308078357**
CASE MANAGEMENT NOTES

FILE WAS RECEIVED FROM IPC REVIEW; CM HAD ADDITIONAL
CONCERNS/QUESTIONS THAT NEEDED TO BE ADDRESSED BY IPC; CM RE-ROUTED
THE FILE TO IPC FOR ADDENDUM; CM IS AWAITING FILE BACK FROM IPC;

**[G020] - On 11/18/2003 13:40 - For 870308078357**
OUTGOING CALL TO ADVOCATE, VIRGINIA VALENOTE AT: 813-230-8033; CM
INFORMED THAT FILE IS STILL W/ IPC; CM WILL ADVISE OF FINAL DECISION
AS SOON AS FILE COMES BACK FROM IPC; SHE UNDERSTOOD; CONVERSATION
ENDED;

**[G020] - On 11/18/2003 13:42 - For 870308078357**
Call-Up For: [G020] - On 11/20/20    Call-Up Complete: [G020] - On 11/21/2003
FOLLOW UP W/ IPC

**[G258] - On 11/18/2003 15:07 - For 870308078357**
REC'D CALL FROM BROKER FOR STATUS
I EXPLAINED CLAIM IT WAS OUR PHYSICIAN FOR INDEPENDENT REVIEW TO
MAKE FINAL DETERMINATION ON CLAIM. WE SHOULD HAVE ANSWER BY
THURSDAY OF THIS WEEK.

**[G020] - On 11/21/2003 09:47 - For 870308078357**
OUTGOING CALL TO ADVOCATE TO INFORM CLAIM DECISION IS NOT FAVORABLE
DUE TO MEDICAL INFORMATION IN FILE NOT SUPPORTING TD FROM DIS DATE
OF 02/17/03 THRU THE 90 DAY EP AND BEYOND; SHE STATED BROKER WILL BE
CALLING AND WILL FILE COMMISIONER'S COMPLAINT; CONVERSATION THEN
ENDED;

**[G020] - On 11/21/2003 10:25 - For 870308078357**
CLAIM DETERMINATION AFTER ADDITIONAL MEDICAL INFORMATION HAS BEEN
SUBMITTED BY EE AND ALL MEDICAL INFORMATION FROM INITIAL SUBMISSION
AND ADDITIONAL SUBMISSION HAS BEEN THOROUGHLY REVIEWED BY MEDICAL
TEAM AND CM:

CM RECOMMENDS UPHOLD OF INITIAL DENIAL DECISION AS THE MEDICAL
INFORMATION IN FILE CONTINUES NOT TO SUPPORT TD FROM DIS DATE THRU
THE 90 DAY EP AND BEYOND UP TO 10/03; HOWEVER AS OF 05/01/03 EE NO
LONGER WAS ELIGIBLE FOR LTD THRU ER AS SHE LOST LTD COVERAGE (AS OF
05/01/03) WHEN SHE RESIGNED HER POSITION W/ ER;

**[G258] - On 11/21/2003 14:12 - For 870308078357**
CALL TO TOM (BROKER)
I EXPLAINED AFTER THOROUGH REVIEW OF MEDICAL CLAIM WILL BE DENIED.
ALL MEDICAL INFORMATION HAS BEEN RECEIVED AND REVIEWED A DETAIL
LETTER WILL BE SENT TO EE EXPLAINING OUR RATIONALE FOR DECISION AND
THE APPEALS PROCESS.

ML 00074

**EXHIBIT A**
**Page 10 of 22**

**Diary Review - Report**

Claim #:870308078357   Name: DANIELA VALENOTE   Aug 11, 2005
Status: Declined   Page 11 of 13

---

[G020] - On 11/24/2003 09:39 - For 870308078357
Call-Up For: [G258] - On 11/24/20   Call-Up Complete: [G258] - On 11/26/2003
REFERRAL TO MANAGER FOR REVIEW OF CLAIM DECISION AND HARD COPY OF
DECISION NOTICE

[G020] - On 11/24/2003 09:43 - For 870308078357

FORWARDED COPY OF IPC REPORT TO ACS FOR IMAGING

[G258] - On 11/26/2003 08:01 - For 870308078357
Call-Up For: [G020] - On 11/26/20   Call-Up Complete: [G020] - On 11/26/2003
Q3 DENIAL AUDIT
OKAY TO DENY AND LETTER IS FINE.

[G020] - On 11/26/2003 08:24 - For 870308078357

OUTGOING CORRESPONDENCE: DECISION NOTICE MAILED TO EE; COPY TO ACS

[ACS1] - On 12/03/2003 13:52 - For 870308078357

OGC INDEX DCN 031203031407

[ACS1] - On 12/03/2003 14:52 - For 870308078357

OGC INDEX DCN 031203043102

[G274] - On 12/29/2003 14:25 - For 870308078357
Call-Up For: [G020] - On 01/05/20   Call-Up Complete: [G020] - On 01/09/2004
NC CLOSURE
NC REVIEWED ENTIRE MEDICAL DOCUMENTATION, CONTACTED AP OFFICE,
AS WELL AS REFERRED TO IPC FOR CONSULTATION. THESE NC INTERVENTIONS
ASSISTED C/M IN MAKING A FILE DETERMINATION. NC WILL NO LONGER BE
INVOLVED IN CO-MANGEMENT ACTIVITIES ON THIS FILE.

[ACS1] - On 03/15/2004 17:48 - For 870308078357
Call-Up For: [U154] - On 03/15/20   Call-Up Complete: [UA80] - On 03/19/2004
APPEAL MAIL DCN 040315036103

[UA80] - On 03/19/2004 10:34 - For 870308078357
Call-Up For: [G580] - On 03/19/20   Call-Up Complete: [G580] - On 03/22/2004
APPEAL NOTE: INTENT LETTER MAILED.  ERIN C

[ACS1] - On 03/29/2004 12:37 - For 870308078357

OGC INDEX DCN 040323042108

[ACS1] - On 05/04/2004 15:07 - For 870308078357
Call-Up For: [U154] - On 05/04/20   Call-Up Complete: [UB27] - On 05/13/2004
MED/VOC INDEX DCN 040504038347

[ACS1] - On 05/11/2004 11:24 - For 870308078357
Call-Up For: [U154] - On 05/11/20   Call-Up Complete: [UB27] - On 05/13/2004
MED/VOC INDEX DCN 040510059133

[UB27] - On 05/13/2004 09:27 - For 870308078357
Call-Up For: [G580] - On 05/13/20   Call-Up Complete: [G580] - On 05/13/2004
APPEAL NOTE: APPEAL RECEIVED 05-11-2004. ACK MAILED. DATABASE
COMPLETED. -KC

[G580] - On 05/20/2004 11:31 - For 870308078357
Call-Up For: [G580] - On 05/20/20   Call-Up Complete: [G580] - On 05/20/2004
CM TO RETURN EE'S AUNT'S CALL AFTER 12 EST ; OR 8AM EE'S TIME.

ML 00075

EXHIBIT A
Page 11 of 22