Diary Review - Report

[ACS1] - On 05/20/2004 13:34 - For 870308078357
Call-Up For: [G580] - On 05/20/20    Call-Up Complete: [G580] - On 05/20/2004
MED/VOC INDEX DCN 040520031558

[G580] - On 05/20/2004 13:37 - For 870308078357
CALL RETURNED TO EE'S AUNT-WANTS TO BE SURE HER LETTER IS INCLUDED I
N APPEAL.
ADVISED HER I WOULD FORWARD IT.

[G580] - On 05/20/2004 13:37 - For 870308078357
Call-Up For: [U126] - On 05/20/20    Call-Up Complete: [U126] - On 05/27/2004
DCN 040520031558-APPEAL LTR. ADTL INFO. PLS BE SURE TO INCLUDE WITH
APPEAL.

[C172] - On 06/08/2004 07:45 - For 870308078357
Call-Up For: [U126] - On 06/08/20    Call-Up Complete: [U010] - On 06/28/2004
IPC REFERRAL/MEDICAL RCVD FROM UTICA APPEALS UNIT

[C172] - On 06/16/2004 15:37 - For 870308078357
Call-Up For: [U126] - On 06/17/20    Call-Up Complete: [U010] - On 06/28/2004
FINAL IPC REPORT FAXED TO 315-792-1740

[U231] - On 06/17/2004 07:22 - For 870308078357
Call-Up For: [U126] - On 06/17/20    Call-Up Complete: [U010] - On 06/28/2004
IPC FROM GLASTONBURY RECD

[U055] - On 06/22/2004 13:21 - For 870308078357
Call-Up For: [U126] - On 06/22/20    Call-Up Complete: [U010] - On 06/28/2004
APPEAL NOTE
REQUESTED SPD/PLAN FOR CLAIM
FU FOR SPD

[U010] - On 06/28/2004 07:14 - For 870308078357
APPEAL DETERMINATION BY APPEAL UNIT/UPHOLD DENIAL

IPC REVIEWED MEDICAL
MEDICAL INFORMATION RECEIVED DOES NOT SUPPORT A FUNCTIONAL
IMPAIRMENT THAT WOULD LIMIT CLAIMANT FROM PERFORMING SEDENTARY TO
LIGHT WORK.  MEDICAL SUPPORTS A SLIGHT IMPAIRMENT BASED ON PAIN
CLAIMANT WOULD HAVE BEEN ABLE TO WORK UP UNTIL THE IDET (12/03/03)
AND THERE WAS NO FORMAL FOLLOWUP AFTER THE IDET.
UPHOLD LETTER SENT TO CLAIMANT AND TO ACS
JALEXANDER

[ACS1] - On 07/08/2004 16:18 - For 870308078357
OGC INDEX DCN 040708050448

[G580] - On 07/13/2004 14:27 - For 870308078357
Call-Up For: [U010] - On 07/13/20    Call-Up Complete: [U010] - On 07/14/2004
RETURNED CALL TO VIRGINIA VALENOTE
THEY HAVE NOT RECVD APPEAL DECISION.
ADVISED HER OF DECISION
PLS REMAIL LTR TO EE

[G580] - On 07/13/2004 14:44 - For 870308078357
Call-Up For: [U010] - On 07/13/20    Call-Up Complete: [U010] - On 07/14/2004
EE REQUESTS RETURN CALL
DANIELLA WOULD LIKE TO DISCUSS CLAIM. HAS NOT RECVD DENIAL LTR
REQUESTS CB

[G580] - On 07/14/2004 08:37 - For 870308078357
Call-Up For: [U010] - On 07/14/20    Call-Up Complete: [U010] - On 07/14/2004
INCOMING CALL FROM EE'S APO DR. PETER LORENSON

ML 00076

EXHIBIT A
Page 12 of 22

Diary Review - Report

Claim #:870308078357    Name: DANIELA VALENOTE

Status: Declined

[G580] - On 07/14/2004 08:37 - For 870308078357

Call-Up For:  [U010] - On 07/14/20    Call-Up Complete:  [U010] - On 07/14/2004

WOULD LIKE CB AT 907 694 1285

[U010] - On 07/14/2004 14:07 - For 870308078357

APPEAL NOTE:  RETURNED CALL TO CLAIMANT, LEFT MESSAGE THAT I WAS
RETURNING CALL REGARDING APPEAL.
APPEAL HAS BEEN COMPLETED

[ACS1] - On 07/21/2004 11:46 - For 870308078357

OGC INDEX DCN 040720051385

[ACS1] - On 08/17/2004 13:43 - For 870308078357

OGC INDEX DCN 040816032356

[NO15] - On 08/10/2005 16:51 - For 870308078357

Call-Up For:  [NO15] - On 08/10/20

***LITIGATION MATTER***

114 Diaries
Found

ML 00077

CI#:8703080.8 57

0408160323560
Exhibit 1

## CCR RESPONSE FORM
### (Controlled Case)

| AWD CASE # | CUSTOMER INFORMATION (person insured) |
|---|---|
| 04.180045510 | LAST NAME: Valenote |
| | FIRST NAME: Daniela     MI: C. |

**GROUP NAME**

Rim Architects

| POLICY # | SUFFIX |
|---|---|
| 5562954 | |

Claim#:870308078357

**COMPLAINT CODING** (see Code Sheet)

| Line of Business | 32 | Close Date | 7·12·04 | Situs: | AK |
|---|---|---|---|---|---|
| Complaint Code | 203 | (date of final response) | | | |
| Sub Code | 9 | Valid: ☐ Yes ☐ No | | ASA: ☐ Yes ☑ No | |

**COMMENTS**

_____

_____

_____

_____

FROM: Lisa Reece     OFFICE: Alpharetta, GA     DATE: 7·12·04

ML 00078

**EXHIBIT A**
**Page 14 of 22**

040816032356

Metropolitan Life Insurance Company
MetLife Disability, PO Box 14590, Lexington KY 40511-4590
Phone: 1-800-635-6707    :    Fax: 1-866-690-1264

# MetLife

# FAX

| To: Nadine Gyla | From: Lisa Reece |
|---|---|
| Fax: 814·269 8090 | Pages: 2 |
| Date  8·11·04 | Claim #: 870308078357 |
| | SS#: |
| | DOB: |

Re:    Claim for  Daniela C. Valenote

*THIS COVER SHEET SHOULD BE RETURNED WITH ANY CORRESPONDENCE PROVIDED TO MetLife. FAILURE TO PROVIDE THE CLAIM NUMBER, AND\OR SOCIAL SECURITY NUMBER AND DATE OF BIRTH WILL CAUSE A DELAY IN THE HANDLING OF THE INFORMATION PROVIDED TO MetLife.*

**Comments:**

The information contained in the following pages is confidential and intended only for the individual named above. ANY OTHER USE, DISSEMINATION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND IS A TORTUOUS INTERFERENCE WITH OUR CONFIDENTIAL BUSINESS RELATIONSHIPS. If this document was erroneously sent to you, please notify us immediately at the number listed above and then destroy this document.

ML 00079

**EXHIBIT A**
**Page 15 of 22**

| TRANSMISSION VERIFICATION REPORT |
| --- |

04081603235E

TIME : 08/10/2004 22:52

| | |
| --- | --- |
| DATE,TIME | 08/10 22:52 |
| FAX NO./NAME | 9101425980090 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |

ML 00080

**EXHIBIT A**
**Page 16 of 22**

Diary Review  - Report

Claim #:290306036379    Name: DANIELA VALENOTE

Status: Ended

Aug 11, 2005

Page 1 of 6

| Clm #: | 290306036379 | Owner Id: | G088 | Report #: | 556295 | Plan: | 000 | Subpoint: | 0001 |
| SSN: | 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 | Dt Last Wrk: | | Cov: | 8200 | Subcode: | 0001 | GM Plant: | |

[8MET] - On 06/03/2003 14:06 - For 290306036379

TRMT 1 PHY        JOELLA BEAD

[8MET] - On 06/03/2003 14:06 - For 290306036379

PHY STATE        AK

[8MET] - On 06/03/2003 14:06 - For 290306036379

PHY CITY        ANCHOR AGE

[8MET] - On 06/03/2003 14:06 - For 290306036379

PHY ADDR        4100 LAKE OTIS PKWY

[8MET] - On 06/03/2003 14:06 - For 290306036379

PHY PHONE        907-677-7440

[8MET] - On 06/03/2003 14:06 - For 290306036379

PHYSICIAN NAME        BEAD

[8MET] - On 06/03/2003 14:06 - For 290306036379

EMPLR PHONE NUM  907-258-7777

[8MET] - On 06/03/2003 14:06 - For 290306036379

HOURS/WEEK  0000

[8MET] - On 06/03/2003 14:06 - For 290306036379

TIME RPTD        12:57:00

[8MET] - On 06/03/2003 14:06 - For 290306036379

REP NAME        X025429

[8MET] - On 06/03/2003 14:06 - For 290306036379

DATE KEYED        06/03/2003

[8MET] - On 06/03/2003 14:06 - For 290306036379

UPDATED BY        X025429

[8MET] - On 06/03/2003 14:06 - For 290306036379

DATE UPDATED        06/03/2003

[8MET] - On 06/03/2003 14:06 - For 290306036379

TIME UPDATED        14:00:14

ML 00217

**EXHIBIT A**
**Page 17 of 22**

Diary Review  - Report

Claim #:290306036379    Name: DANIELA VALENOTE

Status: Ended

[8MET] - On 06/03/2003 14:06 - For 290306036379

CALLER PHONE NUM  907-622-1009

[8MET] - On 06/03/2003 14:06 - For 290306036379

CALLER NAME    DANIELA C VALENOTE

[8MET] - On 06/03/2003 14:06 - For 290306036379

REPORT ID        110

[8MET] - On 06/03/2003 14:06 - For 290306036379

DATE LOADED 06/03/03

[8MET] - On 06/03/2003 14:06 - For 290306036379

TIME LOADED 14:05:50

[8MET] - On 06/03/2003 14:06 - For 290306036379
Call-Up For: [ASBC] - On 06/03/20  Call-Up Complete: [G088] - On 06/10/2003

NEW CLAIM ADDED BY CCO TO TELE

[U467] - On 06/03/2003 15:29 - For 290306036379

P/C TO EE-907-622-1009--LEFT VM--P/C TO ER 907-258-7777, PENNY
IS CALLING ME BACK FRM HR

[U467] - On 06/03/2003 15:56 - For 290306036379
Call-Up For: [ASBC] - On 06/03/20  Call-Up Complete: [G088] - On 06/10/2003

REPORT # 5562954 *** PLAN NOT LOADED INTO UDS ***

[G088] - On 06/10/2003 10:08 - For 290306036379

COVERAGE VERIFICATION
COV VERIFIED THRU GRPFCTS
EFF DATE...7/1/02
STD AND LTD COV

[G088] - On 06/10/2003 10:12 - For 290306036379
Call-Up For: [G088] - On 06/10/20  Call-Up Complete: [G592] - On 06/19/2003

SENT PLNMTR REQ TO LOAD PLAN

[ACS1] - On 06/17/2003 09:45 - For 290306036379
Call-Up For: [G088] - On 06/23/20  Call-Up Complete: [G088] - On 06/25/2003

INITIAL CLAIM DCN 030616016838

[ACS1] - On 06/17/2003 14:50 - For 290306036379
Call-Up For: [G088] - On 06/23/20  Call-Up Complete: [G088] - On 06/25/2003

MED/VOC INDEX DCN 030617010984

[G592] - On 06/19/2003 15:21 - For 290306036379
Call-Up For: [G088] - On 06/23/20  Call-Up Complete: [G088] - On 06/25/2003

PLAN MASTER TRANSMITTAL SENT.

[G088] - On 06/25/2003 17:51 - For 290306036379
Call-Up For: [G088] - On 07/09/20  Call-Up Complete: [G557] - On 07/19/2003

ACTION PLAN
SENT EE ICM LTR FOR DETAILED MEDICAL INFO.

[UY21] - On 06/27/2003 16:03 - For 290306036379
Call-Up For: [ARCQ] - On 06/27/20  Call-Up Complete: [G088] - On 06/30/2003

CRC: CALL TRANSFERRED TO **G088**

ML 00218

**EXHIBIT A**
**Page 18 of 22**

Diary Review - Report

Claim #:290306036379   Name: DANIELA VALENOTE

Status: Ended

[UY21] - On 06/27/2003 16:03 - For 290306036379

Call-Up For: [ARCQ] - On 06/27/2(   Call-Up Complete: [G088] - On 06/30/2003

EE'S EMAIL: DANIELAAK@MSN.COM
EE WOULD LIKE DET MED LTR EMAILED TO HER AND REQ TO SPK TO
CM RE CLAIM. TRX PER EE'S REQ. PLEASE EMAIL LTR TO EE ASAP.

[G088] - On 06/30/2003 10:30 - For 290306036379

Call-Up For: [G088] - On 06/30/20   Call-Up Complete: [G088] - On 06/30/2003

OUTGOING CALL TO EE
CM WILL RTD EE'S CALL AFTER 12 SINCE EE IS 4 HRS TIME DIFFERENCE IN
PACIFIC TIME ZONE.

[G088] - On 06/30/2003 16:02 - For 290306036379

RTD EE'S CALL
CM LEFT A MSG FOR ON EE'S ANSWERING MACHINE.

[U820] - On 07/01/2003 13:18 - For 290306036379

Call-Up For: [ARCQ] - On 07/01/20   Call-Up Complete: [G088] - On 07/01/2003

CRC: CALL TRX TO VM ***G088***

EE CALLED TO SPEAK W/CM

[G088] - On 07/01/2003 15:09 - For 290306036379

INCOMING CALL FROM EE
CM SPOKE TO EE AND ADVISED HER THAT WE WOULD NEED MEDICAL
DOCUMENTATION FROM HER TREATING PHYSICIAN AND PCP. CM PROVIDED EE
WITH THE ACS FAX # AND INFORMATION ABOUT THE CLM PROCESS.

[ACS1] - On 07/07/2003 11:21 - For 290306036379

Call-Up For: [G088] - On 07/07/20   Call-Up Complete: [G557] - On 07/19/2003

MED/VOC INDEX DCN 030703049434

[ACS1] - On 07/07/2003 11:21 - For 290306036379

Call-Up For: [G088] - On 07/07/20   Call-Up Complete: [G557] - On 07/19/2003

MED/VOC INDEX DCN 030703049436

[UZ84] - On 07/14/2003 15:32 - For 290306036379

Call-Up For: [ARCQ] - On 07/14/2(   Call-Up Complete: [G099] - On 07/14/2003

CRC: TRANSFER TO **G088**

THE CASE MANAGER WAS ON VACATION SO I TRANSFERRED EE TO THE UNIT
MANAGER (FRAN BRIMIDGE), THE VOICE MAIL PICKED UP. EE WAS WONDERING
ON THE STATUS OF HER CLAIM, DR HAD SENT OVER 12 PAGES OF MED INFO
AND STILL NO DECISION HAS BEEN MADE

[G099] - On 07/14/2003 15:38 - For 290306036379

OUTGOING CALL TO EE ADVISED MEDICAL RCVD 7/7 TO ALLOW 5 BUSINESS
DAYS FOR REVIEW.

[G557] - On 07/19/2003 10:25 - For 290306036379

Call-Up For: [G096] - On 07/21/20   Call-Up Complete: [G096] - On 07/22/2003

CLAIM APPRVL/NC REFERRAL
THRU 4/2/03 BASED ON DCG PLUS LIDOCAINE INJECTION ADMINISTERED 3/20
WITH 2 WK F/U APPT. 34 Y/O/F ARCHITECT (SEDENTARY) WITH DX OF
CHRONIC PAIN/FIBROMYALGIA PROVIDED PT NOTES FOR ON-GOING TRXMNT.
RESULTS OF CAROTID SONOGRAM (3/20) YIELD NO STENOSIS. AP TRXMNT PLAN
LISTS NO PRECAUTIONS OR R&L'S. AP DOES RECOMMEND REHAB THERAPY AND
HOME EXCERCISES. NO OTHER TRXMNT PLAN OR MEDS PROVIDED. PLEASE
REVIEW MEDICAL REC'D 7/14 AND ADVISE IF MEDICAL SUPPORTS TRXMTN
FOR FIBROMYALGIA DX AND IF SYMPTOMS WARRANT CONTINUING BENEFITS
BEYOND 4/2

ML 00219

Diary Review - Report

Claim #:290306036379    Name: DANIELA VALENOTE

Status: Ended

[G557] - On 07/19/2003 10:25 - For 290306036379

Call-Up For: [G088] - On 07/24/20    Call-Up Complete: [G088] - On 07/30/2003

CLAIM IN REVIEW W/ NC...

[G096] - On 07/22/2003 15:27 - For 290306036379

Call-Up For: [G088] - On 07/23/20    Call-Up Complete: [G088] - On 07/31/2003

NC INITIAL REVIEW / RECOMMENDATION

DX: 719 - JOINT DISORDER
DCG: 32 DAYS
DLW: 02/21/03; DOD: 02/22/03
BENEFITS ALLOWED THROUGH: 04/02/03
STD MAX DATE: 05/23/03
+ LTD COVERAGE

EE IS A 34 Y/O/F ARCHITECT FOR ER WHICH IS A SEDENTARY JOB.  EE IS
OOW FOR PAIN AND FIBRO.  NC IS ASKED TO REVIEW UPDATED MEDICAL.  EE
SEES PROVIDERS FROM REHABILITATION AND SPORTS MEDICINE FOR HER CARE.

04/29/03 OV NOTE:
C/C: F/UP OV NOTE
EE SEVERITY OF PAIN 5/10 OVERALL
EE HAS NUMBNESS AND TINGLING WHILE DRIVING
EE'S MUSCLE WEAKNESS, ADL DYSFUNCTION, AND DIFFICULTY WALKING ARE
ALL IMPROVED
EE STATES ZANAFLEX HAS NOT HELPED, BUT THE NEURONTIN HAS HELPED
EE OVERALL FEELS LIKE SHE IS IMPROVING
FEELS ACUPUNCTURE VERY HELPFUL
P/E: WDWN
GI: SOFT NONTENDER
CVS: S1, S2, LUNGS CLEAR
DECREASED TRAPEZIUS SPASM
IMP: MYALGIA IMPROVING, LIKELY SI JOINT COMPONENT
CONTINUE NEURONTIN
CONTINUE PT AND ACUPUNCTURE

05/12/03 PT DISCHARGE REPORT:
EE FEELS THAT WATSO AHS IMPROVED RELAXATION.  MILD DECREASE IN PAIN
FOLLOWING WATSU.  GRADUALLY TRYING TO PROGRESS WATER AND LAND
EXERCISE AS TOLERATED.  EE HAS HEP.  THERAPIST STATES EE EXHIBITS A
FAIR PROGNOSIS AT DISCHARGE.

IT IS REASONABLE TO ALLOW EE TIME OOW FOR COMPLETION OF PT.  EE WAS
DISCHARGED FROM PT ON 05/12/03.  AT LOV EE HAD NO OBJECTIVE FINDINGS
TO SUPPORT CONTINUED DISABILITY PAST HER PT DISCHARGE DATE.

[U938] - On 07/23/2003 14:34 - For 290306036379

Call-Up For: [ARCQ] - On 07/23/20    Call-Up Complete: [G088] - On 07/23/2003

CRC:TRANSFERRED TO VM***G088***

EE WANTED TO BE TRANSFERRED - LEFT VM

[G088] - On 07/23/2003 15:26 - For 290306036379

EXT EE'S BENEFITS THRU 5/12/03
PER NC RECOMMENDATIONS

[G088] - On 07/23/2003 15:27 - For 290306036379

OUTGOING CALL TO EE
CM RTD EE'S CALL AND LEFT A MSG ON EE'S ANSWERING MACHINE STATING
THAT EE'S CLM WOULD BE EXTENDED THRU 5/12/03 BASED UPON THE MEDICAL
DOCUMENTATION RCVD.

ML 00220

**EXHIBIT A**
**Page 20 of 22**

Diary Review - Report

[G088] - On 07/23/2003 15:27 - For 290306036379

[U926] - On 07/28/2003 14:12 - For 290306036379

CRC: GENERAL INQUIRY

ER MARY TRANSFERRED TO CM. CM PU

[G088] - On 07/31/2003 16:18 - For 290306036379

EE INTERVIEW
CM SPOKE TO EE AND ADVISED HER THE CLM APPRVL AND CLM END DATE.
EE INQUIRED ABOUT THE INFO NEEDED FOR EXTENSION OF HER CLM
AND THE POSSIBILITY OF A LTD CLM. CM EXPLAINED THAT SHE WOULD
NEED TO HAVE AP PROVIDE ADD'L MEDICAL DOCUMENTATION SUPPORTING
OBJECTIVE MEDICAL FINDINGS.EE UNDERSTOOD AND WAS GOING TO F/U
WITH AP.

[ACS1] - On 08/04/2003 08:48 - For 290306036379
Call-Up For: [G088] - On 08/04/20   Call-Up Complete: [G068] - On 08/13/2003
INITIAL CLAIM DCN 030801043959

[ACS1] - On 08/04/2003 08:48 - For 290306036379
Call-Up For: [G088] - On 08/04/20   Call-Up Complete: [G068] - On 08/13/2003
MED/VOC INDEX DCN 030801043959

[G088] - On 08/07/2003 11:52 - For 290306036379
Call-Up For: [G068] - On 08/07/20   Call-Up Complete: [G068] - On 08/07/2003
EXT EE'S BENEFITS THRU MAX DURATION(5/23/03)
EE IS RECEIVING TRMT FOR FIBROMYLIGIA.
NC HAS REVIEWED THE MEDICAL DOCUMENTATION AND EE
HAS BEEN INFORMED THAT ADD'L MEDICAL INFORMATION IS NEEDED.
SENT EE ICM APPRVL LTR

[G088] - On 08/07/2003 11:58 - For 290306036379
Call-Up For: [G009] - On 08/07/20   Call-Up Complete: [G009] - On 08/20/2003
PLS BUILD LTD CLM

[U93B] - On 08/11/2003 10:04 - For 290306036379
Call-Up For: [ARCQ] - On 08/11/20   Call-Up Complete: [G088] - On 08/11/2003
CRC: TRANSFERRED TO VM****G088****

EE'S FATHER CALLED TO SEE IF THERE WAS ANYTHING ELSE NEEDED
ADVISED THAT SHE REACHED HER MAX DURATION- NO BENEFITS PAYABLE
BEYOND THAT, ADVISED TO HAVE EE CALL TO RECEIVE ANY OTHER INFO
HE SAID THANK YOU

[G088] - On 08/11/2003 10:52 - For 290306036379

OUTGOING CALL TO EE
CM RTD CALL TO EE'S FATHER AND ADVISED HIM OF THE CLM PROCESS.

[ACS1] - On 08/20/2003 14:19 - For 290306036379
Call-Up For: [G068] - On 08/20/20   Call-Up Complete: [G068] - On 08/29/2003
MED/VOC INDEX DCN 030819000097

[ACS1] - On 08/21/2003 11:33 - For 290306036379
Call-Up For: [G068] - On 08/21/20   Call-Up Complete: [G068] - On 08/29/2003
MED/VOC INDEX DCN 030820036457

ML 00221

**EXHIBIT A**
**Page 21 of 22**

Diary Review - Report

Claim #:290306036379    Name: DANIELA VALENOTE

Status: Ended

Aug 11, 2005

Page 6 of 6

[ACS1] - On 08/21/2003 12:16 - For 290306036379
Call-Up For: [G068] - On 08/21/20    Call-Up Complete: [G068] - On 08/29/2003
    MED/VOC INDEX DCN 030821000336

[ACS1] - On 08/21/2003 12:31 - For 290306036379
Call-Up For: [G068] - On 08/21/20    Call-Up Complete: [G068] - On 08/29/2003
    MED/VOC INDEX DCN 030821000391

[ACS1] - On 08/22/2003 09:59 - For 290306036379
Call-Up For: [G068] - On 08/22/20    Call-Up Complete: [G068] - On 08/29/2003
    MED/VOC INDEX DCN 030821054065

[ACS1] - On 08/22/2003 11:18 - For 290306036379
Call-Up For: [G068] - On 08/22/20    Call-Up Complete: [G068] - On 08/29/2003
    OTHER INDEX DCN 030821000410

[ACS1] - On 08/26/2003 12:33 - For 290306036379
Call-Up For: [G068] - On 08/26/20    Call-Up Complete: [G068] - On 08/29/2003
    MED/VOC INDEX DCN 030825027490

[ACS1] - On 08/26/2003 12:52 - For 290306036379
Call-Up For: [G068] - On 08/26/20    Call-Up Complete: [G068] - On 08/29/2003
    MED/VOC INDEX DCN 030825027569

[ACS1] - On 08/26/2003 12:54 - For 290306036379
Call-Up For: [G068] - On 08/26/20    Call-Up Complete: [G068] - On 08/29/2003
    MED/VOC INDEX DCN 030825027826

[U895] - On 09/15/2003 13:20 - For 290306036379
Call-Up For: [ARCQ] - On 09/15/2(    Call-Up Complete: [G088] - On 09/15/2003
    CRC: CALL BACK REQUEST***G088***

    EE CALLED PLEASE CALL BACK AT HOME
    607.922.1009

[G088] - On 09/15/2003 15:12 - For 290306036379

    OUTGOING CALL TO EE

    CM LEFT EE A MSG STATING THAT EE'S CLM HAD REACHED MAX DURATION AND
    ANY ADJUSTMENTS TO HER CLM NOW WOULD CREATE AN O/P.

[ACS1] - On 10/27/2003 14:21 - For 290306036379
Call-Up For: [G020] - On 10/27/20    Call-Up Complete: [G020] - On 11/18/2003
    MED/VOC INDEX DCN 031027013236

[ACS1] - On 11/05/2003 12:36 - For 290306036379
Call-Up For: [G020] - On 11/05/20    Call-Up Complete: [G020] - On 11/18/2003
    MED/VOC INDEX DCN 031104045980

[ACS1] - On 11/11/2003 13:07 - For 290306036379
Call-Up For: [G020] - On 11/11/20    Call-Up Complete: [G020] - On 11/18/2003
    MED/VOC INDEX DCN 031110079757

[UZ64] - On 11/13/2003 11:52 - For 290306036379
Call-Up For: [ARCQ] - On 11/13/2(    Call-Up Complete: [G274] - On 11/13/2003
    CRC: CALL BACK REQUEST TO:G274

    AUNT VIRGINA VALENOTE, INS ADVOCATE, 727-578-3677
    WOULD ONLY SPEAK WITH NC NOT CM OR CSC.

66 Diaries Found

ML 00222

EXHIBIT A
Page 22 of 22