Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:    jamesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DANIELA VALENOTE,

                          Plaintiff,

v.                                                     Case No. 3:05-cv-00196-TMB

METROPOLITAN LIFE INSURANCE COMPANY,
and RIM ARCHITECTS (ALASKA), INC.,              **DEFENDANTS' OPPOSITION
                                                 TO PLAINTIFF'S MOTION
                          Defendants.            FOR SUMMARY JUDGMENT**

          Defendants hereby oppose plaintiff's Motion for Summary Judgment (Docket No. 37). In

order to avoid unnecessary clutter to the court's docket and for the sake of efficiency, defendants

hereby adopt and incorporate by reference herein their Cross Motion for Summary Judgment (Docket

No. 51).

          DATED this 2nd day of March, 2007.

                                        LANE POWELL LLC
                                        Attorneys for Defendants


                                        By   s/ Brewster H. Jamieson
                                           301 West Northern Lights Boulevard, Suite 301
                                           Anchorage, Alaska 99503-2648
                                           Tel:  907-277-9511
                                           Fax:  907-276-2631
                                           Email: jamesonb@lanepowell.com
                                           ASBA No. 8411122

I certify that on March 2, 2007, a copy of the foregoing
was served by mail on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

  s/ Brewster H. Jamieson
105460.0011/159119.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631