Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>      Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>      Defendants. | Case No. 3:05-cv-00196-TMB<br><br>[proposed]<br>**<u>ORDER</u>** |

  THIS COURT, having considered the Plaintiff's Motion for Summary Judgment, all responses thereto, as well as applicable law;

  IT IS HEREBY ORDERED that plaintiff's Motion for Summary Judgment is DENIED in its entirety.

  ORDERED this _____ day of _____, 2007.

                       The Honorable Timothy M. Burgess
                       United States District Court Judge

I certify that on March 2, 2007, a copy of the foregoing was served electronically mail on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

 s/ Brewster H. Jamieson
105460.0011/159129.1