Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| DANIELA VALENOTE, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:05-cv-00196-TMB |
| METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC., | |
| Defendants. | [proposed] **ORDER** |

THIS COURT, having considered the Defendants' Motion to Strike Evidence Beyond the Administrative Record (Docket No. 53), all responses thereto, as well as applicable law;

IT IS HEREBY ORDERED that defendants' Motion is GRANTED. Affidavits and records at Docket Nos. 38, 39, 40, 42, 43, and 44, are hereby stricken from the record and shall not be considered in this matter for any purpose.

ORDERED this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on March 2, 2007, a copy of the foregoing was served electronically mail on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

 s/ Brewster H. Jamieson
105460.0011/159134.1