Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:     jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　　　　　Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**NOTICE OF FILING<br>UNPUBLISHED DECISIONS** |

Pursuant to Local Rule 7.1(c), defendants, by and through counsel, provide a copy of unpublished decisions, to which they cited in their Cross Motion for Summary Judgment (Docket 51).

DATED this 9th day of March, 2007.

　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　Attorneys for Defendants


　　　　　　　　　　　　　　　　By　s/ Brewster H. Jamieson
　　　　　　　　　　　　　　　　　301 West Northern Lights Boulevard, Suite 301
　　　　　　　　　　　　　　　　　Anchorage, Alaska  99503-2648
　　　　　　　　　　　　　　　　　Tel:  907-277-9511
　　　　　　　　　　　　　　　　　Fax:  907-276-2631
　　　　　　　　　　　　　　　　　Email: jamiesonb@lanepowell.com
　　　　　　　　　　　　　　　　　ASBA No. 8411122

I certify that on March 9, 2007, a copy of the foregoing was served by mail on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com


　s/ Brewster H. Jamieson
105460.0011/159214.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631