CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB) |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF BRIEFING SCHEDULE ON PLAINTIFF'S REPLY/OPPOSITION TO DEFENDANTS' MEMORANDUM SUMMARY JUDGMENT

Plaintiff, through counsel, moves for an order extending the date for the filing of Plaintiff's reply/opposition to Defendants' memorandum and cross motion for summary judgment from Monday March 12, 2007 to Friday March 16, 2007. This request results from the press of numerous other litigation and professional obligations on Plaintiff's counsel. March 16, 2007 is also the filing date for Plaintiff's opposition to Defendants' motion to strike.

In prior extension requests, filed by Defendants, Defendants stated that Defendants "may move the court for leave to file a further brief on issues raised for the

first time by plaintiff in her Opposition Brief." Dk 47. The last request for an extension filed by Defendants, gave a deadline for any such motion of March 19, 2007, which was seven days following the deadline for Plaintiff's Reply/Opposition. See Dk 50. Consequently, in order to keep the same schedule, Plaintiff's present motion also requests that the Court order that any motion for leave to file reply be filed by March 23, 2007.

This motion is accompanied by a proposed Court Order.

DATED this 12th day of March 2007.

By: s/ Timothy Seaver
Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

By: s/ George T. Freeman
George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

CERTIFICATE OF SERVICE

I certify that on March 12, 2007
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ Timothy Seaver

Plaintiff's Motion for a Four Day Extension for Filing Plaintiff's
Reply/Opposition to Defendants' March 2, 2007 Opposition
and Cross Motion for Summary Judgment
*Valenote v. MetLife* Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 2