CO-COUNSEL FOR PLAINTIFF
Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

DANIELA VALENOTE,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,

    Defendants.

[Proposed]
**ORDER**

Case No. 3:05-cv-00196 (TMB)

The Court, having considered Plaintiff's motion for 4 day extension of the briefing schedule:

IT IS HEREBY ORDERED, that the motion is GRANTED.

a)    Plaintiff shall file her reply/opposition on March 16, 2007.

b)    Defendants shall file any motion for leave to file a reply brief by March 23, 2007.

ORDERED this _____ day of March, 2007.

_____
Honorable Timothy M. Burgess
United States District Court Judge

I certify that on March 12, 2007 the foregoing document was served electronically on: Brewster H. Jamieson, Esq. jamiesonb@lanepowell.com

s/ Timothy Seaver