CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>    Defendants. | Case No. 3:05-cv-00196 (TMB) |

### PLAINTIFF DANIELA C. VALENOTE'S OPPOSITION TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff Daniela C. Valenote opposes Defendants' Cross Motion for Summary Judgment, filed at Docket 51, for the reasons and supporting materials set forth in her Motion and Memorandum for Summary Judgment and in her in her attached Reply and Opposition to Defendants' Cross Motion for Summary

Plaintiff's Opposition to Defendants' Cross Motion for Summary Judgment
*Valenote v. MeLife*, Case No. 3:05-cv-00196 (TMB)
Page 1 of 2

Judgment, which are all incorporated by reference as if fully set forth herein.

DATED this 16 th day of March 2007.

By: s/ Timothy Seaver
Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

By: s/ George T. Freeman
George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

CERTIFICATE OF SERVICE

I certify that on March 16, 2007
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ Timothy Seaver
Timothy Seaver

Plaintiff's Opposition to Defendants' Cross Motion for Summary Judgment
*Valenote v. MeLife*, Case No. 3:05-cv-00196 (TMB)
Page 2 of 2

CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
 Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　Defendants. | Case No. 3:05-cv-00196 (TMB) |

**NOTICE BY PLAINTIFF OF CONTINUATION OF FILING OF HER REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT**

NOTICE is hereby given by Plaintiff of the continuation of filing of her Reply in Support of Motion for Summary Judgment and Opposition to Defendant's Cross Moton for Summary Judgment.

DATED this 16th Day of March 2007.