CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

### PLAINTIFF DANIELA C. VALENOTE'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

Plaintiff Daniela C. Valenote hereby opposes Defendants' Motion to Strike Evidence at Docket 53 for the reasons set forth in Part 5a and Part 5b of her March 16, 2007 Reply to Opposition Motion for Summary Judgment and Opposition to Defendant's Cross Motion for Summary Judgment, which Part 5A and Part 5b are hereby incorporated by reference as if fully set forth herein. Plaintiff respectfully

Plaintiff's Opposition to Defendants' Motion to Strike
*Valenote v. MeLife*, Case No. 3:05-cv-00196 (TMB)
Page 1 of 2

requests that the Court deny Defendants' motion to strike evidence.

DATED this 16 th day of March 2007.

By: s/ Timothy Seaver
Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

By: s/ George T. Freeman
George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

CERTIFICATE OF SERVICE

I certify that on March 16, 2007
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ Timothy Seaver
Timothy Seaver

Plaintiff's Opposition to Defendants' Motion to Strike
*Valenote v. MeLife*, Case No. 3:05-cv-00196 (TMB)
Page 2 of 2