CO-COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Timothy W. Seaver | George T. Freeman |
| Seaver & Wagner, LLC | Attorney at Law |
| 421 West First Ave., Suite 250 | 1152 P Street |
| Anchorage, Alaska 99501 | Anchorage, Alaska 99501 |
| Tel. 907-646-9033 | Tel. 907-274-8497 |
| Fax. 907-276-8238 | Fax 907-274-8497 (call first) |
| Email: tseaver@seaverwagner.com | Email: gtf@gci.net |

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

**PLAINTIFF DANIELA C. VALENOTE'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

    Plaintiff Daniela C. Valenote hereby files her reply in support of motion for summary judgment. For the reasons set forth in her initial Motion for Summary Judgment and in her Opposition to Defendants' Cross Motion for Summary Judgment, which is incorporated by reference as if fully set forth herein, Plaintiff respectfully requests that the Court grant her motion for summary judgment and

Plaintiff's Opposition to Defendants' Cross Motion for Summary Judgment
*Valenote v. MeLife*, Case No. 3:05-cv-00196 (TMB)
Page 1 of 2

the relief requested therein.


DATED this 20th day of March 2007.

By: s/ Timothy Seaver
Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

By: s/ George T. Freeman
George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net


CERTIFICATE OF SERVICE

I certify that on March 20, 2007
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ Timothy Seaver
Timothy Seaver

Plaintiff's Opposition to Defendants' Cross Motion for Summary Judgment
*Valenote v. MeLife*, Case No. 3:05-cv-00196 (TMB)
Page 2 of 2