CO-COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Timothy W. Seaver | George T. Freeman |
| Seaver & Wagner, LLC | Attorney at Law |
| 421 West First Ave., Suite 250 | 1152 P Street |
| Anchorage, Alaska 99501 | Anchorage, Alaska 99501 |
| Tel. 907-646-9033 | Tel. 907-274-8497 |
| Fax. 907-276-8238 | Fax 907-274-8497 (call first) |
| Email: tseaver@seaverwagner.com | Email: gtf@gci.net |

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB) |

### ORDER DENYING DEFENDANTS' MOTION TO STRIKE EVIDENCE

After review of Defendants' motion to strike evidence, and the opposition thereto, the motion is DENIED.

IT IS SO ORDERED.

DATED this ____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on March 20, 2007
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel:  907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ Timothy Seaver
Timothy Seaver