IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>        Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, and RIM ARCHITECTS<br>(ALASKA), INC.,<br><br>        Defendants. | Case No. 3:05-cv-196 TMB<br><br>**O R D E R**<br>**Re: Docket 68** |

    Plaintiff's request for oral argument on the parties' cross-motions for summary judgment (Docket nos. 37 & 51), as well as on Defendants' motion to strike evidence, (Docket 53), is GRANTED.  Oral argument shall be held on January 10, 2008 at 10:00 a.m. in Courtroom 1.

    Dated at Anchorage, Alaska, this 26th day of December, 2007.

                                      /s/ Timothy Burgess  
                                      TIMOTHY M. BURGESS  
                                      UNITED STATES DISTRICT JUDGE