CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver  
Seaver & Wagner, LLC  
421 West First Ave., Suite 250  
Anchorage, Alaska 99501  
Tel. 907-646-9033  
Fax. 907-276-8238  
Email: tseaver@seaverwagner.com

George T. Freeman  
Attorney at Law  
1152 P Street  
Anchorage, Alaska 99501  
Tel. 907-274-8497  
Fax 907-274-8497 (call first)  
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>        Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

**PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE  
ORAL ARGUMENT DATE  
AND MOTION FOR AN ORDER SHORTENING TIME**

Pursuant to District of Alaska Local Rule 7.2(a) and 7.2(c), Plaintiff, through counsel, respectfully requests that the oral argument on the Cross Motions for Summary Judgment and the Motion to Strike Evidence currently scheduled for January 10, 2008, be rescheduled for any time that is convenient for the court on any of the following days of February, 4, 5, 6, 7 or 8, 2008.

Mr. Freeman will be absent from Alaska from January 2 through January 20, 2008. Mr. Seaver is scheduled to participate in the mediation on a complex case on January 9 that will require a great deal of preparation. Mr. Freeman also understands

that Mr. Seaver would like to have the day of January 10, 2008 available in case the mediation continues over into January 10.

Mr. Freeman has conferred with Mr. Jamieson about the continuance and Mr. Jamieson is available for the oral argument on the above dates. Mr. Jamieson does not oppose this motion.

Pursuant to District of Alaska Local Rule 7.2(c), Plaintiffs submit this motion on shortened time or on a time schedule shorter than the time provided in the rules in order to bring this matter to the immediate attention of the court. The motion for an order shortening time is supported by the affidavit of Mr. Freeman.

DATED this 21ʳᵀ of December 2007.

| | |
|---|---|
| By: s/ Timothy Seaver<br>Timothy W. Seaver<br>Seaver & Wagner, LLC<br>421 West First Ave., Suite 250<br>Anchorage, Alaska 99501<br>Tel. 907-646-9033<br>Fax. 907-276-8238<br>Email: tseaver@seaverwagner.com | By: s/ George T. Freeman<br>George T. Freeman<br>Attorney at Law<br>1152 P Street<br>Anchorage, Alaska 99501<br>Tel. 907-274-8497<br>Fax 907-274-8497 (call first)<br>Email: gtf@gci.net |

CERTIFICATE OF SERVICE

I certify that on December 27, 2007
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ George T. Freeman

Plaintiff's Unopposed Motion to Reschedule
Oral Argument Date and Motion for an Order
Shortening Time
*Valenote v. MetLife* Case No. 3:05-CV-00196 CV (TMB)
Page 2 of 2