CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　Defendants. | Case No. 3:05-cv-00196 (TMB) |

### PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT DATE AND MOTION FOR AN ORDER SHORTENING TIME

After review of the unopposed motion to reschedule the oral argument on the cross motions for summary judgment and the Motion to Strike Evidence currently scheduled for January 10, 2008, the motion is GRANTED.

The oral argument on the above motions is hereby scheduled for February _____, 2008 at _____.

IT IS SO ORDERED.

DATED this _____ of December 2008.

By: _____
s/ Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on December 27, 2007
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ George T. Freeman