CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
 Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>     Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>     Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

### AFFIDAVIT OF GEORGE T. FREEMAN IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT DATE AND MOTION FOR AN ORDER SHORTENING TIME

STATE OF ALASKA              )
THIRD JUDICIAL DISTRICT      ) ss.

George T. Freeman, being first duly sworn, deposes and states as follows:

1.    I am co-counsel for the Plaintiff in this action with Timothy W. Seaver. I make this affidavit based on my personal knowledge.

2.    This affidavit supports Plaintiff's request that the oral argument on the Cross Motions for Summary Judgment and the Motion to Strike Evidence currently scheduled for January 10, 2008, be rescheduled for any time that is convenient for the

court on any of the following days of February, 4, 5, 6, 7 or 8, 2008.

    3. I will be absent from Alaska from January 2 through January 20, 2008.

    4. I have spoken with my co-counsel Mr. Seaver. Mr. Seaver is currently out of state. Mr. Seaver informed me that he is scheduled to participate in the mediation on a complex case on January 9 that will require a great deal of preparation. I further understand that Mr. Seaver would like to have the day of January 10, 2008 available in case the mediation continues over into January 10.

    5. I have spoken with opposing counsel Mr. Jamieson about the continuance. Mr. Jamieson is available for the oral argument on the above dates. Mr. Jamieson does not oppose this motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

George T. Freeman

SUBSCRIBED & SWORN to before me this 27th day of December 2007.

NOTARY PUBLIC in and for Alaska
My Commission Expires: 5/24/09

CERTIFICATE OF SERVICE

I certify that on December 27, 2007
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ George T. Freeman

Affidavit of George T. Freeman
in Support of Plaintiff's Unopposed Motion to Reschedule
Oral Argument Date and Motion for an Order Shortening Time
*Valenote v. MetLife* Case No. 3:05-CV-00196 CV (TMB)
Page 2 of 2