Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**NOTICE OF INTENT TO USE THE DIGITAL EVIDENCE PRESENTATION SYSTEM** |

　　　　Pursuant to Local Rule 39.3(c)(2), defendants, by and through counsel, hereby give notice that they intend to use the Digital Evidence Presentation System ("DEPS") during the oral argument scheduled for February 8, 2008. Defendants apologize for the late notice of their intent to use DEPS for the hearing on pending motions, but as the court is aware, the evidence in this case is voluminous and DEPS is necessary for the orderly presentation of documents at the hearing.

　　　　DATED this 7th day of February, 2008.

　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　Attorneys for Defendants


　　　　　　　　　　　　By   s/ Brewster H. Jamieson
　　　　　　　　　　　　　　301 West Northern Lights Boulevard, Suite 301
　　　　　　　　　　　　　　Anchorage, Alaska  99503-2648
　　　　　　　　　　　　　　Tel:  907-277-9511
　　　　　　　　　　　　　　Fax:  907-276-2631
　　　　　　　　　　　　　　Email: jamiesonb@lanepowell.com
　　　　　　　　　　　　　　ASBA No. 8411122

I certify that on February 7, 2008, a copy of the foregoing was served by ECF on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com


  s/ Brewster H. Jamieson
105460.0011/163393.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631