```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 DANIELA VALENOTE    vs.  METROPOLITAN LIFE INSURANCE CO., et al

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:05-cv-00196-TMB

DEPUTY CLERK/RECORDER: Linda Christensen

APPEARANCES:    PLAINTIFF: TIMOTHY W. SEAVER, GEORGE T. FREEMAN

                DEFENDANTS: BREWSTER H. JAMIESON

PROCEEDINGS: ORAL ARGUMENT ON CROSS MOTIONS FOR SUMMARY
             JUDGMENT (DKTS 37 AND 51) AND MOTION TO
             STRIKE (DKT 53)(DEPS) HELD: 2/8/08
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:08 p.m. court convened.

Arguments heard; cross-motions for summary judgment (at dkts 37 and 51) and motion to strike (dkt 53) **UNDER ADVISEMENT.**

At 3:21 p.m. court adjourned.

DATE:  FEBRUARY 8, 2008         DEPUTY CLERK'S INITIALS:   LSC

Revised 6/18/07