CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. A05-0196 CV (TMB) |

**PLAINTIFF'S RECORD CITATIONS IN RESPONSE
TO QUESTIONS AT ORAL ARGUMENT**

Plaintiff Daniela Valenote, through counsel, provides additional record citations that Plaintiff believes are responsive to certain of the Court's questions during the oral argument held on February 9, 2008.

As to medical information releases, see MR70 for May 15, 2003 general medical information release. This release is referenced at p. 8 of Plaintiff's opening memorandum [Corrected] (Dkt. No. 64). See additional medical records releases at MR111 (8/12/03) (Dr. Downs), MR126 (8/12/03) (Dr. Orzechowski) and MR226

(10/27/03) (Dr. Anderson). These releases are referenced at p. 14 of Plaintiff's opening memorandum [Corrected] (Doc. No. 64).

The Court also referenced the case <u>Sin v. MetLife</u>, 2006 WL 3716750 (D.Or. Dec. 13, 2006) in connection with one or more of its questions. Record document MR29 includes identical language as that included in the MetLife policy language referenced at pp. 3-4 of Sin. MR84 and MR89 are form letters that are identical to those referenced in <u>Sin</u> at p. 4.

DATED this 12th of February 2008.

Attorneys for Plaintiff

By: <u>s/ Timothy Seaver</u>                   By: <u>s/ George T. Freeman</u>

Timothy D. Seaver                             George T. Freeman
Alaska Bar No. 7806039                        Alaska Bar No. 7806039
Seaver & Wagner, LLC                          1152 P Street
421 West First Ave., Suite 250                Anchorage, Alaska 99501
Anchorage, Alaska 99501                       Tel. 907-274-8497
Tel. 907-646-9033                             Fax 907-274-8497 (call first)
Fax. 907-276-8238                             Email: gtf@gci.net
Email: tseaver@seaverwagner.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on February 12, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ Timothy D. Seaver