IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>               Plaintiff,<br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and RIM ARCHITECTS (ALASKA) INCORPORATED,<br>               Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**<u>JUDGMENT<br>IN A CIVIL CASE</u>** |

    \_\_\_    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    _X_    **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff Daniela Valenote is entitled to payment under the Plan from May 2003 through May 2005.  Subsequent eligibility under the Plan is subject to further administrative proceedings.

APPROVED:

    /s/Timothy M. Burgess
  **TIMOTHY M. BURGESS**
  United States District Judge

| | |
|---|---|
| March 28, 2008 | IDA J. ROMACK |
| Date | Clerk |