## Valenote Pre-Judgment Interest Calculation

| Payment | amount of payment | 2003 pre-judgment interest 3.31% | 2004 pre-judgment interest 3.31% | 2005 pre-judgment interest 3.31% |
|---|---|---|---|---|
| May-03 | 2550 | 245 days = $56.66 | $20,400 in principal in 2003 | $21,338.52 carryover from 2004 |
| Jun-03 | 2550 | 214 days = $49.49 | $254.84 interest in 2003 | $706.31 interest in 2005 |
| Jul-03 | 2550 | 184 days = $42.55 | $20,654.84 owed from 2003 | |
| Aug-03 | 2550 | 153 days = $35.38 | $683.68 interest in 2004 | |
| Sep-03 | 2550 | 122 days = $28.21 | | |
| Oct-03 | 2550 | 92 days = $21.27 | | |
| Nov-03 | 2550 | 61 days = $14.11 | | |
| Dec-03 | 2550 | 31 days = $7.17 | | |
| Jan-04 | 2550 | | 366 days = $84.41 | $32,024 in principal in 2004 |
| Feb-04 | 2550 | | 335 days = $77.26 | $567.54 interest in 2004 |
| Mar-04 | 2550 | | 306 days = $70.57 | $32,591.54 owed from 2004 |
| Apr-04 | 2550 | | 275 days = $63.41 | $1078.78 interest in 2005 |
| May-04 | 2728 | | 245 days = $60.44 | |
| Jun-04 | 2728 | | 214 days = $52.80 | |
| Jul-04 | 2728 | | 184 days = $45.40 | |
| Aug-04 | 2728 | | 153 days = $37.75 | |
| Sep-04 | 2728 | | 122 days = $30.10 | |
| Oct-04 | 2728 | | 92 days = $22.70 | |
| Nov-04 | 2728 | | 61 days = $15.05 | |
| Dec-04 | 2728 | | 31 days = $7.65 | |
| Jan-05 | 2728 | | | 365 days = $90.30 |
| Feb-05 | 2728 | | | 334 days = $82.63 |
| Mar-05 | 2728 | | | 306 days = $75.70 |
| Apr-05 | 2728 | | | 275 days = $68.03 |

EXHIBIT A  Page 1 of 2

## Valenote Pre-Judgment Interest Calculation

| 2006 pre-judgment interest 3.31% | 2007 pre-judgment interest 3.31% | 2008 pre-judgment interest 3.31% -- 91 days | |
|---|---|---|---|
| $22,044.83 carryover from 2005<br>$729.68 interest in 2006 | $22,774.51 carryover from 2006<br>$753.84 interest in 2007 | $23,528.35 carryover from 2007<br>$193.63 interest in 2008 | $23,721.98 |
| $33,670.32 carryover from 2005<br>$1,114.49 interest in 2006 | $34,784.81 carryover from 2006<br>$1151.38 interest in 2007 | $35,936.19 carryover from 2007<br>$295.75 interest in 2008 | $36,231.94 |
| $10,912 in principal in 2005<br>$316.66 interest in 2005<br>$11,228.66 owed from 2005<br>$371.67 interest in 2006 | $11,600.33 carryover from 2006<br>$383.97 interest in 2007 | $11,984.30 carryover from 2007<br>$98.63 interest in 2008 | $12,082.93 |
| | | total principal $63,336 | |
| | | total interest $8,700.85 | |
| | | total award $72,036.85 | |

EXHIBIT A   Page 2 of 2