CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver  
Seaver & Wagner, LLC  
421 West First Ave., Suite 250  
Anchorage, Alaska 99501  
Tel. 907-646-9033  
Fax. 907-276-8238  
Email: tseaver@seaverwagner.com

George T. Freeman  
Attorney at Law  
1152 P Street  
Anchorage, Alaska 99501  
Tel. 907-274-8497  
Fax 907-274-8497 (call first)  
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB) |

### ORDER GRANTING MOTION TO AMEND FINAL JUDGMENT

Upon review of Plaintiff's motion to amend the Court's final judgment and any opposition thereto, it is hereby ordered that Plaintiff's motion is GRANTED. It is further ordered that Plaintiff is awarded from the Defendants unpaid benefits in the amount of $63,336, plus prejudgment interest of $8,700.85 (totaling $72,036.85), plus post-judgment interest at the rate of 1.6% from the date entry of the Final Judgment until paid.

DATED this ____ day of _____, 2008.

_____  
The Honorable Timothy M. Burgess  
U.S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on April 7, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

s/ Timothy Seaver
Timothy Seaver