CO-COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Timothy W. Seaver | George T. Freeman |
| Seaver & Wagner, LLC | Attorney at Law |
| 421 West First Ave., Suite 250 | 1152 P Street |
| Anchorage, Alaska 99501 | Anchorage, Alaska 99501 |
| Tel. 907-646-9033 | Tel. 907-274-8497 |
| Fax. 907-276-8238 | Fax 907-274-8497 (call first) |
| Email: tseaver@seaverwagner.com | Email: gtf@gci.net |

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>    Defendants. | Case No. 3:05-cv-00196 (TMB) |

**[PROPOSED] FINAL JUDGMENT IN A CIVIL CASE**

This action came to trial or hearing before the Court. These issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff Daniela Valenote is entitled to payment under the Plan from May 2003 through April 2005. Subsequent eligibility under the Plan is subject to further administrative proceedings;

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff Daniela Valenote shall recover from the Defendants the sum of $63,336, prejudgment interest through March 31, 2008, of $8,700.85, attorneys' fees of $_____, costs of $_____, for a total judgment of $_____, together with interest at the rate of 1.6% from the date hereof, until paid.

DATED this \_\_\_\_\_ of _____ 2008.

By: _____
Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on April 7th, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel:  907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ Timothy Seaver
Timothy Seaver