Law Offices of Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250,
Anchorage, AK 99501

Invoice submitted to:
Daniela Valenote
4514 Upper Kogru Drive
Eagle River AK 99577

April 07, 2008

Additional Charges :

| | | Amount |
|---|---|---|
| 4/6/2005 | Copying cost | 28.20 |
| 9/14/2005 | Copying cost | 5.80 |
| | Postage | 18.56 |
| | Delivery Cost | 25.88 |
| | Filing fee | 150.00 |
| 9/30/2005 | Copying cost | 2.40 |
| | Postage | 1.66 |
| 10/31/2005 | Fax | 0.50 |
| | Copying cost | 0.20 |
| | Postage | 0.37 |
| 11/30/2005 | Postage | 1.48 |
| | Alaska Legal Copy | 24.99 |
| | Copying cost | 3.00 |
| 12/31/2005 | Copying cost | 11.20 |
| 2/28/2006 | delivery to Dr. Polston | 10.00 |

EXHIBIT 1
PAGE 1 OF 7 PAGES

Daniela Valenote

Page 2

| Date | Description | Amount |
|---|---|---|
| 2/28/2006 | Dr. Polston expert report | 275.00 |
|  | Copying cost | 4.40 |
|  | Fax | 2.00 |
| 4/30/2006 | Copying cost | 0.80 |
|  | Postage | 0.39 |
| 6/30/2006 | Postage | 0.39 |
|  | Fax | 1.00 |
|  | Copying cost | 1.80 |
| 1/5/2007 | Copying cost | 2.80 |
|  | Postage | 0.87 |
|  | **Total additional charges** | **$573.69** |

EXHIBIT 1
PAGE 2 OF 7 PAGES

ALASKA COURT SYSTEM

| | | | |
|---|---|---|---|
| Receipt Type | Case | Outstanding Amount | 0.00 |
| Receipt Number | 96703 | Receipt Date | 08/03/2005 |

Case Number   3AN-05-10200CI

Description   Valenote, Daniela vs. Metropolitan Life Insurance Company

Received From   Seaver & WAgner

On Behalf Of   Valenote, Daniela

**Itemized Listing:**

| Description | Amount |
|---|---|
| Petition | 150.00 |

| Receipt Payments | Amount | Reference Description |
|---|---|---|
| **Check** | 150.00 | 0455 |

```
        Total Received    150.00
          Net Received    150.00

                Change      0.00
```

Comments

Deputy Register   **kseville**   Transaction Date   08/03/2005 12:05:22

EXHIBIT 1
PAGE 3 OF 7 PAGES

| | | | | |
|---|---|---|---|---|
| Clerk of Court | | | | 0455 |
| | Valenote Complaint | 8/2/2005 | | 150.00 |
| | | | | |
| General Account | filing fee | | | 150.00 |

EXHIBIT 1
PAGE 4 OF 7 PAGES



# *Alaska Legal Copy*

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/16/2005 | 219579 |

| BILL TO |
|---|
| Seaver & Wagner, LLC<br>421 W. 1st Ave. #250<br>Anchorage, AK 99501 |

| SHIP TO |
|---|
| Same<br>Attn: Connie Jenkins<br>646-9033 |

RECEIVED
NOV 1 6 2005
BY: *[signature]*

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | RLJ |  | Valenote |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 100 | 8.5 x 11 copies, litigation type, one set | 294 | 0.085 | 24.99 |

*paid on 12/30/05 JAW cc*

RECEIVED
NOV 1 6 2005
MIDDLETON & TIMME, P.C.

*Thank you*

| | Total | $24.99 |
|---|---|---|

Signature:

EXHIBIT 1
PAGE 5 OF 7 PAGES



# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
272-1265 or Fax 272-2826
copies@aklegal.net | www.aklegal.net



| CHARGE TO: Seaver/Wagner | DATE: 11/15/05 |
|---|---|
| ADDRESS: 421 W. 1st Ave #250 | DATE PROJECT NEEDED: 11/16/05 |
| | TIME PROJECT NEEDED: |
| CONTACT PERSON: Connie Jenkins | PHONE # 646-9033 |
| CLIENT MATTER NO. Valenote | ACCOUNT # | TERMS NET 30 DAYS |

**CALL US AT 272-1265 FOR PICKUP AND DELIVERY**

NUMBER OF CARTONS / ORIGINALS: _____    RESTAPLE ORIGINALS: _____    STAPLE COPIES: _____

NUMBER OF COPIES REQUIRED: 1 set    2 HOLE DRILL: _____    3 HOLE DRILL: _____

COPY ALL DOCUMENTS: _____    G.B.C. COMB BIND: _____    ACCO BIND: _____

COPY PARTIAL: _____    VELLO BIND: _____    SCREW POST: _____

COPY BOTH SIDES: _____    **MIRROR COPY:** _____
A MIRROR COPY means we will furnish you with an exact duplicate copy - ie color will be copied in color, copies and originals will be stapled like originals, books will be bound like originals (if possible), file folders furnished like originals, ect.

REDUCE 8.5 X 14 TO 8.5 X 11: _____

SHRED DOCUMENTS: _____    **SCANNING**    **DOCUMENT NUMBERING**

**FULL SPECTRUM COLOR COPYING**    OCR: _____    ORIGINALS: _____

COPIES PER ORIGINAL: _____    ARCHIVE: _____    COPY: _____

SAME SIZE: _____    # OF DISKS: _____    BEGINNING NUMBER: _____

REDUCE TO ___ X ___

ENLARGE TO ___ X ___    | COPY SAME SIZE: _____
MOUNT ON FOAMCORE _____    **EXHIBITS**    | ENLARGE TO ___ X ___
| REDUCE TO ___ X ___
LAMINATE _____    | MOUNT ON FOAMCORE: _____

Certain jobs may require " Special Handling "- Additional charges may apply.

Please make 1 copy of all documents. Return originals and copies to Seaver/Wagner.

EXHIBIT 1
PAGE 6 OF 7 PAGES



P1



# INVOICE

**Customer**

Name: Seaver & Wagner, LLC
Address: 421 West 1st Avenue
City: Anchorage   State: AK   ZIP: 99501
Phone: 907-646-9033

**Misc**

Date: 2/17/2006
Order No.
Rep
FOB

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Letter prepared by Dr. Polston on Daniela Valenote | $ 275.00 | $ 275.00 |

paid by JAW CC
3-15-06

SubTotal  $  275.00
Tax Rate(s)
TOTAL  $  275.00

**Payment**: Check

Comments: Pay to the order of:
Name: Advanced Medical Centers of Alaska
1917 Abbott Road, Suite 100
Anchorage, AK 99507

Please pay upon receipt.



EXHIBIT 1
PAGE 7 OF 7 PAGES