CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>    Defendants. | Case No. 3:05-cv-00196 (TMB) |

## AFFIDAVIT OF GEORGE T. FREEMAN
## IN SUPPORT OF BILL OF COSTS

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

George T. Freeman, being first duly sworn, deposes and states as follows:

1.   I am co-counsel for Daniela Valenote in this action.

2.   The items of costs and disbursements in this case by George T. Freeman, Esq. set forth in the memorandum in support of Bill of Costs are correct to the best of affiant's knowledge and belief.

3. The disbursements have been necessarily incurred in the cause.

4. The services for which the costs charged have been actually and necessarily performed.

5. Exhibit 1 to the this affidavit is a true and correct copy of the invoices and proof of payment of the cost incurred and set forth in the Bill of Costs.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
George T. Freeman

SUBSCRIBED & SWORN to before me this ___7___ day of April, 2008.

_____
NOTARY PUBLIC in and for _Alaska_
My Commission Expires: _10-26-10_