GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2636

89-87/1252
57011

Date 1/16/06

Pay to the
Order of _A-1 Duplicating_ $ 230 00

_Two hundred thirty — and no/xx_ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For _Valente v. Hathaway_

⑆125200879⑆ 020 1200 10 76⑈ 2636

EXHIBIT ___1___
PAGE _1_ OF _28_ PAGES

# A-1 Duplicating Service, LLC

**CUSTOMER INVOICE**

4201 B Street
Anchorage Alaska 99503

Phone: 907-561-0517
Fax: 907-561-0518

*1/16/06*
*Paid $230.00*
*Valonote v. Methufa*

| | Date | Invoice No. |
|---|---|---|
| | 12/28/2005 | 27512 |

**Ship To:**

George Freeman
1152 P Street
Anchorage, Alaska 99501

**Ship To**

George Freeman
1152 P Street
Anchorage, Alaska 99501

| Client | Terms |
|---|---|
| Bates#'s | EOM |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Bates Numbering | Bates Numbering | 1,500 | 0.07 | 105.00 |
| | Attn : George Freeman | | | |

RECEIVED BY_____

DATE_____

*CERTIFIED COPY OF ORIGINAL INVOICE*

| Thank you for your business. | **Total** | $105.00 |
|---|---|---|

Remit Payment to 4201 B Street
Anchorage, Alaska 99503

EXHIBIT 1
PAGE 2 OF 28 PAGES

# AIJ Duplicating Service, LLC

4201 B Street
Anchorage Alaska 99503

Phone: 907-561-0517
Fax: 907-561-0518

# CUSTOMER INVOICE

| Date | Invoice No. |
|------|-------------|
| 12/22/2005 | 27474 |

*Valentta v. Met Life*

| Ship To: |
|----------|
| George Freeman |
| 1152 P Street |
| Anchorage, Alaska 99501 |

| Ship To |
|---------|
| George Freeman |
| 1152 P Street |
| Anchorage, Alaska 99501 |

| Client | Terms |
|--------|-------|
| Bates Labels | EOM |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Bates Numbering | Bates Numbering<br><br>Attn: George | 2,500 | 0.05 | 125.00 |

RECEIVED BY_____

DATE_____

All work is complete!

**Total**   $125.00

Remit Payment to 4201 B Street
Anchorage, Alaska 99503

EXHIBIT 1
PAGE 3 OF 28 PAGES

GEORGE T. FREEMAN ESQ
ATTORNEY                                                                2637
1152 P. STREET
ANCHORAGE, AK 99501                        Date _1/16/06_        89-87/1252
                                                                   57011

Pay to the      _Amer ican Express_                        | $ _54 40_
Order of

_Fifty four and ——— 40/xx_ _____ Dollars

KeyBank National Association
Anchorage, Alaska 99601
1-888-KEY4BIZ® Key.com®

For _Va larka v. Met Life Kerliz (Cyna)_
              _12/31/05_

⑆125200879⑆ 020112001076⑈ 2637

EXHIBIT _1_
PAGE _Y_ OF _20_ PAGES


Prepared For
**GEORGE T FREEMAN**

Account Number
XXXX-XXXXX0-35009

Closing Date
01/02/06

## Transactions Continued

| | | Amount $ |
|---|---|---|
| 12/03/05* | 50.00 PYMT RECVD - THANK YOU<br>20.00 APPLIED TO SIGN & TRAVEL/ExPO | -30.00 |
| 12/06/05 | THE UPS STORE #0131 ANCHORAGE      AK<br>BUSINESS SERVICES | 54.00 |
| 12/09/05 | CHEVRON 0091356      ANCHORAGE      AK<br>COOK INLET MARKE<br>FUEL/MISCELLANEOUS | 41.48 |
| 12/13/05 | USPS 0203150000      ANCHORAGE      AK<br>USPS VENDING | 5.16 |
| 12/16/05 | USPS 0203150000      ANCHORAGE      AK<br>USPS VENDING | 5.83 |
| 12/27/05 | BARNES & NOBLE      ANCHORAGE      AK<br>BOOKS | 30.95 |
| 12/28/05 | USPS 0203150000      ANCHORAGE      AK<br>USPS VENDING | 3.18 |
| 12/31/05 | KINKOS 5501      ANCHORAGE      AK<br>SELF-SERVE WORK<br>ES B&W S/S WHITE 8.5 X11<br>COMPUTER RENTAL<br>ADDITIONAL PURCHASES - REFER TO INVOICE | 54.40 |

*(handwritten: Paid $200 ⁼ )*
*(handwritten: Paid $54 ⁼ — Valente )*

| **Total of Card Transactions** | New Charges | 195.00 |
|---|---|---|
| | Payments/Credits | -151.40 |

---

## Flexible Payment Option Statement of Account

Creditor: American Express Centurion Bank

Account Number
XXXX-XXXXX0-35009
Closing Date
01/02/06

Thank you for using Flexible Payment Option.

| | Account<br>Summary $ | Minimum<br>Payment $ | Payment<br>Due Date |
|---|---|---|---|
| Previous Balance | 55.23 | **15.61** | **01/27/06** |
| Payments/Credits | -40.00 | | |
| FINANCE CHARGE | 0.38 | | |
| New Charges | 0.00 | | |
| **New Balance** | **15.61** | | |

| **Finance Charge Schedule** | Balance(s) to Which<br>Rate Applies<br>ALL | Average Daily<br>Balance<br>$15.38 | Annual<br>Percentage Rate<br>29.24 % | Daily Periodic<br>Rate<br>.0801% | Please refer to page 4<br>for important information<br>regarding your Sign &<br>Travel and/or Extended<br>Payment Option. |
|---|---|---|---|---|---|

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

**Finance Charge Summary**       Total Finance Charge 2005: $25.00

---

## S&T and/or ExPO Activity for GEORGE T FREEMAN

Card XXXX-XXXXX0-35009

| | | Amount $ |
|---|---|---|
| 12/03/05 | PAYMENT RECEIVED - THANK YOU | -20.00 |
| 12/03/05 | PAYMENT RECEIVED - THANK YOU | -20.00 |

| **Total of S&T and/or ExPO Activity** | New Charges | 0.00 |
|---|---|---|
| | Payments/Credits | -40.00 |

*(left margin vertical text: 01685    R01J0R1A    08716)*

EXHIBIT 1
PAGE 5 OF 28 PAGES

*Continued on reverse*



EXHIBIT 1
PAGE 6 OF 28 PAGES

# FedEx Kinko's

FedEx Kinko's
2210 E Northern Lights Blvd
Anchorage, AK 99508-4104
(907) 276-4228

| | |
|---|---|
| 1/31/2006 | 3:11:01 PM AKST |
| Trans.: 6303 | Branch: 5501 |
| Register: 003 | Till:3p7833 |
| Team Member: Eric V. | |
| Customer: George Freeman | |



SALE

```
* 5 5 0 1 0 0 3 6 3 0 3 *
```

copies                        228.00
          3 @ 121.6000

  FS BW SS Standard          228.00 T
  0001     4,560.00 @ 0.0800
  Item Discount Amt.    0.0300
  Price                 0.0500


Total Discount            136.80
Sub-Total                 228.00
Deposit                     0.00
  Tax                       0.00
Total                     228.00
    Check  (M)            228.00
Total Tender              228.00
Change Due                  0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy



GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK  99501

Date  4/26/06

2655

89-87/1252
57011

Pay to the
Order of _____ American Express _____ | $ 109 83

One hundred nine _____ and _____ 83/xx _____ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For Kenhir—2/13/06 — Valente

⑈125200879⑈ 0 20⑈⑈200⑈0 76⑈⑈ 2655

EXHIBIT 1
PAGE 8 OF 28 PAGES

**The Delta SkyMiles®
Credit Card**

▲Delta
**SkyMiles**

**116
Delta SkyMiles®
Earned This Period**
For details, see your Delta SkyMiles®
Summary in this statement.

Prepared For
GEORGE T FREEMAN

Account Number
3739-835996-03004

Closing Date
02/20/06

Page 1 of 6

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 9.80 | 0.00 | +114.01 | =123.81 | 15.00 |

**Payment Due Date
03/12/06**
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 02/20/06 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 5,700.00 | 5,576.00 | 1,500.00 | 1,500.00 |

Minimum payment due by payment due date. Remember, you can pay your bill online anytime, anywhere at
**www.americanexpress.com/paybill.**

Your cash advance limit is $1,500.00.  Available balance for new cash advance transactions is $1,500.00.

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer
Service at **1-800-430-1000.**



**Fraud Protection Guarantee**
When you use the American Express® Card online or off, you won't be responsible for any
unauthorized charges. Period. No fine print, no deductible--just pure protection, so you can
shop with confidence anywhere on the Internet or in shops. Should any fraudulent charges
appear on your statement, simply notify us at the number on the back of your Card.

To learn more, visit **www.americanexpress.com/fraudprotectionguarantee.**

**Activity**  * indicates posting date

**Total of Payment Activity**                                                    0.00

**New Activity for GEORGE T FREEMAN**
Card XXXX-XXXXX6-03004                                                          3.18
| 02/02/06 | USPS 0203150000   ANCHORAGE        AK |
| | 203259550 USPS VENDING 02/02/06 |

109.83
| 02/13/06 | KINKOS 5501      ANCHORAGE        AK |
| | 064906173 KINKO'S #5501 SALE 02/13/06 |

*Valente v. Wethope*

↓ Please fold on the perforation below, detach and return with your payment  ↓

Continued  on  Page  3

EXHIBIT  1
PAGE 9 OF 20 PAGES

*Valerie Copus*


**FedEx Kinko's**

FedEx Kinko's
2210 E Northern Lights Blvd
Anchorage, AK 99508-4104
(907) 276-4228

2/13/2006                    1:24:16 PM AKST
Trans.: 7076                    Branch: 5501
Register: 003                  Till:3p74937
Team Member: Eric V.
Customer: George Freeman

SALE

```
* 5 5 0 1 0 0 3 7 0 7 6 *
```

                                    91.83
             1 @ 140.5000

FS BW SS8.5x11/14 3H           91.80 T
2706      1,530.00 @ 0.0800
Item Discount Amt.    0.0200
Price                 0.0600

Drilling                        0.02 T
0371      1,530.00 @ 0.0100
          Discount Amt.    0.0100

                                0.0000

Aux Insert per Piece            0.01 T
0387        20.00 @ 0.1000
Trans. Disc. Amt.    0.0996
Coupon
Price                 0.0004

brown folder                   16.00
             1 @ 24.0000

FS BW SS8.5x11/14 3H           18.00 T
2706        300.00 @ 0.0800
Item Discount Amt.    0.0200
Price                 0.0600

Total Discount                 54.67
Sub-Total                     109.83
Deposit                         0.00
  Tax                           0.00
Total                         109.83
  AmEx (S)                    109.83
  Account: 3004
  Exp:   04/2006
  Auth: 584529 (A)
Total Tender                  109.83
Change Due                      0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

EXHIBIT  1
PAGE 10 OF 28 PAGES

GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK  99501

2723

89-87/1252
57011

Date __11/27/06__

Pay to the
Order of __American Express__    $ 93 16

__Nerely three__ and __ 16/xx__ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ℠ Key.com®

For __Kulu's Copies__

⑆125200879⑆ 0 2011 200 10 76⑈ ⑈2723    ⑆000000 9316⑆

GUARDIAN® SAFETY BLUE WBL

Valvoto v. Methife fartur = $76 16

EX
PAGE 11 OF 28 PAGES



# Personal Card
# Statement of Account

**Membership Rewards®**
**Points Available**
at 09/30/06, when charges due are paid in
full and all accounts are in good standing.

| Prepared For | | Account Number | Closing Date | |
|---|---|---|---|---|
| GEORGE T FREEMAN | | 3732-153720-36007 | 11/01/06 | Page 1 of 8 |

| | Previous Balance $ | Payments/Credits $ | New Charges $ (inc. Finance Charge if any) | New Balance $ | Minimum Amount Due $ | |
|---|---|---|---|---|---|---|
| Due in Full | 112.35 | -112.35 | +178.16 | 178.16 | +178.16 | **Please Pay By 11/26/06** |
| Flexible | +58.40 | -50.03 | +202.55 | +210.92 | +20.00 | Please refer to page 4 on How to Avoid Additional Finance Charges. |
| Total | 170.75 | -162.38 | +380.71 | =389.08 | 198.16 | Please refer to page 2 for important information regarding your account |

**Terms -** Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill**.

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-528-4800**.

## Save Time Paying Your Bills with the Card

Enjoy the time-saving convenience of using your Card to pay your bills. You can consolidate your payments and make sure your bills are paid on time. And you're backed by the security of American Express. Contact your providers directly and tell them to charge your monthly bills like cable/satellite to your Card.

## Activity   * Indicates posting date

**Card Transactions for GEORGE T FREEMAN**
Card XXXX-XXXXX0-36007

| Date | Description | Amount $ |
|---|---|---|
| | 10/27/06 | -30.00 |
| 10/23/06* | 50.00 PAYMENT RECEIVED ACH | |
| | 20.00 APPLIED TO SIGN & TRAVEL/ExPO → Paid 93.66 | -32.43 |
| 10/23/06* | PAYMENT RECEIVED ACH - THANK YOU  GTF 2cg for Kinko's Copies | -49.92 |
| 10/23/06* | 79.95 PAYMENT RECEIVED ACH | |
| | 30.03 APPLIED TO SIGN & TRAVEL/ExPO | 10.88 |
| 10/03/06 | KINKOS 5501       ANCHORAGE    AK  → Paid $200 | |
| | 0000 000000 | |
| | ES B&W S/S WHITE 8.5 X11  GTF | |
| | FS C SS 8.5X11/14  personal card | 84.00 |
| 10/03/06 | 1134992250     US        MN | |
| | 6040777536 BOOKS & NEWSPAPERS | |

EXHIBIT 1
PAGE 12 OF 28 PAGES

Prepared For:
GEORGE T FREEMAN

Account Number
XXXX-XXXXX0-36007

Closing Date
11/01/06

## Transactions Continued

| | | | Amount $ |
|---|---|---|---|
| 10/12/06 | KINKOS 5501        ANCHORAGE        AK | *Valerie* | 76.16 |
| | 0000 000000 | | |
| | ES B&W S/S WHITE 8.5 X11 | | |
| | FS AS MACHINE STAPLE | | |
| | FS BW SS ON COLOR | | |
| | ADDITIONAL PURCHASES - REFER TO INVOICE | | |
| 10/17/06 | KINKOS 5501        ANCHORAGE        AK | | 7.12 |
| | 0000 000000 | | |
| | ES B&W S/S WHITE 8.5 X11 | | |
| | BIND COIL MIXED STD | | |
| | ES B&W S/S WHITE 11X17 | | |
| | SPOILAGE:8 | | |

| **Total of Card Transactions** | New Charges | 178.16 |
|---|---|---|
| | Payments/Credits | -112.35 |

## Flexible Payment Option Statement of Account

Account Number
XXXX-XXXXX0-36007
Closing Date
11/01/06

Thank you for using Flexible Payment Option.

| | Account Summary $ | Minimum Payment $ | Payment Due Date |
|---|---|---|---|
| Previous Balance | 58.40 | **20.00** | 11/26/06 |
| Payments/Credits | -50.03 | | |
| FINANCE CHARGE | 2.55 | | |
| New Charges | 200.00 | | |
| **New Balance** | **210.92** | | |

| Finance Charge Schedule | Balance(s) to Which Rate Applies | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate | Please refer to page 4 for important information regarding your Sign & Travel and/or Extended Payment Option. |
|---|---|---|---|---|---|
| | ALL | $102.58 | 30.24 % | .0828% | |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## S&T and/or ExPO Activity for GEORGE T FREEMAN

Card XXXX-XXXXX0-36007

| | | Amount $ |
|---|---|---|
| 10/23/06 | PAYMENT RECEIVED ACH - THANK YOU | -20.00 |
| 10/23/06 | PAYMENT RECEIVED ACH - THANK YOU | -30.03 |

*Continued on Page 4*

---

Please detach here

031 7188
1240

### Extended Payment Option

You can extend payment on all or part of your bill using your credit account.

Cardmember Name
GEORGE T FREEMAN
Account Number
3732-153720-36007

**Please read the Important Disclosure on reverse of this coupon.**

**Please read the information below, complete the form, sign and date.**

**To extend payment:**
• on your entire monthly balance, please complete, detach and return this form with your bill.
• on a portion of your bill, please complete, detach and return with a check for the remaining balance.

| American Express New Card Balance | $178.16 |
|---|---|
| Available credit as of October 28, 2006 | $5,700.00 |

Please indicate the amount you would like to transfer from your Charge Account to your Lending Account.

**Amount must be more than $100 and not exceed available credit.**

$ _____ . ____

X _____
Signature                              Date

This coupon expires on November 26, 2006

Pay to the order of American Express Centurion Bank, Salt Lake City, Ut
R/T 1240

124071889  60983599038  37004

EXHIBIT 1
PAGE 13 OF 28 PAGES

*Valerate r. Matbufe*



**FedEx Kinko's.**
Office and Print Center

FedEx Kinko's

October 12, 2006 15:03                                            Page: 1
Receipt #: 319488
AmEx #: XXXXXXXXXXX6007
2006/10/12 14:30

| Qty | Description | Amount |
|-----|-------------|--------|
| 952 | ES B&W S/S White 8.5 x11 | 76.16 |

|  |  |  |
|--|--|--|
|  | SubTotal | 76.16 |
|  | Taxes | 0.00 |
|  | Total | 76.16 |

The Card holder agrees to pay the Issuer of the charge card in
accordance with the agreement between the Issuer and the Cardholder.

2210 E. NORTHERN     (907) 276-4228
ANCHORAGE, AK  99508
www.fedexkinkos.com
Office and Print Center

2715

GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

89-87/1252
57011

Date _11/13/06_

Pay to the
Order of _Carol Butler_                                    $ _60.00_

_Sixty and_                  _no/XX_                        Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For _Volunteer / Paralegal Services_

⑈125200879⑈ 0 20 11 200 1876⑈ 2715

EXHIBIT 1
PAGE 5 OF 8 PAGES

# BUTLER & ASSOCIATES, LLC

Carol E. Butler, CLAS

1112 W. 11TH Ave. • Anchorage, AK 99501

(907) 258-4217 • (907) 748-7988 Cell

*Valenote v. MetLife*

October 2006 Invoice

| DATE | TASK/CLIENT –Valenote v. Met Life | HOURS |
|------|-----------------------------------|-------|
| 10/19/06 | Revise and file motion on line Federal Court | 1.0 |
| | TOTAL HOURS | 1 Hour |
| | TOTAL DUE: | **$60.00** |

Butler & Associates, LLC
Tax ID # 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


EXHIBIT 1
PAGE 16 OF 28 PAGES

2743

GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

Date 2/8/07

89-87/1252
57011

Pay to the
Order of _Professional Legal Copy_   $ 243 85

_Two hundred forty three___ and 85/xx_   Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For _Valenda Inv. 79477_

⑆125200879⑆ 020112001076⑈ 2743

GUARDIAN® SAFETY BLUE WSL

©Corke American


EXHIBIT 1
PAGE 17 OF 28 PAGES

# **P**rofessional
# **L**egal
# **C**opy

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

EIN - 13-4333691      **Invoice**

| Date | Invoice # |
|------|-----------|
| 1/30/2007 | 79477 |

| Bill To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, AK 99501 |

*Valente v. MetLife*

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Valenote | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Scan Grey Scale/Black & White | 1,559 | 0.15 | 233.85 |
| CD Duplication | 1 | 10.00 | 10.00 |
| Attn: George | | | |

*(handwritten: 2/6/07 Paid #243 85)*

| All work is complete! | **Total** | **$243.85** |
|---|---|---|

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**

EXHIBIT
PAGE 18 OF 28 PAGES


GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2744

89-87/1252
57011

Date 2/8/07

Pay to the
Order of ___Professional Legal Copy_____ $ 87-93

___Eighty seven ___ 93/XX_____ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For ___Valenokov. Melley Dru. 79409_____

⑂125200879⑂ 020112001025⑂ 2744

GUARDIAN® SAFETY BLUE WBL

© Clarke American

# Professional
# Legal
# Copy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

EIN - 13-4333691   **Invoice**

| Date | Invoice # |
|------|-----------|
| 1/24/2007 | 79404 |

**Bill To**

Law Office of George Freeman
1152 P Street
Anchorage, Alaska 99501

**Ship To**

Law Office of George Freeman
1152 P Street
Anchorage, AK 99501

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Valenote | EOM | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 977 | 0.09 | 87.93 |
| Attn: George | | | |

All work is complete!

**Total** $87.93

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**

GEORGE T. FREEMAN ESQ                                                    2745
ATTORNEY
1152 P. STREET
ANCHORAGE, AK  99501                    Date  2/8/07          89-87/1252
                                                              57011

Pay to the
Order of _____ Professional Legal Copy _____  $ 148 95

_____ One hundred forty eight and 95/xx _____ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For _____ Valenote v. MetLife Anv, 79192 _____

⑆125200879⑆ 0 2011 2001076⑈ 2745

©Clarke American                                      GUARDIAN® SAFETY BLUE WSL

PAGE 21 OF 28 PAGES

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

EIN - 13-4333691

# **Invoice**

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 1/17/2007 | 79192 |

| Bill To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Valemote | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 1,655 | 0.09 | 148.95 |
| Attn: George | | | |

*2/9/07*
*Paid*
*# 148.95*

| | |
|--|--|
| It's been a pleasure working with you! | **Total**     $148.95 |

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**



GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2746

89-87/1252
57011

Date 2/8/07

Pay to the
Order of _Professional Legal Copy_     $ 64 ²⁹

_Sixty four — and — 29/xx_     Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For _Tanner v. Vickie Real Est. Inv. 79267_

⑈125200879⑈ 020112001076⑈ 2746

**P**rofessional

**L**egal

**C**opy

EIN - 13-4333691    # Invoice

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 1/19/2007 | 79267 |

| Bill To |
|---------|
| Law Office of George Freeman
1152 P Street
Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Law Office of George Freeman
1152 P Street
Anchorage, AK 99501 |

*Valdez v. Metlife*

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Tanner | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Laminated Tabs | 22 | 0.50 | 11.00 |
| Flat Rate For Litigation Copies | 592 | 0.09 | 53.28 |
| Attn: George | | | |

*2/8/07
Pard
$64.28*

| It's been a pleasure working with you! | **Total** | **$64.28** |
|----------------------------------------|-----------|------------|

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**



GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2781

89-87/1252
57011

Date 5/11/07

Pay to the
Order of_____ American Express_____ $ 386 25

Three hundred eighty six — and 25/xx Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For Valerio v. Mathys Recluck

⑆125200879⑆ 020112001076⑆ 2781



Prepared For
GEORGE T FREEMAN

Account Number
XXXX-XXXXX0-37005

Closing Date
05/01/07

## Flexible Payment Summary

| | |
|---|---:|
| Previous Balance | 485.55 |
| Payment Activity | -45.20 |
| **FINANCE CHARGE** | 20.94 |
| New Charges/Adjustments | 386.25 |
| New Balance | 847.54 |

### Flexible Payment Activity

**New Activity for GEORGE T FREEMAN**
Card XXXX-XXXXX0-37005

| | | | |
|---|---|---|---|
| 04/03/07 | THOMSON WEST | 800-328-4880 | MN |
| | WEST/THOMSON | | |
| | ROC No. 0000980661 | | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 386.25 |

*[handwritten: Valenote Research 5/11/07 Paid $386.25]*

**Total of Flexible Payment Activity**                                386.25

### Finance Charge Schedule

Billing days this period: 30
Balance to which rate applies

| | Average Daily Balance $ | Daily Periodic Rate | Annual Percentage Rate | New Balance $ | FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Sign & Travel/ExPO | 843.37 | 0.0828% | 30.24% | 847.54 | 20.94 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Important Notice

Please refer to page 2 for further important information regarding your account

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 18.24%, the DPR is 0.0500%

For Sign & Travel®, the APR is 18.24%, the DPR is 0.0500%

For Extended Payment Option (ExPO), the APR is 18.24%, the DPR is 0.0500%

06481  R01NAJOC  01925

EXHIBIT 1
PAGE 26 OF 28 PAGES

GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2918

89-87/1252
57011

Date 12/27/07

Pay to the
Order of _____ Carol Butler _____ | $ 100 00

One hundred and ---- 00/xx _____ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For Paralegal Service/Filing w/ Fed. Ct.
Vendett visitation

⑈125200879⑈ 020112001076⑈ 2918

GUARDIAN® SAFETY BLUE WBL

©Clarke American

EXHIBIT 1
PAGE 27 OF 28 PAGES

# BUTLER & ASSOCIATES, LLC

Carol E. Butler, CLAS
1112 W. 11TH Ave. • Anchorage, AK 99501
(907) 258-4217 • (907) 748-7988 Cell



December 2007 Invoice

| DATE | TASK/CLIENT –Valenote v. Met Life | HOURS |
|------|-----------------------------------|-------|
| 12/27/07 | Electronic filing services | 1.25 |
| | TOTAL HOURS | 1.25 Hours |
| | TOTAL DUE: | $100.00 |

Butler & Associates, LLC

Thank you very much.

