CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>    Defendants. | Case No. 3:05-cv-00196 (TMB) |

**PLAINTIFF'S BILL OF COSTS
AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff submits this Bill of Costs pursuant to Local Rule 54.1, FRCP 54(d)(1), 28 USC Section 1920, the ERISA costs provision in 29 U.S.C. Section 1132(g)(1), the Court's Order dated March 26, 2008 (Dkt 76), and this Court's Judgment in a Civil Case dated March 28, 2008 (Dkt 77). Plaintiff is also submitting a separate motion for an award of attorney fees and costs under ERISA provision 29 U.S.C. Section 1132(g)(1). Plaintiff's motion for award of attorney's fee and costs under ERISA is incorporated by reference as if fully set forth herein.

Judgment having been entered in the above-titled action on March 28, 2008 (Docket 77), the Clerk is requested to tax the following as costs of this action.

### Costs and disbursements of Seaver & Wagner:

| Date | Description | Amount |
|---|---|---|
| 4/6/05 | Copying cost | $28.20 |
| 9/14/05 | Copying cost | $5.80 |
| | Postage | $18.56 |
| | Delivery cost | $25.88 |
| | Filing Fee | $150.00 |
| 9/30/05 | Copying cost | $2.40 |
| | Postage | $1.66 |
| 10/31/05 | Fax | $0.50 |
| | Copying cost | $0.20 |
| | Postage | $0.37 |
| 11/30/05 | Postage | $1.48 |
| | Alaska Legal Copy | $24.99 |
| | Copying cost | $3.00 |
| 12/31/05 | Copying cost | $11.20 |
| 2/28/06 | Delivery to Dr. Polston | $10.00 |
| 2/28/06 | Dr. Polston expert report | $275.00 |
| | Copying cost | $4.40 |
| | Fax | $2.00 |
| 4/30/06 | Copying cost | $0.80 |
| | Postage | $0.39 |
| 6/30/06 | Postage | $0.39 |
| | Fax | $1.00 |
| | Copying cost | $2.80 |
| 1/5/07 | Copying cost | $2.80 |

Plaintiff's Bill of Costs
and Memorandum in Support Thereof
*Valenote v. MetLife* Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 8

      Postage                 $0.87

### Costs and disbursements of George T. Freeman, Esq.:

| Date | Payee | Amount | Description | Authority |
|---|---|---|---|---|
| 1/16/06 | A-1 Duplicating | $230.00 | Bates numbers on documents | 29 U.S.C. Section 1132(g)(1)<br>FRCP 54(d) |
| 1/16/06 | Kinko's/AmEx | $54.40 | Copies | 28 U.S.C. Section 1920(4)<br>29 U.S.C. Section 1132(g)(1)<br>FRCP 54(d)<br>Alaska Civil Rule 79(f)(12)(A) |
| 1/31/06 | Kinko's/AmEx | $228.00 | Copies | 28 U.S.C. Section 1920(4)<br>29 U.S.C. Section 1132(g)(1)<br>FRCP 54(d)<br>Alaska Civil Rule 79(f)(12)(A) |
| 4/26/06 | Kinko's/AmEx | $109.83 | Copies | 28 U.S.C. Section 1920(4)<br>29 U.S.C. Section 1132(g)(1)<br>FRCP 54(d)<br>Alaska Civil Rule 79(f)(12)(A) |
| 10/12/06 | Kinko's/AmEx | $76.16 | Copies | 28 U.S.C. Section 1920(4)<br>29 U.S.C. Section 1132(g)(1)<br>FRCP 54(d)<br>Alaska Civil Rule 79(f)(12)(A) |
| 11/13/06 | Butler & Assoc. | $60.00 | Paralegal services | 29 U.S.C.Section 1132(g)(1)<br>FRCP 54(d) |
| 2/8/07 | Prof. Legal Copy | $243.85 | Copies in Scan for computerized filing | 28 U.S.C. Section 1920(4)<br>29 U.S.C. Section 1132(g)(1)<br>FRCP 54(d)<br>Alaska Civil Rule 79(f)(12)(A) |
| 2/8/07 | Prof. Legal Copy | $87.93 | Copies | 28 U.S.C. Section 1920(4)<br>29 U.S.C. Section 1132(g)(1)<br>FRCP 54(d)<br>Alaska Civil Rule 79(f)(12)(A) |

Plaintiff's Bill of Costs
and Memorandum in Support Thereof
*Valenote v. MetLife*  Case No. 3:05-CV-O0196 CV (TMB)
Page 3 of 8

| Date | Payee | Amount | Description | Authority |
|---|---|---|---|---|
| 2/8/07 | Prof. Legal Copy | $148.95 | Copies | 29 U.S.C. Section 1132(g)(1)<br>28 U.S.C. Section 1920<br>FRCP 54(d)<br>Alaska Civil Rule 79(f)(12)(A) |
| 2/8/07 | Prof. Legal Copy | $64.28 | Copies | 29 U.S.C. Section 1132(g)(1)<br>28 U.S.C. Section 1920<br>FRCP 54(d)<br>Alaska Civil Rule 79(f)(12)(A) |
| 5/11/07 | Westlaw/AmEx | $386.25 | WestLaw Computer Research | 29 U.S.C. Section 1132(g)(1)<br>FRCP 54(d)<br>Alaska Civil Rule 79(f)(11) |
| 12/27/07 | Butler & Assoc. | $100.00 | Paralegal services | 29 U.S.C. Section 1132(g)(1)<br>FRCP 54(d) |

Seaver & Wagner's costs are submitted based on the affidavit of Timothy W. Seaver and the attached firm listing, invoices and proofs of payment. Mr. Freeman's costs are submitted based on his affidavit and the attached copies of invoices and proofs of payment.

Plaintiff is submitting substantially all of the expenses they have incurred in this litigation. Taxation of costs for items specifically allowable pursuant to 28 U.S.C. Section 1920 are listed above. Costs not specifically provided for in 28 U.S.C Section 1920 are within the Court's discretion under FRCP 54(d). Many, if not all, have been awarded by Courts in appropriate circumstances. See e.g., Independence Tube Corp. v. Copperweld Corp., 543 F.Supp. 706, 723 (N.D. Ill. 1982) (awarding reasonable charges for computerized research in anti-trust action pursuant to discretion under FRCP 54(d)).

Plaintiff's Bill of Costs
and Memorandum in Support Thereof
*Valenote v. MetLife*  Case No. 3:05-CV-O0196 CV (TMB)
Page 4 of 8

In addition, ERISA provision 29 U.S.C. Section 1132(g)(1) permits an award of costs to a prevailing party. In awarding litigation expenses in an ERISA case, courts may consider factors as actual expenses, the necessity of expenses, and the reasonable costs of the services or goods purchased. See Dependahl v. Falstaff Brewing Corp., 496 F.Supp. 215, 217-18 (E.D.Mo. 1980). The court also has discretion to allow reasonable and related out-of-pocket expenses of the kind normally charged to clients by attorneys, especially where as here there is a specific ERISA statute on costs. See e.g., Knutson v. Ag Processing, Inc., 273 F.Supp.2d 961, 1020-27 (N.D. Iowa 2003) (out-of-pocket expenses in civil rights case), stay granted in part 302 F.Supp.2d 1023, reversed and remanded 394 F.3d 1047; Levka v. City of Chicago, 107 F.R.D. 230, 231 (N.D.Ill. 1985) (reasonable and related out-of-pocket expenses allowed in civil rights case). Further, there is also authority to the effect that, since ERISA does not specify the items to be included in an award of costs, the award should be determined by state law. See Sethre v. Washington Educ. Ass'n, 591 P.2d 838, 843 (Wash.App. 1979).

For these reasons, Seaver & Wagner is entitled to recover the following costs. $150.00 state court filing fee as a reasonable out-of-pocket expense under ERISA Section 1132(g)(1) and Alaska Civil Rule 79(f)(1) ("the filing fee"). Firm copying costs totaling $60.60 that would be charged to the client as a recoverable cost under 28. U.S.C. Section 1920 and ERISA Section 1132(g)(1). Alaska Legal Copy copying cost of $24.99 on 11/30/05 as a recoverable cost under 28 U.S.C. Section 1920, and as a recoverable reasonable out-of-pocket expense under ERISA Section 1132(g)(1) and

Plaintiff's Bill of Costs
and Memorandum in Support Thereof
*Valenote v. MetLife* Case No. 3:05-CV-O0196 CV (TMB)
Page 5 of 8

Alaska Civil Rule 79(f)(12)(A). Internal firm facsimile costs totaling $3.50 as a charge to the client and a recoverable reasonable cost under FRCP 54(d), and ERISA Section 1132(g)(1). Delivery costs totaling $35.88 as a reasonable out-of-pocket expense under FRC 54(d) and ERISA Section 1132(g)(1). Postage costs totaling $23.33 as a charge normally to the client and a recoverable reasonable out-of-pocket cost under FRCP 54(d) and ERISA Section 1132(g)(1). The cost for Dr. Polston's expert report of $275.00 is a reasonable out-of-pocket expense normally charged to the client and thus recoverable under the discretion in FRCP 54(d) and under ERISA Section 1132(g)(1).

George T. Freeman, Esq. is entitled to recover the following costs. The copying costs at Kinko's on 1/16/06 ($54.40), 1/31/06 ($228.00), 4/26/06 ($109.83), 10/12/06 ($76.16), 2/8/07 ($87.93), 2/8/07 ($148.95) and 2/8/07 ($64.28) are awardable under 28.U.S.C. Section 1920(4), 29 U.S.C. Section 1132(g)(1), and Alaska Civil Rule 79(f)(12)(A). The amount of $230.00 on 1/16/06 for Bates numbering on documents is a reasonable out-of-pocket cost of the type normally charged to clients and awardable within the discretion allowed under FRCP 54(d) and under ERISA Section 1132(g)(1). The minimal paralegal services costs on 11/13/06 for $60.00 and on 12/27/07 for $100.00 is a reasonable out-of-pocket expense awardable under the discretion in FRCP 54(d). The cost for scanning of $243.85 on 2/8/07 of the documents in connection with the computerized federal court filing was required under the federal court PACER system and is a reasonable out-of-pocket expense. The scanning cost is an out-of pocket cost awardable under the discretion in FRCP 54(d), ERISA Section 1132(g)(1) and
Plaintiff's Bill of Costs
and Memorandum in Support Thereof
*Valenote v. MetLife*  Case No. 3:05-CV-O0196 CV (TMB)
Page 6 of 8

Alaska Civil Rule 79(f)(12)(A) ("cost of scanning"). Finally, the WestLaw research cost of $386.25 on 5/11/07 is an out-of-pocket expense that is awardable under the discretion in FRCP 54(d), ERISA Section 1132(g)(1) and Alaska Civil Rule 79(f)(11) ("computerized legal research").  See e.g., Jackson v. Austin, 267 F.Supp.2d 1059, 1070 (D.Kan. 2003) (awarding $225.33 for on-line computerized research as the civil rights statute has a cost provision and the amount was not excessive); Levka, 107 F.R.D. at 231 (computerized research cost of $584.00 allowable under civil rights statute as a reasonable out-of-pocket expense); Independence Tube Corp, 543 F.Supp. at 723 (awarding reasonable charged for computerized research in anti-trust action).

For the reasons stated above, Plaintiff respectfully requests the Court award the above requested costs in this litigation.   This Bill of Costs is supported by the affidavits of counsel and the attached documentation.

DATED this 7th day of April 2008.

| By: s/ Timothy Seaver | By: s/ George T. Freeman |
|---|---|
| Timothy W. Seaver | George T. Freeman |
| Seaver & Wagner, LLC | Attorney at Law |
| 421 West First Ave., Suite 250 | 1152 P Street |
| Anchorage, Alaska 99501 | Anchorage, Alaska 99501 |
| Tel. 907-646-9033 | Tel. 907-274-8497 |
| Fax. 907-276-8238 | Fax 907-274-8497 (call first) |
| Email: tseaver@seaverwagner.com | Email: gtf@gci.net |

Plaintiff's Bill of Costs
and Memorandum in Support Thereof
*Valenote v. MetLife*  Case No. 3:05-CV-O0196 CV (TMB)
Page 7 of 8

CERTIFICATE OF SERVICE

I certify that on April 7, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ Timothy Seaver

Plaintiff's Bill of Costs
and Memorandum in Support Thereof
*Valenote v. MetLife* Case No. 3:05-CV-O0196 CV (TMB)
Page 8 of 8