CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

**AFFIDAVIT OF TIMOTHY W. SEAVER
IN SUPPORT OF BILL OF COSTS**

STATE OF ALASKA             )
THIRD JUDICIAL DISTRICT   ) ss.

Timothy W. Seaver, being first duly sworn, deposes and states as follows:

1.  I am co-counsel for Daniela Valenote in this action.

2.  The items of costs and disbursements in this case by my law firm Seaver & Wagner set forth in the memorandum in support of Bill of Costs are correct to the best of affiant's knowledge and belief.

3.  The disbursements have been necessarily incurred in the cause.

4.  The services for which the costs charged have been actually and necessarily performed.

5.  I am attaching a copy of my firm's printout of the costs Seaver & Wagner incurred in this action as Exhibit 1. Exhibit 1 is maintained by my firm in the regular course of business. My firm regularly and normally charges clients for the costs set forth in Exhibit 1.

6.  Additional pages to Exhibit 1 are the invoices and proofs of payment for costs in addition to firm costs regularly billed to a client.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Timothy W. Seaver

SUBSCRIBED & SWORN to before me this 7 day of April, 2008.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 10-26-10

Affidavit of Timothy W. Seaver in Support of Bill of Costs
*Valenote v. MetLife* Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 2