Law Offices of Seaver & Wagner, LLC
421 West 1st Avenue, Suite 250,
Anchorage, AK 99501


Invoice submitted to:
Daniela Valenote
4514 Upper Kogru Drive
Eagle River AK 99577


April 07, 2008


      Additional Charges :

| | Amount |
|---|---:|
| 4/6/2005 Copying cost | 28.20 |
| 9/14/2005 Copying cost | 5.80 |
| Postage | 18.56 |
| Delivery Cost | 25.88 |
| *Filing fee* | 150.00 |
| 9/30/2005 Copying cost | 2.40 |
| Postage | 1.66 |
| 10/31/2005 Fax | 0.50 |
| Copying cost | 0.20 |
| Postage | 0.37 |
| 11/30/2005 Postage | 1.48 |
| Alaska Legal Copy | 24.99 |
| Copying cost | 3.00 |
| 12/31/2005 Copying cost | 11.20 |
| 2/28/2006 delivery to Dr. Polston | 10.00 |



EXHIBIT ___1___
PAGE _1_ OF _7_ PAGES

Daniela Valenote                                                                                       Page    2

|            |                          | Amount   |
|------------|--------------------------|----------|
| 2/28/2006  | Dr. Polston expert report | 275.00  |
|            | Copying cost             | 4.40     |
|            | Fax                      | 2.00     |
| 4/30/2006  | Copying cost             | 0.80     |
|            | Postage                  | 0.39     |
| 6/30/2006  | Postage                  | 0.39     |
|            | Fax                      | 1.00     |
|            | Copying cost             | 1.80     |
| 1/5/2007   | Copying cost             | 2.80     |
|            | Postage                  | 0.87     |
|            | **Total additional charges** | **$573.69** |

EXHIBIT 1
PAGE 2 OF 7 PAGES

ALASKA COURT SYSTEM

| | | | |
|---|---|---|---|
| Receipt Type | Case | Outstanding Amount | 0.00 |
| Receipt Number | 96703 | Receipt Date | 08/03/2005 |

Case Number     3AN-05-10200CI

Description     Valenote, Daniela vs. Metropolitan Life Insurance Company

Received From   Seaver & WAgner

On Behalf Of    Valenote, Daniela

**Itemized Listing:**

| Description | Amount |
|---|---|
| Petition | 150.00 |

| Receipt Payments | Amount | Reference Description |
|---|---|---|
| **Check** | 150.00 | 0455 |

|  |  |
|---|---|
| Total Received | 150.00 |
| Net Received | 150.00 |
| Change | 0.00 |

Comments

Deputy Register   **kseville**   Transaction Date   08/03/2005 12:05:22

EXHIBIT 1
PAGE 3 OF 7 PAGES

| | | | |
|---|---|---|---|
| Clerk of Court | | | 0455 |
| | Valenote Complaint | 8/2/2005 | 150.00 |
| | | | |
| General Account | filing fee | | 150.00 |

EXHIBIT ___1___
PAGE _4_ OF _7_ PAGES

...



# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

## Invoice

| DATE | INVOICE # |
|---|---|
| 11/16/2005 | 219579 |

**BILL TO**
Seaver & Wagner, LLC
421 W. 1st Ave. #250
Anchorage, AK 99501

**SHIP TO**
Same
Attn: Connie Jenkins
646-9033

RECEIVED
NOV 1 6 2005
BY: *[signature]*

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | RLJ |  | Valenote |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 100 | 8.5 x 11 copies, litigation type, one set | 294 | 0.085 | 24.99 |

*paid on 12/30/05*
*JAW cc*

RECEIVED
NOV 1 6 2005
MIDDLETON & TIMME, P.C.

*Thank you*

Signature: _____

**Total**    $24.99

EXHIBIT 1
PAGE 5 OF 7 PAGES



# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
272-1265 or Fax 272-2826
copies@aklegal.net | www.aklegal.net



**CHARGE TO:** Seaver/Wagner

**ADDRESS:** 421 W. 1st Ave #250

**CONTACT PERSON:** Connie Jenkins

**CLIENT MATTER NO.** Valenote

**DATE:** 11/15/05

**DATE PROJECT NEEDED:** 11/16/05

**TIME PROJECT NEEDED:**

**PHONE #** 646-9033

**ACCOUNT #**

**TERMS** NET 30 DAYS

### CALL US AT 272-1265 FOR PICKUP AND DELIVERY

NUMBER OF CARTONS / ORIGINALS: _____ RESTAPLE ORIGINALS: _____ STAPLE COPIES: _____

NUMBER OF COPIES REQUIRED: 1 set   2 HOLE DRILL: _____   3 HOLE DRILL: _____

COPY ALL DOCUMENTS: _____ G.B.C. COMB BIND: _____ ACCO BIND: _____

COPY PARTIAL: _____ VELLO BIND: _____ SCREW POST: _____

COPY BOTH SIDES: _____

**MIRROR COPY:** _____
A MIRROR COPY means we will furnish you with an exact duplicate copy - ie color will be copied in color, copies and originals will be stapled like originals, books will be bound like originals (if possible), file folders furnished like originals, ect.

REDUCE 8.5 X 14 TO 8.5 X 11: _____

SHRED DOCUMENTS: _____

**FULL SPECTRUM COLOR COPYING**

COPIES PER ORIGINAL: _____

SAME SIZE: _____

REDUCE TO ___ X ___

ENLARGE TO ___ X ___

MOUNT ON FOAMCORE _____

LAMINATE _____

**SCANNING**

OCR: _____

ARCHIVE: _____

# OF DISKS: _____

**EXHIBITS**

**DOCUMENT NUMBERING**

ORIGINALS: _____

COPY: _____

BEGINNING NUMBER: _____

COPY SAME SIZE: _____

ENLARGE TO ___ X ___

REDUCE TO ___ X ___

MOUNT ON FOAMCORE: _____

Certain jobs may require " Special Handling "- Additional charges may apply.

*Please make 1 copy of all documents. Return originals and copies to Seaver/Wagner.*

EXHIBIT 1
PAGE 6 OF 7 PAGES





# INVOICE

**Customer**

| | |
|---|---|
| Name | Seaver & Wagner, LLC |
| Address | 421 West 1st Avenue |
| City | Anchorage   State AK   ZIP 99501 |
| Phone | 907-646-9033 |

**Misc**

| | |
|---|---|
| Date | 2/17/2006 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Letter prepared by Dr. Polston on Daniela Valenote | $ 275.00 | $ 275.00 |

*paid by JAW CC*
*3-15-06*

| | | |
|---|---|---|
| | SubTotal | $ 275.00 |
| Tax Rate(s) | | |
| | TOTAL | $ 275.00 |

**Payment**  Check

Comments  Pay to the order of:
Name  Advanced Medical Centers of Alaska
1917 Abbott Road, Suite 100
Anchorage, AK 99507

Please pay upon receipt.

EXHIBIT 1
PAGE 2 OF 2 PAGES