GEORGE T. FREEMAN ESQ                                        2636
ATTORNEY
1152 P. STREET                                        89-87/1252
ANCHORAGE, AK  99501          Date 1/16/06              57011

Pay to the    A-1 Duplicating                    $ 230.00
Order of _____

Two hundred thirty and no/xx         Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For  Valentine v. Mathis

⑈125200879⑈ 0201120010 76⑈ 2636

GUARDIAN® SAFETY BLUE WBL

EXHIBIT   1
PAGE 1 OF 28 PAGES

# A-1 Duplicating Service, LLC

**CUSTOMER INVOICE**

4201 B Street
Anchorage Alaska 99503

Phone: 907-561-0517
Fax: 907-561-0518

*1/16/06*
*Paid $230⁰⁰*
*Valonote v. Methefa*

| | Date | Invoice No. |
|---|---|---|
| | 12/28/2005 | 27512 |

**Ship To:**

George Freeman
1152 P Street
Anchorage, Alaska 99501

**Ship To**

George Freeman
1152 P Street
Anchorage, Alaska 99501

| | Client | Terms |
|---|---|---|
| | Bates#'s | EOM |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Bates Numbering | Bates Numbering | 1,500 | 0.07 | 105.00 |
| | Attn : George Freeman | | | |

RECEIVED BY_____

DATE_____

*CERTIFIED COPY OF ORIGINAL INVOICE*

Thank you for your business.

| **Total** | **$105.00** |
|---|---|

Remit Payment to 4201 B Street
Anchorage, Alaska 99503

EXHIBIT 1
PAGE 2 OF 28 PAGES

# A5J Duplicating Service, LLC

**4201 B Street**
**Anchorage Alaska 99503**

**Phone: 907-561-0517**
**Fax: 907-561-0518**

# CUSTOMER INVOICE

| Date | Invoice No. |
|------|-------------|
| 12/22/2005 | 27474 |

*Valenoti v. Met Life*

| Ship To: | Ship To |
|----------|---------|
| George Freeman<br>1152 P Street<br>Anchorage, Alaska 99501 | George Freeman<br>1152 P Street<br>Anchorage, Alaska 99501 |

| Client | Terms |
|--------|-------|
| Bates Labels | EOM |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Bates Numbering | Bates Numbering<br><br>Attn: George | 2,500 | 0.05 | 125.00 |

RECEIVED BY_____

DATE_____

| All work is complete! | **Total** | $125.00 |
|---|---|---|

## Remit Payment to 4201 B Street
## Anchorage, Alaska 99503

EXHIBIT _1_
PAGE _3_ OF _28_ PAGES

GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2637

89-87/1252
57011

Date 1/16/06

Pay to the
Order of _American Express_____ $ 54 40

_Fifty four and ————— 40/xx_____ Dollars

KeyBank National Association
Anchorage, Alaska 99601
1-888-KEY4BIZ® Key.com®

For _Valance v. MetLife Kulig (Cyrus)_
_12/31/05_

⑆125200879⑆ 020112001076⑆ 2637

© Clarke American

GUARDIAN® SAFETY BLUE WBL


EXHIBIT 1
PAGE 4 OF 28 PAGES

Prepared For
**GEORGE T FREEMAN**

Account Number
XXXX-XXXXX0-35009

Closing Date
01/02/06

## Transactions Continued

| | | Amount $ |
|---|---|---|
| 12/03/05* | 50.00 PYMT RECVD - THANK YOU | -30.00 |
| | 20.00 APPLIED TO SIGN & TRAVEL/ExPO | |
| 12/06/05 | THE UPS STORE #0131 ANCHORAGE     AK | 54.00 |
| | BUSINESS SERVICES | |
| 12/09/05 | CHEVRON 0091356     ANCHORAGE     AK | 41.48 |
| | COOK INLET MARKE | |
| | FUEL/MISCELLANEOUS | |
| 12/13/05 | USPS 0203150000     ANCHORAGE     AK | 5.16 |
| | USPS VENDING | |
| 12/16/05 | USPS 0203150000     ANCHORAGE     AK | 5.83 |
| | USPS VENDING | |
| 12/27/05 | BARNES & NOBLE     ANCHORAGE     AK | 30.95 |
| | BOOKS | |
| 12/28/05 | USPS 0203150000     ANCHORAGE     AK | 3.18 |
| | USPS VENDING | |
| 12/31/05 | KINKOS 5501     ANCHORAGE     AK | 54.40 |
| | SELF-SERVE WORK | |
| | ES B&W S/S WHITE 8.5 X11 | |
| | COMPUTER RENTAL | |
| | ADDITIONAL PURCHASES - REFER TO INVOICE | |

*Handwritten annotations:* Paid $ 200 ee ; Paid $ 54 — Valente

| **Total of Card Transactions** | New Charges | 195.00 |
|---|---|---|
| | Payments/Credits | -151.40 |

## Flexible Payment Option Statement of Account

Creditor: American Express Centurion Bank

Account Number
XXXX-XXXXX0-35009

Closing Date
01/02/06

Thank you for using Flexible Payment Option.

| | Account Summary $ | Minimum Payment $ | Payment Due Date |
|---|---|---|---|
| | | **15.61** | **01/27/06** |
| Previous Balance | 55.23 | | |
| Payments/Credits | -40.00 | | |
| FINANCE CHARGE | 0.38 | | |
| New Charges | 0.00 | | |
| **New Balance** | 15.61 | | |

| **Finance Charge Schedule** | Balance(s) to Which Rate Applies | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate | Please refer to page 4 for important information regarding your Sign & Travel and/or Extended Payment Option. |
|---|---|---|---|---|---|
| | ALL | $15.38 | 29.24 % | .0801% | |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

| **Finance Charge Summary** | Total Finance Charge 2005: $25.00 |
|---|---|

## S&T and/or ExPO Activity for GEORGE T FREEMAN

Card XXXX-XXXXX0-35009

| | | Amount $ |
|---|---|---|
| 12/03/05 | PAYMENT RECEIVED - THANK YOU | -20.00 |
| 12/03/05 | PAYMENT RECEIVED - THANK YOU | -20.00 |
| **Total of S&T and/or ExPO Activity** | New Charges | 0.00 |
| | Payments/Credits | -40.00 |

*Left margin vertical text:* 01685   R01J0R1A   01685   D8716   R01J0R1A

EXHIBIT 1
PAGE 5 OF 28 PAGES

*Continued on reverse*

2640

GEORGE T. FREEMAN ESQ    279-8494
ATTORNEY    ADL # 045235    Date: 1/31/06
1152 P. STREET
ANCHORAGE, AK. 99501

89-87/1252
57011

Pay to the
Order of    Kachit    $ 228.00

Two hundred twenty eight and no/00    Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For Valentin · Patrick Nicholai Copies    2640

1:125200879: 0 20 11 200 1076" 2640

EXHIBIT _1_
PAGE _6_ OF _28_ PAGES

# FedEx Kinko's

FedEx Kinko's
2210 E Northern Lights Blvd
Anchorage, AK 99508-4104
(907) 276-4228

1/31/2006                    3:11:01 PM AKST
Trans.: 6303                   Branch: 5501
Register: 003                  Till:3p7833
Team Member: Eric Y.
Customer: George Freeman      

SALE

```
* 5 5 0 1 0 0 3 6 3 0 3 *
```

copies                          228.00
            3 @ 121.6000

  FS BW SS Standard             228.00 T
  0001        4,560.00 @ 0.0800
  Item Discount Amt.    0.0300
  Price                 0.0500


Total Discount          136.80
Sub-Total               228.00
Deposit                   0.00
  Tax                     0.00
Total                   228.00
    Check  (M)           228.00
Total Tender            228.00
Change Due                0.00

        Thank you for visiting

          FedEx Kinko's
    Make It. Print It. Pack It. Ship It.
          www.fedexkinkos.com

          Customer Copy



GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2655

89-87/1252
57011

Date 4/26/06

Pay to the
Order of _____ American Express _____ $ 109 83

One hundred nine _____ and _____ 83/xx _____ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For Kenhor-2/13/06 – Valente

⑆125200879⑆ 0 2011 2001076⑈ 2655

EXHIBIT 1
PAGE 8 OF 28 PAGES



**The Delta SkyMiles® Credit Card**

▲ Delta
**SkyMiles**·

**116**
**Delta SkyMiles®**
**Earned This Period**
For details, see your Delta SkyMiles®
Summary in this statement.

Prepared For
GEORGE T FREEMAN

Account Number
3739-835996-03004

Closing Date
02/20/06

Page 1 of 6

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 9.80 | 0.00 | +114.01 | =123.81 | 15.00 |

**Payment Due Date**
**03/12/06**
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 02/20/06 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 5,700.00 | 5,576.00 | 1,500.00 | 1,500.00 |

Minimum payment due by payment due date. Remember, you can pay your bill online anytime, anywhere at **www.americanexpress.com/paybill.**

Your cash advance limit is $1,500.00. Available balance for new cash advance transactions is $1,500.00.

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-430-1000.**



**Fraud Protection Guarantee**
When you use the American Express® Card online or off, you won't be responsible for any unauthorized charges. Period. No fine print, no deductible--just pure protection, so you can shop with confidence anywhere on the Internet or in shops. Should any fraudulent charges appear on your statement, simply notify us at the number on the back of your Card.

To learn more, visit **www.americanexpress.com/fraudprotectionguarantee.**

---

**Activity** *Indicates posting date
_____    0.00

**Total of Payment Activity**

**New Activity for GEORGE T FREEMAN**    3.18
Card XXXX-XXXXX6-03004
| 02/02/06 | USPS 0203150000    ANCHORAGE    AK |
| | 203259550 USPS VENDING 02/02/06 |

    109.83
| 02/13/06 | KINKOS 5501    ANCHORAGE    AK |
| | 064906173 KINKO'S #5501 SALE 02/13/06 |

*Valente v. Wathfie*

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

EXHIBIT ___1___
PAGE _9_ OF _20_ PAGES

*Valente Copy*



**FedEx Kinko's**

FedEx Kinko's
2210 E Northern Lights Blvd
Anchorage, AK 99508-4104
(907) 276-4228

2/13/2006                1:24:16 PM AKST
Trans.: 7076             Branch: 5501
Register: 003            Till:3p74937
Team Member: Eric V.
Customer: George Freeman

SALE

*550100377076*

                          91.83
             1 @ 140.5000

FS BW SS8.5x11/14 3H        91.80 T
2706      1,530.00 @ 0.0800
Item Discount Amt.    0.0200
Price                 0.0600

Drilling                   0.02 T
0371      1,530.00 @ 0.0100
          Discount Amt.  0.0100

                      0.0000

Aux Insert per Piece       0.01 T
0387        28.00 @ 0.1000
Trans. Disc. Amt.    0.0996
Coupon
Price                 0.0004

brown folder               16.00
             1 @ 24.0000

FS BW SS8.5x11/14 3H        18.00 T
2706       300.00 @ 0.0800
Item Discount Amt.    0.0200
Price                 0.0600

Total Discount             54.67
Sub-Total                 109.83
Deposit                    0.00
  Tax                      0.00
Total                     109.83
    AmEx (S)              109.83
    Account:  3004
    Exp:   04/2006
    Auth: 584529 (A)
Total Tender              109.83
Change Due                 0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

EXHIBIT       1
PAGE 10 OF 28 PAGES

GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2723

89-87/1252
57011

Date _11/27/06_

Pay to the
Order of_ American Express _ $ 93 16/

_ ninety three and 16/xx _ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ℠ Key.com®

For_ Kuhlm's Copies _

⑈125200879⑈ 020112001076⑈ 2723 ⑈000000931⑈

Valvoto v. Metlife partur = $76 16/

## Personal Card
## Statement of Account

**Membership Rewards® Points Available**
at 09/30/06, when charges due are paid in full and all accounts are in good standing.

Prepared For
**GEORGE T FREEMAN**

Account Number
**3732-153720-36007**

Closing Date
**11/01/06**

Page 1 of 8

| | Previous Balance $ | Payments/Credits $ | New Charges $ (inc. Finance Charge if any) | New Balance $ | Minimum Amount Due $ | |
|---|---|---|---|---|---|---|
| Due in Full | 112.35 | -112.35 | +178.16 | 178.16 | +178.16 | **Please Pay By 11/26/06** |
| Flexible | +58.40 | -50.03 | +202.55 | +210.92 | +20.00 | Please refer to page 4 on How to Avoid Additional Finance Charges. |
| Total | 170.75 | -162.38 | +380.71 | =389.08 | 198.16 | Please refer to page 2 for important information regarding your account |

**Terms** - Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill**.

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-528-4800**.

### Save Time Paying Your Bills with the Card

Enjoy the time-saving convenience of using your Card to pay your bills. You can consolidate your payments and make sure your bills are paid on time. And you're backed by the security of American Express. Contact your providers directly and tell them to charge your monthly bills like cable/satellite to your Card.

## Activity    * Indicates posting date

**Card Transactions for GEORGE T FREEMAN**
Card XXXX-XXXXX0-36007

| | | Amount $ |
|---|---|---|
| 10/23/06* | 50.00 PAYMENT RECEIVED ACH 20.00 APPLIED TO SIGN & TRAVEL/ExPO | -30.00 |
| 10/23/06* | PAYMENT RECEIVED ACH - THANK YOU | -32.43 |
| 10/23/06* | 79.95 PAYMENT RECEIVED ACH 30.03 APPLIED TO SIGN & TRAVEL/ExPO | -49.92 |
| 10/03/06 | KINKOS 5501          ANCHORAGE    AK 0000 000000 ES B&W S/S WHITE 8.5 X11 FS C SS 8.5X11/14 | 10.88 |
| 10/03/06 | 1134992250     US          MN 6040777536 BOOKS & NEWSPAPERS | 84.00 |

*(handwritten notes: "10/27/06", "Paid 93 16", "GTF 8cy for Kinko's Copies", "Paid $200", "GTF personal card")*

EXHIBIT 1
PAGE 12 OF 28 PAGES

Prepared For:
GEORGE T FREEMAN

Account Number
XXXX-XXXXX0-36007

Closing Date
11/01/06

## Transactions Continued

| | | | Amount $ |
|---|---|---|---|
| 10/12/06 | KINKOS 5501    ANCHORAGE    AK | | 76.16 |
| | 0000 000000 | *Valente* | |
| | ES B&W S/S WHITE 8.5 X11 | | |
| | FS AS MACHINE STAPLE | | |
| | FS BW SS ON COLOR | | |
| | ADDITIONAL PURCHASES - REFER TO INVOICE | | |
| 10/17/06 | KINKOS 5501    ANCHORAGE    AK | | 7.12 |
| | 0000 000000 | | |
| | ES B&W S/S WHITE 8.5 X11 | | |
| | BIND COIL MIXED STD | | |
| | ES B&W S/S WHITE 11X17 | | |
| | SPOILAGE:8 | | |

| **Total of Card Transactions** | New Charges | 178.16 |
|---|---|---|
| | Payments/Credits | -112.35 |

## Flexible Payment Option Statement of Account

Account Number
XXXX-XXXXX0-36007

Closing Date
11/01/06

Thank you for using Flexible Payment Option.

| | Account Summary $ | Minimum Payment $ | Payment Due Date |
|---|---|---|---|
| Previous Balance | 58.40 | **20.00** | 11/26/06 |
| Payments/Credits | -50.03 | | |
| FINANCE CHARGE | 2.55 | | |
| New Charges | 200.00 | | |
| New Balance | 210.92 | | |

| Finance Charge Schedule | Balance(s) to Which Rate Applies | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate | Please refer to page 4 for important information regarding your Sign & Travel and/or Extended Payment Option. |
|---|---|---|---|---|---|
| | ALL | $102.58 | 30.24 % | .0828% | |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## S&T and/or ExPO Activity for GEORGE T FREEMAN

Card XXXX-XXXXX0-36007

| | | Amount $ |
|---|---|---|
| 10/23/06 | PAYMENT RECEIVED ACH - THANK YOU | -20.00 |
| 10/23/06 | PAYMENT RECEIVED ACH - THANK YOU | -30.03 |

*Continued on Page 4*

---

Please detach here

031 7188
1240

## Extended Payment Option
You can extend payment on all or part of your bill using your credit account.

Cardmember Name
GEORGE T FREEMAN

Account Number
3732-153720-36007

**Please read the Important Disclosure on reverse of this coupon.**

**Please read the information below, complete the form, sign and date.**

**To extend payment:**
• on your entire monthly balance, please complete, detach and return this form with your bill.
• on a portion of your bill, please complete, detach and return with a check for the remaining balance.

American Express New Card Balance          $178.16

Available credit as of October 28, 2006       $5,700.00

Please indicate the amount you would like to transfer from your Charge Account to your Lending Account.

**Amount must be more than $100 and not exceed available credit.**    $ |            . |

X _____

Signature                                Date
This coupon expires on November 26, 2006

Pay to the order of American Express Centurion Bank, Salt Lake City, U
R/T 1240

124071889  60983599038  37004

EXHIBIT 1
PAGE 13 OF 28 PAGES



Valerale v. Nathlye

# Fed**Ex** Kinko's.
### Office and Print Center

FedEx Kinko's

October 12,2006 15:03                    Page: 1
Receipt #: 319488
AmEx #: XXXXXXXXXXX6007
2006/10/12 14:30

| Qty | Description | Amount |
|-----|-------------|--------|
| 952 | ES B&W S/S White 8.5 x11 | 76.16 |

|  | SubTotal | 76.16 |
|--|----------|-------|
|  | Taxes | 0.00 |
|  | Total | 76.16 |

The Card holder agrees to pay the Issuer of the charge card in
accordance with the agreement between the Issuer and the Cardholder.

2210 E. NORTHERN    (907) 276-4228
ANCHORAGE, AK  99508
www.fedexkinkos.com
Office and Print Center

**GEORGE T. FREEMAN ESQ**
**ATTORNEY**
1152 P. STREET
ANCHORAGE, AK 99501

2715

89-87/1252
57011

Date 11/13/06

Pay to the
Order of _Carol Butler_ | $ 60.00

_Sixty and____ no/XX_ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For _Volunteer/Paralegal Services_

⑆125200879⑆ 020112001876⑈ 2715

GUARDIAN® SAFETY BLUE WBL

EXHIBIT 1
PAGE 15 OF 2 PAGES

# BUTLER & ASSOCIATES, LLC

### Carol E. Butler, CLAS
1112 W. 11TH Ave. • Anchorage, AK 99501
(907) 258-4217 • (907) 748-7988 Cell

*Valenote v. Met Life*

### October 2006 Invoice

| DATE | TASK/CLIENT –Valenote v. Met Life | HOURS |
|------|-----------------------------------|-------|
| 10/19/06 | Revise and file motion on line Federal Court | 1.0 |
| | TOTAL HOURS | 1 Hour |
| | TOTAL DUE: | **$60.00** |

Butler & Associates, LLC
Tax ID # 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



2743

GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

Date 2/8/07

89-87/1252
57011

Pay to the
Order of _Professional Legal Copy_          $ 243 85

_Two hundred forty three ___ and 85/xx_          Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

MP

For _Valancia Inv. 79477_

⑈125200879⑈ 020112001076⑈ 2743

GUARDIAN® SAFETY BLUE WBL

©Corte American

EXHIBIT ___1___
PAGE _17_ OF _28_ PAGES

**P**rofessional
**L**egal
**C**opy

360 K Street
Suite 101
Anchorage, Alaska 99501

EIN - 13-4333691    **Invoice**

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 1/30/2007 | 79477 |

| Bill To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, AK 99501 |

*Valente v. MetLife*

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Valenote | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Scan Grey Scale/Black & White | 1,559 | 0.15 | 233.85 |
| CD Duplication | 1 | 10.00 | 10.00 |
| | | | |
| Attn: George | | | |

2/8/0?
Paid
#243 85

| All work is complete! | **Total** | $243.85 |
|------------------------|-----------|---------|

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**



GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2744

89-87/1252
57011

Date 2/8/07

Pay to the
Order of _Professional Legal Copy_    $ 87 93

_Eighty seven —— nd —— 93/xx_    Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For _Valentine v. Mellips  Dsu.7 9409_

⑈125200879⑈ 020112001026⑈ 2744

GUARDIAN® SAFETY BLUE WBL

© Deluxe American

**P**rofessional

**L**egal

**C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2689**
**www.prolegalcopy.com**

EIN - 13-4333691    **Invoice**

| Date | Invoice # |
|------|-----------|
| 1/24/2007 | 79404 |

| Bill To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Valenote | EOM | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 977 | 0.09 | 87.93 |
| Attn: George | | | |

2/8/0?
Paid $ 87.93

| | | |
|--|--|--|
| All work is complete! | **Total** | **$87.93** |

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**


EXHIBIT 1
PAGE 20 OF 28 PAGES

GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2745

89-87/1252
57011

Date 2/8/07

Pay to the
Order of Professional Legal Copy                    $ 148 95

One hundred forty eight and 95/xx Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For Valentine v. MetLife Div, 79192

⑆125200879⑆ 0201120010 76⑈ 2745

# **P**rofessional
# **L**egal
# **C**opy

**Invoice**

EIN - 13-4333691

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2689**
**www.prolegalcopy.com**

| Date | Invoice # |
|------|-----------|
| 1/17/2007 | 79192 |

| Bill To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, Alaska 99501 |

| Ship To |
|---------|
| Law Office of George Freeman<br>1152 P Street<br>Anchorage, AK 99501 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Valemote | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 1,655 | 0.09 | 148.95 |
| | | | |
| Attn: George | | | |

2/8/07
Paid
#148.95

| | | |
|---|---|---|
| It's been a pleasure working with you! | **Total** | **$148.95** |

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**



GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2746

89-87/1252
57011

Date 2/8/07

Pay to the
Order of _Professional Legal Copy_____ $ 64 25

_Sixty four ——— and ——— 25/xx_____ Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For _Tanner v. Victor Real Est. Inv. 29267_____

⑈125200879⑈ 0201120010176⑈ 2746

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2689**
**www.prolegalcopy.com**

EIN - 13-4333691    **Invoice**

| Date | Invoice # |
|------|-----------|
| 1/19/2007 | 79267 |

**Bill To**

Law Office of George Freeman
1152 P Street
Anchorage, Alaska 99501

**Ship To**

Law Office of George Freeman
1152 P Street
Anchorage, AK 99501

*V rln to v. Net Life*

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Tanner | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Laminated Tabs | 22 | 0.50 | 11.00 |
| Flat Rate For Litigation Copies | 592 | 0.09 | 53.28 |
| Attn: George | | | |

*2/8/07*
*Paid*
*$64.28*

| It's been a pleasure working with you! | **Total** | **$64.28** |
|---|---|---|

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**



GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2781

89-87/1252
57011

Date 5/11/07

Pay to the
Order of_____ American Express_____ $ 386 25

Three hundred eighty six ——an 25/xx Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For Valerie v. Matthys Rekuil

1:125200879: 020112001076" 2781



Prepared For
GEORGE T FREEMAN

Account Number
XXXX-XXXXX0-37005

Closing Date
05/01/07

Page 3 of 8

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 485.55 |
| Payment Activity | -45.20 |
| **FINANCE CHARGE** | 20.94 |
| New Charges/Adjustments | 386.25 |
| New Balance | 847.54 |

### Flexible Payment Activity

**New Activity for GEORGE T FREEMAN**
Card XXXX-XXXXX0-37005

| | | | |
|---|---|---|---|
| 04/03/07 | THOMSON WEST | 800-328-4880 | MN |
| | WEST/THOMSON | | |
| | ROC No. 0000980661 | | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 386.25 |

*Valerate Research*
*5/11/07 Paid # 386 25*

**Total of Flexible Payment Activity**    386.25

### Finance Charge Schedule

Billing days this period: 30
Balance to which rate applies

| | Average Daily Balance $ | Daily Periodic Rate | **Annual Percentage Rate** | New Balance $ | **FINANCE CHARGE $** |
|---|---|---|---|---|---|
| Sign & Travel/ExPO | 843.37 | 0.0828% | 30.24% | 847.54 | 20.94 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Important Notice

### Information on Flexible Payment Features

Please refer to page  2
for further important
information regarding
your account

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 18.24%, the DPR is 0.0500%

For Sign & Travel®, the APR is 18.24%, the DPR is 0.0500%

For Extended Payment Option (ExPO), the APR is 18.24%, the DPR is 0.0500%

EXHIBIT  1
PAGE 26 OF 28 PAGES

GEORGE T. FREEMAN ESQ
ATTORNEY
1152 P. STREET
ANCHORAGE, AK 99501

2918

89-87/1252
57011

Date 12/27/07

Pay to the
Order of _Carol Butler_                    $ 100 ⁰⁰

_One hundred and ——— ⁰⁰/xx_ ————— Dollars

KeyBank National Association
Anchorage, Alaska 99501
1-888-KEY4BIZ® Key.com®

For _Prelegal Service/Filing w/ Fed.Ct._

⑆125200879⑆ ⑈020112001076⑈ 2918

GUARDIAN®SAFETY BLUE WBL

©Clarke American

EXHIBIT 1
PAGE 27 OF 28 PAGES

# BUTLER & ASSOCIATES, LLC

Carol E. Butler, CLAS

1112 W. 11TH Ave. • Anchorage, AK 99501

(907) 258-4217 • (907) 748-7988 Cell



December 2007 Invoice

| DATE | TASK/CLIENT –Valenote v. Met Life | HOURS |
|------|-----------------------------------|-------|
| 12/27/07 | Electronic filing services | 1.25 |
| | TOTAL HOURS | 1.25 Hours |
| | TOTAL DUE: | $100.00 |

Butler & Associates, LLC

Thank you very much.

