GEORGE T. FREEMAN
Attorney
1152 P Street
Anchorage, Alaska 99501
907-274-8497

---

# TIME RECORD AND COST RECORD

Daniela C. Valenote
4514 Upper Kogru Drive
Eagle River, Alaska 99577

<u>Matter</u>:  Valenote v. MetLife

<u>Period</u>:  April 2005 through April 2008

---

## 2005

| Date | Description | Hours |
|---|---|---|
| 4/27/05 | Meet w/ potential client; review documents | 3.0 |
| 5/10/05 | Conf re issues; draft complaint; review issues | 3.2 |
| 12/8/05 | Prepare and file entry of appearance; serve same; review documents | 2.0 |
| 12/9/05 | Review documents | 1.0 |
| 12/11/05 | Review documents and pleadings | 2.3 |
| 12/13/05 | Research case law issues | 2.5 |
| 12/14/05 | Research issues; review documents | 3.2 |
| 12/15//05 | Attend court status conference | 1.0 |
| 12/20/05 | Review and organize documents; organize MetLife documents | 4.0 |
| 12/21/05 | Review and organize documents; organize MetLife documents | 1.2 |
| 12/22/05 | Prepare documents for disclosure; organize MetLife documents | 6.3 |
| 12/23/05 | Prepare documents for disclosure; organize MetLife documents | 5.3 |
| 12/25/05 | Prepare documents for disclosure; organize MetLife documents | 3.2 |

| Date | Description | Hours |
|---|---|---|
| 12/26/05 | Prepare documents for disclosure | 5.3 |
| 12/27/05 | Prepare documents for disclosure | 2.5 |
| 12/28/05 | Prepare documents for disclosure | 3.3 |

**2006**

| Date | Description | Hours |
|---|---|---|
| 2/1/06 | Conf w/ client; request that client apply for social security disability; prepare disclosure; prepare preliminary witness list | 3.0 |
| 2/9/06 | Conf w/ Dr. Polston's office; prepare letter requesting report from same | 2.5 |
| 3/31/06 | Conf w/ co-counsel; review discovery responses; prepare final witness list; e-mail same to Seaver | 1.5 |
| 10/5/06 | Conf w/ Jamieson; conf w/ client | 0.6 |
| 10/6/06 | Conf w/ Jamieson; conf w/ Seaver | 0.5 |
| 10/10/06 | Prepare documents for disclosure | 2.5 |
| 10/11/06 | Prepare disclosure of medical records | 3.5 |
| 10/12/06 | Prepare documents for disclosure; conf w/ Seaver; conf w/ Jamieson; copy and deliver documents | 4.2 |
| 10/13/06 | Prepare draft of unopposed motion on schedule | 0.7 |
| 10/17/06 | Send draft of unopposed motion on schedule to Jamieson | 0.3 |
| 11/5/06 | Conf w/ client; conf w/ opposing counsel re settlement issues; conf w/ co-counsel | 1.5 |
| 11/6/08 | Conf w/ client; conf w/ Seaver re briefing of issues | 2.3 |
| 11/11/06 | Prepare documents for motions; review issues for motions | 3.5 |
| 11/13/06 | Conf re issues in motions | 2.6 |

EXHIBIT 1 TO GEORGE T. FREEMAN, ESQ. AFFIDAVIT
IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS
*Valenote v. Metlife*, Case No. 3:05-cv-00196 (TMB)

| Date | Description | Hours |
|---|---|---|
| 11/14/06 | Conf w/ Virginia Valenote | 0.7 |
| 11/16/06 | Conf w/ client | 1.0 |
| 12/5/06 | Revise letter re issues and settlement to Jamieson | 4.5 |
| 12/25/06 | Revise letter re issues and settlement to Jamieson | 3.6 |
| 12/26/06 | Revise letter re issues and settlement to Jamieson | 2.7 |

**2007**

| Date | Description | Hours |
|---|---|---|
| 1/2/07 | Prepare ML record; prepare motion for summary judgment | 3.2 |
| 1/3/07 | Prepare potential counteroffer in settlement; prepare documents for motion for summary judgment | 0.5 |
| 1/4/07 | Conf re counteroffer in settlement; review case law on m/s/j | 1.5 |
| 1/10/07 | Conf w/ client re settlement status and other issues | 0.3 |
| 1/12/07 | Prepare draft m/s/judgment; conf w/ client | 3.5 |
| 1/13/07 | Prepare motion for summary judgment | 4.7 |
| 1/14/07 | Prepare motion for summary judgment | 6.3 |
| 1/15/07 | Prepare motion for summary judgment; conf w/ client | 5.2 |
| 1/16/07 | Conf w/ Seaver; prepare motion for summary judgment | 4.3 |
| 1/18/07 | Prepare motion for summary judgment; review records | 4.7 |
| 1/19/07 | Prepare motion for summary judgment; review records | 8.5 |
| 1/20/07 | Prepare motion for summary judgment; research issues | 6.3 |
| 1/21/07 | Prepare motion for summary judgment; research issues | 7.2 |
| 1/25/07 | Prepare and revise motion for summary judgment; prepare record | 10.3 |

3

EXHIBIT 1 TO GEORGE T. FREEMAN, ESQ. AFFIDAVIT
IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS
*Valenote v. Metlife*, Case No. 3:05-cv-00196 (TMB)

| Date | Description | Hours |
|---|---|---|
| 1/26/07 | Conf w/ Jamieson re extension; conf w/ client; conf re issues in memorandum | 2.0 |
| 1/27/07 | Review documents for motion for summary judgment | 1.7 |
| 1/28/07 | Prepare and revise motion for summary judgment | 6.3 |
| 1/29/07 | Research issues in remedy and extrinsic evidence | 5.7 |
| 1/30/07 | Revise motion for summary judgment; review evidence; prepare final section of brief | 4.8 |
| 1/31/07 | Prepare and revise motion for summary judgment; conf w/ Seaver; prepare attachments | 5.3 |
| 2/1/07 | Prepare motion for summary judgment; edit same; conf w/ client; prepare MR index; prepare for filing | 6.2 |
| 2/2/07 | Prepare motion for summary judgment; review issues on scanning documents; assist in electronic filing of motion for summary judgment and attached exhibits | 3.2 |
| 2/3/07 | Prepare file; organize research for further pleadings | 2.5 |
| 3/5/07 | Review defendant's memorandum on cross motion for s/j | 2.0 |
| 3/6/07 | Review defendants' brief; conf w/ opposing counsel re requested documents | 3.2 |
| 3/7/08 | Review defendants briefing; research issues; conf w/ Seaver | 2.7 |
| 3/8/07 | Conf w/ Seaver; review defendants' briefing; conf w/ opposing counsel | 2.1 |
| 3/9/07 | Copy cases; review issues re opposition to defendants' cross motion and reply briefing | 4.7 |
| 3/10/07 | Prepare draft reply to defendants' opposition to Valenote motion for summary judgment | 12.5 |
| 3/11/07 | Prepare and revise reply and opposition to defendants' cross motion | 5.5 |

EXHIBIT 1 TO GEORGE T. FREEMAN, ESQ. AFFIDAVIT
IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS
*Valenote v. Metlife*, Case No. 3:05-cv-00196 (TMB)

| Date | Description | Hours |
|---|---|---|
| 3/12/07 | Prepare and revise reply and opposition; prepare draft motion for extension | 3.7 |
| 3/13/07 | Prepare and revise reply and opposition memoranda | 8.9 |
| 3/14/07 | Prepare and revise reply and opposition memoranda | 9.3 |
| 3/15/07 | Prepare and revise reply and opposition memoranda | 14.5 |
| 3/16/07 | Prepare and revise reply and opposition memoranda; file same | 5.3 |
| 3/17/07 | Prepare files; organize research | 2.5 |
| 3/19/07 | Conf re corrected brief; prepare revision of corrected brief | 1.2 |
| 3/21/07 | Prepare files w/ recent filings | 1.0 |
| 3/28/07 | Conf re issues in oral argument and potential briefing | 0.4 |
| 12/3/07 | Conf w/ Seaver; conf w/ Jamienson; conf w/ Federal Court Clerk; prepare documents for filing and file and serve pleadings requesting extension of date for oral argument | 2.5 |

**2008**

| Date | Description | Hours |
|---|---|---|
| 2/2/08 | Prepare pleadings and review matters for oral argument | 3.0 |
| 2/4/08 | Review materials; conf w/ Seaver | 2.7 |
| 2/6/08 | Conf w/ Seaver; review materials for oral argument | 2.3 |
| 2/7/08 | Conf w/ Seaver; review materials; conf w/ client | 1.7 |
| 2/8/08 | Conf w/ Seaver; prepare timeline | 4.2 |
| 2/9/08 | Conf w/ Seaver; prepare timeline; prepare for oral argument; attend oral argument; conf w/ client | 3.2 |
| 2/11/08 | Prepare draft for filing in medical releases; conf w/ Seaver | 0.7 |
| 3/26/08 | Review court order on cross motions for summary judgment; | |

5

EXHIBIT 1 TO GEORGE T. FREEMAN, ESQ. AFFIDAVIT
IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS
*Valenote v. Metlife*, Case No. 3:05-cv-00196 (TMB)

|  |  |  |
|---|---|---|
|  | conf w/ Seaver | 1.0 |
| 3/27/08 | Send court order to client; research issues on motion for attorney fees | 2.5 |
| 3/28/08 | Review court judgment in civil case | 0.3 |
| 3/31/08 | Conf w/ client; leave message for Seaver | 0.5 |
| 4/1/08 | Research motion for attorney fees; review issues on pre-judgment interest; review issues on award of costs | 3.2 |
| 4/2/08 | Conf w/ Seaver re issues in pleadings and motion for attorney's fee and costs | 1.3 |
| 4/3/08 | Research forms re post-judgment pleadings | 1.5 |
| 4/4/08 | Prepare motion for attorney's fee and costs; prepare affidavits in support of attorney's fee motion | 3.5 |
| 4/5/08 | Prepare Bill of Costs; prepare documentation for cost bill | 2.3 |
| 4/6/08 | Prepare and revise motion for attorney's fee and cost bill; research issues in cost bill | 1.9 |
| 4/7/08 | Confs re affidavits; review issues in motion to amend judgment, Bill of Costs and Motion for Attorney's Fee and Costs; assist in preparation and filing of same | 3.2 |

Total Hours for 2005, 2006, 2007 and 2008:  316.2 hours

Expenses of George T. Freeman, Esq.

| | | |
|---|---|---|
| 1/16/06 | A-1 Duplicating | $230.00 |
| 1/16/06 | Kinko's | 54.40 |
| 1/31/06 | Kinko's | 228.00 |
| 4/26/06 | Kinko's | 109.83 |
| 10/12/06 | Kinko's | 76.16 |
| 11/13/06 | Paralegal Butler | 60.00 |
| 2/8/07 | Prof. Legal Copy | 243.85 |
| 2/8/07 | Prof. Legal Copy | 87.93 |

EXHIBIT 1 TO GEORGE T. FREEMAN, ESQ. AFFIDAVIT
IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS
*Valenote v. Metlife*, Case No. 3:05-cv-00196 (TMB)

| Date | Description | Amount |
|---|---|---|
| 2/8/07 | Prof. Legal Copy | 148.95 |
| 2/8/07 | Prof. Legal Copy | 64.28 |
| 5/11/07 | Westlaw Research | 386.25 |
| 12/27/07 | Paralegal Butler | 100.00 |

Total GTF, Esq. Expenses: $1,789.65

7

EXHIBIT 1 TO GEORGE T. FREEMAN, ESQ. AFFIDAVIT
IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS
*Valenote v. Metlife*, Case No. 3:05-cv-00196 (TMB)