CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

**AFFIDAVIT OF R. COLLIN MIDDLETON**
**IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR AWARD OF ATTORNEYS' FEES AND COSTS**

STATE OF ALASKA            )
THIRD JUDICIAL DISTRICT    ) ss.

R. Collin Middleton, being first duly sworn, deposes and states as follows:

1.     I have practiced law in Anchorage Alaska since 1968. There are two exceptions. In 1970 I practiced for 9 months in Ketchikan for the Public Defender Agency, and a short time later I spent six months at Northwestern Law School studying criminal defense trial and appeal techniques. I have been in Anchorage at all other times.

2.      During this period, I practiced criminal law and civil litigation. For the past several years, the majority of my practice has been devoted to civil litigation.

3.      My standard hourly rate for paying clients on civil litigation matters is $250 per hour.

4.      Based on my knowledge and belief, my civil litigation hourly rate is comparable to the hourly rate for civil litigation charged by other attorneys in Anchorage, Alaska with comparable skill, experience and ability.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
R. Collin Middleton

SUBSCRIBED & SWORN to before me this 8th day of April, 2008.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 10/7/2011



OFFICIAL SEAL
State of Alaska
NOTARY PUBLIC
JUDY R. CORK
My Commission Expires October 7, 2011

Affidavit of R. Collin Middleton in Support
of Plaintiff's Motion for Award of Attorneys' Fees and Costs
*Valenote v. MetLife* Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 2