4/9/2008
5:55 PM

**Law Offices of Seaver & Wagner, LLC**
Slip Listing

Page    1

---

### Selection Criteria

| Slip.Classification | Open |
| Clie.Selection | Include: Valenote |
| Time.Selection | Include: TWS |

---

| Slip ID | | Timekeeper | | | |
|---|---|---|---|---|---|
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
| 4702 | TIME | TWS | 4.30 | 250.00 | 1075.00 |
| 4/8/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Review client file and meet with G. Freeman. | | | | | |
| 4845 | TIME | TWS | 0.70 | 250.00 | 175.00 |
| 4/22/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman. | | | | | |
| 4860 | TIME | TWS | 2.30 | 250.00 | 575.00 |
| 4/27/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Meet with client. | | | | | |
| 5272 | TIME | TWS | 0.40 | 250.00 | 100.00 |
| 6/7/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman. | | | | | |
| 5275 | TIME | TWS | 3.40 | 250.00 | 850.00 |
| 6/8/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Conduct research re ERISA claim (3.1) and Telephone conference with client (.3). | | | | | |
| 5284 | TIME | TWS | 3.90 | 250.00 | 975.00 |
| 6/10/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Meet with G. Freeman and conduct research and draft complaint (3.5) and Telephone conference with client (.4). | | | | | |
| 5283 | TIME | TWS | 0.50 | 250.00 | 125.00 |
| 6/11/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman. | | | | | |
| 5323 | TIME | TWS | 0.50 | 250.00 | 125.00 |
| 6/28/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Draft retainer agreement and Telephone conference with G. Freeman re same. | | | | | |
| 5455 | TIME | TWS | 0.20 | 250.00 | 50.00 |
| 7/11/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with client. | | | | | |
| 5511 | TIME | TWS | 0.50 | 250.00 | 125.00 |
| 8/1/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Draft complaint. | | | | | |

4/9/2008                          Law Offices of Seaver & Wagner, LLC
5:55 PM                                     Slip Listing

                                                                                    Page      2

| Slip ID | | | | | |
|---------|--|--|--|--|--|
| Dates and Time | | Timekeeper | | | |
| Status | | Activity | | | |
| Description | | Client | | | |
| | | Reference | Units | Rate | Slip Value |
| 5517 | TIME | TWS | 0.10 | 250.00 | 25.00 |
| 8/3/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Email to client. | | | | | |
| 5520 | TIME | TWS | 0.20 | 250.00 | 50.00 |
| 8/3/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman re judicial assignment. | | | | | |
| 5528 | TIME | TWS | 0.30 | 250.00 | 75.00 |
| 8/18/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Review removal documents. | | | | | |
| 5537 | TIME | TWS | 0.20 | 250.00 | 50.00 |
| 8/30/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman. | | | | | |
| 6055 | TIME | TWS | 0.30 | 250.00 | 75.00 |
| 9/29/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Review orders and call opposing counsel. | | | | | |
| 6070 | TIME | TWS | 0.20 | 250.00 | 50.00 |
| 10/7/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Draft letter to opp counsel. | | | | | |
| 6071 | TIME | TWS | 0.30 | 250.00 | 75.00 |
| 10/10/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with client. | | | | | |
| 6153 | TIME | TWS | 0.50 | 250.00 | 125.00 |
| 11/3/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Edit report of parties. | | | | | |
| 6183 | TIME | TWS | 0.30 | 250.00 | 75.00 |
| 11/10/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman. | | | | | |
| 6191 | TIME | TWS | 1.10 | 250.00 | 275.00 |
| 11/11/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with client and dfraft initial disclosures. | | | | | |
| 6573 | TIME | TWS | 0.30 | 250.00 | 75.00 |
| 12/1/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman. | | | | | |
| 6580 | TIME | TWS | 0.50 | 250.00 | 125.00 |
| 12/14/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman. | | | | | |

4/9/2008                          Law Offices of Seaver & Wagner, LLC
5:55 PM                                        Slip Listing                                    Page      3

| Slip ID | | Timekeeper | | | |
|---------|--|------------|--|--|--|
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
| 6598 | TIME | TWS | 0.90 | 250.00 | 225.00 |
| 12/22/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman | | | | | |
| 6600 | TIME | TWS | 0.50 | 250.00 | 125.00 |
| 12/23/2005 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman. | | | | | |
| 6916 | TIME | TWS | 0.40 | 250.00 | 100.00 |
| 2/1/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman re discovery issues. | | | | | |
| 6931 | TIME | TWS | 0.30 | 250.00 | 75.00 |
| 2/10/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman re expert issues. | | | | | |
| 6935 | TIME | TWS | 0.90 | 250.00 | 225.00 |
| 2/10/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman and with client re expert issues. | | | | | |
| 6948 | TIME | TWS | 0.20 | 250.00 | 50.00 |
| 2/21/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman re expert report. | | | | | |
| 6981 | TIME | TWS | 0.30 | 250.00 | 75.00 |
| 3/3/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with B. Jamieson re extension and discovery issues. | | | | | |
| 7243 | TIME | TWS | 0.40 | 250.00 | 100.00 |
| 3/31/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman re discovery and Telephone conference with opp. counsel. | | | | | |
| 7325 | TIME | TWS | 0.50 | 250.00 | 125.00 |
| 4/25/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with G. Freeman re settlement and scheduling. | | | | | |
| 7357 | TIME | TWS | 0.10 | 250.00 | 25.00 |
| 5/2/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with B. Jamieson. | | | | | |
| 7360 | TIME | TWS | 0.60 | 250.00 | 150.00 |
| 5/3/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Telephone conference with client. | | | | | |
| 7667 | TIME | TWS | 2.60 | 250.00 | 650.00 |
| 5/12/2006 | | Legal | | | |
| WIP | | Valenote | | | |
| Conduct research and draft offer of settlement. | | | | | |

4/9/2008                          Law Offices of Seaver & Wagner, LLC
5:55 PM                                      Slip Listing                                    Page      4

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 7672<br>5/16/2006<br>WIP<br>Edit letter and transmit to client. | TIME<br><br>TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 7679<br>5/23/2006<br>WIP<br>Review court's order and rules; Telephone conference<br>with opp. counsel; draft joint status report. | TIME<br><br>TWS<br>Legal<br>Valenote | 2.40 | 250.00 | 600.00 |
| 7693<br>5/31/2006<br>WIP<br>Telephone conference with D. Valenote re settlement;<br>review docs and revise settlement letter. | TIME<br><br>TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 7705<br>6/2/2006<br>WIP<br>Telephone conference with G. Freeman re scheduling<br>issues. | TIME<br><br>TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 7929<br>7/18/2006<br>WIP<br>Review med records from Mayo and email G. Freeman re<br>same. | TIME<br><br>TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 7967<br>7/26/2006<br>WIP<br>Telephone conference with G. Freeman. | TIME<br><br>TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 8258<br>9/28/2006<br>WIP<br>Meet with G. Freeman and conference with opp counsel. | TIME<br><br>TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 8383<br>10/5/2006<br>WIP<br>Telephone conference with G. Freeman re settlement<br>and briefing issues. | TIME<br><br>TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8385<br>10/6/2006<br>WIP<br>Telephone conference with G. Freeman re various<br>matters relating to discovery, settlement and scheduling. | TIME<br><br>TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 8390<br>10/12/2006<br>WIP<br>Telephone conference with G. Freeman re various issues. | TIME<br><br>TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 8396<br>10/13/2006<br>WIP<br>Telephone conference with G. Freeman re recent medical<br>records. | TIME<br><br>TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |

4/9/2008
5:55 PM

Law Offices of Seaver & Wagner, LLC
Slip Listing

Page     5

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 8399<br>10/16/2006<br>WIP<br>Review and edit motion to extend dates. | TIME | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8718<br>11/3/2006<br>WIP<br>Prepare for conference with opp counsel and attend same. | TIME | TWS<br>Legal<br>Valenote | 4.30 | 250.00 | 1075.00 |
| 8719<br>11/3/2006<br>WIP<br>Review Abatie and other cases and confer with G. Freeman | TIME | TWS<br>Legal<br>Valenote | 3.90 | 250.00 | 975.00 |
| 8433<br>11/6/2006<br>WIP<br>Review Abatie other cases and Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 2.50 | 250.00 | 625.00 |
| 8438<br>11/7/2006<br>WIP<br>Telephone conference with G. Freeman re "exception" issues. | TIME | TWS<br>Legal<br>Valenote | 0.40 | 250.00 | 100.00 |
| 8442<br>11/8/2006<br>WIP<br>Research re definition of "neuromuskuloskeletal." | TIME | TWS<br>Legal<br>Valenote | 1.50 | 250.00 | 375.00 |
| 8444<br>11/8/2006<br>WIP<br>Telephone conference with G. Freeman re research. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 8446<br>11/9/2006<br>WIP<br>Conduct research. | TIME | TWS<br>Legal<br>Valenote | 4.50 | 250.00 | 1125.00 |
| 8447<br>11/9/2006<br>WIP<br>Conduct research re policy. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 8722<br>11/9/2006<br>WIP<br>Telephone conference with G. Freeman re Iley case. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 8723<br>11/10/2006<br>WIP<br>Conduct addl research. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 8455<br>11/13/2006<br>WIP<br>Review various medical records and admin file and meet with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 1.90 | 250.00 | 475.00 |

4/9/2008
5:55 PM

Law Offices of Seaver & Wagner, LLC
Slip Listing

Page    6

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 8464<br>11/16/2006<br>WIP<br>Telephone conference with client; conduct research re chronic pain; Telephone conference with G. Freeman re settlement and brief. | TIME | TWS<br>Legal<br>Valenote | 3.20 | 250.00 | 800.00 |
| 8468<br>11/17/2006<br>WIP<br>Telephone conference with G. Freeman re status of case. | TIME | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8725<br>11/20/2006<br>WIP<br>Research re policy and ins issues (1.7) and meet with G. Freeman (.4). | TIME | TWS<br>Legal<br>Valenote | 2.10 | 250.00 | 525.00 |
| 8954<br>11/21/2006<br>WIP<br>Telephone conference with G. Freeman and draft stipulation for extension. | TIME | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 8962<br>11/28/2006<br>WIP<br>Telephone conference with B. Jamieson. | TIME | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8966<br>11/30/2006<br>WIP<br>Finalize and file stipulation. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 8968<br>12/1/2006<br>WIP<br>Review order and docket dates. | TIME | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8727<br>12/18/2006<br>WIP<br>Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 8728<br>12/22/2006<br>WIP<br>Review documents and begin letter/brief. | TIME | TWS<br>Legal<br>Valenote | 6.20 | 250.00 | 1550.00 |
| 8729<br>12/26/2006<br>WIP<br>Telephone conference with G. Freeman re letter/brief. | TIME | TWS<br>Legal<br>Valenote | 0.80 | 250.00 | 200.00 |
| 8730<br>12/27/2006<br>WIP<br>Draft letter brief. | TIME | TWS<br>Legal<br>Valenote | 5.90 | 250.00 | 1475.00 |
| 8988<br>12/28/2006<br>WIP<br>Conduct research and conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 3.50 | 250.00 | 875.00 |

4/9/2008                          Law Offices of Seaver & Wagner, LLC
5:55 PM                                      Slip Listing                                          Page      7

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 8990<br>12/29/2006<br>WIP<br>Telephone conference with client and finalize letter. | TIME | TWS<br>Legal<br>Valenote | 2.50 | 250.00 | 625.00 |
| 8995<br>1/3/2007<br>WIP<br>Telephone conference with Jamiesson (.2); Telephone conference with client (.2); Telephone conference with G. Freeman (.2). | TIME | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 9000<br>1/4/2007<br>WIP<br>Telephone conference with client (x2); Telephone conference with G. Freeman; Telephone conference with Jamieson; draft counteroffer and conduct brief research. | TIME | TWS<br>Legal<br>Valenote | 2.30 | 250.00 | 575.00 |
| 9012<br>1/11/2007<br>WIP<br>Review stip extension and respond; Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.40 | 250.00 | 100.00 |
| 9018<br>1/13/2007<br>WIP<br>Telephone conference with B. Jamieson (.3); Telephone conference with G. Freeman (.2). | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 9019<br>1/17/2007<br>WIP<br>Telephone conference with G. Freeman re Home Depot case and settlement issues and briefing. | TIME | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 9198<br>1/22/2007<br>WIP<br>Conference with G. Freeman re sj; review and edit motion. | TIME | TWS<br>Legal<br>Valenote | 3.10 | 250.00 | 775.00 |
| 9202<br>1/23/2007<br>WIP<br>Draft sj brief. | TIME | TWS<br>Legal<br>Valenote | 6.40 | 250.00 | 1600.00 |
| 9204<br>1/24/2007<br>WIP<br>Conduct research and draft sj. | TIME | TWS<br>Legal<br>Valenote | 8.60 | 250.00 | 2150.00 |
| 9207<br>1/25/2007<br>WIP<br>Conduct research, draft and edit sj brief. | TIME | TWS<br>Legal<br>Valenote | 5.40 | 250.00 | 1350.00 |
| 9206<br>1/26/2007<br>WIP<br>Edit sj motion and Telephone conference with G. Freeman re various issues. | TIME | TWS<br>Legal<br>Valenote | 3.50 | 250.00 | 875.00 |

4/9/2008
5:55 PM

Law Offices of Seaver & Wagner, LLC
Slip Listing

Page    8

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 9208<br>1/29/2007          TIME<br>WIP<br>Conduct research, draft and edit sj brief. | TWS<br>Legal<br>Valenote | 8.50 | 250.00 | 2125.00 |
| 9213<br>1/30/2007          TIME<br>WIP<br>Telephone conference with G. Freeman and edit brief. | TWS<br>Legal<br>Valenote | 1.90 | 250.00 | 475.00 |
| 9216<br>1/31/2007          TIME<br>WIP<br>Edit brief. | TWS<br>Legal<br>Valenote | 3.70 | 250.00 | 925.00 |
| 9218<br>2/1/2007          TIME<br>WIP<br>Draft and edit sj brief. | TWS<br>Legal<br>Valenote | 10.50 | 250.00 | 2625.00 |
| 9221<br>2/2/2007          TIME<br>WIP<br>Conduct research, confer with G. Freeman and draft and<br>edit brief. | TWS<br>Legal<br>Valenote | 7.50 | 250.00 | 1875.00 |
| 9224<br>2/5/2007          TIME<br>WIP<br>Review rules and arrange for chambers copy. | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 9229<br>2/9/2007          TIME<br>WIP<br>Transmit brief to client. | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 9258<br>2/23/2007          TIME<br>WIP<br>Review supplemental disclosure from defendant;<br>Telephone conference with G. Freeman re same. | TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 9286<br>3/6/2007          TIME<br>WIP<br>Begin review of opp to SJ. | TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 9289<br>3/7/2007          TIME<br>WIP<br>Review and analyze reply and conduct research. | TWS<br>Legal<br>Valenote | 2.80 | 250.00 | 700.00 |
| 9292<br>3/8/2007          TIME<br>WIP<br>Telephone conference with G. Freeman re opp and reply<br>x2. | TWS<br>Legal<br>Valenote | 1.20 | 250.00 | 300.00 |
| 9586<br>3/9/2007          TIME<br>WIP<br>Draft reply. | TWS<br>Legal<br>Valenote | 3.70 | 250.00 | 925.00 |

4/9/2008
5:55 PM

Law Offices of Seaver & Wagner, LLC
Slip Listing

Page    9

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 9588 3/12/2007 WIP Draft reply. | TIME | TWS Legal Valenote | 3.50 | 250.00 | 875.00 |
| 9589 3/13/2007 WIP Conduct research and draft reply. | TIME | TWS Legal Valenote | 7.80 | 250.00 | 1950.00 |
| 9595 3/15/2007 WIP Draft reply. | TIME | TWS Legal Valenote | 6.80 | 250.00 | 1700.00 |
| 9596 3/16/2007 WIP Conduct research, draft and edit reply and file. | TIME | TWS Legal Valenote | 9.50 | 250.00 | 2375.00 |
| 9599 3/19/2007 WIP Telephone conference with clerk .4; review rules (.1) and Telephone conference with G. Freeman .3. | TIME | TWS Legal Valenote | 0.80 | 250.00 | 200.00 |
| 9602 3/20/2007 WIP Edit various documents and file. | TIME | TWS Legal Valenote | 2.10 | 250.00 | 525.00 |
| 9635 3/28/2007 WIP Telephone conference with G. Freeman. | TIME | TWS Legal Valenote | 0.10 | 250.00 | 25.00 |
| 9641 3/29/2007 WIP Review defendant's reply. | TIME | TWS Legal Valenote | 0.40 | 250.00 | 100.00 |
| 11383 2/4/2008 WIP Begin preparation for argument. | TIME | TWS Legal Valenote | 3.10 | 250.00 | 775.00 |
| 11384 2/5/2008 WIP Continue preparation for oral argument. | TIME | TWS Legal Valenote | 4.50 | 250.00 | 1125.00 |
| 11390 2/6/2008 WIP Prepare for oral argument. | TIME | TWS Legal Valenote | 9.80 | 250.00 | 2450.00 |
| 11392 2/8/2008 WIP Prepare for oral argument. | TIME | TWS Legal Valenote | 7.00 | 250.00 | 1750.00 |

4/9/2008
5:55 PM

Law Offices of Seaver & Wagner, LLC
Slip Listing

Page    10

| Slip ID Dates and Time Status Description | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 11402 2/13/2008 WIP Review Sin; Telephone conference with G. Freeman; edit and file supplemental filing. | TIME TWS Legal Valenote | 1.10 | 250.00 | 275.00 |
| 11507 3/28/2008 WIP Review order; and Telephone conference with G. Freeman. | TIME TWS Legal Valenote | 0.60 | 250.00 | 150.00 |
| 11580 4/1/2008 WIP Review order; Telephone conference with G. Freeman re motion for fees and interest issues. | TIME TWS Legal Valenote | 0.50 | 250.00 | 125.00 |
| 11588 4/2/2008 WIP Conference with G. Freeman re various post-judgment issues. | TIME TWS Legal Valenote | 1.50 | 250.00 | 375.00 |
| 11589 4/4/2008 WIP Telephone conference with G. Freeman re various motions; conduct research re motion to alter judgment and draft. | TIME TWS Legal Valenote | 3.60 | 250.00 | 900.00 |
| 11590 4/7/2008 WIP Conduct research and calculate interest (2.5); continue research and drafting motion to amend (2.3); edit costs filings and file (2.7). | TIME TWS Legal Valenote | 7.50 | 250.00 | 1875.00 |
| 11591 4/8/2008 WIP Edit various affidavits and motions and orders and draft T. Seaver affidavit (3.7); refile bill of costs and related documents (.4). | TIME TWS Legal Valenote | 4.10 | 250.00 | 1025.00 |

Grand Total

| | Billable | 231.80 | | 57950.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 231.80 | | 57950.00 |