CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB) |

**AFFIDAVIT OF RICHARD E. VOLLERTSEN
IN SUPPORT OF PLAINTIFF'S MOTION
FOR AWARD OF ATTORNEY'S FEES AND COSTS**

STATE OF ALASKA         )
THIRD JUDICIAL DISTRICT ) ss.

Richard E. Vollertsen, being first duly sworn, deposes and states as follows:

1.  I am a shareholder in the law firm of Atkinson, Conway & Gagnon, Inc., 420 L Street, Anchorage, Alaska 99501.

2.  I have practiced law in Anchorage, Alaska since 1981. The majority of my practice has been devoted to civil litigation.

3. I have conferred with the billing department of my firm and am informed that my firm's civil litigation hourly rate for paying clients is $250.00 to $350.00 depending on the experience of the attorney.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Richard E. Vollertsen

SUBSCRIBED & SWORN to before me this 8th day of April, 2008.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 5-5-10

OFFICIAL SEAL
State of Alaska
JONELLE G. ANGLETON
NOTARY PUBLIC

Affidavit of Richard E. Vollertsen in Support
of Plaintiff's Motion for Award of Attorney's Fees and Costs
*Valenote v. MetLife*  Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 2