CO-COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Timothy W. Seaver<br>Seaver & Wagner, LLC<br>421 West First Ave., Suite 250<br>Anchorage, Alaska 99501<br>Tel. 907-646-9033<br>Fax. 907-276-8238<br>Email: tseaver@seaverwagner.com | George T. Freeman<br>Attorney at Law<br>1152 P Street<br>Anchorage, Alaska 99501<br>Tel. 907-274-8497<br>Fax 907-274-8497 (call first)<br>Email: gtf@gci.net |

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR AWARD OF ATTORNEYS' FEES AND COSTS**

Upon consideration of Plaintiff's motion for an award of attorneys' fees and costs, and any opposition thereto, the motion is GRANTED.

Seaver & Wagner is awarded attorney's fees of $_____. Seaver & Wagner is awarded costs of $_____.

George T. Freeman, Esq. is awarded attorney's fees of $_____. George

T. Freeman, Esq. is awarded costs of $_____.

IT IS SO ORDERED.

DATED this _____ of _____ 2008.

By:_____
Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I certify that on April 9, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

s/ Timothy Seaver