CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB) |

**AFFIDAVIT OF WM. GRANT CALLOW
IN SUPPORT OF PLAINTIFF'S MOTION
FOR AWARD OF ATTORNEYS' FEES AND COSTS**

Wm. Grant Callow, being first duly sworn, deposes and states as follows:

1.   I have practiced law in Anchorage, Alaska since 1978.

2.   The majority of my law practice since 1984 has been devoted to civil litigation.

3.   My normal hourly rate for paying clients on civil litigation matters is $250.

In cases where I charge by the hour, as opposed to a contingent fee, and will only be paid in the event the plaintiff prevails, my standard hourly rate is $450 per hour.

4. Based on my knowledge and belief, my standard hourly rate for representing paying clients in civil litigation matters is comparable to the hourly rate for civil litigation charged by other attorneys in Anchorage, Alaska with comparable skill, experience and ability.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Wm. Grant Callow

State of Alaska        )
                       )  ss
Third Judicial District )

SUBSCRIBED AND SWORN TO before me this ___ day of April, 2008.

_____
Notary Public in and for the State of Alaska
My commission expires: _____

Affidavit of Wm. Grant Callow in Support of Plaintiff's Motion for Award of Attorneys' Fees and Costs
*Valenote v. MetLife* Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 2