CO-COUNSEL FOR PLAINTIFF
Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

**AFFIDAVIT OF JONATHAN A. KATCHER
IN SUPPORT OF PLAINTIFF'S MOTION
FOR AWARD OF ATTORNEYS' FEES AND COSTS**

STATE OF ALASKA              )
THIRD JUDICIAL DISTRICT   ) ss.

Jonathan A. Katcher, being first duly sworn, deposes and states as follows:

1. I have practiced law in Anchorage, Alaska since 1981.

2. The majority of my practice has been devoted to civil litigation.

3. My hourly rate for non-institutional paying clients on civil litigation matters is $250-$300 per hour.

3. For approximately 15 years, I have been involved in the Alaska Bar

Association's fee arbitration program both as an arbitrator and as an attorney representing attorneys and clients who have brought fee arbitration claims. As such, I have personal knowledge of the fees charged by lawyers in Anchorage generally and for civil litigation specifically.

4. Based on my knowledge and belief, my hourly rate for non-institutional paying clients on civil litigation is comparable to the hourly rate for civil litigation charged by other attorneys in Anchorage, Alaska with comparable skill, experience and ability.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Jonathan A. Katcher

SUBSCRIBED & SWORN to before me this  8  day of April, 2008.

_____
NOTARY PUBLIC in and for  Alaska
My Commission Expires:  8/2/2011

Affidavit of Jonathan A. Katcher in Support
of Plaintiff's Motion for Award of Attorneys' Fees and Costs
*Valenote v. MetLife*  Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 2