4/9/2008
5:55 PM

Law Offices of Seaver & Wagner, LLC
Slip Listing

Page    1

## Selection Criteria

Slip.Classification   Open
Clie.Selection        Include: Valenote
Time.Selection        Include: TWS

| Slip ID / Dates and Time / Status / Description | | Timekeeper / Activity / Client / Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 4702<br>4/8/2005<br>WIP<br>Review client file and meet with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 4.30 | 250.00 | 1075.00 |
| 4845<br>4/22/2005<br>WIP<br>Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.70 | 250.00 | 175.00 |
| 4860<br>4/27/2005<br>WIP<br>Meet with client. | TIME | TWS<br>Legal<br>Valenote | 2.30 | 250.00 | 575.00 |
| 5272<br>6/7/2005<br>WIP<br>Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.40 | 250.00 | 100.00 |
| 5275<br>6/8/2005<br>WIP<br>Conduct research re ERISA claim (3.1) and Telephone conference with client (.3). | TIME | TWS<br>Legal<br>Valenote | 3.40 | 250.00 | 850.00 |
| 5284<br>6/10/2005<br>WIP<br>Meet with G. Freeman and conduct research and draft complaint (3.5) and Telephone conference with client (.4). | TIME | TWS<br>Legal<br>Valenote | 3.90 | 250.00 | 975.00 |
| 5283<br>6/11/2005<br>WIP<br>Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 5323<br>6/28/2005<br>WIP<br>Draft retainer agreement and Telephone conference with G. Freeman re same. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 5455<br>7/11/2005<br>WIP<br>Telephone conference with client. | TIME | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 5511<br>8/1/2005<br>WIP<br>Draft complaint. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |

4/9/2008  
5:55 PM

Law Offices of Seaver & Wagner, LLC  
Slip Listing

Page 2

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 5517<br>8/3/2005<br>WIP<br>Email to client. | TIME | TWS<br>Legal<br>Valenote | 0.10 | 250.00 | 25.00 |
| 5520<br>8/3/2005<br>WIP<br>Telephone conference with G. Freeman re judicial assignment. | TIME | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 5528<br>8/18/2005<br>WIP<br>Review removal documents. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 5537<br>8/30/2005<br>WIP<br>Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 6055<br>9/29/2005<br>WIP<br>Review orders and call opposing counsel. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 6070<br>10/7/2005<br>WIP<br>Draft letter to opp counsel. | TIME | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 6071<br>10/10/2005<br>WIP<br>Telephone conference with client. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 6153<br>11/3/2005<br>WIP<br>Edit report of parties. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 6183<br>11/10/2005<br>WIP<br>Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 6191<br>11/11/2005<br>WIP<br>Telephone conference with client and dfraft initial disclosures. | TIME | TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 6573<br>12/1/2005<br>WIP<br>Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 6580<br>12/14/2005<br>WIP<br>Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |

4/9/2008  
5:55 PM  

Law Offices of Seaver & Wagner, LLC  
Slip Listing  

Page 3

| Slip ID<br>  Dates and Time<br>  Status<br>    Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 6598<br>  12/22/2005    TIME<br>  WIP<br>    Telephone conference with G. Freeman | TWS<br>Legal<br>Valenote | 0.90 | 250.00 | 225.00 |
| 6600<br>  12/23/2005    TIME<br>  WIP<br>    Telephone conference with G. Freeman. | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 6916<br>  2/1/2006    TIME<br>  WIP<br>    Telephone conference with G. Freeman re discovery issues. | TWS<br>Legal<br>Valenote | 0.40 | 250.00 | 100.00 |
| 6931<br>  2/10/2006    TIME<br>  WIP<br>    Telephone conference with G. Freeman re expert issues. | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 6935<br>  2/10/2006    TIME<br>  WIP<br>    Telephone conference with G. Freeman and with client re expert issues. | TWS<br>Legal<br>Valenote | 0.90 | 250.00 | 225.00 |
| 6948<br>  2/21/2006    TIME<br>  WIP<br>    Telephone conference with G. Freeman re expert report. | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 6981<br>  3/3/2006    TIME<br>  WIP<br>    Telephone conference with B. Jamieson re extension and discovery issues. | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 7243<br>  3/31/2006    TIME<br>  WIP<br>    Telephone conference with G. Freeman re discovery and Telephone conference with opp. counsel. | TWS<br>Legal<br>Valenote | 0.40 | 250.00 | 100.00 |
| 7325<br>  4/25/2006    TIME<br>  WIP<br>    Telephone conference with G. Freeman re settlement and scheduling. | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 7357<br>  5/2/2006    TIME<br>  WIP<br>    Telephone conference with B. Jamieson. | TWS<br>Legal<br>Valenote | 0.10 | 250.00 | 25.00 |
| 7360<br>  5/3/2006    TIME<br>  WIP<br>    Telephone conference with client. | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 7667<br>  5/12/2006    TIME<br>  WIP<br>    Conduct research and draft offer of settlement. | TWS<br>Legal<br>Valenote | 2.60 | 250.00 | 650.00 |

4/9/2008  
5:55 PM

Law Offices of Seaver & Wagner, LLC  
Slip Listing

Page 4

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 7672　　　　　TIME<br>5/16/2006<br>WIP<br>Edit letter and transmit to client. | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 7679　　　　　TIME<br>5/23/2006<br>WIP<br>Review court's order and rules; Telephone conference with opp. counsel; draft joint status report. | TWS<br>Legal<br>Valenote | 2.40 | 250.00 | 600.00 |
| 7693　　　　　TIME<br>5/31/2006<br>WIP<br>Telephone conference with D. Valenote re settlement; review docs and revise settlement letter. | TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 7705　　　　　TIME<br>6/2/2006<br>WIP<br>Telephone conference with G. Freeman re scheduling issues. | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 7929　　　　　TIME<br>7/18/2006<br>WIP<br>Review med records from Mayo and email G. Freeman re same. | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 7967　　　　　TIME<br>7/26/2006<br>WIP<br>Telephone conference with G. Freeman. | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 8258　　　　　TIME<br>9/28/2006<br>WIP<br>Meet with G. Freeman and conference with opp counsel. | TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 8383　　　　　TIME<br>10/5/2006<br>WIP<br>Telephone conference with G. Freeman re settlement and briefing issues. | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8385　　　　　TIME<br>10/6/2006<br>WIP<br>Telephone conference with G. Freeman re various matters relating to discovery, settlement and scheduling. | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 8390　　　　　TIME<br>10/12/2006<br>WIP<br>Telephone conference with G. Freeman re various issues. | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 8396　　　　　TIME<br>10/13/2006<br>WIP<br>Telephone conference with G. Freeman re recent medical records. | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |

| 4/9/2008 | Law Offices of Seaver & Wagner, LLC | | | |
| 5:55 PM | Slip Listing | | | Page 5 |

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 8399<br>10/16/2006<br>WIP<br>Review and edit motion to extend dates. | TIME | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8718<br>11/3/2006<br>WIP<br>Prepare for conference with opp counsel and attend same. | TIME | TWS<br>Legal<br>Valenote | 4.30 | 250.00 | 1075.00 |
| 8719<br>11/3/2006<br>WIP<br>Review Abatie and other cases and confer with G. Freeman | TIME | TWS<br>Legal<br>Valenote | 3.90 | 250.00 | 975.00 |
| 8433<br>11/6/2006<br>WIP<br>Review Abatie other cases and Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 2.50 | 250.00 | 625.00 |
| 8438<br>11/7/2006<br>WIP<br>Telephone conference with G. Freeman re "exception" issues. | TIME | TWS<br>Legal<br>Valenote | 0.40 | 250.00 | 100.00 |
| 8442<br>11/8/2006<br>WIP<br>Research re definition of "neuromuskuloskeletal." | TIME | TWS<br>Legal<br>Valenote | 1.50 | 250.00 | 375.00 |
| 8444<br>11/8/2006<br>WIP<br>Telephone conference with G. Freeman re research. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 8446<br>11/9/2006<br>WIP<br>Conduct research. | TIME | TWS<br>Legal<br>Valenote | 4.50 | 250.00 | 1125.00 |
| 8447<br>11/9/2006<br>WIP<br>Conduct research re policy. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 8722<br>11/9/2006<br>WIP<br>Telephone conference with G. Freeman re Iley case. | TIME | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 8723<br>11/10/2006<br>WIP<br>Conduct addl research. | TIME | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 8455<br>11/13/2006<br>WIP<br>Review various medical records and admin file and meet with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 1.90 | 250.00 | 475.00 |

4/9/2008
5:55 PM

Law Offices of Seaver & Wagner, LLC
Slip Listing

Page 6

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 8464  TIME<br>11/16/2006<br>WIP<br>Telephone conference with client; conduct research re chronic pain; Telephone conference with G. Freeman re settlement and brief. | TWS<br>Legal<br>Valenote | 3.20 | 250.00 | 800.00 |
| 8468  TIME<br>11/17/2006<br>WIP<br>Telephone conference with G. Freeman re status of case. | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8725  TIME<br>11/20/2006<br>WIP<br>Research re policy and ins issues (1.7) and meet with G. Freeman (.4). | TWS<br>Legal<br>Valenote | 2.10 | 250.00 | 525.00 |
| 8954  TIME<br>11/21/2006<br>WIP<br>Telephone conference with G. Freeman and draft stipulation for extension. | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 8962  TIME<br>11/28/2006<br>WIP<br>Telephone conference with B. Jamieson. | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8966  TIME<br>11/30/2006<br>WIP<br>Finalize and file stipulation. | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 8968  TIME<br>12/1/2006<br>WIP<br>Review order and docket dates. | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 8727  TIME<br>12/18/2006<br>WIP<br>Telephone conference with G. Freeman. | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 8728  TIME<br>12/22/2006<br>WIP<br>Review documents and begin letter/brief. | TWS<br>Legal<br>Valenote | 6.20 | 250.00 | 1550.00 |
| 8729  TIME<br>12/26/2006<br>WIP<br>Telephone conference with G. Freeman re letter/brief. | TWS<br>Legal<br>Valenote | 0.80 | 250.00 | 200.00 |
| 8730  TIME<br>12/27/2006<br>WIP<br>Draft letter brief. | TWS<br>Legal<br>Valenote | 5.90 | 250.00 | 1475.00 |
| 8988  TIME<br>12/28/2006<br>WIP<br>Conduct research and conference with G. Freeman. | TWS<br>Legal<br>Valenote | 3.50 | 250.00 | 875.00 |

4/9/2008
5:55 PM

Law Offices of Seaver & Wagner, LLC
Slip Listing

Page 7

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 8990 TIME<br>12/29/2006<br>WIP<br>Telephone conference with client and finalize letter. | TWS<br>Legal<br>Valenote | 2.50 | 250.00 | 625.00 |
| 8995 TIME<br>1/3/2007<br>WIP<br>Telephone conference with Jamiesson (.2); Telephone conference with client (.2); Telephone conference with G. Freeman (.2). | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 9000 TIME<br>1/4/2007<br>WIP<br>Telephone conference with client (x2); Telephone conference with G. Freeman; Telephone conference with Jamieson; draft counteroffer and conduct brief research. | TWS<br>Legal<br>Valenote | 2.30 | 250.00 | 575.00 |
| 9012 TIME<br>1/11/2007<br>WIP<br>Review stip extension and respond; Telephone conference with G. Freeman. | TWS<br>Legal<br>Valenote | 0.40 | 250.00 | 100.00 |
| 9018 TIME<br>1/13/2007<br>WIP<br>Telephone conference with B. Jamieson (.3); Telephone conference with G. Freeman (.2). | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 9019 TIME<br>1/17/2007<br>WIP<br>Telephone conference with G. Freeman re Home Depot case and settlement issues and briefing. | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 9198 TIME<br>1/22/2007<br>WIP<br>Conference with G. Freeman re sj; review and edit motion. | TWS<br>Legal<br>Valenote | 3.10 | 250.00 | 775.00 |
| 9202 TIME<br>1/23/2007<br>WIP<br>Draft sj brief. | TWS<br>Legal<br>Valenote | 6.40 | 250.00 | 1600.00 |
| 9204 TIME<br>1/24/2007<br>WIP<br>Conduct research and draft sj. | TWS<br>Legal<br>Valenote | 8.60 | 250.00 | 2150.00 |
| 9207 TIME<br>1/25/2007<br>WIP<br>Conduct research, draft and edit sj brief. | TWS<br>Legal<br>Valenote | 5.40 | 250.00 | 1350.00 |
| 9206 TIME<br>1/26/2007<br>WIP<br>Edit sj motion and Telephone conference with G. Freeman re various issues. | TWS<br>Legal<br>Valenote | 3.50 | 250.00 | 875.00 |

4/9/2008  
5:55 PM

Law Offices of Seaver & Wagner, LLC  
Slip Listing

Page 8

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 9208                                 TIME<br>1/29/2007<br>WIP<br>Conduct research, draft and edit sj brief. | TWS<br>Legal<br>Valenote | 8.50 | 250.00 | 2125.00 |
| 9213                                 TIME<br>1/30/2007<br>WIP<br>Telephone conference with G. Freeman and edit brief. | TWS<br>Legal<br>Valenote | 1.90 | 250.00 | 475.00 |
| 9216                                 TIME<br>1/31/2007<br>WIP<br>Edit brief. | TWS<br>Legal<br>Valenote | 3.70 | 250.00 | 925.00 |
| 9218                                 TIME<br>2/1/2007<br>WIP<br>Draft and edit sj brief. | TWS<br>Legal<br>Valenote | 10.50 | 250.00 | 2625.00 |
| 9221                                 TIME<br>2/2/2007<br>WIP<br>Conduct research, confer with G. Freeman and draft and edit brief. | TWS<br>Legal<br>Valenote | 7.50 | 250.00 | 1875.00 |
| 9224                                 TIME<br>2/5/2007<br>WIP<br>Review rules and arrange for chambers copy. | TWS<br>Legal<br>Valenote | 0.30 | 250.00 | 75.00 |
| 9229                                 TIME<br>2/9/2007<br>WIP<br>Transmit brief to client. | TWS<br>Legal<br>Valenote | 0.20 | 250.00 | 50.00 |
| 9258                                 TIME<br>2/23/2007<br>WIP<br>Review supplemental disclosure from defendant; Telephone conference with G. Freeman re same. | TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 9286                                 TIME<br>3/6/2007<br>WIP<br>Begin review of opp to SJ. | TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 9289                                 TIME<br>3/7/2007<br>WIP<br>Review and analyze reply and conduct research. | TWS<br>Legal<br>Valenote | 2.80 | 250.00 | 700.00 |
| 9292                                 TIME<br>3/8/2007<br>WIP<br>Telephone conference with G. Freeman re opp and reply x2. | TWS<br>Legal<br>Valenote | 1.20 | 250.00 | 300.00 |
| 9586                                 TIME<br>3/9/2007<br>WIP<br>Draft reply. | TWS<br>Legal<br>Valenote | 3.70 | 250.00 | 925.00 |

4/9/2008  
5:55 PM

Law Offices of Seaver & Wagner, LLC  
Slip Listing

Page 9

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 9588<br>3/12/2007<br>WIP<br>Draft reply. | TIME | TWS<br>Legal<br>Valenote | 3.50 | 250.00 | 875.00 |
| 9589<br>3/13/2007<br>WIP<br>Conduct research and draft reply. | TIME | TWS<br>Legal<br>Valenote | 7.80 | 250.00 | 1950.00 |
| 9595<br>3/15/2007<br>WIP<br>Draft reply. | TIME | TWS<br>Legal<br>Valenote | 6.80 | 250.00 | 1700.00 |
| 9596<br>3/16/2007<br>WIP<br>Conduct research, draft and edit reply and file. | TIME | TWS<br>Legal<br>Valenote | 9.50 | 250.00 | 2375.00 |
| 9599<br>3/19/2007<br>WIP<br>Telephone conference with clerk .4; review rules (.1) and Telephone conference with G. Freeman .3. | TIME | TWS<br>Legal<br>Valenote | 0.80 | 250.00 | 200.00 |
| 9602<br>3/20/2007<br>WIP<br>Edit various documents and file. | TIME | TWS<br>Legal<br>Valenote | 2.10 | 250.00 | 525.00 |
| 9635<br>3/28/2007<br>WIP<br>Telephone conference with G. Freeman. | TIME | TWS<br>Legal<br>Valenote | 0.10 | 250.00 | 25.00 |
| 9641<br>3/29/2007<br>WIP<br>Review defendant's reply. | TIME | TWS<br>Legal<br>Valenote | 0.40 | 250.00 | 100.00 |
| 11383<br>2/4/2008<br>WIP<br>Begin preparation for argument. | TIME | TWS<br>Legal<br>Valenote | 3.10 | 250.00 | 775.00 |
| 11384<br>2/5/2008<br>WIP<br>Continue preparation for oral argument. | TIME | TWS<br>Legal<br>Valenote | 4.50 | 250.00 | 1125.00 |
| 11390<br>2/6/2008<br>WIP<br>Prepare for oral argument. | TIME | TWS<br>Legal<br>Valenote | 9.80 | 250.00 | 2450.00 |
| 11392<br>2/8/2008<br>WIP<br>Prepare for oral argument. | TIME | TWS<br>Legal<br>Valenote | 7.00 | 250.00 | 1750.00 |

4/9/2008  
5:55 PM

Law Offices of Seaver & Wagner, LLC  
Slip Listing

Page 10

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 11402  TIME<br>2/13/2008<br>WIP<br>Review Sin; Telephone conference with G. Freeman; edit and file supplemental filing. | TWS<br>Legal<br>Valenote | 1.10 | 250.00 | 275.00 |
| 11507  TIME<br>3/28/2008<br>WIP<br>Review order; and Telephone conference with G. Freeman. | TWS<br>Legal<br>Valenote | 0.60 | 250.00 | 150.00 |
| 11580  TIME<br>4/1/2008<br>WIP<br>Review order; Telephone conference with G. Freeman re motion for fees and interest issues. | TWS<br>Legal<br>Valenote | 0.50 | 250.00 | 125.00 |
| 11588  TIME<br>4/2/2008<br>WIP<br>Conference with G. Freeman re various post-judgment issues. | TWS<br>Legal<br>Valenote | 1.50 | 250.00 | 375.00 |
| 11589  TIME<br>4/4/2008<br>WIP<br>Telephone conference with G. Freeman re various motions; conduct research re motion to alter judgment and draft. | TWS<br>Legal<br>Valenote | 3.60 | 250.00 | 900.00 |
| 11590  TIME<br>4/7/2008<br>WIP<br>Conduct research and calculate interest (2.5); continue research and drafting motion to amend (2.3); edit costs filings and file (2.7). | TWS<br>Legal<br>Valenote | 7.50 | 250.00 | 1875.00 |
| 11591  TIME<br>4/8/2008<br>WIP<br>Edit various affidavits and motions and orders and draft T. Seaver affidavit (3.7); refile bill of costs and related documents (.4). | TWS<br>Legal<br>Valenote | 4.10 | 250.00 | 1025.00 |

Grand Total

| | | Units | | Slip Value |
|---|---|---|---|---|
| | Billable | 231.80 | | 57950.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 231.80 | | 57950.00 |