IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and RIM ARCHITECTS (ALASKA) INCORPORATED,<br>　　　　　　Defendants. | Case No. 3:05-cv-00196-TMB<br><br><br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

___    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Daniela Valenote is entitled to payment under the Plan from May 2003 through May 2005. Subsequent eligibility under the Plan is subject to further administrative proceedings. Total costs taxed for the plainitiff and against the defendants in the amount of $1,238.99
APPROVED:

　　/s/Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

|  |  |
|---|---|
| 　　March 28, 2008 | 　　IDA J. ROMACK |
| Date | Clerk |

**Judgment with costs addedd redistributedon 4/21/2008.