CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
 Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>   Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>   Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

**PLAINTIFF'S APPEAL AND/OR REQUEST FOR REVIEW
OF CLERK'S ACTION ON TAXATION OF COSTS**

Pursuant to FRCP 54(d)(1), Plaintiff, through counsel, appeals and/or requests review by the Court of the Clerk's taxation of costs. (Docket No. 93 and Notice of Electronic Filing dated 4/21/08).

The Clerk taxed costs of $1,238.99, primarily for copying costs, and the filing fee. This taxation is apparently based on the limited discretion of the Clerk under 28 U.S.C. Section 1920.

The reasons for the appeal and/or request for review are set forth in her Bill of Costs (Docket Nos. 82-84) and her Motion for Award of Attorneys' Fees and Costs (Docket Nos. 86 and 87-92). Plaintiff incorporates these pleadings by reference as if fully set forth herein.

The Bill of Costs provides the detail on the additional requested costs and the authority for the exercise of the Court's discretion under FRCP 54(d), ERISA provision 29 U.S.C. Section 1132(g)(1) and Alaska Civil Rule 79. In particular, this authority permits award of reasonable out-of-pocket expenses such as a limited cost for computerized research, the costs of scanning for federal court required electronic filing, the limited costs incurred for paralegal services, the reasonable out-of-pocket cost for the expert report, and other costs normally charged to clients by lawyers.

Plaintiff respectfully requests that the additional requested costs be awarded.

DATED this 23rd[h] day of April 2008.

| | |
|---|---|
| By: s/ Timothy Seaver<br>Timothy W. Seaver<br>Seaver & Wagner, LLC<br>421 West First Ave., Suite 250<br>Anchorage, Alaska 99501<br>Tel. 907-646-9033<br>Fax. 907-276-8238<br>Email: tseaver@seaverwagner.com | By: s/ George T. Freeman<br>George T. Freeman<br>Attorney at Law<br>1152 P Street<br>Anchorage, Alaska 99501<br>Tel. 907-274-8497<br>Fax 907-274-8497 (call first)<br>Email: gtf@gci.net |

CERTIFICATE OF SERVICE

I certify that on April 23rd, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
Alaska Bar No. 84111122

s/ Deborah Favorite
Deborah Favorite