**EXHIBIT A**

# MetLife®

Metropolitan Life Insurance Company
One Madison Avenue, New York, New York  10010-3690

### CERTIFICATE OF INSURANCE
for the Employees of

**Rim Architects**
**(called the Employer)**

This is your Certificate of Insurance for Long Term Disability Insurance as long as you are insured under This Plan. The Group Policy and this Certificate may be changed or canceled according to the terms, conditions and provisions of the Group Policy. This Certificate describes the benefits under the Plan in effect as of July 1, 2002. Any prior Certificate relating to the coverage set forth herein is void.

MetLife in its discretion has authority to interpret the terms, conditions, and provisions of the entire contract. This includes the Group Policy, Certificate and any Amendments.

The Group Policy is delivered in and administered according to the laws of the governing jurisdiction.

Whenever a reference to "you" or "your" is made in this Certificate of Insurance, it means the covered Employee. Reference to "we", "us" or "our" means MetLife. Reference to "This Plan" means that part of the Employer's plan of employee benefits that is insured by MetLife.

Robert H. Benmosche
Chairman, President and Chief Executive Officer

Group Policy No.: KM05562954-G

**Florida Residents: The benefits of the policy providing your coverage are governed primarily by the law of a state other than Florida.**

**For Maryland residents: The group insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

Form G.24303-Cert.

PRINTING NO.: LTD
NB 08/2002

**ML 00001**

**DEF 00002**
*Valenote v. Met. Life*

**EXHIBIT A**

**For Texas Residents:**

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call MetLife's toll-free telephone number for information or to make a complaint at

1-800-275-4638

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

1-800-252-3439

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact MetLife first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR CERTIFICATE:** This notice is for information only and does not become a part or condition of the attached document.

**Para Residentes de Texas:**

**AVISO IMPORTANTE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de MetLife para informacion o para someter una queja al

1-800-275-4638

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al

1-800-252-3439

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con MetLife primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU CERTIFICADO:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

ML 00002

**DEF 00003**
*Valenote v. Met. Life*

**EXHIBIT A**

Arkansas residents please be advised of the following:

IMPORTANT NOTICE

IF YOU HAVE A QUESTION CONCERNING YOUR COVERAGE OR A CLAIM, FIRST CONTACT YOUR GROUP EMPLOYER OR GROUP ACCOUNT ADMINISTRATOR. IF, AFTER DOING SO, YOU STILL HAVE A CONCERN, YOU MAY CALL METLIFE'S TOLL-FREE TELEPHONE NUMBER:

1-800-275-4638

IF YOU ARE STILL CONCERNED AFTER CONTACTING BOTH YOUR GROUP EMPLOYER AND METLIFE, YOU SHOULD FEEL FREE TO CONTACT:

ARKANSAS INSURANCE DEPARTMENT
CONSUMER SERVICES DIVISION
1200 WEST THIRD
LITTLE ROCK, ARKANSAS 72201-1904

-iii-

ML 00003

**DEF 00004**
*Valenote v. Met. Life*

**EXHIBIT A**

California residents please be advised of the following:

IMPORTANT NOTICE

TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT METLIFE AT:

METROPOLITAN LIFE INSURANCE COMPANY
1 MADISON AVENUE
NEW YORK, NY 10010
ATTN: CORPORATE CONSUMER RELATIONS DEPARTMENT
1-800-275-4638

IF, <u>AFTER</u> CONTACTING METLIFE REGARDING A COMPLAINT, YOU FEEL THAT A SATISFACTORY RESOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:

CALIFORNIA DEPARTMENT OF INSURANCE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
1-800-927-4357 (within California)
1-213-897-8921 (outside California)

ML 00004

DEF 00005
*Valenote v. Met. Life*

**EXHIBIT A**

Georgia residents please be advised of the following:

**IMPORTANT NOTICE**

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

ML 00005

**DEF 00006**
*Valenote v. Met. Life*

**EXHIBIT A**

**Utah residents please be advised of the following:**

## NOTICE TO POLICYHOLDERS

Insurance companies licensed to sell life insurance, health insurance, or annuities in the State of Utah are required by law to be members of an organization called the Utah Life and Health Insurance Guaranty Association ("ULHIGA"). If an insurance company that is licensed to sell insurance in Utah becomes insolvent (bankrupt), and is unable to pay claims to its policyholders, the law requires ULHIGA to pay some of the insurance company's claims. The purpose of this notice is to briefly describe some of the benefits and limitations provided to Utah insureds by ULHIGA.

### PEOPLE ENTITLED TO COVERAGE

- You must be a Utah resident.
- You must have insurance coverage under an individual or group policy.

### POLICIES COVERED

- ULHIGA provides coverage for certain life, health and annuity insurance policies.

### EXCLUSIONS AND LIMITATIONS

Several kinds of insurance policies are specifically excluded from coverage. There are also a number of limitations to coverage. The following are not covered by ULHIGA:

- Coverage through an HMO.
- Coverage by insurance companies not licensed in Utah.
- Self-funded and self-insured coverage provided by an employer that is only administered by an insurance company.
- Policies protected by another state's Guaranty Association.
- Policies where the insurance company does not guarantee the benefits.
- Policies where the policyholder bears the risk under the policy.
- Re-insurance contracts.
- Annuity policies that are not issued to and owned by an individual, unless the annuity policy is issued to a pension benefit plan that is covered.
- Policies issued to pension benefit plans protected by the Federal Pension Benefit Guaranty Corporation.
- Policies issued to entities that are not members of the ULHIGA, including health plans, fraternal benefit societies, state pooling plans and mutual assessment companies.

ML 00006

**DEF 00007**
*Valenote v. Met. Life*

**EXHIBIT A**

### LIMITS ON AMOUNT OF COVERAGE

Caps are placed on the amount ULHIGA will pay. These caps apply even if you are insured by more than one policy issued by the insolvent company. The maximum ULHIGA will pay is the amount of your coverage or $500,000 — whichever is lower. Other caps also apply:

- $100,000 in net cash surrender values.

- $500,000 in life insurance death benefits (including cash surrender values).

- $500,000 in health insurance benefits.

- $200,000 in annuity benefits — if the annuity is issued to and owned by an individual or the annuity is issued to a pension plan covering government employees.

- $5,000,000 in annuity benefits to the contract holder of annuities issued to pension plans covered by the law. (Other limitations apply).

- Interest rates on some policies may be adjusted downward.

### DISCLAIMER

#### PLEASE READ CAREFULLY:

- COVERAGE FROM ULHIGA MAY BE UNAVAILABLE UNDER THIS POLICY. OR, IF AVAILABLE, IT MAY BE SUBJECT TO SUBSTANTIAL LIMITATIONS OR EXCLUSIONS. THE DESCRIPTION OF COVERAGES CONTAINED IN THIS DOCUMENT IS AN OVERVIEW. IT IS NOT A COMPLETE DESCRIPTION. YOU CANNOT RELY ON THIS DOCUMENT AS A DESCRIPTION OF COVERAGE. FOR A COMPLETE DESCRIPTION OF COVERAGE, CONSULT THE UTAH CODE, TITLE 31A, CHAPTER 28.

- COVERAGE IS CONDITIONED ON CONTINUED RESIDENCY IN THE STATE OF UTAH.

- THE PROTECTION THAT MAY BE PROVIDED BY ULHIGA IS NOT A SUBSTITUTE FOR CONSUMERS' CARE IN SELECTING AN INSURANCE COMPANY THAT IS WELL-MANAGED AND FINANCIALLY STABLE.

- INSURANCE COMPANIES AND INSURANCE AGENTS ARE REQUIRED BY LAW TO GIVE YOU THIS NOTICE. THE LAW DOES, HOWEVER, PROHIBIT THEM FROM USING THE EXISTENCE OF ULHIGA AS AN INDUCEMENT TO SELL YOU INSURANCE.

- THE ADDRESS OF ULHIGA, AND THE INSURANCE DEPARTMENT ARE PROVIDED BELOW.

Utah Life and Health Insurance
Guaranty Association
955 E. Pioneer Rd.
Draper, Utah 84114

Utah Insurance Department
State Office Building, Room 3110
Salt Lake City, Utah 84114

ML 00007

DEF 00008
*Valenote v. Met. Life*

**EXHIBIT A**

**Virginia residents please be advised of the following:**

### IMPORTANT INFORMATION REGARDING YOUR INSURANCE

In the event you need to contact someone about this insurance for any reason please contact your agent. If no agent was involved in the sale of this insurance, or if you have additional questions you may contact the insurance company issuing this insurance at the following address and telephone number:

Metropolitan Life Insurance Company
1 Madison Avenue
New York, New York 10010
Attn: Corporate Customer Relations Department

To phone in a claim related question, you may call Claims Customer Service at:

1-800-275-4638

If you have been unable to contact or obtain satisfaction from the company or the agent, you may contact the Virginia State Corporation Commission's Bureau of Insurance at:

Life and Health Division
Bureau of Insurance
P.O. Box 1157
Richmond, VA 23209

1-800-552-7945 - In-state toll-free
1-804-786-3741 - Out-of-state

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, company or the Bureau of Insurance, have your policy number available.

ML 00008

**DEF 00009**
*Valenote v. Met. Life*

**EXHIBIT A**

**Wisconsin residents please be advised of the following:**

<u>**KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS**</u>

**PROBLEMS WITH YOUR INSURANCE?** - If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

Metropolitan Life Insurance Company
Customer Service
4100 Boy Scout Blvd.
Tampa, FL 33607
1-800-811-8319

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517 outside of Madison or 266-0103 in Madison.

**ML 00009**

**DEF 00010**
*Valenote v. Met. Life*

**EXHIBIT A**

## TABLE OF CONTENTS

Section                                              Page

CERTIFICATE OF INSURANCE ........................................................................................ i

PLAN HIGHLIGHTS .......................................................................................................... 1
    Employee Eligibility ..................................................................................................... 1
    Long Term Disability Benefits ..................................................................................... 1
    Limitations ................................................................................................................... 2
    Contributions ............................................................................................................... 3
    Benefits Checklist ....................................................................................................... 3

EMPLOYEE ELIGIBILITY ................................................................................................. 3

LONG TERM DISABILITY BENEFITS ............................................................................. 5
    Monthly Benefit ........................................................................................................... 5
    Reduction of Benefits - Other Income Benefits ......................................................... 9
    Supplemental Benefits .............................................................................................. 12
        Survivors Benefit ................................................................................................ 12
    Temporary Recovery ................................................................................................ 13
    Concurrent Disability ................................................................................................ 13
    Limitations ................................................................................................................. 13
        Limitation for Pre-existing Conditions ................................................................ 13
        Limitation for Disabilities Due to Particular Conditions ..................................... 14
        Limitation for Alcohol, Drug or Substance Abuse or Dependency .................... 15
    Exclusions ................................................................................................................. 15

TERMINATION OF COVERAGE ..................................................................................... 16

EXTENSION OF BENEFITS ........................................................................................... 17

CLAIMS ........................................................................................................................... 18

ML 00010

**DEF 00011**
*Valenote v. Met. Life*

**EXHIBIT A**

## PLAN HIGHLIGHTS

This Plan Highlights section is a summary of your Long Term Disability Benefits and provisions. See the rest of your Certificate for more information.

It is important to read the rest of your Certificate. It describes your benefits as well as any exclusions and limitations that apply to these benefits. Please read it carefully. You should talk with your Employer if you have any questions.

You will notice that some of the terms used in your Certificate begin with capital letters. These terms have special meanings. They are explained in this Certificate.

### EMPLOYEE ELIGIBILITY

**Eligible Employee:** All employees working at least 30 hours each week. However, if you do not have regular work hours you will be an Eligible Employee if you have worked at least an average of 30 hours a week during the preceding 12 calendar months (or during your period of employment if less than 12 months).

**Eligibility Waiting Period:**

> **Active Employees on July 1, 2002:** None

> **Active Employees after July 1, 2002:** 90 days of continuous service as an Employee.

**Eligibility Date:** July 1, 2002 or the first day of the calendar month after you complete the Eligibility Waiting Period, whichever is later.

### LONG TERM DISABILITY BENEFITS

**Monthly Benefit:** 60% of the first $16,667 of your Predisability Earnings, reduced by Other Income Benefits. Other Income Benefits are described in Section B. of Long Term Disability Benefits.

**Maximum Monthly Benefit:** $10,000

**Minimum Monthly Benefit:** $100. The Minimum Monthly Benefit will not apply if you are in an Overpayment situation or are receiving income from employment.

**Elimination Period:** 90 days of continuous Disability

**Maximum Benefit Duration:** The greater of:

1.    The duration shown below; or

2.    your normal retirement age as defined by the Social Security Administration on the date your Disability starts.

1

ML 00011

**DEF 00012**

*Valenote v. Met. Life*

**EXHIBIT A**

| Age on Date<br>Disability Starts | Maximum Benefit<br>Duration |
|---|---|
| Less than 60 | To age 65 |
| 60 | 60 Months |
| 61 | 48 Months |
| 62 | 42 Months |
| 63 | 36 Months |
| 64 | 30 Months |
| 65 | 24 Months |
| 66 | 21 Months |
| 67 | 18 Months |
| 68 | 15 Months |
| 69 and over | 12 Months |

**Work Incentive:**

**Work while Disabled:** No offset for employment earnings during the first 24 months after you have satisfied your Elimination Period. However, your Monthly Benefit may be reduced if the total income you are receiving (including Rehabilitation Incentive and Family Care Expenses) exceeds 100% of your Predisability Earnings or Indexed Predisability Earnings.

**Rehabilitation Incentive:** Your Monthly Benefit, before reduction for Other Income Benefits, is increased by 10% while participating in an approved Rehabilitation Program.

**Family Care Expenses:** While participating in an approved Rehabilitation Program, up to $250 per month incurred for Eligible Family Care Expenses for each Eligible Family Member during the first 24 months after you have satisfied the Elimination Period.

**Survivors Benefit:** A lump sum equal to 3 times the Monthly Benefit before reductions for Other Income Benefits.

LIMITATIONS

**Limitation for Pre-existing Conditions:** Coverage for Pre-existing Conditions begins after the earlier of: (i) the date you have not received medical treatment, consultation or services for the Pre-existing Condition for 90 days, or (ii) 12 months after your Effective Date of coverage.

**Limitation For Disabilities Due to Particular Conditions**

**Limitation for Disability due to (i) Mental or Nervous Disorders or Diseases; or (ii) Neuromusculoskeletal and Soft Tissue Disorder; or (iii) Chronic Fatigue Syndrome:**

24 Monthly Benefits in your lifetime, or the Maximum Benefit Duration, whichever is less. Benefits may be paid beyond 24 months as described in the provision, subject to certain requirements.

**Limitation for Drug, Alcohol or Substance Abuse or Dependency:**

One period of Disability in your lifetime for up to: 24 Monthly Benefits; your successful completion of an approved rehabilitative program; your ceasing or refusing to participate in a rehabilitative program; or the Maximum Benefit Duration; whichever is less.

ML 00012

**DEF 00013**
*Valenote v. Met. Life*

**EXHIBIT A**

CONTRIBUTIONS

Your Long Term Disability Benefits are paid for by your Employer.

BENEFITS CHECKLIST

In order to receive benefits under This Plan, you must provide to us at your expense, and subject to our satisfaction, all of the following documents. These are explained in this Certificate. Initial submission of these documents should be made no later than the 12th week following your original date of disability.

✓    Proof of Disability.

✓    Evidence of continuing Disability.

✓    Proof that you are under the Appropriate Care and Treatment of a Doctor throughout your Disability.

✓    Information about Other Income Benefits.

✓    Any other material information related to your Disability which may be requested by us.

Form G.24303-A

# EMPLOYEE ELIGIBILITY

**Active Employee**

You are an Active Employee if you:

1.    are an Eligible Employee working for the Employer doing all the material duties of your occupation at (i) your usual place of business; or (ii) some other location that your Employer's business requires you to be;

2.    are a citizen or legal resident of the United States or Canada; and

3.    are not a temporary or seasonal employee.

You will be deemed an Active Employee if:

1.    you meet the above conditions; and

2.    you are absent from work solely due to vacation days, holidays, scheduled days off, or approved leaves of absence not due to Disability.

**Effective Date of Coverage**

You will be covered on the later of the following dates:

1.    your Eligibility Date as described in Plan Highlights; or

2.    the date you meet the Active Employee requirements.

3

ML 00013

**DEF 00014**
*Valenote v. Met. Life*

**EXHIBIT A**

For Contributory Insurance, if you make written application for coverage no later than 31 days after your Eligibility Date and agree to have the required contributions deducted from your pay, you will be covered on the later of:

1.     your Eligibility Date;

2.     the date you meet the Active Employee requirements; or

3.     the date of your written application.

If you are an Active Employee and make written application more than 31 days after your Eligibility Date, you will be required to provide Evidence of Good Health satisfactory to us. Your coverage will become effective on the later of:

1.     the date we approve your Evidence of Good Health; or

2.     the date you meet the Active Employee requirements.

For Contributory Insurance if you were eligible for coverage under the prior plan but did not elect to be covered under the prior plan, you will be required to provide Evidence of Good Health satisfactory to us. Your coverage will become effective when we approve your Evidence of Good Health.

"Evidence of Good Health" is a statement providing your medical history. We will use this statement to determine your insurability under This Plan. This statement must be provided to us at your expense.

**Continuity of Coverage upon Replacement of Plans**

In order to prevent a loss of coverage because of a transfer of insurance carriers, This Plan will provide coverage for you if:

1.     you were covered under the prior carrier's plan that This Plan replaced at the time of transfer; and

2.     you are an Eligible Employee and you are not an Active Employee.

Coverage will only be provided if the required payment toward the cost of your coverage is made to us.

The benefit payable will be that which would have been paid by the prior carrier had coverage remained in force, less any benefit for which the prior carrier is liable.

**Changes in Amount of Monthly Benefit**

The amount of your Monthly Benefit may change as a result of a change in your earnings or class. The new Monthly Benefit amount:

1.     will take effect on the date of the change; and

2.     will apply only to Disabilities commencing thereafter.

However, if you are not an Active Employee on the above date, the new Monthly Benefit amount will take effect on the date you are again an Active Employee.

Form G.24303-B

ML 00014

DEF 00015
*Valenote v. Met. Life*

**EXHIBIT A**

## LONG TERM DISABILITY BENEFITS

**A.    Monthly Benefit**

You will be paid a Monthly Benefit, in accord with Plan Highlights, if we determine that:

1.    you are Disabled; and

2.    you became Disabled while covered under This Plan.

Benefits will begin to accrue on the date following the day you complete your Elimination Period. Payment of the Monthly Benefit will start on the date one month after completion of the Elimination Period. Subsequent payments will be made each month thereafter. Payment is based on the number of days you are Disabled during each one month period.

Contributions for Contributory Insurance are not required for the time that Monthly Benefits are payable.

After we determine that you are Disabled, your Monthly Benefits will not be affected by:

1.    termination of This Plan;

2.    termination of your coverage; or

3.    any plan change that is effective after the date you became Disabled.

**When Benefits End**

Monthly Benefits will end on the earliest of the following dates:

1.    the end of the Maximum Benefit Duration;

2.    the end of the period specified in the Limitation for Disabilities Due to Particular Conditions and the Limitation For Alcohol, Drug or Substance Abuse or Dependency;

3.    the date you are no longer Disabled;

4.    the date you fail to provide us with any of the information listed in Plan Highlights under Benefits Checklist;

5.    the day you die;

6.    the date you cease or refuse to participate in a Rehabilitation Program as described in Work Incentive; or

7.    the date you fail to attend a medical examination requested by us as described in Medical Examination.

**Elimination Period**

Your Elimination Period begins on the day you become Disabled. It is a period of time during which no benefits are payable. Your Elimination Period is shown in Plan Highlights. You must be under the continuous care of a Doctor during your Elimination Period. You may temporarily recover from your Disability during your Elimination Period. If you then become Disabled again due to the same or related condition, you may not have to begin a new Elimination Period.

ML 00015

**DEF 00016**
*Valenote v. Met. Life*

**EXHIBIT A**

**Temporary Recovery During Your Elimination Period**

If you return to work for 30 days or less during your Elimination Period, those days will count towards your Elimination Period. However, if you return to work for more than 30 days before satisfying your Elimination Period, you will have to begin a new Elimination Period.

Temporary Recovery means you cease to be Disabled. During a period of Temporary Recovery you will not qualify for any change in coverage caused by a change in any of the following:

1.      the rate of earnings used to determine your Predisability Earnings; or

2.      the terms, provisions, or conditions shown in your Certificate of Insurance.

**Definition of Disability**

"Disabled" or "Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

1.      during your Elimination Period and the next 24 month period, you are unable to earn more than 80% of your Predisability Earnings or Indexed Predisability Earnings at your Own Occupation for any employer in your Local Economy; or

2.      after the 24 month period, you are unable to earn more than 80% of your Indexed Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonably qualified taking into account your training, education, experience and Predisability Earnings.

Your loss of earnings must be a direct result of your sickness, pregnancy or accidental injury. Economic factors such as, but not limited to, recession, job obsolescence, paycuts and job-sharing will not be considered in determining whether you meet the loss of earnings test.

For an employee whose occupation requires a license, "loss of license" for any reason does not, in itself, constitute Disability.

"Appropriate Care and Treatment" means medical care and treatment that meet all of the following:

1.      it is received from a Doctor whose medical training and clinical experience are suitable for treating your Disability;

2.      it is necessary to meet your basic health needs and is of demonstrable medical value;

3.      it is consistent in type, frequency and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies;

4.      it is consistent with the diagnosis of your condition; and

5.      its purpose is maximizing your medical improvement.

"Doctor" means a person who: (i) is legally licensed to practice medicine; and (ii) is not related to you. A licensed medical practitioner will be considered a Doctor:

1.      if applicable state law requires that such practitioners be recognized for the purposes of certification of disability; and

2.      the care and treatment provided by the practitioner is within the scope of his or her license.

6

ML 00016

**DEF 00017**
*Valenote v. Met. Life*

"Own Occupation" means the activity that you regularly perform and that serves as your source of income. It is not limited to the specific position you held with your Employer. It may be a similar activity that could be performed with your Employer or any other employer.

"Local Economy" means the geographic area surrounding your place of residence which offers reasonable employment opportunities. It is an area within which it would not be unreasonable for you to travel to secure employment. If you move from the place you resided on the date you became Disabled, we may look at both that former place of residence and your current place of residence to determine local economy.

**Work Incentive**

While you are Disabled, you are encouraged to work or participate in a Rehabilitation Program during your Elimination Period or while Monthly Benefits are being paid to you. Reimbursement for Eligible Family Care Expenses may also be available when you work or participate in an approved Rehabilitation Program while Disabled.

When you work while Disabled, you will receive the sum of the following amounts:

1.      your Monthly Benefit (including your Rehabilitation Incentive when applicable);

2.      the amount of your earnings for working while Disabled; and

3.      the amount of Family Care Expenses for which you are eligible.

During the 24 month period following your Elimination Period, your Monthly Benefit will be reduced if the total amount you receive from the above sources and Other Income Benefits exceeds 100% of your Predisability Earnings or Indexed Predisability Earnings. Your Monthly Benefit will be reduced by that portion of the amount you receive which exceeds 100% of your Predisability Earnings or Indexed Predisability Earnings.

After the 24 month period described above, your Monthly Benefit will be reduced by 50% of your earnings from working while Disabled. Your Monthly Benefit will be further reduced if the total amount you receive from the above sources and Other Income Benefits exceeds 100% of your Indexed Predisability Earnings. Your Monthly Benefit will be reduced by that portion of the amount you receive which exceeds 100% of your Indexed Predisability Earnings.

If your Monthly Benefit is reduced as a result of your receiving earnings from any work or service while Disabled, the Minimum Monthly Benefit will not apply.

Monthly Benefit payments will cease on the date you refuse to participate in a Rehabilitation Program in which we determine you are able to participate.

"Rehabilitation Program" means:

1.      a return to active employment by you on either a part-time or full-time basis in an attempt to enable you to resume gainful employment or service in an occupation for which you are reasonably qualified taking into account your training, education, experience and past earnings; or

2.      participating in vocational training or physical therapy. This must be deemed by one of our rehabilitation coordinators to be appropriate.

**Rehabilitation Incentive**

While Disabled, your Monthly Benefit, before reduction for Other Income Benefits, is increased by 10% when you participate in a Rehabilitation Program approved by us.

ML 00017

DEF 00018
*Valenote v. Met. Life*

**EXHIBIT A**

**Family Care Expenses**

**This provision applies during the first 24 months following the date you have satisfied the Elimination Period.**

While Disabled, when you work or participate in a Rehabilitation Program approved by us, you will be reimbursed for Eligible Family Care Expenses incurred with respect to each Eligible Family Member.

"Eligible Family Member" means a person who is:

1.    living with you as part of your household; and

2.    chiefly dependent on you for support.

"Eligible Family Care Expenses" mean the monthly expenses incurred by you in order for you to participate in a Rehabilitation Program, up to $250 for each Eligible Family Member. These are expenses incurred:

1.    to provide child care with respect to an Eligible Family Member under age 13. Child care must be provided by a licensed child care facility or other qualified child care provider. The child care provider may not be a member of your immediate family or living in your residence.

2.    to provide care to an Eligible Family Member who as a result of a mental or physical impairment, is incapable of caring for himself or herself. Family Care Expenses for services provided by a member of your immediate family or any one living in your residence will not be reimbursed.

Eligible Family Care Expenses do not include expenses for which you are eligible for reimbursement under any other group plan or from any other source.

You must provide satisfactory proof to us that you incurred such charges. You must give us proof that the Eligible Family Member is incapable of caring for himself or herself and is chiefly dependent on you for support. The proof must be satisfactory to us.

**Predisability Earnings**

"Predisability Earnings" means the amount of your gross salary or wages from your Employer as of the day before your Disability began. This is calculated on a monthly basis.

This may include contributions you make through a salary reduction agreement with your Employer to any of the following:

1.    an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;

2.    an executive nonqualified deferred compensation arrangement; and

3.    amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Predisability Earnings do not include:

1.    awards, commissions and/or bonuses;

2.    overtime pay;

3.    your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan; or

ML 00018

**DEF 00019**

*Valenote v. Met. Life*

**EXHIBIT A**

4.      any other compensation.

If you do not have regular work hours, your Predisability Earnings are based on the average number of hours you worked per month during the preceding 12 calendar months (or during your period of employment if less than 12 months). In no event will the number of hours be more than 173 hours.

**Indexed Predisability Earnings**

Indexed Predisability Earnings means your Predisability Earnings increased by 7%.

The first increase will take place on the date the 13th Monthly Benefit is payable. Subsequent increases will take effect on each anniversary of the first increase. You must have been continually receiving Monthly Benefits under This Plan.

**B.      Reduction of Benefits - Other Income Benefits**

Your Monthly Benefit is reduced by Other Income Benefits shown below. The Monthly Benefit payable to you:

1.      will not be less than the amount shown in Plan Highlights under Minimum Monthly Benefit (except in the case of an Overpayment or while receiving work earnings);

2.      will not be further reduced due to cost-of-living increases payable under Other Income Benefits after the correct reduction has been determined;

3.      will not be reduced by any reasonable attorney fees included in any award or settlement; and

4.      will not be reduced by any sources other than those shown below.

If you receive Other Income Benefits in a lump sum instead of in monthly payments, you must provide to us satisfactory proof of the breakdown of: (i) the amount attributable to lost income; and (ii) the time period for which the lump sum is applicable. If you do not provide this information to us, we may reduce your Monthly Benefit by an amount equal to the Monthly Benefit otherwise payable. We will reduce the Monthly Benefit each month until the lump sum has been exhausted. However, if we are given proof of the time period and amount attributable to lost income, we will make a retroactive adjustment.

**List of Sources of Other Income Benefits**

1.      **Federal Social Security Act, Railroad Retirement Act, Canada Pension Plan, or any provincial pension or disability plan, or the Canada Old Age Security Act**

        a.      benefits that you receive, are entitled to receive or would have been eligible to receive upon making timely application because of your disability or retirement will be counted; and

        b.      benefits available with respect to your spouse and dependents (regardless of marital status or their place of residence) because of your disability or retirement will be counted. If you are divorced or legally separated, benefits paid directly to your dependents and not taken into constructive receipt by you will not be counted.

**Estimating Social Security Benefits**

We reserve the right to reduce your Monthly Benefit by estimating the Social Security disability benefits you may be eligible to receive.

ML 00019

**DEF 00020**
*Valenote v. Met. Life*

**EXHIBIT A**

Your Monthly Benefit will not be reduced by estimated Social Security disability benefits during the first 24 months of Monthly Benefit payments if, prior to the end of the 6 month period following the date you became disabled:

1.      you provide proof that you have applied for Social Security disability benefits;

2.      you have signed the Reimbursement Agreement which confirms that you will repay all Overpayments; and

3.      you have signed the form authorizing the Social Security Administration to release information on awards directly to us.

If you have not received approval or final denial of your claim from the Social Security Administration by the end of this 24 month period, we will begin reducing your Monthly Benefit by an estimate of Social Security disability benefits. For purposes of this section, final denial of your claim means that you have received a "Notice of Denial of Benefits" from an Administrative Law Judge.

In any case, when you do receive approval or final denial of your claim from the Social Security Administration:

1.      your Monthly Benefit will be adjusted; and

2.      you must promptly refund to us an amount equal to all Overpayments. If you do not promptly make such a refund to us, we may, at our option, reduce or offset against any future benefits payable to you, including the Minimum Benefit.

2.    **Group Insurance Policies**

Group insurance policies will be counted if the Employer contributes towards them or makes payroll deduction for any of the following:

a.      other group health insurance policies will be counted to the extent that they provide benefits for loss of time from work due to disability; and

b.      a group life policy that provides installment payments for permanent total disability will be counted.

3.    **Work Earnings, Rehabilitation Incentive, and Family Care Expenses** will not be used to reduce your Monthly Benefit except as described in Work Incentive.

4.    **Employer's Retirement Plan**

Benefits for disability and/or retirement that you receive under the Employer's retirement plan will be counted to the extent they are attributable to the Employer's contributions.

Benefits under the Employer's retirement plan that are payable for disability is money which:

a.      is payable under a retirement plan due to a disability as defined in that plan; and

b.      does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the disability had not occurred. (If the payment does cause such a reduction it will be deemed a retirement benefit as defined below.)

10

ML 00020

**DEF 00021**

*Valenote v. Met Life*

**EXHIBIT A**

Benefits under the Employer's retirement plan that are payable upon retirement is money which:

**a.**     is payable under the Employer's retirement plan either in a lump sum or in the form of periodic payments;

**b.**     is payable upon:

    **i.**     the later of age 62 or normal retirement age as defined in the retirement plan;

    **ii.**     early retirement age as defined in the retirement plan. (You must have voluntarily elected to receive payments prior to your normal retirement age); or

    **iii.**     disability as defined in the retirement plan. (You must have voluntarily elected to receive payment prior to your normal retirement age and such payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred); and

    NOTE: You will be considered to have voluntarily elected to receive payments if you file an application for benefits with the Retirement Plan and request the start of payments prior to your normal retirement age.

**c.**     does not represent contributions made by you. Payments which represent your contributions are deemed to be received over your expected remaining life regardless of when such payments are actually received.

The Employer's Retirement Plan is a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include the following, regardless of the source of contributions:

**a.**     profit sharing plans;

**b.**     thrift or savings plans;

**c.**     non-qualified plans of deferred compensation;

**d.**     plans under IRC Section 401(k) or 457;

**e.**     individual retirement accounts (IRA);

**f.**     tax sheltered annuities (TSA) under IRC Section 403(b);

**g.**     stock ownership plans; or

**h.**     Keogh (HR-10) plans.

**5.**     **No-fault Auto Laws**

Only the basic reparations portion for loss of income of a law providing for payments without determining fault in connection with automobile accidents will be counted. Supplemental disability benefits you buy under a no-fault auto law will not be counted.

**6.**     **Other Programs or Plans including:**

    **a.**     a compulsory benefit program of any government which provides payment for loss of time from your job because of your disability will be counted;

ML 00021

**DEF 00022**
*Valenote v. Met. Life*

    **b.**    any other group disability income plan, fund, or other arrangement, no matter what called, if the Employer contributes toward it or makes payroll deductions for it, will be counted; or

    **c.**    any sick pay or other salary continuation, other than vacation pay, paid to you by the Employer will be counted.

**7.**    **Workers' Compensation or a Similar Law**

    Periodic benefits and substitutes and exchanges for periodic benefits will be counted.

**8.**    **Occupational Disease Laws**

**9.**    **Maritime Maintenance & Cure**

**10.**    **Third Party Recovery**

    The amount of recovery you receive for loss of income as a result of claims against a third party by judgment, settlement or otherwise.

**11.**    **Unemployment Insurance Law or Program**

**Exceptions to Other Income Benefits**

Other Income Benefits will not include:

**1.**    group credit or mortgage disability insurance benefits; or

**2.**    early retirement benefits not taken into constructive receipt; or

**3.**    individual insurance policies.

**C.**    **Supplemental Benefits**

**Survivors Benefit**

If you die while you are receiving benefit payments under This Plan, your spouse or unmarried children under age 25 may be eligible for a lump sum Survivors Benefit.

The amount of the Survivors Benefit is equal to 3 times the Monthly Benefit before reductions for Other Income Benefits. The amount of Survivors Benefit payable is reduced by any Overpayment which we are entitled to recover.

We will pay the Survivors Benefit to your Eligible Survivor, if the following conditions are met:

**1.**    you have completed your Elimination Period;

**2.**    you are eligible to receive a Monthly Benefit at the time of death;

**3.**    you have an Eligible Survivor; and

**4.**    proof of your death is provided to us.

An Eligible Survivor is one of the following:

**1.**    your surviving spouse; or

ML 00022

DEF 00023
*Valenote v. Met. Life*

**EXHIBIT A**

2.    if there is no surviving spouse, your unmarried children or your spouse's unmarried children under age 25. The term children also includes adopted children and children placed for adoption until legal adoption. Payment will be divided into equal shares among the eligible children.

We will pay a Survivors Benefit to your Eligible Survivor on the date one month after the last Monthly Benefit payment was made before your death. However, if there is no Eligible Survivor on the date payment is due to be paid, no payment will be made.

Payment to a minor child may be made to an adult who submits proof satisfactory to us that he/she has assumed custody and support of the child.

**D.    Temporary Recovery**

Once benefits become payable under This Plan, you may Temporarily Recover from your Disability. If you become Disabled again due to the same or related condition, you may not have to begin a new Elimination Period.

Once you have satisfied your Elimination Period, a period of Temporary Recovery is your return to work for less than 6 months for each period of Temporary Recovery.

During the Temporary Recovery you will not qualify for any change in coverage caused by a change in any of the following:

1.    the rate of earnings used to determine your Predisability Earnings; or

2.    the terms, provisions, or conditions shown in your Certificate of Insurance.

If your recovery lasts longer than the Temporary Recovery period allowed, when you become Disabled again you will have to begin a new Elimination Period.

**E.    Concurrent Disability**

If a new Disability occurs while Monthly Benefits are payable, it will be treated as part of the same period of Disability. Monthly Benefits will continue while you remain Disabled. They will be subject to both of the following:

1.    the Maximum Benefit Duration; and

2.    Limitations and Exclusions that apply to the new cause of Disability.

**F.    Limitations**

**Limitation for Pre-existing Conditions**

You may be Disabled due to a Pre-existing Condition. No benefits are payable under This Plan in connection with that Disability unless your Elimination Period starts after the earlier of:

1.    the date you have not received medical treatment, consultation, or services for the Pre-existing Condition for 90 days; or

2.    the date you have been an Active Employee under This Plan for 12 consecutive months.

A Pre-existing Condition is an injury, sickness, or pregnancy for which you in the 3 months before your Effective Date:

1.    received medical treatment, consultation, care, or services;

ML 00023

**DEF 00024**
*Valenote v. Met. Life*

**EXHIBIT A**

**2.**   took prescription medications or had medications prescribed; or

**3.**   had symptoms or conditions which would cause a reasonably prudent person to seek diagnosis, care, or treatment.

If you cannot satisfy the above limitation and you were covered under the plan that This Plan replaced at the time of transfer, benefits may be payable under This Plan. We will give consideration towards the continuous time you were covered under the prior plan and This Plan. If you then satisfy the above limitation, the maximum Monthly Benefit payable under This Plan will not exceed the lesser of: (i) the Maximum Benefit under This Plan; and (ii) the maximum benefit under the prior plan.

**Limitation For Disabilities Due to Particular Conditions**

Monthly Benefits are limited to 24 months during your lifetime if you are Disabled due to a:

**1.**   Mental or Nervous Disorder or Disease, unless the Disability results from:

   **a.**   schizophrenia;

   **b.**   bipolar disorder;

   **c.**   dementia; or

   **d.**   organic brain disease.

   "Mental or Nervous Disorder or Disease" means a medical condition of sufficient severity to meet the diagnostic criteria established in the current Diagnostic And Statistical Manual Of Mental Disorders. You must be receiving Appropriate Care and Treatment for your condition by a mental health Doctor.

**2.**   Neuromusculoskeletal and soft tissue disorder including, but not limited to, any disease or disorder of the spine or extremities and their surrounding soft tissue; including sprains and strains of joints and adjacent muscles, unless the Disability has objective evidence of:

   **a.**   seropositive arthritis;

   **b.**   spinal tumors, malignancy, or vascular malformations;

   **c.**   radiculopathies;

   **d.**   myelopathies;

   **e.**   traumatic spinal cord necrosis; or

   **f.**   musculopathies.

   **Glossary of Terms Used in This Section**

   Seropositive Arthritis: An inflammatory disease of the joints supported by clinical findings of arthritis plus positive serological tests for connective tissue disease.

   Spinal: Components of the bony spine or spinal cord.

   Tumors: Abnormal growths which may be malignant or benign.

   Vascular Malformations: Abnormal development of blood vessels.

14

ML 00024

**DEF 00025**
*Valenote v. Met. Life*

Radiculopathies: Disease of the peripheral nerve roots supported by objective clinical findings of nerve pathology.

Myelopathies: Disease of the spinal cord supported by objective clinical findings of spinal cord pathology.

Traumatic Spinal Cord Necrosis: Injury or disease of the spinal cord resulting from traumatic injury with resultant paralysis.

Musculopathies: Disease of muscle fibers, supported by pathological findings on biopsy or electromyography (EMG).

3.    Chronic fatigue syndrome and related conditions.

In no event will Monthly Benefits be payable longer than the Maximum Benefit Duration shown in the Plan Highlights.

**Limitation For Alcohol, Drug or Substance Abuse or Dependency**

If you are Disabled due to alcohol, drug or substance abuse or dependency, Monthly Benefits are limited to one period of Disability during your lifetime. You must be participating in an available rehabilitative program recommended by a Doctor. An available rehabilitative program is a program available to you through either: (i) another group plan of your Employer (such as an Employee Assistance Program or Medical Plan); or (ii) services generally available to the public through local community services at no or minimal cost to you. In no event will Monthly Benefit payments be made beyond the earlier of:

1.    the date 24 Monthly Benefit payments have been made;

2.    the date you are no longer participating in the rehabilitative program;

3.    the date you refuse to participate in an available rehabilitative program; or

4.    the date you complete the rehabilitative program.

**G.    Exclusions**

This Plan does not cover any Disability which results from or is caused by or contributed to:

1.    war, insurrection, or rebellion;

2.    active participation in a riot;

3.    intentionally self-inflicted injuries or attempted suicide; or

4.    committing a felony.

Form G.24303-1

ML 00025

DEF 00026
*Valenote v. Met. Life*

**EXHIBIT A**

## TERMINATION OF COVERAGE

**This provision applies to you if you are not Disabled.**

You will cease to be covered on the earliest of the following dates:

1.      the date This Plan terminates;

2.      the date you cease to be an Eligible Employee;

3.      the date you stop making any required contributions;

4.      the date you go on strike or are locked out; or

5.      the date you are laid-off.

**Approved Leave of Absence**

Your Employer may continue your coverage for an approved leave of absence by paying the required premium payments. Coverage may continue until the earliest of:

1.      the date the Employer stops paying the required premium;

2.      the date the leave ends; or

3.      the last day of the month in which your leave of absence begins.

In the event the leave qualifies under the Family and Medical Leave Act of 1993 (FMLA), the period may be extended for a period agreed to by you and your Employer. It may not exceed 12 weeks following the date the leave begins. Your Employer must continue to pay the required premium.

**Reinstatement of Coverage**

If your coverage ends, you may become covered again as an Eligible Employee. Coverage is subject to the following:

1.      If your coverage ends because you cease to be an Eligible Employee, and if you become an Eligible Employee again within 3 months, the Eligibility Waiting Period will be waived. For Contributory Insurance you will not have to provide Evidence of Good Health.

2.      If your coverage ends because you cease making the required contribution while on an approved Family Medical Leave Act (FMLA) leave of absence, and you become an Eligible Employee again within 31 days of the earlier of:

      a.      the end of the period of leave you and your Employer agreed upon; or

      b.      the end of the 12 week period following the date your leave began;

      the Eligibility Waiting Period will be waived and for Contributory Insurance, you will not have to provide Evidence of Good Health.

ML 00026

DEF 00027

*Valenote v. Met. Life*

3.    In all other cases for Contributory Insurance, if your coverage ends because you fail to make the required contribution, you must provide Evidence of Good Health to become covered again.

4.    If you become covered again as described in 1. and 2. above, the Pre-existing Condition Limitation will be applied as if there had been no gap in coverage.

Form G.24303-D

## EXTENSION OF BENEFITS

**This provision applies if your coverage ceases while you are Disabled.**

During your Elimination Period your coverage will continue while you are continuously Disabled until the end of your Elimination Period. Benefits will begin after the end of your Elimination Period. Your coverage will continue in either of the following situations:

1.    This Plan terminates; or

2.    you cease to be an Eligible Employee but required payments are made to us for Contributory Insurance.

Benefits are payable if your Disability began while coverage was in force and continues without interruption after termination.

Extension of benefits beyond the period coverage was in force is limited to the Maximum Benefit Duration. Extension of benefits is subject to all of the following:

1.    your Elimination Period; and

2.    payment of any required contributions; and

3.    all other applicable provisions of This Plan.

Form G.24303-C

ML 00027

DEF 00028
*Valenote v. Met. Life*

**EXHIBIT A**

**CLAIMS**

**Notice of Disability**

Notify us of your Disability as soon as you are able.

To notify us you may call us directly. You may obtain this phone number from your Employer. You will be instructed on how to give proof of Disability. You will be required to answer all questions concerning your Disability.

If you do not receive statements or instructions within 15 days after you have notified us, you may submit your statement in a letter.

**Proof of Disability**

Provide proof of Disability within 3 months after the end of your Elimination Period.

No benefits are payable for claims submitted more than one year after the date of Disability. However, you can request that benefits be paid for late claims if you can show that:

1.    it was not reasonably possible to give written proof of Disability during the one year period; and

2.    proof of Disability satisfactory to us was given to us as soon as was reasonably possible.

**Documentation**

At your expense, you must provide documented proof of your Disability. Proof includes, but is not limited to:

1.    the date your Disability started;

2.    the cause of your Disability; and

3.    the prognosis of your Disability.

You will be required to provide signed authorization for us to obtain and release medical and financial information, and any other items we may reasonably require in support of your Disability.

These will include but are not limited to:

1.    proof of continuing Disability;

2.    proof you have applied, or are not eligible, for Other Income Benefits. If you do not provide proof you have applied for Other Income Benefits, we may reduce your Monthly Benefit. The reduction will be based on our estimate of what you would be eligible to receive through proper and timely pursuit;

3.    proof that you applied for Social Security disability benefits until denied at the Administrative Law Judge level; and

4.    proof you have applied for Workers' Compensation benefits or benefits under a similar law. If you do not provide proof that you have applied for these benefits, we may reduce your Monthly Benefit. The reduction will be based on our estimate of what you would be eligible to receive through proper and timely pursuit.

18

ML 00028

**DEF 00029**
*Valenote v. Met. Life*

If you do not provide satisfactory documentation within 60 days after the date we ask for it, your claim may be denied.

**Method of Payment**

When we determine you are Disabled:

1.    Monthly Benefits are paid one month after you qualify for them. Such benefits will be paid on a monthly basis thereafter.

2.    Benefits will be paid to you. However, benefits unpaid at your death will be paid to:

      a.    your spouse, if living; otherwise

      b.    your children, if living, divided equally;

      c.    your estate. If benefits are payable to your estate, we may pay up to $1,500 to someone related to you by blood or by marriage whom we deem entitled to this amount. We will be discharged to the extent of any payment made in good faith.

3.    Monthly Benefits due for a period of less than a month will be paid at a daily rate of 1/30th of the Monthly Benefit payable.

**Right To Recover Overpayments**

We have the right to recover from you any amount that we determine to be an Overpayment. You have the obligation to refund to us any such amount. Our rights and your obligations in this regard are also set forth in the reimbursement agreement you are required to sign when you become eligible for benefits under This Plan.This agreement: (i) confirms that you will repay all Overpayments; and (ii) authorizes us to obtain any information relating to Other Income Benefits.

An Overpayment occurs when we determine that the total amount paid by us on your claim is more than the total of the benefits due under This Plan. This includes any Overpayments resulting from:

1.    retroactive awards received from sources shown in the List of Other Income Benefits;

2.    fraud; or

3.    any error we make in processing your claim.

The Overpayment equals the amount we paid in excess of the amount we should have paid under This Plan. In the case of a recovery from a source other than This Plan, our Overpayment recovery will not be more than the amount of the recovery.

You have the right to appeal any Overpayment recovery.

An Overpayment also occurs when payment is made by us that should have been made under another group plan. In that case, we may recover the payment from one or more of the following:

1.    any other insurance company;

2.    any other organization; or

3.    any person to or for whom payment was made.

ML 00029

DEF 00030

*Valenote v. Met. Life*

**EXHIBIT A**

We may, at our option, recover the Overpayment by:

1. reducing or offsetting against any future benefits payable to you or your survivors;

2. stopping future benefit payments (including Minimum Benefits) which would otherwise be due under This Plan. Payments may continue when the Overpayment has been recovered; or

3. demanding an immediate refund of the Overpayment from you.

**Legal Actions**

No legal action of any kind may be filed against us:

1. within the 60 days after proof of Disability has been given; or

2. more than three years after proof of Disability must be filed. This will not apply if the law in the area where you live allows a longer period of time to file proof of Disability.

**Medical Examinations**

We will have the right to have you examined at reasonable intervals by medical specialists of our choice. The examination will be at our expense. Failure to attend a medical examination or cooperate with the medical examiner may be cause for denial or suspension of your benefits.

**Incontestability of Coverage**

This Plan cannot be declared invalid after it has been in force for 2 years. It can be declared invalid due to non-payment of premium.

No statement of health used by any person to get coverage can be used to declare coverage invalid if the person has been covered under This Plan for 2 years. In order to use a statement of health to deny coverage before the end of 2 years, it must have been signed by the person. A copy of the signed statement must be given to the person or the person's beneficiary.

**Assignment**

You may not assign your benefits. This means that you may not give or transfer your benefits to anyone else.

**Workers' Compensation**

This Plan is not in lieu of, and does not affect, any requirement for coverage by Workers' Compensation Insurance or any government mandated temporary disability income benefits law.

Form G.24303-E

ML 00030

DEF 00031

*Valenote v. Met. Life*

**EXHIBIT A**

THIS PAGE IS INTENTIONALLY BLANK

ML 00031

DEF 00032
*Valenote v. Met. Life*

**EXHIBIT A**

SPECIAL SERVICES

SOCIAL SECURITY ASSISTANCE PROGRAM

If you become Disabled MetLife provides you with assistance in applying for Social Security disability benefits. Before outlining the details of this assistance, you should understand why applying for Social Security disability benefits is important.

**Why You Should Apply For Social Security Disability Benefits**

Both you and your Employer contribute payroll taxes to Social Security. A portion of those tax dollars are used to finance Social Security's program of disability protection. Since your tax dollars help fund this program, it is in your best interest to apply for any benefits to which you may be entitled. Your spouse and children may also be eligible to receive Social Security disability benefits due to your Disability.

There are several reasons why it may be to your financial advantage to receive Social Security disability benefits. Some of them are:

1.    **Avoids reduced retirement benefits**

      Should you become disabled and approved for Social Security disability benefits, Social Security will freeze your earnings record as of the date Social Security determines that your disability has begun. This means that the months/years that you are unable to work because of your disability will not be counted against you in figuring your average earnings for retirement and survivors benefit.

2.    **Medicare Protection**

      Once you have received 24 months of Social Security disability benefits, you will have Medicare protection for hospital expenses. You will also be eligible to apply for the medical insurance portion of Medicare.

3.    **Trial Work Period**

      Social Security provides a trial work period for the rehabilitation efforts of disabled workers who return to work while still disabled. Full benefit checks can continue for up to 9 months during the trial work period.

4.    **Cost of Living Increases Awarded by Social Security Will Not Reduce Your Disability Benefits**

      MetLife will not decrease your Disability benefit by the periodic cost of living increases awarded by Social Security. This is also true for any cost of living increases awarded by Social Security to your spouse and children.

      This is called a Social Security "freeze." It means that only the Social Security benefit awarded to you and your dependents will be used by MetLife to reduce your Disability benefit; with the following exceptions:

      a.    an error by Social Security in computing the initial amount;

      b.    a change in dependent status; or

ML 00032

**DEF 00033**
*Valenote v. Met. Life*

c.    your Employer submitting updated earnings records to Social Security for earnings received prior to your Disability.

Over a period of years, the net effect of these cost of living increases can be substantial.

**How MetLife Assists You in the Social Security Approval Process**

As soon as you apply for Disability benefits, MetLife begins assisting you with the Social Security approval process.

1.    **Contact Prior to Application For Social Security Disability Benefits**

Before you even apply for Social Security disability benefits. We will help you determine the best time to apply for Social Security disability benefits. A MetLife Case Management Specialist begins assisting you with the application process at that time. The Specialist personally contacts you by phone to explain, in detail, how to apply for Social Security disability benefits and the advantages of doing this. We provide you with a list of items needed by Social Security in order to complete your claim.

2.    **Assistance Throughout the Application Process**

MetLife has a dedicated team of Social Security Specialists. These Specialists, many of whom have worked for the Social Security Administration, are also located within our Claim Department. They provide expert assistance upfront and help guide you through the application process.

3.    **Guidance Through Appeal Process by Social Security Specialists**

Social Security disability benefits may be initially denied, but are often approved following an appeal. If your benefits are denied, our dedicated team of Social Security Specialists provide expert assistance on an appeal if your situation warrants continuing the appeal process. They guide you through each stage of the appeal process. These stages may include:

a.    Reconsideration by the Social Security Administration

b.    Hearing before an Administrative Law Judge

c.    Review by an Appeals Council established within the Social Security Administration in Washington, D.C.

d.    A civil suit in Federal Court

4.    **Social Security Attorneys and Vendors**

Depending on your individual needs, MetLife may provide a referral to an attorney or vendor who specializes in Social Security law. The cost for these attorneys is deducted from the amount you must repay to us if the retroactive Social Security disability benefits you later receive result in MetLife having paid more Disability benefits than we should have paid.

**EXHIBIT A**

### EARLY INTERVENTION PROGRAM

The MetLife Early Intervention Program is offered to all covered Employees, and your participation is voluntary. The program helps identify early those Employees who might benefit from vocational analyses and rehabilitation services before they are eligible for Long Term Disability Benefits. Early rehabilitation efforts are more likely to reduce the length of your disability and help you return to work sooner than expected.

If you cannot work, or can only work part-time due to a disability, your Employer will notify MetLife. Our Rehabilitation Coordinators may be able to assist you by:

1.　Reviewing and evaluating your disabling condition, even before a claim for Long Term Disability Benefits is submitted (with your consent);
2.　Designing individualized return to work plans that focus on your *abilities*, with the goal of return to work;
3.　Identifying local community resources;
4.　Coordinating services with other benefit providers, including: medical carrier, short term disability carrier*, workers' compensation carrier, and state disability plans;
5.　Monitoring return to work plans in progress and modifying them as recommended by the attending physician (with your consent).

Our assistance is offered at no cost to either you or your Employer.

*　If you also have MetLife Short Term Disability coverage or Salary Continuance Plan Management, these services are provided automatically. Notification by your Employer is not necessary.

### RETURN TO WORK PROGRAM

#### Goal of Rehabilitation

The goal of MetLife is to focus on Employees' **abilities,** instead of disabilities. This "abilities" philosophy is the foundation of our Return to Work Program. By focusing on what Employees **can do** versus what they can't, we can assist you in returning to work sooner than expected.

#### Incentives For Returning To Work

Your disability plan is designed to provide clear advantages and financial incentives for returning to work either full-time or part-time, while still receiving a Disability benefit. In addition to financial incentives, there may be personal benefits resulting from returning to work. Many Employees experience higher self-esteem and the personal satisfaction of being self-sufficient and productive once again. If it is determined that you are capable but you do not participate in the Return to Work Program, your Disability benefits may cease.

#### Vocational Rehabilitation Services

As a covered Employee you are automatically eligible to participate in our Return to Work Program. The Program focus is vocational rehabilitation, which means identifying the necessary training and therapy that can help you return to work. In many cases, this means helping you return to your former occupation, although rehabilitation can also lead to a new occupation which is better suited to your condition and makes the most of your abilities.

There is no additional cost to you for the services we provide, and they are tailored to meet your individual

**ML 00034**

**DEF 00035**
*Valenote v. Met. Life*

**EXHIBIT A**

needs. These services include, but are not limited to, the following:

1.    **Vocational Analyses**

Assessment and counseling to help determine how your skills and abilities can be applied to a new or a modified job with your Employer.

2.    **Labor Market Surveys**

Studies to find jobs available in your locale that would utilize your abilities and skills.

3.    **Retraining Programs**

Programs to facilitate return to your previous job, or to train you for a new job.

4.    **On-Site Job Analyses**

Analyses to determine what modifications may be made to maximize your employment opportunities.

5.    **Job Modifications/Accommodations**

Changes in your job or accommodations to help you perform the previous job or a similar vocation, as required of your Employer under the Americans With Disabilities Act (ADA).

6.    **Training in Job Seeking Skills**

Special training to identify abilities, set goals, develop resumes, polish interviewing techniques, and provide other career search assistance.

**Rehabilitation Staff**

The Case Management Specialist handling your claim will begin the rehabilitation process. You may be referred to our professional Rehabilitation staff that includes Registered Nurses and vocational rehabilitation coordinators. Registered Nurses might address how your medical condition impacts your ability to return to work. Vocational rehabilitation coordinators will focus on identifying how your abilities can be best applied to either your previous job or a new job.

These rehabilitation specialists will contact you personally. They will coordinate their activities with your medical carrier and/or attending physician for a broad understanding of your diagnosis, prognosis, and expected return to work date.

**Rehabilitation Vendor Specialists**

In many situations, the services of independent vocational rehabilitation specialists may be utilized. Services are obtained at no additional cost to you; MetLife pays for all vendor services. Selecting a rehabilitation vendor is based on:

1.    Attending physician's evaluation and recommendations;

2.    Your individual vocational needs; and

3.    Vendor's credentials, specialty, reputation, and experience.

When working with vendors, you and your Doctor still maintain control and direction of the case.

ML 00035

**DEF 00036**
*Valenote v. Met. Life*