Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                         Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>                         Defendants. | Case No. 3:05-cv-00196-TMB<br><br>[proposed]<br>**<u>ORDER</u>** |

THIS COURT, having considered the defendants' Opposition to Motion to Plaintiff's Amend Judgment (Docket No. 95), all responses thereto, as well as applicable law;

IT IS HEREBY ORDERED that plaintiff's Motion to Amend Judgment is DENIED.

ORDERED this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on April 25, 2008, a copy of the foregoing
was served electronically mail on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

  s/ Brewster H. Jamieson
105460.0011/164396.1