Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>                    Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**UNOPPOSED MOTION**<br>**FOR EXTENSION OF TIME** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

      Defendants, by and through counsel, move for a one-week extension of time to May 5, 2008, to file their response to Plaintiff's Motion for Award of Attorneys's Fees (Docket 86). Counsel for plaintiff was contacted and agrees to this extension.

      DATED this 28th day of April, 2008.

                              LANE POWELL LLC
                              Attorneys for Defendants


                              By  s/ Brewster H. Jamieson
                                 Brewster H. Jamieson, ASBA No. 8411122
                                 301 West Northern Lights Boulevard, Suite 301
                                 Anchorage, Alaska  99503-2648
                                 Tel:  907-277-9511
                                 Fax:  907-276-2631
                                 Email:  jamiesonb@lanepowell.com

I certify that on April 28, 2008, a copy
of the foregoing was served by mail on:

Timothy W. Seaver, Esq.,
George T. Freeman, Esq.,

 s/ Brewster H. Jamieson
105460.0011/154490.1