Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| DANIELA VALENOTE, | |
|---|---|
| Plaintiff, | |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC., | Case No. 3:05-cv-00196-TMB |
| Defendants. | **ORDER** |

THIS COURT, having considered defendants' Unopposed Motion for Extension of Time;

IT IS HEREBY ORDERED that the motion is GRANTED. Defendants shall file their response to Plaintiff's Motion for Award of Attorneys's Fees (Docket 86) no later than May 5, 2008.

DATED this _____ day of April/May, 20078.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on April 28, 2008, a copy of the foregoing was served by mail on:

Timothy W. Seaver, Esq.
George T. Freeman, Esq.,

 s/ Brewster H. Jamieson
105460.0011/154491.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631