CO-COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Timothy W. Seaver<br>Seaver & Wagner, LLC<br>421 West First Ave., Suite 250<br>Anchorage, Alaska 99501<br>Tel. 907-646-9033<br>Fax. 907-276-8238<br>Email: tseaver@seaverwagner.com | George T. Freeman<br>Attorney at Law<br>1152 P Street<br>Anchorage, Alaska 99501<br>Tel. 907-274-8497<br>Fax 907-274-8497 (call first)<br>Email: gtf@gci.net |

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　Defendants. | Case No. 3:05-cv-00196 (TMB)<br><br>**UNNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

　　　　Plaintiff, Daniela Valenote, through counsel hereby requests a three day extension of time to May 2, 2008, to file her reply in support of motion to amend judgment. Counsel for Defendants was contacted and agrees to this extension.

　　　　DATED this 30th day of April 2008.

| | |
|---|---|
| By: s/ Timothy Seaver<br>Timothy W. Seaver<br>Seaver & Wagner, LLC<br>421 West First Ave., Suite 250<br>Anchorage, Alaska 99501<br>Tel. 907-646-9033<br>Fax. 907-276-8238<br>Email: tseaver@seaverwagner.com | By: s/ George T. Freeman<br>George T. Freeman<br>Attorney at Law<br>1152 P Street<br>Anchorage, Alaska 99501<br>Tel. 907-274-8497<br>Fax 907-274-8497 (call first)<br>Email: gtf@gci.net |

CERTIFICATE OF SERVICE

I certify that on April 9, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel:  907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com


s/ Deborah Favorite
Deborah Favorite