CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB)<br><br>**ORDER** |

Having considered Plaintiff's Unopposed Motion for Extension of Time;

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall file her reply in support of motion to amend judgment no later than May 2, 2008.

DATED this 30th day of April 2008.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I certify that on April 30, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Email: jamiesonb@lanepowell.com

s/ Deborah Favorite
Deborah Favorite