CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
 Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>        Plaintiff,<br><br>   vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

## AFFIDAVIT OF DEBORAH FAVORITE
## IN SUPPORT OF MOTION TO AMEND JUDGMENT

STATE OF ALASKA      )
THIRD JUDICIAL DISTRICT   ) ss.

    I, Deborah Favorite, being first duly sworn, deposes and states as follows:

1.     I am a legal assistant at Seaver & Wagner, LLC.

2.     I make this affidavit of my own personal knowledge.

3.     I assisted in the calculation of the weekly average of the 1-Year Constant

Maturity Treasury Yield for the period from April 25, 2003 through March 21, 2008.  I

tallied the rate column for the 257 weekly periods, and derived an average rate of 3.30996108949 or 3.31 percent.

4.    A copy of the original interest amounts by week that I used is attached as Exhibit 1.

5.    A copy of my original calculator tape is attached as Exhibit 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT

Deborah Favorite

SUBSCRIBED & SWORN to before me this ___2___ day of May, 2008.

NOTARY PUBLIC in and for _Alaska_
My Commission Expires: _7-24-11_

```
Notary Public
JEAN W SATO
State of Alaska
```