# POST-JUDGMENT INTEREST RATE

## 2003

Weekly average 1-year constant maturity Treasury yield

| Week Ending | Rate |
|---|---|
| 01/03/03 | 1.38% |
| 01/10/03 | 1.41% |
| 01/17/03 | 1.38% |
| 01/24/03 | 1.32% |
| 01/31/03 | 1.32% |
| 02/07/03 | 1.32% |
| 02/14/03 | 1.30% |
| 02/21/03 | 1.30% |
| 02/28/03 | 1.27% |
| 03/07/03 | 1.22% |
| 03/14/03 | 1.16% |
| 03/21/03 | 1.32% |
| 03/28/03 | 1.27% |
| 04/04/03 | 1.19% |
| 04/11/03 | 1.25% |
| 04/18/03 | 1.33% |
| 04/25/03 | 1.31% |
| 05/02/03 | 1.25% |
| 05/09/03 | 1.23% |
| 05/16/03 | 1.20% |
| 05/23/03 | 1.13% |
| 05/30/03 | 1.13% |
| 06/06/03 | 1.08% |

EXHIBIT ___1___
PAGE _1_ OF _6_ PAGES

http://www.utd.uscourts.gov/documents/int2003.html       4/7/2008

| # | Date | Rate |
|---|---|---|
| 8 | 06/13/03 | 0.97% |
| 9 | 06/20/03 | 0.95% |
| 10 | 06/27/03 | 1.02% |
| 11 | 07/04/03 | 1.07% |
| 12 | 07/11/03 | 1.08% |
| 13 | 07/18/03 | 1.10% |
| 14 | 07/25/03 | 1.13% |
| 15 | 08/01/03 | 1.22% |
| 16 | 08/08/03 | 1.26% |
| 17 | 08/15/03 | 1.29% |
| 18 | 08/22/03 | 1.33% |
| 19 | 08/29/03 | 1.35% |
| 20 | 09/05/03 | 1.33% |
| 21 | 09/12/03 | 1.22% |
| 22 | 09/19/03 | 1.21% |
| 23 | 09/26/03 | 1.22% |
| 24 | 10/03/03 | 1.17% |
| 25 | 10/10/03 | 1.20% |
| 26 | 10/17/03 | 1.29% |
| 27 | 10/24/03 | 1.30% |
| 28 | 10/31/03 | 1.30% |
| 29 | 11/07/03 | 1.35% |
| 30 | 11/14/03 | 1.36% |
| 31 | 11/21/03 | 1.30% |
| 32 | 11/28/03 | 1.35% |
| 33 | 12/05/03 | 1.37% |
| 34 | 12/12/03 | 1.31% |
| 35 | 12/19/03 | 1.27% |

http://www.utd.uscourts.gov/documents/int2003.html

EXHIBIT 1
PAGE 2 OF 6 PAGES

4/7/2008

26

| 12/26/03 | 1.28% |

CMECF Login | ADR | Attorney | Cases | Calendars | Forms | Court Info | Jury | Employment | Rules | Judges | FAQ | Links



*United States District Court, District of Utah. 350 South Main Street, Room 150, Salt Lake City, UT 84101. (801) 524-6100. E-mail: Ut_support@utd.uscourts.gov*

# POST-JUDGMENT INTEREST RATE

## 2004

**Weekly average 1-year constant maturity Treasury yield**

| Week Ending | Rate |
|---|---|
| 01/02/04 | 1.29% |
| 01/09/04 | 1.29% |
| 01/16/04 | 1.19% |
| 01/23/04 | 1.20% |
| 01/30/04 | 1.25% |
| 02/06/04 | 1.28% |
| 02/13/04 | 1.24% |
| 02/20/04 | 1.23% |
| 02/27/04 | 1.22% |
| 03/05/04 | 1.23% |
| 03/12/04 | 1.16% |
| 03/19/04 | 1.18% |
| 03/26/04 | 1.17% |
| 04/02/04 | 1.23% |
| 04/09/04 | 1.32% |
| 04/16/04 | 1.41% |
| 04/23/04 | 1.50% |
| 04/30/04 | 1.55% |
| 05/07/04 | 1.63% |
| 05/14/04 | 1.83% |
| 05/21/04 | 1.83% |
| 05/28/04 | 1.82% |
| 06/04/04 | 1.92% |

EXHIBIT 1
PAGE 4 OF 6 PAGES

http://www.utd.uscourts.gov/documents/int2004.html                4/7/2008

| # | Date | Rate |
|---|------|------|
| 60 | 06/11/04 | 2.07% |
| 61 | 06/18/04 | 2.22% |
| 62 | 06/25/04 | 2.16% |
| 63 | 07/02/04 | 2.14% |
| 64 | 07/09/04 | 2.04% |
| 65 | 07/16/04 | 2.07% |
| 66 | 07/23/04 | 2.12% |
| 67 | 07/30/04 | 2.16% |
| 68 | 08/06/04 | 2.07% |
| 69 | 08/13/04 | 1.99% |
| 70 | 08/20/04 | 1.98% |
| 71 | 08/27/04 | 2.03% |
| 72 | 09/03/04 | 2.03% |
| 73 | 09/10/04 | 2.10% |
| 74 | 09/17/04 | 2.09% |
| 75 | 09/24/04 | 2.14% |
| 76 | 10/01/04 | 2.20% |
| 77 | 10/08/04 | 2.24% |
| 78 | 10/15/04 | 2.18% |
| 79 | 10/22/04 | 2.22% |
| 80 | 10/29/04 | 2.27% |
| 81 | 11/05/04 | 2.35% |
| 82 | 11/12/04 | 2.47% |
| 83 | 11/19/04 | 2.53% |
| 84 | 11/26/04 | 2.60% |
| 85 | 12/03/04 | 2.62% |
| 86 | 12/10/04 | 2.60% |
| 87 | 12/17/04 | 2.66% |

| | |
|---|---|
| 12/24/04 | 2.71% |
| 12/31/04 | 2.77% |

CMECF Login | ADR | Attorney | Cases | Calendars | Forms | Court Info | Jury | Employment | Rules | Judges | FAQ | Links



*United States District Court, District of Utah. 350 South Main Street, Room 150, Salt Lake City, UT 84101. (801) 524-6100. E-mail: Ut_support@utd.uscourts.gov*

EXHIBIT 1
PAGE 6 OF 6 PAGES

http://www.utd.uscourts.gov/documents/int2004.html                    4/7/2008

# POST-JUDGMENT INTEREST RATE

## 2005

Weekly average 1-year constant maturity Treasury yield

| Week Ending | Rate |
|---|---|
| 01/07/05 | 2.82% |
| 01/14/05 | 2.85% |
| 01/21/05 | 2.87% |
| 01/28/05 | 2.89% |
| 02/04/05 | 2.95% |
| 02/11/05 | 2.96% |
| 02/18/05 | 3.05% |
| 02/25/05 | 3.13% |
| 03/04/05 | 3.20% |
| 03/11/05 | 3.24% |
| 03/18/05 | 3.31% |
| 03/25/05 | 3.38% |
| 04/01/05 | 3.38% |
| 04/08/05 | 3.33% |
| 04/15/05 | 3.32% |
| 04/22/05 | 3.28% |
| 04/29/05 | 3.33% |
| 05/06/05 | 3.33% |
| 05/13/05 | 3.35% |
| 05/20/05 | 3.32% |
| 05/27/05 | 3.32% |
| 06/03/05 | 3.28% |
| 06/10/05 | 3.30% |

Handwritten row numbers in left margin: 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 04, 05, 06, 07, 08, 09, 10, 11, 12

EXHIBIT 1
PAGE 7 OF 16 PAGES

| | | |
|---|---|---|
| 13 | 06/17/05 | 3.39% |
| 14 | 06/24/05 | 3.40% |
| 15 | 07/01/05 | 3.46% |
| 16 | 07/08/05 | 3.52% |
| 17 | 07/15/05 | 3.59% |
| 18 | 07/22/05 | 3.68% |
| 19 | 07/29/05 | 3.77% |
| 20 | 08/05/05 | 3.84% |
| 21 | 08/12/05 | 3.90% |
| 22 | 08/19/05 | 3.89% |
| 23 | 08/26/05 | 3.88% |
| 24 | 09/02/05 | 3.77% |
| 25 | 09/09/05 | 3.76% |
| 26 | 09/16/05 | 3.82% |
| 27 | 09/23/05 | 3.88% |
| 28 | 09/30/05 | 3.97% |
| 29 | 10/07/05 | 4.08% |
| 30 | 10/14/05 | 4.14% |
| 31 | 10/21/05 | 4.19% |
| 32 | 10/28/05 | 4.26% |
| 33 | 11/04/05 | 4.32% |
| 34 | 11/11/05 | 4.35% |
| 35 | 11/18/05 | 4.36% |
| 36 | 11/25/05 | 4.30% |
| 37 | 12/02/05 | 4.34% |
| 38 | 12/09/05 | 4.35% |
| 39 | 12/16/05 | 4.34% |
| 40 | 12/23/05 | 4.37% |

EXHIBIT 1
PAGE 8 OF 16 PAGES

y1 | 12/30/05 | 4.36%

CMECF Login | ADR | Attorney | Cases | Calendars | Forms | Court Info | Jury | Employment | Rules | Judges | FAQ | Links

*United States District Court, District of Utah. 350 South Main Street, Room 150, Salt Lake City, UT 84101. (801) 524-6100. E-mail: Ut_support@utd.uscourts.gov*

# POST-JUDGMENT INTEREST RATE

## 2006

Weekly average 1-year constant maturity Treasury yield

| Week Ending | Rate |
|---|---|
| 01/06/2006 | 4.37% |
| 01/13/2006 | 4.41% |
| 01/20/2006 | 4.43% |
| 01/27/2006 | 4.50% |
| 02/03/2006 | 4.60% |
| 02/10/2006 | 4.67% |
| 02/17/2006 | 4.70% |
| 02/24/2006 | 4.72% |
| 03/03/2006 | 4.74% |
| 03/10/2006 | 4.77% |
| 03/17/2006 | 4.76% |
| 03/24/2006 | 4.77% |
| 03/31/2006 | 4.82% |
| 04/07/2006 | 4.85% |
| 04/14/2006 | 4.91% |
| 04/21/2006 | 4.90% |
| 04/28/2006 | 4.94% |
| 05/05/2006 | 4.98% |
| 05/12/2006 | 5.01% |
| 05/19/2006 | 4.98% |
| 05/26/2006 | 4.99% |
| 06/02/2006 | 5.03% |
| 06/09/2006 | 5.04% |

Handwritten row numbers in left margin: 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64

EXHIBIT 1
PAGE 10 OF 16 PAGES

http://www.utd.uscourts.gov/documents/int2006.html       4/7/2008

| # | Date | Rate |
|---|---|---|
| 65 | 06/16/2006 | 5.13% |
| 66 | 06/23/2006 | 5.24% |
| 67 | 06/30/2006 | 5.27% |
| 68 | 07/07/2006 | 5.27% |
| 69 | 07/14/2006 | 5.24% |
| 70 | 07/21/2006 | 5.22% |
| 71 | 07/28/2006 | 5.17% |
| 72 | 08/04/2006 | 5.10% |
| 73 | 08/11/2006 | 5.09% |
| 74 | 08/18/2006 | 5.10% |
| 75 | 08/25/2006 | 5.07% |
| 76 | 09/01/2006 | 5.03% |
| 77 | 09/08/2006 | 5.02% |
| 78 | 09/15/2006 | 5.02% |
| 79 | 09/22/2006 | 4.97% |
| 80 | 09/29/2006 | 4.90% |
| 81 | 10/06/2006 | 4.90% |
| 82 | 10/13/2006 | 5.03% |
| 83 | 10/20/2006 | 5.05% |
| 84 | 10/27/2006 | 5.07% |
| 85 | 11/03/2006 | 5.00% |
| 86 | 11/10/2006 | 5.03% |
| 87 | 11/17/2006 | 5.03% |
| 88 | 11/24/2006 | 5.01% |
| 89 | 12/01/2006 | 4.95% |
| 90 | 12/08/2006 | 4.90% |
| 91 | 12/15/2006 | 4.95% |
| 92 | 12/22/2006 | 4.96% |

EXHIBIT 1
PAGE 11 OF 16 PAGES

| 12/29/2006 | 4.99% |

CMECF Login | ADR | Attorney | Cases | Calendars | Forms | Court Info | Jury | Employment | Rules | Judges | FAQ | Links

---

*United States District Court, District of Utah. 350 South Main Street, Room 150, Salt Lake City, UT 84101. (801) 524-6100. E-mail: Ut_support@utd.uscourts.gov*

EXHIBIT 1
PAGE 12 OF 16 PAGES

# POST-JUDGMENT INTEREST RATE

## 2007

Weekly average 1-year constant maturity Treasury yield

| Week Ending | Rate |
|---|---|
| 01/05/2007 | 4.98% |
| 01/12/2007 | 5.03% |
| 01/19/2007 | 5.08% |
| 01/26/2007 | 5.10% |
| 02/02/2007 | 5.10% |
| 02/09/2007 | 5.07% |
| 02/16/2007 | 5.07% |
| 02/23/2007 | 5.05% |
| 03/02/2007 | 4.96% |
| 03/09/2007 | 4.92% |
| 03/16/2007 | 4.93% |
| 03/23/2007 | 4.93% |
| 03/30/2007 | 4.90% |
| 04/06/2007 | 4.94% |
| 04/13/2007 | 4.97% |
| 04/20/2007 | 4.93% |
| 04/27/2007 | 4.90% |
| 05/04/2007 | 4.90% |
| 05/11/2007 | 4.89% |
| 05/18/2007 | 4.86% |
| 05/25/2007 | 4.95% |
| 06/01/2007 | 4.96% |
| 06/08/2007 | 4.98% |

EXHIBIT 1
PAGE 13 OF 16 PAGES

http://www.utd.uscourts.gov/documents/int2007.html    4/7/2008

| # | Date | Rate |
|---|---|---|
| 17 | 06/15/2007 | 4.98% |
| 18 | 06/22/2007 | 4.95% |
| 19 | 06/29/2007 | 4.94% |
| 20 | 07/06/2007 | 4.99% |
| 21 | 07/13/2007 | 5.00% |
| 22 | 07/20/2007 | 4.99% |
| 23 | 07/27/2007 | 4.91% |
| 24 | 08/03/2007 | 4.83% |
| 25 | 08/10/2007 | 4.78% |
| 26 | 08/17/2007 | 4.44% |
| 27 | 08/24/2007 | 4.16% |
| 28 | 08/31/2007 | 4.30% |
| 29 | 09/07/2007 | 4.27% |
| 30 | 09/14/2007 | 4.15% |
| 31 | 09/21/2007 | 4.11% |
| 32 | 09/28/2007 | 4.05% |
| 33 | 10/05/2007 | 4.12% |
| 34 | 10/12/2007 | 4.24% |
| 35 | 10/19/2007 | 4.14% |
| 36 | 10/26/2007 | 3.97% |
| 37 | 11/02/2007 | 3.93% |
| 38 | 11/09/2007 | 3.72% |
| 39 | 11/16/2007 | 3.58% |
| 40 | 11/23/2007 | 3.30% |
| 41 | 11/30/2007 | 3.25% |
| 42 | 12/07/2007 | 3.17% |
| 43 | 12/14/2007 | 3.20% |
| 44 | 12/21/2007 | 3.28% |

EXHIBIT 1
PAGE 4 OF 6 PAGES

http://www.utd.uscourts.gov/documents/int2007.html                                  4/7/2008

| 12/28/2007 | 3.42% |

CMECF Login | ADR | Attorney | Cases | Calendars | Forms | Court Info | Jury | Employment | Rules | Judges | FAQ | Links

*United States District Court, District of Utah. 350 South Main Street, Room 150, Salt Lake City, UT 84101. (801) 524-6100. E-mail: Ut_support@utd.uscourts.gov*

EXHIBIT 1
PAGE 15 OF 16 PAGES

# POST-JUDGMENT INTEREST RATE

## 2008

**Weekly average 1-year constant maturity Treasury yield**

| Week Ending | Rate |
|---|---|
| 01/04/08 | 3.15% |
| 01/11/08 | 3.04% |
| 01/18/08 | 2.83% |
| 01/25/08 | 2.31% |
| 02/01/08 | 2.23% |
| 02/08/08 | 2.08% |
| 02/15/08 | 2.04% |
| 02/22/08 | 2.10% |
| 02/29/08 | 1.98% |
| 03/07/08 | 1.66% |
| 03/14/08 | 1.52% |
| 03/21/08 | 1.35% |
| 03/28/08 | 1.60% |

CMECF Login | ADR | Attorney | Cases | Calendars | Forms | Court Info | Jury | Employment | Rules | Judges | FAQ | Links



*United States District Court, District of Utah. 350 South Main Street, Room 150, Salt Lake City, UT 84101. (801) 524-6100. E-mail: Ut_support@utd.uscourts.gov*



EXHIBIT ___1___
PAGE _16_ OF _16_ PAGES