① 0· c

| Col 1 | Col 2 | Col 3 |
|---|---|---|
| 1·31 | 1·19 | 2·77 |
| 1·25 | 1·2 | 2·82 |
| 1·23 | 1·25 | 2·85 |
| 1·2 | 1·28 | 2·87 |
| 1·13 | 1·24 | 2·89 |
| 1·13 | 1·23 | 2·95 |
| 1·08 | 1·22 | 2·96 |
| 0·97 | 1·23 | 3·05 |
| 0·95 | 1·16 | 3·13 |
| 1·02 | 1·18 | 3·2 |
| 1·07 | 1·17 | 3·24 |
| 1·08 | 1·23 | 3·31 |
| 1·1 | 1·32 | 3·38 |
| 1·13 | 1·41 | 3·38 |
| 1·22 | 1·5 | 3·33 |
| 1·26 | 1·55 | 3·32 |
| 1·29 | 1·63 | 3·28 |
| 1·33 | 1·83 | 3·33 |
| 1·35 | 1·83 | 3·33 |
| 1·33 | 1·82 | 3·35 |
| 1·22 | 1·92 | 3·32 |
| 1·21 | 2·07 | 3·32 |
| 1·22 | 2·22 | 3·28 |
| 1·17 | 2·16 | 3·3 |
| 1·2 | 2·14 | 3·39 |
| 1·2 | 2·04 | 3·4 |
| 0·09 | 2·07 | 3·46 |
| 1·3 | 2·12 | 3·52 |
| 1·3 | 2·16 | 3·59 |
| 1·35 | 2·07 | 3·68 |
| 1·36 | 1·99 | 3·77 |
| 1·3 | 1·98 | 3·84 |
| 1·35 | 2·03 | 3·9 |
| 1·37 | 2·03 | 3·89 |
| 1·31 | 2·1 | 3·88 |
| 1·27 | 2·09 | 3·77 |
| 1·28 | 2·14 | 3·76 |
| 1·29 | 2·2 | 3·82 |
| 1·29 | 2·24 | 3·88 |
|  | 2·18 | 3·97 |
|  | 2·22 | 4·08 |
|  | 2·27 | 4·14 |
|  | 2·35 | 4·19 |
|  | 2·47 | 4·26 |
|  | 2·53 | 4·32 |
|  | 2·6 | 4·35 |
|  | 2·62 | 4·36 |
|  | 2·6 | 4·3 |
|  | 2·66 | 4·34 |
|  | 2·71 | 4·35 |
|  |  | 4·34 |
|  |  | 4·37 |


EXHIBIT 2
PAGE 1 OF 2 PAGES



EXHIBIT 2
PAGE 2 OF 2 PAGES