Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>       Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>       Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**DECLARATION OF<br>BREWSTER H. JAMIESON** |

I, Brewster H. Jamieson, hereby declare and state under oath as follows:

1. I am a partner with Lane Powell LLC, counsel for defendants in this matter. I have personal knowledge of all things stated in this declaration. This declaration is being filed in support of defendants' Opposition to Plaintiff's Motion for Award of Attorney's Fees.

2. A review of this office's records shows that this office spent the following approximate time on this case to date:

- 212.9 hours of total time.
- 2.2 hours to prepare the answer.
- 10.3 hours to organize documents and prepare the initial disclosures
- 90.5 hours total to research and draft defendants' cross-motion for summary judgment and reply thereto, and defendants' opposition to plaintiff's motion for summary judgment.
- 23.1 hours on preparing for and attending oral argument.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

3. Defendants' counsel was retained on an hourly basis, and the hours recorded reflect the actual time spent and billed to defendant, for substantially the same amount of work on this case.

4. The fact is that there was little actual "litigation" in this case. There was one exchange of documents with the initial disclosures, but there was no written discovery, and no discovery motions were filed. No depositions were taken. Counsel on both sides were cooperative and accommodating with each other. This was simply not a contentious case which required an inordinate amount of time by the attorneys. In fact, the docket in this case reveals that, aside from the cross-motions for summary judgment, the motion to strike, the complaint and answer and the witness lists of the parties, the only other filings were routine status orders and extensions of time.

5. In a civil litigation practice, document preparation and organization, which generally entail routine clerical tasks such as sorting, copying and bate-stamping, are typically performed by a paralegal. The hourly rate for paralegals in Anchorage is typically in the range of $120-140.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of May, 2008.

s/ Brewster H. Jamieson
Brewster H. Jamieson

I certify that on May 5, 2008, a copy of
the foregoing was served by ECF on:

Timothy W. Seaver, Esq.
tseaver@seaverwagner.com

George T. Freeman, Esq.
gtf@gci.com

s/ Brewster H. Jamieson
105460.0011/164395.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631