CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB)<br><br>**ORDER** |

Having considered Plaintiff's Unopposed Motion for Extension of Time;

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall file her reply in support of her motion for fees on or before May 20, 2008.

DATED this ____ day of _____ 2008.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I certify that on May 12, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Email: jamiesonb@lanepowell.com

s/ Deborah Favorite
Deborah Favorite