Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:   907-276-2631
Email:   jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                             Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>                             Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**UNOPPOSED MOTION**<br>**FOR EXTENSION OF TIME** |

Defendants, by and through counsel, move for a one-week extension of time to May 19, 2008, to file their response to Plaintiff's Appeal and/or Requrst for Review of Clerk's Action on Taxation of Costs (Docket 94).  Counsel for plaintiff, George Freeman, was contacted and agrees to this extension.

DATED this 12th day of May, 2008.

LANE POWELL LLC
Attorneys for Defendants

By   s/ Brewster H. Jamieson
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Tel:  907-277-9511
   Fax:  907-276-2631
   Email: jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on May 12, 2008, a copy of the foregoing was served by ECF on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

   s/ Brewster H. Jamieson
105460.0011/164522.1