Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DANIELA VALENOTE,

                              Plaintiff,

v.                                                    Case No. 3:05-cv-00196-TMB

METROPOLITAN LIFE INSURANCE COMPANY,           **[proposed]**
and RIM ARCHITECTS (ALASKA), INC.,             **ORDER GRANTING**
                                               **UNOPPOSED MOTION**
                              Defendants.       **FOR EXTENSION OF TIME**

        THIS COURT, having considered defendants' Unopposed Motion for Extension of Time;

        IT IS HEREBY ORDERED that the motion is GRANTED.  Defendants shall file their

response to Plaintiff's Appeal and/or Request for Review of Clerk's Action on Taxation of Costs

(Docket 94) no later than May 19, 2008.

        ORDERED this _____ day of May, 2008.

                                               _____
                                               The Honorable Timothy M. Burgess
                                               United States District Court Judge

I certify that on May 12, 2008, a copy of the
foregoing was served by ECF on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

 s/ Brewster H. Jamieson
105460.0011/164523.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska99503 -2648
Telephone 907.277.9511  Facsimile 907.276.2631