Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　　　　　　Defendants. | Case No. 3:05-cv-00196-TMB<br><br>[proposed]<br>**<u>ORDER</u>** |

THIS COURT, having considered plaintiff's Appeal and/or Request for Review of Clerk's Action on Taxation of Costs (Docket 94), all responses thereto, as well as applicable law;

IT IS HEREBY ORDERED that plaintiff's Appeal/Request is DENIED.

ORDERED this _____ day of May/June, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

I certify that on May 16, 2008, a copy of the foregoing was served by ECF on:

Timothy W. Seaver, Esq., tseaver@seaverwagner.com
George T. Freeman, Esq., gtf@gci.com

　s/ Brewster H. Jamieson
105460.0011/164569.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631