CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
 Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

DANIELA VALENOTE,

      Plaintiff,

  vs.

METROPOLITAN LIFE INSURANCE
COMPANY, and RIM ARCHITECTS
(ALASKA), INC.,

      Defendants.

Case No. 3:05-cv-00196 (TMB)

## PLAINTIFF'S REPLY TO OPPOSITION
## TO APPEAL AND/OR REQUEST FOR REVIEW
## OF CLERK'S ACTION ON TAXATION OF COSTS

Defendants correctly point out in their opposition at Docket 109 that Ninth

Circuit authority precludes the award of costs in ERISA cases other than those permitted

under 28 U.S.C. Section 1920. See Agredano v. Mutual of Omaha Companies, 75 F.3d

541, 544 (9th Cir. 1996). Plaintiff was unaware of this authority. Plaintiff's examples of

awards of additional costs based on the similar attorney's fees and costs provisions in 42

U.S.C. Section 1988, 42 U.S.C Section 2000e-5(k), FRCP 54 and other provisions do not

appear relevant.  This is ironic because civil rights case law provides the source for the

construction of ERISA's authorization of attorney's fees and costs.  See Welch v.

Metropolitan Life Ins. Co., 480 F.3d 942, 946 (9th Cir. 2007) citing Hensley v.

Eckerhart, 461 U.S. 424, 433 (1983).  Hensley also states: "[t]he standards set forth in

this opinion are generally applicable in all case in which Congress has authorized an

award of fees to a 'prevailing party.'"  461 U.S. at 433 n. 7.    While Section 1920

appears antiquated, Agredana apparently sets the rule in an ERISA case for the award of

costs beyond those permitted by Section 1920.

DATED this 21[th] day of May 2008.

By:  s/ Timothy Seaver                         By: s/ George T. Freeman
Timothy W. Seaver                              George T. Freeman
Seaver & Wagner, LLC                           Attorney at Law
421 West First Ave., Suite 250                 1152 P Street
Anchorage, Alaska 99501                        Anchorage, Alaska 99501
Tel. 907-646-9033                              Tel. 907-274-8497
Fax. 907-276-8238                              Fax 907-274-8497 (call first)
Email: tseaver@seaverwagner.com                Email: gtf@gci.net


CERTIFICATE OF SERVICE

I certify that on May 21[th], 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel:  907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

s/ Timothy Seaver
  Timothy Seaver


Plaintiff's Reply to Opposition to Appeal
and/or Request for Review of Clerk's Taxation of Costs
Valenote v. MetLife  Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 2