Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:     jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO <u>SUPPLEMENTAL BRIEFING</u>** |

Pursuant to LR 7.1(h), defendants, by and through counsel, move this court for leave to file their attached Response to plaintiff's Supplement to Motion for Award of Attorney's Fees (Docket 113), which was filed without leave from the Court. If the Court allows plaintiff's supplemental briefing, defendants respectfully request that their Response be considered as well.

DATED this 28th day of May, 2008.

LANE POWELL LLC
Attorneys for Defendants

By  s/ Brewster H. Jamieson
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Tel:  907-277-9511
   Fax:  907-276-2631
   Email: jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on May 28, 2008, a copy of the foregoing was served by ECF on:

Timothy W. Seaver, Esq.
tseaver@seaverwagner.com
George T. Freeman, Esq.
gtf@gci.com

  s/ Brewster H. Jamieson
105460.0011/164643.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631