Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>                              Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>                             Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**RESPONSE TO SUPPLEMENT TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES** |

      COME NOW defendants, by and through counsel, and hereby respond to plaintiff's Supplement to Motion for Award of Attorneys' Fees ("Supplement") (Docket 113).

      As was true for plaintiff's Motion For Award of Attorneys' Fees (Docket 86)—as was discussed in detail in defendants' Opposition to Plaintiff's Motion for Award of Attorneys' Fees (Docket 103)—the Supplement seeks fees that are excessive, duplicative, and unreasonable. First, the Supplement shows that plaintiff's two law firms spent a total of 18.5 hours reviewing defendants' opposition to plaintiff's motion to amend judgment, and drafting the reply. *See* Second Affidavit of Tim Seaver, reporting 9.5 hours for this task from April 28 to May 1, 2008; Second Affidavit of George Freeman, reporting 9 hours for this task from April 27 to May 1, 2008. Defendants submit that the task of working on the reply to the motion to amend judgment did not require duplicative time from two very experienced attorneys, and that it was unreasonable for two law firms to spend the equivalent of more than two full days working on the reply.

      Second, the Supplement shows that plaintiff's two law firms spent a total of 15.8 hours reviewing defendants' opposition to plaintiff's motion for attorneys' fees and drafting the reply. *See*

Second Affidavit of Tim Seaver, reporting 10.6 hours for this task from May 7 to 19, 2008; Second Affidavit of George Freeman, reporting 5.2 hours for this task from May 7 to May 16, 2008. Defendants submit that the task of working on the reply to the motion for attorneys' fees did not require duplicative time from two very experienced attorneys, and that it was unreasonable for two law firms to spend the equivalent of almost two full days working on the reply.

## CONCLUSION

For the reasons stated above and in defendants' Opposition to Plaintiff's Motion for Award of Attorneys' Fees (Docket 103), the Court is respectfully requested to significantly reduce the hours sought by plaintiff to include only that time which is reasonable.

DATED this 28th day of May, 2008.

> LANE POWELL LLC
> Attorneys for Defendants
>
> By  s/ Brewster H. Jamieson
>   301 West Northern Lights Boulevard, Suite 301
>   Anchorage, Alaska  99503-2648
>   Tel:  907-277-9511
>   Fax:  907-276-2631
>   Email:  jamiesonb@lanepowell.com
>   ASBA No. 8411122

I certify that on May 28, 2008, a copy of the foregoing was served by ECF on:

Timothy W. Seaver, Esq.
tseaver@seaverwagner.com

George T. Freeman, Esq.
gtf@gci.com

  s/ Brewster H. Jamieson
105460.0011/164643.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Response to Supplement to Plaintiff's Motion for Award of Attorneys' Fees**
*Valenote v. Metropolitan Life Insurance, et al.*  (Case No. 3:05-cv-00196-TMB)            Page 2 of 2