CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB) |

### PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSIVE BRIEF

Defendants cite LR 7.1(h) in support of their motion. It does not does not appear that this rule applies either to Plaintiff's supplementation of her attorneys' fees motion (Dkt 113) or to Defendants' motion for leave to file a response to that supplemental motion (Dkt 117). In any case, Plaintiff does not oppose Defendants' motion for leave.

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

In addition, Plaintiff does not intend to file any further briefing regarding the Plaintiff's request for attorneys' fees, as the issues are sufficiently addressed in Plaintiff's opening motion for attorneys' fees and the reply in support of that motion. (See Dkts 86 and 110). Consequently, both the original and supplemental motion is now ripe for a ruling by this Court.

DATED this 2nd day of June 2008.

| | |
|---|---|
| By: s/ Timothy Seaver<br>Timothy W. Seaver<br>Seaver & Wagner, LLC<br>421 West First Ave., Suite 250<br>Anchorage, Alaska 99501<br>Tel. 907-646-9033<br>Fax 907-274-8497 (call first)<br>Email: tseaver@seaverwagner.com | By: s/ George T. Freeman<br>George T. Freeman<br>Attorney at Law<br>1152 P Street<br>Anchorage, Alaska 99501<br>Tel. 907-274-8497<br><br>Email: gtf@gci.net |

CERTIFICATE OF SERVICE

I certify that on June 2nd 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

s/ Timothy Seaver

LAW OFFICES OF
SEAVER & WAGNER, LLC
421 W. 1ST AVENUE
SUITE 250
ANCHORAGE, AK 99501
(907) 646-9033

Plaintiff's Non-Opposition to Defendants' Motion
for Leave to File Responsive Brief
*Valenote v. MetLife* Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 2