UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DANIELA VALENOTE   vs.   METROPOLITAN LIFE INSURANCE CO., et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                    CASE NO.   3:05-cv-00196-TMB

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS:**        DATE: June 3, 2008

      The clerk is directed to strike Plaintiff's supplemental brief and accompanying affidavits filed at documents numbered 113, 114 and 115 for failure to file a motion for leave of court pursuant to D.Ak.LR 7.1(h).

      In light of the striking of the supplement at docket 113 the Defendants' Motion For Leave To File Response To Supplemental Briefing at docket 117 is hereby DENIED as moot.

[305cv196TMB-strike ord re dkt 113.wpd]{SUPPLBRF.WPD*Rev.12/96}