CO-COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Timothy W. Seaver | George T. Freeman |
| Seaver & Wagner, LLC | Attorney at Law |
| 421 West First Ave., Suite 250 | 1152 P Street |
| Anchorage, Alaska 99501 | Anchorage, Alaska 99501 |
| Tel. 907-646-9033 | Tel. 907-274-8497 |
| Fax. 907-276-8238 | Fax 907-274-8497 (call first) |
| Email: tseaver@seaverwagner.com | Email: gtf@gci.net |

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>　　　　Defendants. | <br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

**PLAINTIFF'S SUPPLEMENTAL
APPLICATION FOR ATTORNEYS' FEES**

　　　　Plaintiff, by and through counsel, submits her supplemental application for an award of attorneys' fees in addition to her motion for attorneys' fees at Docket 86.

　　　　As with the prior motion for attorneys' fees, the supplemental application for attorneys' fees is based on counsels' contemporaneous time records. Plaintiff's counsel expended 34.4 hours since their prior affidavits on attorneys' fees. In the main, the supplemental application requests attorneys' fees for (1) research and preparation of

the Reply to the opposition to Plaintiff's motion to amend the judgment, and (2) research and preparation of the Reply to the opposition to motion for attorney's fees.

The supplemental application requests an additional fee award for Mr. Seaver of $5,050.00 (20.2 hours times $250 per hour) and an additional fee award for Mr. Freeman of $3,550.00 (14.2 hours times $250 per hour) for time expended since the motion for attorneys' fees.  See Second Affidavit of Timothy Seaver with attached time record and Second Affidavit of George T. Freeman with attached time record.

Post-judgment advocacy may generally be included in a statutory fee award.  See Villano v. City of Boynton Beach, 254 F.3d 1302, 1309 (11th Cir. 2000). Further, a prevailing party is entitled to reasonable compensation for litigating a statutory fee award.  Compensation includes defense of the fee application.  See D'Emmuele v. Montgomery Ward & Co., 904 F.2d 1379, 1387 (9th Cir. 1990) (time spent preparing fee application in ERISA disability benefits case is compensable); Comancho v. Bridgeport Financial, Inc., 523 F.3d 973, 981-83 (9th Cir. 2008) (reviewing considerations on supplemental fee application under FDCPA statutory fee provision); McGrath v. County of Nevada, 67 F.3d 248, 253 (9th Cir. 1995) (work performed on motion for statutory fees is compensable);  Kinney v. International Brotherhood of Electrical Workers, 939 F.2d 690, 694 & 694 n. 4 (9th Cir. 1991) (a reasonable fee should be awarded for time spent preparing application for statutory fees and for time spend defending fee application);  Clark v. City of Los Angeles, 803 F.2d 987, 992 (9th Cir 1986) (time spent establishing entitlement to statutory fees is compensable); Mogck

v. Unum Life Ins. Co. of America, 289 F.Supp.2d 1181, 1194 (S.D.Cal. 2003) (approving 8 hours devoted to reply to opposition for motion for statutory fees in ERISA disability benefits case). See also Rabin v. Wilson-Coker, 425 F.Supp.2d 269, 275 (D.Conn. 2006) (approving 25 hours spent defending fee application for statutory fees).

Plaintiff respectfully requests that the supplemental application for attorneys' fees be approved by the Court.[1]

DATED this ____ day of June 2008.

By:_____  
Timothy W. Seaver  
Seaver & Wagner, LLC  
421 West First Ave., Suite 250  
Anchorage, Alaska 99501  
Tel. 907-646-9033  
Fax. 907-276-8238  
Email: tseaver@seaverwagner.com

By: _____  
George T. Freeman  
Attorney at Law  
1152 P Street  
Anchorage, Alaska 99501  
Tel. 907-274-8497  
Fax 907-274-8497 (call first)  
Email: gtf@gci.net

CERTIFICATE OF SERVICE

I certify that on the _____ day of June, 2008  
the foregoing document was served  
electronically on:

Brewster H. Jamieson  
Lane Powell LLC  
301 West Northern Lights Blvd, Suite 301  
Anchorage, Alaska 99503  
Tel: 907-277-9511  
Fax: 907-276-2631  
Email: jamiesonb@lanepowell.com

_____  
Timothy Seaver

---

[1] Mr. Freeman wishes to make the following corrections to the motion for attorneys' fees. Mr. Freeman's prior time record at Docket 88-2 should be corrected to read: 5/10/05 should be 6/10/05, 12/5/06 should be 12/23/06, and 12/3/07 should be 12/27/07.