CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
 Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

### SECOND AFFIDAVIT OF GEORGE T. FREEMAN IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

STATE OF ALASKA              )
THIRD JUDICIAL DISTRICT   ) ss.

George T. Freeman, being first duly sworn, deposes and states as follows:

1. I am co-counsel for Daniela Valenote in this action. This is my second affidavit on attorneys' fees.

2. Exhibit 1 to this affidavit is my time record prepared from my billing records since the time my first affidavit on this subject. This time record shows that I

have expended 14.2 hours on this matter since my last affidavit on the subject of attorneys' fees.

3. I respectfully request an additional award of attorney's fees for this time at the rate of $250 per hour. This amount is $3,550.00.

FURTHER YOUR AFFIANT SAYETH NAUGHT

George T. Freeman

SUBSCRIBED & SWORN to before me this 20th day of May, 2008.

NOTARY PUBLIC in and for Alaska
My Commission Expires: 10/7/2011



OFFICIAL SEAL
State of Alaska
NOTARY PUBLIC
JUDY R. CORK
My Commission Expires October 7, 2011

Second Affidavit of George T. Freeman in Support
of Plaintiff's Motion for Award of Attorneys' Fees and Costs
*Valenote v. MetLife*, Case No. 3:05-CV-00196 CV (TMB)
Page 2 of 2