CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

DANIELA VALENOTE,

Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY, and RIM ARCHITECTS
(ALASKA), INC.,

Defendants.

Case No. 3:05-cv-00196 (TMB)

## AFFIDAVIT OF TIMOTHY W. SEAVER IN SUPPORT
## OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

STATE OF ALASKA            )
THIRD JUDICIAL DISTRICT    ) ss.

Timothy W. Seaver, being first duly sworn, deposes and states as follows:

1.    I am co-counsel for Daniela Valenote in this action.

2.    Exhibit 1 to this affidavit is my billing records since the time of my first affidavit in support of Plaintiff's Motion for Award of Attorneys' Fees. This records shows that I have expended 20.2 additional hours since my last affidavit.

3.    I respectfully request an additional award of attorney's fees for this time at

the rate of $250 per hour.  This is amount is $5,050.

FURTHER YOUR AFFIANT SAYETH NAUGHT



Timothy W. Seaver

SUBSCRIBED & SWORN to before me this _21st_ day of May, 2008.

NOTARY PUBLIC in and for _Alaska_
My Commission Expires: _10/7/2011_

OFFICIAL SEAL
*State of Alaska*
NOTARY PUBLIC
**JUDY R. CORK**
My Commission Expires October 7, 2011

Second Affidavit of Timothy W. Seaver in Support
of Plaintiff's Motion for Award of Attorneys' Fees and Costs
*Valenote v. MetLife,*  Case No. 3:05-CV-00196 CV (TMB)
Page 2 of 2