GEORGE T. FREEMAN
Attorney
1152 P Street
Anchorage, Alaska 99501
907-274-8497

## TIME RECORD

Daniela C. Valenote
4514 Upper Kogru Drive
Eagle River, Alaska 99577

<u>Matter</u>:  Valenote v. MetLife

<u>Period</u>:  April 2008 through May 2008

### 2008

| Date | Description | Hours |
|---|---|---|
| 4/27/08 | Conf re settlement issues; conf re issues in opposition to motion to amend judgment | 1.5 |
| 4/28/08 | Review opposition to motion to amend judgment | 0.6 |
| 4/29/08 | Conf w/ Seaver | n/c |
| 4/30 | Research issues re remedy, procedural position, and opposition to motion to amend judgment | 2.7 |
| 5/1/08 | Conf w/ client and Seaver; prepare draft of reply to opposition to motion to amend judgment | 4.2 |
| 5/7/08 | Review opposition to motion for attorney's fees; conf re issues in reply | 0.5 |
| 5/15/08 | Research issues in reply to opposition to motion for attorney's fees; prepare memo to Seaver w/ authority | 3.2 |
| 5/16/08 | Research issues for reply to opposition to motion for attorney's fees | 1.5 |
| 5/19/08 | Review issues in opposition to appeal on costs; prepare submissions on attorney's fees and reply on costs appeal | n/c |

Total Hours:  14.2 hours

EXHIBIT 1 TO SECOND GEORGE T. FREEMAN, ESQ. AFFIDAVIT
IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS
*Valenote v. Metlife*, Case No. 3:05-cv-00196 (TMB)