5/20/2008  
11:50 AM

Law Offices of Seaver & Wagner, LLC  
Slip Listing

Page    1

### Selection Criteria

| Slip.Classification | Open |
|---|---|
| Clie.Selection | Include: Valenote |
| Slip.Date | 4/10/2008 - 5/20/2008 |

| Slip ID / Dates and Time / Status / Description | Timekeeper / Activity / Client / Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 11655  4/10/2008  WIP  Telephone conference with B. Jamieson. | TIME  TWS  Legal  Valenote | 0.10 | 250.00 | 25.00 |
| 11656  4/28/2008  WIP  Review and analyze opposition; Telephone conference with G. Freeman; review relevant rules; Telephone conference with B. Jamieson; draft various emails. | TIME  TWS  Legal  Valenote | 2.50 | 250.00 | 625.00 |
| 11657  4/30/2008  WIP  Conduct research re reply in support of motion to amend (1.5); draft and file motion to extension (.2); Telephone conference with B. Jamieson (.3). | TIME  TWS  Legal  Valenote | 2.00 | 250.00 | 500.00 |
| 11658  5/1/2008  WIP  Telephone conference with G. Freeman; Telephone conference with client; conduct brief research. | TIME  TWS  Legal  Valenote | 1.10 | 250.00 | 275.00 |
| 11659  5/2/2008  WIP  Draft, edit and file reply in support of motion to amend. | TIME  TWS  Legal  Valenote | 3.90 | 250.00 | 975.00 |
| 11660  5/7/2008  WIP  Review and analyze opposition to motion for attorneys fees and meet with G. Freeman re same. | TIME  TWS  Legal  Valenote | 1.50 | 250.00 | 375.00 |
| 11661  5/14/2008  WIP  Begin drafting reply in support of petition for fees. | TIME  TWS  Legal  Valenote | 1.80 | 250.00 | 450.00 |
| 11662  5/16/2008  WIP  Telephone conference with G. Freeman; continue drafting reply. | TIME  TWS  Legal  Valenote | 0.80 | 250.00 | 200.00 |
| 11663  5/19/2008  WIP  Draft and edit reply. | TIME  TWS  Legal  Valenote | 6.50 | 250.00 | 1625.00 |

Grand Total

Billable                                                                                      20.20                   5050.00



EXHIBIT 1  
PAGE 1 OF 2 PAGES

5/20/2008  
11:50 AM

Law Offices of Seaver & Wagner, LLC  
Slip Listing

Page    2

| Slip ID | Timekeeper | | | |
| Dates and Time | Activity | | | |
| Status | Client | | | |
| Description | Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 20.20 | | 5050.00 |

EXHIBIT 1
PAGE 2 OF 2 PAGES