CO-COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Timothy W. Seaver | George T. Freeman |
| Seaver & Wagner, LLC | Attorney at Law |
| 421 West First Ave., Suite 250 | 1152 P Street |
| Anchorage, Alaska 99501 | Anchorage, Alaska 99501 |
| Tel. 907-646-9033 | Tel. 907-274-8497 |
| Fax. 907-276-8238 | Fax 907-274-8497 (call first) |
| Email: tseaver@seaverwagner.com | Email: gtf@gci.net |

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>   Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>   Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00196 (TMB) |

**<u>ORDER</u>**
**<u>[proposed]</u>**

Having considered Plaintiff's Motion for Leave to File Plaintiff's Supplemental Application for Attorneys' Fees and related submissions, as well as any responses thereto, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff shall file her Supplemental Application within five days of this order.

  ORDERED THIS _____ day of June, 2008.

                _____
                The Honorable Timothy M. Burgess
                United States District Court Judge

CERTIFICATE OF SERVICE

I certify that on June 13, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel:  907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

s/ Timothy Seaver
Timothy Seaver

Order Granting Plaintiff's Motion for Leave Pursuant to LR 7.1(h)
to File Plaintiff's Supplemental Application for Attorneys' Fees
*Valenote v. MetLife*  Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 2