Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:05-cv-00196-TMB<br><br>**DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPLICATION <u>FOR ATTORNEYS' FEES</u>** |

　　　　Defendants hereby oppose plaintiff's Motion for Leave to File Supplemental Application for Attorneys' Fees. When filing a motion for attorney's fees, it is common practice to make a good faith estimate of the time which will be needed in the future after the motion is filed in order to prevent exactly what is happening here, that is, to avoid having to come back to the Court with supplemental filings for work performed after the motion for attorney's fees was filed. If the plaintiff is allowed leave to file this supplemental, then they will presumably need an additional supplemental filing to account for time spent in this supplemental filing, and then account for the additional supplemental filing in yet another supplement filing, and on and on. For this reason, the Motion for Leave should be denied. Finally, if the Court allows plaintiff's supplemental briefing, defendants respectfully request that they be allowed to respond, and they reserve the right to do so.

　　　　DATED this 1st day of July, 2008.

　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

　　　　　　　　　　　　　　　　　　By　s/ Brewster H. Jamieson
　　　　　　　　　　　　　　　　　　301 West Northern Lights Boulevard, Suite 301
　　　　　　　　　　　　　　　　　　Anchorage, Alaska 99503-2648
　　　　　　　　　　　　　　　　　　Tel: 907-277-9511
　　　　　　　　　　　　　　　　　　Fax: 907-276-2631
　　　　　　　　　　　　　　　　　　Email: jamiesonb@lanepowell.com
　　　　　　　　　　　　　　　　　　ASBA No. 8411122

I certify that on July 28, 2008, a copy of the foregoing was served by ECF on:

Timothy W. Seaver, Esq.
tseaver@seaverwagner.com

George T. Freeman, Esq.
gtf@gci.com

　s/ Brewster H. Jamieson

105460.0011/165030.1