Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIELA VALENOTE,<br><br>  Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>  Defendants. | Case No. 3:05-cv-00196-TMB<br><br>[proposed]<br>**ORDER** |

THIS COURT, having considered plaintiff's Motion for Leave to File Supplemental Application for Attorneys' Fees (Docket 120), as well as any responses thereto,

IT IS HEREBY ORDERED that plaintiff's Motion is DENIED.

ORDERED this _____ day of July, 2007.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on July 1, 2008, a copy of
the foregoing was served by ECF on:

Timothy W. Seaver, Esq.
tseaver@seaverwagner.com

George T. Freeman, Esq.
gtf@gci.com

  s/ Brewster H. Jamieson
105460.0011/165031.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631