CO-COUNSEL FOR PLAINTIFF

Timothy W. Seaver                    George T. Freeman
Seaver & Wagner, LLC                  Attorney at Law
421 West First Ave., Suite 250       1152 P Street
Anchorage, Alaska 99501              Anchorage, Alaska 99501
Tel. 907-646-9033                    Tel. 907-274-8497
Fax. 907-276-8238                    Fax 907-274-8497 (call first)
Email: tseaver@seaverwagner.com      Email: gtf@gci.net

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF ALASKA

| | |
|---|---|
| DANIELA VALENOTE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and RIM ARCHITECTS (ALASKA), INC.,<br><br>Defendants. | Case No. 3:05-cv-00196 (TMB) |

## PLAINTIFF'S REPLY IN SUPPORT OF
## MOTION FOR LEAVE TO FILE SUPPLEMENTAL
## APPLICATION FOR ATTORNEYS' FEES

In opposing Plaintiff's motion to file her supplemental application for attorneys' fees, Defendants make two arguments. First, Defendants assert without any authority that it is a "common practice" for parties to estimate additional fees. Second, Defendants argue that if the Court grants the motion it will lead to an endless cycle of supplemental fee petitions. This latter quibble is easily addressed -- Plaintiff has no intent to file any additional applications relating to her fees.

Defendants' first argument ignores the numerous cases cited in Plaintiff's motion for leave that directly contradict Defendants' assertion. Thus, Plaintiff noted that local federal rules may not eviscerate a statutory right to fees. See Villano, supra. Further, Plaintiff's motion for leave cited ample authority supporting supplemental "fees on fees" applications. See D'Emmuele, (time spent on fee application), Villano (post-judgment advocacy fees), McGrath (fee application time), Clark (same), Comancho, (supplemental fee application considerations), Kinney (fee application time and time spent defending fee application); Mogck (approving 8 hours spent defending fee application), and Rabin (approving 25 hours spent defending statutory fee application), supra. Of course, the attorneys in Mogck and Rabin did not make a prior estimate of what might be required to reply to post-judgment motions before receiving and responding to the Defendants' oppositions to those motions. Such a process would be inherently dubious and would leave the requesting party open to clearly justified attack. This is no doubt the reason Defendant could not cite any authority for it.

Ms. Valenote has endured an extremely lengthy and arduous process to force MetLife to pay her the benefit to which she was contractually entitled. To deny Ms. Valenote a full and fair award of her fees in recovering this benefit constitutes nothing less than a reward to MetLife for its bad conduct. Ms. Valenote respectfully requests that her motion for leave be granted and that her supplemental application for award of attorneys' fees be granted.

Plaintiff's Reply in Support of Motion for Leave
to File Supplemental Application for Attorneys' Fees
*Valenote v. MetLife*  Case No. 3:05-CV-O0196 CV (TMB)
Page 2 of 3

In addition, Ms. Valenote respectfully notes that all post-judgment pleading in this matter is now ripe. Ms. Valenote has now waited over five years to receive her disability benefits. And despite the Court's order granting her summary judgment several months ago, Ms. Valenote continues to wait for her benefit. In the meantime, under the federal statute governing post-judgment interest, MetLife continues to hold Ms. Valenote's benefit at a cost to it of less than two percent annual interest.

DATED this 3rd day of July 2008.

By: s/ Timothy Seaver
Timothy W. Seaver
Seaver & Wagner, LLC
421 West First Ave., Suite 250
Anchorage, Alaska 99501
Tel. 907-646-9033
Fax. 907-276-8238
Email: tseaver@seaverwagner.com

By: s/ George T. Freeman
George T. Freeman
Attorney at Law
1152 P Street
Anchorage, Alaska 99501
Tel. 907-274-8497
Fax 907-274-8497 (call first)
Email: gtf@gci.net

CERTIFICATE OF SERVICE

I certify that on the 3rd day of July, 2008
the foregoing document was served
electronically on:

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

s/ Timothy Seaver
   Timothy Seaver

Plaintiff's Reply in Support of Motion for Leave
to File Supplemental Application for Attorneys' Fees
*Valenote v. MetLife*  Case No. 3:05-CV-O0196 CV (TMB)
Page 3 of 3